AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Peter T. Gaynor
Acting Secretary
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____      _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

*Plaintiff(s)*

v.  Civil Action No.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark A. Morgan
Senior Official Performing the Duties of the Commissioner
of U.S. Customs and Border Protection
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter
I.M.C.H.; Valeria Macancela Bermejo and her minor daughter,
B.A.M.M.; Josiane Pereira-De Souza, and her minor children
H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rodney S. Scott
Chief
U.S. Border Patrol
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    William A. Ferrara
    Executive Assistant Commissioner, CBP Office of Field Operations
    U.S. Customs and Border Protection
    1300 Pennsylvania Ave. NW
    Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Celso J. Perez
    American Civil Liberties Union Foundation, Immigrants' Rights Project
    125 Broad Street, 18th Floor
    New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____      _____

                                                                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br>*Plaintiff(s)* <br><br>v. <br><br>Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jonathan Fahey
Senior Official Performing the Duties of the Director of
U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alex M. Azar II
Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Ave. S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.<br><br>*Plaintiff(s)*<br>v.<br>Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
　　　　　Dr. Robert R. Redfield
　　　　　Director of the Centers for Disease Control and Prevention
　　　　　Centers for Disease Control and Prevention
　　　　　1600 Clifton Road
　　　　　Atlanta, GA 30329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　Celso J. Perez
　　　　　American Civil Liberties Union Foundation, Immigrants' Rights Project
　　　　　125 Broad Street, 18th Floor
　　　　　New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.<br><br>*Plaintiff(s)*<br>v.<br>Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeffrey A. Rosen
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention *Defendant(s)* | ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
Michael R. Sherwin  
Acting U.S. Attorney for the District of Columbia  
United States Attorney's Office  
555 4th Street, NW  
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez  
American Civil Liberties Union Foundation, Immigrants' Rights Project  
125 Broad Street, 18th Floor  
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*