AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Peter T. Gaynor
> Acting Secretary
> U.S. Department of Homeland Security
> 245 Murray Lane SW
> Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Celso J. Perez
> American Civil Liberties Union Foundation, Immigrants' Rights Project
> 125 Broad Street, 18th Floor
> New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mark A. Morgan
> Senior Official Performing the Duties of the Commissioner
> of U.S. Customs and Border Protection
> U.S. Customs and Border Protection
> 1300 Pennsylvania Ave. NW
> Washington, D.C. 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Celso J. Perez
> American Civil Liberties Union Foundation, Immigrants' Rights Project
> 125 Broad Street, 18th Floor
> New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

                         Rodney S. Scott
                         Chief
                         U.S. Border Patrol
                         1300 Pennsylvania Ave. NW
                         Washington, DC 20229

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                         Celso J. Perez
                         American Civil Liberties Union Foundation, Immigrants' Rights Project
                         125 Broad Street, 18th Floor
                         New York, New York 10004

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:       1/12/2021                                        /s/ Anson Hopkins

                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  21-cv-00100-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William A. Ferrara
Executive Assistant Commissioner, CBP Office of Field Operations
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jonathan Fahey
> Senior Official Performing the Duties of the Director of
> U.S. Immigration and Customs Enforcement
> U.S. Immigration and Customs Enforcement
> 500 12th Street SW
> Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Celso J. Perez
> American Civil Liberties Union Foundation, Immigrants' Rights Project
> 125 Broad Street, 18th Floor
> New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> *Plaintiff(s)* <br><br> v. <br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-cv-00100-EGS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Alex M. Azar II
> Secretary of Health and Human Services
> U.S. Department of Health and Human Services
> 200 Independence Ave. S.W.
> Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Celso J. Perez
> American Civil Liberties Union Foundation, Immigrants' Rights Project
> 125 Broad Street, 18th Floor
> New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:    1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  21-cv-00100-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. Robert R. Redfield
Director of the Centers for Disease Control and Prevention
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeffrey A. Rosen
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____1/12/2021_____

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  21-cv-00100-EGS |
| Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Michael R. Sherwin
> Acting U.S. Attorney for the District of Columbia
> United States Attorney's Office
> 555 4th Street, NW
> Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Celso J. Perez
> American Civil Liberties Union Foundation, Immigrants' Rights Project
> 125 Broad Street, 18th Floor
> New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:   1/12/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*