IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) No. 21-cv-00100 ) ) |
| *Defendants*. | ) ) ) ) |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL**

Plaintiffs are families who fled their countries to escape persecution and seek asylum in the United States. This case challenges the unprecedented policy of expelling noncitizens without any hearing based on the supposed authority in the public health laws of Title 42. The policy has already been enjoined as to unaccompanied children. *See P.J.E.S. by & through Escobar Francisco v. Wolf*, __ F. 3d. ___, No. CV 20-2245 (EGS), 2020 WL 6770508 (D.D.C. Nov. 18, 2020) (Sullivan, J., adopting report and recommendation of Harvey, J.); *J.B.B.C. v. Wolf*, No. 1:20-CV-01509-CJN, 2020 WL 6041870 (D.D.C. June 26, 2020) (Nichols, J.).

**Plaintiffs face deportation as soon as today, January 12, 2021**. Plaintiffs will face grave dangers if they are removed back to the dangers from which they fled. Plaintiffs respectfully move, based on this Motion and the attached memorandum of law and declaration, for an emergency stay of removal pending resolution of this case. Plaintiffs' counsel was unable to obtain Defendants' position on this motion given the time constraints. Plaintiffs will update the Court if they are able to obtain the government's position.

1

Dated: January 12, 2021

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I will cause a copy of this motion, supporting exhibits and proposed order to be served on the following, together with the summons and complaint:

PETER T. GAYNOR, ACTING SECRETARY OF HOMELAND SECURITY,
Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528;

MARK A. MORGAN, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229;

WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER, CBP OFFICE OF FIELD OPERATIONS,
CBP Office of Field Operations
1300 Pennsylvania Ave. NW
Washington, DC 20229;

RODNEY S. SCOTT, CHIEF OF U.S. BORDER PATROL,
U.S. Border Patrol
1300 Pennsylvania Ave. NW
Washington, DC 20229;

JONATHAN FAHEY, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
U.S. Immigration and Customs Enforcement,
500 12th Street SW
Washington, DC 20536;

ALEX M. AZAR II, SECRETARY OF HEALTH AND HUMAN SERVICES,
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201;

DR. ROBERT R. REDFIELD, DIRECTOR OF THE
CENTERS FOR DISEASE CONTROL
AND PREVENTION,
Centers for Disease Control and Prevention

1600 Clifton Road
Atlanta, GA 30329;

/s/ Celso J. Perez
Celso J. Perez