## DECLARATION OF ANDREA MEZA

I, Andrea Meza, swearing under penalties of perjury, that the following is true and correct to the best of my knowledge:

1. My name is Andrea Meza and I am an attorney and the Director of the Family Detention Services Program at the Refugee and Immigrant Center for Education and Legal Services ("RAICES"). I have been the program Director since March 2019. Prior to my position as Director I served as the Associate Director from October 2018-March 2019. From September 2015 to July 2017 I was an Equal Justice Works Fellow and provided direct legal services to families at Karnes. I have been licensed in the state of Texas since November 6, 2015.

2. RAICES, with volunteers and pro bono attorneys, has provided free legal services at Karnes County Family Residential Center in Karnes City, Texas ("Karnes family detention center" or "Karnes") since its opening as a family detention center in August 2014. In 2019, RAICES provided legal services to nearly 5,000 people detained at Karnes, and to 1,671 individuals at Karnes in 2020. RAICES' Family Detention Services program strives to provide free, universal representation through all phases of the immigration process during detention at Karnes.

3. RAICES is the primary non-profit legal services provider at Karnes, the only pro bono legal services organization operating on the ground at Karnes, and the primary source of free legal representation for Karnes detained persons. RAICES estimates that it provides free legal services to between 80-95% of the population at Karnes.

4. RAICES is dependent on referrals or on client outreach to provide legal services at Karnes. Immigration and Customs Enforcement (ICE) does not provide RAICES with a list of newly arrived families at Karnes.

5. As Director, I supervise operations of our team of 27 staff, including 11 attorneys and 9 legal assistants who provide direct representation to detained families. In the course of our representation, our staff create contemporaneous notes regarding client and case information. The following information is based on our case records and my communications with DHS officers.

6. RAICES first encountered a family in Title 42 proceedings at Karnes on July 7, 2020. Between July 7, 2020, and October 22, 2020, RAICES represented 42 families in Title 42 proceedings detained at Karnes. During this time RAICES also represented 143 families in Title 8 proceedings.

7. On October 22, 2020, ICE transferred all families at Karnes in Title 8 proceedings to the South Texas Family Residential Center (Dilley) in Dilley, Texas and began to use Karnes as a centralized processing center for families in Title 42 proceedings.

8. It is my understanding through communication with other immigration advocates that most families at Karnes in Title 42 proceedings are detained in ICE custody because CBP was unable to secure travel arrangements for their expulsion. The families that CBP apprehend and quickly remove do not appear at Karnes. Thus, the families in Title 42 at Karnes are only those whom ICE detains while awaiting expulsion, and they are a subset of all families put into Title 42 proceedings.

9. RAICES gathers information from each of our clients regarding COVID-19 testing and conditions of quarantine at Karnes. Based on our clients' experience, ICE regularly tests families for COVID-19 at Karnes. It only tells families the results of their COVID-19 test if they test positive. Families are often tested for COVID-19 upon arrival at the detention center and again prior to removal.

10. While no information is provided to us or to the public on the number of families at Karnes, or the number of families in Title 42 at Karnes, we believe there may be as many as 85 individuals currently detained at Karnes. We believe this number has increased significantly in the last month.

11. RAICES currently represents eight families detained at Karnes, two of which are in Title 42 proceedings.

12. Our client Josiane Pereira-De Souza is currently detained at Karnes with her four children. She arrived in the United States on December 11, 2020 and was transferred to ICE custody at Karnes around December 17, 2020. On December 29th, Ms. Pereira-De Souza and her children were interviewed through an interpreter for approximately 40

minutes to determine whether they feared torture upon return to Brazil. The family received a negative determination regarding their claim to protection under the Convention Against Torture.

13. Ms. Pereira-De Souza and her children face imminent deportation and their removal may be as soon as Tuesday, January 12, 2021. The family was previously tested for COVID-19 while at Karnes and did not receive further information from ICE or its contractors about the result of their COVID-19 tests, which is consistent with having tested negative for COVID. On January 11, 2021, Ms. Pereira-De Souza and her family were again tested for COVID-19, which is a step ICE takes right before it removes a family.

14. Our client Nancy Gimena Huisha-Huisha, an indigenous Kichwa woman, is currently detained at Karnes with one of her children. Ms. Huisha-Huisha arrived in the United States on December 28, 2020 and was transferred to ICE custody at Karnes on January 5, 2021.

15. Ms. H.H. and her child face imminent deportation and their removal may be as soon as Tuesday, January 12, 2021.

16. On Jan. 11, 2021, I was contacted by the immigration attorney for Ms. Valeria Macancela Bermejo and her daughter, who are both detained at Karnes in Title 42 proceedings. In collaboration with her counsel, RAICES staff spoke with Ms. Macancela Bermejo regarding her immigration case. Ms. Macancela Bermejo entered the United States on December 6, 2020 and arrived in ICE custody at Karnes on December 9, 2020.

17. Ms. Macancela Bermejo and her daughter face imminent deportation and may be removed as soon as Tuesday, January 12, 2021.

I declare under penalty of perjury, under the laws of the United States of America and Texas, that the foregoing is true and correct.

Date: January 12, 2021          /s/ Andrea Meza