**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) No. 21-cv-00100 |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal, along with all exhibits thereto, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the expulsion of all Plaintiffs is STAYED pending resolution of this case.

DATE: _____          _____

                                                                          U.S. District Judge