UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>PETER T. GAYNOR, Acting Secretary of Homeland Security, et al.,<br><br>     Defendants. | Civil Action No. 21-0100 (EGS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of SEAN M. TEPE, Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

               Respectfully submitted,

               _/s/Sean M. Tepe_____
               SEAN M. TEPE, DC Bar No. 1001323
               Assistant United States Attorney
               555 Fourth Street, N.W.
               Washington, D.C. 20530
               Telephone: 202-252-2533
               Sean.Tepe@usdoj.gov