UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> Defendants. | No. 21-cv-100 (EGS) |

**ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

                                                       */s/ Arthur B. Spitzer*
                                                       Arthur B. Spitzer (D.C. Bar No. 235962)
                                                       American Civil Liberties Union Foundation
                                                         of the District of Columbia
                                                       915 15th Street, NW – 2nd floor
                                                       Washington. DC 20005
                                                       202-601-4266
                                                       aspitzer@acludc.org

January 12, 2021