# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00100 |
| Peter T. Gaynor, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs (Nancy Gimena Huisha-Huisha et al.) .

Date: 01/14/2021

/s/ Jamie Crook
*Attorney's signature*

Jamie Crook (DC Bar No. 1002504)
*Printed name and bar number*

Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, CA 94102
*Address*

crookjamie@uchastings.edu
*E-mail address*

(415) 703-8216
*Telephone number*

(415) 581-8824
*FAX number*