IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 21-100 (EGS) |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Minute Order dated January 12, 2021, the Parties respectfully submit this Joint Proposed Scheduling Order:

1. Plaintiffs filed this case on January 12, 2021, and indicated pursuant to Local Civil Rule 40.5(b)(2) their position that it is related to *P.J.E.S. by & through Escobar Francisco v. Wolf*, Civ. A. No. 20-2245 (D.D.C.). Plaintiffs moved for a stay of their removal the same day.

2. On January 12, this Court issued a Minute Order granting the motion for stay of removal and directing the Parties to file a Joint Proposed Scheduling Order by January 15. In particular, the Court directed that the parties should, in "the forthcoming briefing," address "whether this case is related to" *P.J.E.S.*

3. The parties have conferred regarding the Court's order and agree that the relation issue should be briefed and decided before further proceedings in this case occur. They jointly propose the following schedule:

1

- By January 19, 2021, Defendants shall file their response regarding relation to *P.J.E.S.*

- By January 21, 2021, Plaintiffs may file an optional reply regarding relation to *P.J.E.S.*

4. The Parties agree to meet and confer regarding scheduling for further proceedings once the Court has resolved the question of relation to *P.J.E.S.*

Dated: January 15, 2021                                    Respectfully submitted,

/s/ Celso J. Perez                                         MICHAEL R. SHERWIN
Celso J. Perez (D.C. Bar No. 1034959)                      Acting United States Attorney
Lee Gelernt*
Daniel A. Galindo*                                         BRIAN P. HUDAK
Omar Jadwat*                                               Acting Chief, Civil Division
Ming Cheung*
American Civil Liberties Union Foundation,                 /s/ Sean Tepe
Immigrants' Rights Project                                 SEAN M. TEPE, DC Bar #1001323
125 Broad Street, 18th Floor                               Assistant United States Attorney
New York, NY 10004                                         555 Fourth Street, NW
Tel: (212) 549-2600                                        Washington, DC 20530
                                                           (202) 252-2533
Stephen B. Kang*                                           sean.tepe@usdoj.gov
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming*