**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

## PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE ACOSTA AND THOMAS FAMILIES

Plaintiffs respectfully seek an emergency stay of removal for Martha Liliana Taday-Acosta (SID 369-635-597) and her minor children D.J.Z. (SID 369-635-599) and J.A.Z. (SID 369-635-605) (collectively the "Acosta family"); and for Julien Thomas (SID 369-648-244), Fidette Boute (SID 369-648-252), and their minor children D.J.T.-B. (SID 369-648-250) and T.J.T.-B. (SID 369-648-247) (collectively the "Thomas family"). **Both families are potentially in danger of imminent expulsion.**

As the Court is aware, the Plaintiffs in this case are three families subjected to the Title 42 Process, and the Court previously stayed Plaintiffs' removal. Counsel for Plaintiffs recently became aware of the Acosta and Thomas families, who are likewise being subjected to the Title 42 Process. Plaintiffs intend to amend their complaint to add the Acosta and Thomas families as plaintiffs in this matter. **Given their potentially imminent removal, however, Plaintiffs respectfully seek an emergency stay of removal for these two families before they formally amend their complaint.**

1

A stay of removal is amply warranted.  For all the reasons explained in Plaintiff's prior motion for a stay of removal, which the Court granted, the Acosta and Thomas families have a strong likelihood of success on the merits to their challenge to the Title 42 Process.  *See* ECF No. 5-1 at 7-15.  And the equities likewise tip sharply in favor of a stay here.  *See id.* at 4-7.  As set forth in the accompanying declarations, both families fled to the United States to seek humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled.  Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided."  *P.J.E.S. by & through Escobar Francisco v. Wolf*, __ F. Supp. 3d. ___, No. CV 20-2245 (EGS), 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).  By contrast, the government will suffer minimal prejudice from a stay of removal of these two families, particularly where removing them is ultra vires and contrary to the statutes Congress enacted.  *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 1:20-CV-01509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

Counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding these families.  Plaintiffs' counsel was unable to obtain Defendants' position on this motion given the time constraints. Plaintiffs will update the Court if they are able to obtain the government's position.

## CONCLUSION

The Court should issue a stay of the removal of Martha Liliana Taday-Acosta (SID 369-635-597) and her minor children D.J.Z. (SID 369-635-599) and J.A.Z. (SID 369-635-605); and of Julien Thomas (SID 369-648-244), Fidette Boute (SID 369-648-252), and their minor children D.J.T.-B. (SID 369-648-250) and T.J.T.-B. (SID 369-648-247).

Dated: January 19, 2021

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming*