# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE ACOSTA AND THOMAS FAMILIES

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Acosta and Thomas Families, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removal of Martha Liliana Taday-Acosta (SID 369-635-597) and her minor children D.J.Z. (SID 369-635-599) and J.A.Z. (SID 369-635-605); and of Julien Thomas (SID 369-648-244), Fidette Boute (SID 369-648-252), and their minor children D.J.T.-B. (SID 369-648-250) and T.J.T.-B. (SID 369-648-247), is STAYED pending further order of the Court.

DATE: _____

HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE