**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) Civ. A. No. 21-100 (EGS) |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 19, 2021, the Parties respectfully submit this Joint Status Report:

1.  On January 15, the Court adopted the parties' proposed briefing schedule regarding "whether this case is related to Civil Action Number 20-2245, P.J.E.S. v. Wolf," directing that Defendants' brief be filed by January 19 and Plaintiffs' brief be filed by January 21. *See* Minute Order dated January 15.

2.  Both briefs have now been filed. *See* ECF Nos. 14, 15.

3.  On January 19, Plaintiffs filed an emergency motion for a stay of removal for two additional families. In their motion, Plaintiffs indicated their intention to amend their Complaint to add these families as plaintiffs. *See* ECF No. 12.

4.  On January 19, the Court granted the stay of removal and directed the parties to "file a joint status report with a recommendation for further proceedings by no later than January 21, 2021 at 12:00 PM." *See* Minute Order dated January 19.

1

5. The parties have conferred regarding the Court's order and jointly make the following status report and recommendation:

- The question of relation to *P.J.E.S.* is briefed and ready for resolution.

- Defendants' deadline to Answer or otherwise respond to the Complaint shall be calculated according to the Federal Rules of Civil Procedure.

- Plaintiffs are assessing whether to move for further interim relief prior to Defendants' deadline to Answer or otherwise respond to the Complaint, in light of the intervening change of Administration. Plaintiffs will advise the Court if they decide to do so.

- By January 28, 2021, Plaintiffs shall file their amended complaint.

Dated: January 21, 2021                                    Respectfully submitted,

/s/ Celso J. Perez                                         MICHAEL R. SHERWIN
Celso J. Perez (D.C. Bar No. 1034959)                      Acting United States Attorney
Lee Gelernt*
Daniel A. Galindo*                                         BRIAN P. HUDAK
Omar Jadwat*                                               Acting Chief, Civil Division
Ming Cheung*
American Civil Liberties Union Foundation,                 /s/ Sean Tepe
Immigrants' Rights Project                                 SEAN M. TEPE, DC Bar #1001323
125 Broad Street, 18th Floor                               Assistant United States Attorney
New York, NY 10004                                         555 Fourth Street, NW
Tel: (212) 549-2600                                        Washington, DC 20530
                                                           (202) 252-2533
Stephen B. Kang*                                           sean.tepe@usdoj.gov
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Robert Silverman*
Irit Tamir*

Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*