IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, et al.,

*Plaintiffs*,

v.

PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al.,

*Defendants*.

No. 1:21-cv-00100

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF KARLA M. VARGAS AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Karla Marisol Vargas, of the Texas Civil Rights Project, as additional counsel for Plaintiffs in this case.

A declaration from Karla Marisol Vargas is submitted in support of this motion.

Dated: January 26, 2021

Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.D.C. Bar No. 1034959)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8935
Cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on January 26, 2021, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

                                            */s/ Celso Perez*
                                            Celso Perez

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:21-cv-00100 |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) |
| *Defendants*. | ) |

**DECLARATION OF KARLA MARISOL VARGAS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

I, Karla Marisol Vargas, hereby declare as follows:

1. My full name is Karla Marisol Vargas.

2. I am an attorney at the Texas Civil Rights Project. My office address is: 1017 West Hackberry Avenue, Alamo, Texas 78516. My phone number is: (956) 787-8171 ext. 128.

3. I am member of the bar of the State of Texas (Bar No. 24076748) and am admitted to practice before the U.S District Court for the Southern District of Texas.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia twice, for *G.Y.J.P. v. Chad F. Wolf, et al.*, 1:20-cv-01511, and in *P.J.E.S. v. Chad F. Wolf, et al.*, 1:20-cv-02245.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 26th day of January 2021 in Brownsville, Texas.

          */s/ Karla Marisol Vargas*
Karla Marisol Vargas
Texas Civil Rights Project
State Bar No. 24076748
SDTX Bar No. 3336176
1017 West Hackberry Avenue
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 128
kvargas@texascivilrightsproject.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) No. 1:21-cv-00100 |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) ) |
| *Defendants*. | ) ) |

**ORDER**

Upon consideration of the motion to admit Karla Marisol Vargas to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____

_____
Hon.  Emmet G. Sullivan