**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | No. 1:21-CV-00100-EGS |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE**
**VALCOURT FAMILY**

Plaintiffs respectfully seek an emergency stay of removal for Romilus Valcourt (SID 369-705-271), Bedapheca Alcante, (SID 369-705-293), and their minor child B.V.-A. (SID 369-705-304) (collectively the "Valcourt family").  **The Valcourt family is potentially in danger of imminent expulsion.**

As the Court is aware, the Plaintiffs in this case are families subjected to the Title 42 Process, and the Court previously stayed the removal as to five families.  Counsel for Plaintiffs recently became aware of the Valcourt family, who are likewise being subjected to the Title 42 Process.  Plaintiffs intend to amend their complaint by January 28, 2021, the deadline previously ordered by the Court, to add the Valcourt family (along with the Acosta and Thomas families for whom the Court previously granted emergency relief).  *See* Min. Order (Jan. 21, 2021).  **Given the Valcourt family's potentially imminent removal, however, Plaintiffs respectfully seek an emergency stay of removal for this family before they formally amend their complaint.[1]**

---

[1] Given the government's refusal to consent to stays for individual families while the litigation proceeds, and the absence thus far of any announcement by the Biden administration to rescind the Title 42 Policy as to families, Plaintiffs intend to file a motion for class certification and seek class wide preliminary relief.

1

A stay of removal is amply warranted.  For all the reasons explained in Plaintiff's prior

motions for a stay of removal, which the Court granted, the Valcourt family has a strong

likelihood of success on the merits to their challenge to the Title 42 Process.  *See* ECF No. 5-1 at

7-15.  And the equities likewise tip sharply in favor of a stay here.  *See id.* at 4-7.  As set forth in

the accompanying declaration, the Valcourt family fled to the United States to seek humanitarian

protection, and are in grave danger of persecution and other harm if they are summarily expelled.

Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation

of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as

"[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a

remedy can be provided."  *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-2245-EGS, 2020 WL

6770508, at *13 (D.D.C. Nov. 18, 2020).  By contrast, the government will suffer minimal prejudice

from a stay of removal of this family, particularly where removing them is ultra vires and contrary to

the statutes Congress enacted.  *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020

WL 6041870, at *8 (D.D.C. June 26, 2020).

Counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding the Valcourt

family.  Counsel for Plaintiffs was not able to ascertain Defendants' position on this motion by

the time of filing.

## CONCLUSION

The Court should issue a stay of the removal of Romilus Valcourt (SID 369-705-271),

Bedapheca Alcante, (SID 369-705-293), and their minor child B.V.-A. (SID 369-705-304).

Dated: January 26, 2021

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Respectfully submitted,

/s/ Celso J. Perez_____
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*
 *\*\*Pro hac vice pending*