**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-CV-00100-EGS |
| PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., | ) |
| | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE VALCOURT FAMILY**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Valcourt Family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removal of Romilus Valcourt (SID 369-705-271), Bedapheca Alcante, (SID 369-705-293), and their minor child B.V.-A. (SID 369-705-304), is STAYED pending further order of the Court.

DATE: _____

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE