# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) )  ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) No. 1:21-CV-00100-EGS ) |
| *Defendants*. | ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Class Certification, along with all exhibits thereto, and for good cause shown, the motion is GRANTED.  It is hereby ORDERED that:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are met, including that:

   a. The Class is so numerous that joinder of all members is impracticable;

   b. There are multiple questions of law and fact common to the Class;

   c. The claims and defenses of the representative parties are typical of the claims and defenses of the class;

   d. And the representative parties will fairly and adequately protect the interests of the class.

   e. In addition, the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

2. This Court certifies a class comprised of: "All noncitizens who (1) are or will be in the United States; (2) come to the United States as a family unit composed of at least one child under 18 years old and that child's parent or legal guardian; and (3) are or will be subjected to the Title 42 Process."

3. Plaintiffs Nancy Gimena Huisha-Huisha and her minor child I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josaine Pereira-De Souza and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.; Martha Liliana Taday-Acosta and her minor children D.J.Z.; J.A.Z.; Julien Thomas, Fidette Boute, and their minor children D.J.T.-B.; T.J.T.-B.; and Romilus Valcourt, Bedapheca Alcante, and their minor child, B.V.-A., are appointed as Class Representatives.

4. The ACLU Immigrants' Rights Project is appointed Lead Class Counsel, and the Texas Civil Rights Project, the ACLU of Texas, the ACLU of the District of Columbia, the Refugee and Immigrant Center for Legal Education and Legal Services (RAICES), the Center for Gender & Refugee Studies, and Oxfam America are appointed as Class Counsel.

DATE: _____                      _____
                                           HON, EMMET G. SULLIVAN
                                           U.S. DISTRICT JUDGE