**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE,, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 1:21-CV-00100-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE LATARO, ZAMI, CASY, AND DE OLIVEIRA FAMILIES**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Lataro, Zami, Casy, and De Oliveira Families, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of Kaio Joseph Lataro (SID 369-651-122), Carine Nathielle Pereira Brocanelli (SID 369-651-127, and their minor child M.L.B.L. (SID 369-651-134); Jude Mary Zami (SID 369-696-796), Santhianie Aris (SID 369-696-835), and their minor child C.E.J.Z.A. (SID 369-696-868); Gracia Junior Casy (SID 369-706-088), Farah Casy Bescien (SID 369-706-084), and their minor child T.C. (SID 369-706-096); and Jessica Fernandes de Oliveira (SID 369-676-509) and her minor child J.F.L. (SID 369-676-502) are STAYED pending further order of the Court.

DATE: _____

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE