# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., *Plaintiffs*, v. DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., *Defendants*. | No. 1:21-CV-00100-EGS |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE FILS AIME, LADOUCEUR, LOUIS, MYRTIL, SABINO, AND SANTOS DE PAULA FAMILIES**

Plaintiffs respectfully seek an emergency stay of removal for six additional families—the Fils Aime, Ladouceur, Louis, Myrtil, Sabino, and Santos de Paula families—that are members of the proposed Class in this case. **All six families are potentially in danger of imminent expulsion as early as the evening of Monday, February 1, 2021 or the early morning of Tuesday, February 2, 2021.**

The six families and their identification numbers are:

- Evens Fils Aime (SID 369-703-977), Shnaidere Altenord (SID 369-703-992), and their minor child A.F.A.A. (SID 369-704-002);

- Rijkaard Ladouceur (SID 369-690-928), Miralia Fleurima (SID 369-690-930), and their minor children N.F. (SID 369-690-940) and B.R.L.F. (SID 369-690-944);

- Frenzy Joseph Louis (SID 369-627-368), Rose Maria Bien-Aime (SID 369-627-371), and their minor child H.G.L. (SID 369-627-374);

- Djimytoo Myrtil (SID 369-705-242), Lunda Odilus (SID 369-705-228), and their minor child M.Y.M.O. (SID 369-705-252);

- Eric Lenes Sabino (SID 369-694-161), Elisandra de Lima Borges (SID 369-694-170), and their minor children K.C.S.B. (SID 369-694-176) and K.V.S.B. (SID 369-694-183);

- Josimar Santos de Paula (SID 369-695-923), and his minor child K.V.S.D.P. (SID 369-695-934).

As the Court is aware, the families in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of ten families. Counsel for Plaintiffs recently became aware of the six families at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case. **Given their potentially**

1

**imminent removal, Plaintiffs respectfully seek an emergency stay of removal for these families.**

A stay of removal is amply warranted. For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Fils Aime, Ladouceur, Louis, Myrtil, Sabino, and Santos de Paula families have a strong likelihood of success on the merits to their challenge to the Title 42 Process. *See* ECF No. 5-1 at 7-15. And the equities likewise tip sharply in favor of a stay here. *See id.* at 4-7. As set forth in the accompanying declarations, all six families fled to the United States seeking humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled. Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1] By contrast, the government will suffer minimal prejudice from a stay of removal of these families, particularly where removing them is ultra vires and contrary to the statutes Congress enacted. *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On Saturday, January 30, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding these six families. Defendants stated that they oppose this motion.

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal, in a per curiam order without opinion. *See* Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899.

## CONCLUSION

The Court should issue a stay of the removal of Fils Aime, Ladouceur, Louis, Myrtil, Sabino, and Santos de Paula families, as identified above.

Dated: January 31, 2021

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Respectfully submitted,

/s/ Celso J. Perez_____
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming
**Admitted pro hac vice

3