IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:21-CV-00100-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE FILS AIME, LADOUCEUR, LOUIS, MYRTIL, SABINO, AND SANTOS DE PAULA FAMILIES**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Fils Aime, Ladouceur, Louis, Myrtil, Sabino, and Santos de Paula Families, and for good cause shown, the motion is GRANTED.  It is hereby ORDERED that the removals of the following six families at issue in this Motion are STAYED pending further order of this Court:

- Evens Fils Aime (SID 369-703-977), Shnaidere Altenord (SID 369-703-992), and their minor child A.F.A.A. (SID 369-704-002);

- Rijkaard Ladouceur (SID 369-690-928), Miralia Fleurima (SID 369-690-930), and their minor children N.F. (SID 369-690-940) and B.R.L.F. (SID 369-690-944);

- Frenzy Joseph Louis (SID 369-627-368), Rose Maria Bien-Aime (SID 369-627-371), and their minor child H.G.L. (SID 369-627-374);

- Djimytoo Myrtil (SID 369-705-242), Lunda Odilus (SID 369-705-228), and their minor child M.Y.M.O. (SID 369-705-252);

- Eric Lenes Sabino (SID 369-694-161), Elisandra de Lima Borges (SID 369-694-170), and their minor children K.C.S.B. (SID 369-694-176) and K.V.S.B. (SID 369-694-183);

1

...
...

- Josimar Santos de Paula (SID 369-695-923), and his minor child K.V.S.D.P. (SID 369-695-934).

DATE: _____

                                                                HON. EMMET G. SULLIVAN
                                                                U.S. DISTRICT JUDGE