UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUISHA-HUISHA et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PETE T. GAYNOR, Acting Secretary of ) <br> Homeland Security, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-0100 (EGS) |

**DEFENDANTS' RESPONSE TO MINUTE ORDER**

Defendants, by and through undersigned counsel, hereby respond to the Minute Order dated Monday, February 1, 2021, that ordered a stay of removal of six families who were the subject of Plaintiffs' Motion for Stay of Removal ("Motion"; ECF No. 28), which was filed the evening of Sunday, January 31, 2021. Later that evening, after undersigned counsel saw Plaintiffs' filing, the undersigned forwarded Plaintiffs' Motion to Defendants, including Immigration and Customs Enforcement ("ICE"), but due to the lateness of the hour on a weekend, he did not learn of the status of the six families and proceeded to respond to the Court's order as directed with the arguments set forth therein. Immediately after the Court's stay order was issued today at 12:50 p.m. EST, the undersigned informed Defendants, including ICE, of the order. ICE promptly confirmed receipt of the order and committed not to remove or expel the families that remained in ICE custody.

ICE also informed the undersigned that early this morning, prior to Court's stay order, two families had been expelled. Those families—(1) Frenzy Joseph Louis (SID 369-627-368), Rose Maria Bien-Aime (SID 369-627-371), and their minor child H.G.L. (SID 369-627-374); and (2)

Djimytoo Myrtil (SID 369-705-242), Lunda Odilus (SID 369-705-228), and their minor child M.Y.M.O. (SID 369-705-252)—had already been expelled to Haiti on a flight that left the United States early this morning.

Dated: February 1, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

 /s/ Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Attorneys for Defendants*