**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity *et al.*; <br><br> *Defendants*. | ) ) ) ) ) ) ) No. 21-cv-00100-EGS ) ) ) ) ) ) |

## JOINT MOTION FOR SCHEDULING ORDER

While the Court considers the pending briefing on the Notice of Related Case (ECF Nos. 2, 14, 15), the parties have conferred regarding Plaintiffs' pending motion for class certification and anticipated motion for classwide preliminary injunction. The parties jointly and respectfully request that the Court adopt the following briefing schedule:

- Plaintiffs' motion for classwide preliminary injunction shall be filed on or before February 5, 2021;

- Defendants' combined opposition to Plaintiffs' motion for class certification and motion for classwide preliminary injunction shall be filed on or before February 17, 2021;

- Plaintiffs' combined reply in support of both motions shall be filed on or before February 23, 2021.

1

Dated: February 2, 2021                              Respectfully submitted,

/s/ Celso J. Perez_____

Stephen B. Kang*  
Cody Wofsy*  
Morgan Russell*  
American Civil Liberties Union Foundation, Immigrants' Rights Project  
39 Drumm Street  
San Francisco, CA 94111  
Tel: (415) 343-0770  

Andre Segura  
Kathryn Huddleston  
Rochelle Garza  
Brantley Shaw Drake  
American Civil Liberties Union Foundation of Texas, Inc.  
5225 Katy Freeway, Suite 350  
Houston, Texas 77007  
Tel: (713) 942-8146  

Tamara F. Goodlette*  
Refugee and Immigrant Center for Legal Education and Legal Services (RAICES)  
802 Kentucky Avenue  
San Antonio, TX 78201  
Tel: (210) 960-3206  

Karla M. Vargas**  
Texas Civil Rights Project  
1017 W. Hackberry Ave.  
Alamo, Texas 78516  
Tel: (956) 787-8171  

Celso J. Perez (D.C. Bar No. 1034959)  
Lee Gelernt*  
Daniel A. Galindo*  
Omar Jadwat*  
Ming Cheung*  
American Civil Liberties Union Foundation, Immigrants' Rights Project  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: (212) 549-2600  

Robert Silverman*  
Irit Tamir*  
Oxfam America  
Boston, MA 02115, Suite 500  
Tel: (617) 482-1211  

Scott Michelman (D.C. Bar No. 1006945)  
Arthur B. Spitzer (D.C. Bar No. 235960)  
American Civil Liberties Union Foundation of the District of Columbia  
915 15th Street NW, Second Floor  
Washington, D.C. 20005  
Tel: (202) 457-0800  

Jamie Crook (D.C. Bar No. 1002504)  
Karen Musalo  
Center for Gender & Refugee Studies  
200 McAllister St.  
San Francisco, CA 94102  
Tel: (415) 565-4877  

*Attorneys for Plaintiffs*  
*\*Pro hac vice application forthcoming*  
*\*\*Admitted pro hac vice*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Sean Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Attorneys for Defendants*