**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 1:21-CV-00100-EGS |
| | ) |
| DAVID PEKOSKE, Acting Secretary of Homeland | ) |
| Security, in his official capacity, et al., | ) |
| | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR SCHEDULING
ORDER**

Upon consideration of the parties' Joint Motion for Scheduling Order, it is hereby

ORDERED that the motion is GRANTED.  Plaintiffs must file their motion for classwide

preliminary injunction on or before February 5, 2021; Defendants must file their combined

opposition to Plaintiffs' motion for class certification and motion for classwide preliminary

injunction on or before February 17, 2021; Plaintiffs must file their combined reply in support of

both motions on or before February 23, 2021.


DATE: _____          _____
                                       HON. EMMET G. SULLIVAN
                                       U.S. DISTRICT JUDGE