**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) Civil Action No. 1:21-cv-00100 |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF STEPHEN B. KANG**
**AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Stephen B. Kang, of the American Civil Liberties Union Foundation Immigrants' Rights Project, San Francisco, CA as additional counsel for Plaintiffs in this case.  A declaration from Stephen B. Kang is submitted in support of this motion.

Dated: February 2, 2021                    Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.D.C. Bar No. 1034959)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8935
Cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2021, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

/s/ Celso J. Perez
Celso J. Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00100 |

### DECLARATION OF STEPHEN B. KANG
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen B. Kang, hereby declare as follows:

1. My full name is Stephen Bonggyun Kang.

2. I am an attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is: 39 Drumm Street, San Francisco, CA 94111. My phone number is: (415) 343-0783.

3. I am member of the bar of the State of California (Bar No.292280) and am admitted to practice before the U.S Districts for the Central, and Northern, and Southern Districts of California, the U.S. District for the Western District of Washington (as Pro Hac Vice), the U.S. District for the District of Arizona (as Pro Hac Vice), and the U.S. District for the District of Colorado; the U.S. Courts of Appeals for the District of Columbia, Third, Fifth, Sixth, and Ninth Circuits; and the U.S. Supreme Court.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia five times. I was admitted in August 2019 for *Make the Road et al.*, v. *McAleenan*, et al., 19-02369, in April 2020 for *U.T., et al.*, v. *William Barr, et al.*, 20-00116, in June 2020 for *J.B.B.C. v. Chad F. Wolf, et al.*, 1:20-cv-01509, in July 2020 for *G.Y.J.P. v. Chad F. Wolf, et al.*, 1:20-cv-01511, and in August 2020 for *P.J.E.S. v. Chad F. Wolf, et al.,* 1:20-cv-02245.

6. **I am currently in the process of applying for admission to the federal U.S. District Court for the District of Columbia. I expect to submit my application and oath by February 12, 2021 for admission on March 1, 2021.**

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the Bar of the District of Columbia, and I do not have an application for membership pending with the Bar of the District of Columbia.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 2nd day of February 2021 in Oakland, California.

_____
Stephen B. Kang
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 343-0783
Fax (415) 395-0950
skang@aclu.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) Civil Action No. 1:21-cv-00100 ) ) ) |
| *Defendants*. | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Stephen B. Kang to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____                      _____
                                         Hon.  Emmet G. Sullivan