# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) )  ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) Civil Action No. 1:21-cv-00100 |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF MING CHEUNG
## AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Ming Cheung, of the American Civil Liberties Union Foundation Immigrants' Rights Project, New York, New York as additional counsel for Plaintiffs in this case. A declaration from Ming Cheung is submitted in support of this motion.

Dated: February 2, 2021                              Respectfully submitted,


                                                     /s/ Celso J. Perez
                                                     Celso J. Perez (D.D.C. Bar No. 1034959)
                                                     American Civil Liberties Union Foundation
                                                     125 Broad Street, 18th Floor
                                                     New York, New York 10004
                                                     (646) 905-8935
                                                     Cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2021, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

<u>/s/ Celso J. Perez</u>
Celso J. Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) ) |
| *Defendants*. | ) ) ) |

Civil Action No. 1:21-cv-00100

**DECLARATION OF MING CHEUNG
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ming Cheung, hereby declare as follows:

1. My full name is Ming Yu Cheung.

2. I am an attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is: 125 Broad Street, 18th Floor, New York, New York 10004. My phone number is: (646) 610-9943.

3. I am member of the bar of the State of New York (Bar No. 5647763) and am admitted to practice before the U.S. Courts of Appeals for the Fourth Circuit.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia once for *P.J.E.S. v. Chad F. Wolf, et al.,* 1:20-cv-02245.

1

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 2nd day of February 2021 in Jersey City, NJ.

_____
Ming Cheung
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2660
Fax (212) 549-2654
MCheung@aclu.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>DAVID PEKOSKE, Acting Secretary of )<br>Homeland Security, in his official capacity, et al., )<br><br>*Defendants*. ) | Civil Action No. 1:21-cv-00100 |

## [PROPOSED] ORDER

Upon consideration of the motion to admit Ming Cheung to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____   _____
                                    Hon. Emmet G. Sullivan