# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., *Plaintiffs*, v. DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., *Defendants*. | Civil Action No. 1:21-cv-00100 |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF LEE GELERNT AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Lee Gelernt, of the American Civil Liberties Union Foundation Immigrants' Rights Project, New York, New York as additional counsel for Plaintiffs in this case. A declaration from Mr. Gelernt is submitted in support of this motion.

Dated: February 2, 2021       Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.D.C. Bar No. 1034959)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8935
cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2021, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

<u>/s/ Celso J. Perez</u>
Celso J. Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., )<br>  )<br>*Plaintiffs*, )<br>  )<br>v. )<br>  )<br>DAVID PEKOSKE, Acting Secretary of )<br>Homeland Security, in his official capacity, et al., )<br>  )<br>*Defendants*. ) | Civil Action No. 1:21-cv-00100 |

**DECLARATION OF LEE GELERNT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Lee Gelernt, hereby declare as follows:

1. My full name is Lee Gelernt.

2. I am an attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is: 125 Broad Street, 18th Floor, New York, New York 10004. My phone number is: (212) 549-2616.

3. I am member of the State of New York (Bar No. LG 8511) and am admitted to practice before the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Eastern District of Michigan, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia six times. I was admitted in August 2019 for *Make the Road, et al. v. McAleenan, et al.*, 19-cv-02369; in August 2019 for *I.A. et al. v. Barr, et al.*, 1:19-cv-02530; in January 2020 for *U.T., et al. v. William Barr, et al.*, 1:20-cv-00116; in June 2020 for *J.B.B.C. v. Chad F. Wolf, et al.* 1:20-cv-01509; in July 2020 for *G.Y.J.P. v. Chad F. Wolf, et al.*, 1:20-cv-01511; and in August 2020 for *P.J.E.S. v. Chad F. Wolf, et al.,* 1:20-cv-02245.

6. **I am currently in the process of applying for admission to the U.S. District Court for the District of Columbia. I expect to submit my application and oath by February 12, 2021 for admission on March 1, 2021.**

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the Bar of the District of Columbia, and I do not have an application for membership pending with the Bar of the District of Columbia.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 2nd day of February 2021 in New York, New York.

_____
Lee Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2616
lgelernt@aclu.org

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>) Civil Action No. 1:21-cv-00100<br>DAVID PEKOSKE, Acting Secretary of )<br>Homeland Security, in his official capacity, et al., )<br>)<br>*Defendants*. )<br>) |  |

# [PROPOSED] ORDER

Upon consideration of the motion to admit Lee Gelernt to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____           _____

                                             Hon. Emmet G. Sullivan