# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) <br> ) <br> ) |
| *Plaintiffs*, | ) <br> ) |
| v. | ) <br> ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) Civil Action No. 1:21-cv-00100 <br> ) <br> ) |
| *Defendants*. | ) <br> ) |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF DANIEL GALINDO AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Daniel A. Galindo, of the American Civil Liberties Union Foundation Immigrants' Rights Project, New York, New York as additional counsel for Plaintiffs in this case. A declaration from Mr. Galindo is submitted in support of this motion.

Dated: February 2, 2021                     Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.D.C. Bar No. 1034959)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8935
cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2021, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

/s/ Celso J. Perez
Celso J. Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., *Plaintiffs*, v. DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., *Defendants*. | Civil Action No. 1:21-cv-00100 |

**DECLARATION OF DANIEL A. GALINDO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel A. Galindo, hereby declare as follows:

1. My full name is Daniel Antonio Galindo Gutierrez.

2. I am an attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is: 125 Broad Street, 18th Floor, New York, New York 10004. My phone number is: (646) 905-8907.

3. I am member of the New York Appellate Division, Second Department bar (Bar No. 5515572) and the State Bar of California (Bar No. 292854). I am admitted to practice before the U.S District for the Northern District of California, U.S. District for the Southern District of California, and the U.S. Courts of Appeals for the Ninth Circuit.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia five times. I was admitted in September 2019 for *I.A. et al., v. Barr, et al.*, 1:19-cv-02530; in April 2020 for *NORA and her minor son, JOSE, et al. v. Chad F. WOLF, et al.,* 1:20-cv-00993; in June 2020 for *J.B.B.C. v. Chad F. Wolf, et al.*, 1:20-cv-01509; in July 2020 for *G.Y.J.P. v. Chad F. Wolf, et al.*, 1:20-cv-01511; and in August 2020 for *P.J.E.S. v. Chad F. Wolf, et al.,* 1:20-cv-02245.

6. **I am currently in the process of applying for admission to the federal U.S. District Court for the District of Columbia. I expect to submit my application and oath by February 12, 2021 for admission on March 1, 2021.**

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the Bar of the District of Columbia, and I do not have an application for membership pending with the Bar of the District of Columbia.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 2nd day of February 2021 in New York, New York.

_____
Daniel A. Galindo
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (646) 905-8907
dgalindo@aclu.org

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) Civil Action No. 1:21-cv-00100 |
| *Defendants*. | ) |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Daniel A. Galindo to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____      _____
                                              Hon.  Emmet G. Sullivan