IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:21-CV-00100-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE DIEUDONNE – DECILIAN FAMILY**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Dieudonne – Decilian Family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following family at issue in this Motion are STAYED pending further order of this Court:

- Jonny Dieudonne (SID 369-745-541), Nathalie Decilian (SID 369-745-608), and their minor child N.J.D.D. (SID 369-745-546).


DATE: _____          _____
                                      HON. EMMET G. SULLIVAN
                                      U.S. DISTRICT JUDGE