IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:21-CV-00100-EGS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE QUILLI-MARCA FAMILY

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Quilli-Marca Family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following family at issue in this Motion are STAYED pending further order of this Court:

- Diana Quilli-Marca (SID 369-752-319) and her minor child N.S.Q. (SID 369-752-531).

DATE: _____

                                                                                      HON. EMMET G. SULLIVAN
                                                                                      U.S. DISTRICT JUDGE

1