**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | No. 1:21-CV-00100-EGS |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) | |
| *Defendants*. | ) ) ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL
OF THE BIEN-AIME–DESIR, DIEUDONNE–DELPHIN, FLEURY–PREVIL, AND
LOUIMA–ADOLPHE FAMILIES**

Plaintiffs respectfully seek an emergency stay of removal for the Bien-Aime, Dieudonne, Fleury, and Louima families, which belong to the proposed Class in this case. **The families are potentially in danger of imminent expulsion as early as the evening of Thursday, February 4, 2021 or the early morning of Friday, February 5, 2021.**

The four families and their identification numbers are:

- Thechelet Dieudonne (SID 369-745-511), Juna Delphin (SID 369-745-516), and their minor child T.D. (SID 369-745-519);

- Pouchon Bien-Aime, (SID 369-780-070), Annediana Desir, (SID 369-780-063), and their minor child P.R.B.A.D. (SID 369-780-078);

- Jean Louissaint Fleury, (SID 369-780-176), Barbara Fleury Previl, (SID 369-780-197), and their minor children D.L.F. (SID 369-780-189) and M.L. (SID 369-780-181);

- Elyse Louima (SID 369-739-119), Filande Adolphe (SID 369-739-126), and their minor child E.L.A. (SID 369-739-133).

As the Court is aware, the families in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion. Counsel for Plaintiffs recently became aware of the families at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case. **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for these families.**

A stay of removal is amply warranted. For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Bien-Aime, Dieudonne, Fleury, and Louima families have a strong likelihood of success on the merits to their challenge to the Title 42 Process. *See* ECF No. 5-1 at 7-15. And the equities likewise tip sharply in favor of a stay

here. *See id.* at 4-7.  As set forth in the accompanying declarations, all four families fled to the

United States seeking humanitarian protection, and are in grave danger of persecution and other

harm if they are summarily expelled.  Moreover, as this Court previously explained, the

threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or

withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside

the jurisdiction of the Court, it is not clear that a remedy can be provided."  *P.J.E.S. v. Wolf*, __ F.

Supp. 3d. ___, No. 20-CV-2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1]  By

contrast, the government will suffer minimal prejudice from a stay of removal of these families,

particularly where removing them is ultra vires and contrary to the statutes Congress enacted.  *See*

ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June

26, 2020).

On Thursday, February 4, 2021, counsel for Plaintiffs contacted counsel for Defendants

Sean Tepe regarding these four families.  As of the time of this filing, counsel for Plaintiffs was

not able to ascertain Defendants' position on this motion.

**CONCLUSION**

The Court should issue a stay of the removal of the Bien-Aime–Desir, Dieudonne–

Delphin, Fleury–Previl, and Louima–Adolphe families, as identified above.


Dated: February 4, 2021                              Respectfully submitted,


Stephen B. Kang**                                    */s/ Jamie L. Crook*
Cody Wofsy**                                         Jamie L. Crook (D.C. Bar No. 1002504)
Morgan Russell**                                     Karen Musalo

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.*
preliminary injunction pending appeal and expedited the appeal.  *See* Order, *P.J.E.S. v. Pekoske*,
No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899.  As this Court has noted, "the D.C.
Circuit's order is not published and was issued without opinion or reasoning."  Order Granting
Stay (Feb. 1, 2021).

American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Neela Chakravartula
Center for Gender & Refugee Studies
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 565-4877

Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*
*\*\*Admitted pro hac vice*

3