IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE BIEN-AIME–DESIR, DIEUDONNE–DELPHIN, FLEURY–PREVIL, AND LOUIMA–ADOLPHE FAMILIES**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Bien-Aime–Desir, Dieudonne–Delphin, Fleury–Previl, and Louima–Adolphe families, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following families at issue in this Motion are STAYED pending further order of this Court:

- Thechelet Dieudonne (SID 369-745-511), Juna Delphin (SID 369-745-516), and their minor child T.D. (SID 369-745-519);

- Pouchon Bien-Aime, (SID 369-780-070), Annediana Desir, (SID 369-780-063), and their minor child P.R.B.A.D. (SID 369-780-078);

- Jean Louissaint Fleury, (SID 369-780-176), Barbara Fleury Previl, (SID 369-780-197), and their minor children D.L.F. (SID 369-780-189) and M.L. (SID 369-780-181);

- Elyse Louima (SID 369-739-119), Filande Adolphe (SID 369-739-126), and their minor child E.L.A. (SID 369-739-133).

DATE: _____    _____
                                HON. EMMET G. SULLIVAN
                                U.S. DISTRICT JUDGE