IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, et al.,

*Plaintiffs*,

v.

DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al.,

*Defendants*.

No. 1:21-CV-00100-EGS

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE FERREIRA DA COSTA FAMILY

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Ferreira Da Costa family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following family at issue in this Motion are STAYED pending further order of this Court:

- Fabiana Ferreira Da Costa (SID 369-729-448), and her minor children M.A.L.F.C. (SID 369-729-454), K.R.F.D.C. (SID 369-729-457), and A.D.M.F.D.C. (SID 369-729-466).

DATE: _____

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE