AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HUISHA-HUISHA, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00100 (EGS) |
| PEKOSKE, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Amici curiae T. Alexander Aleinikoff, Deborah Anker, James C. Hathaway, and Gerald L. Neuman (collectively, "Scholars of Refugee and Immigration Law")   .

Date:   02/05/2021

/s/ Paul R.Q. Wolfson
*Attorney's signature*

PAUL R.Q. WOLFSON (#414759)
*Printed name and bar number*

WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
*Address*

Paul.Wolfson@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*