UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID PEKOSKE, Acting Secretary of Department of Homeland Security, et al.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-00100 (EGS) |

**MOTION FOR ADMISSION OF NOAH A. LEVINE *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Paul R. Q. Wolfson, a member of the bar of this Court and counsel for Amici curiae T. Alexander Aleinikoff, Deborah Anker, James C. Hathaway, and Gerald L. Neuman (collectively, "Scholars of Refugee and Immigration Law") hereby moves for the admission *pro hac vice* of Noah A. Levine in these proceedings on behalf of the Scholars of Refugee and Immigration Law.

As set forth in Mr. Levine's Declaration, he is a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP in New York, New York. Mr. Levine has been admitted to and is a member in good standing of the bar of the State of New York; Supreme Court of the United States; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the 2nd Circuit; U.S. Court of Appeals for the 3rd Circuit; U.S. Court of Appeals for the 4th Circuit; U.S. Court of Appeals for the 5th Circuit; U.S. Court of Appeals for the 6th Circuit; U.S. Court of Appeals for the 7th Circuit; U.S. Court of Appeals for the 8th Circuit; U.S. Court of Appeals for the 9th Circuit; U.S. Court of Appeals for the 11th Circuit; U.S. Court of Appeals for the District

2

of Columbia Circuit; U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; U.S. District Court for the Western District of Washington; and U.S. District Court for the Eastern District of Wisconsin.

This Motion is signed by Attorney Paul R.Q. Wolfson, a sponsoring member of the Bar of this Court.

Dated: February 5, 2021          Respectfully submitted,

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON (#414759)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: Paul.Wolfson@wilmerhale.com