UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Department of Homeland Security, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00100 (EGS) |

**DECLARATION OF NOAH A. LEVINE IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

I, Noah A. Levine, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Paul R. Q. Wolfson for my admission to practice *pro hac vice* in the above-captioned matter.

2. My full name is Noah A. Levine. I am a Partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP.

3. My office address is 7 World Trade Center, 250 Greenwich Street, New York, NY 10007. My office telephone number (212) 230-8875.

4. I have been admitted to and am a member in good standing of the bar of the State of New York; Supreme Court of the United States; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the 2nd Circuit; U.S. Court of Appeals for the 3rd Circuit; U.S. Court of Appeals for the 4th Circuit; U.S. Court of Appeals for the 5th Circuit; U.S. Court of Appeals for the 6th Circuit; U.S. Court of Appeals for the 7th Circuit; U.S. Court of Appeals for the 8th Circuit;

U.S. Court of Appeals for the 9th Circuit; U.S. Court of Appeals for the 11th Circuit; U.S. Court of Appeals for the District of Columbia Circuit; U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; U.S. District Court for the Western District of Washington; and U.S. District Court for the Eastern District of Wisconsin.

5. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

6. I have been admitted pro hac vice twice in this Court within the past two years. *See J.B.B.C. v. Wolf, et al.*, 1:20-cv-01509 (CJN) (D.D.C); *P.J.E.S. v. Wolf, et al.*, 1:20-cv-2245 (EGS) (D.D.C).

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2021

Respectfully submitted,

*/s/ Noah Levine*

NOAH A. LEVINE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8875
Fax: (212) 230-8888
Email: Noah.Levine@wilmerhale.com