UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., *Plaintiffs*, v. DAVID PEKOSKE, Acting Secretary of Department of Homeland Security, et al., *Defendants*. | Civil Action No. 1:21-cv-00100 (EGS) |

**[PROPOSED] ORDER GRATING MOTION FOR ADMISSION OF ATTORNEY NOAH A. LEVINE *PRO HAC VICE***

This Court has reviewed the Motion for Admission of Attorney Noah A. Levine *Pro Hac Vice*. Upon consideration of that motion, the Court grants Noah A. Levine *pro hac vice* admission to this Court.

DATE: _____          _____

Hon. Judge Emmet G. Sullivan
United States District Judge