UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Department of Homeland Security, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00100 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the motion filed by Scholars of Refugee and Immigration Law for leave to file an *amici curiae* brief in support of Plaintiffs' Motion for Classwide Preliminary Injunction, it is hereby

ORDERED that the motion is GRANTED; and

ORDERED that the *amici curiae* brief attached to the motion of the Scholars of Refugee and Immigration Law is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2021.

_____
Hon. Judge Emmet G. Sullivan
United States District Judge
District of Columbia