AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., ) <br> *Plaintiff* ) <br> v. ) <br> ALEJANDRO MAYORKAS, et al., ) <br> *Defendant* ) | Case No. 1:21-cv-00100-EGS |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al.,

Date:   02/05/2021

*[signature]*
*Attorney's signature*

Lee Gelernt (Bar No. LG 8511)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th floor
New York, NY 10004
*Address*

lgelernt@aclu.org
*E-mail address*

(212) 549-2616
*Telephone number*

*FAX number*