IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 21-cv-100-EGS |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE*
BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE
PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7(o), the International Refugee Assistance Project, Inc. ("IRAP") respectfully moves for leave to file the attached *amicus curiae* brief in support of Plaintiffs' Motion for Classwide Preliminary Injunction. IRAP has consulted with the parties in this litigation. Counsel for Plaintiffs and Defendants consented to IRAP's filing an *amicus curiae* brief.

IRAP is a nonprofit organization dedicated to advancing and defending the rights of refugees and other displaced people through systemic litigation, direct representation, and policy and media advocacy. Since its founding in 2008, IRAP has acted as counsel to hundreds of refugees and asylum seekers before administrative agencies and in the federal courts.

There is good cause to allow this brief's filing. IRAP is uniquely positioned to offer insight into the worldwide refugee crisis and has a strong interest in ensuring that the Refugee Act and related laws are enforced in a manner that is consistent with Congress' humanitarian objectives. IRAP submits this *amicus curiae* brief to show how Defendants' expulsion policy is contrary to the laws Congress put in place to protect all asylum seekers—including families like Plaintiffs in

1

this case—and believes that its discussion of the laws and their history will provide the Court with context for understanding the illegality of Defendants' policy.

For the foregoing reasons, IRAP respectfully requests that the instant motion be granted.

Dated: February 5, 2021
      New York, New York

Respectfully submitted,

*/s/ Kathryn Austin*
Kathryn Austin (D.D.C. Bar No. NY0331)
Geroline Castillo (D.D.C. Bar No. NY0336)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, N.Y. 10004
Tel: (516) 296-0688

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, the foregoing motion for leave to file an *amicus curiae* brief, along with its attachments, was served by filing a copy using the Court's ECF filing system, which will send notice of the filing to all counsel of record.

*/s/ Kathryn Austin*
Kathryn Austin (D.D.C. Bar No. NY0331)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, N.Y. 10004
Tel: (516) 296-0688

*Counsel for Amicus Curiae*