IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, et al.,

    *Plaintiffs*,

v.

DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al.,

    *Defendants*.

No. 21-cv-100-EGS

**[PROPOSED] ORDER**

Upon consideration of the motion of the International Refugee Assistance Project, Inc. ("IRAP") for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for classwide preliminary injunction, it is hereby

ORDERED that IRAP's motion is GRANTED.  It is further

ORDERED that the *amicus curiae* brief attached to IRAP's motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2021.

_____
HON. EMMET G. SULLIVAN
United States District Judge
District of Columbia

2

*Name and addresses of persons to be served, per local rule 7(k):*

Arthur B. Spitzer
Scott Michelman
AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA
915 15th Street, NW, 2nd Floor
Washington, DC 20005

Celso Perez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Jamie L. Crook
CENTER FOR GENDER AND REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102

Sean Michael Tepe
U.S. DEPARTMENT OF JUSTICE
555 Fourth Street, NW
Washington, DC 20530

Kathryn Austin
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, NY 10004