AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Nancy Gimena Huisha-Huisha et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00100-EGS |
| Alejandro Mayorkas, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Amici curiae Alan Kraut, Carl Bon Tempo, Nancy Foner, Maria Cristina Garcia, David A. Gerber, Adam Goodman, Torrie Hester, Hidetaka Hirota, Philip Kasinitz, S. Deborah Kang, Julia Rose Kraut, Erika Lee, Julian Lim, Maddalena Marinari, Howard Markel, Deirdre Moloney, Lucy E. Salyer, and Yael Schacher (collectively, "Historians") .

Date:   02/05/2021

/s/ Raymond P. Tolentino
*Attorney's signature*

Raymond P. Tolentino (D.C. Bar No. 1028781)
*Printed name and bar number*

Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
*Address*

rtolentino@kaplanhecker.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*