IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | Civil Action No. 1:21-CV-00100-EGS |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE
PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7(o), Alan Kraut (American University), Carl Bon Tempo (University at Albany), Nancy Foner (City University New York), Maria Cristina Garcia (Cornell University), David A. Gerber (University of Buffalo), Adam Goodman (University of Illinois Chicago), Torrie Hester (Saint Louis University), Hidetaka Hirota (Sophia University), Philip Kasinitz (City University of New York), S. Deborah Kang (University of Texas at Dallas), Julia Rose Kraut (author and legal historian), Erika Lee (University of Minnesota), Julian Lim (Arizona State University), Maddalena Marinari (Gustavus Adolphus College), Howard Markel (The University of Michigan), Deirdre Moloney (author and legal historian), Lucy E. Salyer (University of New Hampshire), and Yael Schacher (Refugees International) respectfully move for leave to file the attached brief as *amici curiae* in support of Plaintiffs' motion for classwide preliminary

injunction.[1] Counsel for *amici* has consulted with the parties, and neither Plaintiffs nor Defendants oppose this motion.

*Amici curiae* are distinguished scholars with expertise in the history of immigration, medicine, and public health in the United States. *Amici* seek to file this brief because, as professional historians, they have a significant interest in providing this Court with an accurate historical understanding of 42 U.S.C. § 265, which forms the basis of the government's unprecedented policy of barring and expelling families at the border under the guise of protecting public health. Based on their expertise and knowledge of the relevant history, *amici* urge the Court to grant Plaintiffs' motion for classwide preliminary injunction.

The proposed *amicus* brief would be desirable and relevant to the Court's evaluation of Plaintiffs' motion. The central legal question in this case is whether the government has authority under 42 U.S.C. § 265 to summarily expel noncitizen families from the country. *Amici* are uniquely situated to offer valuable historical context that will assist this Court in answering that question of statutory interpretation. *See United States v. Hite*, 769 F.3d 1154, 1160 (D.C. Cir. 2014) ("The search for the meaning of the statute must also include an examination of the statute's context and history."). Furthermore, granting leave to file would not cause any delay or prejudice to the parties.

---

[1] Institutional affiliation is noted for informational purposes only and does not indicate endorsement by institutional employers of the positions advocated in the proposed *amicus* brief.

For the foregoing reasons, *amici* respectfully request that this Court grant them leave to file the attached brief.

Dated: February 5, 2021

                                                 Respectfully Submitted,

                                                 */s/ Raymond P. Tolentino*

                                                 Raymond P. Tolentino
                                                   (D.C. Bar No. 1028781)
                                                 KAPLAN HECKER & FINK LLP
                                               350 Fifth Avenue | Suite 7110
                                               New York, NY 10118
                                               (212) 763-0883 (telephone)
                                               (212) 564-0883 (fax)
                                               rtolentino@kaplanhecker.com

                                               *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I served the foregoing motion and its attachments by filing a copy using the Court's ECF filing system, which will send notice of the filing to all counsel of record.

*/s/ Raymond P. Tolentino*

Raymond P. Tolentino
  (D.C. Bar No. 1028781)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue | Suite 7110
New York, NY 10118
(212) 763-0883 (telephone)
(212) 564-0883 (fax)
rtolentino@kaplanhecker.com

*Counsel for Amici Curiae*