IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | Civil Action No. 1:21-CV-00100-EGS |

**[PROPOSED] ORDER**

Upon consideration of the Historians' motion for leave to file a brief as *amici curiae* in support of Plaintiffs' motion for classwide preliminary injunction, it is hereby

ORDERED that the motion for leave to file is GRANTED; and

ORDERED that the *amicus* brief attached to the Historians' motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2021.

_____
HON. EMMET G. SULLIVAN
United States District Judge
District of Columbia

*Names and addresses of persons to be served, per Local Civil Rule 7(k):*

Scott Michelman
Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA
915 15th Street NW
Ste 2nd Floor
Washington, DC 20005

Celso Perez
Lee Gelernt
Daniel A. Galindo
Omar Jadwat
Ming Cheung
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street
18th Floor
New York, NY 10004

Stephen B. Kang
Cody Wofsy
Morgan Russell
ACLU IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

Jamie L. Crook
CENTER FOR GENDER AND REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102

Karla M. Vargas
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, TX 78516

Sean Michael Tepe
U.S. DEPARTMENT OF JUSTICE
555 Fourth Street, NW
Washington, DC 20530

Paul R.Q. Wolfson
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Suite 400E
Washington, DC 20006

Kathryn S. Austin
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza
4th Floor
New York, NY 10004