**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and in accordance with the briefing schedule set by this Court, *see* Order (Feb. 3, 2021), Plaintiffs hereby move the Court to issue a classwide preliminary injunction enjoining the application of the Title 42 Process to Plaintiffs and Class Members.

In support of this Motion, Plaintiffs and Class Members rely upon the attached memorandum of points and authorities, the accompanying declarations, and the filings in this case. A proposed order is attached.

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request oral argument on this Motion no later than 21 days after the date of this filing. The Court has already ordered that briefing on this Motion be completed by February 23, 2021. Moreover, this case involves asylum-seeking families who are subject to swift expulsion pursuant to a novel invocation of the public health provisions of Title 42 of the U.S. Code. Defendants have already expelled more than 20,000 members of families pursuant to the unlawful Title 42 Process, and more such families are being expelled every day.

1

Dated: February 5, 2021

Stephen B. Kang**
Cody Wofsy**
Morgan Russell**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770


Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Respectfully submitted,

/s/ Lee Gelernt_____
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming
**Admitted pro hac vice