# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:21-CV-00100-EGS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Classwide Preliminary Injunction, along with all exhibits thereto, the Court finds that Plaintiffs have shown a likelihood of success on the merits of their claims; that the members of the Class would suffer irreparable injury absent a preliminary injunction; that the balance of harms weighs in favor of the Class; and that the public interest would be served by granting a preliminary injunction.

Accordingly, it is hereby ORDERED that Defendants, their agents, and any person acting in concert with them are ENJOINED from applying the Title 42 Process to the Class Members, pending final disposition of this case.

**SO ORDERED**.

Dated: _____

                                                      EMMET G. SULLIVAN
                                                      United States District Judge