## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.; | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., | ) No. 21-cv-00100-EGS ) ) |
| *Defendants*. | ) ) |

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION

| **Declaration** | **Accompanying Exhibits (If Any)** |
|---|---|
| **Declaration of Ming Cheung** | **Exhibit A -** Act of February 15, 1893, ch. 114, § 7, 27 Stat. 449 |
| | **Exhibit B -** Executive Order No. 5143, Restricting for the Time Being the Transportation of Passengers from Certain Ports in the Orient to a United States Port (June 21, 1929) |
| | **Exhibit C -** Regulations Governing the Embarkation of Passengers and Crew at Ports in China and the Philippine Islands and Their Transportation to the United States Ports Prescribed in Accordance with Executive Order Approved June 21, 1929 (July 11, 1929), included in Conn. Dep't of Health, *Connecticut Health Bulletin*, vol. 43, no. 9, 324-326 (Sept. 1929) |
| | **Exhibit D -** U.S. Dep't of Treasury, Quarantine Restrictions Upon Immigration to Aid in the Prevention of the Introduction of Cholera into the United States (Sept. 1, 1892) (circular), included in *Abstract of Sanitary Reports*, vol 7, no. 36, 445 (Sept. 2, 1892) |
| | **Exhibit E -** U.S. Customs & Border Protection, COVID-19 CAPIO Memorandum |

|  |  |
|---|---|
|  | **Exhibit F -** U.S. Customs and Border Protection, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions*, (last updated Jan. 7, 2021) |
|  | **Exhibit G -** ICE Juvenile Coordinator Report, filed in *Flores v. Rosen*, No. 85-cv-04544 (C.D. Cal Jan. 19, 2021), ECF No. 1064-1 |
|  | **Exhibit H -** CBP Juvenile Coordinator Report, filed in *Flores v. Rosen*, No. 85-cv-04544 (C.D. Cal Jan. 15, 2021), ECF No. 1060-1 |
|  | **Exhibit I** – U.S. Immigration and Customs Enforcement, *COVID-19 ICE Detainee Statistics* (updated Jan. 11, 2021) |
| **Declaration of Public Health Experts** | **Exhibit A** – Sharmila Shetty curriculum vitae |
|  | **Exhibit B –** Stephen Patrick Kachur curriculum vitae |
|  | **Exhibit C** – Leslie F. Roberts curriculum vitae |
|  | **Exhibit D –** Bradley A. Woodruff curriculum vitae |
| **Declaration of Javier Hidalgo** | N/A |
| **Declaration of Allison Herre** | N/A |
| **Declaration of Lisa Frydman** | N/A |
| **Declaration of Linda Corchado** | N/A |
| **Declaration of Taylor Levy** | N/A |

Dated: February 5, 2021                      Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
*Attorney for Plaintiffs*