IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*;<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity *et al.*;<br><br>*Defendants*. | No. 21-cv-00100-EGS |

**DECLARATION OF MING CHEUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

I, Ming Cheung, Esq., declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Classwide Preliminary Injunction. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as follows:

2. Attached as Exhibit A is a true and correct copy of the Act of February 15, 1893, which enacted the predecessor provision to 42 U.S.C. § 265. *See* Act of Feb. 15, 1893, ch. 114, § 7, 27 Stat. 449, https://www.loc.gov/law/help/statutes-at-large/52nd-congress/session-2/c52s2ch114.pdf.

3. Attached as Exhibit B is a true and correct copy of Executive Order No. 5143, Restricting for the Time Being the Transportation of Passengers From Certain Ports in the Orient to a United States Port (June 21, 1929), as downloaded from the HeinOnline database.

4. Attached as Exhibit C is a true and correct copy of the July 11, 1929, regulation that implemented Executive Order No. 5143, as contained in the *Connecticut Health Bulletin* from September 1929. *See* Regulations Governing the Embarkation of Passengers and Crew at Ports in China and the Philippine Islands and Their Transportation to the United States Ports

1

Prescribed in Accordance with Executive Order Approved June 21, 1929 (July 11, 1929), included in Conn. Dep't of Health, *Connecticut Health Bulletin*, vol. 43, no. 9, 324-326 (Sept. 1929).

5.      Attached as Exhibit D is a true and correct copy of the Treasury Department's circular from September 1, 1892, as contained in the *Abstract of Sanitary Reports* from September 2, 1892.  *See* U.S. Dep't of Treasury, Quarantine Restrictions Upon Immigration to Aid in the Prevention of the Introduction of Cholera into the United States (Sept. 1, 1892) (circular), included in *Abstract of Sanitary Reports*, vol 7, no. 36, 445 (Sept. 2, 1892), https://play.google.com/books/reader?id=3cQhjR-RhXUC&hl=en&pg=GBS.PA445.

6.      On Wednesday, February 3, 2021, I downloaded from the ProPublica website (linking to the Document Cloud website) a Border Patrol memorandum obtained by ProPublica which contains information about the implementation of the Title 42 process.  *See* Dara Lind, *Leaked Border Patrol Memo Tells Agents to Send Migrants Back Immediately — Ignoring Asylum Law*, ProPublica (Apr. 2, 2020), https://www.propublica.org/article/leaked-border-patrol-memo-tells-agents-to-send-migrants-back-immediately-ignoring-asylum-law (linking to https://www.documentcloud.org/documents/6824221-COVID-19-CAPIO.html).  Attached as Exhibit E is a true and correct copy of this memorandum.

7.      On Wednesday, February 3, 2021, I downloaded a webpage from the site of the U.S. Customs and Border Protection with statistics of expulsions under the Title 42 policy.  *See* U.S. Customs and Border Protection, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions*, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics (last updated Jan. 7, 2021).  Attached as Exhibit F is a true and correct copy of this webpage.

8.     Attached as Exhibit G is a true and correct copy of the January 19, 2021 ICE Juvenile Coordinator Report, filed in *Flores v. Rosen*, No. 85-cv-04544 (C.D. Cal Jan. 19, 2021), ECF No. 1064-1, as downloaded from the PACER electronic database.

9.     Attached as Exhibit H is a true and correct copy of the January 15, 2021 CBP Juvenile Coordinator Report, filed in *Flores v. Rosen*, No. 85-cv-04544 (C.D. Cal Jan. 15, 2021), ECF No. 1060-1, as downloaded from the PACER electronic database.

10.    On Thursday, February 4, 2021, I downloaded a webpage from the Internet Archive (also known as the Wayback Machine), which is an archived copy of a webpage from the site of the U.S. Immigration and Customs Enforcement as it existed on January 11, 2021, which reported ICE Detainee Statistics as of January 10, 2021.  U.S. Immigration and Customs Enforcement, *COVID-19 ICE Detainee Statistics* (updated Jan. 11, 2021), https://web.archive.org/web/20210112011244/https://www.ice.gov/coronavirus#tab1.  Attached as Exhibit I is a true and correct copy of this webpage.

I, Ming Cheung, declare under penalty of perjury of the laws of the State of New Jersey and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 4, 2021, in Jersey City, New Jersey.

_____
MING CHEUNG, ESQ.