**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 21-cv-00100-EGS ) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) ) |

**DECLARATION OF PUBLIC HEALTH EXPERTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

The undersigned hereby declare:

1. We make this declaration based on our own personal knowledge and if called to testify could and would do so competently and truthfully to these matters.

**Sharmila Shetty, MD**

2. I, Sharmila Shetty, am a public health physician with 20 years of experience in global health practice. I completed my pediatric residency training at North Shore University Hospital in Manhasset, N.Y., and then completed my post-doctorate fellowship in applied epidemiology at the Centers for Disease Control and Prevention (the "CDC"), and subsequently worked at the CDC for another 11 years, until November 2020.

3. From 2015 to 2020, I served as a medical epidemiologist and Epidemiology Lead for the Global Rapid Response Team in the CDC's Emergency Response and Recovery Branch, where I responded to multiple global health crises including Ebola, measles, and cholera outbreaks. During the COVID-19 pandemic, I was part of the Emergency Operations Center's domestic response and served as the Clinical team deputy, and also provided clinical guidance on COVID-19 to healthcare providers.

4. From 2009 to 2014, I served as a medical epidemiologist in the CDC's Immigrant, Refugee, and Migrant Health Branch. In that capacity, I, among other responsibilities, developed an H1N1 influenza preparedness plan for U.S.-bound refugees, investigated outbreaks, and recommended strategies for managing epidemics.

5. I've also served as faculty at Johns Hopkins Bloomberg School of Public Health, in the International Health Department, working on the Hib Vaccine Initiative.

6. I am currently a medical epidemiologist at the Fund for Population Health New York City working on COVID-19 in Congregate Settings

7. My curriculum vitae is attached as Exhibit A.

**Stephen Patrick Kachur, MD, MPH**

8. I, S. Patrick Kachur, am a Professor of Population and Family Health at the Columbia University Mailman School of Public Health.  I am a public health physician with 30 years of experience in global health practice.  I completed clinical and residency training at the Mary Imogene Bassett Hospital and Johns Hopkins University and a community health fellowship at the University of Ilorin in Nigeria.

9. For over 20 years (1995-2018), I was based at the CDC, where I held leadership roles in the Malaria Branch and Center for Global Health, receiving the agency's highest service award.  At the CDC, I contributed to the Global Health Security Agenda and responded to global health crises including pandemic H1N1 influenza, Ebola and Zika.

10. My scholarship has focused on experimental and observational epidemiology and health systems studies examining the effectiveness and equity of malaria and child health interventions, with an emphasis on real world research that shapes policies and programs.  I joined the faculty of the Columbia University Medical Center in 2018, where I coordinate implementation science partnerships with a focus on expanding access to quality primary health care services.  I also serve on the World Health Organization's Malaria Policy Advisory Committee.

11. My curriculum vitae is attached as Exhibit B.

**Les Roberts, MPH, PhD**

12. I, Leslie ("Les") Roberts, am an epidemiologist and a Professor of Population and Family Health at the Columbia University Mailman School of Public Health.

13. I did my post-doctorate fellowship in epidemiology at the CDC.  I worked at the CDC for 4 years, where I was the first winner of the CDC's Paul C. Schnitker Award for contributions to global health.

14. In addition, in 1994, I worked as an epidemiologist for the World Health Organization in Rwanda during their civil war.  I was also the Director of Health Policy at the International Rescue Committee from 2000 until 2003.  I have led over 50 surveys in 17 countries, and my studies have been cited by the U.S. State Department, United Nations, World Health Organization, and other governmental and international institutions.  I am also a regular lecturer at John Hopkins University.  I hold a bachelor's degree in physics from St. Lawrence University, a master's degree in public health from Tulane University, and a PhD in environmental engineering from John Hopkins University.

15. My curriculum vitae is attached as Exhibit C.

**Bradley A. Woodruff, MD, MPH**

16. I, Bradley A. Woodruff, am a physician and medical epidemiologist. I currently work as a consultant for UNICEF, WHO, WFP, and other United Nations agencies. I have faculty appointments at the Rollins School of Public Health of Emory University and several other schools of public health worldwide.

17. I studied medicine at Upstate Medical Center in Syracuse, New York and public health at the Johns Hopkins School of Hygiene and Public Health.

