Exhibit A

**CURRICULUM VITAE**
**SHARMILA SHETTY, M.D.**
70 Harbor Lane, Massapequa Park, NY 11762
Phone: 443-854-3343
Email: sharmshetty@gmail.com

**EDUCATION**

| | |
|---|---|
| Barnard College, Columbia University, New York, NY | Sept 1988 - May 1992 |
| Degree: B.A. Asian Studies (cum laude) | |
| | |
| Mount Sinai School of Medicine, New York, NY | July 1992 - May 1996 |
| Degree: M.D. | |

**PROFESSIONAL TRAINING**

| | |
|---|---|
| North Shore University Hospital, Manhasset, N.Y. | July 1996 - June 1997 |
| Department of Pediatrics, Internship (PGY1) | |
| | |
| North Shore University Hospital, Manhasset, N.Y. | July 1997 - June 1999 |
| Department of Pediatrics, Residency (PGY 2-3) | |
| | |
| Centers for Disease Control and Prevention (CDC), Atlanta, GA | July 2002 - June 2004 |
| Epidemic Intelligence Service Fellowship | |

**PROFESSIONAL EXPERIENCE**

**Medical Epidemiologist**                                    Nov 2020- present
**COVID-19 Congregate Settings Investigation and Response Unit**
**New York City Department of Health and Mental Hygiene**
*New York, NY*

- Lead case investigations for COVID-19 in residential congregate settings
- Develop guidance documents and educational resources related to management of COVID-19 in congregate residential facilities
- Provide relevant infection prevention and control guidance and support based on current scientific knowledge and agency recommendations

**Medical Epidemiologist**                                    May 2015-Nov 2020
**Emergency Response and Recovery Branch, Centers for Disease Control and Prevention (CDC)**
*Atlanta, Georgia, USA*

- Deputy for Clinical Team on domestic COVID-19 Response as part of Emergency Operations Center activation
- Medical epidemiologist on Clinical On-Call Center, providing guidance to health

care providers over the phone with clinical queries on COVID-19
- CDC preparedness team lead in Kisangani, DRC during 2019-2020 Ebola outbreak
- CDC team lead for Cyclone Idai response in Beira, Mozambique
- CDC Ebola preparedness coordinator in Juba, South Sudan
- Polio response coordinator for UNICEF in Papua New Guinea
- Technical Advisor to UNHCR on roll out of Health Information System in Cox's Bazar, Bangladesh as part of the Rohingya refugee crisis
- Co-lead for CDC on the Health Emergencies Preparedness Initiative with UNICEF
- Chief Science Officer for CDC's Incident Management System for Hurricane Matthew Response in Haiti
- Liaison to Pan American Health Organization during Hurricane Matthew Response in Haiti
- Technical Advisor to UNHCR on immunization services evaluation tools
- Technical Advisor for Guinea Country Team Ebola Response
- Epidemiology Team Lead for CDC Ebola response in Sierra Leone
- Team lead for response to flooding in Freetown, Sierra Leone
- Technical advisor to UNHCR on a cholera outbreak in Dadaab refugee camp in Dadaab, Kenya
- Team lead for response to humanitarian crisis in Northeast Nigeria

**Medical Epidemiologist, Medecins sans Frontieres**        March 2014-Sept 2014
*Yangon, Myanmar*

- Supervised team to ensure data quality and data management in a long-running HIV project in Dawei, Myanmar
- Developed proposals and protocols for research projects
- Evaluated current data collection systems and provided recommendations to the project for streamlining
- Assisted in the development of data monitoring and evaluation guidelines for the project

**Medical Epidemiologist**                       September 2009-February 2014
**Immigrant, Refugee and Migrant Health Branch, Centers for Disease Control and Prevention (CDC)**
*Atlanta, Georgia, USA*
- CDC team lead for Horn of Africa crisis in Dadaab refugee camp, Kenya
  - Managed and analyzed data on measles cases and provided weekly reports and recommendations to health partners to help manage the epidemic
  - Monitored surveillance data for cholera and shigella and trained health workers on cholera prevention and preparedness
  - Provided recommendations to improve quality of mortality and diseases of outbreak potential reporting

- Co-principal investigator of a multi-state epidemiologic investigation of an outbreak of suicides among U.S.-resettled Bhutanese refugees
  - o Led a team of three EIS Officers, staff and multiple students in the design and implementation of a representative cross-sectional survey to identify risk and protective factors for suicide among resettled Bhutanese refugees in seven U.S. cities
  - o Acted as CDC liaison between state refugee health programs, state epidemiologists, Office of Refugee Resettlement, and refugee resettlement agencies in all cities of the investigation
- Led an investigation of Vaccine Coverage and Timing among US-Born Somali Children and Vaccine Knowledge, Attitudes, and Perceptions among Somali Parents
- Provided technical assistance on the medical management of unaccompanied Haitian orphans following the 2010 Haiti earthquake to the HHS/Office of Refugee Resettlement/Division of Unaccompanied Children Services, during a one-month emergency detail.
- Created recommendations for the medical screening of Haitian orphans following the 2010 Haiti earthquake
- Conducted a survey of Haitian adoptee parents and medical providers on the health of Haitian adoptees following the 2010 Haiti earthquake
- Assisted in the development of CDC domestic refugee medical screening guidelines
- Participated in Refugee Vaccine Working Group to provide vaccine recommendations  for U.S.-bound refugees
- Led and coordinated efforts between CDC and U.S. adoption specialty clinics to design and implement a surveillance system for international adoptee health
- Coordinated efforts between CDC and the Association of Refugee Health Coordinators to design a surveillance system for domestic refugee health medical screening
- Conducted evaluations of panel physicians who perform the required medical examinations for immigrants and refugees to assess their capacity to implement updated tuberculosis screening requirements in Guatemala, China, Ethiopia, DRC and Congo-Brazzaville.
- Served as project manager for *Enhancing Partnerships in Refugee Health*, a collaboration between the Association of Refugee Health Coordinators and the Association of State and Territorial Health Officials
- Served as project manager for Harvard Opinion Research Poll project, coordinating and managing a team conducting opinion polls on public perception of non-pharmaceutical interventions related to H1N1 influenza
- Developed an H1N1 influenza preparedness plan for US-bound refugees

**Medical Epidemiologist, The Hib Initiative**          January 2007- July 2009
*Johns Hopkins Bloomberg School of Public Health, Baltimore, MD USA*
The Hib Initiative, a highly successful global vaccine initiative to accelerate adoption of *Haemophilus influenzae* type b (Hib) vaccine in low income countries

- Lead epidemiologist for the Southeast Asia region
  - Provided technical assistance in preparing country comprehensive multi-year plans and GAVI country applications for new vaccine funding support

  - Conducted monitoring and evaluation of research and surveillance activities related to Hib disease burden by reviewing quarterly technical reports
  - Provided regular assessment and recommendations through site visits in target countries

- India strategy team lead, guiding policy strategy development and implementation of Hib vaccine introduction in India

  - Analyzed and synthesized epidemiologic data, guidelines, and other research to support policy development of Hib vaccine introduction

  - Led coordination activities between Hopkins team and Indian Ministry of Health, WHO, UNICEF and other stakeholders to facilitate issues around preparation of policy development, GAVI application and vaccine introduction

  - Provided technical backstopping for WHO and Indian Ministry of Health regarding technical issues around Hib disease burden and Hib vaccine

  - Assisted in planning and implementation of pneumonia advocacy workshop for Indian academics and policy-makers
- Reviewed all research and surveillance project proposals and advised upon technical content
- Developed a monitoring and evaluation system for all Hib Initiative research and surveillance projects
- Liaised with WHO HQ and regional officers to develop regional workplans for new vaccines
- Assisted in development of Hib Initiative workplan and budgets
- Supplied technical oversight for a wide range of global, regional and country level communication and advocacy materials, including press releases and fact sheets for more than 30 countries
- Represented Hib Initiative at various global and regional meetings and disseminated information on Hib disease and vaccine to various stakeholders
- Provided technical expertise in evaluating immunization system effects post introduction of Hib vaccine

**Senior Health Delegate, American Red Cross**          October 2005- October 2006
*Tsunami Recovery Program, Banda Aceh, Indonesia*
- As part a five-year relief and recovery project following the catastrophic 2004 tsunami, developed and managed a multi-million dollar portfolio of comprehensive health programs
  - Conducted health assessments of internally displaced persons camps to

determine health needs
- o Designed a community health project, Community Based First Aid, which trained local Red Cross volunteers in Aceh Province in communicable diseases, hygiene practices, disaster management, and first aid skills to be used in the community
- o Developed a comprehensive proposal for an avian influenza public education campaign to be conducted by local Red Cross volunteers
- o Organized and mobilized local Red Cross volunteers to participate in a malaria bed net distribution campaign
- o Designed a proposal to support the health and water sanitation needs of internally displaced persons in Aceh province
- Led American Red Cross activities as part of the Measles Initiative in organizing a nationwide measles vaccination campaign in Indonesia, which ultimately reached 31 million children
  - o Represented American Red Cross in Measles Task Force and Inter Agency Coordination Committee (ICC) meetings
  - o Designed and implemented a social mobilization program for local Red Cross volunteers in support of measles vaccination campaign
  - o Provided on-the-ground technical oversight to monitoring and evaluation of an integrated measles vaccination campaign in Bengkulu province, Sumatra
- Served as team health advisor and disseminated information to staff regarding relevant health issues

**Consultant, International Rescue Committee**                          July 2005
*West Bank and Gaza Strip*
- Conducted an assessment of health services by interviewing government members, UN agencies and local and international health organizations regarding health needs of the Palestinian population
- Led focus groups with vulnerable populations
- Provided comprehensive assessments of  local health centers

**Medical supervisor, Mygoma orphanage**          August 2004 - December 2004
**Medecins sans Frontieres**
*Khartoum, Sudan*
- Supervised team of 3 doctors and 26 nurses to provided inpatient pediatric care in a large urban orphanage of 320 children
- Provided training and mentorship to doctors and nurses in general pediatric and neonatal care
- Supervised the pharmacist regarding drug consumption, and implemented measures to prevent wastage

**Epidemic Intelligence Service Officer**                    July 2002 - June 2004
*Mycotic Diseases Branch,*

*Centers for Disease Control and Prevention (CDC),*
*Atlanta, Georgia, USA*
Fellowship in applied epidemiology
- Investigation of an outbreak of *Candida parapsilosis*
  - Led a CDC team investigating an outbreak of bloodstream infections in a Denver community hospital
  - Designed and conducted a case-control and cohort study to determine risk factors for illness
  - Performed data analysis and presented findings at a national meeting
- Investigation of outbreak of Histoplasmosis, Nebraska
  - Led a team to investigate source for illness among workers in a large industrial plant
  - Designed and conducted a case-control and cohort study to identify risk factors for disease
  - Acted as liaison between State Health Dept., CDC and plant officials
- Study of Cryptococcosis Among AIDS Patients in Gauteng, South Africa
  - Performed an evaluation of a surveillance system for cryptococcosis
  - Designed and conducted a follow-up study to determine outcomes and compliance with secondary prophylaxis among AIDS patients with cryptococcosis
  - Supervised local staff in data collection and conducting interviews
  - Performed data collection and data analysis
- Integrated Disease Surveillance Review, Kenya
  - Led a team to assess disease surveillance activities in Kakamega District, Kenya
  - Presented findings and provided recommendations at a national stakeholders meeting
- Nationwide Measles Vaccination Campaign, Liberia
  - Provided technical assistance and guidance to public health officials and non-governmental organizations in micro planning and implementation of vaccination campaign
  - Monitored and evaluated ongoing vaccination campaigns in various counties
  - Participated in weekly meetings with Ministry of Health, WHO, and non-governmental organizations to communicate status of campaign
- Yellow Fever outbreak, Bong County, Liberia
  - Conducted case finding among internally displaced persons camp
  - Participated in meetings with Ministry of Health and other organizations to develop strategy for vaccinations
- Analyzed data from the National Nosocomial Infection Surveillance System and described the epidemiology of Neonatal Candida Bloodstream Infections among High Risk Nurseries in the U.S. for presentation at national meeting
- Performed data analysis of a risk factor study of neonatal candidemia in Baltimore, Maryland, and published findings in peer reviewed journal
- Designed protocol and survey instrument to Assess Current Candida Sepsis

Prevention Programs Among U.S. Neonatal Intensive Care Units

**Medical supervisor of Pediatric ward, Bundibugyo Hospital,**     Dec 2001 - Apr 2002
**Medecins sans Frontieres**
*Bundibugyo, Uganda*
- Provided inpatient pediatric care for internally displaced population in a remote district hospital in a post conflict setting
- Supervised pediatric department and staff of 10 nurses and 2 medical officers
- Managed patient care and running of a therapeutic feeding center

**Adjunct Assistant Clinical Professor of Pediatrics**          July 2000 - Nov 2001
**Department of Pediatrics, Bronx Lebanon Hospital Center**
*New York, USA*
- Provided clinical care in Emergency Department and outpatient clinics in a large, urban private hospital
- Supervised and precepted cadre of pediatric residents

**Pediatrician, Medecins sans Frontieres**                    Dec 1999 - Apr 2000
*Hamshari Hospital, Saida, Lebanon*
- Assisted in the establishment of a pediatric department for a large refugee camp hospital for Palestinian refugees
- Provided inpatient pediatric care alongside local doctors and nurses and trained them in pediatric management
- Designed syllabus and taught a semester long training in pediatrics for an ICU Nursing course

**PROFESSIONAL ACTIVITIES**
Member of the Board of Directors                    September 2017-present
Vedanta Center of Atlanta

Member of the Board of Directors                        June 2007-June 2010
Doctors Without Borders/Medecins sans Frontieres USA

Member of the Board of Directors                        June 2012-Jan 2014
Sagal Radio Services, radio station for refugees and new Americans

Volunteer pediatrician at the Dekalb County Board          October 2010-Feb 2014
Of Health Pediatric Refugee Clinic

Volunteer for Medecins sans Frontieres Peer Support Network;        2000- present
Provide support and counseling for returned field volunteers

Volunteer for the Asylum Network of Physicians for Human Rights;     2000-2004
Perform physical exams on victims of torture and wrote medical affidavits

## HONORS AND AWARDS

Public Health Service Awards:

| | |
|---|---|
| Unit Commendation, Exceptional service in successful control of a measles outbreak among Burmese refugees from Malaysia | 2012 |
| Outstanding Unit Citation, 2010 Haiti Earthquake Response Team | 2011 |
| Commissioned Corps training Ribbon | 2011 |
| Outstanding Unit Citation, CDC H1N1 Task Force | 2010 |
| Crisis Response Service Award, Haiti Earthquake Response Mission | 2010 |
| Outstanding Unit Citation, SARS Response Team | 2005 |

Non- Public Health Service Awards:

| | |
|---|---|
| CDC-ATSDR Honor Award for Excellence in Emergency Response-International | 2012 |
| CDC DGMQ Exceptional Partnerships Award | 2012 |
| CDC NCEZID Award for Haiti earthquake response | 2011 |
| CDC NCEZID Award for outstanding development of a web portal for health information for international adoptions | 2011 |
| CDC NCEZID Award for excellence in partnering to strengthen public health activities and CDC's role regarding TB control among international  adoptees | 2010 |
| CDC NCEZID Award for exemplary service as chairman of the board of MSF-USA | 2010 |
| Graduated cum laude, Barnard College | 1992 |

## PUBLICATIONS

Bermúdez-Aza EH, **Shetty S**, Ousley J, Kyaw NTT, Soe TT, Soe K, et al. (2018) Long-term clinical, immunological and virological outcomes of patients on antiretroviral therapy in southern Myanmar. PLoS ONE 13(2): e0191695. https://doi.org/10.1371/journal.pone.0191695

Ao T, **Shetty S**, Sivilli T, Blanton C, Ellis H, Geltman P, Cochran J, Taylor E, Lankau E, Lopes Cardozo B. Suicidal Ideation and Mental Health of Bhutanese Refugees in the United States. J Immigrant Minority Health. 2015 Dec; DOI 10.1007/s10903-015-0325-7

Hagaman A, Sivilli T, Ao T, Blanton C, Ellis H, Lopes Cardozo B, **Shetty S**. An Investigation into Suicides among Bhutanese Refugees Resettled in the United States between 2008 and 2011. Journal of Immigrant and Minority Health; 2016 Aug;18(4):819-27.

Taylor E, Painter J, Posey D, Zhou W, **Shetty S.** Latent Tuberculosis Infection Among

Immigrant and Refugee Children Arriving in the United States, 2010. Journal of Immigrant and Minority Health; 2015 Sep 12.

Kyaw NT, Harries AD, Chinnakali P, Antierens A, Soe KP, Woodman M, Das M, **Shetty S**, Zuu MK, Htwe PS, Fernandez M. Low Incidence of Renal Dysfunction among HIV-Infected Patients on a Tenofovir-Based First Line Antiretroviral Treatment Regimen in Myanmar. PLoS One. 2015 Aug 24;10(8):e0135188. doi: 10.1371/journal.pone.0135188. eCollection 2015.

Scott KC, Taylor EM, Mamo B, Herr ND, Cronkright PJ, Yun K, Altshuler M, **Shetty S**. Hepatitis B screening and prevalence among resettled refugees - United States, 2006-2011. Centers for Disease Control and Prevention (CDC). MMWR Morb Mortal Wkly Rep. 2015 Jun 5;64(21):570-3.

Ellis BH, Lankau EW, Ao T, Benson MA, Miller AB, **Shetty S**, Lopes Cardozo B, Geltman PL, Cochran J. Understanding Bhutanese refugee suicide through the interpersonal-psychological theory of suicidal behavior. Am J Orthopsychiatry. 2015 Jan;85(1):43-55.

Cuffe K, Stauffer W, Painter J, **Shetty S**, Montour J, Zhou W. Update: vitamin B12 deficiency among Bhutanese refugees resettling in the United States, 2012. Centers for Disease Control and Prevention (CDC). MMWR Morb Mortal Wkly Rep. 2014 Jul

Shah AY, Suchdev PS, Mitchell T, **Shetty S**, Warner C, Oladele A, Reines S. Nutritional status of refugee children entering DeKalb County, Georgia. J Immigr Minor Health. 2014 Oct;16(5):959-67. doi: 10.1007/s10903-013-9867-8.

Vonnahme L, Lankau E, Ao T, **Shetty S,** Lopes Cardozo B. Factors Associated with Symptoms of Depression Among Bhutanese Refugees in the United States. Journal of Immigrant and Minority Health 2014; (16) 5:773.

Navarro-Colorado C, Mahamud A, Burton A, Haskew C, Maina G, Wagacha J, Ahmed J, **Shetty S**, Cookson S, Goodson J, Schilperoord M, Spiegel P. Measles Outbreak Response Among Adolescent and Adult Somali Refugees Displaced by Famine in Kenya and Ethiopia, 2011. Journal of Infectious Diseases 2014; doi: 10.1093/infdis/jiu395.

Mahamud A, Burton A, Hassan M, Ahmed J,  Wagacha J, Spiegel P, Haskew C, Eidex R, **Shetty S**, Cookson S, Navarro-Colorado C, Goodson J.  Risk Factors for Measles Mortality Among Hospitalized Somali Refugees Displaced by Famine, Kenya, 2011. Clinical Infectious Diseases 2013;57(8):e160 – 6.

Park B, **Shetty S,** Ahlquist A, et al. Long-term Follow-up and Survival of Antiretroviral-Naïve Patients with Cryptococcal Meningitis in the pre-Antiretroviral Therapy Era, Gauteng Province, South Africa. International Journal of STD & AIDS. 2011; 22: (4) 199–203.

Ojo LR, O'Loughlin RE, Cohen AL, Loo JD, Edmond KM, **Shetty SS**, Bear AP, Privor-Dumm L, Griffiths UK, Hajjeh R. Global use of Haemophilus influenzae type b conjugate vaccine. Vaccine. 2010 Oct 8; 28(43):7117-22.

O'Loughlin RE, Edmond K, Mangtani P, Cohen AL, **Shetty S,** Hajjeh R, Mulholland K. Methodology and Measurement of the Effectiveness of Haemophilus influenzae type b. Vaccine: Systematic Review. Vaccine. 2010 Aug 31; 28 (38):6128-36.

**Shetty S,** Cohen AL, Edmond K, Ojo L, Loo J, O'Loughlin R, Hajjeh R.
A systematic review and critical evaluation of invasive Haemophilus influenzae type B disease burden studies in Asia from the last decade: lessons learned for invasive bacterial disease surveillance. Pediatr Infect Dis J. 2010 Jul; 29 (7):653-61.

Ojo LR, O' Loughlin R, Cohen AL, **Shetty S**, et al.  Progress Toward Introduction of *Haemophilis influenzae* type b Vaccine in Low-Income Countries- Worldwide, 2004-2007.  MMWR 2008 Feb 15; 57(6): 148-151.

Fridkin SK, Kaufman D, Edwards JR, **Shetty S**, Horan T. Changing incidence of Candida bloodstream infections among NICU patients in the United States: 1995-2004. Pediatrics. 2006 May;117(5):1680-7.

**Shetty S**, Harrison L, Taylor T, Mirza S, Bustamante A, Thompson L, Schutt K, Hajjeh R, Fridkin S. Evaluating Risk Factors for Candidemia  among Newborn Infants from Population-Based Surveillance-- Baltimore, Maryland, 1998-2000. Pediatric Infectious Disease Journal. 24(7):601-604, July 2005.

An Outbreak of Histoplasmosis Among Industrial Plant Workers-- Nebraska, 2004; MMWR 2004, 53 (43); 1020-1022.

## PRESENTATIONS

Refugees and Displaced Populations in the 21st Century-                    November 2016
a Health Perspective.
Plenary speaker, Midwest Global Health Conference
Lexington, KY

An Investigation of Suicides Among Bhutanese Refugees in the              June 2012
United States, 2009-2012: Preliminary Findings.
Oral presentation, North American Refugee Healthcare Conference
Rochester, NY

CDC's Role in Overseas Refugee Processing.                               May 2011
Oral presentation, ASTHO/ARHC Enhancing Partnerships in

Refugee Health Conference, Washington DC

The CDC's Role in Inter-country Adoption.                                April 2011
Oral presentation, The Joint Council on International Children's
Services Annual Conference, New York, NY

Compliance with Fluconazole Secondary Prophylaxis (SP) Among      April 2004
AIDS Patients with Cryptococcosis--Gauteng Province,
South Africa, 2003-2004.
Poster presentation, 53rd Annual Epidemic Intelligence Service (EIS) Conference,
Atlanta, Georgia

The Epidemiology of Neonatal Candida Bloodstream Infections        April 2004
among High Risk Nurseries in the U.S., 1995-2003.
Poster presentation, Society for Healthcare Epidemiology of America (SHEA)
14th Annual Scientific Meeting, Philadelphia, Pennsylvania

A Nosocomial Outbreak of *Candida parapsilosis* Bloodstream        April 2003
Infections Denver, Colorado, September 2002.
Oral presentation, 52nd Annual Epidemic Intelligence Service (EIS) Conference,
Atlanta, Georgia

A Nosocomial Outbreak of *Candida parapsilosis* Bloodstream        October 2003
Infections Denver, Colorado, Sept 2002.
Poster presentation, Infectious Disease Society of America,
San Diego, California

Risk Factors for Candidemia among Infants—                         October 2003
Baltimore, MD, 1998-2000.
Poster presentation, Infectious Disease Society of America,
San Diego, California

**CITIZENSHIP**                      USA

**LANGUAGES**                        English, conversational French and Hindi

**REFERENCES**                       available upon request

Exhibit B

**S. Patrick Kachur, MD, MPH, FACPM, FASTMH**
Heilbrunn Department of Population and Family Health
Mailman School of Public Health, Columbia University Irving Medical Center
60 Haven Avenue, Suite B-2
New York, NY 10032
+1-212-304-5234
patrick.kachur@columbia.edu

**Date of Preparation:** 01 June 2020

Academic Appointments/ Work Experience

| | | |
|---|---|---|
| 06/2018—Present | **Heilbrunn Department of Population and Family Health** <br> **Mailman School of Public Health** <br> **Columbia University Irving Medical Center** <br> *Professor* <br> **Advancing Research on Community Health Systems (ARCHES)** <br> *Director* <br> **Program on Forced Migration and Health** <br> *Faculty Member* | New York, NY |
| 05/2011—05/2018 | **Malaria Branch, Center for Global Health** <br> **Centers for Disease Control and Prevention** <br> *Branch Chief* | Atlanta, GA |
| 01/2016—05/2016 | **Center for Global Health** <br> **Centers for Disease Control and Prevention** <br> *Acting/ Interim Principal Deputy Director* | Atlanta, GA |
| 12/2006—05/2011 | **Strategic and Applied Sciences Unit** <br> **Malaria Branch, Center for Global Health** <br> **Centers for Disease Control and Prevention** <br> *Founding Unit Chief/ Team Lead* | Atlanta, GA |
| 09/2002—12/2006 | **CDC/ Ifakara Health Institute Malaria Program in Tanzania** <br> **National Center for Zoonotic and Vector-Borne Diseases** <br> **Centers for Disease Control and Prevention** <br> *Director* | Dar-es-Salaam, TANZANIA |
| 06/1995—09/2002 | **Malaria Branch, National Center for Infectious Diseases** <br> **Centers for Disease Control and Prevention** <br> *Medical Epidemiologist* | Atlanta, GA |

Post Doctoral Training

| | | |
|---|---|---|
| 07/1993—06/1995 | **Division of Violence Prevention,** <br> **National Center for Injury Prevention and Control** <br> **Centers for Disease Control and Prevention** <br> *Epidemic Intelligence Service Officer* | Atlanta, GA |
| 07/1991—06/1993 | **Johns Hopkins University School of Hygiene and Public Health** <br> *General Preventive Medicine Resident* | Baltimore, MD |
| 07/1990—06/1991 | **Mary Imogene Bassett Hospital** <br> **Columbia University College of Physicians and Surgeons** <br> *Transitional and Preliminary Internal Medicine Intern, PGY-1* | Cooperstown, NY |

SP Kachur

| 07/1988—05/1989* | **Department of Community Medicine, University of Ilorin** **American Medical Student Association Foundation** *International Health Fellow* | Ilorin, NIGERIA |
|---|---|---|

Education

| 07/1991—05/1992 | **Johns Hopkins University School of Hygiene and Public Health** **Department of Epidemiology** MPH, May 1992 | Baltimore, MD |
|---|---|---|
| 06/1985—05/1990* | **Northeastern Ohio Universities College of Medicine** MD, May 1990 | Rootstown, OH |
| 05/1982—05/1990* | **Kent State University, College of Arts and Sciences** BS *cum laude*, May 1990 | Kent, OH |

**\*Explanation of training dates from 05/1982 to 05/1990:**
I completed a combined BS/MD degree program and both degrees were awarded in May of 1990.  In addition, I participated in a 10 month international health fellowship from July 1988 to May 1989.

