# DECLARATION OF JAVIER O. HIDALGO

I, Javier O. Hidalgo, swearing under penalties of perjury, that the following is true and correct to the best of my knowledge:

1. My name is Javier O. Hidalgo and I am the Supervising Attorney of the Family Detention Services Program at the Refugee and Immigrant Center for Education and Legal Services ("RAICES"). I have been the Supervising Attorney since October 2018. I am licensed to practice law in the states of New York and Texas.

2. My colleague Andrea Meza previously provided a declaration that described RAICES's work providing free legal services at Karnes County Family Residential Center in Karnes City, Texas ("Karnes family detention center" or "Karnes") since its opening as a family detention center in August 2014. *See* ECF No. 5-2.

3. RAICES has now represented dozens of families subjected to Title 42 expulsion while detained at Karnes. The following information is based on information learned from representing these families, as well as our communications with DHS officers.

4. The intake process for new families arriving at Karnes currently includes testing for COVID-19 and a period or quarantine. Typically, for family units that include both parents, the fathers are quarantined separately from the rest of the family. After a family who has tested negative for COVID-19 finishes their quarantine period, they are allowed to access some common spaces with other detained families.

5. Karnes currently has a total bed capacity of approximately 830 individuals.[1] We believe that it currently houses 78 individuals as of the date of this declaration, which is a relatively small percentage of its total capacity.

6. ICE detains families at Karnes in both Title 42 and Title 8 proceedings, though we believe that currently only Title 42 families are detained at Karnes. In our experience, families in Title 42 proceedings are detained at Karnes for at least two weeks on average. We have seen families in Title 42 proceedings detained at Karnes as long as forty seven

---

[1] *See* https://www.ice.gov/factsheets/karnes-county-residential-center (last accessed February 3, 2021).

(47) days. In comparison, families at the facility in Title 8 proceedings have most recently been detained at Karnes an average of twenty-seven (27) days.

7. When we learn of a detained family subject to Title 42 expulsion, and that family has a fear of return to their home country, we notify DHS that the family needs an assessment for relief under the Convention Against Torture (as DHS's guidance requires). Thus far, we are not aware of any Title 42 families who have passed DHS's screening for torture claims.

8. The families in Title 8 proceedings receive a credible or reasonable fear interview as a threshold screening for potential asylum protection. If a family receives a negative fear determination, they can ask an immigration judge to review that finding. Upon review of our data from July 2020 through the present, the majority of families in Title 8 proceedings for whom our team provided legal services received a positive fear finding or had a negative fear finding vacated by an immigration judge. In even more cases, DHS releases the family from Karnes before we learn of the results of their fear screening, likely because family passed the screening. Generally, families in Title 8 proceedings are at Karnes for an average of 27 days, after which they are served with Notices to Appear for removal proceedings under section 240 of the INA if they receive a positive credible fear finding. Families are then are released to a sponsor, usually a family member here in the United States, or to a shelter.

9. In the Fall of 2020, due to our advocacy DHS decided to reprocess a number of families detained at Karnes from Title 42 to Title 8. The majority of those families reprocessed into Tile 8 proceedings received positive credible fear findings and were released to their sponsors in the United States.

I declare under penalty of perjury, under the laws of the United States of America and Texas, that the foregoing is true and correct.

Date: February 4, 2021                               /s/ Javier O. Hidalgo
                                                     Javier O. Hidalgo