**DECLARATION OF LINDA CORCHADO**

I, Linda Corchado, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in New York. Since May 2019, I have been the Legal Director at Las Americas Immigrant Advocacy Center ("Las Americas"). I engage in direct representation of noncitizen clients and also supervise attorneys and other staff at Las Americas who represent individuals detained during immigration proceedings.

2. I have been practicing law since 2014. Prior to joining Las Americas, I worked as a private immigration attorney for four years.

3. I make this declaration based on my personal experience working with noncitizen families and children subject to the Title 42 Process since the process came into effect in March 2020.

4. Our office regularly provides legal services and other assistance to low-income refugees and asylum seekers in CBP and ICE custody. Our clients typically come to the United States fleeing great danger in their home countries, including Brazil, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Mexico, and others. Because they are often escaping death threats and other forms of extreme persecution, summary expulsion of our clients endangers their lives.

5. Since the CDC order went into effect in March 2020, it has been extremely difficult to find our clients before they are deported under Title 42. Some children and families are summarily deported after only a few days in government custody, and sometimes after just a few hours. We often hear of clients subject to Title 42 expulsion because we get an urgent call from a family member of the detained person, saying that the person is subject to imminent expulsion and needs help.

6. Despite these impediments, our office has now represented a number of children and family members who were subject to the Title 42 Process. In my experience, these individuals all have significant protection needs, fear return to their home countries or expulsion to Mexico, and would be potentially eligible for various forms of humanitarian relief if they were put into regular removal proceedings.

7. Under the Title 42 Process, families—including families with young children—are being expelled without any meaningful opportunity to prove their claims of persecution or torture. Generally, noncitizens are apprehended and quickly processed and sent back across the border to Mexico or sent to detention centers awaiting expulsion to another country.

8. I now know of clients and clients' family members who have been kidnapped, threatened, or otherwise harmed after being expelled to Mexico or to their origin countries under the Title 42 Process. In August 2020, I represented an 8-year-old client who had originally fled Honduras with his father. Under the Title 42 Process, both the child and his father were summarily expelled to Mexico, where his father was soon kidnapped. My client then entered the United States a second time, by himself, to reunite with his grandmother and escape persecution.

I declare under penalty of perjury under the laws of the United States of America and Texas that the foregoing is true and correct.

Executed on: February 5, 2021, in El Paso, Texas, United States.

Signature: _____

Linda Corchado