**DECLARATION OF LISA FRYDMAN**

I, Lisa Frydman, pursuant to 28 U.S.C. § 1746, declare as follows:

**Information about KIND and the Declarant**

1.      I am Vice President of International Programs at Kids in Need of Defense
("KIND"), a nonprofit advocacy and legal services organization based in the United States. I am
an attorney and have been, since March 2020, Vice President of International Programs at KIND.
From 2017-2020 I was Vice President for Regional Policy and Initiatives ("Regional Team") at
KIND. From 2015-2017 I served as KIND's Director for Regional Policy and Initiatives. In my
work at KIND, I supervise KIND's International Team with programming in Central America,
Mexico, and Europe, and regularly visit the northern countries of Central America and Mexico
(referred to collectively herein as "the Region") to carry out the organization's work described
here.

2.      KIND's International Team offers direct programming with children and
adolescents in the northern countries of Central America. The International Team, through civil
society partner organizations, provides reintegration support services for children repatriating to
Guatemala and Honduras, as well as sexual and gender-based violence prevention programming
for children in certain high migration communities in Guatemala and Honduras. Through its
Reintegration Program and other Regional programming and visits, KIND's International Team
communicated with approximately 550 Central American children in 2019. From 2015-2017, the
Regional Team provided support services to children in Honduras and El Salvador with pending
cases for refugee resettlement in the United States under an in-country refugee processing and
parole effort known as the Central American Minors ("CAM") Program. In 2018 the Regional
Team, through civil society partners, conducted a project in the Region to empower adolescent

refugees and migrants, as well as internally displaced adolescents from El Salvador, Guatemala, and Honduras, to tell their stories related to immigration and internal displacement. In 2020, KIND launched a broader set of programming in Mexico, with staff located along the U.S.-Mexico border and in Mexico City.

3.      While KIND's focus is on unaccompanied children, our work along the border regularly intersects with families that include children. Our U.S. offices have served dozens of children who reached the borders with their families; were placed in the Trump Administration's "Migrant Protection Protocols" (MPP) program that involved returning the families to northern Mexico to await their immigration court hearings; and who subsequently entered the United States as unaccompanied children, often because their parent or guardian was kidnapped or killed while the family waited in Mexico. The experiences of families in the MPP program are relevant here because many families expelled under Title 42—particularly those who are from Guatemala, Honduras, and El Salvador—are sent to Mexico and forced to live there, instead of being returned to their countries of origin.

4.      Children and families expelled to Guatemala, Honduras, and El Salvador under Title 42 are returning to three of the most dangerous countries in the world. Guatemala, Honduras, and El Salvador all rank among the top ten most dangerous countries by homicide rates globally.[1] Accordingly, these countries send significant numbers of asylum seekers with *bona fide* claims to the United States each year. In 2018, the United States granted asylum to 7,350 individuals from these countries.[2]

---

[1] According to the United Nations Office on Drugs and Crime (UNODC), in 2017, El Salvador ranked first in the world by homicide rate, followed by Honduras (third) and Guatemala (ninth). UNODC, *Global Study on Homicide* (2019).
[2] Dep't of Homeland Security, Office of Immigration Statistics, *Annual Flow Report, Refugees and Asylees: 2018* (Oct. 2019), at 8, *available at*

5.      Violence, in combination with impunity and a failure of protection, causes children and families to flee their homes in the northern countries of Central America and seek safety in the United States. Migrants from these countries seek to escape violence inflicted by criminal gangs or other organized crime, for example by drug cartels; sexual and gender-based violence, including violence and extreme discrimination based on sexual orientation and/or gender identity; and domestic abuse. Women and girls, and lesbian, gay, bisexual, transgender, and intersex ("LGBTI") individuals, face very high levels of sexual and gender-based violence. Children are also frequently trafficked from rural to urban areas and across borders or to border areas, where they are often sexually exploited or subject to exploitative labor. Femicide, or the gender-motivated killing of women and girls, is also pervasive in these countries.[3]

