# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:21-CV-00100-EGS |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) |
| *Defendants*. | ) |

## PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE APOLLON FAMILY

Plaintiffs respectfully seek an emergency stay of removal for the Apollon family, which belongs to the proposed Class in this case.  **The family is potentially in danger of imminent expulsion as early as Saturday, February 6, 2021.**

The family members and their identification numbers are:

- Gesnel Apollon (SID 369-778-765), Elourdes Bergel (SID#369-778-770), and their minor child, J.A., SID#369-778-776.

As the Court is aware, the families in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion.  Counsel for Plaintiffs recently became aware of the family at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case.  **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for this family.**

A stay of removal is amply warranted.  For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Apollon family has a strong likelihood of success on the merits to their challenge to the Title 42 Process.  *See* ECF No. 5-1 at 7-15.  And the equities likewise tip sharply in favor of a stay here.  *See id.* at 4-7.  As set forth in the accompanying declaration, the family fled to the United States seeking humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled.  Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-2245-EGS, 2020 WL

6770508, at *13 (D.D.C. Nov. 18, 2020).[1]  By contrast, the government will suffer minimal prejudice from a stay of removal of these families, particularly where removing them is ultra vires and contrary to the statutes Congress enacted.  See ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On Friday, February 5, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding this family.  As of the time of this filing, counsel for Plaintiffs was not able to ascertain Defendants' position on this motion.

## CONCLUSION

The Court should issue a stay of the removal of Apollon family, as identified above.

Dated: February 5, 2021                                Respectfully submitted,

| | |
|---|---|
| Stephen B. Kang** | */s/ Jamie L. Crook* |
| Cody Wofsy** | Jamie L. Crook (D.C. Bar No. 1002504) |
| Morgan Russell** | Karen Musalo |
| American Civil Liberties Union Foundation, | Neela Chakravartula |
| Immigrants' Rights Project | Center for Gender & Refugee Studies |
| 39 Drumm Street | UC Hastings College of the Law |
| San Francisco, CA 94111 | 200 McAllister Street |
| Tel: (415) 343-0770 | San Francisco, CA 94102 |
|  | Tel: (415) 565-4877 |
| Andre Segura |  |
| Kathryn Huddleston |  |
| Rochelle Garza | Celso J. Perez (D.C. Bar No. 1034959) |
| Brantley Shaw Drake | Lee Gelernt** |
| American Civil Liberties Union Foundation | Daniel A. Galindo** |
| of Texas, Inc. | Omar Jadwat** |
| 5225 Katy Freeway, Suite 350 | Ming Cheung** |
| Houston, Texas 77007 | American Civil Liberties Union Foundation, |
| Tel: (713) 942-8146 | Immigrants' Rights Project |
|  | 125 Broad Street, 18th Floor |

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal.  See Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899.  As this Court has noted, "the D.C. Circuit's order is not published and was issued without opinion or reasoning."  Order Granting Stay (Feb. 1, 2021).

2

| | |
|---|---|
| Tamara F. Goodlette*<br>Refugee and Immigrant Center for<br>Legal Education and Legal Services<br>(RAICES)<br>802 Kentucky Avenue<br>San Antonio, TX 78201<br>Tel: (210) 960-3206<br><br>Karla M. Vargas**<br>Texas Civil Rights Project<br>1017 W. Hackberry Ave.<br>Alamo, Texas 78516<br>Tel: (956) 787-8171 | New York, NY 10004<br>Tel: (212) 549-2600<br>Robert Silverman*<br>Irit Tamir*<br>Oxfam America<br>Boston, MA 02115, Suite 500<br>Tel: (617) 482-1211<br><br>Scott Michelman (D.C. Bar No. 1006945)<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union Foundation of<br>the District of Columbia<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>Tel: (202) 457-0800<br><br>*Attorneys for Plaintiffs*<br><br>*Pro hac vice application forthcoming*<br>**Admitted pro hac vice* |

3