IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, et al.,

*Plaintiffs*,

v.

DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al.,

*Defendants*.

No. 1:21-CV-00100-EGS

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE APOLLON FAMILY

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Apollon family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following family at issue in this Motion are STAYED pending further order of this Court:

- Gesnel Apollon (SID 369-778-765), Elourdes Bergel (SID#369-778-770), and their minor child, J.A., SID#369-778-776.

DATE: _____

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE