IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) No. 1:21-CV-00100-EGS ) |
| DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE DESENCLOS/EMILE, JEAN, LALUNE. THOMAS FAMILIES**

Plaintiffs respectfully seek an emergency stay of removal for the below four families, who belong to the proposed Class in this case. **The family is potentially in danger of imminent expulsion as early as Tuesday, February 9, 2021.**

The family members and their identification numbers are:

- Ketlene Emile (SID#369-736-280), Michel Riverson Cliff Salis Desenclos (SID#369-736-194), and their minor child A.D.E. (SID#369-736-308).

- David Jean (SID# 369-789-160), Edwidge Civil (SID#369-789-185), and their minor child A.J. (SID#369-789-192).

- Danie Lalune (SID# 369-782-922), Wesley Lalune (SID# 369-782-907), and their two minor children D.L. (SID# 369-782-935) and C.M.L. (SID# 369-782-949).

- Clema Thomas (SID#369-781-406), Lyesse Sylen (SID#369-783-314), and their minor children A.G.T.S. (SID#369-781-423) and A.G.D. (SID#369-783-326).

As the Court is aware, the families in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion. Counsel for Plaintiffs recently became aware of the family at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case. **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for this family.**

A stay of removal is amply warranted. For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, these four families have a strong likelihood of success on the merits to their challenge to the Title 42 Process. *See* ECF No. 5-1 at 7-15. And the equities likewise tip sharply in favor of a stay here. *See id.* at 4-7. As set forth in the accompanying declarations, the families fled to the United States seeking humanitarian

protection, and are in grave danger of persecution and other harm if they are summarily expelled. Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1] By contrast, the government will suffer minimal prejudice from a stay of removal of these families, particularly where removing them is ultra vires and contrary to the statutes Congress enacted. *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On Monday, February 8, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding this family. As of the time of this filing, counsel for Plaintiffs was not able to ascertain Defendants' position on this motion.

## CONCLUSION

The Court should issue a stay of the removal of Desenclos/Emile, Jean, Lalune, and Thomas, as identified above.

Dated: February 8, 2021                                  Respectfully submitted,

Stephen B. Kang**                              */s/ Jamie L. Crook*
Cody Wofsy**                                   Jamie L. Crook (D.C. Bar No. 1002504)
Morgan Russell**                               Karen Musalo
American Civil Liberties Union Foundation,     Neela Chakravartula
Immigrants' Rights Project                     Center for Gender & Refugee Studies
39 Drumm Street                                UC Hastings College of the Law
San Francisco, CA 94111                        200 McAllister Street

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal. *See* Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899. As this Court has noted, "the D.C. Circuit's order is not published and was issued without opinion or reasoning." Order Granting Stay (Feb. 1, 2021).

Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for Legal Education and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

San Francisco, CA 94102
Tel: (415) 565-4877

Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming*
**Admitted pro hac vice*

3