IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID PEKOSKE, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE DESENCLOS/EMILE, JEAN, LALUNE, AND THOMAS FAMILIES

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removals of the following family at issue in this Motion are STAYED pending further order of this Court:

- Ketlene Emile (SID#369-736-280), Michel Riverson Cliff Salis Desenclos (SID#369-736-194), and their minor child A.D.E. (SID#369-736-308).

- David Jean (SID# 369-789-160), Edwidge Civil (SID#369-789-185), and their minor child A.J. (SID#369-789-192).

- Danie Lalune (SID# 369-782-922), Wesley Lalune (SID# 369-782-907), and their two minor children D.L. (SID# 369-782-935) and C.M.L. (SID# 369-782-949).

- Clema Thomas (SID#369-781-406), Lyesse Sylen (SID#369-783-314), and their minor children A.G.T.S. (SID#369-781-423) and A.G.D. (SID#369-783-326).

DATE:                                                              _____
                                                                   HON. EMMET G. SULLIVAN
                                                                   U.S. DISTRICT JUDGE