# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity *et al.*; <br><br> *Defendants*. | Civil Action No. 21-cv-00100-EGS |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF TAMARA F. GOODLETTE AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Tamara F. Goodlette, of the Refugee and Immigrant Center for Education and Legal Services (RAICES) as additional counsel for Plaintiffs in this case. A declaration from Ms. Goodlette is submitted in support of this motion.

Dated: February, 9, 2021

Respectfully submitted,

/s/ Celso J. Perez
Celso J. Perez (D.D.C. Bar No. 1034959)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8935
Cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on February 9, 2021 I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

<u>/s/ Celso J. Perez</u>
Celso J. Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity *et al.*; <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-00100-EGS ) ) ) ) ) |

### DECLARATION OF TAMARA F. GOODLETTE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Tamara F. Goodlette, hereby declare as follows:

1. My full name is Tamara Frances Goodlette.

2. I am an attorney at Refugee and Immigrant Center for Education and Legal Services (RAICES). My office address is: 802 Kentucky Ave, San Antonio, TX 78201. My phone number is: (210) 960-3206.

3. I am member of the bar of the State of Texas (Bar No. 24117561) and the State of Colorado (Bar No. 35775, inactive) and am admitted to practice before the United States District Court, District of Colorado and the Tenth Circuit Court of Appeals.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. In the past two years, I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 4th day of February 2021 in San Antonio, Texas.

Tamara F. Goodlette
Refugee and Immigrant Center for Education
and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: 210.960.3206
tami.goodlette@raicestexas.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity *et al.*; <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 21-cv-00100-EGS |

## [PROPOSED] ORDER

Upon consideration of the motion to admit Tamara F. Goodlette to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____     _____
                              Hon. Emmet G. Sullivan