AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| NANCY GIMENA HUISHA-HUISHA, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00100-EGS |
| ALEJANDRO MAYORKAS, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al.,

Date: 02/10/2021

*Attorney's signature*

Stephen B. Kang, CA Bar No. 292280
*Printed name and bar number*

American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

skang@aclu.org
*E-mail address*

(415) 343-0783
*Telephone number*

*FAX number*