AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00100-EGS |
| ALEJANDRO MAYORKAS, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al., .

Date: 02/10/2021

*Attorney's signature*

Cody Wofsy, CA Bar No. 294179
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

cwofsy@aclu.org
*E-mail address*

(415) 343-0785
*Telephone number*

*FAX number*