AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00100-EGS |
| ALEJANDRO MAYORKAS, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al., .

Date: 02/10/2021

*Attorney's signature*

Daniel Galindo, NY Bar No. 5515572; CA Bar No. 292854
*Printed name and bar number*

American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad St., 18th Floor
New York, NY 10004
*Address*

dgalindo@aclu.org
*E-mail address*

(646) 905-8907
*Telephone number*

*FAX number*