AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., )<br>*Plaintiff* )<br>v. )<br>ALEJANDRO MAYORKAS, et al., )<br>*Defendant* ) | Case No. 1:21-cv-00100-EGS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al., .

Date: 02/10/2021

*Attorney's signature*

Ming Cheung (Bar No. 5647763)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th floor
New York, NY 10004
*Address*

mcheung@aclu.org
*E-mail address*

(212) 549-2660
*Telephone number*

*FAX number*