AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00100-EGS |
| ALEJANDRO MAYORKAS, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al., _____ .

Date:     02/10/2021

_____
*Attorney's signature*

Omar Jadwat (Bar No. 4118170)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th floor
New York, NY 10004
*Address*

ojadwat@aclu.org
*E-mail address*

(212) 549-2620
*Telephone number*

_____
*FAX number*