AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| HUISHA-HUISHA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00100 (EGS) |
| GAYNOR, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Amici curiae T. Alexander Aleinikoff, Deborah Anker, James C. Hathaway, and Gerald L. Neuman (collectively, "Scholars of Refugee and Immigration Law") .

Date: 02/11/2021

/s/ Noah A. Levine
*Attorney's signature*

NOAH A. LEVINE, NY #670859
*Printed name and bar number*

WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, New York 10007
*Address*

Noah.Levine@wilmerhale.com
*E-mail address*

(212) 230-8875
*Telephone number*

(212) 230-8888
*FAX number*