**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) No. 1:21-CV-00100-EGS ) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL
OF THE TORRES FAMILY**

Plaintiffs respectfully seek an emergency stay of removal for the Torres family, which belongs to the proposed Class in this case.  **The family is potentially in danger of imminent expulsion as early as Friday, February 19, 2021.**

The family members and their identification numbers are:

- Paola Trinidad Torres-Rojas (SID 369-842-359) and her minor child M.J.Z.T. (SID 369-842-362).

As the Court is aware, the families at issue in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion.  Counsel for Plaintiffs recently became aware of the family at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case.  **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for this family.**

A stay of removal is amply warranted.  For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Torres family has a strong likelihood of success on the merits to their challenge to the Title 42 Process.  *See* ECF No. 5-1 at 7-15.  And the equities likewise tip sharply in favor of a stay here.  *See id.* at 4-7.  As set forth in the accompanying declaration, the family fled to the United States seeking humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled.  Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-

1

2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1]  By contrast, the government will suffer minimal prejudice from a stay of removal of this family, particularly where removing them is ultra vires and contrary to the statutes Congress enacted.  *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On Thursday, February 18, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding this family.  As of the time of this filing, counsel for Plaintiffs was not able to ascertain Defendants' position on this motion.

## CONCLUSION

The Court should issue a stay of the removal of the Torres family, as identified above.

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal.  *See* Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899.  As this Court has noted, "the D.C. Circuit's order is not published and was issued without opinion or reasoning."  Order Granting Stay (Feb. 1, 2021).

Dated: February 18, 2021 Respectfully submitted,

| | |
|---|---|
| Stephen B. Kang*<br>Cody Wofsy*<br>Morgan Russell*<br>American Civil Liberties Union Foundation,<br>Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0770<br><br>Andre Segura<br>Kathryn Huddleston<br>Rochelle Garza<br>Brantley Shaw Drake<br>American Civil Liberties Union Foundation<br>of Texas, Inc.<br>5225 Katy Freeway, Suite 350<br>Houston, Texas 77007<br>Tel: (713) 942-8146<br><br>Tamara F. Goodlette*<br>Refugee and Immigrant Center for<br>Legal Education and Legal Services<br>(RAICES)<br>802 Kentucky Avenue<br>San Antonio, TX 78201<br>Tel: (210) 960-3206<br><br>Karla M. Vargas*<br>Texas Civil Rights Project<br>1017 W. Hackberry Ave.<br>Alamo, Texas 78516<br>Tel: (956) 787-8171 | */s/ Lee Gelernt*_____<br>Lee Gelernt*<br>Celso J. Perez (D.C. Bar No. 1034959)<br>Daniel A. Galindo*<br>Omar Jadwat*<br>Ming Cheung*<br>American Civil Liberties Union Foundation,<br>Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2600<br><br>Robert Silverman**<br>Irit Tamir**<br>Oxfam America<br>Boston, MA 02115, Suite 500<br>Tel: (617) 482-1211<br><br>Scott Michelman (D.C. Bar No. 1006945)<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union Foundation of<br>the District of Columbia<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>Tel: (202) 457-0800<br><br>Jamie L. Crook (D.C. Bar No. 1002504)<br>Karen Musalo<br>Neela Chakravartula<br>Center for Gender & Refugee Studies<br>UC Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>Tel: (415) 565-4877<br><br>*Attorneys for Plaintiffs*<br><br>*Admitted pro hac vice<br>**Pro hac vice application forthcoming |