**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-CV-00100-EGS |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY
OF REMOVAL OF THE TORRES FAMILY**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Torres

Family, and for good cause shown, the motion is GRANTED.  It is hereby ORDERED that the

removal of the following individuals at issue in this Motion are STAYED pending further order

of this Court:

- Paola Trinidad Torres-Rojas (SID 369-842-359) and her minor child M.J.Z.T. (SID 369-842-362).

DATE: _____          _____
                                                            HON. EMMET G. SULLIVAN
                                                            U.S. DISTRICT JUDGE