**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:21-CV-00100-EGS |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL
OF THE FRANCOIS FAMILY**

Plaintiffs respectfully seek an emergency stay of removal for the Francois family, which belongs to the proposed Class in this case. **The family is potentially in danger of imminent expulsion as early as Friday, February 19, 2021.**

The family members and their identification numbers are:

- Fredenel Francois (SID 369-772-515), Guyvlena Malvoisin, (SID 369-772-487), and their minor child, P.A.S.G.M. (SID 369-772-547).

As the Court is aware, the families at issue in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion. Counsel for Plaintiffs recently became aware of the family at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case. **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for this family.**

A stay of removal is amply warranted. For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Francois family has a strong likelihood of success on the merits to their challenge to the Title 42 Process. *See* ECF No. 5-1 at 7-15. And the equities likewise tip sharply in favor of a stay here. *See id.* at 4-7. As set forth in the accompanying declaration, the family fled to the United States seeking humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled. Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-

2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1]  By contrast, the government will suffer minimal prejudice from a stay of removal of this family, particularly where removing them is ultra vires and contrary to the statutes Congress enacted.  *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On Friday, February 19, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding this family.  As of the time of this filing, counsel for Plaintiffs was not able to ascertain Defendants' position on this motion.

## CONCLUSION

The Court should issue a stay of the removal of the Francois family, as identified above.

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal.  *See* Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899.  As this Court has noted, "the D.C. Circuit's order is not published and was issued without opinion or reasoning."  Order Granting Stay (Feb. 1, 2021).

Dated: February 19, 2021                           Respectfully submitted,

                                                   /s/ Lee Gelernt_____

Stephen B. Kang*                                   Lee Gelernt*
Cody Wofsy*                                        Celso J. Perez (D.C. Bar No. 1034959)
Morgan Russell*                                    Daniel A. Galindo*
American Civil Liberties Union Foundation,         Omar Jadwat*
Immigrants' Rights Project                         Ming Cheung*
39 Drumm Street                                    American Civil Liberties Union Foundation,
San Francisco, CA 94111                            Immigrants' Rights Project
Tel: (415) 343-0770                                125 Broad Street, 18th Floor
                                                   New York, NY 10004
Andre Segura                                       Tel: (212) 549-2600
Kathryn Huddleston
Rochelle Garza                                     Robert Silverman**
Brantley Shaw Drake                                Irit Tamir**
American Civil Liberties Union Foundation          Oxfam America
of Texas, Inc.                                     Boston, MA 02115, Suite 500
5225 Katy Freeway, Suite 350                       Tel: (617) 482-1211
Houston, Texas 77007
Tel: (713) 942-8146                                Scott Michelman (D.C. Bar No. 1006945)
                                                   Arthur B. Spitzer (D.C. Bar No. 235960)
Tamara F. Goodlette*                               American Civil Liberties Union Foundation of
Refugee and Immigrant Center for                   the District of Columbia
Legal Education and Legal Services                 915 15th Street NW, Second Floor
(RAICES)                                           Washington, D.C. 20005
802 Kentucky Avenue                                Tel: (202) 457-0800
San Antonio, TX 78201
Tel: (210) 960-3206                                Jamie L. Crook (D.C. Bar No. 1002504)
                                                   Karen Musalo
Karla M. Vargas*                                   Neela Chakravartula
Texas Civil Rights Project                         Center for Gender & Refugee Studies
1017 W. Hackberry Ave.                             UC Hastings College of the Law
Alamo, Texas 78516                                 200 McAllister Street
Tel: (956) 787-8171                                San Francisco, CA 94102
                                                   Tel: (415) 565-4877


                                                   *Attorneys for Plaintiffs*

                                                   *Admitted pro hac vice
                                                   **Pro hac vice application forthcoming

3