IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

## **[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE FRANCOIS FAMILY**

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Francois Family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removal of the following individuals at issue in this Motion are STAYED pending further order of this Court:

- Fredenel Francois (SID 369-772-515), Guyvlena Malvoisin, (SID 369-772-487), and their minor child, P.A.S.G.M. (SID 369-772-547).

DATE: _____

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

1