**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) )  No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL
OF THE PIERROT FAMILY**

Plaintiffs respectfully seek an emergency stay of removal for the Pierrot family, which belongs to the proposed Class in this case. **The family is potentially in danger of imminent expulsion as early as tomorrow, February 20, 2021.**

The family members and their identification numbers are: Bebeto Pierrot, (SID 369-772-300), Nadine Remilus, (SID 369-772-363), and their child, M.A.P. (SID 369-868-214).

As the Court is aware, the families at issue in this case are subjected to the Title 42 Process, and the Court has previously stayed the removal of other families facing imminent expulsion. Counsel for Plaintiffs recently became aware of the family at issue in this Motion, who are likewise being subjected to the Title 42 Process and are part of the proposed Class in this case. **Given their potentially imminent removal, Plaintiffs respectfully seek an emergency stay of removal for this family.**

A stay of removal is amply warranted. For all the reasons explained in Plaintiffs' prior motions for stays of removal, which the Court granted, the Pierrot family has a strong likelihood of success on the merits to their challenge to the Title 42 Process. *See* ECF No. 5-1 at 7-15. And the equities likewise tip sharply in favor of a stay here. *See id.* at 4-7. As set forth in the accompanying declaration, the family fled to the United States seeking humanitarian protection, and are in grave danger of persecution and other harm if they are summarily expelled. Moreover, as this Court previously explained, the threatened expulsion of noncitizens in violation of their statutory rights to "apply for asylum or withholding of removal" is itself irreparable, as "[o]nce expelled from the United States and outside the jurisdiction of the Court, it is not clear that a remedy can be provided." *P.J.E.S. v. Wolf*, __ F. Supp. 3d. ___, No. 20-CV-

2245-EGS, 2020 WL 6770508, at *13 (D.D.C. Nov. 18, 2020).[1] By contrast, the government will suffer minimal prejudice from a stay of removal of this family, particularly where removing them is ultra vires and contrary to the statutes Congress enacted. *See* ECF No. 5-1 at 7; *J.B.B.C. v. Wolf*, No. 20-CV-1509-CJN, 2020 WL 6041870, at *8 (D.D.C. June 26, 2020).

On February 19, 2021, counsel for Plaintiffs contacted counsel for Defendants Sean Tepe regarding this family. As of the time of this filing, counsel for Plaintiffs was not able to ascertain Defendants' position on this motion.

## CONCLUSION

The Court should issue a stay of the removal of the Pierrot family, as identified above.

Dated: February 19, 2021                        Respectfully submitted,

                                                */s/ Morgan Russell*
Lee Gelernt*                                     Morgan Russell*
Celso J. Perez (D.C. Bar No. 1034959)            Stephen B. Kang*
Daniel A. Galindo*                               Cody Wofsy*
Omar Jadwat*                                     American Civil Liberties Union Foundation,
Ming Cheung*                                     Immigrants' Rights Project
American Civil Liberties Union Foundation,       39 Drumm Street
Immigrants' Rights Project                       San Francisco, CA 94111
125 Broad Street, 18th Floor                     Tel: (415) 343-0770
New York, NY 10004
Tel: (212) 549-2600                              Robert Silverman**
                                                 Irit Tamir**
Andre Segura                                     Oxfam America
Kathryn Huddleston                               Boston, MA 02115, Suite 500
Rochelle Garza                                   Tel: (617) 482-1211
Brantley Shaw Drake
American Civil Liberties Union Foundation        Scott Michelman (D.C. Bar No. 1006945)
of Texas, Inc.                                   Arthur B. Spitzer (D.C. Bar No. 235960)
5225 Katy Freeway, Suite 350
Houston, Texas 77007

---

[1] On Friday, January 29, 2021, a motions panel of the D.C. Circuit stayed the *P.J.E.S.* preliminary injunction pending appeal and expedited the appeal. *See* Order, *P.J.E.S. v. Pekoske*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. # 1882899. As this Court has noted, "the D.C. Circuit's order is not published and was issued without opinion or reasoning." Order Granting Stay (Feb. 1, 2021).

2

Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie L. Crook (D.C. Bar No. 1002504)
Karen Musalo
Neela Chakravartula
Center for Gender & Refugee Studies
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*

3