IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br>*Plaintiffs*, <br><br>v. <br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., <br><br>*Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-CV-00100-EGS ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF REMOVAL OF THE PIERROT FAMILY

Upon consideration of Plaintiffs' Emergency Motion for Stay of Removal of the Pierrot Family, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the removal of the following individuals at issue in this Motion are STAYED pending further order of this Court:

- Bebeto Pierrot, SID 369-772-300, Nadine Remilus, SID 369-772-363, and their minor child M.A.P., SID 369-868-214.

DATE: _____

HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE