AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| HUISHA-HUISHA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00100-EGS |
| GAYNOR, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae International Refugee Assistance Project.

Date:   02/25/2021

/s/ Geroline A. Castillo
*Attorney's signature*

Geroline A. Castillo (NY0336)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 4th Fl
New York, NY 10004
*Address*

gcastillo@refugeerights.org
*E-mail address*

(516) 824-4256
*Telephone number*

(929) 999-8199
*FAX number*