AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Nancy Gimena Huisha-Huisha et al.,<br>*Plaintiff*<br>v.<br>Peter T. Gaynor, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:21-cv-00100 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs (Nancy Gimena Huisha-Huisha et al.)

Date: 03/15/2021

/s/ Karla Marisol Vargas
*Attorney's signature*

Karla Marisol Vargas (TX Bar 24076748)
*Printed name and bar number*

Texas Civil Rights Project
1017 W. Hackberry Avenue
Alamo, TX 78516
*Address*

KVargas@texascivilrightsproject.org
*E-mail address*

(512) 731-2576
*Telephone number*

(956) 787-6348
*FAX number*