AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. _____ *Plaintiff(s)* v. Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Peter T. Gaynor
Acting Secretary
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/12/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Peter  T. Gaynor, Acting Secretary

was received by me on *(date)*   01/12/2021   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS delivery service on 01/15/2021 to Peter T. Gaynor, Acting Secretary, 245 Murray Lane SW, Washington, DC 20528, and delivered on 01/19/2021.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/15/2021

_____
*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW91538736

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 7:33 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
LESLIE

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 4:53 P.M. EST

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. _____ *Plaintiff(s)* v. Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
            Mark A. Morgan
            Senior Official Performing the Duties of the Commissioner
            of U.S. Customs and Border Protection
            U.S. Customs and Border Protection
            1300 Pennsylvania Ave. NW
            Washington, D.C. 20229

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
            Celso J. Perez
            American Civil Liberties Union Foundation, Immigrants' Rights Project
            125 Broad Street, 18th Floor
            New York, New York 10004

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:       _____1/12/2021_____

                                              /s/ Anson Hopkins
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark A. Morgan, Senior Official Performing the Duties of the Commissioner of CBP

was received by me on *(date)*     01/12/2021     .

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS
delivery service on 01/15/2021 to Mark. A Morgan, Senior Official Performing the Duties of
the Commissioner of U.S. Customs and Border Protection, 1300 Pennsylvania Ave. NW,
Washington, DC 20229, and delivered on 01/19/2021.

My fees are $ _____0.00_____ for travel and $ _____0.00_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:     03/15/2021

_____
*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW93863541

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 7:33 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
LESLIE

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 4:58 P.M. EST

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. _____ *Plaintiff(s)* v. Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rodney S. Scott
Chief
U.S. Border Patrol
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/12/2021                                        /s/ Anson Hopkins
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rodney S. Scott, Chief of U.S. Border Patrol

was received by me on *(date)*      01/12/2021      .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS
delivery service on 01/15/2021 to Rodney S. Scott, Chief of U.S. Border Patrol, 1300
Pennsylvania Ave. NW, Washington, DC 20229, and delivered on 01/19/2021.

My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      03/15/2021

_____
*Server's signature*

Darlene Boggs, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW90676955

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 7:33 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
LESLIE

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 5:01 P.M. EST

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter
I.M.C.H.; Valeria Macancela Bermejo and her minor daughter,
B.A.M.M.; Josiane Pereira-De Souza, and her minor children
H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

_____

*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan,
U.S. Customs and Border Protection; William A. Ferrara, CBP Office
of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan
Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II,
U.S. Department of Health and Human Services; Dr. Robert R.
Redfield, Centers for Disease Control and Prevention

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  21-cv-00100-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William A. Ferrara
Executive Assistant Commissioner, CBP Office of Field Operations
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  ___1/12/2021___

/s/ Anson Hopkins
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William A. Ferrara, Executive Assistant Commissioner, CBP Office of Field Operations

was received by me on *(date)*      01/12/2021     .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS
delivery service on 01/15/2021 to William A. Ferrara, Executive Assistant to Commissioner,
CBP Office of Field Operations, 1300 Pennsylvania Ave. NW, Washington, DC 20229, and
delivered on 01/19/2021.

My fees are $          0.00      for travel and $          0.00      for services, for a total of $          0.00      .

I declare under penalty of perjury that this information is true.

Date:       03/15/2021

_____
*Server's signature*

Darlene Boggs, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW91294964

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 7:33 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
LESLIE

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 5:04 P.M. EST

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   21-cv-00100-EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

         Jonathan Fahey
         Senior Official Performing the Duties of the Director of
         U.S. Immigration and Customs Enforcement
         U.S. Immigration and Customs Enforcement
         500 12th Street SW
         Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Celso J. Perez
         American Civil Liberties Union Foundation, Immigrants' Rights Project
         125 Broad Street, 18th Floor
         New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:       1/12/2021                                 /s/ Anson Hopkins

                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jonathan Fahey, Senior Official Performing the Duties of the Director of  U.S. Immigration and Customs Enforcement

was received by me on *(date)*        01/12/2021        .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*   A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS delivery service on 01/15/2021 to Jonathan Fahey, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, 500 12th Street SW, Washington, DC 20536, and delivered on 01/19/2021.

My fees are $ _____0.00_____ for travel and $ _____0.00_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:        03/15/2021

_____
*Server's signature*

Darlene Boggs, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW93993571

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 7:33 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
LESLIE

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 5:10 P.M. EST

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter
I.M.C.H.; Valeria Macancela Bermejo and her minor daughter,
B.A.M.M.; Josiane Pereira-De Souza, and her minor children
H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

_____
*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A.
Morgan, U.S. Customs and Border Protection; William A.
Ferrara, CBP Office of Field Operations; Rodney S. Scott,
U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and
Customs Enforcement; Alex M. Azar II, U.S. Department of
Health and Human Services; Dr. Robert R. Redfield, Centers
for Disease Control and Prevention
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 21-cv-00100-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Alex M. Azar II
        Secretary of Health and Human Services
        U.S. Department of Health and Human Services
        200 Independence Ave. S.W.
        Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Celso J. Perez
        American Civil Liberties Union Foundation, Immigrants' Rights Project
        125 Broad Street, 18th Floor
        New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    1/12/2021   _____

                        /s/ Anson Hopkins
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Alex M. Azar II, Secretary of Health and Human Services

was received by me on *(date)*        01/12/2021        .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS
delivery service on 01/15/2021 to Alex M. Azar II, Secretary of Health and Human Services,
200 Independence Ave. SW, Washington, D.C. 20201, and delivered on 01/25/2021.

My fees are $        0.00        for travel and $        0.00        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        03/15/2021

*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW93608782

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/25/2021 9:59 A.M.

**Delivered To**
WASHINGTON, DC, US

**Received By**
SEAN

**Left At**
Mail Room

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 4:47 P.M. EST

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S. _____ *Plaintiff(s)* v. Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  21-cv-00100-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dr. Robert R. Redfield
Director of the Centers for Disease Control and Prevention
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____1/12/2021_____

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-00100-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Dr. Robert R. Redfield, Director of the Centers for Disease Control and Prevention</u>

was received by me on *(date)* <u>01/12/2021</u> .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS
delivery service on 01/15/2021 to Dr. Robert R. Redfield, Director of the Centers for Disease
Control and Prevention, 1600 Clifton Road, Atlanta, GA 30329, and delivered on
01/19/2021.

My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   <u>03/15/2021</u>

_____
*Server's signature*

<u>Darlene Boggs, Paralegal</u>
*Printed name and title*

<u>American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004</u>
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW90136592

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
01/15/2021

**Delivered On**
01/19/2021 10:24 A.M.

**Delivered To**
ATLANTA, GA, US

**Received By**
CRAWFORD

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 5:15 P.M. EST