AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Nancy Gimena Huisha-Huisha, and her minor daughter I.M.C.H.; Valeria Macancela Bermejo and her minor daughter, B.A.M.M.; Josiane Pereira-De Souza, and her minor children H.N.D.S.; E.R.P.D.S.; M.E.S.D.S.; H.T.D.S.D.S.

*Plaintiff(s)*

v.

Peter T. Gaynor, Department of Homeland Security; Mark A. Morgan, U.S. Customs and Border Protection; William A. Ferrara, CBP Office of Field Operations; Rodney S. Scott, U.S. Border Patrol; Jonathan Fahey, U.S. Immigration and Customs Enforcement; Alex M. Azar II, U.S. Department of Health and Human Services; Dr. Robert R. Redfield, Centers for Disease Control and Prevention

*Defendant(s)*

Civil Action No. 21-cv-00100-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeffrey A. Rosen
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celso J. Perez
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/12/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-00100-EGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey A. Rosen, Acting Attorney General of the U.S.
was received by me on *(date)* 01/12/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint, summons, and Judge Sullivan's Standing Order was sent via UPS delivery service on 01/15/2021 to Jeffrey A. Rosen, Acting Attorney General of the U.S., 950 Pennsylvania Ave. NW, Washington, DC 20530, and delivered on 01/19/2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/15/2021

*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1490E0NW93333006

**Weight**

0.50 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

01/15/2021

**Delivered On**

01/19/2021 11:00 A.M.

**Delivered To**

WASHINGTON, DC, US

**Received By**

ANDERSON

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 03/15/2021 5:19 P.M. EST