# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

Plaintiffs and Defendants, by and through undersigned counsel, hereby move to enter the attached Stipulated Protective Order.

The Stipulated Protective Order is sought pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to facilitate the exchange of records and information for purposes of this litigation, as well as the potential resolution thereof (*see, e.g.*, ECF No. 87, Joint Motion to Hold In Abeyance Plaintiffs' Motions) without undermining legitimate confidentiality concerns. *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984) ("Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required."); *Doe 2 v. Esper*, Civ. A. No. 17-1597 (CKK), 2019 WL 4394842, at *9 (D.D.C. Sept. 13, 2019) (noting that government confidentiality concerns can be addressed through an attorneys' eyes only designation). The parties expect that they will seek to amend the Stipulated Protective Order at a later date to define the terms of other categories of information that may need to be exchanged should this litigation proceed.

Dated: March 16, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*

s/ Lee Gelernt
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang**
Cody Wofsy**
Morgan Russell**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette**
Refugee and Immigrant Center for Legal Education and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*
*\*Pro hac vice application forthcoming*
*\*\*Admitted pro hac vice*

3