IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**CONSENT MOTION TO VACATE ANSWER DEADLINE
AND SET JOINT STATUS REPORT DEADLINE**

Defendants, by and through undersigned counsel, respectfully request that the Court vacate the upcoming deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint (ECF No. 22). Defendants further request that the Court set a deadline for the parties to file a joint status report within fourteen days from the date of the Court's decisions on Plaintiffs' Motions for Class Certification and Classwide Preliminary Injunction, ECF Nos. 23, 57.

1. Plaintiffs served the U.S. Attorney's Office with a summons and copy of the Complaint in this action on January 19, 2021. Plaintiffs filed an Amended Complaint on January 28, 2021. Assuming proper service on all Defendants, pursuant to Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3), Defendants must therefore file an answer or otherwise respond to the Amended Complaint on or before March 22, 2021.

2. Pending before the Court are Plaintiffs' motion for preliminary injunction, as well as a motion for class certification, although briefing and consideration of both motions are currently being held in abeyance until March 23, 2021. *See* February 23, 2021, Minute Order.

3. Defendants respectfully request that the Court vacate the March 22, 2021, deadline to answer or otherwise respond to the Amended Complaint, and instead require the parties to file a joint status report proposing next steps within fourteen days of its decisions on the pending

motions for preliminary injunction and class certification. Defendants believe that once the Court has ruled on the pending motions, the parties will be better able to determine next steps for litigation in this matter. Vacating the upcoming answer deadline will conserve resources and serve the interests of judicial efficiency.

4. Pursuant to Local Civil Rule 7(m), counsel for Defendants conferred with Plaintiffs' counsel, who consent to this motion.

5. A proposed order is enclosed.

Dated: March 16, 2021

                                                CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Vacate Answer Deadline and Set Joint Status Report Deadline, and for good cause shown, the Consent Motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that the March 22, 20221, deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint, ECF No. 22, is vacated; and

It is further ORDERED that the parties shall file a joint status report within fourteen days from the date of issuance of this Court's decisions on Plaintiffs' Motions for Class Certification and Classwide Preliminary Injunction, ECF Nos. 23, 57.

_____          _____
Date                                     EMMET G. SULLIVAN
                                              United States District Judge