IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) Civil Action No. 21-100-EGS ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF CELSO PEREZ AS COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE THAT Celso Perez is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Celso Perez (D.C. Bar No. 1034959)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 125 Broad Street, 18th Floor
> New York, NY 10004
> (646) 905-8953
> cperez@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Dated: April 5, 2021

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang**
Cody Wofsy**
Morgan Russell**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette**
Refugee and Immigrant Center for Legal
Education and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

*Attorneys for Plaintiffs*
*\*Pro hac vice application forthcoming*
*\*\*Admitted pro hac vice*