AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Huisha-Huisha, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00100-EGS |
| Gaynor, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nancy Gimena Huisha-Huisha, et al.

Date: 04/22/2021

/s/ Tamara F. Goodlette
*Attorney's signature*

Tamara F. Goodlette/TX 0199
*Printed name and bar number*
802 Kentucky Avenue, San Antonio, Texas 78201

*Address*

tami.goodlette@raicestexas.org
*E-mail address*

(210) 960-3206
*Telephone number*

(210)960-3206
*FAX number*