UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>          Defendants. | Civ. A. No. 21-100 (EGS) |

**JOINT MOTION TO CONTINUE HOLDING IN ABEYANCE
PLAINTIFFS' MOTIONS FOR
CLASS CERTIFICATION AND CLASSWIDE PRELIMINARY INJUNCTION**

Plaintiffs and Defendants, by and through undersigned counsel, jointly move pursuant to Federal Rule of Civil Procedure 6(b)(1) to continue holding in abeyance the briefing on and the Court's consideration of Plaintiffs' Motion for Class Certification (ECF No. 23) and Motion for Classwide Preliminary Injunction (ECF No. 57) for an additional seventeen days to August 2, 2021. As grounds for this motion, the parties state as follows:

1.    By Minute Order dated July 9, 2021, the Court granted the parties' previous Joint Motion to Continue Holding in Abeyance Plaintiffs' Motions for Class Certification and Classwide Preliminary Injunction (ECF No. 110). As part of the Order, Plaintiffs' deadline to file their reply in support of the foregoing motions was moved to July 16, 2021.

2.    The parties have continued to engage in discussions exploring ways to resolve or narrow the dispute at issue in this case. And the parties appreciate the Court's previous orders extending the abeyance of litigation. To facilitate the continuation of these discussions, the parties believe the most reasonable and efficient course of action is to continue the temporary stay of

further proceedings on the motions. The parties submit that such discussions present good cause to continue to stay the briefing and consideration of these motions.

3. The parties have agreed that either party may move to terminate the abeyance by filing a motion seeking such relief.[1]

4. A proposed order is enclosed.

5. Therefore, the parties jointly request that the deadline for Plaintiffs' reply brief and any consideration by the Court of these motions be stayed for an additional seventeen days. Accordingly, Plaintiffs' reply would be due on August 2, 2021.

Dated:  July 16, 2021 	Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*

---

[1] The parties also agree that the abeyance does not preclude Defendants from filing a motion seeking leave to submit a further declaration or declarations.  Plaintiffs reserve the right to oppose such a motion but agree it may be filed consistent with the abeyance.  The parties also agree that Plaintiffs may file motions for stays of removal for individual families during the abeyance. Defendants reserve the right to oppose such motions but agree they may be filed consistent with the abeyance.

*s/ Lee Gelernt*
Lee Gelernt**
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang**
Cody Wofsy**
Morgan Russell**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Tamara F. Goodlette**
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas**
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Robert Silverman*
Irit Tamir*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*
*Pro hac vice application forthcoming*
**Admitted pro hac vice*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Continue Holding in Abeyance Plaintiffs' Motions for Class Certification and Classwide Preliminary Injunction and for good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. Either party may terminate the abeyance by filing a motion seeking such relief.

It is **FURTHER ORDERED** that Plaintiffs shall file their reply in support of their motions for class certification and preliminary injunction on August 2, 2021.

_____  _____
Date                                          Emmet G. Sullivan
                                              United States District Judge