IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

**JOINT RESPONSE TO COURT'S AUGUST 2, 2021 ORDER CONCERNING FURTHER MEDIATION OR ALTERNATIVE DISPUTE RESOLUTION**

The parties hereby respond to the Court's August 2, 2021 Minute Order requiring the parties to inform the Court "whether this case would benefit from referral to a magistrate judge, mediation, or any other form of alternative dispute resolution that can be tailored to the needs of their case." The parties have conferred and agree that this case would not benefit from such a referral at this time. The parties have been engaged in extensive negotiations for about six months. Although each side worked diligently to try to resolve the dispute at issue, the parties are now at an impasse. The parties respectfully suggest that the appropriate course is to resume briefing on the preliminary injunction on the schedule proposed by the parties.

The parties would be available at the Court's convenience for a status conference should the Court wish to speak with the parties before briefing is complete.

Dated:  August 4, 2021                     Respectfully submitted,

                                           CHANNING D. PHILLIPS
                                           D.C. Bar #415793
                                           Acting United States Attorney

1

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*

s/ Lee Gelernt
Lee Gelernt
Daniel A. Galindo**
Omar Jadwat**
Ming Cheung**
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Counsel for Plaintiffs*

**Admitted pro hac vice*