IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Defendants in the above-captioned action, by and through undersigned counsel, respectfully request that the Court schedule a date for oral argument on the pending motion for preliminary injunction (ECF No. 57). Briefing on that motion will be complete on August 11, 2021 when Plaintiffs submit their reply brief. Given recent developments, including the newly issued public health order from the Centers for Disease Control and Prevention (*see* ECF No. 114), as well as the significant impact that the requested injunction would have on government operations (*see* ECF No. 113), Defendants believe that oral argument would be helpful in resolving the pending motion.

Counsel for Defendants have conferred with counsel for Plaintiffs regarding this request for argument and the timing for an argument if the Court elects to schedule one.

Plaintiffs asked that Defendants report their position as follows: In *PJES* the Court did not hold argument. Plaintiffs defer to the Court on whether argument is necessary in this case. However, if the Court determines that argument is warranted, Plaintiffs respectfully request that it be at the earliest date that is convenient for the Court, given the dire circumstances families are facing on the ground.

If the Court decides to set a date for oral argument, Counsel for Defendants can be available on any date after August 20, 2021.[1]

Dated:  August 11, 2021                                  Respectfully submitted,

                                                  CHANNING D. PHILLIPS
                                                  D.C. Bar #415793
                                                  Acting United States Attorney

                                                  BRIAN P. HUDAK
                                                  Acting Chief, Civil Division

                                                  */s/ Sean M. Tepe*
                                                  SEAN M. TEPE, DC Bar #1001323
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C. 20530
                                                  Phone: (202) 252-2533
                                                  Email: sean.tepe@usdoj.gov

---

[1] Counsel for Defendants who would be presenting argument in this case has an evidentiary hearing scheduled in a different matter in El Paso, Texas on August 13 and will be away from D.C. on travel the week of August 16.