**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | No. 1:21-CV-00100-EGS |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASSWIDE**
**PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for Classwide Preliminary Injunction, along with all exhibits thereto, the Court finds that Plaintiffs have shown a likelihood of success on the merits of their claims; that the members of the Class would suffer irreparable injury absent a preliminary injunction; that the balance of harms weighs in favor of the Class; and that the public interest would be served by granting a preliminary injunction.

Accordingly, it is hereby ORDERED that Defendants, their agents, and any person acting in concert with them are ENJOINED from applying the Title 42 Process, including the August 2 Order of the Centers for Disease Control, ECF No. 114, to the Class Members, pending final disposition of this case.

**SO ORDERED**.

Dated:                                          _____

EMMET G. SULLIVAN
United States District Judge

1