IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) No. 1:21-cv-00100-EGS |
| *Defendants*. | ) |

**INDEX OF DECLARATIONS SUPPORING PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

1. **Supplemental Declaration of Taylor Levy**

2. **Declaration of Julia Neusner**

3. **Affidavit of Jennifer K. Harbury**

4. **Declaration of Erika Pinheiro**

5. **Declaration of Savitri Arvey**

6. **Supplemental Declaration of Former CDC Officials**

7. **Declaration of 32 Medical and Public Health Experts**

8. **Second Declaration of Ming Cheung**

    a. Exhibit A. Excerpt of the 1835 Statutes at Large of South Carolina (No. 2653, An Act More Effectually to Prevent Free Negros and Other Persons of Color From Entering Into This State; And For Other Purposes)

    b. Exhibit B. Excerpt of the 1842 Code of Mississippi (Art. 17, An Act to Amend the Several Acts of this State in Relation to Free Negroes and Mulattoes (Feb. 26, 1842))

9. **Declaration of Linda Rivas**

10. **Declaration of Marisa Limón Garza**

**11. Declaration of Astrid Dominguez**

**12. Declaration of Chelsea Sachau**

**13. Declaration of Médecins Sans Frontières Medical Coordinator in Mexico**

**14. Declaration of Teresa Cavendish**

**15. Declaration of Kate Clark**

**16. Declaration of Aaron Reichlin-Melnick**

**17. Declaration of Alan E. Valdez Juárez**

**18. Declaration of Edgar Ramírez López**

**19. Declaration of Samuel Thomas Bishop**

**20. Declaration of Luis Alberto Lizarraga Tolentino**

**21. Declaration of Cecilia Menjívar, Ph.D.**

    a. Exhibit A. CV of Cecilia Menjívar, Ph.D

    b. Exhibit B. U.S. Border Patrol, Southwest Border Sectors, Total Illegal Alien Apprehensions By Fiscal Year (Oct 12th through Sept 30th)

| | |
|---|---|
| Dated: August 11, 2021 | Respectfully submitted, |
| | /s/ Lee Gelernt_____ |
| Stephen B. Kang (Bar ID. CA00090) | Lee Gelernt (Bar ID. NY0408) |
| Cody Wofsy (Bar ID. CA00103) | Daniel A. Galindo (Bar ID. NY035) |
| Morgan Russell* | Omar Jadwat* |
| My Khanh Ngo | Ming Cheung* |
| American Civil Liberties Union Foundation, | David Chen |
| Immigrants' Rights Project | American Civil Liberties Union Foundation, |
| 39 Drumm Street | Immigrants' Rights Project |
| San Francisco, CA 94111 | 125 Broad Street, 18th Floor |
| Tel: (415) 343-0770 | New York, NY 10004 |
| | Tel: (212) 549-2660 |
| Andre Segura | Robert Silverman |
| Kathryn Huddleston | Irit Tamir |
| Brantley Shaw Drake | Oxfam America |
| | Boston, MA 02115, Suite 500 |

<div style="display: flex;">
<div>

American Civil Liberties Union Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for Legal Education and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

</div>
<div>

Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Neela Chakravartula
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*Admitted pro hac vice

</div>
</div>

3