## DECLARATION OF ALAN E. VALDEZ JUÁREZ

I, Alan E. Valdez Juárez, declare that the following is true and correct:

1. I am the Executive Director of AVS Laboratorios ("AVS"), a medical analysis and testing laboratory service located in Piedras Negras, Coahuila, Mexico.

2. Earlier this year, AVS began conducting COVID-19 testing for asylum seekers in Piedras Negras who had received pre-approval for exemptions from the Title 42 Order and had been scheduled for appointments to present for processing into the United States at the Eagle Pass, Texas Port of Entry. The majority of the asylum seekers tested by AVS have been members of families who are scheduled to present at the Port of Entry as family units. As required by the United States government, all such testing has been performed within 72 hours of the asylum seekers' scheduled appointments at the Port of Entry.

3. As of August 6, 2021, AVS has administered 404 COVID-19 tests for asylum seekers scheduled for appointments to enter the United States as part of this Title 42 exemption process. Of those 404 tests, 8 came back with positive results reflecting that the individuals tested were infected with COVID-19. This constitutes a test positivity rate of 1.98 percent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6th of August 2021 in Piedras Negras, Coahuila, Mexico.

s/ *Alan E. Valdez Juárez*
Alan E. Valdez Juárez