# DECLARATION OF SAMUEL THOMAS BISHOP

I, Samuel Thomas Bishop, declare as follows:

1. I am the Mexico Country Director for Global Response Management ("GRM"), a veteran-led international medical non-governmental organization that provides emergency medical services to vulnerable populations displaced by conflict, war, or disaster.

2. As part of its operations in Matamoros, Tamaulipas, Mexico, GRM conducts SARS-CoV-2 rapid antigen testing for asylum seekers and others in need of free COVID-19 testing services. The overwhelming majority of people who have received COVID-19 antigen testing at our clinic in Matamoros are asylum seekers who have received pre-approval for exemptions from the Title 42 Order and been scheduled for appointments to present for processing at the Brownsville Port of Entry. As required by the United States government, all such testing for exemption appointments is performed within 72 hours of the asylum seekers' scheduled appointments at the Port of Entry.

3. During the month of July 2021, GRM administered 1,111 SARS CoV-2 antigen tests in Matamoros. Of those tests, 9 came back positive for SARS-CoV-2 antigens. That constitutes an antigen positivity rate of 0.81%. It is important to understand that this is not a community prevalence rate. Rather it is the antigen positivity rate of individuals who were tested in our clinic. It is also important to note that rapid antigen tests, like all tests, are not 100% accurate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th of August 2021 in Austin, Texas.

X *Samuel T Bishop*
Samuel Thomas Bishop