18. I worked for the CDC for 20 years, from 1987 to 2007. For most of my career at CDC, I worked in the fields of communicable disease, specifically diarrheal disease, viral hepatitis, and refugee health. During the last 4 years, I worked in the field of nutrition and nutritional status assessment.

19. I have received many awards during my career, including the Charles C. Shepard Award for Outstanding Scientific Contribution to Public Health, the Secretary's Award for Distinguished Service, and several US Public Health Service citations.

20. I have authored or co-authored more than 75 publications in biomedical journals and several major reports and book chapters.

21. My curriculum vitae is attached as Exhibit D.

**The CDC Order's Inconsistency with Public Health Practice**

22. In our opinion, the proposition that the March 20th CDC Order should be used to expel families seeking asylum is not logical or consistent with public health practice or epidemiological evidence.

23. Our understanding is that the vast majority of asylum seekers coming to the Southwest border pass through Mexico.  Mexico is therefore the place of their likeliest exposure to COVID-19 before coming to the United States.

24. At this time, the prevalence of COVID-19 in Mexico is lower than in the United States itself.  At the time of this declaration, the recorded incidence in Mexico has been lower than in the United States for the entire outbreak, and less than one-fourth the rate over the last week and month.[1]  The fact that Mexico has a lower rate of infection than the United States is confirmed by sero-prevalence studies, which use blood tests to measure the

---

[1] *See Mexico*, Johns Hopkins University of Medicine, Coronavirus Resource Center, https://coronavirus.jhu.edu/region/mexico (last visited Feb. 1, 2021); *United States*, Johns Hopkins University of Medicine, Coronavirus Resource Center, https://coronavirus.jhu.edu/region/united-states (last visited Feb. 1, 2021).

percentage of the population that has previously been infected. Because the proportion of the Mexican population that has been infected with SARS-CoV-2 is lower than that of the United States population, the lower incidence of COVID-19 in Mexico is unlikely to be merely an artifact of lower testing rates.[2]

25. Thus, the idea that these individuals create a risk or threat to the health of U.S. residents or officials ignores the likelihood that, currently, U.S. residents probably face greater risks from *other U.S. residents* than from the average person coming to the U.S.-Mexico border.

26. The CDC Order also irrationally distinguishes between asylum seekers without documentation and numerous categories of other individuals who pose just as much risk of spreading COVID-19. For examples, thousands of truck drivers and other individuals are allowed across the border each day without testing or quarantine, and they then travel to the interior to communities in the United States. Families like the class members in this case likely pose no more risk of spreading COVID-19 than these truck drivers, and given the lower incidence in children, perhaps on average pose less risk of being infectious or requiring medical care within the United States.

27. If such families can be processed quickly at the border and released to sponsors in the United States, they would create little or no more risks of inducing infection than the thousands of individuals passing the border each day.

28. It is also our view that, to the extent that families may need to be temporarily detained at congregate facilities, risks of infection can be substantially mitigated if such facilities operate at reduced capacity, such that families are able to socially distance and reside in separate rooms. Such risks can be further reduced if staff or families are vaccinated.

29. Several technical advances, such as improved COVID-19 tests and an announced Johnson & Johnson single-dose vaccine, all suggest that the burden and risks of accepting asylum seeking families are only likely to decrease over time.

I, Sharmila Shetty, declare under penalty of perjury of the laws of the State of New York and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 4, 2021 in Massapequa Park, New York.

SHARMILA SHETTY

---

[2] *See* Natalia Martinez-Acuña et al., *Seroprevalence of anti-SARS-COV-2 antibodies in blood donors from Nuevo Leon state, Mexico, during the beginning of the COVID-19 pandemic*, MedRxiv (Nov. 30, 2020), https://www.medrxiv.org/content/10.1101/2020.11.28.20240325v1.

4

I, Stephen Patrick Kachur, declare under penalty of perjury of the laws of the State of New York and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 3, 2021 in New York, New York.

_____
STEPHEN PATRICK KACHUR

I, Leslie Roberts, declare under penalty of perjury of the laws of the State of New York and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 3, 2021 in Cincinnatus, New York.

_____
LESLIE ROBERTS

I, Bradley A. Woodruff, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on December 1, 2020 in Victoria, British Columbia, Canada.

Executed on February 3, 2021 in Victoria, British Columbia, Canada.

_____
BRADLEY A. WOODRUFF