Licensure and Board Certification

| 09/1991—09/2020 | **Maryland Board of Physicians** | Medical License |
|---|---|---|
| 05/1995--lifetime | **American Board of Preventive Medicine** | Diplomate |

Honors

| 10/2019 | *Zisung* (Honorary Title: Chief of Peace) Bogunaayili Village | Northern Region, GHANA |
|---|---|---|
| 09/2019 | **Watanakunakorn Lecture** | Northeast Ohio Medical University |
| 09/2018 | **Distinguished Alumni Award** | Northeast Ohio Medical University |
| 06/2018 | **William C Watson Jr Medal of Excellence** *CDC's Highest Service Award* | Centers for Disease Control and Prevention |
| 06/2017 | **Leverhulme Lecture and Medal** | Liverpool School of Tropical Medicine (UK) |
| 12/2016 | **Outstanding Unit Citation**—West Africa Ebola Response | US Public Health Service |
| 11/2014 | **Fellow** | American Society of Tropical Medicine and Hygiene |
| 09/2010 | **Outstanding Unit Citation**—Novel H1N1 Influenza | US Public Health Service |
| 09/2010 | **Outstanding Unit Citation**—President's Malaria Initiative | US Public Health Service |
| 03/2008 | **Meritorious Service Medal**—Malaria Control in Tanzania | US Public Health Service |
| 09/2004 | **Commendation Medal**—Malaria Research in Africa | US Public Health Service |
| 04/2004 | **Fellow** | American College of Preventive Medicine |
| 07/1997 | **Secretary's Award for Distinguished Service**—Global guinea worm eradication | US Department of Health and Human Services |
| 07/1997 | **Secretary's Award for Distinguished Service**—Oklahoma City Bombing Injury Investigation | US Department of Health and Human Services |
| 03/1996 | **Outstanding Unit Citation**—Suicide Prevention in US | US Public Health Service |

2

SP Kachur

| 11/1995 | ***Atunluse Tokunbo*** (Honorary Title: Benefactor), Gbodi Village | Kwara State, NIGERIA |
|---------|------------------------------------------------------------------|----------------------|
| 08/1994 | **Citation Medal**—School-associated Violent Deaths Study | US Public Health Service |
| 05/1990 | **Dixon V Burns Award for Human Values in Medicine**—Charter recipient | Northeastern Ohio Universities College of Medicine |
| 03/1990 | **Alpha Omega Alpha** | Northeastern Ohio Universities College of Medicine |
| 06/1982 | **Distinguished Scholar/ Honors Scholar in Residence** | Kent State University |

Professional Organizations, Societies and Service
Memberships/ Positions

| 2020—2022 | **JGHS Commission on the mitigating the impact of COVID-19** | Member |
|-----------|--------------------------------------------------------------|--------|
| 2018—present | **Consortium of Universities for Global Health** Network of Academic Advisors; Public Health Workforce Panel; Scientific Program Advisory Committee | Member, Advisor |
| 2018—present | **Health Systems Global** | Member |
| 2014—2019 | **European Society of Clinical Microbiology and Infectious Diseases** | Program Committee |
| 2011—2018 | **Malaria Elimination Group** | Member |
| 2008—present | **Roll Back Malaria Partnership Case Management Working Group** | Member, Co-Chair |
| 1998—present | **Royal Society for Tropical Medicine and Hygiene** | Member |
| 1996—present | **American Society of Tropical Medicine and Hygiene** and **ASTMH Committee on Global Health** Scientific Program Committee; Travel Award Committee | Member, Fellow |
| 1998—2009 | **American Public Health Association** | Member, Abstract Reviewer |

Consultative

| 2020 | **Science Team, COVID-19 Epidemic Intelligence Unit, Resolve to Save Lives** | Technical Consultant |
|------|------------------------------------------------------------------------------|----------------------|
| 2019—2023 | **"What's at stake in the fake? Indian pharamecuticals, African markets and global health" (Wellcome Trust)**:  University of Warwick, University of Witwatersrand and University of Amsterdam | Advisor |
| 2018—2019 | **UNITAID and WHO Call Reference 2018-12:  Better tools for integrated management of childhood fever** | Consultant Technical Expert |
| 2018—present | **Zanzibar Malaria Elimination Programme, Strategic Advisory Group** | Chair, Member |
| 2018 | **US National Institutes of Health Special Emphasis Panel on International Centers of Excellence for Malaria Research** | Member |
| 2018—present | **Board of Directors, Medical Care Development, Inc** International Programs Advisory Committee | Member, Chair |

3

SP Kachur

| | | |
|---|---|---|
| 2017—present | **World Health Organization Malaria Policy Advisory Committee** | Member |
| 2014—present | **US National Institutes of Health Study Section on Infectious Diseases, Reproductive Health, Asthma and Pulmonary Conditions** | Member, Reviewer |
| 2012—2018 | **World Health Organization Collaborating Center for Malaria Prevention and Control** | Technical Director, Investigator |
| 2009—2018 | **Malaria Eradication Research Agenda Technical Panels** | Member |

- Insecticide and antimalarial drug resistance
- Combining interventions and modeling
- Diagnosis and diagnostics
- Health systems and operations research

| | | |
|---|---|---|
| 2007—present | **Bioko Island Malaria Elimination Program, Technical Advisory Group** | Member, Evaluation Consultant |
| 2006—present | **World Health Organization Evidence Review Groups** | Member |

- Low density malaria infections
- Mass drug administration and chemoprevention
- *Plasmodium vivax*
- Estimating global malaria burden
- Economics, financing and implementation of malaria control
- Antimalarial drug policy and access

| | | |
|---|---|---|
| 1999—2008 | **NetMark and NetMark Plus Projects, Technical Advisory Group** | Member |

<u>Editorial</u>

| | | |
|---|---|---|
| 2019—present | *BioMed Central Health Services Research* | Associate Editor |
| 2019—present | *Journal of Global Health Science* | Editorial Board |
| 2016—2017 | *American Journal of Tropical Medicine and Hygiene* | Supplement Editor |
| 2014—2018 | *Case Studies in Infectious Diseases* | Editorial Board |
| 2007—2018 | *Malaria Journal* | Associate Editor, Editorial Board |

4

SP Kachur

| | | |
|---|---|---|
| *ad hoc* reviewer | ***Acta Tropica*** | Manuscripts |
| | **American Academy of Pediatrics** *Red Book:  Report of the Committee on infectious Diseases* | |
| | ***American Journal of Tropical Medicine and Hygiene*** | |
| | ***BioMed Central Public Health*** | |
| | ***Bulletin of the World Health Association*** | |
| | ***Emerging Infectious Diseases*** | |
| | ***Health Policy and Planning*** | |
| | ***JAMA*** | |
| | ***Lancet; Lancet Global Health; Lancet Infectious Diseases*** | |
| | ***New England Journal of Medicine*** | |
| | ***PLoS Medicine; PLoS Neglected Tropical Diseases;  PLoS One*** | |
| | ***Social Science and Medicine*** | |
| | ***Transactions of the Royal Society of Tropical Medicine & Hygiene*** | |
| | ***Tropical Medicine and International Health*** | |
| | **American Public Health Association** | Abstracts |
| | **INDEPTH Network Annual Scientific Meeting** | |
| | **International Emerging Infectious Diseases Conference** | |
| | **Multilateral Initiative on Malaria** | |
| | **TEPHINET Global Scientific Conference** | |
| | **Bill and Melinda Gates Foundation** | Proposals |
| | **Fondation Botnar** | |
| | **UNITAID/ WHO** | |
| | **UK Medical Research Council** | |
| | **US Agency for International Development** | |
| | **US National Institutes of Health** | |
| | **Wellcome Trust** | |

Departmental and University Committees

| | | |
|---|---|---|
| 2020 | **Core Curriculum Evaluation Team:** Columbia University Mailman School of Public Health | Member |
| 2019—2020 | **Search Committee:** Heilbrunn Department of Population and Family Health, Columbia University Mailman School of Public Health | Member |
| 2019—present | **Faculty Liaison Network**: National Academies of Sciences, Engineering and Medicine Action Collaborative on Preventing Sexual Harassment, Columbia University Irving Medical Center | Member |
| 2018—2021 | **Faculty Steering Committee**: Columbia Global Center | Nairobi, Columbia University | Member |
| 2018—present | **Doctoral Committee:** Heilbrunn Department of Population and Family Health, Columbia University Mailman School of Public Health | Member |
| 2017—2018 | **Selection Committee:** Director of CDC western Kenya field operations | Member |
| 2016—2017 | **Search and Selection Committee:** Principal Deputy Director, National Center for Immunizations and Respiratory Diseases | Member |
| 2015—2017 | **Annual Meeting Planning Committee**: Center for Global Health | Member |
| 2008—2012 | **Awards Selection Committee:** Center for Global Health | Representative |

SP Kachur

| | | |
|---|---|---|
| 2004—2015 | **Steering Committee**: Antimalarial Combination Therapy Consortium | Officer |
| 2003—2012 | **Executive Committee**: INDEPTH Network Effectiveness and Safety Studies Platform | Task Team Lead |
| 2003—2008 | **Steering Committee**: Improving access to malaria treatment in the Kilombero Valley | External Expert |

<u>External Fellowship and Grant Support</u>

| | | |
|---|---|---|
| 2020 US$ 107,397. | **Clinton Health Access Initiative:** Implementation of a malaria surveillance assessment in Benin | Principal Investigator |
| 2020—2022 US$ 275,000. | **Fogarty International Center, US National Institutes of Health:** Effectiveness of the Diabetes Prevention Program in Urban Bamako, Mali: Small Steps, Big Rewards (primary: University of Sciences, Techniques and Technologies of Bamako) | Co-Investigator |
| 2019—2021 US$ 1,000,000. | **World Bank Group:** Specialized consultancy services to conduct analytical research on critical questions regarding forced displacement on the health sector | Co-Principal Investigator |
| 2019—2021 US$ 5,100,000. | **US Agency for International Development:** Developing Acute Care & Emergency Referral Systems: ACERS Project/ Ghana (primary: Catholic Relief Services) | Consultant |
| 2018—2021 US$ 8,100,000. | **Doris Duke Charitable Foundation, Inc:** A National Program for Strengthening the Implementation of the Community-based Health Planning and Services (CHPS) Initiative in Ghana: CHPS+ | Co-Principal Investigator |

<u>Teaching/ Training Experience and Responsibilities</u>
<u>Specific Courses</u>

| | | |
|---|---|---|
| 2020—present | **Columbia University Mailman School of Public Health, NY, NY** Pandemic Control and Outbreak Response (pending approval) | Course Director |
| 2020 | **Columbia University Mailman School of Public Health, NY, NY** Confronting COVID: Science in Action at Mailman School | Course Moderator |
| 2020—present | **Columbia University Mailman School of Public Health, NY, NY** Applications of Implementation Science in Low- and Middle-Income Countries (P9620) | Instructor |
| 2019 | **Columbia University Mailman School of Public Health, NY, NY** Self, Social and Global Awareness Workshop | Facilitator |
| 2019 | **University of Minnesota, Twin Cities, Minneapolis, MN** Global Health Course | Lecturer |
| 2019—present | **Columbia University Mailman School of Public Health, NY, NY** Malaria Program Planning (P8654) | Instructor |
| 2019 | **Columbia University Mailman School of Public Health, NY, NY** Epidemiology of Infectious Diseases (P8406) | Lecturer |
| 2019 | **Columbia College, Columbia University, New York, NY** Fundamentals of Global Health (C3100) | Lecturer |
| 2018—present | **Columbia University Mailman School of Public Health, NY, NY** Advanced Methods in Global Health (P9652) | Lecturer |
| 2018 | **Harvard TH Chan School of Public Health, Cambridge USA** Science of Eradication--Malaria | Lecturer/ Resource |

6

SP Kachur

| 2012—2018 | **Rollins School of Public Health, Emory University, Atlanta USA** Malaria Prevention, Control and Treatment (GH 574) | Lecturer |
|---|---|---|
| 2006—2018 | **Centers for Disease Control and Prevention, Atlanta USA** Introduction to Parasitology | Lecturer |
| 2016—2017 | **School of Public Health, Georgia State University, Atlanta USA** Introduction to Global Health (PH 7600) | Lecturer |
| 2016 | **School of Public Health, Georgia State University, Atlanta USA** Introduction to Public Health (PH 2000) | Lecturer |
| 2007—2010 | **Rollins School of Public Health, Emory University, Atlanta USA** Global Perspectives in Parasitic Diseases (GH 516) | Lecturer |
| 1999—2002 | **Centers for Disease Control and Prevention, Atlanta USA** STOP Polio Initiative Pre-Deployment Course | Lecturer |
| 1996—2000 | **Centers for Disease Control and Prevention, Atlanta USA** Introduction to Parasitology | Course Coordinator |
| 1992—1993 | **College of Arts & Sciences, Johns Hopkins Univ., Baltimore USA** Introduction to Public Health (AS 230) | Course Director |

General Teaching Activities

| 1996—2018 | **Epidemiology Elective for Medical/ Veterinary Students**, Centers for Disease Control and Prevention, Atlanta USA | Supervisor |
|---|---|---|
| 1995—2018 | **Epidemic Intelligence Service**, Centers for Disease Control and Prevention, Atlanta USA | Supervisor |
| 2002—2003 | **International Health Program**, Rainbow Babies and Children's Hospital, MetroHealth Medical Center and Case Western Reserve University, Cleveland USA | Preceptor |
| 2000—2002 | **Enhanced Capacity Development Program for CDC Malaria Collaborators**, Atlanta USA | Coordinator |
| 1998—2001 | **General Preventive Medicine Residency**, Emory University, Atlanta USA | Supervisor |
| 1997—2000 | **Asian Collaborative Training Network for Malaria**, Bangkok, THAILAND | Faculty and Curriculum Committee |
| 1992 | **US Peace Corps**, Igbo-Ora, NIGERIA | Technical Training Coordinator |

PhD and Masters Theses Trainees

| 2018--2021 | **Heilbrunn Department of Population and Family Health, Columbia University Mailman School of Public Health**—DrPH in Leadership for Global Health and Humanitarian Systems 5 DrPH candidates | DrPH academic advisor |
|---|---|---|
| 2018—2020 | **Heilbrunn Department of Population and Family Health, Columbia University School of Public Health** 10 MPH candidates | MPH academic advisor |
| 2011—2014 | **Department of Infectious Disease Epidemiology, Imperial College, London UK** Dr Bhargavi Rao: "Barriers to effectiveness—artemisinin combination therapies and the health system." | PhD field advisor |
| 2006—2009 | **Department of Economics, Yale University, New Haven USA** Dr. Achuyta Adhvaryu: "Essays on the adoption of new malaria therapy in Tanzania." | PhD field advisor |

7

| 2004—2010 | **Department of Anthropology, New York University, New York USA**<br>Dr René Gerrets: "Globalizing international health—the cultural politics of 'parntership' in Tanzanian malaria control." | PhD field advisor |
|---|---|---|
| 2003—2009 | **Department of Epidemiology and Public Health, Swiss Tropical and Public Health Institute, Basel SWITZERLAND**<br>Dr Rashid Khatib: "Malaria control dynamics in rural Tanzania—evaluation of the implementation of artemisinin-based combination therapy." | PhD field advisor |
| 2008—2009 | **Department of Global Health, Morehouse School of Medicine, Atlanta USA**<br>Dr Daniel Okenu:  "The impact of antimalarial combination therapy on the prevalence of malaria parasitemia and anemia in rural Tanzania." | MPH preceptor and examiner |
| 2008—2009 | **Department of Epidemiology, Emory University, Atlanta USA**<br>Ms Katia Bruxvoort: "Effect of insecticide-treated nets and indoor spraying on parasitemia and anemia in children under five." | MPH preceptor and examiner |
| 2007—2009 | **Department of Pediatric Infectious Diseases, Emory University, Atlanta USA**<br>Dr Julie Gutman: "Assessing the efficacy of sulfadoxine/pyrimethamine (SP), the combination of SP + artesunate, and artemether-lumefantrine for uncomplicated malaria." | MSc mentor |
| 2001—2008 | **Department of Zoology, Sokoine Agricultural University, Morogoro TANZANIA**<br>Dr Allan Malisa: "The evolutionary dynamics of genetic determinants of *Plasmodium falciparum* resistance to sulfadoxine/pyrimethamine in southeastern Tanzania." | PhD field advisor |
| 2005—2006 | **African Studies Program, Swiss Tropical Institute and University of Basel, Basel SWITZERLAND**<br>Ms Daria Czendlik:  "Malaria in pregnancy—risks, insecticide-treated nets and intermittent preventive treatment, a study in Rufiji District, Tanzania | MA mentor and external examiner |
| 2004—2006 | **Australian Centre for Economic Research on Health and Australian National University, Canberra AUSTRALIA**<br>Dr Masha Somi: "Vicious cycles between health and wealth: Evidence from the relationship between socioeconomic status and malaria in rural Tanzania." | PhD field advisor |
| 2004—2005 | **Department of Behavioral Science and Health Education, Emory University, Atlanta USA**<br>Ms Meklit Hailemeskal: "Health communication for optimizing antimalarial combination therapy for malaria treatment in Tanzania." | MPH preceptor and examiner |

SP Kachur

| 2003—2008 | **Department of Public Health and Epidemiology, Karolinska Institute, Stockholm SWEDEN**<br>Dr Achuyt Bhattarai: "Impact of artemisinin combination therapy on the public health burden of malaria in the Zanzibar Archipelago."—INCOMPLETE | PhD field advisor (and proposed external examiner) |
|---|---|---|
| 1996—2003 | **Department of Health Promotion, Universtity of Maastricht, Maastricht, NETHERLANDS**<br>Dr Jane Alai: "Insecticide-treated bednets for malaria control—relevance for utilization in a western Kenyan community." | PhD field advisor |

PhD Examination- Advisory- and Defense Committees

| 2019—2021 | **Department of Environmental Health Sciences, Columbia University Mailman School of Public Health, New York, NY**<br>Mr Israel U Ukawuba:  "Forecasting malaria incidence from climate data in Rwanda" | PhD Committee |
|---|---|---|
| 2019—2021 | **Department of Population and Family Health, Columbia University Mailman School of Public Health, New York, NY**<br>Dr Hana Thomas:  "Acute Care and Emergency Referral Strengthening (ACERS): Improving Emergency Obstetrical and Neonatal Quality of Care in Ghana" | PhD Committee; faculty sponsor |
| 2020 (expected) | **Dept. of Public Health, the Open University, Milton Keynes UK**<br>Beatrice Amboko: "Trends and determinants of the quality of outpatient malaria case-management in Kenya." | External Examiner |
| 2019 | **Department of Environmental Health Sciences, Columbia University Mailman School of Public Health, New York, NY**<br>Dr Alexandra K Heaney: "Forecasting childhood diarrhea and environmental drivers in Botswana" | PhD Committee |
| 2019 | **Department of Epidemiology, Columbia University Mailman School of Public Health, New York, NY**<br>Dr Beth Rubenstein: "Microcredit, temptation spending and health outcomes in Indonesia: a longitudinal evaluation" | PhD Committee |
| 2017 | **Dept. of Public Health, the Open University, Milton Keynes UK**<br>Dr George Okello: "Producing malaria indicators through District Health Information Software 2." | External Examiner |
| 2016 | **Department of Public Health and Caring Sciences, Uppsala University, Uppsala SWEDEN**<br>Dr Emily White Johansson: "Beyond 'test and treat'—malaria diagnostic test use, and adherence into IMCI practice" | External Examiner |
| 2009—2015 | **Department of Epidemiology and Population Health, London School of Hygiene and Tropical Medicine, London UK**<br>Dr Katia Bruxvoort: "Factors associated with adherence to antimalarial combination therapy in Tanzania" | PhD Committee |
| 2010—2013 | **Department of Epidemiology, Swiss Tropical and Public Health Institute, Basel SWITZERLAND**<br>Dr Irene Masanja: "Influence of health systems in malaria case management as part of malaria control in Tanzania." | External Examiner |

SP Kachur

| 2009—2013 | **Department of Health Services Research and Health Policy, Emory University, Atlanta USA**<br>Dr Joseph Njau: "Essays on the economic and socio-economic effectiveness of large-scale malaria control programs in three subSaharan African countries." | PhD Committee |
| 2004—2007 | **Department of Epidemiology, Swiss Tropical Institute, Basel SWITZERLAND**<br>Dr. Manuel Hetzel: "Access to prompt and effective malaria treatment in the Kilombero Valley, Tanzania." | External Examiner |

Other Trainee Advisory Roles

| 2019—present | **Department of Environmental Health Sciences, Columbia University Mailman School of Public Health, New York, NY**<br>Ms Victoria Lynch: "Health effects of extreme weather events and seasonal flooding in the United States" | Advisory Committee Member |
| 2019—present | **Department of Pediatrics, Vagelos College of Physicians and Surgeons, Columbia University, New York, NY**<br>Dr Nadir Ijaz (Critical Care Medicine Fellow): "Bubble CPAP implementation for pediatric respiratory distress in district hospitals in Pakistan" | Scientific Oversight Committee Member |
| 2017—present | **Barcelona Institute for Global Health (ISGlobal), Barcelona SPAIN**<br>Research Assistant Professor Dr Carlos Chaccour:  UNITAID-funded program: "Broad One Health Endectocide-based Malaria Intervention in Africa" | External Faculty Mentor |
| 2009—2011 | **Association of Schools and Programs in Public Health, Allan Rosenfield Fellowship in Global Epidemiology, Washington USA**<br>Ms Eugenie Poirot | Mentor |

Patents and Inventions _____

None.

Publications _____

Original, Peer Reviewed Articles

1. **SP Kachur**, AJ Sonnega, R Cintron, C Farup, K Silbersiepe, K Marconi, M McKinney, M Pounds, DD Celentano, J Kwait (1992).  An analysis of the Greater Baltimore HIV Services Planning Council.  *AIDS and Public Policy Journal* 7(4):238-246.
2. LB Potter, KE Powell, **SP Kachur** (1995).  Suicide prevention from a public health perspective.  Suicide and Life-Threatening Behavior 25(1):82-91. PMID: 7631377.
3. **SP Kachur**, LB Potter, KE Powell, ML Rosenberg (1995).  Suicide:  epidemiology, prevention and treatment.  Adolescent Medicine State of the Art Reviews 6(2):171-182. PMID: 10358309.
4. **SP Kachur** (1995).  Premature mortality from firearm-related injuries in the United States:  a comparison of methods.  Technology:  The Journal of the Franklin Institute 332(A):105-110.
5. AM Dellinger, **SP Kachur**, E Sternberg, J Russell (1996).  Risk of heat-related injury to disaster relief workers in a slow-onset flood disaster.  Journal of Occupational Medicine 38(7):689-692. PMID: 8823659.
6. **SP Kachur**, GM Stennies, KE Powell, W Modzeleski, R Stephens, R Murphy, M Kresnow, D Sleet, R Lowry (1996).  School-associated violent death in the United States 1992 to 1994.  JAMA:  Journal of the American Medical Association 275(22):1729-1733. PMID: 8637169.