6.      Gangs now dominate much of the urban areas of the Northern Triangle countries, and their control has increasingly spread to rural areas as well, where international drug cartels also, increasingly, operate. The most recent U.S. State Department Travel Advisory for Guatemala illustrates this point, issuing a level 3 travel advisory for the departments of Guatemala, Escuintla, Chiquimula, Quetzaltenango, Izabal, and Petén.[4] The departments of San Marcos and Huehuetenango have also experienced significant growth of organized crime in recent years. Where these criminal groups dominate, women and girls are in constant danger of

---

https://www.dhs.gov/sites/default/files/publications/immigration-statistics/yearbook/2018/refugees_asylees_2018.pdf.

[3] *See* UNODC, *Global Study on Homicide* (2019), *supra* note 4 (reporting that in 2017, El Salvador and Honduras ranked first and third in the world for female homicide rates); Mimi Yagoub, *Why Does Latin America Have the World's Highest Female Murder Rates*, InSight Crime (Feb. 11, 2016), *available at* https://www.insightcrime.org/news/analysis/why-does-latin-america-have-the-world-s-highest-female-murder-rates/ (reporting Guatemala ranked third in the world by female murder rate).

[4] U.S. Dep't of State, *Guatemala Travel Advisory*, https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/guatemala-travel-advisory.html (last visited Feb. 5, 2021).

3

being targeted for sexual violence, as they use rape and the threat of rape as a tactic of control in the areas where they operate. Women and girls are also frequently targeted for forced sexual relationships with organized crime members, and those who resist these advances face violence or even death. When family members seek to protect women and girls from forced relationships they face violence repercussions.

7.    Gangs also forcibly recruit boys and girls and, once invited to join, those who resist (or are related to those who resist) face threats, torture, and ultimately death. These same consequences also face individuals who fail to comply with violent extortion demands from these groups, which have become very common in recent years. When victims attempt to escape by relocating within their countries, gangs often track them down and ruthlessly punish them.

8.    Gang-based violence is pervasive in Guatemala, Honduras, or El Salvador. Over 90% of homicide cases in the northern countries of Central America end in impunity, and in cases involving sexual and gender-based violence the impunity rate is even higher—at 95%. Law enforcement officers sometimes target LGBTI individuals precisely when they come in to report violence. Violence against women and children has increased during the pandemic, at the same time that severe restrictions on movement and reduced staff at government agencies in Guatemala, El Salvador, and Honduras, have made reporting it even more difficult.

9.    COVID-19 has exacerbated gender-based violence, gang violence, and other longstanding concerns in Northern Central America, making the situation even more dire for expelled families. The increase in violence against women and children has been evident in the spike in calls to emergency hotlines during the pandemic. The Organization of Salvadoran Women for Peace (ORMUSA) reported a 70 percent increase in complaints of violence against

women in El Salvador between mid-March and late May of 2020.[5]  In Honduras, since the

pandemic started, every hour a woman experiences some form of GBV[6], and the number of

reported cases of domestic and intra-family violence increased by 4.1 percent per week during

the first months of lockdown (March through May), reaching 10,000 reports made to the

National Emergency System in April alone.[7]

10.      In El Salvador, Honduras, and Guatemala, street gangs have used COVID-related

confinement to strengthen their control over communities.[8] This includes "stepping up of

extortion, and sexual and GBV, and using forced disappearances, murders, and death threats

against those who do not comply"[9] with curfews and other restrictions. In Honduras, for

example, gangs have used such tactics against citizens who did not comply with stay-at-home

orders.[10]  In El Salvador, gangs, like the MS-13, enforced the implementation of COVID-19

lockdown restrictions in several cities, including Santa Ana and San Salvador, through threats

and violence.[11] Gangs killed 74 people during the first week of lockdown, far surpassing the

previous average of approximately three deaths per day due to gang violence.[12]