10

7.  **SP Kachur**, E Nicolas, V Jean-Francois, PB Bloland, Y Saint Jean, DL Mount, TK Ruebush, A Benitez, P Nguyen-Dinh (1998). Prevalence of malaria parasitemia and accuracy of microscopic diagnosis in Haiti, October 1995. Revista PanAmericana de Salud Publica/ PanAmerican Journal of Public Health 3(1):35-39. PMID: 9503961.

8.  HA Williams, **SP Kachur**, NC Nalwamba, AW Hightower, C Simoonga, PC Mphande (1999). A community perspective on the efficacy of malaria treatment options for children in Lundazi District, Zambia. Tropical Medicine and International Health 4(10):641-652. PMID: 10583897.

9.  **SP Kachur**, PA Phillips-Howard, AM Odhacha, TK Ruebush, AJ Oloo, BL Nahlen (1999). Maintenance and sustained use of insecticide treated bednets and curtains 3 years after a controlled trial in western Kenya. Tropical Medicine and International Health 4(11): 728-735. PMID: 10588766.

10. C Baume, D Helitzer, **SP Kachur** (2000). Patterns of care for childhood malaria in Zambia. Social Science and Medicine 51(10):1505-1515. PMID: 11077952.

11. RA Jadak, B Pare, **SP Kachur**, JM Zenilman (2000). Self-reported weapon ownership, use, and violence experience among clients accessing an inner-city sexually transmitted diseases clinic. Research in Nursing and Health 6(4):324-335. PMID: 10871536.

12. JR MacArthur, TH Holtz, J Jenkins, JP Newall, JE Koehler, ME Parise, **SP Kachur** (2001). Brief report: Probable mosquito-transmitted malaria in Georgia, 1999. Clinical Infectious Diseases 32e(7):124-128. PMID: 11283820.

13. TH Holtz, LH Marum, C Mkandala, N Chizani, JM Roberts, A Macheso, ME Parise, **SP Kachur** (2002). Insecticide-treated bednet use, anemia, and malaria parasitemia in Blantyre District, Malawi. Tropical Medicine and International Health 7(3):220-230. PMID: 11903984.

14. JA Alaii, HW van den Borne, **SP Kachur**, HA Mwenesi, JM Vulule, WA Hawley, MI Meltzer, BL Nahlen, PA Phillips-Howard (2003). Perceptions of bed nets and malaria prevention before and after a randomized controlled trial of permethrin-treated bed nets in western Kenya. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):142-148. PMID: 12749498.

15. JA Alaai, HW van den Borne, **SP Kachur**, K Shelley, HA Mwenesi, JM Vulule, WA Hawley, BL Nahlen, PA Phillips-Howard (2003). Community reactions to the introduction of permethrin-treated bed nets for malaria control during a randomized controlled trial in western Kenya. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):128-136. PMID: 12749496.

16. J Arudo, JE Gimnig, FO ter Kuile, **SP Kachur**, L Slutsker, MS Kolczak, WA Hawley, ASS Orago, BL Nahlen, PA Phillips-Howard (2003). Comparison of government statistics and demographic surveillance to monitor mortality in children less than 5 years old in rural western Kenya. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):30-37. PMID: 12749483.

17. PA Phillips-Howard, BL Nahlen, MS Kolczak, AW Hightower, FO ter Kuile, JA Alaii, JE Gimnig, J Arudo, JM Vulule, A Odhacha, **SP Kachur**, E Schoute, DH Rosen, JD Sexton, AJ Oloo, WA Hawley (2003). Efficacy of permethrin-treated bed nets in the prevention of mortality in young children in an area of high perennial malaria transmission in western Kenya. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):23-29. PMID: 12749482.

18. PA Phillips-Howard, FO ter Kuile, BL Nahlen, JA Alaii, JE Gimnig, MS Kolczak, DJ Terlouw, SK Kariuki, YP Shi, **SP Kachur**, AW Hightower, JM Vulule, WA Hawley (2003). The efficacy of permethrin-treated bed nets on child mortality and morbidity in western Kenya II. Study design and methods. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):10-15. PMID: 12749480.

19. PA Phillips-Howard, BL Nahlen, JA Alaii, FO ter Kuile, JE Gimnig, DJ Terlouw, **SP Kachur**, AW Hightower, AA Lal, E Schoute, AJ Oloo, WA Hawley (2003). The efficacy of permethrin-treated bed nets on child mortality and morbidity in western Kenya I. Development of infrastructure and description of study site. American Journal of Tropical Medicine and Hygiene 68(4 Supplement):3-9. PMID: 12749479.

20. TH Holtz, **SP Kachur**, LH Marum, C Mkandala, N Chizani, JM Roberts, ME Parise, A Macheso (2003). Care-seeking behavior and home management of febrile illness in children:  a household survey in Blantyre District, Malawi. Transactions of the Royal Society for Tropical Medicine and Hygiene 97(5): 491-497. PMID: 15307408.

21. PB Bloland, **SP Kachur**, HA Williams (2003).  Trends in antimalarial drug deployment in subSaharan Africa. Journal of Experimental Biology 206(21):3761-3769. PMID: 14506211.

22. TH Holtz, **SP Kachur**, LH Marum, C Mkandala, N Chizani, JM Roberts, ME Parise, A Macheso (2004).  Use of antenatal care services and intermittent preventive treatment among pregnant women in Blantyre District, Malawi. Tropical Medicine and International Health 9(1):77-82. PMID: 14728610.

23. C Goodman, **SP Kachur**, S Abdulla, E Mwageni, J Nyoni, J Armstrong Schellenberg, A Mills, PB Bloland (2004). Retail supply for malaria-related drugs in rural Tanzania:  threats and opportunities for improving malaria treatment. Tropical Medicine and International Health 9(6):655-663. PMID: 15189455.

24. **SP Kachur**, R Khatib, E Kaizer, S Fox, S Abdulla, PB Bloland (2004). Adherence to antimalarial combination therapy with sulfadoxine/ pyrimethamine and artesunate in rural Tanzania.  American Journal of Tropical Medicine and Hygiene 71(6): 715-722. PMID: 15642960.

25. R. Pearce, A Malisa, **SP Kachur**, KI Barnes, B Sharp, C Roper (2005). Reduced variation around drug-resistant dhfr alleles in African Plasmodium falciparum. Molecular Biology and Evolution 22(9):1834-1844. PMID: 15917494.

26. **SP Kachur**, J Schulden, CA Goodman, H Kassala, BF Elling, RA Khatib, LM Causer, S Mkikima, S Abdulla, PB Bloland (2006). Prevalence of malaria parasitemia among clients obtaining treatment for fever or malaria at drug stores in rural Tanzania, 2004. Tropical Medicine and International Health 11(4): 441-451. PMID: 16553927.

27. JD Njau, C Goodman, **SP Kachur**, N Palmer, RA Khatib, S Abdulla, A Mills, PB Bloland (2006). Fever treatment and household wealth: the challenge posed for rolling out combination therapy for malaria. Tropical Medicine and International Health 11(3):299-313. PMID: 16553910.

28. **SP Kachur**, C Black, C Goodman, S Abdulla (2006). Putting the genie back in the bottle? Availability and presentation of oral artemisinin compounds at retail drug stores in urban Dar-es-Salaam. Malaria Journal 5:25e. PMID: 16569252.

29. MW Hetzel, JJ Msechu, C Goodman, C Lengeler, B Obrist, **SP Kachur**, A Makemba, R Nathan, A Schultze, H Mshinda (2006). Decreased availability of antimalarials in the private sector following the policy change from chloroquine to sulpahdoxine-pyrimethamine in the Kilombero Valley, Tanzania. Malaria Journal 5:109e. PMID: 17105662.

30. J Skarbinski, JJ Massaga, AK Rowe, **SP Kachur** (2007). Distribution of free untreated bednets bundled with insecticide via an integrated child health campaign in Lindi Region, Tanzania:  lessons for future campaigns. American Journal of Tropical Medicine and Hygiene 76(6):1100-1106. PMID: 17556618.

31. CA Goodman, **SP Kachur**, S Abdulla, PB Bloland, A Mills (2007). Drug shop regulation and malaria treatment in Tanzania—why do shops break the rules and does it matter?  Health Policy and Planning 22(6):393-403. PMID: 17921151.

32. GF Killeen, TA Smith, HM Ferguson, H Mshinda, S Abdulla, C Lengeler, **SP Kachur** (2007). Preventing childhood malaria in Africa by protecting adults from mosquitoes with insecticide-treated nets. PLoS Medicine 4(7):229e. PMID: 17608562.

33. MF Somi, JR Butler, F Vahid, JD Njau, **SP Kachur**, S Abdulla (2007). Economic burden of malaria in rural Tanzania: variations by socioeconomic status and season. Tropical Medicine and International Health 12 (10):1139-1147. PMID: 17956495.

34. MF Somi, JR Butler, F Vahid, JD Njau, **SP Kachur**, S Abdulla (2007). Is there evidence for dual causation between malaria and socioeconomic status? Findings from rural Tanzania. American Journal of Tropical Medicine and Hygiene 77 (6):1020-7. PMID: 18165515.

35. A Bhattarai, AS Ali, **SP Kachur**, A Mårtensson, AK Abbas, RA Khatib, AW al-Mafwazy, M Ramsan, G Rotllant, JF Gerstenmaier, F Molteni, S Abdulla, SM Montgomery, A Kaneko, A Björkman (2007). Impact of artemisinin-based combination therapy and insecticide-treated nets on malaria burden in Zanzibar. PLoS Medicine 4 (11):309e. PMID: 17988171.

36. JD Njau, CA Goodman, **SP Kachur**, J Mulligan, JS Munkondya, N Mchomvu, S Abdulla, PB Bloland, A Mills (2008). The costs of introducing artemisinin-based combination therapy: evidence from district-wide implementation in rural Tanzania. Malaria Journal 7:4e. PMID: 18179716.

37. RA Khatib, GF Killeen, SMK Abdulla, E Kahigwa, PD McElroy, RPM Gerrets, PD McElroy, H Mshinda, A Mwita, **SP Kachur** (2008). Markets, voucher subsidies and free nets combine to achieve high bed net coverage in rural Tanzania. Malaria Journal 7 (98)e. PMID: 18518956.

38. J Skarbinski, CA Winston, JJ Massaga, **SP Kachur**, AK Rowe (2008). Assessing the validity of health facility-based data in insecticide-treated bednet possession and use: comparison of data collected via health facility and household surveys—Lindi Region and Rufiji District, Tanzania, 2005. Tropical Medicine and International Health 13(3):396-405. PMID: 18397401.

39. MF Somi, JR Butler, F Vahid, JD Njau, **SP Kachur**, S Abdulla (2008). Use of proxy measures in estimating socioeconomic inequalities in malaria prevalence. Tropical Medicine and International Health 13(3):354-64. PMID: 18397398.

40. AM Kabanywanyi, JR MacArthur, WA Stolk, JDF Habbema, H Mshinda, PB Bloland, S Abdulla, **SP Kachur** (2008). Malaria in pregnant women in an area with sustained high coverage of insecticide-treated bednets. Malaria Journal 7:133e. PMID: 18644118.

41. M McMorrow, I Masanja, S Abdulla, E Kahigwa, **SP Kachur** (2008). Challenges in routine implementation and quality control of rapid diagnostic tests for malaria in Rufiji District, Tanzania. American Journal of Tropical Medicine and Hygiene 79(3):385-390. PMID: 18784230.

42. R Bronzan, M McMorrow, **SP Kachur** (2008). Diagnosis and treatment of malaria: guidelines for endemic and non-endemic regions. Molecular Diagnosis and Therapy 12(5):299-306. PMID: 18803428.

43. H Kaur, CA Goodman, MI Masanja, E Thompson, KA Thompson, **SP Kachur**, S Abdulla (2008). A nationwide survey of the quality of antimalarial drugs at retail outlets in Tanzania. PLoS ONE 3(10): e3403. PMID: 18923672.

44. HA Williams, L Causer, E Metta, A Malila, T O'Reilly, S Abdulla, **SP Kachur**, PB Bloland (2008). Dispensary level pilot implementation of rapid diagnostic tests: an evaluation of RDT acceptance and usage by providers and patients—Tanzania, 2005. Malaria Journal 7:239e. PMID: 19019233.

45. CA Goodman, **SP Kachur**, S Abdulla, PB Bloland, A Mills (2009). Concentration and drug prices in the retail market for malaria treatment in rural Tanzania. Health Economics 18(6):727-742. PMID: 19301420.

46. ND Walter, T Lyimo, J Skarbinski, E Metta, E Kahigwa, B Flannery, SF Dowell, S Abdulla, **SP Kachur** (2009). Why first-level health workers fail to follow guidelines for managing severe disease in children in the Coast Region, United Republic of Tanzania. Bulletin of the World Health Organization 87(2):99-107. PMID: 19274361.

47. R Pearce, H Pota, MB Evehe, B el Hadj, G Mombo-Ngoma, A Malisa, R Ord, W Inojosa, A Matondo, DA Diallo, W Mbacham, IV van den Broek, TD Swarthout, A Assefa, S Dejene, MP Grobusch, F Njie, S Dunyo, M Kweku, S Owusu-Ageyi, D Chandramohan, M Bonnet, JP Guthmann, S Clarke, K Barnes, E Streat, ST Katokele, P Uusiku, CO Agboghoroma, OY Elegba, B Cisse, IE A-Elbasit, HA Giha, **SP Kachur**, C Lynch, J Rwakimari, P Chanda, M Hawela, B Sharp, I Naidoo, C Roper (2009). Dispersal of drug resistant dhps reveals regional migration patterns among African P. falciparum. PLoS Medicine 6(4) e1000055. PMID: 19365539.

48. J Hwang, S McClintock, J Williamson, **SP Kachur**, L Slutsker, P Arguin (2009).  Comparison of National Malaria Surveillance System with the National Notifiable Disease Surveillance System in the United States: a capture-recapture approach.  Journal of Public Health Management Practice 15(4):345-351. PMID: 19525779.

49. AK Rowe, **SP Kachur**, S Yoon, M Lynch, L Slutsker, R Steketee (2009).  Caution is required when using health facility data to evaluate the health impact of malaria control in Africa. Malaria Journal 8:209. PMID: 19728880.

50. M McMorrow, MI Masanja, E Kahigwa, S Abdulla, **SP Kachur** (2010).  Quality assurance of rapid diagnostic tests for malaria in routine patient care in rural Tanzania.  American Journal of Tropical Medicine and Hygiene 82(1):151-155. PMID: 20065013.

51. J Hwang, PM Graves, **SP Kachur**, A Getachew, R Reithinger, T Gebre, D Jima and the Ethiopia Malaria Indicators Survey Working Group (2010).  Malaria-related health behaviors associated with women's knowledge of malaria — Malaria Indicator Survey, Ethiopia, 2007.  PLoS ONE 5(7):e11692. PMID: 20657782.

52. A Stergachis, RJK Bartlein, A Dodoo, J Nwokike, **SP Kachur** (2010).  A situational analysis of pharmacovigilance plans in Global Fund malaria and US President's Malaria Initiative proposals.  Malaria Journal 9:148e. PMID: 20509971.

53. AL Malisa, R Pearce, S Abdulla, H Mshinda, **SP Kachur**, PB Bloland, C Roper (2010).  Drug coverage in treatment of malaria and its consequences for resistance evolution—evidence from the use of sulphadoxine/ pyrimethamine.  Malaria Journal 9:190e. PMID: 20602754.

54. MI Masanja, M McMorrow, E Kahigwa, **SP Kachur**, P McElroy (2010).  Health workers' use of malaria rapid diagnostic tests (RDTs) to guide clinical decision making in rural dispensaries, Tanzania.  American Journal of Tropical Medicine and Hygiene 83(6):1238-1241. PMID: 21118927.

55. N Lucchi, A Demas, J Narayanan, D Sumari, AM Kabanywanyi, **SP Kachur**, J Barnwell, V Udhayakumar (2010). Real-time fluorescence loop mediated isothermal amplification for the diagnosis of malaria. PLOS One 5(10):e13733. PMID: 21060829.

56. The malERA Consultative Group on Health Systems and Operational Research (2011).  A research agenda for malaria eradication: health systems and operational research.  PLOS Medicine 8(1):e 1000397. PMID: 21311588.

57. The malERA Consultative Group on Diagnoses and Diagnostics (2011).  A research agenda for malaria eradication: diagnoses and diagnostics.  PLoS Medicine 8(1):e1000396. PMID: 21311583.

58. JI Thwing, JD Njau, C Goodman, J Munkondya, E Kahigwa, PB Bloland, S Mkikima, A Mills, SMK Abdulla, **SP Kachur** (2011).  Drug dispensing practices during implementation of artemisinin-based combination therapy at health facilities in rural Tanzania, 2002-2005.  Tropical Medicine and International Health 16(3):272-279. PMID: 21226795.

59. A Demas, J Oberstaller, J DeBarry, NW Lucchi, G Srinivasamoorthy, D Sumari, AM Kabanywanyi, L Villegas, AA Escalante, **SP Kachur**, JW Barnwell, DS Peterson, V Udhayakumar, JC Kissinger (2011).  Applied genomics: Data mining reveals species-specific malaria diagnostic targets more sensitive than 18S rRNA.  Journal of Clinical Microbiology 49(7):2411-2418. PMID: 21525225.

60. TL Russell, NJ Govella, S Azizi, CJ Drakeley, **SP Kachur**, GF Killeen (2011).  Increased proportions of outdoor feeding among residual malaria vector populations following increased use of insecticide-treated nets in rural Tanzania.  Malaria Journal 10:80e. PMID: 21477321.

61. AL Malisa, R Pearce, S Abdulla, B Mutayoba, H Mshinda, **SP Kachur**, PB Bloland, C Roper (2011).  Molecular monitoring of resistant dhfr and dhps allelic haplotypes in Morogoro and Mvomeru districts in south eastern Tanzania.  African Health Sciences 11(2):142-150. PMID: 21857842.

62. AL Malisa, R Pearce, B Mutayoba, S Abdulla, H Mshinda, **SP Kachur**, PB Bloland, C Roper (2011). The evolution of pyrimethamine-resistant dhfr in Plasmodium falciparum of southeastern Tanzania:  comparing selection under SP alone vs. SP+artesunate combination.  Malaria Journal 10:317e. PMID: 22029848.

63. KE Mace, D Mwandama, J Jafali, M Luka, SJ Filler, J Sande, D Ali, **SP Kachur**, D Mathanga, J Skarbinski (2011). Adherence to treatment with artemether-lumefantrine for uncomplicated malaria in rural Malawi.  Clinical Infectious Diseases 53(8):772-779. PMID: 21921220.

64. J Hwang, BH Alemayehu, D Hoos, Z Melaku, SG Tekleyohannes, T Teshi, SG Birhanu, L Demeke, D Hoos, K Gobena, M Kassa, D Jima, R Reithinger, H Nettey, M Green, JL Malone, **SP Kachur**, SJ Filler (2011).  In vivo efficacy of artemether-lumefantrine against uncomplicated Plasmodium falciparum malaria in central Ethiopia.  Malaria Journal 10:209e.  PMID: 21798054.

65. ML McMorrow, M Aidoo, **SP Kachur** (2011).  Malaria rapid diagnostic tests in elimination settings—can they find the last parasite?  Clinical Microbiology and Infection 17(11):1624-1631. PMID: 21910780.

66. AL Malisa, R Pearce, B Mutayoba, S Abdulla, H Mshinda, **SP Kachur**, P Bloland, C Roper (2011). Media, health workers, and policy makers' relationship and their impact on antimalarial policy adoption: a population genetics perspective.  Malaria Research and Treatment 2011:217276. PMID: 22347670.

67. D Townes, A Existe J Boncy, R Magloire, JF Vely, R Amsalu, MD Tavernier, J Muigai, S Hoibak, M Albert, M McMorrow, L Slutsker, **SP Kachur**, M Chang (2012). Malaria Survey in Post-Earthquake Haiti—2010. American Journal of Tropical Medicine and Hygiene 86(1):29-31. PMID: 22232446.

68. JR Gutman, **SP Kachur**, L Slutsker, A Nzila, T Mutabingwa (2012).  Combination of probenecid-sulphadoxine-pyrimethamine for intermittent preventive treatment in pregnancy.  Malaria Journal 11:39e. PMID: 22321288.

69. RA Khatib, J Skarbinski, JD Njau, C Goodman, BF Elling, E Kahigwa, JM Roberts, JR MacArthur, J Gutman, AM Kabanywanyi, EE Smith, MF Somi, T Lyimo, A Mwita, B Genton, M Tanner, A Mills, H Mshinda, PB Bloland, S Abdulla, **SP Kachur** (2012).  Routine delivery of artemisinin-based combination treatment via fixed health facilities reduces malaria burden in rural Tanzania:  an observational study.  Malaria Journal 11:140e. PMID: 22545573.

70. BJ Huho, GF Killeen, HM Ferguson, A Tami, C Lengeler, JD Charlwood, A Kihonda, J Kihonda, **SP Kachur**, TA Smith, S Abdulla (2012).  The introduction of artemisinin-based combination therapy did not lead to measurable reductions in human infectiousness to vectors in a setting of intense malaria transmission. Malaria Journal 11:118e. PMID: 22513162.

71. MI Masanja, M Selemani, B Amuri, D Kajungu, RA Khatib, **SP Kachur**, J Skarbinski (2012).  Increased use of malaria rapid diagnostic tests improves targeting of antimalarial treatment in rural Tanzania:  implications for nationwide rollout of malaria rapid diagnostic tests.  Malaria Journal 11:221e. PMID: 22747655.

72. AC Eziefula, R Gosling, J Hwang, MS Hsiang, T Bousema, L von Seidlein, C Drakeley and the Primaquine in Africa Discussion Group (2012).  Rationale for short course primaquine in Africa to interrupt malaria transmission. Malaria Journal 11:360e. PMID: 23130957.

73. MS Hsiang, J Hwang, AR Tao, Y Liu, A Bennett, GD Shanks, J Cao, **SP Kachur**, RG Feachem, RD Gosling, Q Gao (2013).  Mass drug administration for the control and elimination of Plasmodium vivax malaria: an ecological study from Jiangsu Province, China.  Malaria Journal 12:383e. PMID: 24175930.

74. MI Masanja, M Selemani, RA Khatib, B Amuri, I Kuepfer, D Kajungu, D de Savigny, **SP Kachur**, J Skarbinski (2013).  Correct dosing of artemether-lumefantrine for management of uncomplicated malaria in rural Tanzania: do facility and patient characteristics matter?  Malaria Journal 12:446e. PMID: 24325267.

75. J Hwang, BH Alemayehu, R Reithinger, SG Tekleyohannes, T Teshi, SG Birhanu, L Demeke, D Hoos, Z Melaku, M Kassa, D Jima, JL Malone, H Nettey, M Green, A Poe, S Akinyi, V Udhayakumar, **SP Kachur**, S Filler (2013). In vivo efficacy of artemether-lumefantrine and chloroquine against Plasmodium vivax: a randomized open label trial in central Ethiopia.  PLOS One 8(5):e63433. PMID: 23717423.

76. KA Lindblade, L Steinhardt, A Samuels, **SP Kachur**, L Slutsker (2013).  The silent threat: asymptomatic parasitemia and malaria transmission.  Expert Reviews of Anti-Infective Therapy 11(6):623-639.  PMID: 23750733.

77. JD Njau, AM Kabanywanyi, CA Goodman, JR MacArthur, BK Kapella, JE Gimnig, E Kahigwa, PB Bloland, SM Abdulla, **SP Kachur** (2013).  Adverse drug events resulting from use of drugs with sulphonamide-containing anti-malarials and artemisinin-based ingredients:  findings on incidence and household costs from three districts with routine demographic surveillance systems in rural Tanzania.  Malaria Journal 12:236e. PMID: 23844934.