---

[5] https://ormusa.org/organizaciones-lanzan-campana-de-sensibilizacion-de-la-violencia-contra-las-mujeres-en-el-marco-de-la-emergencia-por-covid-19/ and
https://www.elsalvador.com/eldiariodehoy/violencia-domestica-coronavirus-cuarentena/702488/2020/

[6] https://honduras.unfpa.org/es/news/es-prioridad-asegurar-la-continuidad-de-los-servicios-de-atenci%C3%B3n-victimas-de-violencia-durante

[7] https://www.rescue.org/press-release/irc-data-shows-increase-reports-gender-based-violence-across-latin-america   and https://presencia.unah.edu.hn/noticias/observatorio-de-la-violencia-reporta-45-muertes-violentas-de-mujeres-en-el-periodo-de-confinamiento/

[8] UNHCR staff. 2020. "Central America's displacement crisis aggravated by COVID-19." UNHCR

[9] Ibd.

[10] UN News. 2020. "Coronavirus Lockdowns in Central America, Exploited by Criminal Gangs | COVID-19 | UN News." United Nations.

[11] Linthicum, Kate. O'Toole, M. Renderos, A. 2020."In El Salvador, gangs are enforcing the coronavirus lockdown with baseball bats." Los Angeles Times.

[12] Edgardo Ayala.2020. "Pandillas, virus más letal que el COVID-19 en El Salvador." La

11.    Expelled families are returning to grave food insecurity, a longstanding problem in Guatemala, El Salvador, and Honduras, where over 35 percent of the population experiences extreme, chronic undernourishment, but made much worse by the economic impacts of the pandemic.[13]  Increased economic and social insecurity combined with heightened control exerted by gangs during the pandemic, has left children and their families more vulnerable to violence, displacement and forced recruitment by gangs.  This has had an even greater impact on children and families who had already being displaced within their own country in previous years due to escalating violence and insecurity.[14]

12.    Closely related to impunity are the well-documented problems of corruption and repression in all three of these countries. In one notable example, the former Guatemalan president, Jimmy Morales, recently expelled the International Commission against Impunity in Guatemala ("CICIG"), an entity created by agreement with the United Nations to prosecute corruption. In its final report, CICIG described the Guatemalan government as a "mafia coalition," noting that corruption in that country could not be solved without "a profound restricting of the state."[15] In October 2019, the brother of Honduran president Juan Orlando Hernández was convicted on charges of drug trafficking, in a trial in which multiple witnesses testified that President Hernández himself was aware of the activity, but accepted bribes and

---

Jornada. And Martinez, C. Martinez, O. Lemus, E. 2020 "Pandillas amenazan a quien incumpla la cuarentena." El Faro
[13] Food and Agriculture Organization. 2020. "SDG Indicator 2.1.1 – Prevalence of Undernourishment." United Nations.
[14] https://www.unhcr.org/news/briefing/2020/5/5ebe47394/central-americas-displacement-crisis-aggravated-covid-19.html
[15] *Guatemala in grip of 'mafia coalitio*n', *says UN body in scathing corruption report*, The Guardian (Aug. 8, 2019), *available at* https://www.theguardian.com/world/2019/aug/28/guatemala-corruption-mafia-coalition-jimmy-morales.

political support in exchange for turning a blind eye.[16] In January 2020 President Hernández shut down the mandate for the Mission to Support the Fight Against Corruption and Impunity in Honduras (MACCIH), the anti-graft body backed by the Organization for American States.

13.     I am aware of numerous cases involving domestic violence or sexual violence perpetrated by a male involved in organized crime in which the perpetrator was able to "buy off" law enforcement, as well as examples of police officers and judges being bought off. I have spoken with numerous women, including some adolescent girls, who fled abusive domestic partners in the northern countries of Central America whose partners had either money or family connections that protected them from prosecution.