78. JD Njau, R Stephenson, M Menon, **SP Kachur**, DA McFarland (2013).  Exploring the impact of targeted distribution of free bed nets on household bed net ownership, socio-economic disparities and childhood malaria infection rates:  analysis of national malaria survey data from three sub-Saharan African countries. Malaria Journal 12:245e. PMID: 23855893.

79. A Agarwal, M McMorrow, P Onyango, K Otieno, C Odero, J Williamson, S Kariuki, **SP Kachur**, L Slutsker, M Desai (2013).  A randomized trial of artemether-lumefantrine and dihydroartemisinin-piperaquine in the treatment of uncomplicated malaria among children in western Kenya.  Malaria Journal 12:254e. PMID: 23870627.

80. K Bruxvoort, A Kalolella, H Nchimbi, C Festo, M Taylor, R Thomson, J Thwing, I Kleinschmidt, C Goodman, **SP Kachur** (2013). Getting antimalarials on target:  impact of national roll-out of malaria rapid diagnostic tests on health facility treatment in three regions of Tanzania.  Tropical Medicine and International Health 18(10):1269-1282. PMID: 23937722.

81. K Bruxvoort, C Goodman, **SP Kachur**, D Schellenberg (2014).  How patients take malaria treatment: a systematic review of the literature on adherence to antimalarial drugs.  PLoS One 9(1):e84555. PMID: 24465418.

82. R Thomson, C Festo, B Johanes, A Kalolella, K Bruxvoort, H Nchimbi, S Tougher, M Cairns, M Taylor, I Kleinschmidt, Y Ye, A Mann, R Ren, B Willey, F Arnold, K Hanson, **SP Kachur**, C Goodman (2014).  Has Tanzania embraced the green leaf? Results from outlet and household surveys before and after implementation of the Affordable Medicines Facility—malaria. PLOS One 9(5):e95607. PMID: 24816649.

83. MA Briggs, A Kalolella, K Bruxvoort, R Wiegand, G Lopez, C Festo, P Lyaruu, M Kenani, S Abdulla, C Goodman, **SP Kachur** (2014).  Prevalence of malaria parasitemia and purchase of artemisinin-based combination therapies among drug shop clients in two regions with ACT subsidies in Tanzania.  PLOS One 9(4)e94074. PMID: 24732258.

84. JD Njau, R Stephenson, **SP Kachur**, MP Menon, DA McFarland (2014). Investigating the important correlates of maternal education and childhood malaria infections.  American Journal of Tropical Medicine and Hygiene 91(3):509-519. PMID: 25002302.

85. J Hwang, K Cullen, **SP Kachur**, PM Arguin (2014).  Severe morbidity and mortality risk from malaria in the United States, 1985—2011. Open Forum Infectious Diseases 1(1):1-8. PMID: 25734104.

86. K Bruxvoort, C Festo, A Kalolella, M Cairns, P Lyaruu, M Kenani, **SP Kachur**, C Goodman, D Schellenberg (2014). Cluster randomized trial of text message reminders to retail staff in Tanzanian drug shops dispensing artemether-lumefantrine: effect on dispenser knowledge and patient adherence. American Journal of Hygiene and Tropical Medicine 91(4):844-853. PMID: 25002300.

87. MM Plucinski, S Cichuecue, E Macete, J Colborn, S Yoon, **SP Kachur**, P Aide, P Alonso, C Guinovart, J Morgan (2014). Evaluation of a universal coverage bed net distribution campaign in four districts in Sofala Province, Mozambique. Malaria Journal 13:427e. PMID: 25373784.

88. World Health Organization (2014).  Severe malaria.  Tropical Medicine and International Health 19(suppl 1):7-131. PMID: 25214480.

89. A Roca-Feltrer, N Khim, S Kim, Sophy Chy, L Canier, A Kerleguer, P Tor, CM Chuor, S Kheng, S Siv, **SP Kachur**, WRJ Taylor, J Hwang, D Menard (2014). Field trial evaluation of the performances of point-of-care tests for screening G6PD deficiency in Cambodia.  PLoS One 9(12):e116143. PMID: 25541721.

90. MI Masanja, ML McMorrow, MB Maganga, D Sumari, V Udhayakumar, PD McElroy, **SP Kachur**, NW Lucchi (2015).  Quality assurance of malaria rapid diagnostic tests used for routine patient care in rural Tanzania: microscopy versus real-time polymerase chain reaction.  Malaria Journal 14:85e. PMID: 25889613.

91. WWARN Artemether-Lumefantrine Dose Impact Study Group (2015). The effect of dose on the antimalarial efficacy of artemether-lumefantrine: a systematic review and pooled analysis of individual patient data. Lancet Infectious Diseases 15(6):692-702. PMID: 25788162.

92. ACT Consortium Drug Quality Project Team and IMPACT2 Study Team (2015).  Quality of artemisinin-containing antimalarials in Tanzania's private sector—results from a nationally representative outlet survey. American Journal of Tropical Medicine and Hygiene 92(6 Suppl):75-86. PMID: 25897065.

93. E Talundzic, S Akiniyi, K Congpuong, MM Plucinski, L Morton, I Goldman, **SP Kachur**, C Wongsrichanalai, W Satimai, JW Barnwell, V Udhayakumar (2015).  Selection and spread of artemisinin resistant alleles in Thailand prior to the global artemisinin resistance containment campaign.  PLoS Pathogens 11(4):e1004789. PMID: 25836766.

94. K Bruxvoort, A Kalolella, M Cairns, C Festo, **SP Kachur**, D Schellenberg, C Goodman (2015). Are Tanzanian patients attending public facilities or private retailers more likely to adhere to artemisinin-based combination therapy.  Malaria Journal 14:87e. PMID: 25889767.

95. M Plucinksi, T Guilavogui, S Sidikiba, N Diakité, S Diakité, M Dioubaté, I Bah, I Hennessee, JK Butts, ES Halsey, PD McElroy, **SP Kachur**, J Aboulab, R James, M Keita (2015).  Effect of the Ebola-virus-disease epidemic on malaria case management in Guinea, 2014: a cross-sectional survey of health facilities. Lancet Infectious Diseases 15(9):1017-1023.  PMID: 26116183.

96. G Newby, J Hwang, K Koita, I Chen, B Greenwood, L von Seidlein, GD Shanks, LM Slutsker, **SP Kachur**, I Chen, J Wegbreit, M Ippolito, E Poirot, R Gosling (2015).  Review of mass drug administration for malaria and its operational challenges. American Journal of Tropical Medicine and Hygiene 93(1):125-34. PMID: 26013371.

97. VL Phillips, JD Njau, S Li, **SP Kachur** (2015).  Simulations show diagnostic testing for malaria in young African children can be cost-saving or cost-effective.  Health Affairs 34(7):1196-1204. PMID: 26153315.

98. K Bruxvoort, C Festo, M Cairns, A Kalollela, F Mayaya, **SP Kachur**, D Schellenberg, CA Goodman (2015). Measuring patient adherence to malaria treatment: a comparison of results from self report and a customized electronic monitoring device.  PLoS One 10(7):e0134275. PMID: 26214848.

99. WWARN Artemisinin-based combination therapy Africa Baseline Study Group (2015).  Clinical determinants of early parasitological response to ACTs in African patients with uncomplicated malaria: a pooled analysis of individual patient data.  BMC Medicine 13:212e. PMID: 26343145.

100.    PS Twomey, BL Smith, C McDermott, A Novitt-Moreno, W McCarthy, **SP Kachur**, PM Arguin (2015). Intravenous artesunate for the treatment of severe and complicated malaria in the United States: Clinical use under an Investigational New Drug Protocol.  Annals of Internal Medicine 163(7):498-506. PMID: 26301474.

101.    MM Plucinski, S Chichuecue, E Macete, GA Chambe, O Muguande G Matsinhe, J Colborn, SS Yoon, TJ Doyle, **SP Kachur**, P Aide, PL Alonso, C Guinovart, J Morgan (2015).  Sleeping arrangements and mass distribution of bednets in six districts in central and northern Mozambique.  Tropical Medicine and International Health 20(12):1685-1695. PMID: 26338026.

102.    M Bushman, L Morton, N Duah, N Quashie, B Abuaku, KA Koram, PR Dimbu, M Plucinski, J Gutman, P Lyaruu, **SP Kachur**, JC de Roode, V Udhayakumar (2016).  Within host competition in the human malaria parasite Plasmodium falciparum.  Proceedings of the Royal Society B 283(1826):20153038. PMID: 26984625.

103.    WWARN Gametocyte Study Group (2016).  Gametocyte carriage in uncomplicated Plasmodium falciparum malaria: a systematic review and pooled analysis of individual patient data.  BMC Medicine 14(1):79e. PMID: 27221542.

104.    P Wangroongsarb, J Hwang, J Thwing, S Karuchit, T Kiratihatayakorn, A Rand, C Drakeley, JR MacArthur, **SP Kachur**, W Satimai, S Meek, DM Sintasath (2016).  Using respondent driven sampling to identify malaria risks and occupational networks among migrant workers in Ranong, Thailand.  PLOS Medicine 11(12):e0178371. PMID: 28033322.

105.    LC Steinhardt, Y St Jean, D Impoinvil, K Mace, R Wiegand, CS Huber, JS Fils Alexandre, J Frederick, E Nkuruziza, S Jean, B Wheeler, E Dotson, L Slutsker, **SP Kachur**, J Barnwell, JF Lemoine, MA Chang (2017).  Effectiveness of insecticide-treated bednets in malaria prevention in Haiti: a case-control study.  Lancet Global Health 5(1):e96-103. PMID: 27894851.

106.    H Hopkins, K Bruxvoort, ME Cairns, CIR Chandler, B Leurent, EK Anasah, F Baiden, KA Baltzell, A Björkman, HED Burchett, SE Clarke, DD DiLiberto, K Elfving, C Goodman, KS Hansen, **SP Kachur**, S Lal, DG Lalloo, T Leslie, P Magnussen, L Mangham-Jefferies, A Mårtensson, I Mayan, AK Mbonye, MI Mwinyi, OE Onwujekwe, S Owusu-Agyei, H Reyburn, MW Rowland, D Shakely, LS Vestergaard, J Webster, VL Wiseman, D Schellenberg, SG Staedke, CJM Whitty (2017).  Impact of introduction of rapid diagnostic tests for malaria on antibiotic prescribing: analysis of observational and randomized studies in public and private healthcare settings.  BMJ 356:j1054. PMID: 28356302.

107.    KJ Bruxvoort, B Leurent, CIR Chandler, EK Ansah, F Baiden, A Björkman, HED Burchett, SE Clarke, B Cundill, DD DiLiberto, K Elfving, C Goodman, KS Hansen, **SP Kachur**, S Lal, DG Lalloo, T Leslie, P Magnussen, L Mangham-Jefferies, A Mårtensson, I Mayan, AK Mbonye, MI Msellem, OE Onwujekwe, S Owusu-Agyei, MW Rowland, D Shakely, SG Staedke, LS Vestergaard, J Webster, CJM Whitty, VL Wiseman, S Yeung, D Schellenberg, H Hopkins (2017).  The impact of introducing malaria rapid diagnostic tests on fever case management: a synthesis of ten studies from the ACT Consortium.  American Journal of Tropical Medicine and Hygiene 97(4):1170-1179. PMID: 28820705.

108.    T Abreha, J Hwang, K Thriemer, Y Tadesse, S Girma, Z Melaku, A Assefa, M Kassa, MD Chatfield, KZ Landman, SM Chenet, NW Lucchi, V Udhayakumar, Z Zhou, YP Shi, **SP Kachur**, D Jima, A Kebede, H Solomon, A Mekasha, BH Alemayhu, JL Malone, G Dissanayake, H Teka, S Auburn, L von Seidlein, RN Price (2017).  Comparison of artemether-lumefantrine and chloroquine with and without primaquine for the treatment of Plasmodium vivax in Ethiopia: a randomized controlled trial.  PLoS Medicine 14(5):e1002299. PMID: 28510573.

109.    AM Samuels, N Awino, W Odongo, B A'bongo, J Gimnig, K Otieno, YP Shi, Vincent Were, DR Allen, F Were, T Sang, D Obor, J Williamson, MJ Hamel, **SP Kachur**, L Slutsker, K Lindblade, S Kariuki, M Desai (2017).  Community-based intermittent mass testing and treatment for malaria in an area of high transmission intensity:  study design and methodology for a cluster-randomized controlled trial.  Malaria Journal 16:240e. PMID: 28592250.

110.    JF Lemoine, J Boncy, S Filler, **SP Kachur**, D Fitter, MA Chang (2017).  Haiti's commitment to malaria elimination: progress in the face of challenges, 2010-2016. American Journal of Tropical Medicine and Hygiene 97(Suppl. 4):43-48. PMID: 29064360.

111.    A Bhattarai, **SP Kachur** [eds.] (2017).  Evaluating the impact of malaria control interventions in sub-Saharan Africa. American Journal of Tropical Medicine and Hygiene 97(3 Supplement):1-110.

112.    malERA Refresh Consultative Panel on Combination Interventions and Modeling (2017).  malERA:  an updated research agenda for combination interventions and modeling in malaria elimination and eradication.  PLoS Medicine 14(11):1002453. PMID: 29190295.

113.    malERA Refresh Consultative Panel on Insecticide and Drug Resistance (2017).  malERA: an updated research agenda for insecticide and drug resistance in malaria elimination and eradication.  PLoS Medicine 14(11):e1002450.  PMID: 29190671.

114.    MM Plucinski, D Dimbu, F Fortes, S Abdulla, S Ahmed, J Gutman, **SP Kachur**, A Badiane, D Ndiaye, E Talundzic, N Lucchi, M Aidoo, V Udhayakumar, E Halsey, E Rogier (2018).  Post-treatment HRP2 clearance in

patients with uncomplicated Plasmodium falciparum malaria.  Journal of Infectious Diseases 217(5):685-692. PMID: 29220497.

115.    V Were, AM Buff, M Desai, S Kariuki, A Samuels, FO ter Kuile, PA Phillips-Howard, **SP Kachur**, L Niessen (2018).  Socioeconomic health inequality in malaria indicators in rural western Kenya:  evidence from a household malaria survey on burden and care-seeking behavior.  Malaria Journal 17:166e. PMID: 29661245.

116.    EW Kanmiki, JK Awoonor-Williams, JF Phillips, **SP Kachur**, SF Achana, J Akazili, AA Bawah (2019). Socio-economic and demographic disparities in ownership and use of insecticide-treated bed nets for preventing malaria among rural reproductive-aged women in northern Ghana.  PLoS One 14:e0211365. PMID: 30695044.

117.    NA Odero, AM Samuels, W Odongo, B Abong'o, J Gimnig, K Otieno, C Odero, D Obor, M Ombok, V Were, T Sang, MJ Hamel, **SP Kachur**, L Slutsker, KA Lindblade, S Kariuki, M Desai (2019).  Community-based intermittent mass testing and treatment for malaria in an area of high transmission intensity, western Kenya: development of study site infrastructure and lessons learned.  Malaria Journal 18:255. PMID: 31357997.

118.    RA Ashton, A Bennett, AW al-Mafazy, AK Abass, MI Msellem, P McElroy, **SP Kachur**, AS Ali, J Yukich, TP Eisele, A Bhattarai (2019).  Use of routine health information system data to evaluate impact of malaria control interventions in Zanzibar, Tanzania from 2000-2015.  EClinicalMedicine 12:11-19. PMID: 31388659.

119.    EW Kanmiki, AA Bawah, JF Phillips, JK Awoonor-Williams, **SP Kachur**, PO Asuming, C Agula, J Akazili (2019).  Out-of-pocket payment for primary healthcare in the era of national health insurance: evidence from northern Ghana.  PLoS One 14(8):e0221146.  PMID: 31430302.

120.    V Were, AM Buff, M Desai, S Kariuki, AM Samuels, P Phillips-Howard, FO ter Kuile, **SP Kachur**, LW Niessen (2019).  Trends in malaria prevalence and health-related socioeconomic inequality in rural western Kenya: results from repeated household malaria cross-sectional surveys from 2006 to 2013.  BMJ Open 9(9):e033883. PMID: 31542772.

121.    LC Steinhardt, TL Richie, R Yego, D Akach, MJ Hamel, JR Gutman, RE Wiegand, EL Nzuu, A Dungani,  N Kc, T Murshedkar, LWP Church, BKL Sim, PF Billingsley, ER James, Y Abebe, S Kariuki, AM Samuels, K Otieno, T Sang, **SP Kachur**, D Styers, K Schlessman, TL Richie, G Abarbanell, SL Hoffman, RA Seder, M Oneko (2019). Safety, tolerability and immunogenicity of PfSPZ vaccine administered by direct venous inoculation to infants and young children: findings from an age de-escalation, dose-escalation double-blinded randomized, controlled study in western Kenya.   Clinical Infectious Diseases {electronic release ahead of print publication].  PMID: 31555824.

122.    The Ivermectin Roadmappers (P Billingsley, F Binka, C Chaccour, B Foy, S Gold, M Gonzalez-Silva, J Jacobseon, G Jagoe, C Jones, **SP Kachur**, K Kobylinski, A Last, J Lavery, D Mabey, L Mboera, C Mbogo, NR Rabinovich, S Rees, F Richards, C Rist, J Rockwood, P Ruiz-Castillo, J Sattabongkot, F Saute, H Slater, A Steer, K Xia, R Zulliger) (2020).  A roadmap for the development of ivermectin as a complementary malaria vector control tool.  American Journal of Tropical Medicine and Hygiene 102(2s):3-24. PMID: 31971144.

123.    MC Sheff, AA Bawah, PO Asuming, M Kushitor, K Awoonor-Williams, JF Phillips, **SP Kachur** (2020). Evaluating health service coverage using a modified Tanahashi model in Ghana's Volta Region.  Global Health Action 13(1):1732664.  PMID: 32174254.

124.    AM Samuels, N Awino, W Odongo, K Otieno, YP Shi, T Sang, J Williamson, R Wiegand, MJ Hamel, **SP Kachur**, L Slutsker, KA Lindblade, S Kariuki, M Desai (2020).  Impact of community-based mass testing and treatment on malaria infection prevalence in a high transmission area of western Kenya: A cluster randomized controlled trial. Clinical Infectious Diseases [electronic release ahead of print publication]. PMID: 32324850.

125.    M Kweku, H Amu, M Adjuik, E Manu, FY Aku, EE Tarkang, J Komesuor, GA Asalu, NN Amuna, LA Boateng, JS Alornyo, R Glover, AA Bawah, T Letsa, JK Awoonor-Williams, **SP Kachur**, JF Phillips, JO Gyapong (2020).

SP Kachur

Community involvement and perceptions of the Community-based Health Planning and Services (CHPS) strategy for improving health outcomes in Ghana: Quantitative comparative evidence from two Systems Learning Districts of the CHPS+ Project.  Advances in Public Health 2020:2385742.

126.     LD Zambrano, E Jentes, C Phares, M Weinberg, **SP Kachur**, MS Basnet, A Klosovsky, M Mwesigwa, M Naoum, SL Nsobya, O Samson, M Goers, R McDonald, B Morawski, H Njuguna, C Peak, R Laws, Y Bashsh, SA Iverson, C Bezold, H Alikhenfr, R Horth, J Yang, S Miller, M Kacka, A Davids, M Mortimer, W Stauffer, N Marano (2020).  Clinical sequelae associated with unresolved tropical splenomegaly in a cohort of recently resettled Congolese refugees in the United States—multiple states, 2015—2018. American Journal of Tropical Medicine and Hygiene [electronic release ahead of print publication].

Case Reports and Non-peer-reviewed Articles

127.     Centers for Disease Control and Prevention (1994).  Firearm-related years of potential life lost before age 65 years—United States, 1980 to 1992.  MMWR Weekly Reports 43(33):609-611. PMID: 8065292.

128.     **SP Kachur**, LB Potter, KE Powell (1995).  Suicide in the United States, 1980 to 1992.  Violence Surveillance Summary Series No. 1.  Atlanta:  Centers for Disease Control and Prevention.

129.     Centers for Disease Control and Prevention (1995).  Suicide among children, adolescents and young adults—United States, 1980 to 1992.  MMWR 44(15):289-291. PMID: 7708038.

130.     Centers for Disease Control and Prevention (1996).  Mosquito-transmitted Malaria—Michigan, 1995.  MMWR Weekly Reports 45(19):398-400. PMID: 8609882.

131.     **SP Kachur**, ME Reller, AM Barber, LM Barat, EHA Koumans, ME Parise, J Roberts, TK Ruebush II, JR Zucker (1997).  Malaria Surveillance—United States, 1994.  MMWR CDC Surveillance Summaries 46(SS5):1-18. PMID: 9347910.

132.     HA Williams, J Roberts, **SP Kachur**, AM Barber, LM Barat, PB Bloland, TK Ruebush II, EB Wolfe (1999).  Malaria Surveillance—United States, 1995.  MMWR CDC Surveillance Summaries 48(SS1):1-23. PMID: 10074931.

133.     Centers for Disease Control and Prevention (2000).  Probable locally acquired mosquito-transmitted Plasmodium vivax infection—Suffolk County, New York, 1999.  MMWR Weekly Reports 49:495-498. PMID: 10881766.

134.     JR MacArthur, AR Levin, M Mungai, J Roberts, AM Barber, PB Bloland, **SP Kachur**, RD Newman, RW Steketee, ME Parise (2001).  Malaria Surveillance—United States, 1997.  MMWR CDC Surveillance Summaries 50(SS1):25-44.

135.     TH Holtz, **SP Kachur**, JR MacArthur, JM Roberts, AM Barber, RW Steketee, ME Parise (2001).  Malaria Surveillance—United States, 1998.  MMWR CDC Surveillance Summaries 50(SS5):1-20. PMID: 11770906.

136.     KE Mace, MF Lynch, JR MacArthur, **SP Kachur**, L Slutsker, RW Steketee (2011).  Grand Rounds:  the opportunity for and challenges to malaria eradication.  MMWR Weekly Reports 60(15):476-80. PMID: 21508924.

137.     Centers for Disease Control and Prevention, Global Public Health Achievements Team (2011).  Ten Great Public Health Achievements—Worldwide, 2001—2010. MMWR Weekly Reports 60(24):812-818. PMID: 21697806.

138.     S. Mali, **SP Kachur**, PM Arguin (2012).  Malaria Surveillance—United States, 2010. MMWR CDC Surveillance Summaries 61(2):1-18. PMID: 22377962.

139.     LD Zambrano, O Samson, C Phares, E Jentes, M Weinberg, M Goers, **SP Kachur**, R McDonald, B Morawski, H Njuguna, Y Bakhsh, R Laws, C Peak, SA Iverson, C Bezold, H Alkhenfr, R Horth, J Yang, S Miller, M Kacka, A Davids, M Mortimer, N Khan, W Stauffer, N Marano (2018). Unresolved splenomegaly in recently resettled Congolese refugees—multiple states, 2015—2018. MMWR Weekly Reports 67(49):1358-1362. PMID: 30543602.

Books and Chapters

140.    Office of Disease Prevention and Health Promotion (1994).  Tuberculosis (Chapter 42).  In *Put Prevention into Practice:  Clinician's Handbook of Preventive Services*.  Washington:  US Public Health Service and Government Printing Office, pp. 227-232.

141.    Office of Disease Prevention and Health Promotion (1994).  Thyroid Function (Chapter 41).  In Put Prevention into Practice:  Clinician's Handbook of Preventive Services.  Washington:  US Public Health Service and Government Printing Office, pp. 223-225.

142.    **SP Kachur**, C DiGuiseppi (1996).  Screening for suicide risk.  In US Preventive Services Task Force.  Guide to Clinical Preventive Services 2nd Edition.  Baltimore:  Williams & Wilkins, pp. 547-554.

143.    **SP Kachur**, PB Bloland (1998).  Malaria.  In RB Wallace [ed.].  Maxcy-Rosenau-Last Textbook of Public Health and Preventive Medicine 14th Edition.  Norwalk:  Appleton & Lange, pp. 313-326.

144.    HO Lobel, **SP Kachur** (2000).  Malaria Epidemiology.  In HL DuPont and R Steffen [eds.].  Textbook of Travel Medicine and Health 2nd Edition.  Hamilton:  BC Decker, pp. 184-189.

145.    TH Holtz, **SP Kachur**, PB Bloland (2000).  Malaria.  In RF Edlich [ed.].  Advances in Medicine.  Arlington:  ABI Professional Publications,  pp. 64-86.

146.    JR MacArthur, **SP Kachur** (2002).  Malaria.  In L Breslow [ed.].  Encyclopedia of Public Health.  Volume 3.  New York:  MacMillan, pp. 705-708.

147.    TH Holtz, **SP Kachur** (2004).  The reglobalization of malaria.  In M Fort, MA Mercer and O Gish [eds.]  Sickness and Wealth:  The Corporate Assault on Global Health.  Cambridge:  South End Press,  pp. 127-141.