14.     In addition to these forms of violence, children and families expelled to Guatemala, El Salvador, and Honduras face discrimination from those fearful that they will introduce COVID-19 to the community. Expelled migrants have faced threats of lynching or burning in some cases.[17] Asylum-seekers expelled to the country of origin have also continued to face threats from their persecutors. KIND referred a number of expelled children and their families to protective housing arrangements in order to provide some limited, short-term safety, but asylum-seekers returned to dangerous conditions lack long-term protection. Migrants, like the 19 shot and charred dead Guatemalans recently found in a truck in Tamaulipas, are often the victims, with perpetrators ranging from police or other security forces to drug cartels and other organized criminal groups.[18]  These cases include a Guatemalan family who had fled persecution

---

[16] *Honduran President's Brother is Found Guilty of Drug Trafficking*, N.Y. Times (Oct. 18, 2019), *available at* https://www.nytimes.com/2019/10/18/world/americas/honduras-president-brother-drug-trafficking.html.

[17] *U.S. returns migrant children despite risks worsened by Coronairus: UNICEF*, Reuters (May 21, 2020), *available at:* https://www.reuters.com/article/us-health-coronavirus-usa-mexico/us-returns-migrant-children-despite-risks-worsened-by-coronavirus-unicef-idUSKBN22X1RP.

[18] https://www.washingtonpost.com/world/the_americas/mexico-tamaulipas-police-migrant-

in their country of origin, after they had unsuccessfully attempted to relocate in Guatemala and

their persecutors found them.  The family—which included a parent and two children—came to

the United States and were placed in MPP and forced to live in Mexico while awaiting their

removal proceedings.  Conditions in Mexico became so unsafe that the children crossed the

border without their mother to seek safety in the United States, but were then expelled to

Guatemala.  The parent, who remained in Mexico when the children went on to the United

States,   returned to Guatemala after learning of the children's expulsion, although the parent felt

terrified to return.

15.     Mexican children and families risk return to the same dangers they fled, typically

violence at the hands of drug cartels. Central American families expelled to Mexico face the

additional risk of being targeted because of their status as migrants.[19] In one family's case, the

family was returning to one of the encampments along the U.S.-Mexico border where migrants

are living while awaiting removal proceedings in the United States.  The mother was targeted by

kidnappers and escaped, but her child was injured in the process.   Another family faced threats

by criminal gangs who were attempting to steal children in an encampment in Matamoros,

Mexico.[20] We are also aware of three families whose children suffered sexual abuse while living

---

killing/2021/02/03/32c22274-65c7-11eb-8468-21bc48f07fe5_story.html.

[19] According to Human Rights First, as of May 13, 2020 there were over 1,114 reported cases of "murder, rape, torture, kidnapping, and other violence assaults against asylum seekers and migrants" at the U.S. Mexico border, *available at:*
https://www.humanrightsfirst.org/campaign/remain-mexico; *More People Kidnapped, Abused on Migration Route in Southern Mexico*, Doctors Without Borders (Oct. 30, 2019), *available at* https://www.msf.org/increase-kidnappings-and-violence-against-migrants-southern-border-mexico.

[20] Brief of Young Center for Immigratn Children's Rights, Kids in Need of Defense, et al., *Wolf v. Innovation Law Lab*, No. 19-1212 (Jan. 22, 2021) at 19-20, 31-21,
http://www.supremecourt.gov/DocketPDF/19/19-1212/167044/20210122180800456_19-1212%20Amici%20Curiae.pdf.

in a migrant shelter in Ciudad Juarez, Mexico.