148.    **SP Kachur**, A Macedo de Oliveira, PB Bloland (2008).  Chapter 13e:  Malaria.  In RB Wallace [ed.].  Maxcy-Rosenau-Last Textbook of Public Health and Preventive Medicine 15th Edition.  New York, McGraw-Hill Medical, pp. 373-386.

149.    PM Arguin, **SP Kachur** (2008).  Malaria.  In RE Rakel and ET Bope [eds.].  Conn's Current Therapy 2008.  Philadelphia:  Saunders, pp. 105-113.

150.    PM Arguin, **SP Kachur** (2009).  Malaria.  in RE Rakel and ET Bope [eds.].  Conn's Current Therapy 2009.  Philadelphia:  Saunders, pp. 103-112.

151.    **SP Kachur** (2011).  The plausibility design, quasi-experiments and real world research: a case study of artemisinin-based combination therapy in Tanzania.  in PW Geissler and S Molyneux [eds.].  Evidence, Ethos and Ethnography: The Anthropology and History of Medical Research in Africa.  London:  Berghahn,  pp. 197-227.

152.    H Williams, M Schilperoord, DA Townes, **SP Kachur** (2018). Malaria in Humanitarian Emergencies. in DA Townes, M Gerber, M Anderson [eds.]. Health in Humanitarian Emergencies: Principles and Practice for Public Health and Healthcare Practitioners.  Cambridge: Cambridge University Press, pp. 348-361.

Reviews, Correspondence and Editorials

153.    **SP Kachur** (1991).  Uninsured in Akron, Ohio:  the national crisis in local perspective. Part 1.  Summit County Medical Bulletin  Issue 7.

154.    **SP Kachur** (1991).  Uninsured in Akron, Ohio:  the national crisis in local perspective. Part 2.  Summit County Medical Bulletin  Issue 8.

155.    JR Zucker, **SP Kachur** (1996).  Transfusion-associated malaria [letter].  Emerging Infectious Diseases 2(2):152.

156.    **SP Kachur** (1999).  Improving referral.  Child Health Dialogue 17:14-15.

157.    **SP Kachur**, S Abdulla, K Barnes, H Mshinda, D Durrheim, A Kitua, PB Bloland (2001).  Complex and large trials of pragmatic malaria interventions [letter].  Tropical Medicine and International Health 6(4):324-325.  PMID: 11348524.

158.    **SP Kachur**, L Slutsker (2006). Measuring malaria drug efficacy and transmission intensity [editorial].  Lancet 368(9529):10-12. PMID: 16815361.

159.     **SP Kachur**, JR MacArthur, L Slutsker (2010).  A call to action:  addressing the challenge of artemisinin-resistant malaria [editorial].  Expert Review of Anti-Infective Therapy 8(4):365-366. PMID: 20377330.

160.     J Gutman, **SP Kachur** (2010). Treating malaria in pregnant women: a pressing problem [comment]. Lancet Infectious Diseases 10(11):739-740. PMID: 21029982.

161.     M Lynch, E Korenromp, R Steketee, T Eisele, **SP Kachur**, H Newby, BL Nahlen, JR MacArthur, RD Newman, R Cibulskis, S Yoon, A Bhattarai (2012).  New global estimates of malaria deaths [comment]. Lancet 380(9841):559-561. PMID: 22883496.

162.     L Slutsker, **SP Kachur** (2013).  It is time to rethink tactics in the fight against malaria [comment].  Malaria Journal 12:140e. PMID: 23617700.

163.     EA Poirot, J Skarbinski, D Sinclair, **SP Kachur**, L Slutsker, J Hwang (2013).  Mass drug administration for malaria.  Cochrane Database of Systematic Reviews 2010(11):CD008846. PMID: 24318836.

164.     **SP Kachur** (2016). 'Beyond "test and treat"—Malaria diagnosis for improved pediatric fever management in sub-Saharan Africa' by Emily White Johansson [invited commentary]. Global Health Action 9:34416. PMID: 27989276.

165.     MM Plucinski, ES Halsey, M Venkatesan, **SP Kachur**, PM Arguin (2017).  Interpreting data from passive surveillance of antimalarial treatment failures [letter]. Antimicrobial Agents and Chemotherapy 61(6):e000498-17. PMID: 28539500.

166.     LS Lau, G Samari, R Moresky, SE Casey, **SP Kachur**, L Roberts, M Zard (2020).  COVID-19 in Humanitarian Settings and Lessons Learned from Past Epidemics [comment].  Nature Medicine (electronic release ahead of print publication). PMID: 32269357.

Abstracts and Presentations

(limited to lead author presentations)

1.  A role for medical treatment in the community based control of guinea worm disease.  Oral presentation to the Nigerian Guinea Worm Eradication Program 2nd National Task Force Meeting.  (Lagos   NIGERIA: 1988).

2.  International collaboration in community-based medical education.  Panel presentation with S Gloyd, J Ryan and G Smilkstein.  National Council for International Health Annual Meeting (Washington, DC   USA: 1989).

3.  Underserved, ignored or forgotten?  Lessons from the international health community.  Workshop presented with D Hilfiker and CW Keck to the Human Values in Medicine Program, Northeastern Ohio Universities College of Medicine (Rootstown, Ohio   USA: 1992).

4.  HIV services in Baltimore and the impact of the Ryan White CARE Act (with AJ Sonnega and the Ryan White Services Project).  Poster presentations at VIII International Conference on AIDS and III STD World Congress (Amsterdam   NETHERLANDS:  1992), and at American Public Health Association Annual Meeting (Washington, DC   USA:  1992).

5.  Observations on the Greater Baltimore HIV Services Planning Council (with AJ Sonnega and the Ryan White Services Project).  Poster presentations at VIII International Conference on AIDS and III STD World Congress (Amsterdam   NETHERLANDS:  1992), and at American Public Health Association Annual Meeting (Washington, DC   USA:  1992).

6.  Years of potential life lost to firearm injuries in the United States.  Oral presentation at the Epidemic Intelligence Service Conference (Atlanta, Georgia   USA: 1994).

7.  Violent deaths associated with schools in the United State—a public health perspective and findings from a nation-wide study.  Oral presentation with W. Modzeleski at CDC Epidemiology Grand Rounds (Atlanta, Georgia    USA: 1995).

8.  Suicide among older persons in the United States, 1980 to 1992.  Oral presentation at the Annual Meeting of the American Association of Suicidology (Phoenix, Arizona   USA: 1995).

9.  Violent deaths associated with schools in the United States, 1992 to 1994.  Oral presentation at CDC-sponsored National Violence Prevention Conference (Des Moines, Iowa    USA: 1995).

10. Malaria prevention and treatment in the United States.  Oral presentation to Texas Department of Health Continuing Medical Education Conference (Austin, Texas   USA:  1996).

11. Narratives of fatal childhood illness in the Asembo Bednet Project.  Oral presentation to the Society for Literature and Science (Pittsburgh, Pennsylvania   USA:  1997).

12. Bednets, revisited:  sustainability of insecticide-treated materials for malaria control.  Lessons from the efficacy trials.  Oral presentation to 2nd International Congress of Vector Ecology (Orlando, Florida   USA:  1997).

13. Risk factors for child mortality in the Asembo Bednet Project.  Oral presentation at the 46th Annual Meeting of the American Society for Tropical Medicine and Hygiene (Lake Buena Vista, Florida   USA: 1997).

14. Social and behavioral science priorities for emerging infectious diseases.  Invited presentation with PJ Brown at American Psychological  Association-sponsored meeting:  Public Health in the 21st Century, Behavioral and Social Science Contributions (Atlanta, Georgia   USA: 1998).

15. Promoting rational antimalarial drug use by health workers, vendors and consumers.  Invited oral presentations of background papers prepared for CDC-supported workshops:  Confronting the challenge of antimalarial drug resistance in Africa (Nairobi   KENYA  and Harare   ZIMBABWE: 1998).

16. Causes of child mortality in the context of a bednet intervention trial in western Kenya.  Abstract accepted for oral presentation at 47th Annual Meeting of the American Society of Tropical Medicine and Hygiene (San Juan, Puerto Rico   USA: 1998); meeting cancelled.

17. Use of commercial pharmaceuticals in severe and fatal childhood illness in western Kenya.  Invited oral presentation at Makerere Institute of Social Research and Danish Bilharziasis Laboratory-sponsored workshop:  People and Medicines in East Africa (Mbale   UGANDA: 1998).

18. Local perceptions of malaria treatment options:  a cross national comparison.  Invited oral presentation at Makerere Institute of Social Research and Danish Bilharziasis Laboratory-sponsored workshop:  People and Medicines in East Africa (Mbale   UGANDA: 1998).

19. Malaria epidemiology and prevention.  Invited oral presentation to Los Alamos National Laboratory (Los Alamos, NM  USA: 1998).

20. Local illness classifications, treatment preferences and the construct of efficacy:  implications for malaria control programs in Zambia and Malawi.  Oral presentation at the American Anthropology Association Annual Meeting (Philadelphia, Pennsylvania   USA: 1998) and poster presentation at the Multilateral Initiative on Malaria 2nd PanAfrican Malaria Conference (Durban   SOUTH AFRICA: 1999).

21. Anthropological approaches to understanding community drug use:  implications for malaria control.  Oral presentation at the Society for Applied Anthropology Annual Meeting (San Francisco, California   USA: 2000).

22. Antimalarial drugs:  trends in drug resistance and efficacy perceptions among health workers and consumers.  Oral presentation at a Danish Bilharziasis Laboratory-sponsored workshop:  Rolling Back Malaria.  Prospects and Constraints (Usa River   TANZANIA:  2000).

23. Improving community drug use: a trials of improved practices approach to combating antimalarial drug resistance.  Invited presentation at 2nd International Conference on Emerging Infectious Diseases (Atlanta, Georgia   USA: 2001).

24. Home management of childhood febrile illness in the context of emerging antimalarial drug resistance, Blantyre District, Malawi.  Poster presentation at 49th Annual Meeting of the American Society of Tropical Medicine and Hygiene (Houston, Texas   USA:  2001).

25. Overview and baseline findings from the Interdisciplinary Monitoring Project for Antimalarial Combination Therapy in Tanzania.  Invited oral presentation at Harvard University-sponsored workshop:  Developing Methodologies for the Economic Assessment of Malaria Drug Combination Therapies (Cambridge, Massachusetts   USA: 2001).

26. Home and community management in the era of antimalarial drug resistance.  Plenary oral presentation at Danish Bilharziasis Laboratory-sponsored workshop:  People and Malaria Medicines (Mbarara   UGANDA:  2001).

27. Post-modern, post-colonial, post-global:  examining the theoretical crisis in international public health.  Invited oral presentation at American Public Health Association's 129th Annual Meeting (Atlanta, Georgia USA:  2002).

28. A strategic framework for approaching interventions to improve malaria home care.  Invited presentation with V. Marsh at East Africa and Great Lakes subRegional Meeting for Roll Back Malaria (Mombasa   KENYA:  2002).

29. Utilization patterns for malaria treatment and prevention services in Blantyre District, Malawi.  Oral presentation at World Bank-supported meeting:  Ensuring Malaria Control Interventions Reach the Poor (London   UNITED KINGDOM, 2002).

30. Effective malaria treatment:  is access enough?  Panel discussion with P. Olumese, R. Shretta-Chag and A. Mwita at 3rd Multilateral Initiative on Malaria PanAfrican Malaria Conference (Arusha   TANZANIA:  2002).

31. Developing interventions to promote coadministration of sulfadoxine/ pyrimethamine and artesunate in rural Tanzania.  Poster presentation at 3rd Multilateral Initiative on Malaria PanAfrican Malaria Conference (Arusha   TANZANIA:  2002).

32. Prevalence of malaria parasitemia and recent pharmaceutical medicine use in rural Tanzania:  Implications for a multi-year evaluation of artemisinin-containing combination therapy.  Oral presentation at 3rd Multilateral Initiative on Malaria PanAfrican Malaria Conference (Arusha   TANZANIA:  2002).

33. Optimizing access to and utilization of malaria treatment in Africa.  Invited oral presentation of background paper for US Institute of Medicine Task Force on the Economics of Antimalarial Drugs (London   UNITED KINGDOM:  2003).

34. Implementation of artemisinin-containing antimalarial combination therapy in Tanzania.  Oral presentation at 52nd Annual Meeting of the American Society of Tropical Medicine and Hygiene (Philadelphia, Pennsylvania   USA:  2003).

35. Comparing socioeconomic status data across sites in repeated household surveys, methodologic considerations; and Describing quality of care received from retrospective interviews.  Oral presentations at London School of Hygiene and Tropical Medicine-sponsored Workshop on Undertaking Household Surveys in Low and Middle Income Countries  (Ahmedabad   INDIA:  2004).

36. Adherence to antimalarial combination therapy with sulfadoxine/ pyrimethamine plus artesunate in Tanzania:  a practical methodology for programmatic assessment.  Oral presentation at 53rd Annual Meeting of the American Society of Tropical Medicine and Hygiene (Miami, Florida   USA:  2004).

37. Implementation of artemisinin-containing combination therapies in an area of stable malaria transmission:  implications for enhanced diagnostic services.  Invited presentation to a World Health Organization technical consultancy on rapid diagnostic tests for malaria (Geneva   SWITZERLAND:  2004).

38. Prevalence of malaria parasitemia among clients obtaining treatment for fever or malaria at drug stores in rural Tanzania, 2004.  Oral presentation at 4th MIM Pan-African Conference on Malaria (Yaonde CAMEROON;  2005).

39. The plausibility design, quasi-experiments, and real world research:  A critical perspective.  Oral presentation to Conference on Ethnography of Health Research in African Settings (Kilifi KENYA:  2005).

40. Trends in malaria parasitemia, malaria-related anemia and malaria-related child mortality before, during and after the introduction of sulfadoxine/ pyrimethamine monotherapy and artemisinin-based combination therapy.  Oral presentation to 55th annual meeting American Society of Tropical Medicine and Hygiene (Atlanta, GA   USA:  2006).

41. Consumer perceptions and care seeking for febrile illness associated with the availability of antimalarial combination therapy in Rufiji District, Tanzania, 2003-2006.  Oral presentation to 56th annual meeting American Society of Tropical Medicine and Hygiene (Philadelphia, PA   USA:  2007).

42. Quality of antimalarial drugs sold at retail outlets in Tanzania, 2005.  Results of a nationally representative survey: Poster presentation to 56th annual meeting American Society of Tropical Medicine and Hygiene (Philadelphia, PA   USA:  2007).

43. Factors impacting the effectiveness of antimalarial combination therapy interventions.  Oral presentation at 5th MIM Pan-African Congress on Malaria (Nairobi   KENYA: 2009).

44. Potential role for transmission blocking vaccines in the context of scaled up malaria control and elimination efforts.  Invited oral presentation at Symposium on Malaria Transmission Blocking Vaccines, sponsored by Malaria Vaccine Initiative, with J Skarbinski and L Slutsker (Bethesda, Maryland   USA: 2010).

45. Investing in Strategic and Applied Science for Malaria at CDC.  Invited presentation at Advancements in US Science and Technology, a Capitol Hill Reception convened by Malaria No More, with R Shah, B Hall, and P Weina (Washington, DC   USA; 2012).

46. Malaria Control and Elimination:  Progress and Promise.  Invited key note lecture at annual meeting of the Malaria Capacity Development Consortium (Atlanta, Georgia   USA; 2012).

47. Malaria elimination redux.  Invited presentation at "Disease Elimination and Eradication in Theory and Practice: Multidisciplinary Perspectives" sponsored by Emory University Institute for Developing Nations and Carter Center Malaria Program  (Atlanta, Georgia   USA; 2013).

48. How is the malaria landscape shifting? Closing remarks from a veteran in the war against malaria.  Keynote presentation at "The Secret Life of Malaria: A Global Journey to Cure and Prevention," organized by University of Georgia Center for Tropical and Emerging Diseases (Athens, Georgia   USA; 2014).

49. Rethinking tactics in the new push for malaria elimination.  Invited presentation at "World Malaria Day, 2014: Fighting Malaria with Faith and Facts," sponsored by Johns Hopkins Malaria Research Institute (Baltimore, Maryland   USA; 2014).

50. Haemoloysis in US patients treated with intravenous artesunate.  Symposium presentation at 24th European Congress on Clinical Microbiology and Infectious Diseases (Barcelona   SPAIN; 2014).

51. The threat of artemisinin and pyrethroid resistance [Chair].  Invited panel presentation with Pascal Ringwald, Christopher Plowe, Fredros Okumu, and Martin Akogbeto, at "A Strategic Approach to Malaria in the Post-2015 Era," sponsored by Center for Strategic International Studies (Washington, DC   USA; 2014).

52. CDC and the global response to the Zika virus public health emergency. Invited presentation to the United Nations Economic and Social Council (New York, NY USA; 2016).

53. Zika virus: clinical considerations and CDC response. Invited panel presentation with C Chinn, J Patz, K Spong, and M Wilson at 8th Annual Global Health Conference, Consortium of Universities for Global Health (San Francisco, CA USA; 2016).

54. Achieving a bold vision for global health: Policy solutions to advance global health research and development. Invited panel presentation with: P Hotez, J Kolkor, D Shoultz and E Will Morton, sponsored by Global Health Technologies Coalition at Russell Senate Office Building (Washington, DC USA; 2016).

55. Combatting infectious disease: the unfolding threat of Zika. Invited panel presentation with: JS Morrison, A Pope, M Espinal and D Dulitsky, at Center for Strategic and International Studies' Annual Global Development Forum (Washington, DC USA; 2016).

56. Priority setting in global health symposium. Invited panel presentation at Harvard TH Chan School of Public Health (Cambridge, MA USA; 2016).

57. Malaria Epidemiology, Control and Treatment.  Invited presentation at Congressional Briefing (Washington, DC   USA; 2017).

58. Surveillance as a malaria intervention, pivoting from control to elimination.  Invited panel presentation with B Nahlen, BL Hall, S Hoffman and L Slutsker at inaugural Alan J Magill Malaria Eradication Symposium sponsored by American Society of Tropical Medicine and Hygiene and Council for Strategic International Studies (Washington, DC  USA; 2017).

59. The on-going fight to eliminate malaria.  Invited panel presentation with S Baker, I Priestley and D Zimmerman at Rotary International Convention (Atlanta, GA   USA; 2017).

60. Fulcrum or fetish? The appeal of commodities in the global malaria effort.  Leverhulme Lecture at Liverpool School of Tropical Medicine (Liverpool   UNITED KINGDOM; 2017).

61. CDC and US Government contributions to the global malaria effort.  Presentation to Washington Global Health Alliance (Seattle, WA; 2017).

62. Malaria Control:  A critical investment for saving lives in Africa.  Invited panel presentation with J Kates, B Nahlen, SS Peterson, R Rabinovich, A Glassman, sponsored by Center for Global Development and American Society of Tropical Medicine and Hygiene (Washington, DC; 2017).

63. US Government Priorities for Ending Preventable Child and Maternal Deaths.  Invited panel presentation with B Hughes and BL Nahlen at US State Department's Foreign Service Institute Global Health Diplomacy Course (Washington, DC; 2017).

64. Disease on our borders:  Fighting global health threats in the Americas.  Invited panel presentation with Marcos Espinal, and Greg Noland at UN Foundation Nothing But Nets Malaria Leadership Summit (Washington, DC; 2018).

65. Malaria elimination in high burden countries.  Invited panel presentation with K Sturm-Ramirez at Science of Eradication—Malaria Course, sponsored by Harvard University (Cambridge, MA; 2018).

66. Malaria Control:  Where are we now?  Grand Rounds webinar presentation to ICAP at Columbia University (New York, NY; 2018).

67. Epidemiology, control and prevention of malaria in pregnancy and implications for maternal and newborn survival. Invited presentation to Department of Family Health Services, Ministry of Health (Monrovia LIBERIA; 2019).

68. Malaria:  Progress and promise.  Watanakunakorn Memorial Lecture.  Northeast Ohio Medical University (Rootstown, OH; 2019).

69. Community Health Planning and Services in Ghana:  Implementation Science for Universal Health Coverage. Invited presentation at Korea International Cooperation Agency's Ghana Community-based Primary Health Care Conference (Seoul, REPUBLIC OF KOREA; 2019).

70. Transforming the epidemiology of malaria through control and elimination efforts.  Infectious Disease Epidemiology Seminar, Department of Epidemiology, Columbia University Mailman School of Public Health (New York, NY; 2019).

71. Tangible and intangible assets for malaria programs across the elimination spectrum.  Invited presentation at the Allan Magill Symposium.  American Society for Tropical Medicine and Hygiene (National Harbor, MD; 2019).  CANCELLED.

Exhibit C

# LESLIE F. ROBERTS, PHD

| | |
|---|---|
| **Address** | Columbia University Mailman School of Public Health |
| | Heilbrunn Department of Population and Family Health |
| | 60 Haven B-2 |
| | New York, NY 10032 |
| | lfr2102@cumc.columbia.edu |

## Education

| | |
|---|---|
| Ph.D. | (1992) Johns Hopkins University, Baltimore, MD |
| | Department of Geography and Environmental Engineering |
| M.S.P.H. | (1987) Tulane School of Public Health and Tropical Medicine, LA |
| | Department of Environmental Health |
| B.S. | (1983) St. Lawrence University, Canton, NY |
| | Major: Physics |

## Professional Experience

9-11/14, 3-4/15    **Regional Epidemiologist & Foreign Medical team Coordinator,** WHO, Sierra Leone. Worked as an administrator and epidemiologist to address an EVD outbreak.

4/14 – Present    **Professor**, Columbia Univ., Mailman School of Pub. Hlth.

11/17 – 8/18    **Director, Program on Forced Migration and Health**
3/12 – 3/14

9/06 – 3/14    **Associate Professor of Clinical Public Health**

10/02 – 9/06    **Adjunct Faculty**, Columbia Univ., Mailman School of Pub. Health, NY, NY. Teaching responsibilities include: courses in applied epidemiology for complex emergencies, water and sanitation, and epidemiological methods for documenting human rights abuses.

3/97 – 11/00
5/03 – 9/06    **Consultant**, Clients included: Univ. of B.C. Human Security Centre; Overseas Development Institute (ODI); City of Westminster, CO.; a recreational water park in Georgia; Centers for Disease Control and Prevention; and the International Rescue Committee. Teaching clients

included:  BPRM of the US State Dept., USAID, University of Hawaii COE, CDC, the National Academy of Pediatrics and ICDDR,B.  In 2005, provided technical oversight and support of a World Bank funded project in Afghanistan.

9/95 – 7/2006      **Lecturer**, Department of Geography and Environmental Engineering, Johns Hopkins Whiting School of Engineering.  Responsibilities include:  teaching a joint engineering – public health course entitled, "Engineering Responses to Public Health Crises" and giving approximately 10 other lectures each year.   In 2003, ran seminar entitled, "Epidemiological Methods for Documenting Human Rights Abuses."

12/00  - 5/03      **Director of Health Policy**, International Rescue Committee, NY, NY.  Responsibilities included:  developing policy for health programs, providing technical support and oversight for 5 programs in the Great Lakes Region of Africa, providing epidemiological support and training.  Conducted mortality surveys in Rwanda, the Democratic Republic of Congo and Sierra Leone.

6/97 – Present      **Adjunct Faculty**, Tulane School of Public Health and Tropical Medicine.  Conduct an intensive summer course entitled, "Field Methods in Complex Emergencies."

5/95 – 2/97      **Sr. Assistant Scientist**, CDC, Nat. Ctr. Environmental Health, EHHE, HSB Activities included:  conducting human health studies regarding domestic water issues; providing technical support to staff epidemiologists and oversight of EIS Fellows; assisted in humanitarian relief efforts related to water and sanitation; and responded to public, congressional, and technical inquiries. Teaching activities included:  lectures at the Emory Rollins School of Public Health, the Army War College, the University of Maryland, and U.S. Office of Foreign Disaster Assistance workshops in Bangladesh and Hawaii, and an intensive week-long class at Johns Hopkins University.  Represented CDC as the Executive Secretary of the HHS Subcommittee on Drinking Water and Health, a body for coordinating Federal efforts related to human health and drinking water.

10/94 - 4/95      **Consultant**, Activities included:  lecturing in the U.S. Office of Foreign Disaster Assistance Training Course and at the Johns Hopkins School of Public Health, reviewing reports for UNICEF.

6/94 - 9/94      **Epidemiologist**, World Health Organization, Rwanda.  Established disease surveillance systems and assisted with epidemic responses in Northern Rwanda and Goma, Zaire.