16.     Mexico ranks in the top 20 countries with the highest global homicide rates, and border towns in Mexico—where many children and families are expelled to—have some of the highest rates of homicide, kidnapping, and femicide in the country. In 2016 the average homicide rate per capita in 35 Mexican border municipalities was over four times the rate in the corresponding U.S. border counties.[21]

17.     In addition, the U.S. government currently expels many families from Guatemala, Honduras, and El Salvador to Mexico. Such families often face grave threats at the U.S.-Mexico border. In the Mexican border state of Tamaulipas, children face high rates of kidnappings and murder. From 2006 to 2014 at least 2,000 children were murdered or mutilated, and in the first five months of 2020, 265 children were reported missing.[22] Children in Mexico's border regions are particularly vulnerable to human trafficking, sexual exploitation, and forced labor, in many cases at the hands of organized criminal groups. Over the past five years, rates of femicide, or gender-motivated killing of women and girls have increased 137 percent and in many cases these murders are accompanied by torture, mutilation, and sexual violence. The border states of Sonora, Nuevo León, and Chihuahua had the highest femicide rates in the country, almost twice the rate of Mexico City. Femicide rates in the border city of Ciudad Juarez have been on the rise since 2019, and historical data show that young women are disproportionately targeted, with half

---

[21] *Here's What Violence Along the U.S.-Mexico Border Really Looks Like*, Igarape Institute (Jul 3, 2017), *available at:* https://igarape.org.br/en/heres-what-violence-along-the-u-s-mexico-border-really-looks-like/.

[22] *Relatoría sobre los Derechos de la Niñez culmina su visita a México* (Rapporteur on children's rights completes visit to Mexico), Organization of American States (Oct. 20, 2014), *available at:* http://www.oas.org/es/cidh/prensa/comunicados/2014/125.asp; https://www.hrw.org/news/2020/06/02/dhs-oig-formal-complaint-regarding-remain-mexico.

of victims under the age of 19.[23]

18.     Ninety-nine percent of crimes committed against migrants in Mexico end in impunity.[24] The vast majority of gender-based crimes in Mexico also go unpunished due to widespread underreporting, corruption, and the failure of government institutions to effectively investigate and prosecute crimes. As many as 99 percent of femicides result in impunity.[25] Migrant women and children who are victims of gender-based violence in Mexico face even greater barriers to accessing protection and justice, including fear of discrimination or deportation if they report violence.

19.     KIND has also worked with families subjected to Title 42 expulsion, including a family that repeatedly expressed a strong fear of return to their Central American country of origin while caring for a child recovering from a serious medical condition. After being apprehended by CBP in July 2020, the family was held for several days in hotels near the border, under guard and allowed only brief, non-private telephone calls with their U.S. citizen family member; the child's medication was taken and not replaced, and a promised visit from a doctor

---

[23] Femicide in Juárez is Not a Myth, Texas Observer (Sept. 28, 2015), *available at:* https://www.texasobserver.org/femicide-in-juarez-is-not-a-myth/. In July 2020 there were 161 homicides in Juarez, which was only the third-highest month this year; 15 of the victims were female, including a two-year-old child. Luz del Carmen Sosa, Cobra julio 161 víctimas de homicidio (In July, 161 victims of homicide), *El Diario* (Aug. 1, 2020), *at* https://diario.mx/juarez/cobra-julio-161-victimas-de-homicidio-20200801-1691599.html.
[24] *Access to Justice for Migrants in Mexico: a Right that Exists Only on the Books*, Washington Office on Latin America, Fundar, Fundacion Para la Justicia, Hermandos del Camino, Red Migrantes Sonora, La 72, Casa del Migrante Saltillo (Jul. 2017), *available at:* https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwi2ot-onNPuAhU9CjQIHQwBD-MQFjABegQIBBAC&url=https%3A%2F%2Fwww.wola.org%2Fwp-content%2Fuploads%2F2017%2F07%2FAccess-to-Justice-for-Migrants_July-2017.pdf&usg=AOvVaw1xJPmgWElEm8dNetnhVxxY.
[25] *Despite the Coronavirus Mexican Women are Fighting Femicide*, Foreign Policy (May 20, 2020), *available at: https://foreignpolicy.com/2020/05/20/coronavirus-mexico-women-fighting-femicide/.*

never materialized. They were then expelled on a flight to their country of origin.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.  Executed on: February 5, 2021, in Berkeley, California, United States.

Signature:    /s/ Lisa Frydman
            _____
            Lisa Frydman