7/92 - 5/94      **EIS Officer**, CDC/International Health Pgm. Office/TSD, Atlanta, GA.

As a postdoctoral fellow, conducted assessments in Southern Africa and Bosnia; a nationwide household survey in Armenia, and an intervention trial to prevent diarrhea among refugees in Malawi.

12/90 - 5/91        **Study Director**, PRISMA, Lima, Peru.
Conducted a study of the movement of fecal material within shantytown households.

5/90 - 10/90        **Public Health Engineer II**, DOE, Dundalk, MD.  Conducted field studies examining the function of stormwater management facilities.

1/85 - 6/85        **Physics Teacher**, Fayetteville-Manlius High School, Fayetteville, NY.

9/83 - 6/84        **Physics Teacher**, Old Rochester Regional High School, Mattapoiset, MA.

## Selected Publications

Lau LS et al.  COVID-19 in Humanitarian Settings and Lessons Learned from Past Epidemics. Nature Medicine volume 26, pages647–648(2020).

Jarrett P, Zadravecz FJ, O'Keefe J, Nshombo M, Karume A, and Roberts L.  Evaluation of a population mobility, mortality, and birth surveillance system in South Kivu, Democratic Republic of the Congo.  Disasters, 2020, 44(2): 390−407.

Flaherty MG, Roberts L.  Internet searching and potential for promoting humanitarian injustice: short report.  Confl Health. 2019; 13: 4

Briody C, Rubenstien L, Roberts L. Penney E,  Keenan W, Horbar J.   Review of attacks on health care facilities in six conflicts of the past three decades.  Confl Health. 2018; 12: 19.

Roberts LF.  When Violence becomes Endemic.  Int. J. Pub. Hlth. June 2017.

Sara A. Snyder, and Columbia Epidemiology of Human Rights Study Group.  The Eric Garner Case: Statewide survey of NY voters' response to proposed police accountability legislation. J. of Social Service Research.  October 2016.

Bennouna, Cyril; van Boetzelaer, Elburg; Rojas, Lina; Richard, Kinyera; Karume, Gang ; Nshombo, Marius ; Roberts, Les; Boothby, Neil.  Monitoring and Reporting Attacks on Education in Somalia and the Democratic Republic of the Congo. Disasters. Aug. 9, 2017

Bennouna C. Ali I, Nshombo M, Karume G, Roberts L.  Improving surveillance of attacks on children and education in South Kivu: A knowledge collection and sensitivity analysis in the D.R. Congo.    Vulnerable    Children    &    Youth    Studies.    23    Jan,    2016 http://dx.doi.org/10.1080/17450128.2016.1139221

3

Checchi F, Waldman R, Roberts L. et al.  The World Health Organization and emergency health: if not now, when?  *BMJ* 2016; 352 doi: http://dx.doi.org/10.1136/bmj.i469  (Published 28 January 2016)

Parcesepe A, Stark L, Roberts L. Boothby N. Measuring Physical Violence and Rape Against Somali Women Using the Neighborhood Method.  Violence Against Women.  1-17, 2015.

Roberts L, VanRooyen MJ. Ensuring Public Health Neutrality.  New Engl. J. Med.  2013;368: 1073-1075.  March 21.

Carpenter D, Fuller T, Roberts L.  WikiLeaks and Iraq Body Count: the Sum of Parts May Not Add Up to the Whole-A Comparison of Two Tallies of Iraqi Civilian Deaths. Prehospital and Disaster Med. 2013 Feb 6:1-7.

Alfaro S, Myer K, Anonymous,  Ali I, and Roberts L.  Estimating Human Rights Violations in South Kivu Province, Democratic Republic of the Congo: A Population-Based Survey.  Vulnerable Children and Youth Studies. 7;3:201-210. Sept. 2012

Potts A, Myer K, Roberts L. Measuring human rights violations: Results from a nationwide cluster survey in Central African Republic.  Conflict and Health.  2011; 5: 4.

Henderson SW, Olander WE, Roberts LF.  Reporting Iraqi civilian fatalities in a time of war. Conflict and Health.  Nov. 2009; 3:9.

Stark L, Roberts L, Wheaton W, et al. Measuring Violence against Women amidst War and Displacement in Northern Uganda Using the 'Neighborhood Method.'  JECH Online First, Nov. 24, 2009.  10.1136/jech.2009.093799

Cairns LK, Woodruff BA, Myatt M, Bartlett L, Goldberg H. and Roberts L. Cross-sectional survey methods to assess retrospectively mortality in humanitarian emergencies.  Disasters. Vol. 33(4) :503-21.  Feb. 17, 2009.

Flaherty MG, Roberts L. Rural Outreach Training Efforts to Clinicians and Public Library Staff: NLM Resource Promotion.  J of Consumer Hlth. on the Internet. Vol. 13(1):14-30.  Jan. 2009.

Siegler A, Roberts L, Balch E. et al. Media Coverage of Violent Deaths in Iraq:  An Opportunistic Capture-Recapture Analysis.  Prehosp. and Disaster Med. 2008; 23(4):369-371.

Checchi F, Roberts L. Documenting mortality in crises: what keeps us from doing better?  PLoS Med. 2008 Jul 1;5(7):e146

Roberts L. Advances in monitoring have not translated into improvements in humanitarian health

services.  Prehosp. Disaster Med. 2007 Sept-Oct;22(5):384-9.

Burnham G, Doocy S, Roberts L. Making data on Iraqi mortality rates available. Science: Vol 316. No 5830: 1424-5. June 2007.

Burnham G, Roberts L. A Debate Over Iraqi Death Estimates. *Science* **24:** Vol. 314 no. 5803 (1241). Nov 2006.

G Burnham, R Lafta, S Doocy, L Roberts.  Mortality after the 2003 invasion of Iraq: a cross-sectional cluster sample survey.  Lancet Vol. 368; 9545: 1421–1428. Oct. 2006

Salama P, Roberts L.
        Evidence-based interventions in complex emergencies. Lancet. 2005 May 28;365(9474):1848.

Roberts L, Lafta R, Garfield R, et al.
        Mortality before and after the 2003 invasion of Iraq: cluster sample survey.  Lancet. Volume 364;9448:1857-1864. Oct. 29, 2004.

Roberts L, Hoffman C-A.
        Assessing the impact of humanitarian assistance in the health sector.  Emerging Themes in Epidemiology. Vol. 1:3, October 7, 2004

Roberts L.
        Little relief for eastern Democratic Republic of Congo.  Lancet (Dispatch) Vol. 357;9266:1421, May 5, 2001.

Roberts L, Chartier Y, Toole M, et al.
        Keeping Clean Water Clean in a Malawi Refugee Camp: A Randomized Intervention Trial. Bull. W.H.O., Vol. 79(4):280-287, 2001.


Mermin, J, Villar R, Carpenter J, Roberts L, et al.
        A Massive Epidemic of Multidrug-Resistant Typhoid Fever in Tajikistan Associated with Consumption of Municipal Water. *Journal of Infectious Diseases.* 179 (6): 1416-1422. June, 1999.

Roberts L, Despines M.
        Mortality in Katana Health Zone, Eastern DRC.  Lancet (Letter) Vol. 353;9171:2249-50, Jan. 26, 1999.

Peterson AE, Roberts L, Toole MJ, et al.
        The Effect of Soap Distribution on Diarrhea: Nyamithuthu Refugee Camp.  Int. J. of Epi., 1998;27:520-524.

5

Semenza J, Roberts L, Henderson A, et al.
    Water Distribution System and Diarrheal Disease Transmission: A Case Study in Uzbekistan.  Am. J. Trop. Med. Hyg. 59(6), 1998, pp. 941-46.

Roberts L, Toole M.
    Cholera Deaths in Goma (Letter).  Lancet, Vol.346:1431.   Nov. 25, 1995.

Goma Epidemiology Group
    Public Health Impact of Rwandan Refugee Crisis: What Happened in Goma, Zaire, in July, 1994? Lancet.  Vol.345:339-44.  Feb. 11, 1995.

Ventura G, Roberts L, Gilman R.
    Vibrio cholerae non-O1 in sewage lagoons and seasonality in Peru cholera epidemic. Lancet. 339(8798):937-8.  Apr. 11, 1992.

Lindsay G, Roberts L, Page W.
    Inspection and Maintenance of Infiltration Facilities.  Journal of Soil and Water Conservation  Vol. 47(6):481-486.  Nov. 1992.

Esrey SA, Potash JB, Roberts LF, Shiff C.
    Water Supply and Sanitation: Health Effects on Ascariasis, Diarrhoea, Guinea Worm, Hookworm, Schistosomiasis, and Trachoma. Bull. W.H.O. 69 (5):609-621, 1991.

MMWR Publications

    Elevated Mortality Associated With Armed Conflict --- Democratic Republic of Congo, 2002.  Vol. 52(20); 469-471.

    Spontaneous Abortions Possibly Related to Ingestion of Nitrate-Contaminated Well Water -- LaGrange County, Indiana, 1991-1994.  Vol. 45(26); 569-572.

    Status of Public Health - Bosnia and Herzegovina, August-September 1993.  Vol. 42;50:973-82.

    Mortality among Newly Arrived Mozambican Refugees - Zimbabwe and Malawi, 1992. Vol. 42;24:468-77.

Other Publications
Roberts L. War: Not Anarchy but Shrinking Circles.  In: Why Peace? Marc Guttman Editor, 2012.

Roberts L. Advancing Humanitarian Aid: Infusing the era of hope with a dash of accountability.  In Health G20.   Carballo M Editor.  International Center for Migration.  Oct. 2010.

http://healthg20.com/info

Roberts LF. A Plea For Cost-Effectiveness, or at Least Avoiding Public Health Malpractice Am J Public Health, Sep 2009; 99: 1546 - 1548.

Roberts L, Muganda C. War in the Democratic Republic of Congo.  In Levy B & Sidel V (Eds.), War and Public Health. Oxford: 2008.

Roberts L. Burnham G.  Ignorance of Iraqi death toll no longer an option.  Global Research Sept. 22, 2007.  http://www.globalresearch.ca/index.php?context=va&aid=6848 and in Baltimore Sun and Oneonta Daily Star.

Roberts L. Iraq's Death Toll is Far Worse than our Leaders Admit.  Independent. Feb. 14, 2007. http://www.independent.co.uk/opinion/commentators/les-roberts-iraqs-death-toll-is-far-worse-than-our-leaders-admit-436291.html

Roberts L.
  100,000 deaths in Iraq: A year later.  American Friends Service Committee Oct. 26, 2005 http://www.afsc.org/iraq/news/2005/10/100000-deaths-in-iraq-year-later.htm        and        in Baltimore Times.

Roberts L.
  The Iraq War: Do Civilian Casualties Matter?  Audit of Conventional Wisdom, MIT Center for International Studies, July 2005.

Roberts L.
  Civilian Deaths a Murky Issue in the War in Iraq.  Humanitarian Exchange, Humanitarian Practice Network, #29, Mar. 2005.

Checci F, Roberts L.
  Interpreting and Using Mortality Data in Humanitarian Emergencies: A Primer for Non-Epidemiologists.  Humanitarian Policy Network Paper #52, 2005.

Lafta R, Roberts L, Garfield R and Burnham G.
   Role of Small Arms during the 2003 – 2004 Conflict in Iraq.  Working Paper 1.  Small Arms Survey, Geneva, Switzerland 2005.

Roberts L, Ngoy P, Mone C. et al.
  Mortality in the Democratic Republic of the Congo: Results from a nation-wide survey. IRC, New York, March 2003. http://www.theirc.org/DRCongo/index.cfm Accessed 1/10/03

Roberts L, Hale C, Belyakdoumi F, et al.
  Mortality in Eastern Democratic Republic of Congo: Results from Eleven Mortality Surveys. IRC, New York, 2001.  http://intranet.theirc.org/docs/mortII_report.pdf Accessed 11/20/02

Roberts L.
>   Mortality in Eastern DRC: Results from Five Mortality Surveys.  The International Rescue Committee, May, 2000.

Roberts L.
>   Diminishing standards: How much water do people need?  In *Forum: Water and War*. Geneva: ICRC, 1998.

Esrey SA, Shiff C, Roberts LF, Potash JB.
>   The Health Benefits following Improvements in Water and Sanitation: Synthesis of Existing Knowledge concerning Diarrheal Disease, Ascariasis, Guinea Worm, Hookworm, Schistosomiasis, and Trachoma.  W.A.S.H. Technical Report #66.  June, 1990.

Reinke WA, Stanton BF, Roberts L, Newman J.
>   Rapid Assessments for Decision Making: Efficient Methods for Data Collection and Analysis.  W.A.S.H. Field Report #391.  January, 1993.

Roberts L, Lindsey G.
>   Maintenance Needs of Stormwater Facilities in Baltimore, Carroll, Cecil, and Harford Counties.  Maryland Department of the Environment, Sediment and Stormwater Administration.  Dundalk, Maryland.  September, 1990.

## **Awards and Honors**

2012        Teaching Excellence Award, Mailman School of Public Health.

2008        Edward Barsky Award at APHA Annual Conference.

2007        APHA Special Award for Conflict Epidemiological Research,.  With Burnham G, Doocy, S, Lafta R.

2006        Ambassador, Paul G. Rogers Society for Global Health Research.

1995        The Paul C. Schnitker Award for Outstanding Contribution to International Health, Centers for Disease Control and Prevention, Atlanta, GA., March.

1994        Medal of Achievement, USPHS, Spring.

1990 – 1991    The Dick C. Heil Memorial Scholarship.  Chesapeake Chapter of the American Water Works Association.

8

Exhibit D

**Bradley A. Woodruff, MD, MPH**
November 30, 2020

| **Postal address:** | **Contact information:** | **Residence:** |
|---|---|---|
| 2650 Bowker Avenue | E-mail: bradleyawoodruff@gmail.com | Victoria, BC CANADA |
| Victoria, BC V8R 2G1 | Skype name: BradWoodruff | GMT -7 hours (summer) |
| Canada | Telephone: +1 (778) 967-1874 | GMT -8 hours (winter) |

**EDUCATION**

E.I.S.   Epidemic Intelligence Service, Centers for Disease Control, stationed in West Virginia Department of Health. June 1989.

M.P.H.   The Johns Hopkins University School of Hygiene and Public Health, Baltimore, MD.  May 1986. Concentration in epidemiology and international health.

M.D.   Upstate Medical Center, Syracuse, N.Y.  May 1980.

B.A.   State University College at Fredonia, N.Y. and State University of New York at Buffalo, in biology. January 1976.

**HONORS AND AWARDS**

**Awards from the United States Government:**

Charles C. Shepard Award for Outstanding Scientific Contribution to Public Health, 2003.

Secretary's Award for Distinguished Service; Department of Health and Human Services, 2000.

Achievement Medal; United States Public Health Service, 1993.

PHS Citation; United States Public Health Service, 1989.

NCEH Director's Award (2), 1997 and 2000.

Outstanding Unit Citations (3); United States Public Health Service, 1995, 1997, and 2001.

Meritorious Group Award; U.S. Agency for International Development, 2003.

Unit Commendations (6); United States Public Health Service, 1989 (2), 1992, 1993 (2), 2003.

Group Special Recognition Award; United States Dept of Health and Human Service, 1992.

Group Honor Award, International Health; United States Dept of Health and Human Service, 1997.

Foreign Duty Service Ribbons (11); United States Public Health Service, 1992-2003.

Hazardous Duty Service Ribbon (3); United States Public Health Service, 1993, 1994, 2003.

Isolated Hardship Service Ribbon; United States Public Health Service, 1994.

Crisis Response Service Ribbon; United States Public Health Service, 1994.

Special Assignment Service Ribbon; United States Public Health Service, 1995.

**Other honors and awards:**

Dean's List, Phi Beta Kappa, and Summa Cum Laude; State University of N.Y., 1970-76.

Alpha Omega Alpha Medical Honor Society; Upstate Medical Center, 1979.

Listed in Who's Who in Medicine and Health Care 2009-2010 7th edition and International Who's Who in Medicine, 2nd edition, 1995.

Distinguished Alumnus, Upstate Medical Center, 2010.

**LICENSES AND CERTIFICATES**

State medical license in New York, 1981; Pennsylvania, 1983; and Maryland, 1985.  National medical license in Kenya, 1983.

**WORK EXPERIENCE**

**Positions in Epidemiology and Public Health:**

*July 2007 – present:*  Consultant in International Health and Nutrition*.*

Assist non-governmental organizations and United Nations agencies, including the World Food Programme, the World Health Organization, and UNICEF, in carrying out assessments, evaluations, and studies of public health and nutrition programs in less-developed countries.  Provide training and supervision, both in the classroom and in the field, for agency personnel in epidemiologic techniques of assessment and investigation.  Review protocols, reports, and other documents for technical quality and accuracy.  Write technical reports and articles for publication.

*June 2004 – June 2007:*  Senior Medical Epidemiologist, International Micronutrient Malnutrition Prevention and Control Program (IMMPaCt), Maternal Child Nutrition Branch, National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention (CDC), U.S. Public Health Service; Atlanta, Georgia.

Provide technical supervision to IMMPaCt staff in matters of micronutrient status assessment, program design, and other issues.   Investigate improvements in survey and assessment methodology and make recommendations to IMMPaCt and Branch leadership.

Design training programs for partner organizations, including UNICEF, the World Food Programme, and the Pan-American Health Organization, in methods of assessing micronutrient status, laboratory techniques of measuring micronutrient status, and monitoring and evaluation of micronutrient deficiency prevention and control programs.  Design and teach a course at the Rollins School of Public Health at Emory University on food and nutrition in humanitarian emergencies.

Write and review guidelines for the World Food Programme, UNICEF, USAID, and other organizations on nutrition assessment techniques in both humanitarian emergencies and stable populations.

Supervised Epidemic Intelligence Service officers during 2-year training in epidemiology and public health.

*April 1996 – June 2004:*  Medical Epidemiologist, International Emergency and Refugee Health Branch, National Center for Environmental Health, Centers for Disease Control and Prevention (CDC), U.S. Public Health Service; Atlanta, Georgia.  Job duties included:

Responded to requests for technical assistance from other organizations, including other parts of the U.S. government, U.N. agencies, international organizations, and nongovernmental organizations (NGOs).  Such technical assistance activities encompassed all fields of public health, disease control, and nutrition in humanitarian emergencies.   Specific activities included management and technical direction of the public health portions of multimillion dollar relief programs, quantitative and qualitative assessment of the health and nutrition status of displaced populations, evaluation of specific programs, and implementation of disease control programs. Assisted other parts of CDC in activities related to refugees and displaced populations.

Trained health personnel from many organizations in public health practice in refugee emergencies, including designing curriculum, presenting lectures, and facilitating exercises and case studies.

Determined research priorities in refugee and emergency response, prepare and supervise preparation of research project proposals and protocols, obtain funding, and implement and supervise research studies.

Developed and implemented International Emergency Capacity Development program, a training program for CDC personnel with a $185,000 annual budget.  Oversaw all aspects of this program, including recruitment and selection of training candidates, development of curriculum,

review of technical content, development and selection of teaching methods, implementation of special seminars, and organization of overseas field experiences.

Wrote guidelines and recommendations for refugee health and nutrition. Provided technical expertise to international groups and committees writing such guidelines and developing consensus regarding best practices in public health in emergency situations. Carried out research on all aspects of refugee health and nutrition and presented results in published scientific articles and presentations.

Supervised Epidemic Intelligence Service officers during 2-year training in epidemiology and public health.

*May 2000 – June 2001*: <u>Acting Chief, International Emergency and Refugee Health Branch</u>, National Center for Environmental Health, Centers for Disease Control and Prevention (CDC), U.S. Public Health Service; Atlanta, Georgia.

Coordinated CDC's overall response to refugee and humanitarian emergencies, including providing liaison with other parts of the U.S. government, U.N. agencies, international organizations, and nongovernmental organizations. Provided supervision for eight staff members and oversaw all activities of the Branch and maintained coordination with other parts of the National Center for Environmental Health and CDC. The total budget of the Branch increased from $US 1.2 million to $US 6.2 million during this time.

*July 1990 - March 1996:* <u>Medical Epidemiologist; Hepatitis Branch, Division of Viral and Rickettsial Diseases</u>, Centers for Disease Control and Prevention (CDC), U.S. Public Health Service; Atlanta, Georgia.

a) In San Francisco (May 1992 - March 1996):

Infant hepatitis B vaccination. Implemented demonstration project funded by a $1.5 million federal grant to carry out universal infant immunization against hepatitis B in the city of San Francisco. Duties included developing policy guidelines for administration of hepatitis B vaccine, coordinating research projects, and supervising 7 full-time project staff members and 6 public health students. Program implementation activities included organizing community advisory committee meetings, developing a vaccine distribution system, and designing a vaccine dose reporting system. Also served as liaison to San Francisco medical providers and conducted educational campaigns, including publishing articles in local medical publications and giving numerous presentations at Pediatric Grand Rounds and other medical meetings on hepatitis B virus infection, hepatitis B control strategies, hepatitis B vaccination, and the San Francisco Demonstration Project.

Supervised staff members, public health students, and preventive medicine residents who carried out research projects, including: 1) a questionnaire survey of hospital nursery staff regarding attitudes toward hepatitis B vaccination of newborns; 2) medical record reviews in birthing hospitals to estimate first dose vaccine coverage of newborns at the time of hospital discharge; 3) medical record reviews in public clinics and private offices to estimate overall vaccine coverage at 9 months of age; 4) a questionnaire survey of parents of infants to estimate vaccine coverage, attitudes toward hepatitis B vaccination, and barriers to vaccination; 5) a survey of nursing administrators of obstetric hospitals in the San Francisco. metropolitan area to assess policies and practices regarding newborn hepatitis B vaccination; 6) a survey of obstetric providers to determine feasibility of providing vaccination education during prenatal visits. Collaborated on questionnaire survey of pediatric providers to determine why and when pediatricians incorporate new preventive technologies into their practice. Assisted staff members and students in preparing presentations for national scientific meetings and articles for publication in peer-reviewed biomedical journals.

School-based hepatitis B vaccination. Served as technical consultant to the San Francisco Unified School District for pilot project in adolescent in-school hepatitis B vaccination. Reviewed for technical accuracy all materials produced during the project, including those for teacher, student,

and parent education.  Supervised design and conduct of: 1) pre- and post-testing of students to assess knowledge acquired during lessons about hepatitis B; 2) a questionnaire survey of parents to determine attitudes about school-based vaccination and reasons for consenting to or refusing vaccination; 3) collection and analysis of data from refusal form on reason for refusal; and 4) an intervention trial to assess the effect of incentives designed to induce peer pressure.  Supervised planning and conduct of meeting of school-based hepatitis B vaccination projects to summarize nationwide experience and preparation of a comprehensive report.

Other projects.  1) Served as technical consultant to the Vietnamese Community Health Promotion Project of the University of California, San Francisco for their cancer prevention program; one portion included health education about hepatitis B and hepatitis B vaccination.  2) Designed and conducted a serologic and questionnaire survey of employees of the Oakland Police Department to determine the occupational risk of hepatitis B virus infection.  3) Designed and collaborated in conduct of serologic survey of residents of a residential institution for developmentally disabled persons to determine risk of hepatitis C and hepatitis A virus infections.   4) Designed and collaborated in conduct of immunogenicity trial of hepatitis B vaccination of adolescents according to a 0,2,4 months schedule.  5) Analyzed hospital and outpatient data to determine risk of various adverse reactions to hepatitis B vaccination among newborns.

b) In Atlanta (July 1990 - May 1992):

Responsible for conduct of epidemiologic research supporting implementation of initiative to eliminate hepatitis B virus transmission in the United States.  Also participated in education of state and local health officials, practicing physicians, and others regarding perinatal hepatitis B screening and infant immunization.

Other research activities included:  1) Assisted in planning and execution of a serologic survey to evaluate the hepatitis B vaccination program in American Samoa;  2) Planned and collected specimens for a study comparing the detection hepatitis B serologic markers in dried blood spot specimens and serum specimens;  3) Directed collection of data and special studies of adverse reactions to recombinant hepatitis B vaccines;  4) Collected and analyzed available hepatitis B screening data from health programs for refugees entering the United States;  5) Designed a case-control study of the association  of hepatitis C infection and primary hepatocellular carcinoma; 6) Designed and carried out a multicenter serologic and questionnaire survey of public safety workers to investigate their risk of occupational hepatitis B virus infection;  7) Reviewed available research results on intradermal administration of hepatitis B vaccine and presented results in publications; 8) Coordinated testing and analyzed data from serum specimens from migrant workers in San Diego County, California to determine prevalence of past hepatitis E virus infection; and  9) Coordinated testing and analyzed data from serum specimens from slum dwellers in Trujillo, Peru to determine the prevalence of hepatitis E virus infection.

Supervised and assisted epidemiology trainees during field outbreak investigations and analytic projects, specifically the investigation of an outbreak of hepatitis A in a residential institution for the severely disabled, the investigation of a nosocomial outbreak of hepatitis A in a pediatric hospital, and a serologic survey for hepatitis B and C virus infection in women seeking prenatal care in San Juan, Puerto Rico.

Answered inquiries regarding viral hepatitis from state and local health officials, private physicians, journalists, and the public.

*July 1989 - June 1990:*  Resident in Preventive Medicine; Enteric Disease Branch, Division of Bacterial Diseases, Centers for Disease Control (CDC), U.S. Public Health Service; Atlanta, Georgia.

Reviewed current status of immunization against typhoid fever, including all work, published and unpublished, on the Ty21a oral vaccine and presented a summary to the Immunization Practices Advisory Committee (ACIP).

Collected and analyzed 14 years of botulism surveillance and laboratory data to explore clinical and laboratory differences between types A, B, and E botulism.

Carried out survey of state health department policies regarding chronic typhoid carriers and compiled epidemiologic description of currently known carriers in the United States.

Supervised and assisted epidemiology trainees during field investigations of outbreaks, specifically a state-wide outbreak of *Salmonella heidelberg* in Maine and a community outbreak of E. Coli O157:H7 in Missouri.

Answered inquiries regarding bacterial enteric diseases from state and local health officials, private physicians, journalists, and the public.

*July 1987 - June 1989:* Epidemic Intelligence Service Officer; Assigned to the West Virginia Department of Health from the Division of Field Services, Epidemiology Program Office, Centers for Disease Control (CDC), U.S. Public Health Service; Atlanta, Georgia.

Conducted field investigations of 1) shigellosis in a religious commune, 2) epidemic psychogenic illness in a workplace, 3) viral conjunctivitis in a nursing home and an elementary school, and 4) respiratory disease in a nursing home.  Assisted in investigations of nosocomial legionellosis and community-acquired tuberculosis.

Planned and carried out epidemiologic studies, including:  1) a case-control study of the risk factors for La Crosse encephalitis; 2) a questionnaire survey regarding immunization coverage and reasons children are not fully immunized at age two years; and 3) collection of data regarding incidents in West Virginia and South Carolina of exposure to rabies from domesticated raccoons.

Evaluated surveillance systems for spinal cord injury and Lyme disease and analyzed data contained therein.

Provided technical advice to personnel in the West Virginia Health Department and answered phone and mail inquiries from local health department personnel, legislators, physicians, journalists, and the public.

Gave presentations and workshops to local health officials, physicians, nurses, other health professionals, and the public on various topics, including: 1) The epidemiologic, legal, and economic aspects of AIDS; 2) Lyme disease; 3) La Crosse encephalitis; 4) Methods of tuberculosis contact investigation; 5) Spinal cord injury surveillance; and 6) The use of statistics in hospital infection control.

*February - June 1987:* Technical Advisor, Operations Research; Stationed in Dakar, Senegal for Center for Population and Family Health, Columbia University; New York, N.Y.

Provided advice on research techniques to local investigators carrying out operations research on family planning programs.

**Academic Appointments in Epidemiology and Public Health:**

*Senior Lecturer*: Columbia University, Mailman School of Public Health, Program on Forced Migration; New York City, New York.  November 2012 – present.

*Adjunct Associate Professor*: Emory University, Rollins School of Public Health, Department of International Health; Atlanta, Georgia.  April 1997 - present.

*Adjunct Assistant Professor*: Tulane University School of Public Health and Tropical Medicine, Department of International Health and Development; New Orleans, Louisiana.  May 2002 – present.

*Lecturer*: University of California Berkeley School of Public Health, Department of Epidemiology; Berkeley, California.  August 1993 - present.

*Clinical Assistant Professor*: Emory University School of Medicine, Department of Community and Preventive Medicine; Atlanta, Georgia.  September 1990 - May 1992.

*Clinical Instructor*: West Virginia University School of Medicine, Department of Community Medicine; Charleston, West Virginia.  February 1988 - June 1989.

*Visiting Professor of Epidemiology*: Co-director of introductory epidemiology course, St. George's University School of Medicine; Grenada, West Indies.  March - April 1986.

**Positions in Clinical Medicine:**

*Emergency Physician*: Allegheny Valley Hospital, Natrona Heights, Pennsylvania.  June 1984 - June 1985.

*General Physician*: Hôpital St. Jean de Dieu in Parakou, Benin, West Africa, February - March 1983; and P.C.E.A. Tumutumu Hospital in Karatina, Kenya, March - October 1983.

*Resident in General Surgery*: Upstate Medical Center, Syracuse, New York.  July 1981 - June 1982.

*Intern in General Surgery*: University of Cincinnati Medical Center, Cincinnati, Ohio.  July 1980 - June 1981.

**SELECTED INTERNATIONAL CONSULTANCIES IN EPIDEMIOLOGY AND PUBLIC HEALTH**

*Jordan*: Assisted with design, planning, and execution of a national nutrition and micronutrient assessment survey; for UNICEF and Ministry of Health. April 2018 ongoing.

*Somalia*: Assisted with design, planning, and execution of a national nutrition and micronutrient assessment survey; for UNICEF and Ministries of Health of Somaliland, Puntland, and the Republic of Somalia. April 2018 ongoing.

*Kenya*: Negotiated evaluation methodology for program integrating agricultural assist, nutrition training, and provision of nutrition-related products. Created a data analysis plan and performed preliminary data analysis  for two double-masked follow-up interventin trials; for One Acre Fund and GroundWork. April 2017.

*Ghana*: Assisted with training of survey workers, including training in anthropometry and laboratory procedures; for University of Ghana Legon and UNICEF. April 2017.

*Guinea*: Carried out analysis of data from 1999, 2005, and 2012 DHS to identify risk factors for wasting and stunting; presented findings to Ministry of Health, UN agencies, and non-govermental agencies in French; for UNICEF Guinea. October 2015 – August 2016.

*Uzbekistan*: Assisted with design and planning of a national nutrition and micronutrient assessment survey; for UNICEF and Ministry of Health. February 2016.

*Zambia*: Assisted with all aspects of design and analyzed data for survey evaluating multi-intervention social development program; for Concern.  May 2015-present.

*Sierra Leone*: Assisted with design of data collection forms, formulation of sampling scheme, writing report and manuscripts, and analyzed final data for nationwide micronutrient assessment survey; for WHO.  May 2014 – present.

*Oman*: Assisted with design and planning of a national nutrition and micronutrient assessment survey; for UNICEF and Ministry of Health. September 2014.

*Telangana State, India*: Designed data collection instruments and analyzed data evaluating coverage and effectiveness of distribution of fortified food; for GAIN. September 2014 – March 2015.

*Ethiopia*: Analyzed data from Demographic and Health Surveys in 2000, 2005, and 2011 to identify factors leading to a substantial decline in the prevalence of stunting in Ethiopia; for UNICEF.  July 2013 – October 2014.

*Senegal*: Analyzed differences in methods of assessing household food security and nutrition status in young children and recommended ways to combine these methods in integrated population assessments; for Save the Children.  August – September 2013.

*Azerbaijan*:  Assisted with designed, implementation, data analysis, and report writing of national nutrition assessment survey; for UNICEF Azerbaijan. August 2012 to October 2014.

*Uganda*:  Designed a template for integrated survey assessment of household food security and nutritional status and supervised implementation of a pilot survey; for World Food Programme and UNICEF.  March 2011 to April 2013.

*China*: Analyzed data from a series of surveys and wrote report evaluating the distribution of micronutrient powder in earthquake-affected areas of Sichuan Province, China; for UNICEF-China and China Institute for Nutrition and Food Safety. February – October 2011.

*Philippines*:  Assisted Global Alliance for Improved Nutrition, UNICEF, and the University of the Philippines in developing plans for a baseline survey to be carried out in selected areas to measure the effectiveness of a wide-scale nutrition improvement program.  Subsequently, analyzed the data from this survey for publication.  December 2010 - August 2011.

*Bangladesh*:  Assisted the Global Alliance for Improved Nutrition, UNICEF, and the International Center for Diarrheal Disease Research – Bangladesh in formulating a plan for a nationwide survey of micronutrient deficiency as a baseline against which to measure the effectiveness of a program for fortification of edible oil.  September 2010.

*United Arab Emirates*:  Assisted the UAE Ministry of Health, the World Health Organization, and additional collaborators in designing UAE's first nation-wide nutrition assessment survey to assess the prevalence and severity of risk factors for selected micronutrient deficiencies, overweight, and nutrition-related chronic diseases; for United Arab Emirates Ministry of Health.  June 2010.

*Mongolia*:  Designed and supervised all aspects of a nationwide nutrition assessment survey, including determining indicators, calculating equipment and supply needs, designing the sampling scheme, creating data collection forms, training survey workers, cleaning and organizing computer datasets, analyzing data, and writing and disseminating the final report; for Mongolia Nutrition Research Center UNICEF.  January 2010 - September 2011.

*Republic of Georgia*:  Designed and supervised all aspects of a nationwide nutrition assessment survey, including determining indicators, calculating equipment and supply needs, designing the sampling scheme, creating data collection forms, training survey workers, cleaning and organizing computer datasets, analyzing data, and writing and disseminating the final report; for Georgian National Center for Disease Control and Public Health and UNICEF.  June 2009 – May 2010.

*Canada*: Reviewed survey documents and prepared report of recommended revisions in methodology for Canadian Red Cross evaluation surveys. December 2008 – January 2009.

*Ethiopia*: Designed and supervised a large prospective controlled trial of supplementary feeding in Ethiopia for the World Food Programme.  November 2007 - March 2009.

*United Kingdom*: Created web-based course in epidemiologic methods in conflict situations for the London School of Hygiene and Tropical Medicine.   January – May 2008.   (see http://conflict.lshtm.ac.uk/page_02.htm )

*Ethiopia, India, Uganda, Egypt, Indonesia, Zambia, Nepal, Cambodia, Pakistan*:  Designed, supervised, and conducted 6-day training workshops in the assessment of nutritional status and mortality rates using cross-sectional surveys; activities included delivering lectures, coordinating case studies, and supervising field exercises; for the World Food Programme.  Altogether, trained more than 200 staff of WFP, UNICEF, and other organizations.  June 2005 (Ethiopia), November 2005 (India), February 2007 (Uganda), April 2007 (Egypt), July 2007 (Indonesia), November 2007 (Zambia), June 2008 (Zambia), September 2008 (Nepal), November 2009 (Cambodia), and September 2011 (Pakistan).

*Fiji*:  Assisted the UNICEF Pacific Sub-Regional Office in formulating a strategy to collect data on micronutrient deficiencies in Pacific island countries in order to support a regional food fortification policy.  October 2006.

*Jordan*: Assisted the Iraq Ministry of Health in designing a baseline nationwide micronutrient assessment survey.  Assisted the Jordan Ministry of Health in designing a follow-up nationwide micronutrient survey to measure the effect of flour fortification. July-August 2006.

*Kenya*:  Supervised the design of a community trial of distribution of micronutrient powder through a social marketing program.  June-July 2006.

*Bolivia*:  Worked with the Ministry of Health, Pan-American Health Organization, and Micronutrient Initiative on creating a monitoring and evaluation plan for a nationwide program of micronutrient powder to young children.  May 2006.

*Sri Lanka*:  Set-up and directed a WHO sub-office in Southern Province; assisted Sri Lankan health officials in monitoring health, water, sanitation, and nutritional status of persons affected by the Indian Ocean tsunami of December 2004.  January – February 2005.

*Papua New Guinea*:  Supervised CDC's assistance to UNICEF and the Department of Health in the planning, implementation, analysis, and reporting of a national survey assessing nutrition and micronutrient status of young children and adult women.  July 2004 - October 2006.

*Liberia*:  Served on the USAID Office of Foreign Disaster Assistance (OFDA) Disaster Assistance Response Team (DART) by determining health and nutrition priorities in the Monrovia area, evaluating funding proposals submitted to OFDA, and assessing performance of USAID-funded programs.  August – September 2003.

*Kuwait and Iraq*:  Served on the USAID Office of Foreign Disaster Assistance (OFDA) Disaster Assistance Response Team (DART) by assisting in evaluating health and nutrition needs, investigating reported disease outbreaks, and funding programs for relief and reconstruction in southern Iraq during and after the second Iraq War.  March – May 2003.

*Tanzania*:  Carried out follow-up surveys to assess the impact on the prevalence of anemia in young children and women of eating food cooked in iron pots distributed to refugees, in collaboration with UNHCR, WFP, and the London School of Hygiene and Public Health.  August 2002 - January 2003.

*Afghanistan*:  Assisted with training of Afghan professionals in techniques of assessment of micronutrient deficiencies.  Also conducted workshops in Mazar-i-Sharif in survey and sampling methodology and computer analysis of survey data, in collaboration with UNICEF.  November – December 2002.

*Afghanistan*:  Designed and supervised the implementation, analysis, and reporting of a health and nutrition survey of young children and women of child-bearing age assessing the effects of civil conflict and drought in Badghis Province, in collaboration with the provincial health authorities and UNICEF.  March - April 2002.

*Oman*:  Created and presented training module on micronutrient status assessment which included instruction on the design and implementation of surveys, sampling techniques, and data analysis, to public health professionals from seven Gulf countries.  September 2001.

*Mongolia*: Designed and supervised the implementation, analysis, and reporting of a national health and nutrition survey assessing the effects of severe winter weather, in collaboration with the Mongolian Ministry of Health, the World Health Organization, and UNICEF.  March – July 2001.

*Laos*:  Assisted the Laotian Ministry of Health in analyzing and interpreting data from a national nutrition survey, in collaboration with the World Food Programme.  December 2000.

*East Timor*:  Designed a survey to assess health and nutritional status, in collaboration with U.N. organizations, international nongovernmental organizations, and local.  August - September 2000.

*Uganda and Sierra Leone*:  Supervised an exploratory mission to assess the feasibility of measuring the prevalence of HIV infection in displaced populations in these countries in order to plan more comprehensive HIV treatment and prevention services.  January 2000.

*Nepal*:  Designed, supervised, implemented, analyzed, and reported the results of a survey measuring anthropometric indices, assessing the prevalence of anemia, and investigating riboflavin deficiency among adolescents in seven refugee camps; supervised a team of 4 expatriates from CDC and WHO, in collaboration with UNHCR and WFP.  September - October 1999.

*Macedonia*: Designed, supervised, implemented, analyzed, and reported four multi-sector assessment surveys of Kosovar refugees in refugee camps in Macedonia.  Assisted in overall coordination of public health and health services for refugees living in camps and host families, in collaboration with UNHCR.  May - July 1999.

*Kenya*: Designed, supervised, implemented, and analyzed nutrition survey and investigation of the causes of anemia among adolescents in four refugee camps; supervised a team of 3 CDC personnel, in collaboration with UNHCR.  November - December 1998.

*Tanzania*: Supervised and assisted CDC personnel in refugee camps in Kigoma Region in: 1) assessing reproductive health services, including analysis of birthweight data, 2) evaluating public health surveillance, 3) assessing the extent of malaria and anemia, including carrying out a malaria smear survey, and 4) designing a study of interventions for severe anemia in children, for UNHCR and IFRC, August - September 1997.  Supervised implementation and follow-up of intervention trial of treatment of severe anemia in children < 5 years of age.  February - June 1998.

*Afghanistan*: Assessed health status and health programs in Afghanistan, especially in the capital city of Kabul, and made recommendations regarding funding of health and nutrition programs, in collaboration with the Office of Foreign Disaster Assistance (OFDA).  October - November 1997.

*Zaire*: Designed strategy for assessment of health status and health services in rebel-held eastern part of Zaire, in collaboration with UNICEF.  March - April 1997.

*Rwanda*: Coordinated health services during repatriation and assessed capacity of local health services and the impact of the repatriation, in collaboration with UNHCR.  November 1996 - January 1997.

*Kenya*: Presented lectures and exercises on refugee health and emergency health assessment at UNICEF Emergency Management Workshop in Lokichokio, Kenya.  October 1995.

*Zaire*: Assessed, coordinated, and supervised preventive and curative medical care in centers for unaccompanied children in Goma, Zaire, in collaboration with UNICEF.  August - September 1994.

*Moldova*: Conducted assessment of the public health importance and modes of transmission of hepatitis B virus infection, in collaboration with USAID.  June-July 1993.

*Tajikistan*: Conducted overall health assessment after the two-year civil war, in collaboration with USAID.  April 1993.

*Somalia*: Implemented emergency disease surveillance and conducted health and nutrition assessment surveys, in collaboration with UNICEF.  December 1992 – February 1993.

*Middle East*: Assisted in the design, implementation, and analysis of a nutrition survey assessment of Palestinian refugee children and women in Syria, Jordan, Gaza, and the West Bank, in collaboration with UNRWA.  December 1989 - May 1990.

*Saudi Arabia*: Taught computer and epidemiology skills.  February - March 1989

S*udan*: Implemented emergency disease surveillance after a flood in Khartoum, in collaboration with USAID.  August - September 1988.


**SELECTED MAJOR PRESENTATIONS**

Spinal-cord-injury surveillance, West Virginia. 37th Annual EIS Conference, Centers for Disease Control.  Atlanta, GA; April 1988.

La Crosse encephalitis in West Virginia.  EPO Professional Staff Seminar, Centers for Disease Control.  Atlanta, GA; June 1988.

Disease surveillance and control after the Khartoum flood of 1988.  38th Annual EIS Conference, Centers for Disease Control.  Atlanta, GA; April 1989.

Spinal cord injury surveillance in West Virginia.  117th Annual Meeting of the American Public Health Association.  Chicago, IL; October 1989.

Typhoid immunization and the Ty21a live-attenuated vaccine.  Meeting of the Advisory Committee on Immunization Practices, Centers for Disease Control.  Atlanta, GA; February 1990.

Nutritional status of Palestinian refugee children.  EPO Professional Staff Seminar, Centers for Disease Control.  Atlanta, GA; June 1990.

Clinical and laboratory evaluation of 239 cases of botulism.  30th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC). Atlanta, GA; October 1990.

Viral hepatitis in the USSR and among Soviet immigrants to the United States.  National Conference on Soviet Refugee Health and Mental Health.  Chicago, IL; December 1991.

Risk of occupational hepatitis B virus (HBV) infection among firefighters (poster).  5th National Forum on AIDS, Hepatitis, and Other Blood-Borne Diseases.  Atlanta, GA; March 1992.

The risk of hepatitis B and hepatitis C virus infections among health care workers.  60th Annual Meeting of the American Academy of Orthopedic Surgeons.  San Francisco, CA; February 1993.

Risk of hepatitis B virus infection in firefighters (poster).  The 8th Triennial International Symposium on Viral Hepatitis and Liver Disease.  Tokyo, Japan; May 1993.

Hepatitis B vaccination of infants and adolescents: results of the San Francisco demonstration projects.  27th National Immunization Conference.  Washington, DC; June 1993.

The evolution of U.S. national recommendations for hepatitis B control and the cost-benefit of hepatitis B vaccination in the United States.  Meeting of the National Health Insurance and Physicians Board.  Bonn, Germany; June 1993.

Military involvement in humanitarian assistance, the Somalia experience.  121st Annual Meeting and Exhibition of the American Public Health Association.  San Francisco, CA; October 1993.

Progress in integrating hepatitis B vaccine into infant immunization schedules.  28th National Immunization Conference.  Charlotte, NC; June 1994.

How to immunize hard-to-reach groups.  Canadian National Immunization Conference: Immunizations in the 90s, challenges and solutions.  Quebec, Canada; October 1994.

School-based adolescent hepatitis B vaccination in San Francisco (poster).  Prevention '95, the Twelfth Annual National Preventive Medicine Meeting.  New Orleans, LA; April 1995.  (Selected as one of three best posters)

Adolescent hepatitis B - results of demonstration projects: San Francisco, San Diego, and Baltimore.  29th National Immunization Conference.  Los Angeles, CA; May 1995.  (presenter and moderator of session on school-based hepatitis B vaccination)

Parents' attitudes toward school-based vaccination.  123d Annual Meeting and Exposition of the American Public Health Association.  San Diego, CA; October 1995.  (presenter and moderator of session on school-based hepatitis B vaccination)

Attitudes and practices of hospital newborn care personnel regarding hepatitis B vaccination.  123d Annual Meeting and Exposition of the American Public Health Association.  San Diego, CA; October 1995.

Risk factors for hepatitis C virus infection among STD clinic patients.  IX Triennial International Symposium on Viral Hepatitis and Liver Disease.  Rome, Italy; April 1996.

School-based hepatitis B vaccination in the United States.  IX Triennial International Symposium on Viral Hepatitis and Liver Disease.  Rome, Italy; April 1996.

Coordination of the international relief effort during the mass repatriation to Rwanda, November and December, 1996.  46th Annual EIS Conference, Centers for Disease Control and Prevention.  Atlanta, GA; April 1997.

Organization of health services for displaced populations.  125th Annual Meeting and Exposition of the American Public Health Association.  Indianapolis, IN; November 1997.

Reproductive outcomes and risk factors in a refugee population in western Tanzania (Discussant).  EPO Professional Staff Seminar, Centers for Disease Control.  Atlanta, GA; June 1998.

What are they exposed to?  Diseases affecting refugees. (invited talk) 48th Annual Meeting of the American Society of Tropical Medicine and Hygiene.  Washington, D.C.; December 1999.

HIV/STDs - What do we know and what can we do?  (Moderator and discussant) Conference 2000: Findings on reproductive health of refugees and displaced populations.   Washington, D.C.; December 2000.

Using Cormic index to adjust the body mass index of older adolescents and adults, Bhutanese refugees in Nepal, 1999.  ACC Sub-Committee on Nutrition. Nairobi, Kenya; April 2001.

Moderated discussion and lead working group on assessment of adult malnutrition. 28th session of the U.N. ACC Sub-Committee on Nutrition. Nairobi, Kenya; April 2001.

Statistical considerations in the analysis and presentation of urinary iodine concentration (UIC) in population-based surveys. Micronutrient Forum 2016. Cancun, Mexico; October 2016.


**PUBLICATIONS**

**Refereed national and international journals**

1.  **Woodruff BA**, Baron RC, Heydinger DK.  Mandatory premarital HIV screening in West Virginia. West Virginia Medical Journal 1988;84:22-23.

2.  **Woodruff BA**, Baron RC.  Letter to the editor.  JAMA 1989;262:350.

3.  **Woodruff BA**, Toole MJ, Rodrigue D, et al.  Disease surveillance and control after a flood in Khartoum, Sudan - 1988.  Disasters 1990;14:151-163.

4.  AbuRahma AF, **Woodruff BA**.  Edema following femoropopliteal bypass: lymphatic and venous theories of causation.  Journal of Vascular Surgery 1990;11:461-467.

5.  AbuRahma AF, **Woodruff BA**.  Effects and limitations of pentoxifylline therapy in various stages of peripheral vascular disease of the lower extremity.  American Journal of Surgery 1990;160:266-270.

6.  **Woodruff BA**, Pavia AT, Blake PA.  A new look at typhoid vaccination: information for the practicing physician.  JAMA 1991;265:756-759.

7.  **Woodruff BA**, Chen RT.  Oral typhoid vaccination for travelers (letter).  Archives of Internal Medicine 1991;151:619-620.

8.  AbuRahma AF, **Woodruff BA**, Lucente FC, Stuart SP, Boland JP.  Factors affecting survival of patients with ruptured abdominal aortic aneurysm in a West Virginia community.  Surgery Gynecology and Obstetrics 1991;172:377-382.

9.  **Woodruff BA**, Jones JL, Eng TR.  Human exposures to rabies from pet wild raccoons in South Carolina and West Virginia, 1987-1988.  American Journal of Public Health 1991;81:1328-1330.

10. McCrosky LM, Hatheway CL, **Woodruff BA**, Greenberg JA, Jurgensen P.  Type F botulism due to neurotoxigenic *Clostridium baratii* from an unknown source in an adult.  Journal of Clinical Microbiology 1991;29:2618-2620.

11. Niu MT, Polish LB, Robertson BH, Khanna BK, **Woodruff BA**, et al. Multistate outbreak of hepatitis A associated with frozen strawberries. Journal of Infectious Diseases 1992;166:518-524.

12. **Woodruff BA**, Baron RC, Tsai TF.  Symptomatic La Crosse virus infections of the central nervous system: a study of risk factors in an endemic area.   American Journal of Epidemiology 1992;136:320-327.

13. **Woodruff BA**, Moyer LA.  Intradermal vaccination for hepatitis B (letter).   Clinical Infectious Diseases 1992;15:1063-1064.

14. **Woodruff BA**, Griffin PM, McCroskey LM, et al.  Clinical and laboratory comparison of botulism from types A, B, and E in the United States, 1975-1988.   Journal of Infectious Diseases 1992;166:1281-1286.

15. Swerdlow DL, **Woodruff BA**, Brady RC, et al.  A waterborne outbreak in Missouri of *Escherichia coli* O157:H7 associated with bloody diarrhea and death.  Annals of Internal Medicine 1992;117:812-9.

16. Mahoney FJ, **Woodruff BA**, Erben JJ, et al.  Effect of a hepatitis B vaccination program on the prevalence of hepatitis B virus infection.  Journal of Infectious Diseases 1993;167:203-207.

17. **Woodruff BA**, Moyer LA, O'Rourke KM, Margolis HS.  Blood exposure and the risk of hepatitis B virus infection in firefighters.  Journal of Occupational Medicine 1993;35:1048-1054.

18. **Woodruff BA**, Popovici F, Beldescu N, Shapiro CN, Hersh BS.  Hepatitis B virus infection among pregnant women in northeastern Romania.  International Journal of Epidemiology 1993;22:923-926.

19. **Woodruff BA**, Baron RC.  A description of non-fatal spinal cord injury using a hospital-based registry.  American Journal of Preventive Medicine 1994;10:10-14.

20. Deseda CC, Sweeney PA, **Woodruff BA**, Lindegren ML, Shapiro CN, Onorato IM.  Prevalence of hepatitis B, hepatitis C, and human immunodeficiency virus infection among women attending prenatal clinics in San Juan, Puerto Rico, 1989-1990.  Obstetrics and Gynecology 1995;85:75-78.

21. Pegues DA, **Woodruff BA**, Lambert SB, Tant M, Woernle CH.  Immune response to revaccination among public safety workers who received primary intradermal vaccination against hepatitis B. Clinical Infectious Diseases 1995;20:335-341.

22. Burkholder BT, Coronado VG, Brown J, Hutto JH, Shapiro CN, Robertson B, **Woodruff BA**. Nosocomial transmission of hepatitis A in a pediatric hospital traced to an anti-hepatitis A virus-negative patient with immunodeficiency. Pediatric Infectious Disease Journal 1995;14:261-266.

23. The Goma Epidemiology Group.  Public health impact of Rwandan refugee crisis: what happened in Goma, Zaire, in July, 1994?  Lancet 1995;345:339-344.

24. Dowell SF, Toco A, Sita C, Piarroux R, Duerr A, **Woodruff BA**.  Health and nutrition in centers for unaccompanied refugee children: experience from the Rwandan refugee crisis.   JAMA 1995;273:1802-1806.

25. **Woodruff BA**, Stevenson J, Yusuf H, et al.  Progress toward integrating hepatitis B vaccine into routine infant immunization schedules in the United States, 1991 through 1994.  Pediatrics 1996;97:798-803.

26. **Woodruff BA**, Unti L, Coyle K, Boyer-Chuanroong L.  Parents' attitudes toward school-based hepatitis B vaccination of their children.  Pediatrics 1996;98:410-413.

27. Mahoney FJ, **Woodruff BA**, Auerbach S, McReady J, Williams I, Pretrick E.  Progress on the elimination of hepatitis B virus transmission in Micronesia and American Samoa.  Pacific Health Dialog 1996;3:140-146.

28. Walker LR, Moscicki AB, Wong V, Wibbelsman C, **Woodruff BA**.  Immunization of adolescents for hepatitis B using a 0, 2 and 4-month schedule.  Pediatric Research 1996;39 Supplement 2:36.

29. Zola J, Smith N, Goldman S, **Woodruff BA**.  Attitudes and educational practices of obstetric providers regarding infant hepatitis B vaccination.  Obstetrics and Gynecology 1997;89:61-64.

30. Unti LM, Coyle KK, **Woodruff BA**, Boyer-Chuanroong L.  Incentives and motivators in school-based hepatitis B vaccination programs.  Journal of School Health 1997;67:265-268.

31. Boyer-Chuanroong L,  **Woodruff BA**, Unti LM, Sumida YU.  Immunizations from ground zero: lessons learned in urban middle schools.  Journal of School Health 1997;67:269-272.

32. Hutin YJ, Harpaz R, Drobeniuc J, Melnic A, Ray C, Favorov M, Iarovoi P, Shapiro CN, **Woodruff BA**.  Injections given in healthcare settings as a major source of acute hepatitis B in Moldova.  International Journal of Epidemiology 1999;28:782-786.

33. Drobeniuc J, Hutin YJF, Harpaz R, Favorov M, Melnik AA, Iarovoi R, Shapiro CN, **Woodruff BA**.  Prevalence of  hepatitis B, D, and C virus infections among children and pregnant women in Moldova: additional evidence supporting the need for routine hepatitis B immunization of infants.  Epidemiology and Infection 1999; 123: 463-467.

34. Spiegel PB, Sheik M, **Woodruff BA**, Burnham G.  The accuracy of mortality reporting in displaced persons camps during the post-emergency phase.  Disasters 2001;25:172-180.

35. Tomashek KM, **Woodruff BA**, Gotway CA, Bloland P, Mbaruku G.  Randomized intervention study to determine the most effective method to treat moderate anemia in refugee children in Kigoma Region, Tanzania.  American Journal of Tropical Medicine and Hygiene 2001;64:164-171.

36. Lewis E, Shinefield HR, **Woodruff BA**, et al.  Safety of neonatal hepatitis B vaccine administration.  Pediatric Infectious Disease Journal 2001;20:1049-1054.

37. Averhoff FM, Moyer LA, **Woodruff BA**, Deladisma AM, Nunnery J, Alter MJ, Margolis HS.  Occupational exposures and risk of hepatitis B virus infection among public safety workers.  Journal of Occupational and Environmental Medicine 2002;44:591-596.

38. **Woodruff BA**, Vazquez E.  Prevalence of hepatitis virus infections in an institution for persons with developmental disabilities. American Journal of Mental Retardation 2002;107:278-292.

39. Blanck HM, Bowman BA, Serdula MK, Khan LK, Kohn W, **Woodruff BA**.  Angular stomatitis and B vitamin status among adolescent Bhutanese refugees living in southeastern Nepal.  American Journal of Clinical Nutrition 2002;76:430-435.

40. **Woodruff BA**, Duffield A.  Anthropometric assessment of nutritional status in adolescent populations in humanitarian emergencies.  European Journal of Clinical Nutrition 2002;56:1108-1118.

41. Bilukha OO, Brennan M, **Woodruff BA**.  Death and injury from landmines and unexploded ordnance in Afghanistan. Journal of the American Medical Association 2003;290:650-653.

42. **Woodruff BA**, Kaiser R.  Violence and mortality in West Darfur – an invited commentary.  Lancet 2004;364:1290-1291.

43. Hoven CW, Duarte CS, Lucas CP, Wu P, Mandell DJ, Goodwin RD, Cohen M, Balaban V, **Woodruff BA**, et al.  Psychopathology among New York City public school children six months after September 11.  Archives of General Psychiatry 2005;62:545-551.

44. Burkle FM, **Woodruff BA**, Noji EK. Lessons and controversies: planning and executing immediate relief in the aftermath of the war in Iraq.  Third World Quarterly 2005;26:797-814.

45. **Woodruff BA**.  Interpreting mortality data in humanitarian emergencies – an invited commentary.  Lancet 2006;367:9-10.

46. **Woodruff BA**, Blanck HM, Slutsker L, Cookson ST, Larson MK, Duffield A, Bhatia R. Anaemia, iron status, and vitamin A deficiency among adolescent refugees in Kenya and Nepal.  Public Health Nutrition 2006;9:26-34.

47. Kaiser R, **Woodruff BA**, Bilukha O, Spiegel P, Salama P.  Using design effect from previous cluster surveys to guide sample size calculation in emergency settings.  Disasters 2006;30:199–211.

48. Working Group for Mortality Estimation in Emergencies.  Wanted: studies on mortality estimation methods for humanitarian emergencies, suggestions for future research.  Emerging Themes in Epidemiology 2007;4:9.

49. Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle FM, Beyrer C, Cooper C, Hardy C, Singh S, Garfield R, **Woodruff BA**, Guyatt GH.  Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. Conflict and Health 2008;2:9.

50. Cairns KL, **Woodruff BA**, Myatt M, Bartlett L, Goldberg H, Roberts L.  Cross-sectional survey methods to assess retrospectively mortality in complex humanitarian emergencies.  Disasters 2009;33:503-521.

51. Suchdev PS, Jashi M, Sekhniashvili Z, **Woodruff BA**.  Progress toward eliminating iodine deficiency in the Republic of Georgia.  International Journal of Endocrinology and Metabolism 2009;3:200-207.

52. Talley L, **Woodruff BA**, Seal A, Tripp K, Mselle LS, Abdalla F, Bhatia R, Mirghani Z. Evaluation of the effectiveness of stainless steel cooking pots in reducing iron-deficiency anaemia in food-aid dependent populations. Public Health Nutrition 2010;13:107-115.

53. Tripp K, MacKeith N, **Woodruff BA**, Talley L, Mselle L, Mirghani Z, Abdalla F, Bhatia R, Seal AJ. Acceptability and use of iron and iron-alloy cooking pots: Implications for anaemia control programmes. Public Health Nutrition 2010;13:123-130.

54. Sullivan KM, Hossain SM, **Woodruff BA**.  Mortality rate and confidence interval estimation in humanitarian emergencies.  Disasters 2010;34:164-175.

55. Suchdev PS, Ruth LJ, **Woodruff BA**, Mbakaya C, Mandava U, Flores-Ayala R, Jefferds MED, Quick R. Selling Sprinkles micronutrient powder reduces anemia, iron deficiency, and vitamin A deficiency in young children in western Kenya: a cluster-randomized controlled trial.  American Journal of Clinical Nutrition 2012; 95(5):1223-1230.

56. Otgonjargal D, **Woodruff BA**, Batjargal J, Gereljargal B, Davaalkham D. Nutritional status of under-five children in Mongolia. Journal of Medicine and Medical Sciences 2012;3(5):341-349.

57. Rohner F, **Woodruff BA**, Aaron GJ, Yakes EA, Lebanan MA, Rayco-Solon P, Saniel OP. Infant and young child feeding practices in urban Philippines and their associations with stunting, anemia, and deficiencies of iron and vitamin A. Food Nutr Bull. 2013 Jun;34(2 Suppl):S17-34.

58. Shinoda N, Sullivan KM, Tripp K, Erhardt JG, Haynes BM, Temple VJ, **Woodruff B**. Relationship between markers of inflammation and anaemia in children of Papua New Guinea. Public Health Nutrition 2013;16(2):289-295.

59. Checchi F, Waldman RJ, Roberts LF, Ager A, Asgary R, Benner MT, Blanchet K, Burnham G, d'Harcourt E, Leaning J, Massaquoi MB, Mills EJ, Moresky RT, Patel P, Roberts B, Toole MJ, **Woodruff B**, Zwi AB. World Health Organization and emergency health: if not now, when? BMJ 2016; Jan 28;352:i469. doi: 10.1136/bmj.i469.

60. Rohner F, Wirth JP, **Woodruff BA**, Chiwile F, Yankson H, Sesay F, Koroma AS, Petry N, Pyne-Bailey S, Dominguez E, Kupka R, Hodges M, de Onis M.  Iodine status of women of reproductive age in

Sierra Leone and its association with household coverage with adequately iodized salt. Nutrients 2016;8(2),74; doi: 10.3390/nu8020074.

61. Wirth JP, Rohner R, **Woodruff BA**, Chiwile F, Yankson H, Koroma AS, Russel F, Sesay F, Dominguez E, Petry N, Shahab-Ferdows S, de Onis M, and Hodges M. Anaemia, micronutrient deficiencies and malaria in children and women in Sierra Leone prior to the Ebola outbreak. PLoS One. 2016 May 10;11(5):e0155031

62. Wirth JP, Leyvraz M, Sharma ND, Aaron GJ, Sodani PR, **Woodruff BA**. Coverage of adequately iodized salt is suboptimal and rice fortification using public distribution channels could reach low-income households: findings from a cross-sectional survey of anganwadi center catchment areas in Telangana, India. PLoS One. 2016 Jul 22;11(7):e0158554.

63. Leyvraz M, Wirth JP, **Woodruff BA**, Sankar R, Sodani PR, Sharma ND, Aaron GJ.  High coverage and utilization of fortified take-home rations among children 6 - 35 months of age provided through the Integrated Child Development Services Program: Findings from a cross-sectional survey in Telangana, India PLoS One. 2016 Oct 3;11(10):e0160814.

64. Leyvraz M, Rohner F, Konan AG, Esso LJ **Woodruff BA**, Norte A, Adiko F, Bonfoh B, Aaron GJ.  High awareness but low coverage of a locally produced fortified complementary food in Abidjan, Côte d'Ivoire: Findings from a cross-sectional survey. PLoS One. 2016 Nov 8;11(11):e0166295.

65. Wirth JP, Rohner F, Petry N, Onyango A, Matji J, Bailes A, de Onis M, **Woodruff BA**.  Assessment of the WHO Stunting Framework using Ethiopia as a case studyMatern Child Nutr. 2017 Apr;13(2). doi: 10.1111/mcn.12310. Epub 2016 Apr 29.

66. Wirth JP, Matji J, **Woodruff BA**, Chamois S, Getahun Z, White J, Rohner R.  Scale up of nutrition and health programs in Ethiopia and their overlap with reductions in child stunting.  Matern Child Nutr. 2017 Apr;13(2). doi: 10.1111/mcn.12318. Epub 2016 May 1.

67. **Woodruff BA**, Wirth JP, Bailes A, Matji J, Timmer A, Rohner F.  Determinants of stunting reduction in Ethiopia 2000 – 2011.  Matern Child Nutr. 2017 Apr;13(2). doi: 10.1111/mcn.12307.

68. Wirth JP, **Woodruff BA**, Engle-Stone R, Namaste SM, Temple VJ, Petry N, Macdonald B, Suchdev PS, Rohner F, Aaron GJ. Predictors of anemia in women of reproductive age: Biomarkers Reflecting Inflammation and Nutritional Determinants of Anemia (BRINDA) project. Am J Clin Nutr. 2017;106(Suppl 1):416S-427S.

69. Wirth JP, Ansumana R; **Woodruff BA**, Koroma AS, Hodges MH. Association between sickle cell and β-thalassemia genes and hemoglobin concentration and anemia in children and non-pregnant women in Sierra Leone: ancillary analysis of data from Sierra Leone's 2013 National Micronutrient Survey. BMC Res Notes 2018;11:43.

70. **Woodruff BA**, Wirth JP, Ngnie-Teta I, Beaulière JM, Mamady D, Ayoya MA, Rohner F. Determinants of stunting, wasting, and anemia in Guinean preschool-age children: An Analysis of DHS Data From 1999, 2005, and 2012. Food Nutr Bull 2018;39:39-53.

71. Wirth JP, Rajabov T, Petry N, **Woodruff BA**, Shafique NB, Mustafa R, Tyler VQ, Rohner F. Micronutrient deficiencies, over- and undernutrition, and their contribution to anemia in Azerbaijani preschool children and non-pregnant women of reproductive age. Nutrients 2018; 10:1483; doi:10.3390/nu10101483.

72. Wirth JP, **Woodruff BA**, Mamady D, Beauliere JM, Ayoya M, Rohner F and Teta IN. Nutrition trends in the past fifteen years in Guinea: secondary analysis of cross-sectional data on children, adolescent girls and women.  Afr J Food Agric Nutr Dev 2019;19(4):14889-14915

73. Rohner F, Nizamov F, Petry N, Yuldasheva F, Ismailov S, Wegmuller R, Guo S, Wirth JP, **Woodruff BA**. Household coverage with adequately iodized salt and iodine status of non-pregnant and pregnant women in Uzbekistan. Thyroid. 2020;30:898-907.

74. Petry N, Nizamov F, **Woodruff BA**, Ishmakova R, Komilov J, Wegmüller R, Wirth JP, Arifdjanova D, Guo S, Rohner F. Risk factors for anemia and micronutrient deficiencies among women of reproductive age - The impact of the wheat flour fortification program in Uzbekistan. Nutrients 2020 Mar 7;12(3):714.

75. Petry N, Al-Maamary SA, **Woodruff BA**, Alghannami S, Al-Shammakhi SM, Al-Ghammari IK, Tyler V, Rohner F, Wirth JP. National prevalence of micronutrient deficiencies, anaemia, genetic blood disorders and over- and undernutrition in Omani women of reproductive age and preschool children. Sultan Qaboos University Med J, May 2020, Vol. 20, Iss. 2, pp. e151–164.

**Books or book chapters**

1. **Woodruff BA**, Burkholder BT. Health and nutrition among refugees and displaced persons. In: Strickland GT, ed. Hunter's Tropical Medicine, Eighth Edition. Orlando, FL: W.B. Saunders and Company, 1999.

2. Surveillance and Monitoring. In: Reproductive Health in Refugee Situations: an interagency field manual. Geneva, Switzerland: UNHCR, 1999. Pages 95-117.

3. WHO. Rapid health assessment protocols for emergencies. World Health Organization, Geneva, Switzerland. 1999.

4. Communicable Disease Control in Emergencies: a Field Manual. World Health Organization, Geneva, Switzerland. 2005.

5. Measuring Mortality, Nutritional Status and Food Security in Crisis Situations: Smart Methodology, Version 1, June 2005. UNICEF and USAID, New York and Washington, D.C. 2005.

6. Chapter 3 – Comprehensive Survey Design and Chapter 4 – Measuring Mortality. In: Measuring and Interpreting Malnutrition and Mortality: A Manual for WFP Staff. World Food Programme, Rome. 2005

**U.S. government and United Nations publications**

1. Centers for Disease Control. La Crosse encephalitis in West Virginia. MMWR 1988;37:79-82.

2. ACIP. Typhoid immunization: recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1990;39(RR-10):1-5.

3. Centers for Disease Control and Prevention. Inadequate immune response among public safety workers receiving intradermal vaccination against hepatitis B - United States, 1990-1991. MMWR 1991;40:569-572.

4. Centers for Disease Control and Prevention. Screening for hepatitis B virus infection among refugees arriving in the United States, 1979-1991. MMWR 1991;40:784-6.

5. Centers for Disease Control and Prevention. Guidelines for collecting, processing, storing, and shipping diagnostic specimens in refugee health-care environments. Annex of: Famine-affected, refugee, and displaced populations: recommendations for public health issues, MMWR 1992;41.

6. Intradermal administration of hepatitis B vaccine: an update; in, Hepatitis Surveillance Report No. 54. Atlanta: Centers for Disease Control, 1992, pages 2-5.

7. Centers for Disease Control and Prevention.  Hepatitis B vaccination of adolescents - California, Louisiana, and Oregon - 1992-1994.  MMWR 1994;43:605-9.

8. Centers for Disease Control and Prevention.  Nutritional assessment of adolescent refugees — Nepal, 1999.  MMWR 2000;49:864-867.

9. **Woodruff BA** and Duffield A.  Assessment of nutritional status in emergency-affected populations: adolescents.  RNIS Supplement, July 2000.

10. Centers for Disease Control and Prevention.  Nutritional assessment of children after severe winter weather --- Mongolia, June 2001.  MMWR 2002;51:5-7.

11. Centers for Disease Control and Prevention.  Injuries associated with landmines and unexploded ordnance --- Afghanistan, 1997—2002.  MMWR 2002;52:859-862.

12. Centers for Disease Control and Prevention. Cholera epidemic after increased civil conflict – Monrovia, Liberia, June-September 2003.  MMWR 2003;52:1093-1095.

13. Mokdad A and **Woodruff BA**, eds. Disaster Response. In: Chronic Diseases and Vulnerable Populations in Times of Natural Disaster: An Action Guide.  Mensah GA and Wilcox L, eds. Atlanta: Centers for Disease Control and Prevention, 2006.

14. Centers for Disease Control and Prevention.  Baseline Data from the Nyando Integrated Child Health and Education Project — Kenya, 2007.  MMWR 2007;56:

**Other journals, conference proceedings, and major technical reports**

1. **Woodruff BA**, Baron RC, Tsai TF.  La Crosse encephalitis in West Virginia, 1987 and 1988.  In: Proceedings of the 23rd Annual Meeting of the Ohio Mosquito Control Association. Columbus: 23rd Annual Meeting of the Ohio Mosquito Control Association, 1989:15-9.

2. Yip R, Keller W, **Woodruff BA**, Sullivan KM.  Report of the UNRWA nutrition survey of Palestinian refugees in Gaza, Jordan, Lebanon, Syria, and the West Bank, 1990: survey and consultation report for UNRWA and EMRO/WHO.  UN Relief and Works Agency for Palestinian Refugees in the Near East (UNRWA) and US CDC.  Jerusalem, Israel; September 15, 1990.

3. **Woodruff BA**, Taylor F, Grossman M.  The San Francisco demonstration project - universal infant immunization against hepatitis B.  San Francisco Medicine 1992;65:32-3.

4. **Woodruff BA**, Grossman M, Abbott MB.  A primer on hepatitis B: frequently asked questions about hepatitis B immunization.  California Pediatrician 1993;9:31-2.

5. **Woodruff BA**.  Hepatitis B control in the United States (editorial).  Liver Update: Function and Disease 1993;6:1-2.

6. **Woodruff BA**, Gandelman AA, Boyer-Chu L, Iser J, Stevenson MA, Grossman M, Taylor F.  The San Francisco demonstration project in hepatitis B vaccination: implementation and preliminary results.  In: Centers for Disease Control and Prevention, National Immunization Program. 27th National Immunization Conference Proceedings; 1993 June 14-18; Washington, DC.  Atlanta: CDC, 1993:89-93.

7. **Woodruff BA**, Harpaz R, Margolis HS.  Hepatitis B virus infection in Moldova: report of a consultancy for USAID, July - August 1993.  Moldova National Center for Scientific and Applied Hygiene and Epidemiology and US CDC.  Atlanta, Georgia; 1993.

8. **Woodruff BA**.  Recommendations for the control and prevention of hepatitis B virus infection among refugees entering the United States.  US CDC.  Atlanta, Georgia; 1994.

9. **Woodruff BA**.  Accident scene infection risk (letter).  Hang Gliding 1995;25(3):6.

10. Unti L, Coyle K, **Woodruff BA**, and Demonstration Project Staff.  A review of adolescent school-based hepatitis B vaccination projects. San Francisco Unified School District and US CDC.  San Francisco; 1995.

11. Hailemeskal H, **Woodruff BA**, Yahmed SB.  Rapid health assessment.  World Health: the Magazine of the World Health Organization 1996;49(6):28.

12. Cookson ST, **Woodruff BA**, Slutsker L.  Prevalence of anemia and low body-mass index among adolescents 10-19 years of age in refugee camps in Dadaab District, Kenya.  UN High Commissioner for Refugees (UNHCR). Nairobi, Kenya; 1998.

13. **Woodruff BA**, Slutsker L, Cookson ST.  Prevalence and causes of anemia and prevalence of low body-mass index in adolescents 10-19 years of age in Kakuma camp, Kenya.  UN High Commissioner for Refugees (UNHCR).  Nairobi, Kenya; 1999.

14. **Woodruff BA**, Duffield A, Blanck H, Larson MK, Pahari S, Bhatia R.  Prevalence of low body mass index and specific micronutrient deficiencies in adolescents 10-19 years of age in Bhutanese refugee camps, Nepal, October 1999.  UN High Commissioner for Refugees (UNHCR). Kathmandu, Nepal; 1999.

15. **Woodruff BA**.  Older people, nutrition, and emergencies in Ethiopia - commentary.  Field Exchange 2001;14:28.

16. **Woodruff BA**.  Measuring mortality rates in cross-sectional surveys: a commentary.  Field Exchange 2002;17:16.

17. **Woodruff BA**, Reynolds M, Tchibindat F, Ahimana C.  Nutrition and Health Survey: Badghis Province, Afghanistan.  February – March 2002.  UNICEF. Kabul, Afghanistan; 2002.

18. Skau J, Belachew T, Girma T, **Woodruff BA**.  Outcome evaluation study of the targeted supplementary food (TSF) program in Ethiopia.  World Food Programme and Jimma University. Addis Ababa, Ethiopia.  2009.


**PERSONAL DATA**

| | |
|---|---|
| Date of birth: | May 24, 1953 |
| Marital status: | Married |
| Citizenship: | Canada |
| | United States |
| Languages: | French, able to work in language |
| | German, basic |
| | Swedish, basic |
| | Mandarin, basic |