## DECLARATION OF CECILIA MENJIVAR, Ph.D.

I, Cecilia Menjivar, declare as follows:

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

## I.      Summary

1.      The government's assertion that an injunction in this case would be a "pull factor" triggering an increase in the arrival of asylum-seeking families requesting entry to the United States is unfounded.  I have studied the causes of migration for decades and they are not a function of U.S. court decisions or changes in policy, but conditions in migrants' countries of origin.  For refugees, threats to life or freedom in their countries of origin are a strong push factor that will likely overcome any disincentive created by harsher enforcement policies at the southern border.

## II.     Qualifications

2.      I received my Ph.D. in Sociology from the University of California, Davis in 1992. My doctoral dissertation was titled "Salvadoran Migration to the U.S.: The Dynamics of Social Networks in International Migration."

3.      Currently, I am a professor of Sociology at University of California, Los Angeles, where I hold the Dorothy L. Meier Chair in Social Equities. Previously, I was Foundation Distinguished Professor of Sociology at the University of Kansas. And prior to my position at KU, I was on the faculty at Arizona State University for 19 years, where I was Cowden Distinguished Professor with my appointment as full professor.

4.      At UCLA, I am affiliated faculty in the Latin American Institute and the Center for the Study of International Migration, and Faculty Fellow of the California Center for

Population Research. At KU, I served on the executive board of the Center for Latin American Studies and co-founded and co-directed the Center for Migration Research. I was a Senior Fellow at the American Immigration Council's Immigration Policy Center in 2012-2013. There, I wrote a report on immigrant women as they go through the legalization process. I was one of 18 members of the National Academy of Sciences panel on immigrant integration and wrote a report summarizing the state-of-the-art research on immigrant integration. I assisted the United Nations High Commissioner for Refugees (UNHCR) in its 2015 report, *Women on the Run*, which documented the factors that drive female asylum seekers to flee Guatemala, El Salvador, and Honduras in search of protection in the United States. In addition, I am in charge of summarizing the sociological research about and from Central America for the Library of Congress' Handbook on Latin American Studies, published biannually. For the past 25 years I have taught courses on research methods, immigration, refugees, and gender violence.

5.      I am the author or editor of six books addressing violence, gender, and immigration, primarily focusing on the context of Central American states. My first published book, *Fragmented Ties: Salvadoran Immigrant Networks in America*, was named one of the twelve most influential books on the family since 2000 in a review published in the journal Contemporary Sociology. My second book, *Enduring Violence: Ladina Women's Lives in Guatemala*, was published by the University of California Press in 2011 and received several awards; the Spanish translation was published in Guatemala in 2014. My third book, *Immigrant Families*, was published in 2016. In addition, I have edited fourteen volumes of essays and articles related to immigration and the lives of Central American and immigrant women and children. I am co-editor *The Oxford Handbook of Migration Crises*, published by the Oxford

2

University Press in 2019, and of the volume *Undocumented and Unaccompanied: Children of Migration in the European Union and the United States*, to be published by Routledge in 2021.

6.      Since 1993, I have published more than 150 peer-reviewed scholarly articles, book chapters, and contributions to encyclopedias, many of which present the results of original quantitative and qualitative research about migration to the United States from Central America. A complete list of my publications is included in my C.V. A true and correct copy of my C.V. is attached as Exhibit A. I currently sit on the Editorial Board of eleven journals dedicated to the fields of sociology, migration, and Latin American and Latino Studies.

7.      In August 2020, I was awarded the Distinguished Career Award by the American Sociological Association's Section on International Migration. I currently serve as President of the American Sociological Association.

8.      I have previously provided affidavits or testimony as an expert witness in more than four dozen cases in federal court, in immigration court, or in asylum proceedings.

9.      My opinions derive from the three decades of study that I have carried out specific to the topic of migration; my hundreds of interviews with migrants and potential migrants from Central America and their families; review of the relevant research on the topic in my field of general migration, and more specifically of migration and violence in Central America; and my understanding of prevailing norms of social science research methods as developed through my training, scholarship, and teaching.

## III.    Findings and Opinions

10.    I write to address the assertions made by government declarants in this case that an injunction prohibiting application of the Title 42 exemption process may result in an increase in the number of asylum-seeking families arriving at the southwest border.[1]

11.    These claims that an injunction prohibiting the government from enforcing the Title 42 order against asylum-seeking families would serve as a migration "pull factor" are unfounded.

12.    As background, it is helpful to understand that immigration across the southwest border has fluctuated in recent years but has declined significantly overall in the past two decades.[2] The number of migrants apprehended by U.S. Border Patrol officials at the U.S.-Mexico border in fiscal year ("FY") 2018 was 396,579.[3] In FY 2019, notwithstanding the Trump administration's introduction of controversial policies such as the Migration Protection Protocols (MPP)[4]—which forced asylum seekers to remain in dangerous conditions in northern Mexico while awaiting U.S. immigration court hearings—the number of apprehensions rose to 851,508.[5] The number of apprehensions in FY 2020 returned to 400,651, slightly higher than the FY 2018

---

[1] *See* Declaration of Troy A. Miller ¶ 7, ECF No. 82-2 (Feb. 17, 2021); Declaration of Russell Hott ¶ 31, ECF No. 76-3 (Feb. 17, 2021).

[2] National Public Radio, *3 Charts That Show What's Actually Happening Along The Southern Border* (June 22, 2018), https://www.npr.org/2018/06/22/622246815/unauthorized-immigrationin-three-graphs; Stuart Anderson, *There Is No Crisis At The Border—And DHS Stats Prove It*, Forbes, June 25, 2018, https://www.forbes.com/sites/stuartanderson/2018/06/25/there-is-nocrisis-at-the-border-and-dhs-stats-prove-it/#2ef5fded112a ("Donald Trump talked about 'the illegal immigration crisis on the southern border.' But data coming from his own administration show there is no such crisis.")

[3] U.S. Customs and Border Protection, Southwest Border Migration FY2018, https://www.cbp.gov/newsroom/stats/sw-border-migration/fy-2018.

[4] Migration Protection Protocols, Department of Homeland Security (Jan. 24, 2019).

[5] U.S. Customs and Border Protection, Southwest Border Migration FY2019, https://www.cbp.gov/newsroom/stats/sw-border-migration/fy-2019.

figure.[6] In comparison, southwest border apprehensions were much higher in previous years. For example, FY 2000 saw a record high of 1,643,679 apprehensions.[7] Each of the previous three decades saw multiple years in a row where border apprehensions exceeded one million, e.g., FY 1983 through 1987, FY 1990 through 1994, FY 1995 through 2001, and FY 2004 through 2006.[8]

13.     Turning to the Title 42 expulsion process at issue in this case, the evidence does not indicate that enforcement of the CDC Title 42 Orders has served as a deterrent to decrease migration at the southwest border. The government's declarant, Mr. Miller, acknowledges in his declaration that both the number of total so-called CBP "encounters" along the southwest border *increased* every month from April 2020 to January 2021—and that the number of "encounters" involving families increased in all but one of those months—notwithstanding enforcement of the Title 42 process against single adult asylum seekers, families, and unaccompanied children throughout that period.[9]

14.     The evidence therefore does not indicate that enforcement of the Title 42 process to summarily expel asylum seekers and unaccompanied children since late March 2020 suppressed or deterred the migration of those groups to the southwest border. This lack of deterrent effect of the Title 42 process was predictable, as it is well recognized that such harsh immigration enforcement policies are ineffective at deterring migrants fleeing violence, as is the case for most asylum-seeking families who arrive at the southern border. Because large-scale

---

[6] U.S. Customs and Border Protection, Southwest Border Migration FY2020, https://www.cbp.gov/newsroom/stats/sw-border-migration-fy2020.

[7] U.S. Border Patrol, Southwest Border Sectors, Total Illegal Alien Apprehensions By Fiscal Year, https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/bp-southwest-bordersector-apps-fy1960-fy2018.pdf. This document is attached as Exhibit B to this declaration.

[8] *Id.*

[9] Declaration of Troy A. Miller ¶¶ 5, 12, ECF No. 82-2 (Feb. 17 2021).

application of the Title 42 process did not reduce the number of such asylum seekers arriving at the border, there is no evidence or any reason to believe that a preliminary injunction enjoining application of the Title 42 process to asylum-seeking families will increase the number of such families arriving at the border.

15.    Mr. Miller's sole example of a previous court order that purportedly "served as a pull factor" for asylum seekers fleeing to the United States is unpersuasive. Mr. Miller reports that in the ten-week period from the Court's entry of its preliminary injunction in *P.J.E.S. v. Wolf* on November 18, 2020 and the end of January 2021, CBP encounters of unaccompanied children increased by 16.4 percent compared to the ten-week period preceding entry of the injunction.[10] However, between April and November 2020, the number of reported "encounters" of unaccompanied children had already been steadily increasing each month compared to the month before: by 36 percent in May 2020; by 68 in June 2020; by 48 percent in July 2020; by 24 percent in August 2020; by 25 percent in September 2020; and again by 24 percent in October 2020.[11] Therefore, while it is true that "encounters" of unaccompanied children increased by 9 percent in December 2020 as compared to November 2020, and by 17 percent in January 2021 as compared to December 2020, these post-injunction monthly percentage increases were actually smaller than the corresponding increases that preceded the injunction, during months when unaccompanied children were being expelled pursuant to Title 42.[12] Similarly, such encounters of unaccompanied children decreased by 21 percent from April to May 2021—well after

---

[10] Declaration of Troy A. Miller ¶ 7, ECF No. 76-2 (Feb. 17, 2021).
[11] U.S. Customs & Border Protection, Southwest Land Border Encounters, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (last visited Aug. 5, 2021).
[12] *Id.*

unaccompanied children had been exempted from Title 42—before increasing again modestly in June 2021.[13] When placed in the appropriate context of these larger fluctuations, including the months-long upward trend in unaccompanied child encounters that preceded the date of the *P.J.E.S.* injunction, there is no basis for Mr. Miller's assumptions that a 16 percent increase in encounters of unaccompanied children in the weeks following the entry of the injunction is either significant or remotely attributable to the injunction itself.

16.     Additionally, it is critical to keep in mind that CBP's southwest border enforcement "encounter" numbers are inflated. This is because the immediate expulsion of families and others across the border into Mexico under Title 42 leads to repeat encounters involving the same previously-expelled individuals as they attempt to cross again and again. In an Operational Update published on July 16, 2021, CBP acknowledged: "The large number of expulsions during the pandemic has contributed to a larger-than-usual number of migrants making multiple border crossing attempts, which means that total encounters somewhat overstate the number of unique individuals arriving at the border."[14] Thus, "between March 20, 2020 [when the first CDC Title 42 Order was issued] and February 4, 2021, 38 percent of all [southwest border] encounters involved recidivism, or individuals who have been apprehended

---

[13] *Id.*
[14] U.S. Customs & Border Protection, *CBP Announces June 2021 Operational Update*, July 16, 2021, https://www.cbp.gov/newsroom/national-media-release/cbp-announces-june-2021-operational-update.

more than once."[15] In June 2021, the repeat-encounter rate was 34 percent.[16] By comparison, the equivalent "re-encounter rate" averaged just 14 percent from FY 2014 through FY 2019.[17] Thus, while CBP reported that it had "encountered 188,829 persons attempting entry along the Southwest Border" in June 2021, "[t]he number of unique new encounters in June 2021 was 123,838."[18] More broadly, "[t]he number of unique individuals encountered" during FY 2021 through June 2021 was "454,944 compared to 489,760 during the same time period in 2019."[19]

17. The current numbers of apprehensions at the southwest border are partly due to the presence of a large population of asylum seekers stranded in Mexico who have not been able to seek protection in the United States. Several factors explain the presence of this population of vulnerable people in Mexico who repeatedly seek to cross into the United States. First, as explained in greater detail below, the high rates of violence in northern Central America continued and increased in some respects during the COVID-19 pandemic. Second, "historic lockdowns" and "strict restrictions on movement" in northern Central America and in Mexico during the first months of the pandemic delayed the ability of many asylum seekers to migrate in

---

[15] U.S. Customs & Border Protection, *CBP Announces January 2021 Operation Update*, Feb. 10, 2021, https://www.cbp.gov/newsroom/national-media-release/cbp-announces-january-2021-operational-update; *see also, e.g.*, Julián Aguilar, *Border Apprehensions Down Sharply in 2020 but Spiked in September*, Texas Tribune (Oct. 14, 2020) (reporting that the Title 42 policy "has led to an increase in repeat attempts by individual crossers and quoting U.S. Border Patrol Chief Rodney Scott as acknowledging that "recidivism has gone up dramatically," and is "in excess of 50%" in some areas of the border).
[16] *Id.*
[17] U.S. Customs & Border Protection, *CBP Announces June 2021 Operational Update*, July 16, 2021, https://www.cbp.gov/newsroom/national-media-release/cbp-announces-june-2021-operational-update.
[18] *Id.*
[19] *Id.*

search of safety.[20] The Trump administration's suspension of the normal processing of asylum seekers into the United States (including the MPP program and ultimately Title 42) could not and did not dissuade or prevent migrants from fleeing the violence they fear in their countries of origin. However, those measures—and the continued use of Title 42 by the current administration—have prevented asylum seekers from being processed into the United States. This has created a large backlog of refugees stranded in especially dangerous areas of northern Mexico—a country which is in general one of the most dangerous migrant corridors in the world, and has become increasingly so. These families and individuals understandably try repeatedly to cross into the United States to seek safety from kidnapping, rape, and other dangers.[21]

18.     Even considering the inflated nature of the "encounter" figures that CBP has used since the imposition of the Title 42 process in March 2020, it is clear that keeping Title 42 in place through the remainder of last year did not deter outward migration by asylum seekers.  As Mr. Miller acknowledged in his declaration, the increase in total southwest border encounters from 17,106 in April 2020 to 78,323 in January 2021 "represent[ed] an increase of 357

---

[20] *See, e.g.*, Laura Gottesdiener, Lizbeth Diaz & Sarah Kinosian, *Central Americans Edge North as Pandemic Spurs Economic Collapse*, Reuters (Oct. 15, 2020) (reporting that in the early months of the pandemic, "U.S.-bound migration plummeted as Central American . . . countries imposed strict restrictions on movement in response to the growing coronavirus pandemic"; and that these "controls on movement across the region, shrinking resources available to many potential migrants, and lingering fears of the pandemic still raging in Mexico and the United States" largely "kept a lid on migration" into Fall 2020), https://www.reuters.com/article/us-usa-immigration-centralamerica/central-americans-edge-north-as-pandemic-spurs-economic-collapse-idUSKBN2701GL; Sofia Menchu & Nelson Renteria, *El Salvador, Guatemala Ramp Up Coronavirus Fight, Impose Curfews*, Reuters (Mar. 21, 2020), https://www.reuters.com/article/us-health-coronavirus-el-salvador/el-salvador-guatemala-ramp-up-coronavirus-fight-impose-curfews-idUSKBN21904R.
[21] *See, e.g.*, Al Jazeera News, *"I Don't Feel Safe": Migrants Face Attacks, Threats in Mexico— New Report Finds 492 Attacks Against Migrants stuck at US-Mexico Border or Expelled from US to Mexico Since January 21* (Apr. 21, 2021), https://www.aljazeera.com/news/2021/4/21/i-dont-feel-safe-migrants-face-attacks-threats-mexico.

percent";[22] and the increase in family unit encounters from 738 in April 2020 to 7,490 in January 2021 "represent[ed] a 915 percent increase."[23] Accordingly, it is clear that aggressive enforcement of the Title 42 process by the Trump administration between April 2020 and January 2021 did not deter migration to the southwest border either overall or with respect to families specifically.

19.     The Title 42 program's lack of deterrent effect on migration is not at all surprising, even for such an extreme departure from the United States' obligations to receive asylum seekers. Studies of the effects of immigration enforcement policies have shown that the imposition of harsher measures on asylum seekers has no deterrent effect on migration. The International Detention Coalition has explained that "asylum seekers' destinations are determined largely by historical, economic, and reputational factors that cannot be influenced by immigration policy makers."[24] DHS's own Advisory Committee on Family Residential Centers concluded that "[d]espite efforts to deter immigration from [Central American] countries, unaccompanied children and families (mainly mothers and children) continue to brave the treacherous journey to a safer location" " rather than face violence in their home countries.[25] This point has been thoroughly documented, including in UNHCR's 2015 *Women on the Run* report and in my own work. In interviews I personally conducted with women in Guatemala and with my research team with deportees in Honduras, interview subjects repeatedly stated that they

---

[22] Declaration of Troy A. Miller ¶ 12 (Feb. 17, 2021).
[23] *Id.* ¶ 5.
[24] Int'l Detention Coalition, *Does Detention Deter?* at 4 (Apr. 2015), *available at* https://idcoalition.org/wp-content/uploads/2015/04/Briefing-Paper_Does-Detention-Deter_April-2015-A4_web.pdf (comparing migration policies in twenty industrialized countries against the number of asylum seekers over a fourteen-year period).
[25] DHS Advisory Committee, *Report on Family Residential Centers* at 109 (Sept. 30, 2016), https://www.ice.gov/sites/default/files/documents/Report/2016/ACFRC-sc-16093.pdf.

knew the journey to the United States would be perilous but that the dangers they faced in Guatemala and Honduras left them no alternative but to leave. The Honduran deportees had previously endured harrowing journeys through Mexico but were already planning to leave again because living in Honduras was impossible.

20.     Moreover, in a memorandum prepared in early 2019, former Acting Secretary of Homeland Security Chad Wolf acknowledged that the then-"recent[ly] implement[ed]" MPP program "w[ould] not ultimately affect the flow of migrants heading north" from Mexico and Central America.[26] Mr. Wolf reached this conclusion based in part on the lack of other safe destinations for asylum seekers in the region.[27] Indeed, as noted above, despite DHS's large-scale implementation of MPP and other similarly unprecedented and extreme measures to prevent asylum seekers from gaining protection in the United States throughout 2019, southwest border apprehensions increased significantly in FY 2019 from FY 2018.

21.     These same conclusions regarding the failure of prior harsh enforcement efforts to deter asylum seekers apply equally to the Title 42 process. The nature of the migrant flows of asylum-seeking families undercuts any theorized deterrent effect of harsher immigration policies. While the overall number of migrants has decreased dramatically in recent years compared to two decades ago, the number of migrants from the smaller countries in northern Central America has continued to grow in recent years,[28] and includes a higher percentage of women, children,

---

[26] Chad F. Wolf, Senior Official Performing the Duties of the Under Secretary, DHS Office of Strategy, Policy, and Plans, Department of Homeland Security, Memorandum for the Secretary re: Migrant Protection Protocols as only One Piece of a Comprehensive Approach to Regional Migration Management at 1, *available at* http://www.dmrs-ep.org/wp-content/uploads/2020/11/2019-ICLI-00062.pdf.

[27] *Id.* at 1-2.

[28] D'vera Cohn et al., *Rise in U.S. Immigrants From El Salvador, Guatemala and Honduras Outpaces Growth From Elsewhere*, Pew Research Ctr.: Hispanic Trends (Dec. 7, 2017)

and families because they are being driven from their homes due to horrific violence in those countries.[29] "By the end of 2019, nearly 800,000 people from El Salvador, Guatemala and Honduras had sought protection either within their countries or had crossed international borders to escape escalating levels of gang violence and persecution, among other push factors. In this context, children and adolescents are particularly vulnerable."[30] "Defying the gangs is extremely dangerous, particularly as retaliation not only affects the youth who refuse to join them, but also their family members who become targets of attacks. . . . This targeted violence and a lack of overall safety within their communities and countries has driven many families to leave their homes."[31]

22.     In northern Central America, law enforcement organizations, including especially the police, are frequently bribed by gangs or otherwise complicit with gangs' activities. Even law enforcement officers who are not on gangs' payrolls quite commonly acquiesce in gang activities and demands due to their own fears of violent retaliation from the gang if they fail to cooperate. Officers know, for example, that if they fail to notify a gang that someone has filed a complaint about the gang, the officers and their families may be targeted next. Therefore, meaningful law enforcement protection is practically non-existent and people—especially women—often give up on reporting threats and other crimes to authorities.

---

[hereinafter Pew Research, Outpaces Growth], http://www.pewhispanic.org/2017/12/07/rise-inu-s-immigrants-from-el-salvador-guatemala-and-honduras-outpaces-growth-from-elsewhere/
[29] *See* Rocio C. Labrador & Danielle Renwick, *Central America's Violent Northern Triangle*, Council on Foreign Relations (Jan. 19, 2016), http://www.cfr.org/transnational-crime/centralamericas-violentnortherntriangle/p37286; Dennis Stinchcomb & Eric Hershberg, Ctr. for Latin Am. & Latino Studies, *Unaccompanied Migrant Children from Central* America 13 (Nov. 2014), http://ssrn.com/abstract=2524001.
[30] UNHCR & UNICEF, *Families on the Run: Why Families Flee from Northern Central America* (Dec. 2020), *available at* https://familiesontherun.org/#.
[31] *Id.*

23.     Because families coming to the United States from Mexico and the northern part of Central America are driven primarily by violence, a policy of summary removal is unlikely to deter them from taking the journey to the United States' southern border. For a refugee, threats to life or freedom in his or her country of origin are a strong push factor that will likely overcome any disincentive created by harsher enforcement policies at the southern border.[32]

24.     The overwhelming majority of families crossing the United States' southern border in recent years have been fleeing violence both inside and outside the home in Mexico and northern Central America—"one of the most dangerous places on earth."[33] According to the most recent U.N. Office on Drugs and Crime Global Study on Homicide, which includes data through 2018, the intentional homicide rate in El Salvador that year was 52 per 100,000 people, the rate in Honduras was 38.9 per 100,000, and that in Guatemala was 22.5 per 100,000.[34] By comparison, the homicide rate in the United States was 5 per 100,000, and the global average was 5.8 per 100,000.[35]

25.     Women and children are particularly vulnerable to violence in northern Central America. In recent years, women in the region have been subject to "rampant violence—murders, disappearances, femicide, and acts of torture."[36] The current violence in northern

---

[32] *See, e.g.*, UNHCR, *Back to Basics* at iii (Apr. 2011); *see also* Jeremy Slack et al., *In Harm's Way: Family Separation, Immigration Enforcement Programs and Security on the US-Mexico Border*, 3 J. on Migration & Human Security, No. 2, 2015, at 114-16 ("[D]eterrence by arrest, incarceration and removal is largely ineffective. The majority of respondents expressed that they intend to return to the United States sometime in the future.").

[33] Muzaffar Chishti & Faye Hipsman, *The Child and Family Migration Surge of Summer 2014: A Short Lived Crisis with a Lasting Impact*, 68 J. Int'l Aff. 95, 95-96 (2015).

[34] U.N. Office on Drugs & Crime, *Victims of Intentional Homicide, 1990-2018*, https://dataunodc.un.org/content/data/homicide/homicide-rate.

[35] *Id.*

[36] Carolina Campos & Andrew Stefan, *The Salvadoran Dream Is Now Survival—Even If It Means Illegal Migration to the U.S.*, Reader Supported News, Jan. 10, 2016, *available at*

Central America flows from "a decades-old crisis that has reached unimaginable and intolerable levels."[37] UNHCR has found that women in particular "have been forced to flee their homelands" in northern Central America due to a "surging tide of violence," including rape, assault, extortion, disappearances, exposure to gun fights, and death threats by armed criminal groups.[38] Such violence and victimization have for years been the most consistent factors cited by Central American women and children for their migration to the United States.[39]

26.     A December 2020 joint report from UNHCR and UNICEF confirms that "the many forms of violence and persecution that have driven forced displacement in [northern Central America] for years on end[] have continued and, in some instances, worsened during" the COVID-19 pandemic, including "an increase in reports of domestic violence since the beginning of the pandemic, while child protection services have been cut back"; and a rise in "sexual and gender-based violence."[40] The U.N. report indicates that gang and gender violence and similar "push factors" remain dominant forces driving migrants—and particularly families— to flee northern Central America. "Forty-four percent of the[] families [surveyed in 2020 in El Salvador, Guatemala, and Honduras] reported not feeling safe in their places of residence and living under threats of violence during the six months prior to the study," and "23 percent

---

https://readersupportednews.org/opinion2/277-75/34535-focus-the-salvadoran-dream-is-nowsurvival-even-if-it-means-illegal-migration-to-the-us.

[37] *Id.*

[38] UNHCR, *Women on the Run: Run: First-hand Accounts of Refugees Fleeing El Salvador, Guatemala, Honduras, and Mexico*, at i, 2, 4 (Oct. 2015), *available at* https://www.unhcr.org/en-us/publications/operations/5630f24c6/women-run.html.

[39] *Id.* at 4; UNHCR, *Children on the Run: Unaccompanied Children Leaving Central America and Mexico and the Need for International Protection*, at 31 (Mar. 2014), *available at* https://www.unhcr.org/56fc266f4.html.

[40] UNHCR & UNICEF, *Families on the Run: Why Families Flee from Northern Central America* (Dec. 2020), https://familiesontherun.org/#.

indicated they had suffered violence and intimidation by gangs."[41] Similarly, among Central American asylum seekers in surveyed by the U.N. study in Mexico, 49 percent "identified violence as their main motivation to flee from northern Central America," with 30 percent reporting that they had fled in response to death threats.[42]

27.     Reported "disappearances"—especially of women—have increased considerably in northern Central America. Such "disappearances" are not registered in official homicide statistics, which therefore likely significantly undercount the number of people—and particularly the number of women—being murdered in these countries. This past month, the leader of a women's rights organization in El Salvador recently informed me that her group has estimated that for every woman officially recorded as murdered in El Salvador, three women are reported "disappeared."  The ratio for men is roughly one to one.

28.     It was this ongoing and increasing societal violence—and not any potential policy change in the United States—that formed the basis for the U.N.'s prediction in December 2020 that the numbers of asylum seekers migrating in the region would increase. The U.N. report explained "that as [regional pandemic-related] movement restrictions ease, more people will flee—internally or across international borders—to escape extortion and violence by criminal groups, domestic violence, as well as other human rights abuses, amongst other push factors."[43] The head of UNICEF reiterated in an April 2021 briefing that Guatemala, El Salvador, and Honduras have "[a]mong the highest homicide and femicide rates in the world" and that asylum seekers from the region "are fleeing a tangle of dangers" including "[v]iolence and death threats"

---

[41] *Id.*
[42] *Id.*
[43] *Id.*

and "[w]eak or non-existence safety nets and infrastructure," exacerbated in part by "relentless natural disasters like last November's back-to-back hurricanes."[44]

29.     Notably, the August 2, 2021 CDC Title 42 Order itself notes that, "[a]ccording to data from DHS, encounters at the southern border have been rising since April 2020 due to several factors, including ongoing violence, insecurity, and famine in the Northern Triangle countries of Central America (El Salvador, Honduras, Guatemala)."[45] The government's most recent declaration likewise acknowledges that potential further increases in numbers of encounters at the southwest border will be "[d]ue to the impacts of the current pandemic, and the deteriorating economic conditions and increasing instability in the region from which the migrants originate."[46]

30.     This is because, for families fleeing crime and violence in the northern countries of Central America in particular, "no amount of danger or chance of deportation [will be] sufficient to dissuade [them] from leaving."[47] A 2014 Vanderbilt University survey of prospective migrants still living in the northern region of Central America, for example, indicated that U.S. immigration policy had no significant impact on such individuals' decisions

---

[44] UNICEF, *Remarks of UNICEF Executive Director Henrietta Fore*, Apr. 20, 2016, *available at* https://www.unicef.org/press-releases/unicef-executive-director-henrietta-fores-remarks-virtual%E2%80%AFbriefing-humanitarian.

[45] Centers for Disease Control & Prevention, Public Health Reassessment & Order Suspending the Right to Introduce Certain Persons from Countries where a Quarantinable Communicable Disease Exists, ECF No. 114, Ex. A, at 13 n.70 (Aug. 2, 2021).

[46] Declaration of David Shahoulian ¶ 23, ECF No. 113-1 (Aug. 2, 2021). However, as explained above, there is no basis for Mr. Shahoulian's unexplained further assertion that "these numbers will climb even higher if the CDC Order is enjoined." *See id.*

[47] Jonathan T. Hiskey et al., *Understanding the Central American Refugee Crisis: Why They Are Fleeing and How U.S. Policies Are Failing to Deter Them*, Am. Immigr. Council (Feb. 1, 2016), https://www.americanimmigrationcouncil.org/research/understanding-central-american-refugee-crisis.

to leave the region: "[K]nowledge of the risks of migration—deportation, border conditions, and treatment in the United States—played no significant role in who had plans to migrate and who did not have such plans."[48] Indeed, "all else being equal, individuals who thought deportations had increased in 2014 were just as likely to report intentions to migrate as those individuals who thought deportations had decreased since 2013."[49] These findings are consistent with my own research in Guatemala and Honduras, as well as the research of other experts in the field.

31.      Another study used survey data from El Salvador, Guatemala, and Honduras to assess whether enhanced deterrence efforts by the United States mitigate Central American immigration caused by crime and violence in the country of origin.[50] The study revealed that "individuals in El Salvador and Honduras who have experienced crime first hand multiple times are particularly likely to express intentions to migrate" and "persist in their migration plans even if they are fully aware of the dangers they are likely to encounter along the way and the high probability of deportation if they make it to the United States."[51] There is, in fact, an "utter lack of statistical significance" when it comes to U.S. immigration policy on migration from northern Central America, which "raise[s] questions about the effectiveness of current US efforts to deter future emigration from countries with high levels of crime and violence."[52] This means that "views of the dangers of migration to the United States, or the likelihood of deportation, do not seem to influence emigration plans in any meaningful way."[53]

---

[48] *Id.*

[49] *Id.*

[50] Jonathan T. Hiskey et al., *Leaving the Devil You Know: Crime Victimization, US Deterrence Policy, and the Emigration Decision in Central America*, 53 Latin Am. Res. Rev. 429, 430 (2018).

[51] *Id.*

[52] *Id.* at 442.

[53] *Id.* at 441.

32.     Again, all of this evidence is entirely consistent with the admission in Mr. Miller's declaration that even with the enforcement of the Title 42 process effecting a nearly complete abandonment of U.S. obligations to accept asylum seekers between April 2020 and January 2021, migration was not deterred and CBP border encounters instead increased each month both overall and (in each month but one) specifically as to families.[54]

## IV.  Conclusion

33.     Title 42 process itself predictably did not deter migration by asylum-seeking families, and there is no reason to expect that a preliminary injunction enjoining the application of the Title 42 process against such families will serve as a "pull factor" prompting additional migration by families beyond what would otherwise occur. Rather, in the coming months—as in recent months and in previous years, and in line with UNHCR and UNICEF's prediction in December 2020[55]—we should expect the number of families arriving at the southern border to be driven by the violence and harm such families are fleeing in their countries of origin.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 9, 2021 in Los Angeles, California.


_____
DR. CECILIA MENJÍVAR

---

[54] Declaration of Troy A. Miller ¶ 7, ECF No. 76-2 (Feb. 17, 2021).
[55] UNHCR & UNICEF, *Families on the Run: Why Families Flee from Northern Central America* (Dec. 2020), *available at* https://familiesontherun.org/#.

Exhibit A

**Cecilia Menjívar**
Professor and Dorothy L. Meier Social Equities Chair
(August 2021)

Department of Sociology                                     Phone: 310-267-4928
University of California, Los Angeles                       Skype: cecimenjivar
375 Portola Plaza, 264 Haines Hall Los Angeles, CA 90095-1551   Email: menjivar@soc.ucla.edu

**Positions Held**
2018-present Professor and Dorothy L. Meier Social Equities Chair, Department of Sociology, UCLA
2015-2018 Co-Director, Center for Migration Research, University of Kansas
2015-2018 Foundation Distinguished Professor, Department of Sociology, University of Kansas
2012- 2015 Associate Director, Sanford School of Social and Family Dynamics, Arizona State University
2008- 2015 Cowden Distinguished Professor, School of Social and Family Dynamics
2005-2007 Associate Professor, Program in Sociology, School of Social and Family Dynamics, ASU.
2001-2005 Associate Professor, School of Justice and Social Inquiry, Arizona State University.
1996-2001 Assistant Professor, School of Justice and Social Inquiry, Arizona State University.
9/94-12/95 Post-doctoral Fellow, RAND Corporation.
8/92-8/94 Chancellor's Postdoctoral Fellow, University of California, Berkeley.

**Affiliations, Appointments, and Visiting Positions**
2021-    Faculty Fellow (Affiliate since 2018), California Center for Population Research, UCLA
2019     Department of Sociology/HOMing Project, University of Trento, Italy (Summer)
2019-    Founding member, National Science Foundation College of Reviewers (GCR, NSF-wide program)
2019-    Immigrant Youth Task Force, UCLA
2014-2015 Member, National Academy of Sciences, Engineering and Medicine Committee on the
         Integration of Immigrants into American Society (see Waters & Pineau, 2015 volume below).
2014     Visiting Scholar (one week), Center for Gender & Leadership, Yerevan State University, Armenia
2012-2013 Immigration Policy Center, Washington DC, Senior Fellow (area: Immigrant Women)
2006-2008 Research Affiliate, Center on Race, Religion, and Urban Life (CORRUL), Rice University
2006     Fellow (not in residence), Mexican American and U.S. Latino Research Center, Texas A & M
2006-2012 Member, Working Group on Childhood and Migration (Drexel University)
2005     Visiting Professor, Yerevan State University, Yerevan, Armenia (Fall)
2003     Visiting Scholar, Maison des Sciences de l'Homme, Paris, France (Spring)
2000-    External Research Associate, Center for Comparative Immigration Studies, UC San Diego

**Education**
1992     Ph.D., Sociology. University of California, Davis.
1986     Master of Arts, Sociology. University of California, Davis.
1983     Master of Science, International Education. University of Southern California. Areas: Policy,
         Planning, and International Development.
1981     Bachelor of Arts, Psychology and Sociology, University of Southern California.

**Workshops and Additional Training**
1996     Southwest Institute for Research on Women Summer Institute, University of Arizona.
1989     University of Texas, Austin. IUPLR (training in qualitative methods). Summer.
1986, 1988 University of Michigan, Ann Arbor, Summer ICPSR (training in quantitative methods).
1985-86 Graduate Group in Demography, UC Berkeley. Demographic Theory and methods.
1984     University of Texas, El Paso (LULAC). Training in counseling immigrant teenagers.
1983     University of California, Los Angeles. Non-formal Education and Development Seminars.
1982     Université de Genève, Faculté de Lettres, Langue et Civilisation. Intermediate-advance French language.

**Awards and Honors**

2020-2023 President-elect, President, Past-President, American Sociological Association
2013-2016 Vice-President elect, Vice-President, Past Vice-President, American Sociological Association

*Research and Scholarship*
2020     Distinguished Career Award, International Migration Section, American Sociological Association
2018     2017 *Feminist Criminology* Best Article Award for ""Humane" Immigration Enforcement"
2017     Elected member, Sociological Research Association
2017     Andrew Carnegie Fellow
2017     Honorable Mention, Louis Wirth Best Article Award International Migration Section, American Sociological
         Association, 2017, for "Transformative Effects of Immigration Law."
2014     John Simon Guggenheim Fellow
2014     The Victoria Foundation Eugene Garcia Research Award
2014     Best Article Award, Latino/a Section, American Sociological Association, for *Legal Violence*
2013     *Fragmented Ties* among 12 most influential books on family since 2000, *Contemporary Sociology*
2013     Best Article Award, Latino Studies Section, Latin American Studies Association, for *Legal Violence*
2012     Distinguished Scholarship Award, Pacific Sociological Association, for *Enduring Violence*.
2012     Mirra Komarovsky Book Award, Eastern Sociological Society, for *Enduring Violence*.
2011     Hubert Herring Best Book Award, Pacific Coast Council on Latin American Studies, *Enduring Violence*.
2010     Julian Samora Distinguished Career Award, Latinos/as Section, American Sociological Association.
2009     Alpha Kappa Delta Distinguished Lecture, ASA meetings
2007     Distinguished Contribution to Research Award, Latinos/as Section, American Sociological Association.
2007     Alumni Association Faculty Achievement Award in Research, Arizona State University.
2002     Choice Outstanding Academic Titles in Social and Behavioral Sciences for *Fragmented Ties*.
2001     William J. Goode Outstanding Book Award, American Sociological Association Family Section,
         for *Fragmented Ties*
2001     Honorable mention, Thomas and Znaniecki Book Award, American Sociological Association
         International Migration Section for *Fragmented Ties*.
2001     Faculty Achievement Award, School of Justice Studies, Arizona State University.
1990-91 University of California Regents Dissertation Fellowship.
1989-90 American Sociological Association Minority Fellowship (1 year MFP Fellow).
1990     American Sociological Association Pre-doctoral Research Fellowship.

*Teaching and Mentoring*
2011 Outstanding Doctoral Mentor Award, Arizona State University (university-wide award)
2002     Outstanding Mentor Award, Graduate Women's Association, Arizona State University.
2002     Nominee, Outstanding Doctoral Mentor Award, Graduate College, Arizona State University.
2001     Student Affairs Honors (for enhancing the quality of life for ASU students), Student Affairs, ASU

*Other*
2015     Public Sociology Award, International Migration Section, American Sociological Association
2007     School of Justice & Social Inquiry, Affiliated Faculty Recognition Award.
2006     College Marshall (College of Liberal Arts & Sciences), Fall 2006 Commencement, ASU.
2002     Outstanding Achievement and Contribution Toward Advancing The Status of Women,
         Commission on the Status of Women, Arizona State University.
1983     Cum Laude, School of Education, University of Southern California.
1979-81 Member of Honor Societies in Psychology, Sociology, and Foreign Languages.

**Publications**

<u>Books</u>

2016    Cecilia Menjívar, Leisy Abrego and Leah Schmalzbauer. *Immigrant Families*. Cambridge, UK: Polity.

2014    Cecilia Menjívar. *Eterna Violencia: Vidas de las mujeres ladinas en Guatemala*. Guatemala: Ediciones del Pensativo & FLACSO-Guatemala. (Adapted & translated from *Enduring Violence*: *Ladina Women's Lives in Guatemala*.)
- Author meets critics & book presentation, FLACSO-Guatemala, Guatemala City, Nov. 18th 2014

2011    Cecilia Menjívar. *Enduring Violence: Ladina Women's Lives in Guatemala*. Berkeley, CA: University of California Press.
- Distinguished Scholarship Award, Pacific Sociological Association, 2012
- Mirra Komarovsky Book Award, Eastern Sociological Society, 2012
- Hubert Herring Best Book Award, Pacific Coast Council on Latin American Studies, 2011
- Chapter 2, "A Framework for Examining Violence," reprinted in Pp. 130-144 in *Gender through the Prism of Difference*, 5th Ed., by Maxine Baca Zinn, Pierrette Hondagneu-Sotelo, Michael A. Messner, & Amy M. Denissen. Oxford University Press, 2015.

2000    Cecilia Menjívar. *Fragmented Ties: Salvadoran Immigrant Networks in America*. Berkeley, CA: University of California Press.
- Among 20 books in "Influential Women of and for Anthropology*" Anthropology News*, American Anthropological Association, March 8th, 2017
- Among the 12 most influential books on the family since 2000, *Contemporary Sociology* 42 (3)
- William J. Goode Outstanding Book Award, American Sociological Association Family Section, 2001
- Honorable mention, Thomas & Znaniecki Book Award, American Sociological Association International Migration Section, 2001
- Choice Outstanding Academic Title in Social and Behavioral Sciences, 2002
- Review essay in *Contemporary Sociology*, 33 (4): 399-401 (2004)

<u>Edited volumes (including journal special issues)</u>

Forth   Cecilia Menjívar and Krista Perreira. (Eds.) *Undocumented and Unaccompanied: Children of Migration in the European Union and the United States*. London: Routledge (based on *Journal of Ethnic and Migration Studies* special issue)

2019    Cecilia Menjívar, Marie Ruiz and Immanuel Ness. (Eds.) *The Oxford Handbook of Migration Crises*. Oxford University Press.
- Listed in "Election 2020 Resources from Oxford University Press."

2019    Cecilia Menjívar and Krista Perreira (Guest Editors) "Undocumented and Unaccompanied: Children of Migration in the European Union and the United States." *Journal of Ethnic and Migration Studies,* 45 (2), January.

2017    Bryan Roberts, Cecilia Menjívar and Nestor Rodriguez (Eds.) *Deportation and Return in a Border Restricted World: Experiences in Mexico, El Salvador, Guatemala, and Honduras*. Springer International Publishing.

2015    Waters, M., & Pineau, M.G. (2015). (Eds.) (Contributing author.) *The Integration of Immigrants into American Society*. Committee on Immigrant Integration, National Academy of Sciences, Engineering, Medicine. Washington, DC: National Academy Press. (Peer reviewed)

2014    Cecilia Menjívar and Daniel Kanstroom. (Eds.) *Constructing Immigrant "Illegality": Critiques, Experiences, and Responses.* New York, NY: Cambridge University Press

2014    Elizabeth Aranda, Cecilia Menjívar, and Katharine M. Donato (Guest editors). "Spillover Effects of Immigration Enforcement in Local Contexts." *American Behavioral Scientist,* 58 (13) November.

2013    Cecilia Menjívar (Co-Editor with Saer Maty Ba, Michael Borgolte, Donna Gabaccia, Dirk Hoerder, Alex Julca, Marlou Shrover and Gregogry Woolf). *Encyclopedia of Global Human Migration* Vols. 1-5 (Editor-in-Chief: Immanuel Ness). Chichester Willey-Blackwell.

2012    Jørgen Carling, Cecilia Menjívar, and Leah Schmalzbauer (Guest editors). "Transnational Parenthood." *Journal of Ethnic and Migration Studies*, 38 (2) February.

2008    Havidán Rodríguez, Rogelio Sáenz and Cecilia Menjívar. (Eds.) *Latinos/as in the United States: Changing the Face of América.* New York: Springer

2008    Adrian Pantoja, Cecilia Menjívar, and Lisa Magaña (Guest editors). The Spring Marches of 2006: Latinos, Immigration, and Political Mobilization in the 21st Century. *American Behavioral Scientist,* 52 (4) December.

2006    Cecilia Menjívar (Guest editor). Public Religion and Immigration across National Contexts. *American Behavioral Scientist*, 49 (11) July.

2005    Cecilia Menjívar and Nestor P. Rodríguez. (Eds.) *When States Kill: Latin America, the US, and Technologies of Terror*. Austin, TX: University of Texas Press.

2003    Cecilia Menjívar (Ed.) *Through the Eyes of Women: Gender, Social Networks, Family and Structural Change in Latin America and the Caribbean.*" Ontario, Canada: de Sitter Publications. *Based on special issue of *Journal of Developing Societies* (see below)

2002    Cecilia Menjívar (Guest editor, double issue*).* Structural Changes and Gender Relations in Latin America and the Caribbean. Double issue of the *Journal of Developing Societies,* 18 (2-3).

Peer-Reviewed Articles (*denotes student or post-doc at the time of submission)

Forth   *Daniel Alvord and Cecilia Menjívar. "The Language of Immigration Coverage: The Arizona Republic and Media's Role in the Production of Social Illegality." *Sociological Perspectives*

2021    Carlos Santos, *German Cardenas, Cecilia Menjívar, and *Jesus Cisneros. "The development and evaluation of the Stigma of Illegality and Marginalization of Latinxs (SIML) scale: Links to psychological distress." *Du Bois Review: Social Science Research on Race,* 18 https://doi.org/10.1017/S1742058X21000199

2021    Irene Bloemraad and Cecilia Menjívar. "Precarious Times, Professional Tensions: The Ethics of Migration Research and the Drive for Scientific Accountability." *International Migration Review* https://doi.org/10.1177/01979183211014455

2021    Victor Agadjanian, *Byeongdon Oh, and Cecilia Menjívar. "(Il)legality and Subjective Well-Being: Central Asian Migrant Women in Russia." *Journal of Ethnic and Migration Studies* https://doi.org/10.1080/1369183X.2021.1872373

2021   *Adrian Bacong and Cecilia Menjívar. "Recasting the Immigrant Health Paradox through Intersections of Legal Status and Race." *Journal of Immigrant and Minority Health* https://doi.org/10.1007/s10903-021-01162-2

2021   Cecilia Menjívar. "The Racialization of Illegality." *Daedalus: Journal of the American Academy of Arts & Sciences*, 150 (2): 91-105

2021   Cecilia Menjívar. "Policing and Violence: The Less Visible Harms of Policing Practices." *The Brown Journal of World Affairs,* 27 (2): 1-12 (Main/lead essay)

2021   William P. Simmons, Cecilia Menjívar, and *Elizabeth Salerno Valdez. "The Gendered Effects of Local Immigration Enforcement: Latinas' Social Isolation in Chicago, Houston, Los Angeles, and Phoenix." *International Migration Review*, 55 (1): 108-134

2021   Walter J. Nicholls, Cecilia Menjívar, and *Daniel Alvord. ""No Tyson in Tongie!": The Battle to Protect a Rural Way of Life in Kansas." *Sociological Forum*, 36 (1): 29-50

2020   Cecilia Menjívar, Victor Agadjanian, and *Byeongdon Oh. "The Contradictions of Liminal Legality: Economic Attainment and Civic Engagement of Central American Immigrants on Temporary Protected Status." *Social Problems* doi.org/10.1093/socpro/spaa052

2020   *Andrea Gómez Cervantes and Cecilia Menjívar. "Legal Violence, Health, and Access to Care: Latina Immigrants in Rural and Urban Kansas" *Journal of Health and Social Behavior,* 61(3): 307-323

2020   *Erin Adamson, Cecilia Menjívar, and Shannon Drysdale Walsh. "The Impact of Adjacent Laws on Implementing Violence Against Women Laws: Legal Violence in the Lives of Costa Rican Women." *Law & Social Inquiry*, 45 (2): 432-489

2020   *Andrea Vest Ettekal, Sandra D. Simpkins, Cecilia Menjívar, and *Melissa Y. Delgado. "The Complexities of Culturally Responsive Organized Activities: Latino Parents' and Adolescents' Perspectives." *Journal of Adolescent Research*, 35 (3): 395-426

2019   Cecilia Menjívar and Krista Perreira. "Undocumented and Unaccompanied: Children of Migration in the European Union and the United States." (Introduction to special issue.) *Journal of Ethnic and Migration Studies*, 45 (2): 197-217

2018   Cecilia Menjívar, William P. Simmons, *Daniel Alvord, and *Elizabeth Salerno Valdez. "Immigration Enforcement, the Racialization of Legal Status, and Perceptions of the Police: Latinos in Chicago, Los Angeles, Houston, and Phoenix in Comparative Perspective." *Du Bois Review: Social Science Research on Race*, 15 (1): 107-128

2018   *Daniel Alvord, Cecilia Menjívar, and *Andrea Gómez Cervantes. "The Legal Violence in the 2017 Executive Orders: The Expansion of Immigrant Criminalization in Kansas." *Social Currents,* 5 (5): 411-42 (Lead article)

2018   Cecilia Menjívar, *Andrea Gómez Cervantes and *Daniel Alvord. ""The Expansion of "Crimmigration, Mass Detention, and Deportation." *Sociology Compass* 12 (4): e12573

2018   *Gómez Cervantes, Andrea, *Daniel Alvord, and Cecilia Menjívar. "'Bad Hombres:' The Effects of Criminalizing Latino Immigrants through Law and Media in the Rural Midwest." *Migration Letters,* 15 (2): 182-196

2018    Cecilia Menjívar and Sarah M. Lakhani. "Combining Qualitative Data in Research Among U.S. Immigrant Populations." *SAGE Research Methods Cases* doi.org/10.4135/9781526444356

2018    Cecilia Menjívar, Juliana Morris, and Nestor Rodriguez. "The Ripple Effects of Deportations to Honduras." *Migration Studies,* 6 (1): 120-139

2018    Olga Kornienko, Victor Agadjanian, Cecilia Menjívar, and *Natalia Zotova. "Financial and Emotional Support in Close Personal Ties among Central Asian Migrant Women in Russia." *Social Networks,* 53: 125-135

2018    Carlos E. Santos, Cecilia Menjívar, *Rachel A. VanDaalen, Olga Kornienko, Kimberly A. Updegraff and *Samantha N. Cruz. "Awareness of Arizona's Immigration Law SB 1070 Predicts Classroom Behavioural Problems among Latino Youth during Early Adolescence." *Ethnic and Racial Studies*, 41 (9): 1672-1690

2017    *Alex Lin, *Erin Gaskin, Sandra Simpkins and Cecilia Menjívar. "Cultural Values and Other Perceived Benefits of Organized Activities: A Qualitative Analysis of Mexican-Origin Parents' Perspectives in Arizona." *Applied Developmental Science*, 22 (2): 89-109 (Lead article)

2017    Leisy Abrego, Mat Coleman, Daniel E. Martinez, Cecilia Menjívar, and Jeremy Slack. "Making Immigrants into Criminals: Legal Processes of Criminalization in the Post-IIRIRA Era." *Journal on Migration and Human Security*, 5 (3): 694-715

2017    *Andrea Gomez Cervantes, Cecilia Menjívar, and William S. Staples. ""Humane" Immigration Enforcement and Latina Immigrants in the Detention Complex." *Feminist Criminology*, 12 (3): 269-292

- 2017 *Feminist Criminology* Best Article Award (given in 2018)

2017    Cecilia Menjívar and Shannon Drysdale Walsh. "The Architecture of Feminicide: The State, Inequalities, and Everyday Gender Violence in Honduras." *Latin American Research Review,* 52(2): 221-240

2017    Victor Agadjanian, Cecilia Menjívar, and *Natalia Zotova. "Legality, Racialization, and Immigrants' Experiences of Ethnoracial Harassment in Russia." *Social Problems*, 64 (4): 558-576

- Included in Immigrants' Incorporation virtual issue, *Social Problems* https://academic.oup.com/socpro/pages/immigration_vi

2017    *Chara Price, Sandra Simpkins and Cecilia Menjívar. "Sibling Behaviors and Mexican-Origin Adolescents' After-School Activities." *Journal of Adolescent Research,* 32 (2): 127-154 (lead article)

2016    Shannon Drysdale Walsh and Cecilia Menjívar. "What Guarantees Do We Have?" Legal Tolls and Persistent Impunity for Feminicide in Guatemala." *Latin American Politics and Society*, 58 (4): 31-55

2016    Cecilia Menjívar and Sarah M. Lakhani. "Transformative Effects of Immigration Law: Migrants' Personal and Social Metamorphoses through Regularization." *American Journal of Sociology*, 121 (6): 1818-1855

- Louis Wirth Best Article Award Honorable Mention, International Migration Section, American Sociological Association, 2017.

2016    Shannon Drysdale Walsh and Cecilia Menjívar. "Impunity and Multisided Violence in the Lives of Latin American Women: El Salvador in Comparative Perspective." *Current Sociology,* 64 (4): 586-602.

2016    Menjívar, Cecilia and Shannon Drysdale Walsh. "Subverting Justice: Socio-Legal Determinants of Impunity for Violence against Women in Guatemala." *Laws* 5 (3): 1-20.

2016    *Alex R. Lin, Cecilia Menjívar, *Andrea Vest Ettekal, Sandra D. Simpkins, *Erin Gaskin and *Annelise Pesch. ""They Will Post a Law About Playing Soccer" and other Ethnic/Racial Microaggressions in Organized Activities Experienced by Mexican-Origin Families." *Journal of Adolescent Research,* 31 (5): 557-581

2016    Cecilia Menjívar. "Immigrant Criminalization in Law and the Media: Effects on Latino Immigrant Workers' Identities in Arizona." *American Behavioral Scientist*, 60 (5-6): 597-616

2015    *Dulce Medina and Cecilia Menjívar. "The Context of Return Migration: Challenges of Mixed-status Families in Mexico's Schools." *Ethnic and Racial Studies*, 38 (12): 2123-2139

2015    *Haruna Fukui and Cecilia Menjívar. "Bound by Inequality: The Social Capital of Older Asian and Latinos in Phoenix, Arizona." *Ethnography,* 16 (4): 416-437

2015    María E. Enchautegui and Cecilia Menjívar. "Paradoxes of Family Reunification Law: Family Separation and Reorganization under the Current Immigration Regime." *Law & Policy,* 37(1-2): 32-60.
            • Immigration Article of the Day" April 1, 2015, ImmigrationProf Blog

2015    William Simmons, Cecilia Menjívar and Michelle Téllez. "Violence and Vulnerability of Female Migrants in Drop Houses in Arizona: The Predictable Outcome of a Chain Reaction of Violence." *Violence Against Women,* 21 (5): 551-570

2014    Cecilia Menjívar. "Immigration Law Beyond Borders: Externalizing and Internalizing Border Controls in an Era of Securitization." *Annual Review of Law and Social Science,* 10: 353-369

2014    *Jennifer Arney and Cecilia Menjívar. "Medicalization of Emotionality in DTCA: Techniques Used to Expand the Antidepressant Market." *Sociological Inquiry*, 84 (4): 519-544

2014    Victor Agadjanian, *Evgenia Gorina, and Cecilia Menjívar. "Economic Incorporation, Civil Inclusion, and Social Ties: Plans to Return Home among Central Asian Migrant Women in Moscow, Russia." *International Migration Review*, 48 (3): 577-603. (Lead article)

2014    Elizabeth Aranda, Cecilia Menjívar and Katharine M. Donato. "The Spillover Consequences of an Enforcement-First U.S. Immigration Regime." (Introduction to special issue.) *American Behavioral Scientist*, 58 (13): 1687-1695.

2014    Cecilia Menjívar. The "Poli-Migra": Multi-layered legislation, enforcement practices, and What We Can Learn About and From Today's Approaches." *American Behavioral Scientist*, 58 (13): 1805-1819.

2014    *Silvia Dominguez and Cecilia Menjívar. "Beyond Individual and Visible Acts of Violence: A Framework to Examine the Lives of Women in Low-Income Neighborhoods." *Women's Studies International Forum* 44 (1): 184-195

2013    Carlos Santos and Cecilia Menjívar. "Youth's Perspective on Senate Bill 1070 in Arizona: The Socioeconomic Effects of Immigration Policy." *Association of Mexican-American Educators (AMAE) Journal*, Special invited issue, 7 (2): 7-17. (Lead article)

2013    Cecilia Menjívar. "Central American Immigrant Workers and Legal Violence in Phoenix, Arizona." *Latino Studies*, 11 (2): 228-252

2013   *Zeynep Kiliç and Cecilia Menjívar. "Fluid Adaptation of Contested Identities: Second Generation Turks in Germany and the United States." *Social Identities*, 19 (2): 204-220.

2012   Tanya Golash-Boza and Cecilia Menjívar. "Causes and Consequences of International Migration: Sociological Evidence for the Right to Mobility." *The International Journal of Human Rights*, 16 (8): 1213-1227.

- Reprinted in pp. 91-105, *New Directions in the Sociology of Human Rights*, edited by Patricia Hynes, Michele Lamb, Damien Short and Matthew Waites. London: Routledge, 2014

2012   *Olivia Salcido and Cecilia Menjívar. "Gendered Paths to Legal Citizenship: The Case of Latin American Immigrants in Phoenix." *Law & Society Review* 46 (2): 335-368.

- Reprinted in *Immigration, Refugee & Citizenship Law eJournal*, Vol. 14, No. 67. (Lead article)

2012   Cecilia Menjívar and *Leisy J. Abrego "Legal Violence: Immigration Law and the Lives of Central American Immigrants." *American Journal of Sociology*, 117 (5): 1380-1421.

- Best Article Award, Latino/a Section, American Sociological Association, 2014
- Best Article Award, Latino Studies Section, Latin American Studies Association 2013
- Spanish translation: "Violencia Legal: La ley de inmigración y las vidas de los inmigrantes centroamericanos." Pp. 173-246 in *Visiones de acá y de allá: Implicaciones de la política antimigrante en las comunidades de origen mexicano en Estados Unidos y México*, Carlos G. Vélez-Ibáñez, Roberto Sánchez Benítez and Mariángela Rodríguez Nicholls, eds. México D.F.: UNAM, 2015

2012   *Aysem R. Şenyürekli and Cecilia Menjívar. "Turkish Immigrants' Hopes and Fears Around Return Migration." *International Migration*, 50 (1): 3-19 (Lead article)

2012   Cecilia Menjívar. "Transnational Parenting and Immigration Law: The Case of Central Americans in the United States." *Journal of Ethnic and Migration Studies*, 38 (2): 301-322.

2012   *Nels Paulson and Cecilia Menjívar. "Religion, the State, and Disaster Relief in the United States and India." *International Journal of Sociology and Social Policy*, 32 (3-4): 179-196.

2012   Jørgen Carling, Cecilia Menjívar, and Leah Schmalzbauer. "Central Themes in the Study of Transnational Parenthood." (Introduction to special issue.) *Journal of Ethnic and Migration Studies*, 38 (2): 191-217.

2011   Cecilia Menjívar. "The Power of the Law: Central Americans' Legality and Everyday Life in Phoenix, Arizona." *Latino Studies*, 9 (4): 377-395. (Lead article)

2011   Victor Agadjanian and Cecilia Menjívar. "Fighting Down the Scourge, Building up the Church: Organizational Constraints in Religious Involvement with HIV/AIDS in Mozambique." *Global Public Health*, 6 (2): S148-S162.

2011   *Leisy J. Abrego and Cecilia Menjívar. "Immigrant Latina Mothers as Targets of Legal Violence." *International Journal of Sociology of the Family*, 37 (1): 9-26. (Lead article of special issue)

2011   *Sean McKenzie and Cecilia Menjívar. "The Meanings of Migration, Remittances, and Gifts: The views of Honduran Women Who Stay." *Global Networks: a Journal of Transnational Affairs*, 11 (1): 63-81.

2010   *Lilian Chavez and Cecilia Menjívar. "Children without Borders: A Mapping of the Literature on Unaccompanied Migrant Children to the United States." *Migraciones Internacionales*, 5 (3): 71-111.

2010   Cecilia Menjívar. "Immigrants, Immigration, and Sociology: Reflecting on the State of the Discipline." Inaugural Sociological Inquiry Distinguished Essay, *Sociological Inquiry*, 80 (1): 3-26. (Lead article)

2008   Adrian Pantoja, Cecilia Menjívar and Lisa Magaña. "The Spring Marches of 2006: Latinos, Immigration, and Political Mobilization in the 21st Century." (Introduction to special issue.) *American Behavioral Scientist* 52 (4): 499-506.

2008   Cecilia Menjívar. "Corporeal Dimensions of Gender Violence: Women's Self and Body in Eastern Guatemala." *Studies in Social Justice*, 2(1): 12-26

2008   Cecilia Menjívar. "Educational Hopes, Documented Dreams: Guatemalan and Salvadoran Immigrants' Legality and Educational Prospects." *The ANNALS of the American Academy of Political and Social Science*, 620 (1): 177-193.

2008   Cecilia Menjívar. "Violence and Women's Lives in Eastern Guatemala: A Conceptual Framework." *Latin American Research Review* 43 (3): 109-136.

- Earlier version published as "Violence and Women's Lives in Eastern Guatemala: A Conceptual Framework." 2008. WID (*Women & International Development) Working Paper Series*, #290 (peer reviewed & refereed), Michigan State University: Center for Gender in Global Context.

2008   Victor Agadjanian and Cecilia Menjívar. "Talking through the "Epidemic of the Millennium": Congregation-based informal communication about HIV/AIDS in Mozambique." *Social Problems* 55 (3): 301-321 (Lead article)

2007   Cecilia Menjívar and Victor Agadjanian. "Men's Migration and Women's Lives: Views from Rural Armenia and Guatemala." *Social Science Quarterly* 88 (5): 1243-1262.

- Reprinted in *Web Anthology on Migration and Remittances* (Topic 15), Richard H. Adams, Jr., Hein de Haas, Richard Jones, and Una O. Osili, eds. NY: Social Science Research Council, 2012

2006   Cecilia Menjívar. "Public Religion and Immigration across National Borders." (Introduction to special issue.) *American Behavioral Scientist*, 49 (11): 1447-1454

2006   Cecilia Menjívar. "Global Processes and Local Lives: Guatemalan Women's Work at Home and Abroad." *International Labor and Working Class History* 70 (1): 86-105.

2006   Cecilia Menjívar. "Family Reorganization in a Context of Legal Uncertainty: Guatemalan and Salvadoran Immigrants in the United States." *International Journal of Sociology of the Family*, 32 (2): 223-245.

- Reprinted in pp. 90-114, *Globalization and the Family*, edited by Nazli Kibria and Sunil Kukreja. New Delhi & Kuala Lumpur: Ashwin-Anoka Press, 2007.

2006   Cecilia Menjívar. "Liminal Legality: Salvadoran and Guatemalan Immigrants' Lives in the United States." *American Journal of Sociology*, 111 (4): 999-1037.

- Featured in Discoveries: New and Noteworthy Social Research, as "Between 'documented' and 'undocumented.'" *Contexts: Understanding People in their Social Worlds*, 5 (4): 8-9 (2006)

- Winner, Best Article Award, 2007, Latino/a Section, American Sociological Association

2005    *Michelle Moran-Taylor and Cecilia Menjívar. "Unpacking Notions of Return: Guatemalan and Salvadoran Migrants in Phoenix." *International Migration*, 43 (4): 91-131.

2004    Cecilia Menjívar and *Cynthia Bejarano. "Latino Immigrants' Perceptions of Crime and of Police Authorities: A Case Study from the Phoenix Metropolitan Area." *Ethnic and Racial Studies,* 27 (1): 120-148.

2003    Cecilia Menjívar. "Reflections from One Latino Field: Notes from Research Among Central Americans in the United States." *Cahiers des Amériques Latines*, 42 (1): 69-80.

2003    Cecilia Menjívar. "Religion and Immigration in Comparative Perspective: Salvadorans in Catholic and Evangelical Communities in San Francisco, Phoenix, and Washington D.C." *Sociology of Religion*, 64 (1): 21-45.

- Featured in Discoveries: New and Noteworthy Social Research, as "Different Paths to Americanism," *Contexts: Understanding People in their Social Worlds*, 3 (2): 9 (2004)

- Reprinted in pp. 246-263, *Perspectives in Social Research Methods and Analysis: A Reader for Sociology*, Howard Lune, Enrique S. Pumar and Ross Koppel, eds.  Sage, 2010

2002    Cecilia Menjívar and *Sang Kil. "For Their Own Good: Benevolent Rhetoric and Exclusionary Language in Public Officials' Discourse on Immigrant-related Issues" *Social Justice,* 29(1-2): 160-176.

2002    Cecilia Menjívar and *Olivia Salcido. "Immigrant Women and Domestic Violence: Common Experiences in Different Countries." *Gender & Society*, 16 (6): 898-920.

- Reprinted in pp. 123-136, *Gender Through the Prism of Difference*, Maxine Baca Zinn, Pierrette Hondagneu-Sotelo and Michael A. Messner, eds. Oxford University Press, 2005 (3rd ed).

2002    Cecilia Menjívar. "The Ties that Heal: Guatemalan Immigrant Women's Networks and Medical Treatment." *International Migration Review*, 36 (2): 437-466.

2002    Cecilia Menjívar. "Living in two worlds? Guatemalan-origin children in the United States and emerging transnationalism." *Journal of Ethnic and Migration Studies*, 28 (3): 531-552.

2002    Cecilia Menjívar. "Structural Changes and Gender Relations in Latin America and the Caribbean." (Introduction to special issue.) *Journal of Developing Societies*, 18 (2-3): 1-10.

2001    Cecilia Menjívar. "Latino Immigrants and Their Perceptions of Religious Institutions: Cubans, Salvadorans, and Guatemalans in Phoenix, AZ." *Migraciones Internacionales* 1 (1): 65-88. (Invited, peer-reviewed article for inaugural issue.)

2001    *Emily Skop and Cecilia Menjívar. "Phoenix: The Newest Latino Immigrant Gateway?" *Association of Pacific Coast Geographers Yearbook*, 63: 63-76.

1999    Cecilia Menjívar. "Religious Institutions and Transnationalism: A Case Study of Catholic and Evangelical Salvadoran Immigrants." *International Journal of Politics, Culture and Society*, 12 (4): 589-612.

- Spanish translation: Instituciones religiosas y transnacionalismo: El caso de inmigrantes salvadoreños católicos y evangélicos, en *Istmo: Revista Virtual de Estudios Literarios y Culturales Centroamericanos*, Vol. 8, 2004.

1999    Cecilia Menjívar. "The Intersection of Work and Gender: Central American Immigrant Women and Employment in California." *American Behavioral Scientist*, 42(4): 595-621.

- Reprinted in pp. 101-126, *Gender and U.S. Immigration: Contemporary Trends*, edited by Pierrette Hondagneu-Sotelo. Berkeley: University of California Press, 2003.

1998    Cecilia Menjívar, Julie DaVanzo, Lisa Greenwell, and R. Burciaga Valdez. "Remittance Behavior of Filipino and Salvadoran Immigrants in Los Angeles." *International Migration Review*, 32 (1): 99-128.

1997    Cecilia Menjívar. "Immigrant Kinship Networks and the Impact of the Receiving Context: Salvadorans in San Francisco in the early 1990s." *Social Problems*, 44 (1): 104-123.

1997    Cecilia Menjívar. "Immigrant Kinship Networks: The Case of Vietnamese, Salvadorans, and Mexicans in Comparative Perspective" *Journal of Comparative Family Studies*, 28 (1): 1-24. (Lead article).

1996    Cecilia Menjívar. "Continuidad, transformación o ruptura?: las experiencias de refugiadas salvadoreñas en Estados Unidos" *Revista Mundial de Sociología* (*World Review of Sociology*) 2: 51-84.

1995    Cecilia Menjívar. "Kinship Networks Among Recent Immigrants: Lessons from a Qualitative Comparative Approach" *International Journal of Comparative Sociology*, 36 (3-4): 97-109.

1995    Cecilia Menjívar. "Immigrant Social Networks: Implications and Lessons for Policy." *Harvard Journal of Hispanic Policy* 8: 35-59.

1994    Cecilia Menjívar. "Salvadorean Migration to the United States in the 1980s: What Can We Learn *About* it and *From* it?" *International Migration* 32 (3): 371-401. (Lead article).

1993    Cecilia Menjívar. "History, Economy, and Politics: Macro and Micro-level Factors in Recent Salvadorean Migration to the United States." *Journal of Refugee Studies* 6 (4): 350-371.

Chapters in Edited Volumes (editor, board, or peer reviewed):

Forth    Cecilia Menjívar and Leydy Diossa-Jiménez. "State Accountability and Feminicide." In *The Routledge Handbook of Femicide/Feminicide*, edited by Myrna Dawson and Saide Mobayed

Forth    Cecilia Menjívar. "The Catholic Church and Central American Immigrants in the United States." In *The Oxford Handbook of Latino/a Christianities in America*, edited by Kristy Nabhan-Warren. Oxford University Press

Forth    Cecilia Menjívar. "Sociology: Central America." in the *Handbook of Latin American Studies*, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

Forth    Leisy Abrego and Cecilia Menjívar. "Central American Migration to the United States: Historical Roots and Current Conditions." In *The Handbook of Latin American Migration*, edited by Andreas Feldmann, Jorge Durand, Stephanie Schütze and Xóchitl Bada. Routledge

2021    Cecilia Menjívar, *Andrea Gómez Cervantes, and William Staples. "Masking Punitive Practices:

Latina Immigrants' Experiences in the U.S. Detention Complex." In *Latinas in the Justice System Victims, Targets, and Offenders*, edited by Vera Lopez and Lisa Pasko. New York: New York University Press

2021    Cecilia Menjívar. "Guatemalan Origin Children's Transnational Ties." Pp. 121-133 in *Critical Diálogos in Latinx Studies Anthology*, edited by Ana Y Ramos-Zayas and Mérida Rúa. New York University Press.

2020    Cecilia Menjívar and *Andrea Gómez Cervantes. "Bureaucracies of Displacement: From Immigrants' Social and Physical Exclusion to their Judicial Removal." Pp. 475-491 in *The Handbook of Displacement*, edited by Peter Adey, Janet Bowstead, Katherine Brickell, Vandana Desai, Mike Dolton, Alasdair Pinkerton, and Ayesha Siddiqi. Palgrave McMillan

2020    Cecilia Menjívar. "Document Overseers, Enhanced Enforcement, and Racialized Local Contexts: Experiences of Latino Immigrants in Phoenix, AZ." Pp. 153-178 in *Paper-Trails: Migrants, Documents, and Insecurity in the Global North,* edited by Sarah Horton and Josiah Heyman. Duke University Press

2019    Cecilia Menjívar. "Undocumented (or Unauthorized) Immigration." Pp. 369-381in *The Routledge International Handbook of Migration Studies, 2nd Edition*, edited by Steven J. Gold and Stephanie J. Nawyn. Routledge

2019    Cecilia Menjívar. "Sociology: Central America." Pp. 502-514 in the *Handbook of Latin American Studies*, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2019    Nina Rabin and Cecilia Menjívar. "On Their Own: Immigrant Youth Navigating Legal Systems." Pp. 89-101 in *Illegal Encounters: The Effect of Detention and Deportation on Young People*, edited by Deborah A. Boehm and Susan J. Terrio. New York University Press.

2019    Cecilia Menjívar and Shannon Drysdale Walsh. "Gender, Violence, and Migration." Pp. 45-57 in *The Handbook on Critical Geographies of Migration*, edited by Katharyne Mitchell, Reece Jones, and Jennifer Fluri. UK: Edward Elgar Publishing

2018    *Andrea Gómez Cervantes and Cecilia Menjívar. "Mass Deportation: Forced Removal, Immigrant Threat, and a Disposable Labor Force in a Global Context." Pp. 527-546 in *The Handbook of Race, Ethnicity, Crime, and Justice*, edited by Ramiro Martinez Jr., Meghan E. Hollis, and Jacob I. Stowell. Wiley Blackwell.

2018    Cecilia Menjívar and *Andrea Gómez Cervantes. "Immigration" Pp. 319-338 in *The Cambridge Handbook of Social Problems*, Vol. 1, edited by Javier A. Treviño. New York: Cambridge University Press.

2018    Cecilia Menjívar, *Andrea Gómez Cervantes and *Daniel Alvord. "Two Decades of Constructing Immigrants as Criminals." Pp. 193-204 in *The Routledge Handbook of Immigration and Crime,* edited by Holly Ventura Miller and Anthony Peguero. Routledge

2017    Cecilia Menjívar. "Illegality." Pp. 93-96 in *Keywords for Latino Studies*, edited by Deborah R. Vargas, Nancy Raquel Mirabal, and Lawrence La Fountain Stokes. New York: New York University Press.

- This volume was named a 2018 Choice Outstanding Academic Title

2017   Bryan Roberts, Cecilia Menjívar and Nestor Rodriguez. "Voluntary and Involuntary Return Migration." (Introduction) Pp. 3-26 in *Deportation and Return in a Border-Restricted World: Experiences in Mexico, El Salvador, Guatemala, and Honduras*. Springer.

2017   Cecilia Menjívar. "Spaces of Legal Ambiguity: Central American Immigrants, 'Street-level Workers,' and Belonging." Pp. 36-52 in *Within and Beyond Citizenship: Borders, Membership, and Belonging*, edited by Roberto G. Gonzalez and Nando Sigona. London & New York: Routledge.

2017   Angélica Reina Paez and Cecilia Menjívar. "Understanding Intersectional Factors Surrounding Providers' Views and Latina Immigrant Victims' Access to Anti-Domestic Violence Services in the Midwest." Pp. 171-188 in *Routledge Handbook on Victims' Issues in Criminal Justice*, edited by Cliff Roberson. New York & London: Routledge

2016   Cecilia Menjívar. "Sociology: Central America." Pp. 519-528 in the *Handbook of Latin American Studies*, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2016   Cecilia Menjívar and *Andrea Gómez Cervantes. "The Effects of Parental Undocumented Status on Families and Children." *Children, Youth, and Families News* (Kalina Brabeck, editor), American Psychological Association. http://www.apa.org/pi/families/resources/newsletter/2016/11/undocumented-status.aspx

2016   Cecilia Menjívar. "Normalizing Suffering, Robadas, and Marital Unions among Ladinas in Eastern Guatemala." Pp. 75-85 in *Marital Rape: Consent, Marriage and Social Change in Global Context*, edited by Kersti Yllö and M. Gabriela Torres. Oxford University Press.

2015   Victor Agadjanian, Cecilia Menjívar, and *Arusyak Sevoyan. "The Impact of Male Labour Migration on Women and Households in Rural Armenia." Pp. 203-217 in *Armenians around the World: Migration and Transnationality*, edited by Artur Mkrtichyan. Frankfurt am Main: Peter Lang.

2015   Cecilia Menjívar and María Enchautegui. "Confluence of the Economic Recession and Immigration Laws in the Lives of Latino Immigrant Workers in the United States." Pp. 105-126 in *Immigrant Vulnerability and Resilience: Comparative Perspectives on Latin American Immigrants During the Great Recession*, edited by María Aysa-Lastra and Lorenzo Cachón. Springer

2015   Cecilia Menjívar. "Central American Immigrant Workers: How Legal Status Shapes the Labor Market Experience." Pp. 3-28 in *Immigration and Work (Research in the Sociology of Work)*, Vol. 27, edited by Jody Agius Vallejo. Emerald Group Publishing Ltd.

2014   Cecilia Menjívar. "Implementing a Multilayered Immigration System: The Case of Arizona." Pp. 179-204 in *Hidden Lives and Human Rights in the United States: Understanding the Controversies and Tragedies of Undocumented Immigration*, edited by Lois A. Lorentzen. Santa Barbara, CA: Praeger.

2014   Cecilia Menjívar. "Sociology: Central America." Pp. 47-59 in the *Handbook of Latin American Studies*, Vol., 69, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2014   *Bruce Rogers and Cecilia Menjívar. "Simulating the Social Networks and Interactions of Poor Immigrants." Pp. 336-355 in *Mixed Methods Social Networks Research: Design and Applications*, edited by Silvia Dominguez and Betina Hollstein. New York: Cambridge University Press

2014   Cecilia Menjívar and Susan Coutin. "Challenges of Recognition, Participation and Representation for the

Legally Liminal." Pp. 325-330 in In *Migration, Gender and Social Justice*, edited by Tanh-Dam Truong, Des Gasper, Jeff Handmaker and Sylvia I. Berg. Heidelberg & New York: Springer (online 9/2013)

2014    Cecilia Menjívar and Daniel Kanstroom. "Immigrant Illegality:  Constructions, Critiques, and Responses." (Introduction.) Pp. 1-33 in *Constructing Immigrant "Illegality": Critiques, Experiences, and Responses*, edited by Cecilia Menjívar and Daniel Kanstroom. New York: Cambridge University Press.

2013    Victor Agadjanian, Cecilia Menjívar and *Boaventura Cau. "Economic Uncertainties, Social Strains, and HIV Risks: Effects of Male Labor Migration on Rural Women in Mozambique." Pp. 234-251 in *How Immigrants Impact their Homelands*, edited by Susan E. Eckstein and Adil Najam. Durham, NC: Duke University Press.

2013    Carlos Santos, Cecilia Menjívar, and Erin Godfrey. "Effects of SB 1070 on Children." Pp. 79-92 in *Latino Politics and Arizona's Immigration Law SB 1070*, edited by Lisa Magaña and Erik Lee. New York: Springer.

2013    Cecilia Menjívar. "Undocumented (or Unauthorized) Immigration." Pp. 355-365 in *Routledge International Handbook of Migration Studies*, edited by Steven J. Gold and Stephanie J. Nawyn. New York, NY: Routledge Press.

2012    Cecilia Menjívar. "Violencia en la vida de las mujeres en Guatemala." Pp. 211-234 in *Diálogos Interdisciplinarios sobre Violencia Sexual*, edited by Patricia Ravelo Blancas and Héctor Domínguez Ruvalcaba. Mexico, DF: FONCA, Ediciones EON & LLILAS.

2012    Cecilia Menjívar. "Sociology: Central America." Pp. 501-509 in the *Handbook of Latin American Studies*, Vol., 67, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2012    Cecilia Menjívar. "U.S. Immigration Law, Immigrant Illegality, and Immigration Reform." Pp. 63-71 in *Agenda for Social Justice: Solutions 2012*, edited by Glenn W. Muschert, Kathleen Ferraro, Brian V. Klocke, Robert Perrruci and Jon Shefner. Nnoxville, TN: Society for the Study of Social Problems.

2011    Cecilia Menjívar. "Mujeres migrantes en el contexto de la globalización: el caso de centroamericanas/os en Estados Unidos." Pp. 173-188 in *Mujeres Escribas: Tejedoras de pensamientos. II Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011*. Guatemala: FLACSO

2011    Rogelio Sáenz, Cecilia Menjívar, and *San Juanita Edilia Garcia. "Arizona's SB 1070: Setting Conditions for Violations of Human Rights Here and Beyond." Pp. 155-178 in *Sociology and Human Rights: A Bill of Rights for the Twenty-first Century*, edited by Judith Blau and Mark Frezzo. Los Angeles, CA: Sage/Pine Forge Press.

   • Reprinted in titled *Governing Immigration Through Crime: A Reader*, edited by Julie Dowling and Jonathan Inda. Stanford, CA: Stanford University Press, 2013

2010    Cecilia Menjívar. "Immigrant Art as Liminal Expression: The Case of Central Americans." Pp 176-196 in *Art in the Lives of Immigrant Communities in the United States*, edited by Paul DiMaggio and Patricia Fernández-Kelly. New Brunswick, NJ: Rutgers University Press.

2010    Cecilia Menjívar. "Latino immigrants, gender and poverty in the United States." Pp. 266-271 in *The International Handbook on Gender and Poverty: Concepts, Research, Policy*, edited Sylvia Chant. Cheltenham, UK: Edward Elgar.

2009    *Sang Kil, Cecilia Menjívar, and Roxanne Doty. "Securing Borders: Patriotism, Vigilantism and the Brutalization of the US American Public." Pp. 297-312 in Immigration, *Crime, and Justice*, edited by William F. McDonald. Bingley, UK: Emerald/JAI Press.

2009    Cecilia Menjívar and *Leisy J. Abrego. "Parents and Children across Borders: Legal Instability and Intergenerational Relations in Guatemalan and Salvadoran Families." Pp. 160-189 in *Across Generations: Immigrant Families in America*, edited by Nancy Foner. New York: New York University Press.

  • Italian translation: "Genitori e figli confine: instabilità legale e rapporti intergenerazionali nelle famiglie guatemalteche e salvadoregne." *Famiglie Migranti*, ed Maurizio Ambrosini, in *Mondi Migranti: Rivista di studi e ricerche sulle migrazione internazionali*, 1: 7-34, 2009 (lead article).

2009    Nestor P. Rodríguez and Cecilia Menjívar. "Central American Immigrants and Racialization in a PostCivil Rights Era." Pp. 183-199 in *How the United States Racializes Latinos: White Hegemony and its Consequences*, edited by José A. Cobas, Jorge Duany, and Joe R. Feagin. Boulder & London: Paradigm Publishers.

  • Reprinted in the 2nd edition of the volume, published by Routledge, New York, 2016

2008    Cecilia Menjívar and Rubén G. Rumbaut. "Rights of Migrants." Pp. 60-74 in *The Leading Rogue State: The United States and Human Rights*, edited by Judith Blau, David L. Brunsma, Alberto Moncada, and Catherine Zimmer. Boulder, CO & London: Paradigm Publishers.

2007    Cecilia Menjívar. "Salvadorans." Pp. 412-420 in *The New Americans: A Guide to Immigration Since 1965*," edited by Mary Waters C. and Reed Ueda. Cambridge, Mass.: Harvard University Press.

2006    Cecilia Menjívar. "Serving Christ in the Borderlands: Faith Workers Respond to Border Violence." Pp. 104-121 in *Religion and Social Justice for Immigrants*, edited by Pierrette Hondagneu-Sotelo. Rutgers University Press.

2006    *Sang Hea Kil and Cecilia Menjívar. "The "War on the Border:" The Criminalization of Immigrants and the Militarization of the U.S.-Mexico Border." Pp. 164-188 in *Immigration and Crime: Ethnicity, Race and Violence*, edited by Ramiro Martinez, Jr. and Abel Valenzuela, Jr. New York University Press.

2005    Cecilia Menjívar and Néstor Rodríguez. "State Terror in the U.S.-Latin American Interstate Regime. (Introduction.) Pp. 3-27 in *When States Kill: Terror in the U.S.-Latin American Interstate Regime*, edited by Cecilia Menjívar and Néstor Rodríguez. Austin: University of Texas Press.

2005    Cecilia Menjívar and Néstor Rodríguez. "New Responses to State Terror." (Conclusion.) Pp. 335-346 in *When States Kill: Terror in the U.S.-Latin American Interstate Regime*, edited by Cecilia Menjívar and Néstor Rodríguez. Austin: University of Texas Press.

2005    Cecilia Menjívar. "Immigrants and Refugees." Pp. 307-318 in *Companion to Gender Studies*, edited by Philomena Essed, David Theo Goldberg, and Audrey Kobayashi. London: Blackwell Publishers.

2004    Cecilia Menjívar. "El Salvador." Pp. 155-171 in *Teen Life in Latin America and the Caribbean*, edited by Cynthia Margarita Tompkins and Kristen Sternberg. Westford, Conn: Greenwood Press.

2004    Flavio Francisco Marsiglia and Cecilia Menjívar. "Nicaraguan and Salvadoran Children and Families," Pp. 253-273 in *Culturally Competent Practice with Immigrant and Refugee Children and Families*, edited by Rowena Fong. New York: Guilford Publications.

2002    Cecilia Menjívar and Lisa Magaña. "Immigration to Arizona: Diversity and Change." Pp. 53-71 in *Arizona Hispanics: The Evolution of Influence*, 81st Arizona Town Hall, edited by Louis Olivas. Tempe: Arizona State University.

- Reprinted in Arizona as a Border State—Competing in the Global Economy, 86th Arizona Town Hall, 2005.

2002    Geeta Chowdhry and Cecilia Menjívar. "(En)Gendering Development, Race(ing) Women's Studies: Core Issues in Teaching Gender and Development." Pp. 133-152 in *Encompassing Gender: Integrating International Studies and Women's Studies*, edited by Mary L.Lay, Janice Monk, and Deborah S. Rosenfelt. New York: The Feminist Press.

1999    Cecilia Menjívar. "Salvadorans and Nicaraguans: Refugees Become Workers." Pp. 232-253 in *Illegal Immigration in America: A Reference Handbook*, edited by David Haines and Karen E. Rosenblum. Westport, Conn.: Greenwood Press.

1992    Anita Leal and Cecilia Menjívar. "Xenophobia or Xenophilia?: Hispanic Women in Higher Education,". Pp. 93-103 in *Perspectives on Minority Women in Higher Education*, edited by L.B. Welch. New York, Westport & London: Praeger.

Encyclopedia Contributions (board of editors reviewed)

Forth    Cecilia Menjívar. "Central American Asylum Seekers' "Caravans" as a Political Act." *The Wiley-Blackwell Encyclopedia of Social & Political Movements*, edited by David A. Snow, Donatella della Porta, Douglas J. McAdam, and Bert Klandermans.  Wiley

Forth    *Haruna Fukui and Cecilia Menjívar. "Gender and Social Networks of Migrants." *Encyclopedia of Migration*, edited by Susan K. Brown and Frank D. Bean, Springer Reference

2016    Leisy Abrego and Cecilia Menjívar. "Immigration in the United States." *Encyclopedia of Family Studies*, edited by Constance L. Shehan, Willey-Blackwell
DOI: 10.1002/9781119085621.wbefs006

2016    Cecilia Menjívar. "Salvadorans Immigrants to the United States." *The Blackwell Encyclopedia of Race, Ethnicity and Nationalism*. doi: 10.1002/9781118663202.wberen084

2016    Cecilia Menjívar. "Guatemalan Immigrants to the United States" *The Blackwell Encyclopedia of Race, Ethnicity and Nationalism*. doi: 10.1002/9781118663202.wberen083

2015    Cecilia Menjívar. "Migrant Children: and the U.S. Crisis of Policy" (Special Report: World Affairs). Pp 370-371in Book of the Year, Events of 2014, edited by Karen Sparks. *Encyclopedia Britannica*.

2013    Cecilia Menjívar. "Immigrant Workers." *Sociology of Work: An Encyclopedia*, Vol. 1: 415-420, edited by Vicki Smith. Los Angeles, CA: Sage.

2013    Cecilia Menjívar "Salvadorans" *ABC-Clio Encyclopedia of American Immigration*, edited by Elliott R. Barkan.

2013    Cecilia Menjívar. "Central America: Gender and Migration." Pp. 897-901 in *Encyclopedia of Global Human Migration*, Vol. 2, edited by Immanuel Ness et al. Malden, MA: Wiley Blackwell.

2013    Cecilia Menjívar. "Domestic Violence, Abuse, and Migration." Pp. 1251-1256 in *Encyclopedia of Global Human Migration*, Vol. 3, edited by Immanuel Ness et al. Malden, MA: Wiley Blackwell.

2009    Cecilia Menjívar. "Children and Immigration: Historical and Cultural Perspectives." Pp. 481-484 in *The Child: An Encyclopedic Companion*, edited by Richard A. Shweder, with Thomas R. Bidell, Anne C. Dailey, Suzanne D. Dixon, Peggy J. Miller, and John Modell. Chicago: The University of Chicago Press

2008    Cecilia Menjívar. "Central Americans." Pp. 278-282 in *Encyclopedia of Race and Racism, 3 vols.* ed. by John Hartwell Moore. Detroit: Macmillan Reference USA

2006    Cecilia Menjívar. "Social Networks." Pp. 313-316 in *Immigration in America Today: An Encyclopedia*, edited by James Loucky, Jeanne Armstrong, and Larry J. Estrada. Westport CT: Greenwood.

2006    Cecilia Menjívar. "Central Americans." Pp. 134-137 in *Latinas in the United States: A Historical Encyclopedia*, Volume 1, edited by Vicki L. Ruiz and Virginia Sánchez-Korrol. Indiana University Press.

2005    Cecilia Menjívar. "Central Americans." Pp. 294-303 in *The Oxford Encyclopedia of Latinos and Latinas in the United States* (Vol.1), edited by Suzanne Oboler and Deena J. González. Oxford, England: Oxford University Press.

- Reprinted in pp. 129-134, *Encyclopedia of Latino/as in Politics, Law, and Social Movements*, edited by Suzanne Oboler and Deena J. González, Oxford University Press, 2016.

2001    Cecilia Menjívar. "Central America." Pp. 1099-1108 in *Encyclopedia of American Immigration*, edited by James Ciment. Armonk, New York: M.E. Sharpe.

2000    Menjívar, Cecilia. "Immigration." Pp. 1123-1126 in *Routledge International Encyclopedia of Women: Global Women's Issues and Knowledge*, Volume 3, edited by Cheris Kramarae and Dale Spender. New York: Routledge.

<u>Book Reviews</u>

2021    Hiding in Plain Sight: Immigrant Women and Domestic Violence. Halifax: Fernwood Publishing, 2020. *Gender & Society* doi: 10.1177/08912432211024604

2021    Undocumented Migration, by Roberto G. Gonzales, Nando Sigona, Martha C. Franco, and Anna Papoutsi. Cambridge, UK: Polity, 2019. *American Journal of Sociology,* 126 (3): 728-730

2020    Kids at Work: Latinx Families Selling Food on the Streets of Los Angeles, by Emir Estrada. New York: New York University Press, 2019. *Contemporary Sociology*, 49 (6): 505-506

2016    In Harm's Way: The Dynamics of Urban Violence, by Javier Auyero and María Fernanda Berti. Princeton and Oxford: Princeton University Press, 2015. *American Journal of Sociology,* 122 (1): 292-294

2016    Skills of the 'Unskilled': Work and Mobility among Mexican Migrants, by Jacqueline Maria Hagan, Rubén Hernández-León, and Jean-Luc Demonsant, Oakland, CA, University of California Press, 2015. *Ethnic and Racial Studies,* 39 (13): 2456-2458

2015    Adiós Niño: The Gangs of Guatemala City and the Politics of Death, by Deborah T. Levenson. Durham, NC: Duke University Press, 2013. *Contemporary Sociology*, 44 (3): 375-377

2015    Violence against Latina Immigrants: Citizenship, Inequality, and Community, by Roberta Villalón. New York: New York University Press, 2010. *Social Forces*, 93(4): e106-107

2014    Intimate Migrations: Gender, Family, and Illegality Among Transnational Mexicans, by Deborah A. Boehm. New York and London: New York University Press, 2012.  *Journal of Latin American Anthropology*, 46 (1): 213-214

2014    The Militarization of Childhood: Thinking beyond the Global South, edited by Marshall Beier. New York: Palgrave Macmillan, 2011. *Contemporary Sociology,* 43 (2): 192-194

2009    Migration Miracle: Faith, Hope, and Meaning of the Undocumented Journey, by Jacqueline Maria Hagan. Cambridge, MA: Harvard University Press, 2008. *Contemporary Sociology*, 38 (6): 529-531.

2009    God's Heart Has No Borders: How Religious Activists are Working for Immigrant Rights, by Pierrette Hondagneu-Sotelo. Berkeley: University of California Press, 2008. *Journal of Church and State*, 51 (1): 159-160.

2009    God Needs No Passport: Immigrants and the Changing American Religious Landscape, by Peggy Levitt. New York & London: The New Press. *American Journal of Sociology*, 114 (5): 1578-1580.

2008    Deflecting Immigration: Networks, Markets, and Regulation in Los Angeles, by Ivan Light. Russell Sage Foundation, 2006. *Social Forces* 87 (2): 1158-1161

2008    Sacred Assemblies and Civic Engagement: How Religion Matters for America's Newest Immigrants. By Fred Kniss and Paul D. Numrich. 2007. New Brunswick, NJ: Rutgers University Press, 2007. *Journal for the Scientific Study of Religion*: 47 (3): 522-523.

2006    Landscapes of Struggle: Politics, Society, and Community in El Salvador, edited by Aldo Lauria Santiago and Leigh Binford. Pittsburg: University of Pittsburg Press, 2004. *Journal of Latin American & Caribbean Anthropology* 11 (2): 471-473.

2006    Immigrants at the Margins: Law, Race, and Exclusion in Southern Europe, by Kitty Calavita. Cambridge: Cambridge University Press, 2005. *Law & Society Review* 40 (4): 965-967.

2005    Paradise in Ashes: A Guatemalan Journey of Courage, Terror and Hope, by Beatriz Manz. Berkeley: University of California Press, 2004. *Contemporary Sociology* 34 (6): 653-655.

2005    Migration, Mujercitas, and Medicine Men: Living in Urban Mexico, by Valentina Napolitano. Berkeley: University of California Press, 2002. *Gender & Society* 19 (5): 706

2005    A Courtship after Marriage: Sexuality and Love in Mexican Transnational Families, by Jennifer S. Hirsch. Berkeley: University of California Press, 2003. *Gender & Society 19* (1): 126-128.

2005    Salvadoran Migration to Southern California: Redefining El Hermano Lejano, by Beth Baker-Cristales. Gainesville: University Press of Florida, 2004. *Journal of Latin American & Caribbean Anthropology* 10 (1): 251-252.

2004    Gender in Latin America, by Sylvia Chant, with Nikki Craske. New Brunswick, New Jersey: Rutgers University Press, 2003. *Gender & Society* 18 (1): 146-147.

2004     Salvadorans in Costa Rica: Displaced Lives, by Bridget A. Hayden. Tucson, Ariz.: The University of Arizona Press, 2003. *Contemporary Sociology* 33 (3): 331-332.

2003    Doméstica: Immigrant Workers Cleaning and Caring in the Shadows of Affluence, by Pierrette Hondagneu-Sotelo. Berkeley: University of California Press, 2001. *Journal of Ethnic and Migration Studies* 29 (1): 174-175.

2002    Gender and International Migration in Europe: Employment, Welfare and Politics, by Eleonore Kofman, Annie Phizacklea, Parvati Raghuram, and Rosemary Sales. London: Routledge, 2000. *Journal of Ethnic and Migration Studies* 28 (3): 571.

2002    Free Markets, Open Societies, Closed Borders?: Trends in International Migration and Immigration Policy in the Americas, by Max J. Castro, editor. Miami, Florida: North-South Center Press at the University of Miami, 1999. *Journal of Latin American Studies* 34: 472-473.

2002    Seeking Community in a Global City: Guatemalans and Salvadorans in Los Angeles, by Nora Hamilton and Norma Stoltz Chinchilla. Philadelphia: Temple University Press, 2001. *Contemporary Sociology* 31 (2): 174-175.

2001    The Mercy Factory: Refugees and the American Asylum System, by Christopher J. Einolf. Chicago, Il: Ivan R. Dee Publisher, 2001. *Journal of Refugee Studies* 14 (4): 449-450.

2001    Legalizing Moves: Salvadoran Immigrants' Struggle for U.S. Residency, by Susan Bibler Coutin. Ann Arbor: University of Michigan Press, 2000. *International Migration Review* 35 (3) 936-937.

2000    Growing Up American: How Vietnamese Children Adapt to Life in the United States, by Min Zhou and Carl L. Bankston III. New York: Russell Sage Foundation, 1998. *Asian and Pacific Migration Journal* 9 (1): 131-133.

1998    No More Kin: Exploring Race, Class, and Gender in Family Networks, by Anne R. Roschelle. Beverly Hills: Sage Publications, 1997. *Journal of Marriage and the Family* 60 (3): 797-798.

1998    International Migration, Refugee Flows and Human Rights in North America: The Impact of Trade and Restructuring, by Alan B. Simmons, editor. New York: Center for Migration Studies, 1996. *Journal of Refugee Studies* 11 (2): 251-253.

1998    The Other Argentina: The Interior and National Development, by Larry Sawyers. Boulder: Westview Press, 1996. *Economic Development and Cultural Change* 46 (3): 663-669.

1997    The Other Side of the Asian American Story, by Wendy Walker-Moffat. San Francisco: Jossey-Bass Publishers, 1995. *Journal of Refugee Studies* 10 (1): 101-103.

1996    From Vietnam, Laos, and Cambodia: A Refugee Experience in the United States, by Jeremy Hein. New York: Twayne Publishers, 1995. *Journal of Refugee Studies* 9 (2): 217-219.

<u>Preface, Essays & Commentary</u>

Forth   Cecilia Menjívar. Prólogo. *Senderos Feministas: De la enseñanza y la investigación al incesto en perspectiva*, by Gloria González-López. Universidad Autónoma de Aguascalientes, Mexico

2021    Cecilia Menjívar. "Immigration Policy, Legal Status & Enforcement Through Three Decades of Research Among Central Americans in the United. States." *The Sociologist*,

2020    Cecilia Menjívar. "Will the Outcome of the 2020 Election Reshape U.S. Immigration Policies?" Commentary. *International Migration*, 58 (5): 277-280

2020    Cecilia Menjívar. "An Architecture of Repulsion." Review essay of Refuge Beyond Reach: How Rich Democracies Repel Asylum Seekers, by David FitzGerald. *Contemporary Sociology*, 49 (4): 318-22 (lead)

2019    Cecilia Menjívar. "Learning *about* and *from* the Great Escape of African Americans to Appalachia." Commentary, *Gone Home: Race and Roots through Appalachia*, by Karida Brown. *Ethnic and Racial Studies*, 42 (13): 2311-2317

2019    Cecilia Menjívar. Foreword. "Gendered Violence in Cultural Texts of the Global South," Special Section, Representations of Gendered Violence in Cultural Texts of the Global South. *Australian Humanities Review*, 64 (May): 82-86

2017    Cecilia Menjívar "Studying Central Americans in Latino Studies." *Latino Studies*, 15 (1): 91-94

2017    Cecilia Menjívar. Preface. Pp. xi-xv in *Violence and Crime in Latin America: Representations and Politics*, edited by Gema Santamaria and David Carey Jr. Oklahoma University Press.

- Translated as Prefacio. Pp. 19-24 in *Violencia y Crimen en América Latina*, 2020, Gema Kloppe-Santamaria, David Carey, eds. Centro de Investigación y Docencia Económicas, CDMX, Mexico

2016    Cecilia Menjívar. Review essay, *Everyday Illegal,* based on *Everyday Illegal: When Policies Undermine Immigrant Families*, by Joanna Dreby. *Sociological Forum*, 31 (3): 724-728

2016    (with Peter Rolhoff and others) "Fertility Awareness Methods Are Not Modern Contraceptives: Defining Contraception to Reflect Our Priorities." *Global Health Science & Practice, 4 (2): 342-345*

2013    Cecilia Menjívar. "When Immigration Policies Affect Immigrants' Lives: Commentary." Response to "How do Tougher Immigration Measures Impact Unauthorized Immigrants?" by Catalina Amuedo Dorantes, Thitima Puttitanun, and Ana P. Martinez-Donate. *Demography*, 50 (3): 1097-1099.

2012    Cecilia Menjívar. Comment to "Awakening to a Nightmare," by Roberto G. Gonzales and Leo R. Chavez.  *Current Anthropology* 53 (3): 272.

2011    Cecilia Menjívar. "Long-term Family Separations and Unaccompanied Children's Lives." Response to "Voice, Agency, and Vulnerability: the Immigration of Children through Systems of Protection and Enforcement" by Aryah Somers. *International Migration* 49 (5): 17-19.

2009    Cecilia Menjívar. "Who Belongs and Why." Response to article, "Which American Dream Do You Mean?" by David Stoll. *Society*, 46 (5): 416-418

2008    Havidán Rodríguez, Rogelio Sáenz, and Cecilia Menjívar. (Preface.) Pp. xv-xxiii in *Latinos/as in the United States: Changing the Face of América*. New York*:* Springer

2004    Cecilia Menjívar. "Response to Levitt: Limits of Transnationalism." *Contexts*, 3 (3): 5

Working Papers, Policy Reports and Conference Proceedings

2021    Cecilia Menjívar and Andrea Gómez Cervantes. Latina Immigrants' Health and Access to Healthcare in the Heartland, before and during the Pandemic. https://immigrationinitiative.harvard.edu/latina-immigrant-women%E2%80%99s-health-and-access-healthcare-heartland-and-during-pandemic

Spanish version: La salud y atención médica de las mujeres inmigrantes latinas en la región Central de Estados Unidos, antes y durante la pandemia: https://immigrationinitiative.harvard.edu/files/hii/files/brief_12_sp_final_0.pdf?m=1624621172

2020    Cecilia Menjívar. Temporary Protected Status for Central American Immigrants. Latino Policy & Politics Initiative, UCLA https://latino.ucla.edu/research/temporary-protected-status/

*Spanish version*: https://latino.ucla.edu/research/estatus-de-proteccion-temporal-tps-para-inmigrantes-centroamericanos/

2018   Cecilia Menjívar and Andrea Gómez Cervantes. El Salvador: Civil War, Natural Disasters, and Gang Violence Drive Migration. Washington, DC: Migration Policy Institute https://www.migrationpolicy.org/article/el-salvador-civil-war-natural-disasters-and-gang-violence-drive-migration

2017   Cecilia Menjívar. Temporary Protected Status in the United States: The Experiences of Hondurans and Salvadorans http://ipsr.ku.edu/migration/pdf/TPS_Report.pdf

2015   Cecilia Menjívar. "Country Conditions: Mexico, Guatemala, Honduras and El Salvador." Prepared for Women on the Run report. Washington DC: UNHCR

2013   Cecilia Menjívar and William P. Simmons. "Insecure Communities in Maricopa County: Latino Perceptions of Police Involvement in Immigration Enforcement." Report prepared for the National Day Labor Organizing Network/Puente, presented at the Insecure Communities and Community Mistrust forum, Phoenix, AZ, December 11th.

2013   Cecilia Menjívar and Olivia Salcido. "Gendered Paths to Legal Status: The Case of Latin American Immigrants in Phoenix, Arizona." (Special Report) Washington, DC: Immigration Policy Center, American Immigration Council. http://www.immigrationpolicy.org/special-reports/gendered-paths-legalstatus-case-latin-american-immigrants-phoenix-arizona

2012   Cecilia Menjívar and Leisy Abrego. "Legal Violence in the Lives of Immigrants: How Immigration Enforcement Affects Families, Schools, and Workplaces." Washington, DC: Center for American Progress. http://www.americanprogress.org/issues/immigration/report/2012/12/11/47533/legal-violencein-the-lives-of-immigrants/

2008   Cecilia Menjívar. "Unaccompanied Migrant Children: A First Step at Mapping What We Know." Report prepared for FUNDEMEX, ASU's Office of the President, and the Office of the First Lady of Mexico. April 27th. (CePoD Working Paper #2008-108)

2005   Cecilia Menjívar. "Migraciones y Transformaciones en la Familia." (Chapter 7). Informe sobre Desarrollo Humano (Human Development Report), United Nations Development Program, San Salvador, El Salvador. http://www.desarrollohumano.org.sv/migraciones

2000   Cecilia Menjívar. "Networks and Religious Communities Among Salvadoran Immigrants in San Francisco, Washington D.C., and Phoenix." Center for Comparative Immigration Studies, University of California, San Diego, Working Paper No. 25.

1999   Cecilia Menjívar et al. "Contemporary Latino Migration to the Phoenix Metropolitan Area." Report presented to the Center for Urban Inquiry, Arizona State University.

1995   Cecilia Menjívar. "Social Networks Among Salvadorans in California." Pp. 47-51 in *Central Americans in California: Transnational Communities, Economies and Cultures*, edited by Nora Hamilton and Norma Chinchilla. The Center for Multiethnic and Transnational Studies, University of Southern California, Occasional Papers Series, Monograph No.1.

1994   Cecilia Menjívar. "Social Networks Dynamics: Implications for Salvadoreans in San Francisco." *University of California, Berkeley Chicano/Latino Policy Project* Working Paper, Vol 2, No.1.

Non-peer Reviewed Professional Publications & Public Engagement

2021    Interview with Cecilia Menjívar, "About Legal Liminality and Different Forms of Violence." IMISCOE, conducted by Milena Belloni, August 5th https://www.imiscoe.org/news-and-blog/podcast/1354-about-legal-liminality-and-different-forms-of-violence

2021    Cecilia Menjívar and William P. Simmons. "Latina Immigrants' Social Isolation." *Public Health Post* https://www.publichealthpost.org/research/latina-immigrants/

2021    Cecilia Menjívar. "The Real Crisis at the US Border." Oxford University Press's Academic Insights for the Thinking World https://blog.oup.com/2021/05/the-real-crisis-at-the-us-border/

2021    Cecilia Menjívar. "What We Should Talk About When We Talk About Root Causes of Migration." Interview with *Mother Jones* April 9th https://www.motherjones.com/politics/2021/04/what-we-should-talk-about-when-we-talk-about-root-causes-of-migration/

2020    Interview with ASA President-elect, Cecilia Menjívar, conducted by Dr. Joanna Perez. ASA Latina/o Sociology Section, *NOTAS* Fall issue, 3-4. (Long version: https://www.youtube.com/watch?v=UMmUqj8-f88)

2020    Interview with Cecilia Menjívar, "Trump, Covid-19 and the fragility of migrant lives." Institute for Research into Superdiversity (IRIS), University of Birmingham, conducted by Nando Sigona, September 29th https://superdiversity.net/2020/09/29/1778/

2020    Cecilia Menjívar. "TPS Recipients Are Helping to Save the US Economy: It's Time to Protect Them." Opinion, *Latino Rebels*, https://www.latinorebels.com/2020/10/06/tpsrecipients/

2020    Cecilia Menjívar and Leisy Abrego. "La Brutalidad del sistema migratorio se ensaña contra las mujeres." Opinión, El Faro https://elfaro.net/es/202009/columnas/24832/La-brutalidad-del-sistema-migratorio-se-ensa%C3%B1a-contra-las-mujeres.htm

2020    Cecilia Menjívar, Jacob G. Foster, and Jennie E. Brand. "Don't Call it Social Distancing." CNN Opinion https://www.cnn.com/2020/03/21/opinions/physical-distancing-menjivar-foster-brand/index.html

- A version appears in the Symposium "Inequalities in Challenging Times," in the newsletter of the Inequality, Poverty, and Mobility Section, ASA, May 2020 issue.

2020    Content consultant for, *Your Passport to El Salvador* by Sarah Corts (Capstone Publishing), book for 3rd grade readers

2020    Cecilia Menjívar. "Reflection on the Trump Administration." ASA Section on Human Rights, Winter 2020 newsletter, pp. 3-4. https://asahumanrights.files.wordpress.com/2020/01/hr-newsletter-winter-2020.pdf

2019    Interview with Cecilia Menjívar, conducted by Milena Belloni and Ilka Vari-Lavoisier, HOMing Project, University of Trento, Trento, Italy, September https://homing.soc.unitn.it/2019/12/03/homing-interview-34-cecilia-menjivar/

2019    Cecilia Menjívar and M. Gabriela Torres. "Trump may wish Guatemala were a safe place for asylum applicants to wait, but it's not." *Los Angeles Times*, July 25th https://www.latimes.com/opinion/story/2019-07-24/trump-guatemala-asylum-safety

2019   Content consultant for, *Central American Immigrants: In Their Shoes* (Momentum Publishers/ The Child's World, 2019), book for 3rd to 6th grade readers.

2018   Cecilia Menjívar. "The Central American "Caravan" as a Political Act." *Mobilizing Ideas*, The Center for the Study of Social Movements, University of Notre Dame https://mobilizingideas.wordpress.com/2018/12/03/the-central-american-caravan-as-a-political-act/

2018   Cecilia Menjívar and Shannon Drysdale Walsh. "Gender Violence: One Driver of the Central American "Caravan." The Gender Policy Report, University of Minnesota https://genderpolicyreport.umn.edu/gender-violence-one-driver-of-the-central-american-caravan/

- Reprinted in WUNRN (Women's UN Report Network): https://wunrn.com/2018/11/gender-violence-a-major-driver-of-the-central-american-caravan/

2018   Cecilia Menjívar and Shannon Drysdale Walsh. "Gender-based Violence in Central America and Women Asylum Seekers in the U.S." *Translational Criminology*, 16x: 12-14.

- Reprinted in the ASA Sex & Gender Section newsletter, November 2019 (pp. 4-5). https://asasexandgender.files.wordpress.com/2019/11/sexandgender_newsletter_nov2019.pdf

2018   Rogelio Sáenz and Cecilia Menjívar. "U.S. should own up to its role in the plight of Salvadorans." *The Houston Chronicle*, January 13th http://www.houstonchronicle.com/opinion/outlook/article/Saenz-U-S-should-own-up-to-its-role-in-the-12496957.php?utm_campaign=email-premium&utm_source=CMS%20Sharing%20Button&utm_medium=social

- Reprinted in *La Voz de Esperanza*, San Antonio, TX, Vol. 3 (1): 10-11 (February)

2017   Cecilia Menjívar. "Immigrant Rights Under Siege." Featured article, ASA Section on Human Rights Newsletter, Fall issue, pp. 4-6

2017   Cecilia Menjívar and Shannon Drysdale Walsh. "The Architecture of Feminicide." http://www.panoramas.pitt.edu/larr/architecture-feminicide-state-inequalities-and-everyday-gender-violence-honduras *Latin American Research Review* blog

2014   Cecilia Menjívar. "Reflecting on Enduring Violence." *Society,* 51 (4): 401-403.

2014   "Enduring Violence." *Gender & Society* blog: http://gendersociety.wordpress.com/2014/03/26/enduringviolence/

2010   "Letter from Immigrant Mothers in Phoenix." MomsRising.org, May 29, https://www.momsrising.org/blog/letter-from-immigrant-mothers-in-phoenix

2009   "Immigration Reform: A Country Divided, Or a Richer Society?" *Religion Dispatches*, November 20. http://www.religiondispatches.org/

- Reprinted in *Faith in Public Life*: http://faithinpubliclife.org/content/news/2009/11/immigration_reform_a_country_d.html

2008   Cecilia Menjívar. "Los inmigrantes salvadoreños en "limbo legal" en Estados Unidos." El Faro Académico, El Faro (El Salvador's on line newspaper) November 26th. http://www.elfaro.net/secciones/academico/20081124/academico1.asp

2001    Cecilia Menjívar. "'Papers' offer opportunity, justice for undocumented." *The Arizona Republic,* Sunday, August 5, 2001, V3.

•    Reprinted in Crime and Juvenile Delinquency Division Newsletter, SSSP, Fall 2001.

2001    Cecilia Menjívar. "Latino Immigrants and Views of Crime and Police Authorities in the Phoenix Metropolitan Area." *World on the Move*, Newsletter of the International Migration Section, American Sociological Association, Volume 7, Number 2. (Spring)

**Funded Research**

<u>External</u>

2020-2021 NSF Dissertation Improvement Grant to Leydy Diossa-Jimenez, Sociology, UCLA "Emigrant Political Rights in Latin America, Dual citizenship, Voting and Representation: the cases of Argentina and Colombia (1970-2018)" ($25,087)

2019-2021 Social Science and Humanities Council of Canada. Role: Co-recipient (Alison Mountz, PD). "Negotiating Asylum and Protection Along the Canada-US Border." ($191,657)

2019-2020 NSF Dissertation Improvement Grant to Chiara Galli, Sociology, UCLA, for "The Effects of the Law on Central American Unaccompanied Minors' Lives in the United States." ($15,800),

2017-2018 NSF Dissertation Improvement Grant to Andrea Gómez Cervantes, Sociology, University of Kansas for "Mixed-Status Families: Power, Identity, and Community." ($12,000)

2015-2020 NIH/NICHD Program Grant # P01HD080659.  Role: Co-Investigator, with others (Program Director: Jennifer Glick).   "Family Migration Context and Early Life Outcomes." ($4,867,581)

2014 American Sociological Association/National Science Foundation Travel Grant to ISA, ($1,500)

2014-2016 NICHD 1R21HD078201-01 Role: Co-Investigator (Victor Agadjanian, PI) "Behavioral and Institutional Barriers to HIV Prevention Among Migrant Women." ($423,800)

2013-2016 W.T. Grant Foundation. Role: Co-PI (Sandra Simpkins, PI) "Distal Factors and Proximal Settings as Predictors of Latino Adolescents' Activities: Insights from Mixed Methods." ($386,352)

2010-2015 NIMH 1K01MH086687-01A1 Role: Qualitative Methods Consultant/Expert (Armando Piña, PI) "School-based Prevention for Childhood Anxiety." ($894,495)

2008-2013 NIH/NICHD R01 HD058365. Role: Co-PI (Victor Agadjanian, PI) "Childbearing Dynamics in a Setting of High HIV Prevalence and Massive ART Rollout." ($1,672,931)

2008-09 NSF Dissertation Improvement Grant to Jennifer Arney, Sociology, ASU for "Direct to Consumer Advertising of Psychotropic Medications: Effects for Consumers, Physicians and Society at Large." ($4,625)

2007– 2012 NIH/National Center on Minority Health and Health Disparities, P20 MD002316-01 Role: Co-investigator, with others (Flavio Marsiglia, director) "Health Disparities Research at SIRC: Cultural Processes in Risk and Resiliency. ($7,178,038)

2006-2010 NIH/NICHD, R01HD05175.  Role: Co-PI (Victor Agadjanian, PI) "Religious Institutions and HIV/AIDS Prevention and Care" ($1,043,493)

2006-2008 NIH/NICHD 1R21HD048257-01A1 Role: Co-PI (Victor Agadjanian, PI) "Men's Migration and Women's HIV/AIDS Risks." ($305,128)

2004-2005 NIH/NICHD Supplement to Grant R03 HD043675 Role: Co-PI (Victor Agadjanian, PI) "Organized Religion and HIV/AIDS in Mozambique." ($114,138)

1995-1997 NIH/NICHD Minority Investigator Research Supplement to Grant R01 HD27361-06S1 (P.I. of parent project: Anne R. Pebley) "Health Care Choices During Pregnancy and Illness." ($48,798)

1990-1991 American Sociological Association Dissertation Research Grant ($5,000)

<u>Internal</u>

2020    "Pro Bono Expert Witness Database Project" (Leisy Abrego and Cecilia Menjívar). Luskin Institute on Inequality and Democracy, UCLA ($9,393)

2013    Institute for Humanities Research, ASU. "Austere Borderlands: Recession, Migration, and Contested Means of Belonging in the E.U." Role: PI (Co-PIs: Megan Carney and Laia Soto-Bermant). ($12,000)

2013    Comparative Border Studies Initiative, ASU ($4,500)

2012     College of Liberal Arts and Sciences, ASU. Co-PI with Cynthia Tompkins et al. "Mapping Affect
          to Understand and Impede the Reproduction of Violence in Latin America." ($20,000)

2005-2007 Mexican American and U.S. Latino Research Center, Texas A&M (Immigration from El
          Salvador), CoPI (Nadia Flores, PI) ($19,500)

2006     Elizabeth Guillot Award, Sociology Program, ASU ($3,000).

2003-2004 Vice President for Research Office, ASU. Co-PI with Laura Peck, Elizabeth Segal and Myla Vicente
          Carpio "Examining Poverty in the U.S. Southwest." ($45,859)

2002     Women's Studies Summer Research Grant, ASU. "The Social Worlds of Women: Class, Context,
          and Culture in Rural Guatemala." ($2,000)

2000-2001 ASU (university-wide) cluster grant for the study of immigration, coordinated by Brian
          Gratton. "People in Motion Seminar." ($2500)

2000     Dean's Incentive Grant, College of Public Programs, ASU. "The Phoenix Metropolitan Area: A
          New Latino Immigration Gateway." ($4,800)

1999     Center for Latin American Studies, ASU. "Class, Context and Culture and in Rural Guatemalan
          Women's Networks." ($1,100) (Summer)

1999     Dean's Incentive Grant, College of Public Programs, ASU. "New Settlement Patterns of Latino
          Immigrants in the Phoenix Metropolitan Area." ($5,000)

1999-2000 Center for Urban Inquiry, ASU. Graduate Scholars Special Grant to Cindy Bejarano, Eugene
          Arene and Emily Skop. Role: Faculty Sponsor/Advisor/Coordinator. "Latino Immigration to the
          Phoenix Metropolitan Area." ($6,993)

1998-1999 Center for Urban Inquiry, ASU, Special Grants. "Contemporary Latino Migration to the
          Phoenix Metropolitan Area." Role: PI ($9,003).

1998-1999 Dean's Incentive Grant. College of Public Programs, ASU. "Family and Gender in New
          Settlement Patterns of Latino Immigrants to the Phoenix Metropolitan Area." ($5,000).

1997-1998 Faculty Grant in Aid (university-wide), ASU. "Guatemalan Immigrant Women' Networks."
          ($5,350).

1997     Dean's Incentive Grant, College of Public Programs, ASU. "Economic and Political Justice:
          Refugee Migrations in the late 20th Century." ($5,000).

1996     Dean's Incentive Grant, College of Public Programs, ASU. "Class, Context, and Culture:
          Guatemalan Women's Networks." ($4,952).

1996     Women's Studies Summer Research Grant, ASU. "Salvadoran Women's Networks." ($2,300).

1989-1990 University of California Regents, Graduate Student Research Grant. ($5000).

1989-1990 California Policy Seminar, Technical Research Grant. ($2,500)

**Keynote and Distinguished Lectures & Panel Presentations (2006 to present)**

2021     "Centroamérica a la Luz del Bicentenario y la Pandemia." Conferencia inaugural, XVII Congreso
          Centroamericano de Sociología, San Salvador, El Salvador, June 14th; Panel de cierre del Congreso, June 18th

2021     "Gender, Race, and the Criminalization of Asylum Seekers in the United States." Charles
          Moskos Lecture, Department of Sociology, Northwestern University, May 20th

2020     **"**Latino Immigrants in the Rural Midwest: Integration, Accommodation, or Exclusion?" Allen D.
          and Polly S. Grimshaw Lecture, Department of Sociology, Indiana University, November 13th

2020     "Los desafíos institucionales de la sociología y las ciencias sociales en el mundo de hoy."
          Conversatorio ALAS con el mundo. Presidential panel, Asociación Latinoamericana de Sociología,
          Lima, Perú, September 7th (virtual).

2020     "Immigrant Families, Law, and Enforcement: Central American Parents and Children Living in Legal
          Limbo." Council on Contemporary Families 20th Biennial Conference, Austin TX, February 7th.

2019     "Crimmigration: Reflections, Critiques, and Future Steps." Presidential Panel, American Society
          of Criminology meetings, San Francisco, November 12-14.

2019     "The Health Consequences of Immigration Policies: Experiences of Central American Women
          Migrants, Plenary Session, Interdisciplinary Association for Population Health, Seattle, WA
          October 1-4,

2019    "A Continuum of Structural and Institutional Violence in the Lives of Central American Immigrant Women." Keynote Address, 17th Annual Workshop, Racial Democracy, Crime, and Justice Network, Center for Law and Justice, Rutgers University, Newark, July 12th

2019    "Immigrant Families and Youth: Justice and Democracy." Presidential Panel, Latin American Studies Association, Boston May 24-27

2019    "Relations Between Latino Immigrants and Non-Immigrant Residents in the Heartland." Robin Williams Lecture, Department of Sociology and Jack W. Peltason Center for the Study of Democracy, UC Irvine, April 26th

2018    "Migrant Illegality Across Uneven Spaces: Advancing the Sociology of Immigration." Keynote lecture, Migrant Illegality Across Uneven Spaces Conference, Brown University, October 28th

2018    "Law, the Media and the Criminalization of Immigrants: Constructions and Consequences." Henry M. Jackson Endowed Lecture in International Relations, Whitman College, February 28th

2017    "Gender-based Violence across the Global South: Learning *about* it and *from* it." "Gendered Violence in the Global South" Conference, University of South Wales, Sidney, Australia, December 6th

2017    "Immigration Law, Hostile Contexts, and the Membership of Latino Immigrants." Keynote lecture, Latin American and Latino Studies, University of Arkansas, April 4th

2017    "Immigration Law in the Lives of Immigrants: Membership, Citizenship, and Exclusion?" Keynote lecture, Center for Latina/o Studies in the Americas, University of San Francisco, February 27th.

2016    "Country Conditions for the Migration of Central American Women," Plenary Session, CLINIC (Catholic Legal Immigration Network, Inc.) Convening, Sheraton Hotel, Kansas City, MO. May 24th.

2015    "Central American Immigrants Navigate the US Ethnoracial Landscape." Keynote lecture, Rethinking Race: USC's Centennial Celebration Conference, University of Southern California, October 28-19

2015    "U.S. Immigration Law and the Reconfiguration of Immigrant Families." The 2015 Albert Morris Lecture, Department of Sociology, Boston University, April 29th

2014    "The Reconfiguration of Immigrant Latino Families." Bold Aspirations Lecture, Office of the Provost, University of Kansas, October 21st.

2014    "The Reconfiguration of Immigrant Latino Families in Light of the Current Immigration Regime." Latin American & Latino Studies Distinguished Lecture, University of California, Santa Cruz, May 14th

2013    "Multi-layered Legislation, Enforcement Practices, and Piecemeal Immigration Policies: What Can We Learn From and About Today's Approaches?" Keynote Address, Latino Communities in Old and New Destinations: Multi-disciplinary Perspectives to Assessing the Impact of Legal Reforms Conference, University of South Florida, November 8th

2013    "Immigrants' Lives, Immigration Laws and Reflections for Reform." The Bastian Foundation Diversity Lecture Series, Westminster College, Salt Lake City, September 27th

2013    "A Reflection on Immigration, Violence and Vulnerability." The Cole Lecture, 31st Annual Sociology and Anthropology Symposium, Wheaton College, Norton, MA January 30-31

2012    "Immigration and Religious Communities: Challenges to Public Life." Plenary Session, Society for the Scientific Study of Religion and Religious Research Association, Phoenix, AZ, November 9-11

2012    "Borders, Migration, Community: Arizona and Beyond" Preconference Lecture, International Communication Association, Phoenix, Arizona, May 24th

2012    "The Power of the Law: Central Americans' Legality in Everyday Life." Featured speaker, Central Americans and the Latino/a Landscape: New Configurations of Latina/o America Conference, LLILAS/CMAS, University of Texas, Austin, February 24th.

2011    "Everyday Violence in the Lives of Ladina Guatemalans." ADVANCE Distinguished Lecture, Kansas State University, Oct 21st

2011    "Migración Femenina Centroamericana en Estados Unidos." Conferencia magistral, II Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011. FLACSO, Guatemala City, Guatemala, May 6th

2011    "Latino Immigrant Lives: Reflections for Reform." The 20th Anniversary Daniel S. Sanders Peace and Social Justice Lecture, University of Illinois, Urbana-Champaign, May 2nd

2010    "Living in Legal Limbo: Latino Immigration in Arizona." Keynote Address, Changing Face of America Conference: Immigration and Social Policy, San Jose State University, Oct 23rd.

2010    "Citizenship, Exclusion, and the Contemporary Immigration Regime. Opening Keynote Lecture,
        10th conference on Globalization and Social Responsibility, St Olaf College, February 26th, and
        "Gender and Families Left Behind in the Context of Migration," February 27th.
2009    "Immigration, Citizenship, and Exclusion: Latin-American Immigrants and the Contemporary
        Immigration Regime." Alpha Kappa Delta Distinguished Lecture, American Sociological
        Association Meetings, San Francisco, August 8th.
2008    "Violence Against Immigrants: The Border and Beyond." Keynote speaker, Lives on the Edge:
        Immigration and Politics Along the U.S.-Mexico Border Workshop, University of Arizona May 2nd.
2008    "Domestic Violence and Immigrant Families." Plenary panel: "The Role of Families in
        Integration." Tenth Metropolis Conference, Halifax, NS, Canada, April 3-6
2007    "Immigration Policy and Family Reorganization: Experiences of Salvadoran and Guatemalan
        Immigrants." Keynote speaker for the year's colloquium series, Department of Sociology,
        University of North Carolina, Greensboro, March 23rd
2006    Closing Remarks, Latina/o Migration: Local and National Challenges, University of Illinois,
        Urbana Champaign, October 11th.

**Public & Policy Engagement Presentations**
2021    "Immigration Reform for the 21st Century: Exploring Pathways to Safer and More Prosperous
        Communities." Latino Policy & Politics Initiative, UCLA, May 4th
2020    "Central American Women and Contexts of Violence." Panel on Feminist Approaches to Justice:
        Addressing Partner Violence Against Colonized Women, American Society of Criminology,
        DWC, CSW63 Committee, NGO Forum, United Nations, New York (cancelled day before)
2019    "The Making of Immigrants into Criminals: Law, Enforcement, and the Media." Spotlight
        Sociology, Public Lecture, Social Science Division, UCLA, January 24th.
2018    "Asylum Protection for Immigrant Women Fleeing Violence." Congressional Briefing, Rayburn House
        of Representatives, October 11th (Division of Women & Crime, American Society of Criminology).
2017    "Temporary Protected Status in the United States: The Experiences of Hondurans and Salvadorans."
                --Legislative briefing, Cannon Building 122 (House), Washington DC, June 23rd
                --Presentation to the National TPS Alliance, All Souls Church, Washington DC, June 24th
2015-2016 The Integration of Immigrants into American Society Report, National Academy of Sciences,
        Engineering, and Medicine. Panelist/Contributing author.
                --Congressional Briefing, Rayburn House of Representatives, DC, March 11th, 2016
                -- National Immigrant Integration Conference, December 14th, 2015
                --National Academy of Sciences, Engineering, and Medicine, Washington DC September 28[th], 2015
2015    "Central America: Migration Trends" brief. Bureau of Western Hemisphere Affairs, Department
        of State, Washington DC, January 7th
2012    "Legal Violence in the Lives of Immigrants: How Immigration Enforcement Affects Families,
        Schools, and Workplaces." (with Leisy Abrego). Capstone event, Documenting the
        Undocumented Series, Center for American Progress, Washington, DC, December 11[th].
2011    "Family Separation and Immigrant Women." "Organizations Working with Latina Immigrants:
        Resources and Strategies for Change," Institute for Women's Policy Research/Woodrow Wilson
        International Center, Washington DC, March 25th

**Invited Presentations/Lectures (2006 to present)**
2021    "Central American Women in the Asylum System and Beyond." Migration Working Group,
        University of North Carolina, Chapel Hill, March 10th.
2021    "Central Americans Latinos/as." (Sociology of Latinx Identity and Mobilization, Cristina
        Lacomba) Harvard University, February 24th.
2021    "Gender-based Violence in Central America." Humanizing Asylum for All Symposium,
        University of Pennsylvania Carey Law School, February 19th
2021    "Immigration in a Changing Policy Context." District of Columbia Sociological Society ASA
        President-elect Address, February 18th

2021    "Interviewing Immigrants in Different Contexts." California Center for Population Research, UCLA, January 13th.

2020    "Seeking Refuge in the Carceral State: Central American Women in the U.S. Asylum System." Department of Sociology, University of Wisconsin-Madison, December 16th

2020    "Desafíos actuales y futuros de las migraciones Latinoamericanas." Sección Migraciones Internacionales-Latin American Studies Association, December 9th

2020    "Observaciones sobre la Nueva Narrativa de Centroamérica." FLACSO-El Salvador/Naciones Unidas-El Salvador, December 4th

2020    "Reflexiones sobre migración y esperanza." Primer conversatorio, Semana por la Esperanza, Centro de Investigaciones y Estudios Sociológicos/Centre of Latin American Studies, University of Cambridge, UK, December 1st

2020    "A Conversation on Asylum, Violence and Latin American Immigrants in an Age of Enforcement." Latin American Studies (LAS 250, Dana Leibsohn), Smith College, November 5

2020    "A Continuum of Punishment: Post-Detention Lives of Central American Women Asylum Seekers." The Tri-Campus Colloquium Speaker Series, Department of Sociology, University of Toronto, October 8th

2020    "Gender and Multisided Violence in Central America and Beyond." Danish Institute for International Studies, Copenhagen, June 4th

2020    "Comments" to AKD (Sociology International Honor Society) Inductees, Department of Sociology, Loyola University Maryland, April 28th

2019    "Criminalization of Immigrants through Law and the Media in the U.S." Public lecture (HOMinG Seminar), University of Trento, Italy, September 11th

2019    "Latino Immigrants and Non-Immigrants in the U.S. Heartland: Ethnographic Lessons." International Summer School in Ethnography, University of Trento, September 10th.

2019    "Reflections on Conducting Research in Immigrant Communities Today." American Voices Project (Peter Cookson, Kathryn Edin, David Grusky, PIs), Johns Hopkins University, June 25th

2019    "Contradictions of Temporary Protected Status: Earnings, Education, Civic Engagement." University of Massachusetts, Lowell, March 27th

2019    "Transparency in Ethnographic Research: Ethics and Professional Responsibility." (Graduate Student Workshop) Urban Ethnography Lab, University of Texas, February 28th

2019    "Relations between Central American Immigrants and Non-Immigrants in Rural Kansas." Department of Sociology, University of Texas, Austin, February 28th

2019    "Relations between Latino Immigrants and Non-Immigrants in the Heartland." Migration and Immigrant Incorporation Workshop, Department of Sociology, Harvard University, February 19th

2018    "Transformative Effects of Immigration Law and Its Enforcement on Perceptions of the Self." Center for the Study of Law & Society, UC Berkeley, November 19th

2018    "Ethics & human subjects today: legal rights & limits for researchers," "Collecting data on Undocumented: Fieldwork Techniques." Summer Institute in Migration Research Methods, BIMI, UC Berkeley, June 18th

2018    "The Legal Violence of the 2017 Executive Orders: Effects on Latino Immigrants and White Residents in Rural America." LALACS, Dartmouth College, May 23th

2017    "Temporary Legal Statuses and Transformations of the Immigrant Self." Center for Comparative Migration Studies, UC San Diego, May 25th

2015    "Immigration Law and Immigrant Families." Department of Sociology, Yerevan State University, Yerevan, Armenia, May 13th

2015    "The Reconfiguration of Immigrant Families through Law." The Kercher Symposium Series, Department of Sociology, Western Michigan University, April 8th

2014    "Immigration Laws and Immigrant Families." OLLAS Lecture Series, Office of Latino/Latin American Studies, University of Nebraska, Omaha, November 11th.

2014    "The Transformative Effects of Immigration Law." CLASS Workshop, Gould School of Law, University of Southern California, September 29th.

2014    "Transformative Effects of Immigration Law on Families." Department of Sociology, UCLA, April 6th

2013    "Enduring Violence: Ladina Women's Lives in Guatemala." Department of Sociology, University of Pennsylvania, November 20th.

2013    "Transformative Effects of Immigration Law." Center for Migration and Development, Princeton University, May 9th.

2013    "Legal Violence: Short- and Long-Term Effects on Immigrants." Population Studies & Training Center, Brown University, May 2nd.

2012    "Criminalization of Immigrants: Effects on the ground." Krost Symposium, Texas Lutheran University, October 4th.

2012    "Enduring Violence in Guatemala's Women's Lives." Department of Sociology, Northern Arizona University, September 25th.

2012    "Hyper Awareness of the Law in Central American Immigrants' Everyday Life." Center for Race, Ethnicity and Politics, UCLA, April 18th.

2012    "Enduring Violence: Ladina Women's Lives in Guatemala." UCLA "Untold Histories: Transnational Voices of Central Americans" series, and California State University, Los Angeles Chicano Studies and Latin American Studies, February 2nd.

2011    "Living in Legal Limbo: Latino Immigrants in Arizona's Immigration Regime." University of California, Merced, March 14th

2010    "A Framework of Vulnerability and Violence." What Katrina Can Tell Us About Race, Class, and Gender in These United States Meeting, Social Science Research Council, New York, November 12th-13th.

2010    "Central Americans' Legality and Everyday Life in Phoenix, Arizona." Center for Multicultural Studies, University of California, Santa Barbara, May 3rd

2010    "El impacto de las leyes migratorias en la vida de centroamericanos en Estados Unidos: el caso de Phoenix, Arizona." Seminario Permanente de Migración, Colegio de La Frontera Norte, Tijuana, BC, Mexico, April 9th.

2010    "Family, Border Justice, and Policy." 7th Border Justice Series Conference, Social Justice and Human Rights Program, Arizona State University West, March 25th

2009    "Legal Violence: Contemporary U.S. Immigration Law and Central American Lives." Marcos & Conceptos: A Critical Latin/a American Studies Symposium." American Studies and Ethnicity Program, University of Southern California, April 17th.

2009    "Immigration and Legality." Global Initiative Speaker Series, Northern Arizona University, March 4th.

2008    "Legal Violence?: Immigration Law in the Lives of Central Americans in the United States." Department of Sociology, Department of Chicano/Latino Studies, and Center for Research on Latinos in a Global Society, University of California, Irvine, May 9th.

2008    "Men's Migration and the Women who Stay." Department of Sociology's Workshop on Economic Sociology and Center for Migration Studies, Princeton University, April 28th.

2008    "International Perspectives on Migration and the Family: Research from the United States." Family Migration Pre-Conference Day, St. Mary's University, Halifax, NS, Canada April 3rd.

2008    "Central American Immigrant Families and Contemporary Immigration Law: Redefinition, Reorganization or Breakdown?" Latino and Hispanic Caribbean Studies, Rutgers University Latin American Studies, and Center for Latino Arts & Culture, Rutgers University March 26th.

2007    "Legal Violence and the Family Lives of Central American Immigrants." Institute for the Study of Social Change, University of California, Berkeley, November 8th.

2007    "Immigration Policy and Family Reorganization: Experiences of Salvadoran and Guatemalan Immigrants." Mason Migration Project/Department Sociology, George Mason University, March 22nd.

2006    Primer encuentro de latinidades: Una mirada crítica a los movimientos y realidades de los emigrantes hispanoamericanos en los Estados Unidos, especialista participante. Convenio Andrés Bello, Bogotá, Colombia, Dec 15-16.

2006    "Law Against the Family: Salvadoran and Guatemalan Immigrant Families and Immigration Law." Department of Sociology, UCLA December 7th.

2006    "Religion and the Contexts of Exit and Reception in Immigrants' Lives: Observations from Phoenix." CORRUL/Department of Sociology, Rice University, November 10th

2006    "Las nuevas familias centroamericanas en tiempos de migración." Taller Centroamericano de la Red Internacional de Migración y Desarrollo (RIMD), Programa de Naciones Unidas para El

Desarrollo (PNUD) El Salvador, y Universidad Centroamericana José Simeón Cañas, (UCA) San Salvador, El Salvador, June 28th & 29th.

**Conference/paper Presentations** (*denotes invited) (**2006 to present**)

2020    "Legal Conditions for Law In/Effectiveness: The Anti-Abortion and Violence Against Women (VAW) Laws in El Salvador." Law & Society Association meetings, May 28-31, Denver, (online)

2020    "The Central American Exodus: Its Roots, Present Course, and Prospects." (Panelist & organizer.) Invited Thematic Panel, Eastern Sociological Society, Philadelphia, February 27-March 1*

2020    "Central American Women in the Immigration System: From Asylum Seeking to Detention." American Association for the Advancement of Science, Seattle, February 13-16* (Panel selected for press briefing.)

2019    "The State and Bureaucracies of Displacement." Special Session on "State Policies: Evasion, Implementation and Impact on the Livelihood and Welfare of Refugees and Recent Migrants." American Sociological Association, New York, August 9-13*

2019    "State Response to Violence Against Women: Transforming Police Practice." Roundtable discussion, Shannon Drysdale Walsh organizer/discussant. Latin American Studies Association meetings, Boston, MA, May 24-27*

2019    "Illegal Encounters: The Effect of Detention and Deportation on Young People." Chapter presentation.  Latin American Studies Association meetings, Boston, MA, May 24-27*

2019    "Género en la migración centroamericana contemporánea a Estados Unidos." Advanced Research Institute on International Migration, El Colegio de México, Mexico City, May 16th*

2019    "Transformative Effects of Immigration Law in Hostile Contexts." Law, Inequality and the Politics of Moral Worth Conference, Weatherhead Research Cluster on Comparative Inequality and Inclusion, Harvard University, May 3rd *

2019    "Media Frames and Effects on Immigrants and Non-Immigrants in Arizona and Kansas." Immigration: The Politics of Inclusion and the Politics of Threat Workshop, Social Science Research Council, New York, March 29th*

2018    "The Media's Role in Anti-Immigrant Policies: The Arizona Republic and SB 1070" (with Daniel Alvord). Social Science History Association meetings, Phoenix AZ Nov 8-11*

2018    "Las Contradicciones del TPS: Educación, Ingresos y Participación Cívica." 2nd Annual Metropolis North America Migration Policy Forum, Mexican Secretariat of Foreign Affairs, Mexico City, September 27-28*

2018    "Legal Structures, Institutions, Racialization Practices and the Immigrant Self." Invited Session, "Theorizing Emotions and the Self in Migration Research American Sociological Association Meetings, Philadelphia, August 11-14*

2017    "The Contradictions of Liminal Legality: Economic Attainment and Civic Engagement of Immigrants on TPS." (with Byeongdon Oh, Daniel Alvord, and Victor Agadjanian) American Sociological Association, Montreal, Canada, August 12-16

2017    "Document Overseers, Enhanced Enforcement, Racialized Local Contexts, and Liminally Legal Latino Immigrants." Paper-Trails: Migrants and Documents in an Era of Legal Insecurity, University of Colorado, Denver, August 7-9.*

2017    "Country Conditions, Gender-based Violence, and the Migration of Central American Women to the U.S." Reconsidering Gender-based Violence in the Context of Displacement and Migration, Göttingen Center for Gender Studies Summer Symposium, Göttingen, Germany July 6-7*

2017    "The Temporariness of Legality: Waiting, Uncertainty, and Transformations of the Self." Citizenship in Unsettling Times Workshop, University of Leicester, Leicester, UK, June 8-9.*

2017    "Gender-based Violence." Country Conditions in Central America and Asylum Decision-Making, Center for Latin American & Latino Studies, American University, January 12-13, Washington, DC*

2016    "Legal Experiences and Attitudes of Immigrants." Law & Society Association, June 2-5, New Orleans*

2016    The Transformative Effects of Multi-layered Precarity: Experiences of Liminally Legal Central American Immigrant Workers, Latin American Studies Association, May 27-30, New York.*

2016    "Geopolitics, Securitization, and the Definitional Question in Asylum Admissions: The Case of Central Americans Then and Now." Shifting Landscapes of Asylum in North America, Canada Program, Weatherhead Center for International Affairs, Harvard University, May 2-3.*

2016    "Theoretical, Methodological, and Ethical Issues in Conducting Research with Undocumented, Unaccompanied, and Citizen Children," Undocumented, Unaccompanied, and Citizen: Charting Research Directions for Children of Immigration, School of Social Work, UT Austin, Feb 25-26.*

2016    "Is There a Role for Academics in the Support of Central American Refugees?" Plenary opening panel, Derechos en Crisis: Refugees, Migrant Detention, and Authoritarian Neoliberalism, LLILAS, UT, Austin, February 24-26.*

2015    Panel "The Politics of Citizenship," Transforming Migrations: Beyond the 1965 Act Conference, University of California, Irvine, October 8-9.*

2015    Panel "Intersections of Violence in Latin America and Human Rights Across Time and Space." Intersections of Violence in Latin America Symposium, Latin American, Caribbean and Latino Studies Program, University of Kentucky, September 30th

2015    "Exploring Strategies from Scholarly Research to Expert Testimony." Central American Refugees in Detention: Rethinking U.S. Immigration Conference, Chicano Research Center, UCLA, September 17th

2015    "Everyday Aggression: Inequality and Feminicide in Honduras and Latin America." Featured Session— Enduring and/or New Forms of Inequality in a Globalizing Word, Panel 1. Latin American Studies Association meetings, San Juan Puerto Rico, May 27-30.*

2015    "Legal Status as an Identity among Immigrants." Migration and Identity: Perspectives from Asia, Europe and North America, Chinese University of Hong Kong, Hong Kong, March 6-7.*

2015    "Contributions to Policy: Legal Status." Frontiers of Immigration Research and Policy Conference, Temporary Migration Cluster, University of California, Davis, January 22-23.*

2014    "Social Networks Among Older Asian and Latino Immigrants in Phoenix." (Cecilia Menjívar and Haruna Fukui) Thematic Session on Networks of Need in the Age of Economic and Social Precarity, American Sociological Association, San Francisco, CA, August 16-19.*

2014    "Multisided Violence and the State in the Lives of Guatemalan and Salvadoran Women." XVIII ISA World Congress of Sociology, Yokohama, Japan, July 13-19.

2013    "Broken by Law?: How Immigration Policies Split Families." (Maria Enchautegui and Cecilia Menjívar), Association for Public Policy Analysis and Management, Washington DC, November 7-9.

2013    "Contexts of Exit and Women's Emigration." Law, Asylum, and Sending Countries panel, Crossing Borders: Immigration and Gender in the Americas, Radcliffe Institute, Harvard University, April 25-26.*

2013    "Violence Against Immigrants: A Focus on Structures." Undocunation Symposium, Center for Race & Gender, University of California, Berkeley, February 15.

2012    "The Plurality of the Legal Context of Reception: The Case of Central Asian Immigrant Women in Russia." (Cecilia Menjívar, Natalia Zotova, and Victor Agadjanian), American Sociological Association meetings, Denver, CO, August

2012    "Twenty Years of Continued Migration," El Salvador: Twenty Years of Peace panel, Latin American Studies Association meetings, San Francisco, CA, May 23-26.*

2012    "Legality without Borders: US Immigration Law and Transnational Links." [Im]Migration and Movement: People, Ideas, and Social Worlds: A Fellows Symposium, Institute for Humanities Research, Arizona State University, April 23rd.*

2012    "The Socio-emotional Effects of SB 1070 on Youth in Arizona." (Carlos Santos and Cecilia Menjívar) Equity and Opportunity Research Symposium: Immigration Policy Shifts affecting Latino Children/Families, Arizona State University, February 23-24.*

2011    "Everyday Violence in the Lives of Ladina Guatemalans." Thematic Session on Conflict, Citizenship, and Development in Latin America, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    "War and Peace: Enduring Social Effects of Protracted Conflicts in Southern Africa and Central America." (Cecilia Menjívar and Victor Agadjanian) Thematic Session on Learning from Intractable Social Conflict, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    "Immigrant Latina Mothers as Targets of Legal Violence." (Leisy Abrego and Cecilia Menjívar) Invited section on Treacherous Geographies of Borders, Gender, and Immigrant Communities in the Americas, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    Presentation/Discussion of *Enduring Violence: Ladina Women's Lives in Guatemala*. Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011. FLACSO, Guatemala City, Guatemala, May 5th *

2011    "Labor Force Participation Among Aging Immigrants in the United States." (Haruna Fukui and Cecilia Menjívar) Poster, Population Association of America meetings, Washington, DC, April 1st

2010    "Central Americans' Lives in the United States: What Can We Learn *About* Them and *From* Them." Surveying Social Marginality Conference, University of Washington, Seattle, October 8th.*

2010    "Liminal Legality and the Experiences of Transnational Children and their Families." Thematic Session on Children's Citizenship Status and Experiences in a Globalizing World, American Sociological Association meetings, Atlanta, GA, August 14-17.*

2010    "Enduring Violence: Ladina Women's Lives in The Guatemalan Oriente." Republics of Fear: Understanding Endemic Violence in Latin America Today Conference, Lozano Long Center, University of Texas, Austin, March 4-5.*

2009    "Controlling Immigration or Legal Violence?: An Assessment from Phoenix, AZ." Migration during an Era of Restriction Conference, University of Texas, Austin, November 4-6.*

2009    "Economic Uncertainties, Social Strains, and HIV Risks: Exploring the Effects of Male Labor Migration on Rural Women in Mozambique." (Victor Agadjanian, Cecilia Menjívar and Boaventura Cau) How Immigrants Impact their Homelands Conference, Boston University, September 25th.*

2009    "Living on the Edge of the Law: The 1.5 Undocumented Mexican Generation and the Transformation of Citizenship." (Belinda Herrera and Cecilia Menjívar) Social Science Research on Immigration: The Role of Transnational Migration, Communities and Policy, Arizona State University, September 10-11th*

2009    "Defending Borders and the Brutalization of the US American Public." (Sang Kil, Cecilia Menjívar, and Roxanne Doty) American Sociological Association, San Francisco, CA, August 8-11.

2009    "Securing Borders: Patriotism, Vigilantism, and the Brutalization of the U.S. American Public." (Sang Kil, Cecilia Menjívar, and Roxanne Doty) Pacific Sociological Association, San Diego, CA, April 8-11*

2009    "Combining Computer Simulation and Ethnography in Studying Network Dynamics, Network Formation, and Disintegration of Salvadoran Immigrants' Networks." (Bruce Rogers and Cecilia Menjívar) Mixing Methods in Social Network Research International Conference, European Academy, Berlin, Germany, January 30-31*

2008    "Family Separation and Immigration Law: Central American cases in Phoenix, Arizona." Transnational Parenthood and Children-Left-Behind Conference, International Peace Research Institute (PRIO), Oslo, Norway, November 20-21.

2008    "Parents and Children across Borders: Legal Instability and Intergenerational Relations in Guatemalan and Salvadoran Families." (Cecilia Menjívar and Leisy Abrego) American Sociological Association Meetings, Boston, August 1-4*

2008    "In Solidarity: Assistance to Central American Transmigrants during their Journeys North. (Lilian Chavez and Cecilia Menjívar) International Migration Section Roundtables, American Sociological Association Meetings, Boston, August 1-4.

2008    "Residents' Views toward Immigration and Social Transformation in the U.S. Southwest." (Haruna Fukui and Cecilia Menjívar) International Migration Section Roundtables, American Sociological Association Meetings, Boston, August 1-4.

2008    "Educational Aspirations and Documented Dreams: Guatemalan and Salvadoran Immigrants and their Prospects in the U.S. Educational System." The Americas Plural: Regional and Comparative Perspectives Conference, Institute for the Study of the Americas, University of London, June 19-20*

2007    "Rights of Racial and Ethnic Minorities and Migrants: Between Rhetoric and Reality" (Cecilia Menjívar and Rubén Rumbaut). To be presented at the "Migration and Human Rights in the North American Corridor" conference, Human Rights Program, University of Chicago, Oct 12-13*

2007    "Women's Lives and Violence in Eastern Guatemala." Latin American Studies Association Meetings, Montreal, Canada, September*

2007    "Reshaping the Post-Soviet Periphery: The Impact of Men's Labor Migration on Women's Lives and Aspirations in Rural Armenia" (Victor Agadjanian, Arousyak Sevoyan, and Cecilia Menjivar). Population Association of America, New York, March.

2007    "Escaping Stereotypes: Older Women's Perceptions of Old Age and Aging." Leah Rohlfsen and Cecilia Menjívar. Pacific Sociological Association Meetings, Oakland, CA, March.

2006    "Enduring Violence: Women's Lives in Eastern Guatemala." American Anthropological Association Meetings, San Jose, CA, November*

2006    "Fighting to Exist in Non-Existence: The Citizenship Process of Central American and Mexican Women" (Olivia Salcido and Cecilia Menjívar). International Migration Section Roundtables, American Sociological Association Meetings, Montreal, Canada, August.

2006    "Guatemalan women's work and gender relations in Guatemala." Research Committee 06, Family Research, Session 10: Families in developing countries. ISA World Congress of Sociology, Durban, South Africa, July.

2006    "Guatemalan and Salvadoran Immigrant Families and US Immigration Policy." Research Committee 06, Family Research, Session 06: Various family forms. ISA World Congress of Sociology, Durban, South Africa, July.

2006    "New Family Formations and US Immigration Law." Latin American Studies Section, Western Social Science Association, Phoenix, AZ, April.

**Conference/invited panel discussant (2006 to present)**

2021    30th Anniversary of the Latina/o Section of the American Sociological Association, Panel on Future Directions of Latina/Latino Sociology, July 21st

2019    Migration Panel II. Critical Perspectives on Race and Human Rights: Transnational Reimaginings Conference, The Promise Institute for Human Rights, UCLA School of Law, March 8th

2017    Thematic Session: The Cultural Terrain of Migrant Inclusion and Exclusion: Perspectives from Africa and Asia (presider & discussant), American Sociological Association, Montreal, Aug. 12-16

2015    "Immigration and Politics." Regular session, American Sociological Association meetings, Aug 22-25, Chicago, IL. (Discussant)

2015    "Migrations, Precarities and Illegalizations in the Americas" (Panel I). Latin American Studies Association, San Juan Puerto Rico, May 27-30 (Panel Discussant)

2015    "Gender Issues in Contemporary Armenia: From Research to Policy." Yerevan State University Center for Gender and Leadership Studies, Armenia, May 11-12 (Conference Rapporteur)

2015    "Fleeing Violence, Finding Prison: The Treatment of Migrant Women in Flight from Domestic Violence in the U.S. Immigration System." Haury Program in Environmental and Social Justice, James E. Rogers College of Law, University of Arizona, Tucson, AZ, April 23-24

2014    "Somos Familia: The Transnational Politics of Representation about Latino Families." Latina/o Studies International Conference, Chicago, IL, July 17-19

2014    "The Disappeared, Displaced and Technologies of Memory: Long-term Consequences of Armed Conflicts in Central America." Latin American Studies Association meetings, Chicago, May 21-24

2014    Central American Immigration: Honoring Pioneers & Charting New Paths, Center for the Study of Immigrant Integration, University of Southern California, February 26.

2013    Trabajadoras migrantes en la frontera sur: seminario/taller. El Colegio de México, June 21-22.

2012    Thematic session, Gender and Immigration, Pacific Sociological Association Meetings, San Diego, CA, 22-25 March

2010    Thematic session, Spiritual and Religious Challenges to State Citizenship in the Age of Migration, American Sociological Association meetings, Atlanta, GA, August 14-17.

2010    Taller "Familias y Movilidades: Enfoques teóricos y perspectivas metodológicas", Colegio de México, DF, México, June 11th

2009    Unaccompanied Migrant Children Workshop/Discussion, Radcliffe Institute, Harvard University, June 17-20.

2008    "Religion at the Edge: Expanding the Boundaries of the Sociology of Religion." Center for the Study of Religion, Princeton University, October 3-4.

2007    Panel "The Border is Everywhere: "New" Spaces and Actors in Transnational Migration between Latin America and the United States - Part 1, Latin American Studies Association, Montreal.

2007    "A Conversation with Alejandro Portes." Eastern Sociological Society, Philadelphia, March.

2006    Session "Beyond Low Wage Labor Migration: Entrepreneurs, Professionals, & Managers." American Sociological Association Meetings, Montreal, Canada, August

2006    Qualitative methods session and session on ethics of research. "Taller Centroamericano de la Red

Internacional de Migración y Desarrollo (RIMD), Programa de Naciones Unidas para El Desarrollo (PNUD) El Salvador, y La Universidad Centroamericana José Simeón Cañas, (UCA) San Salvador, El Salvador, June 28th & 29th.

2006    Panel "Transnational Families." Fourth Annual Summer Institute on International Migration, Center for Comparative Immigration Studies, University of California, San Diego, June 19-23.

2006    Migration and the Arts in the United States Workshop, Princeton University, June 1-2.

2006    Panel "Voces Inocentes: Discusión sobre el largometraje." Latin American Studies Association Meetings, San Juan, Puerto Rico, March.

**Critic on Book Panels**

2021    Panel for "In Someone Else's Country: Anti-Haitian Racism and Citizenship in the Dominican Republic," by Trenita Brookshire Childers. Society for the Study of Social Problems, August 5th.

2020    "Toward Social Justice: New Books by Latinx Scholars." School of Social Ecology, UC Irvine, October 15th

2019    Panel for "Kids at Work: Latinx Families Selling Food on the Streets of Los Angeles," by Emir Estrada. School of Human Evolution and Social Change, ASU, November 7, 2019.

2018    Panel for "Gone Home: Race and Roots through Appalachia," by Karida Brown. UCLA Center for the Study of International Migration, October 5th.

2015    Panel for "Crime, Punishment and Migration," by Dario Melossi. American Society of Criminology, November 18-21, Washington, DC.

2009    Panel for "Survival of the Knitted: Immigrant Social Networks in a Stratified World," by Vilna Bashi. American Sociological Association, San Francisco, CA, August 9th.

2009    Panel for "God's Heart has no Borders," by Pierrette Hondagneu-Sotelo, Pacific Sociological Association, San Diego, CA, April 10th.

2006    Panel for "La Virgen of el Barrio: Marian Apparitions, Catholic Evangelizing, and Mexican American Activism, by Kristy Nabhan-Warren. Association for the Sociology of Religion, Montreal, Canada, August 9-12.

**Presentations At UCLA**

2021    "Effects of Immigration Law on Physical and Mental Health of Immigrants." Neuropsychology Brown Bag (Instructor Mirella Diaz Santos), Department of Psychiatry and Biobehavioral Sciences, Simmel Institute, February 11th

2021    "Law In(effectiveness) in Women's Lives: Family-first Ideologies vs. Abortion and Violence Against Women Laws in El Salvador." (with Leydy Diossa-Jimenez), Gender and Sexuality Working Group, Department of Sociology, February 10th

**Presentations at the University of Kansas**

2015    "Central American Women: Immigrants or Refugees?" XXIV Waggoner Research Colloquium, Center for Latin American Studies, University of Kansas, November 13th

**Presentations at Arizona State University**

2012    "Immigration and Arizona" Faculty Cross-talks, Office of Diversity, November 14.

2012    "Enduring Violence: Ladina Women's Lives in Guatemala" Latin American Studies cluster, Institute for Humanities Resarch, September 21st.

2010    "Living in Legal Limbo in Phoenix, AZ." School of Geographical Sciences and Urban Planning, ASU, September 24th.

2009    "Methodological Issues in Qualitative Research: Lessons from Research on Central American Immigrants in the United States," Southwest Interdisciplinary Research Center (SIRC), March 25th.

2007    "The Impact of Immigration Law on Immigrant Families: Reconfiguration or Breakdown?" Sociological Sciences Speaker Series, School of Social and Family Dynamics, ASU, March 1st.

2006 "Legal Status and the Lives of Central American Immigrants." Voces Convergentes: Literatura, lingüística y cultura. 11th Spanish Graduate Student Symposium, Arizona State University, April 13th—15th.

2006 "Social Networks, Migration, and Immigrant Incorporation." Mathematics and Cognition Seminar, Arizona State University, March 7th.

1999 "Central American Immigrants in the United States." First Conference on Central American Literatures and Culture, Arizona State University, April 8-10.

1999 "The Social Networks of Salvadoran Women and Men in San Francisco." Women Studies Program colloquium, Arizona State University, January 29th.

**Courses Taught**

UCLA:
  Sociology 236B Immigrant Incorporation/Assimilation (graduate)
  Sociology 152 Immigrant Incorporation/Assimilation (undergraduate)
  Sociology 191V Immigration and Media (undergraduate seminar)

University of Kansas:
  Sociology of Immigration (undergraduate and graduate)

Arizona State University:
  Sociology/School of Social and Family Dynamics:
  Graduate: Seminar in qualitative methods; immigration
  Undergraduate: research methods; immigration.
  Graduate/undergraduate course: Gender Violence

  School of Justice and Social Inquiry:
  Graduate: Research Methods; Immigration and Justice; Migration, Immigration and Justice; Refugee Migrations and Justice.
  Undergraduate: Research Methods; Gender and International Development; Immigration and Justice.

Department of Sociology, University of California, Davis: 1989-1990 Instructor; 1/87-6/89 Teaching Assistant.  Department of Sociology, University of Southern California: 9/81-5/82 Teaching Assistant.

**Mentoring and Student Committees**

*Book workshops*

2021 Blair Sackett and Annette Lareau, University of Pennsylvania, June 2021
2021 Asad Asad, Humanities Center, Stanford University, May 2021
2020 katrina quisumbing king, Provost's Postdoctoral Scholar, USC, January 2020
2019 Paige Sweet, Inequality in America Initiative, Harvard University, October 25th
2019 Leisy Abrego, Center for the Study of Women, UCLA, May 17th
2018 Ming Chen, University of Colorado, Boulder Law School, December 6
2017 Angela Garcia, School of Social Service Administration, University of Chicago, Sept 28-29
2017 Maria Rendón, UC Irvine (held at UC Berkeley), June 21
2016 Jennifer Jones, Institute for Latino Studies, University of Notre Dame, Sept. 7-8.
2013 Leisy Abrego, Penn Kanner Next Generation Fellowship, Center for the Study of Women, UCLA, April 5

*Post-doctoral*

Amada Armenta, Department of Sociology, University of Pennsylvania. Post-doctoral Fellowship, Ford Foundation Diversity Fellowship (declined); The Woodrow Wilson National Fellowship, 2016-2017 (Mentor)

Leisy J. Abrego, Chicano Studies Department, UCLA. Ford Foundation Diversity Post-doctoral Fellowship, 2012-2013 (Mentor)

Silvia Dominguez, Sociology, Northeastern University. Ford Foundation Diversity Post-doctoral Fellowship, 2009-2010 (Mentor)

Carolina Valdivia Ordorica, School of Education, Harvard University, UC President's Post-doctoral Fellowship, 2020-2021 (Mentor)

Sandra D. Simpkins, School of Social and Family Dynamics, Arizona State University. W.T. Grant Foundation Fellowship, 2007-2012 (Mentor/qualitative methods advisor)

*PhDs in Progress (Committee Chair/Co-Chair)*
Estefanía Castañeda Pérez, (Co-Chair) Department of Political Science, UCLA
Catherine Crooke, Department of Sociology, UCLA

*PhDs in Progress (Committee Member)*
Adrian Bacong, Fielding School of Public Health, UCLA
Caitlyn Carr, Department of Anthropology, University of South Florida
Oscar Rubén Cornejo Casares, Department of Sociology, Northwestern University
Rose Ann Gutierrez, School of Education, UCLA
Leydy Diossa-Jimenez, Department of Sociology, UCLA
Harleen Kaur, Department of Sociology, UCLA
Lucia León, Department of Chicana/o Studies, UCLA
Claire Niehaus, Clinical Psychology Doctoral Program, George Mason University
Karime Parodi Ambel, Department of Anthropology, UCLA
Anthony James Williams, Department of Sociology, UCLA
Yue Yang, Department of Sociology, UCLA

*PhDs Completed (Chair)*
Jennifer Arney          Sociology, School of Social and Family Dynamics (Spring 2010), ASU
Dissertation: "Prescription Drug Advertising and the Biomedical Construction of Affective Disorder: Effects for Consumers, Physicians, and Society."
*Associate Professor, University of Houston, Clear Lake

Lilian Chavez          Sociology, School of Social and Family Dynamics (Spring 2016), ASU
Dissertation: "The Migration Process for Unaccompanied Immigrant Minors: Children and Adolescents Migrating from Mexico and Central America to the United States."
*Assistant Professor, Mesa Community College

Luis Fernandez          School of Justice and Social Inquiry (Spring 2005), ASU
Dissertation: "Policing Protest Spaces: Social Control in the Anti-Globalization Movement."
*Professor, Northern Arizona University (formerly, Grinnell College)

Haruna Fukui          Sociology, School of Social and Family Dynamics (Fall 2014), ASU
"Social Networks of Older Immigrants in Phoenix, Arizona."
*Assistant Professor, Okayama University, Japan

Andrea Gómez Cervantes Sociology, University of Kansas (Spring 2019)
"Inflexible Illegality: Immigration and Integration Processes of Indigenous and Non-Indigenous Latina/o Immigrants in the Midwest."
*UC President's Post-doctoral fellow &Assistant Professor, Department of Sociology, Wake Forest University

Belinda Herrera          School of Justice and Social Inquiry (Spring 2009) (co-chair), ASU

Dissertation: "Living on the Edge of the Law: Undocumented 1.5 Mexican Immigrants and their Expressions of Citizenship."

Sang Kil                  School of Justice and Social Inquiry (Fall 2006), ASU
Dissertation: "Covering the Border: How the News Media Create Race, Crime Nation, & the USA-Mexico Divide."
*Associate Professor, San Jose State University

Zeynep Kilic            Sociology, School of Social and Family Dynamics (Fall 2006), ASU
Dissertation: "Reluctant Citizens: Belonging and Immigrant Identification in the Era of Transnationalism."
*Associate Professor, University of Alaska

Carole McKenna          School of Justice and Social Inquiry (Fall 2008), ASU
Dissertation: "Militarism: Micro-Macro Power Arrangements between Wives, Soldiers, and the Military-Industrial-Service-Complex."
*Instructor, Ferris State University

Dulce Medina            School of Social Transformation, Program in Justice Studies (Spring 2016) ASU
Dissertation: "Immigrant Incorporation in the U.S. and Mexico: Well-being, Community Reception, and National Identity in Contexts of Reception and Return."
*Research Analyst, California Pension System

Carlos Posadas          School of Justice and Social Inquiry (Spring 2007), ASU
Dissertation: "Women's Translocal Networks and How they Organize Resettlement by Looking at Specific Spheres of their Lives."
*Associate Professor (and former Chair), New Mexico State University

Olivia Salcido          School of Justice and Social Inquiry (Spring 2011), ASU
Dissertation: "Wolves" or "Blessing": Victims'/Survivors' Perspectives on the Criminal Justice System.
*Tempe Preparatory Academy faculty

Tyler Wall              School of Justice and Social Inquiry (Spring 2009) (co-chair), ASU
Dissertation: "War-Nation: Military and Moral Geographies of the Hoosier Homefront."
*Associate Professor, University of Tennessee (formerly, Eastern Kentucky University)

*PhDs Completed (Committee Member)*
Melinda Alexander       School of Geographical Sciences, (Fall 2014), ASU
Dissertation: "Belonging With the Lost Boys: The Mobilization of Audiences and Volunteers at a Refugee Community Center in Phoenix, Arizona."

Randall Amster          School of Justice Studies (Spring 2002), ASU
Dissertation: "Patterns of Exclusion, Forces of Resistance: Urban Sidewalks, National Forests, and the Contested Realms of Public Space."

Cynthia Bejarano        School of Justice Studies (Summer 2001), ASU
Dissertation: "A Mosaic of Latino Cultures: Young Lives at the Crossroads of Sameness and Difference."

Naomi Bellot            School of Justice and Social Inquiry (Spring 2009), ASU
Dissertation: "Gender Vulnerabilities in the Caribbean: A Focus upon Indigenous Kalinago (Carib) Women in Bataka, Dominica."

Diya Bose               Department of Sociology (Summer 2020), UCLA
(3 articles dissertation)

Neslihan Cevik          Sociology, School of Social and Family Dynamics (Summer 2010), ASU
Dissertation: "Religious Revival in Modern Turkey: Muslim, New Muslim Entrepreneurs, and Sites of Hybridity."

Chantal Figueroa          Organizational Leadership, Policy, & Development (Summer 2014) U. of Minnesota
"State of Terror, States of Mind: Gender, Mental Health and Systems of Care in Guatemala City."

Chiara Galli          Department of Sociology (Spring 2020), UCLA
"Refugee Children or Immigrant Teenagers?: The Precarious Rights and Belonging of Central American
Unaccompanied Minors in the United States."

Everardo Garduño          Dept. of Anthropology (Fall 2005), ASU
"From Invented to Imagined and Invisible Communities: Mobility, Social Networks and Ethnicity among
the Yumans of Baja California."

Gail Gibbons          School of Social Work (Fall 2006), ASU
Dissertation: "Twenty-five Years Later: A Comparative Study of the Socioeconomic Integration of
Vietnamese Refugees in Arizona."

Anneliese M Harper          School of Human Communication (Spring 1996), ASU
Dissertation: "The Impact of Immigration on Rural Guatemalan Women Ways of Speaking (Gossip)"

Khaleel Husssaini          Sociology, School of Social and Family Dynamics (Spring 2008), ASU
"Immigrant Adaptation Among Mexican Students in the Southwest: Understanding Differences Among
Fifth Graders' Consumption Norms of Alcohol, Cigarettes, and Marijuana."

Atsuko Kawakami          Sociology, School of Social and Family Dynamics (Spring 2012), ASU
"Aging and Identity Among Japanese Immigrant Women."

Heather Kuhn          School of Public Health (Spring 2005) (External Reader) Harvard University
Dissertation: "Health Profile of Farm workers and Interface of Workers with Healthcare in Imperial
County, California:  A Qualitative Analysis."

Mirian Martinez-Aranda, Department of Sociology (Summer 2021), UCLA
(3 paper dissertation)

Brenda Ohta          Sociology, School of Social and Family Dynamics (Spring 2008), ASU
Dissertation: "Determinants of Care for Medicare Recipients at the End of Life: Utilization and Decision
Making in the Acute Care Hospital."

John Rosinbum          Department of History, ASU (Spring 2014), ASU
"A Crisis Transformed: Refugees, Activists and Government Officials in the United States and Canada
during the Central American Refugee Crisis."

Florencia Rojo, Department of Sociology and Behavioral Sciences, UCSF (Spring 2019)
""You wanted norte:" Central American Families and the Ongoing Trauma of Migration, Separation, and
Deportation."

Aundrea Janaé Snitker Women & Gender Studies (Spring 2016) ASU
Dissertation: "Constructing Masculinities and the Role of Stay-at-Home Fathers: Discussions of Isolation,
Resistance and the Division of Household Labor."

Emily Skop          Department of Geography (Spring 2002), ASU
Dissertation: "The Saffron Suburbs: Asian Indian Immigrants Community Formation in Metropolitan Phoenix."

Meredith Van Natta, Department of Sociology & Behavioral Sciences, UCSF (Spring, 2019)
"Balancing Risks: Health, Citizenship, and Biopolitical Exclusion in the U.S."

Andrea Vest             Family and Human Development, Sanford School (Fall 2014), ASU
Dissertation: "Latino Adolescents' Organized Activities: Understanding the Role of Ethnicity and Culture in Shaping Participation."

Paloma Elizabeth Villegas Dept. of Sociology and Equity Studies (Summer 2012) University of Toronto
Dissertation: "Assembling and (re)marking migrant illegalization: Mexican migrants with precarious status in Canada."

Arely Zimmerman        Department of Political Science, (Spring 2010) UCLA
Dissertation: "Contesting Citizenship: Identity, Rights, and Participation across Borders, Central Americans in Los Angeles."

_Doctoral Qualifying Examinations/Defenses only_ (All at ASU, unless otherwise indicated)
Eugenio Arene           Educational Policy Analysis, School of Education
Jennifer Chappell Eckert, School of Social Welfare, University of Kansas (qualifying exam committee)
Neel Bhattacharjee      Dept. of Geography
Terna Gbasha            School of Justice and Social Inquiry
Estye Fenton            Department of Sociology and Anthropology (Northeastern University)
Mei Lei                 School of Public Affairs
Chara Price             Family and Human Development, Sanford School, ASU
Elizabeth (Lisa) Reber School of Social Transformation, ASU

_M.A. Theses in Progress:_

_M.A. Theses & Capstone Papers Completed (Chair)_
Cameron Brandt          Latin American Studies Program, UCLA (Spring 2020)
Capstone: "Media Framing and SB1070: Racialization, Illegalization and Impact on Health Outcomes"

Nathan Cheong           Latin American Studies Program, UCLA (Spring 2020)
Capstone: "Blood, Sweat and Tears: The U-Visa Application Process and Acquisition and its Effects on Immigrant Wellbeing and Citizenship in the United States."

Catherine Crooke        Department of Sociology, UCLA (Spring 2021) (Co-chair)
"U.S. Asylum Lawyering and Temporal Violence."

Aurelia de La Rosa Aceves       Sociology, School of Social and Family Dynamics (Spring 2011), ASU
"Phoenix's Place for the Homeless: Stories from the Maricopa County Human Services Campus."

Cherie Espinoza         School of Justice Studies ASU (Fall 2000)
Thesis: "Education for Extinction: Protecting Our Roots from Arizona English-Only Initiative."

Luiza Kinzerska-Martinez Latin American Studies Program, UCLA (Spring 2020)
Thesis: "#Ni Una Menos: Central American Policy Approaches to Gender-Based Violence in the Twenty-First Century."

Paola Lopez             Latin American Studies Program, UCLA (Spring 2020)
Capstone: "U.S. Asylum Procedure: Asylum Seekers Trapped in Violence Generated by the State."

Dulce Medina            Sociology, School of Social and Family Dynamics ASU (Summer 2011)
Thesis: "Return Migration: Modes of Incorporation for Mixed Nativity Households in Mexico"

Rigoberto Quintana        Latin American Studies Program, UCLA (Spring 2020)
Thesis "Points of Contact: Agents of Aid and Social Reproduction at a Migrant Shelter in Tijuana."

Emily Sawyer        Sociology, School of Social and Family Dynamics, ASU (Spring 2009)
Thesis: "The Adoption of Biomedicine into *Quechua* Cosmology of Health and Illness: Treatment-Seeking Behavior in an Indigenous Ecuadorian Community."  (Co-Chair)

Cecilia Martinez-Vasquez  School of Justice Studies ASU (Summer 2005)
Thesis: "Identity Formation Among Salvadoran Youth of the 1.5 and Second Generation."

*M.A. Theses/Papers & Capstone Competed (Committee Member)*

John Abiel Benítez        Department of Geography (Summer 2002), ASU
Thesis: "The Hispanic Protestant Landscape in Mesa, AZ."

Melissa Carpenter        Dept. of English/ Comparative Literature (Spring 2001), ASU
Thesis: "También somos madres: Militancy and Maternity in Latin American Testimonios."

Mario Escobar        Department of Spanish (Fall 2011), ASU
"Globalización, violencia y solidaridad: prácticas discursivas eurocentroamericanas y chicanas."

Miriam Hilin        Department of Sociology (Spring 2005), ASU
"Immigration Law and the Family Stability of Mexican Undocumented Immigrants."

Summer Lopez Colorado        Department of Sociology, UCLA (Fall 2020)
"Spinning the Revolving Door: Advancing a Legal Violence Framework to Investigate Predatory Policing Practices in the Sex Trade."

Juan Esteban Mejía Aguilar Estudios de Población, Colegio de la Frontera Norte, México (Summer 2014)
"Migrantes Desaparecidos: Una Búsqueda Interminable."

Robert Miller        School of Architecture (Spring1998), ASU
Final Project: "Redesigning the INS Building to Accommodate the Social and Cultural Diversity of Immigrants."

Paul Ara Nersessian        Department of Religious Studies (Summer 2002), ASU
Thesis: "Borderlands Scholarship."

Reena Patel        Global Technology and Development (ASU East) (Summer 2003), ASU
Thesis: "The Re-Enforcement of Traditional Gender Roles in the Technology Sector: A Case Study of Female Engineers in India."

Chara Price        Family and Human Development, Social and Family Dynamics (Fall 2012), ASU
"Sibling Behaviors and Mexican Origin Adolescents' After-School Activity Participation."

Emily Skop        Dept. of Geography (Summer 1997), ASU
Thesis: "Segmented Paths: The Geographic and Social Mobility of Mariel Cuban Exiles."

Kathleen Tonnies        Curriculum & Instruction, School of Education, (Fall 2016) University of Kansas
 "From Passion to Practice: Developing a Culturally Relevant Training Program for Volunteers of Adult Refugee English Language Learners."

*Honors Theses in Progress (Chair*)
Federico Trudu, Department of Sociology/Minor in Migration Studies, (Spring 2021) UCLA

*Honors Theses Completed (Chair)*
Michelle Brady          School of Justice Studies (Fall 2000), ASU
Thesis: "The Stalker: A Creative Project."

Chrisanne Gultz          School of Politics and Global Studies (Spring 2014), ASU
"The Media Construction of Undocumented Immigration as a National Crisis"

Sean McKenzie          Departments of Political Science & Spanish (Spring 2008), ASU
"Formation of Perceptions of Migration Among Wives and Mothers Left Behind in Rural Honduras."

Daniella Rodriguez, Migration Studies minor, (Winter 2020), UCLA
"Social Imaginaries of Migration: How Images of Life Course Inform Adult Undocumented Latino Immigrants' Desires to Stay or Return."

Edna Sandoval Avila     Latin American Studies, UCLA (McNair Scholar) (Spring 2020)
"Guatemala Mujeres en Resistencia: Racialized Struggle in the Aftermath of War."

Magdalena Valenzuela  School of Justice Studies (Spring 2000), ASU
"A System Flawed: The Death Penalty in the United States."

*Honors Theses Completed (Committee Member)*
Anna Fairbanks Bethancourt      Department of English (Spring 2011), ASU
"Consolidating Migrant Identity in Arizona: Newcomers and a State's Need for Social Empathy."

Loredana Cuatro Nochez  School of Languages and Linguistics, *Griffith University, Australia (Summer 2007)
Thesis: "Salvadorian migrant: A case study to investigate their schooling experience, cultural identity and their language maintenance in (Queensland) Australia."

Falynn Glickstein          School of Justice Studies (Spring 2004), ASU
Honor's thesis: "Killings of the Women in Juarez."

Brenna Gromley          Department of History (Spring 2008), ASU
"Battling Neighbors: The United States Response to Honduran-El Salvador "Soccer War."

Lauren Kerchenko          Department of History (Fall 2000), ASU
Thesis: "From the Ukraine to the US: Immigrant Women and Assimilation."

Haley McInnis          Sociology (Spring 2013), ASU
"The Role of Religious Organizations in Progressive Social Movements: Local Churches and Their Response to Senate Bill 1070."

Michelle Speck          Dept. of Anthropology (Spring 2001), ASU
Thesis: "Mexican Immigrant Women."

*Other Undergraduate Mentoring*

*At UCLA*
Dalesy Casasola          Pre-Doctoral Scholars Summer Program, California State University, Los Angeles, 2019
Isabel García          Department of Sociology, UCLA

*At the University of Kansas*
Giselle Almodovar          Emerging Scholars Faculty Mentor, Center for Undergraduate Research, 2016-2018
Faculty Mentor Program, College of Liberals Arts and Science, Fall 2016

*At Arizona State University*

| | | |
|---|---|---|
| Lea Fordyce | B.A. | Obama Scholar Mentorship Program, 2013-2014 |
| William McDonald | B.S. | Research Apprenticeship, School of Politics & Global Studies, 2013 |
| Mauro Whiteman | B.S. | Research Fellow, Center for the Study of Religion and Conflict, Fall 2012 |
| Christy Garcia | B.S. | Research Apprenticeship, School of Social and Family Dynamics, Fall 2007 |
| Vanessa Tucker | B.S. | Research Apprenticeship, School of Social and Family Dynamics, Fall 2007 |
| Joshua Whistler | B.S. | Research Fellow, Center for the Study of Religion and Conflict, 2004-05 |
| Olivia Reyes | B.S. | Research Fellow, Center for the Study of Religion and Conflict, 2004-05 |
| Sonia Anaya | B.S. | Research Apprenticeship, School of Justice Studies, Fall 2003 |
| Malea Chavez | B.S. | Research Apprenticeship, School of Justice Studies, Fall 1998 |

**Panels, Boards, Consulting, and Related**

--Advisory Board Member, Consortium on Gender-Based Violence, University of Arizona, 2018-

--Advisory Board, Migrant Children & Youth Project, Deborah Boehm and Susan Terrio (leads), 2017

--Advisory planning board, "Developing a 21st Century US Immigration Agenda," CMS, New York, 2016

--Advisory council member, Immigrant Integration: Assessing and Improving the Collective Response of the Catholic Church in the United States Panel, Center for Migration Studies, New York, 2014-

--Institute for Women's Policy Research, Washington, D.C. "Women Immigrants in the New Destinations: Religion's Role in Facilitating Incorporation and Improving Well-Being," 1/2009-2011.

--United Nations Development Program (UNDP). San Salvador, El Salvador. Contributor to Report, 12/04-04/05.

--Annie E. Casey Foundation. Participant, Consultative Session on Transnational Families, September 23rd, 2002

--Center for the Common Good, Vesper Society, Oakland, CA. Research Consultant, Immigration Project, 4/932/94

--University Eduardo Mondlane, Maputo, Mozambique, Facultade de Letras, Advisor/Consultant, 1993 (Summer)

--Joint Committee on International Migration, Refugee Resettlement, and International Cooperative Development, Sacramento, CA. Research Coordinator, 9/89-1/91

--Evaluation, Training and Management Co., Sacramento, CA. Consultant, Project: Rehabilitation programs in low-income communities, 1/90-12/90.

--Casa de la Cultura, Ministry of Culture, Managua, Nicaragua Assistant Coordinator, 5/85-9/85.

--LULAC, Los Angeles, Program Development Assistant, 9/83-9/84.

**Professional Service** (*denotes elected)

American Sociological Association
2020-2021 President-elect;* 2021-2022 President; 2022-2023 Past-President
2017-2018 Chair Elect,* 2018-2019 Chair, 2019-2020 Past Chair, International Migration Section
2016-2017; 2018-2020 Member, Committee on the Status of Women
2016-2017 Member, Committee on Nominations, Family Section
2016-2017 Chair, Founders' Award Committee, Latino/a Section
2015-2016 Chair, Public Sociology Award Committee, International Migration Section
2014-2015 Member, William J. Goode Book Award Committee, Family Section
2013-2014 Member, Lewis A. Coser Award Committee, Theory Section
2013-2014 Founders Award Selection Committee, Latino/a Section
2013-2014 Vice-President elect*; 2014-2015Vice-President; 2015-2016Past Vice-President;
        Program Committee 2015 Meetings
2012-2013 Chair, Article Award Committee, International Migration Section
2010-2013 Member-at-large,* ASA Council.
        Fund for the Advancement of the Discipline sub-committee
        Minority Fellowship Program Advisory Board (Council Liaison)
2010-2011 Chair, Awards Committees and Chair, Career Award Committee, Latino/a Section
2010 Member, NSF/ASA Postdoctoral Fellowship Review Committee (also in 2012)
2009-2010 Member, Committee on Nominations, Family Section

2007-2008 Member, Awards Committee, Latino/a Section
2007-2009 Member,* ASA Committee on Nominations
2006-2008 Member, Program committee for the Annual Meetings (& author-meets-critics books selection).
2004-2005 Chair-elect; * 2005-2006 Chair; 2006-2007 past Chair, Latina/o Section.
2003-2004, 2004-2005 Member, Thomas and Znaniecki Award Committee, International Migration Section.
2003-2006 Council Member,* International Migration Section.
2002-2004  Member, Program committee for the Annual Meetings.

<u>Latin American Studies Association</u>
2017     International Migration Section Article Award Committee member
2009-2010 Diskin Distinguished Lecture and Diskin Dissertation Award Selection Committee member.
2009-2010 Co-chair, Migration and Latin American Diasporas Track, for 2010 meetings, Toronto, Canada
2007-2009 Co-chair, Cross-border Studies and Migration Track, for 2009 meetings, Rio de Janeiro, Brazil.
2004-2006 Council member,* Section on Gender.
2002-2003 Co-chair,* Central American Section.
2000-2002 Council member,* Central American Section.

<u>Pacific Sociological Association</u>
2012-2013 Member, Distinguished Scholarship Award committee
2004-2007 Member,* Committee on Committees, Southern Region.

<u>Society for the Study of Social Problems</u>
2004-2005 Chair, Committee on Committees (one year replacement).
2004     Member, Program Committee for the Annual Meeting.
2002-2005 Member,* Committee on Committees.
2001-2002 Chair, Minority Fellowship Selection Committee.
2001     Site visit for Social Problems Editorial Office, Summer.
2000-2001 Chair-elect and Member. Minority Fellowship Selection Committee.
1998-1999 Member, Lee Founders Award Committee.

<u>Sociologists for Women in Society</u>
Member, Mainstream Team (media contact) 2009-

<u>Editorial/Advisory Boards</u> (Journals)
*American Behavioral Scientist*, 9/2009-
*American Journal of Sociology,* Consulting editor, 9/2011-8/2013
*American Sociological Review,* 1/2009-12/2011; 1/2003-12/2005
*Contexts,* 1/2017-12/2019
*Aztlán: A Journal of Chicano Studies,* 1/2018-12/2020
*Gender & Society,* 1/2013-1/2015; 1/2003-1/2005
*International Migration Review,* 2021-2023; 2018-2021
*Journal of Developing Societies*, Associate editor, 2002- 2005
*Journal of Developing Societies*, Book Review Editor, 1995-2000
*Journal of Latin American Studies*, International advisory board member, 1/2014-
*Journal of Marriage and Family, 2021*
*Latino Studies*, 1/2001-
*Law & Social Inquiry,* 2021-2023
*Migraciones Internacionales*, 2001-2010
*Perspectives on Global Development and Technology*, 2001-2003
*Population Research and Policy Review*, 9/2015-
*RSF: The Russell Sage Foundation Journal of the Social Sciences, 3/2019-2/2022*
*Sociological Science* (Consulting editor), 6/2017-
*The Sociological Quarterly,* 2008-2014
*Sociology of Race and Ethnicity*, 1/2017-12/2019

*Studies in Social Justice,* 1/2006-
*TRACE* (Travaux et Recherches dans les Amériques du Centre), CEMCA 9/2012-

Editorial Boards (Encyclopedias, Series, and Volumes)
Women on the Move: Past and Present Perspectives Series, *Manchester University Press*, 2021-
Social Mechanisms Series, *Oxford University Press*, 2021-
Global Migration and Social Change Series, *Policy Press* (University of Bristol), 2016-
Latina/o Sociology Series, *New York University Press*, 2013-
Latinos in the United States: Studies in Diversity and Change Series, *Lynne Rienner Publishers*, 2004-
School of Advanced Research Press (Santa Fe, NM), 2007-2010
*Immigration and Crime: Ethnicity, Race, and Violence,* edited by Ramiro Martinez, Jr., and Abel
    Valenzuela. New York University Press (2005).
*Latinas in the United States: An Historical Encyclopedia.* Vicki L. Ruiz and Virginia Sánchez-Korrol,
    editors. Indiana University Press (2005).

Other professional service (selected)
2017    Organizing committee member, "Country Conditions in Central America and Asylum Decision-
        Making" Workshop, College of Law & Center for Latin American & Latino Studies, American
        University, Washington DC January 12
2006-2012 Expert/member, Working Group on Global Childhood and Migration
2006    Faculty participant, Fourth Annual Summer Institute on International Migration, Center for
        Comparative Immigration Studies, University of California, San Diego, June 19-23.
2002    "Hispanic Gendering of the Americas: Beyond Cultural and Geographical Boundaries." National
        Endowment for the Arts Summer Institute for College and University Teachers, Arizona State
        University, June 17-July 19. (Institute faculty member.)
1998    Co-Chair. Immigration and Human Rights Working Group, Inter-University Program for Latino
        Research. (IUPLR, based at the University of Texas, Austin.)
1997    Mentor. Southwest Institute for Research on Women. Summer Institute on Global Processes, Local
        Lives: Comparative Approaches to Women's and Area Studies. University of Arizona. 6/8-15.

*Grant Reviews*: Center for Engaged Scholarship (2017), European Research Council (2020), NSF Law
and Society Program (2005, 2007, 2008, 2013); NSF Social and Behavioral Sciences Program (1996,
2005, 2006, 2007, 2018); NSF Sociology Program (2012, 2013, 2016, 2017, 2018, 2 in 2019), Social
Sciences and Humanities Research Council of Canada (2002, 2004, 2007, 2016); Foundation for Child
Development, New York (1997); Louisiana Board of Regents' Research Competitiveness Subprogram
(2006); Israel Science Foundation (2007, 2010, 2016); Austrian Science Fund (2010, 2012), National
Humanities Center (2011), Russell Sage Foundation (2013, 2016, 2019), Sam Houston State University
Office of Sponsored Projects (2013).

*Manuscript referee for book publishers*: The University of Arizona Press, The University of California
Press, Cambridge University Press, Columbia University Press, The University Press of Florida, The
Johns Hopkins University Press, School of American Research Press, New York University Press,
University of North Carolina Press, University of Notre Dame Latino Studies Institute, Oxford University
Press, University of Pittsburg Press, Polity Press, Routledge, Rutgers University Press, Springer, Stanford
University Press, Temple University Press, University of Texas Press, Wadsworth Publishing

*Tenure and promotion reviews*: University of Alaska, Arizona State University, University of Arkansas, SUNY
Albany, SUNY Stony Brook, Amherst College, University of British Columbia, University of Birmingham,
Brigham Young University, Brown University, Columbia University, Bucknell University, UC Berkeley, UC
Irvine, UCLA, UC Santa Cruz, UC Davis, UC San Diego, Clemson University, Columbia University, Cornell
University, CUNY, Dartmouth College, Drexel University, Florida International University, Fordham University,
Grinnell College, Harvard University, University of Illinois Urbana-Champaign, University of Illinois-Chicago,
Indiana University, Iowa State University, Kansas State University, University of Massachusetts at Lowell,
University, University of Massachusetts-Boston, University of Massachusetts-Lowell, Michigan State University,

North Carolina State University, Northeastern University, University of Oregon, Oregon State University, University of Pennsylvania, Pitzer College, Pomona College, Princeton University, Providence College, Rice University, St. Mary's University (MD), Texas A&M, University of Texas at Austin, University of Toronto, Tufts, University of San Francisco, University of South Florida, University of Southern California, University of Utah, Wheaton College (MA), Virginia Tech, Whitman College, Wellesley College.

*Program review*: Global and Sociocultural Studies, Florida International University (Graduate Program), (Spring 2013); Department of Sociology, Brown University (Spring 2018)

**Service at UCLA**
2021-2022, 2020-21, 2019-2020, Elected member, Executive Committee, Department of Sociology
2020- Chair, Advisory Board, Center for the Study of International Migration
2020 Search Committee for Director Center for the Study of Women
2020 Fellowship Reviewer, Graduate Division
2019-2021 Faculty Advisory Board Member, Chicano Studies Research Center
2019-2020 Faculty Advisory Board Member, Latin American Institute
2019- Faculty co-coordinator, Gender and Sexuality Working Group, Department of Sociology
2018-2019 Member, Undergraduate Committee, Department of Sociology

**Service at the University of Kansas**
2016-2017 Member, Personnel Committee, Department of Sociology
2016- Member, Search Committee for CLAS Associate Dean for Diversity, Equity & Inclusion
2016-Member, Advisory Board, Women, Gender, and Sexuality Studies
2015- Member, Executive Committee, Center for Latin American & Caribbean Studies

**Service at Arizona State University**
University
2014 Southwest Borderlands Initiative Selection Committee (member)
2013-2016 Member, University Graduate Council
2012-2014 Co-convener, working group on Immigration Theory, Institute for Humanities Research
2012-2014 Co-organizer, Working group on Latin American Studies, Institute for Humanities Research
2012-2014 Member, Executive Board, Faculty Women's Association
2012-2014 Outstanding Doctoral Mentor Committee, Graduate College
2012-2013 Member, Executive Board, Comparative Border Studies Center, School of Transborder Studies
2011-2012 President, Chicano and Latino Faculty and Staff Association
2009     Member, Personnel Committee, Dept. of Transborder, Chicano/a, & Latino/a Studies (Fall)
2007-2010 Member, Campus Environment Team
2006-2008 Faculty Liaison, Chicano & Latino Faculty and Staff Association/Faculty Women's Association.
2006     Member, Advisory Board, Center for Latin American Research (Fall)
2006     Faculty panel participant, Social Science Graduate Student Association, April 21st.
2006     Panel judge, Graduate Students in Life, Earth, and Social Sciences Association, Feb 17th.
2006     Member, Personnel Committee, Asian Pacific American Studies Program.
2003-2004 Mentor, Faculty Development Program
2004-2005 Member, Search Committee (for director) Center for Latin American Studies,
2003-2004 Member, Steering Committee, School of Global Studies
2003     Keynote speaker, Sociology Club kickoff celebration. Department of Sociology, Nov. 18th.
2003     Sabbatical Review, Social and Behavioral Sciences, Arizona State University West.
2003-2004 Member, Personnel Committee, Asian Pacific American Studies Program.
2001-2002 Member, Committee on the Status of Women.
2000-   Member. Race and Ethnic Relations Doctoral Examination Committee, Department of Sociology.
1998-2001 Member, Executive Board, Committee on Law and the Social Sciences.
2000-2001 Member, Child and Family Services Advisory Board.
2000-2001 Member, Recruitment Committee. Asian Pacific American Studies Program. 2000, 2001, and 2002
Graduate College Representative in Dissertation Defenses: May 2002, September 2001, July 2000.

1999    Participant (and fund raising), First Conference on Central American Literature and Culture, April.
1999    Participant, "A Campus Climate for Diversity Summit." (Part of "Preparing for the University of the Next Century.") March 27th
1998-1999 Member, Search Committee, Department of Chicana/Chicano Studies.
1998-1999 Member, Search Committee, Department of Religious Studies.
1997-1999 Coordinator. Women in Latin America Working Group. Center for Latin American Studies.
1996-1997 Advisory Council, Center for Latin American Studies.

College of Letters, Arts and Sciences
2013-2014 Member, Committee on Committees (elected)
2012 (Spring semester) Search Committee member (for Social Science Dean)
2010-2011 Member, Dean's Advisory Council

College of Public Programs
2001-2002 College of Public Programs Internal Grants Committee.

School of Social and Family Dynamics (2005-present)
2012- Associate Director
2007-2009; 2010-2012 Director, Graduate Studies (Sociology)
2006-2007 Graduate Committee (member).

School of Justice Studies (1996-2005)
Chair: Personnel Committee; Computer and Colloquium Committee
Member (multiple years): Policy Work Group, Graduate Committee, Personnel Committee, John P. Frank Lecture Committee, Graduate Committee, Computer Committee, Recruitment Committee

**Community Engagement and Public Presentations**
2014    "Conversación sobre migración." Centro Laboral, South Omaha, November 10th.
2014    Panel "Global Violence and Social Justice: A Conversation", Tucson Festival of Books, March 15th.
2012    "The Effects of Migration on Those Who Stay in the Countries of Origin." Foundation for Inter-Cultural Dialogue, Tempe, AZ, December 5.
2008, 2009 Committee member, II Feria de la Pupusa, Unidos en Arizona/Comité Salvadoreño, Nov.
2007    Presentation to Wilson Elementary School students, Faculty Ambassadors Program, Nov 16th.
2006    Academic participant, Religious Convening, Interfaith Worker Justice, Phoenix Dioceses, 3/26-3/27.
2002    Presentation, ASU Escribe, ASU Public History Program, Arizona Book Festival, April 6th.
2001    Lecture on immigration. Phoenix Civitan Club, Phoenix Arizona. June 7th.
2000    Organizer and Chair. Feria Informativa de Servicios Sociales (Social Services Informational Fair for Latino immigrants in the area), ASU Downtown Center. July 15th.
2000    Immigrants and Laborers. Presentation to the City of Mesa, Arizona Neighborhood Committee. May 25th.
8/90-12/93 Northern California Legal Services, Sacramento, CA. Legal Assistance and Refugee Project, Assistant/Translator (Volunteer)
5/91- 8/92 Dixon Family Planning Services, Dixon, CA (Research Consultant)
 --Country conditions expert witness (all pro bono) in asylum cases of Central American immigrant immigrants throughout the country, with a focus on detention cases in Artesia, Dilly, and Karnes, Texas.
 --Multiple local, regional, national and international media interviews (in English and Spanish).

**Memberships**
American Sociological Association
Latin American Studies Association
Sociologists for Women in Society
Eastern Sociological Society
Pacific Sociological Association
Citizenship and Immigration Network, Law and Society Association
Red Internacional de Migración y Desarrollo

Association for the Sociology of Religion

**Languages**
Fluent in Spanish and Portuguese.
Fair knowledge of French and Italian.

Exhibit B

# United States Border Patrol

## Southwest Border Sectors

**Total Illegal Alien Apprehensions By Fiscal Year** (Oct. 1st through Sept. 30th)

| Fiscal Year | Big Bend (formerly Marfa) | Del Rio | El Centro | El Paso | Laredo | Rio Grande Valley (formerly McAllen) | San Diego | Tucson | Yuma | Southwest Border Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 8,045 | 15,833 | 29,230 | 31,561 | 32,641 | 162,262 | 38,591 | 52,172 | 26,244 | 396,579 |
| 2017 | 6,002 | 13,476 | 18,633 | 25,193 | 25,460 | 137,562 | 26,086 | 38,657 | 12,847 | 303,916 |
| 2016 | 6,366 | 23,078 | 19,448 | 25,634 | 36,562 | 186,830 | 31,891 | 64,891 | 14,170 | 408,870 |
| 2015 | 5,031 | 19,013 | 12,820 | 14,495 | 35,888 | 147,257 | 26,290 | 63,397 | 7,142 | 331,333 |
| 2014 | 4,096 | 24,255 | 14,511 | 12,339 | 44,049 | 256,393 | 29,911 | 87,915 | 5,902 | 479,371 |
| 2013 | 3,684 | 23,510 | 16,306 | 11,154 | 50,749 | 154,453 | 27,496 | 120,939 | 6,106 | 414,397 |
| 2012 | 3,964 | 21,720 | 23,916 | 9,678 | 44,872 | 97,762 | 28,461 | 120,000 | 6,500 | 356,873 |
| 2011 | 4,036 | 16,144 | 30,191 | 10,345 | 36,053 | 59,243 | 42,447 | 123,285 | 5,833 | 327,577 |
| 2010 | 5,288 | 14,694 | 32,562 | 12,251 | 35,287 | 59,766 | 68,565 | 212,202 | 7,116 | 447,731 |
| 2009 | 6,360 | 17,082 | 33,521 | 14,999 | 40,569 | 60,989 | 118,721 | 241,673 | 6,951 | 540,865 |
| 2008 | 5,391 | 20,761 | 40,961 | 30,312 | 43,658 | 75,473 | 162,390 | 317,696 | 8,363 | 705,005 |
| 2007 | 5,536 | 22,920 | 55,883 | 75,464 | 56,714 | 73,430 | 152,460 | 378,239 | 37,992 | 858,638 |
| 2006 | 7,520 | 42,636 | 61,465 | 122,256 | 74,840 | 110,528 | 142,104 | 392,074 | 118,549 | 1,071,972 |
| 2005 | 10,536 | 68,506 | 55,722 | 122,679 | 75,346 | 134,186 | 126,904 | 439,079 | 138,438 | 1,171,396 |
| 2004 | 10,530 | 53,794 | 74,467 | 104,399 | 74,706 | 92,947 | 138,608 | 491,771 | 98,060 | 1,139,282 |
| 2003 | 10,319 | 50,145 | 92,099 | 88,816 | 70,521 | 77,749 | 111,515 | 347,263 | 56,638 | 905,065 |
| 2002 | 11,392 | 66,985 | 108,273 | 94,154 | 82,095 | 89,927 | 100,681 | 333,648 | 42,654 | 929,809 |
| 2001 | 12,087 | 104,875 | 172,852 | 112,857 | 87,068 | 107,844 | 110,075 | 449,675 | 78,385 | 1,235,718 |
| 2000 | 13,689 | 157,178 | 238,126 | 115,696 | 108,973 | 133,243 | 151,681 | 616,346 | 108,747 | 1,643,679 |
| 1999 | 14,952 | 156,653 | 225,279 | 110,857 | 114,004 | 169,151 | 182,267 | 470,449 | 93,388 | 1,537,000 |
| 1998 | 14,509 | 131,058 | 226,695 | 125,035 | 103,433 | 204,257 | 248,092 | 387,406 | 76,195 | 1,516,680 |
| 1997 | 12,692 | 113,280 | 146,210 | 124,376 | 141,893 | 243,793 | 283,889 | 272,397 | 30,177 | 1,368,707 |
| 1996 | 13,214 | 121,137 | 66,873 | 145,929 | 131,841 | 210,553 | 483,815 | 305,348 | 28,310 | 1,507,020 |
| 1995 | 11,552 | 76,490 | 37,317 | 110,971 | 93,305 | 169,101 | 524,231 | 227,529 | 20,894 | 1,271,390 |
| 1994 | 13,494 | 50,036 | 27,654 | 79,688 | 73,142 | 124,251 | 450,152 | 139,473 | 21,211 | 979,101 |
| 1993 | 15,486 | 42,289 | 30,058 | 285,781 | 82,348 | 109,048 | 531,689 | 92,639 | 23,548 | 1,212,886 |
| 1992 | 13,819 | 33,414 | 29,852 | 248,642 | 72,449 | 85,889 | 565,581 | 71,036 | 24,892 | 1,145,574 |
| 1991 | 8,764 | 38,554 | 30,450 | 211,775 | 72,293 | 87,319 | 540,347 | 59,728 | 28,646 | 1,077,876 |
| 1990 | 7,180 | 41,373 | 28,708 | 223,219 | 89,052 | 97,018 | 473,323 | 53,061 | 36,387 | 1,049,321 |
| 1989 | 5,560 | 46,786 | 27,524 | 168,105 | 75,292 | 79,650 | 366,757 | 51,445 | 31,387 | 852,506 |
| 1988 | 6,209 | 59,403 | 41,179 | 182,566 | 69,912 | 60,294 | 431,592 | 48,683 | 42,723 | 942,561 |
| 1987 | 9,586 | 64,934 | 55,291 | 231,994 | 74,139 | 71,038 | 500,327 | 47,481 | 67,277 | 1,122,067 |
| 1986 | 23,796 | 123,952 | 95,186 | 312,892 | 143,685 | 121,783 | 629,656 | 71,675 | 93,219 | 1,615,844 |
| 1985 | 23,667 | 99,280 | 71,519 | 240,350 | 114,931 | 82,826 | 427,772 | 55,269 | 67,737 | 1,183,351 |
| 1984 | 22,196 | 87,058 | 68,563 | 212,652 | 87,059 | 66,860 | 407,828 | 46,283 | 59,777 | 1,058,276 |
| 1983 | 20,829 | 83,733 | 71,897 | 205,944 | 65,279 | 57,706 | 429,121 | 35,870 | 63,595 | 1,033,974 |
| 1982 | 20,268 | 48,753 | 55,440 | 152,882 | 40,385 | 32,533 | 314,979 | 32,344 | 48,236 | 745,820 |
| 1981 | 17,584 | 50,455 | 59,774 | 146,872 | 36,910 | 32,809 | 326,836 | 33,085 | 45,483 | 749,808 |
| 1980 | 15,602 | 50,762 | 57,009 | 127,488 | 39,167 | 35,012 | 285,984 | 33,668 | 45,862 | 690,554 |
| 1979 | 20,116 | 50,262 | 55,532 | 149,722 | 50,666 | 41,915 | 337,930 | 37,075 | 52,580 | 795,798 |
| 1978 | 23,501 | 54,098 | 42,118 | 174,010 | 36,627 | 45,201 | 325,557 | 34,991 | 53,338 | 789,441 |
| 1977 | 22,239 | 42,322 | 38,421 | 145,059 | 27,289 | 38,704 | 337,195 | 33,295 | 48,669 | 733,193 |
| 1976 | 19,846 | 32,988 | 32,327 | 114,886 | 24,665 | 38,839 | 266,709 | 34,641 | 42,598 | 607,499 |
| 1975 | 20,472 | 32,008 | 27,217 | 99,000 | 26,199 | 31,300 | 185,499 | 39,941 | 50,628 | 512,264 |
| 1974 | 23,291 | 44,098 | 26,143 | 112,432 | 30,061 | 38,668 | 196,981 | 50,108 | 49,824 | 571,606 |
| 1973 | 22,378 | 42,232 | 23,125 | 82,386 | 23,854 | 37,092 | 128,889 | 44,824 | 36,286 | 441,066 |
| 1972 | 20,269 | 31,110 | 15,327 | 78,168 | 21,781 | 29,338 | 73,115 | 32,272 | 19,946 | 321,326 |
| 1971 | 22,026 | 25,780 | 14,292 | 57,796 | 17,665 | 28,281 | 59,375 | 23,548 | 15,228 | 263,991 |
| 1970 | 16,770 | 18,711 | 12,028 | 43,640 | 11,569 | 20,708 | 50,663 | 14,222 | 13,469 | 201,780 |
| 1969 | 11,973 | 12,991 | 9,195 | 31,159 | 8,129 | 14,076 | 33,311 | 8,301 | 8,833 | 137,968 |
| 1968 | 8,834 | 9,576 | 8,358 | 19,408 | 5,715 | 10,093 | 24,116 | 4,537 | 6,004 | 96,641 |
| 1967 | 7,049 | 7,906 | 6,974 | 13,656 | 4,178 | 9,029 | 17,844 | 3,068 | 4,269 | 73,973 |
| 1966 | 6,592 | 6,845 | 6,916 | 10,119 | 3,658 | 8,706 | 13,362 | 2,392 | 4,050 | 62,640 |
| 1965 | 3,973 | 4,292 | 5,344 | 6,355 | 2,310 | 8,057 | 6,558 | 1,480 | 1,651 | 40,020 |
| 1964 | 3,146 | 4,489 | 2,640 | 4,486 | 2,168 | 9,173 | 4,521 | 1,200 | 696 | 32,519 |
| 1963 | 2,026 | 4,417 | 1,690 | 3,813 | 1,753 | 9,992 | 3,768 | 1,466 | 719 | 29,644 |
| 1962 | 1,431 | 3,250 | 1,426 | 3,304 | 1,274 | 5,569 | 3,091 | 1,247 | 511 | 21,103 |
| 1961 | 954 | 3,458 | 1,878 | 3,540 | 1,172 | 6,713 | 2,279 | 1,178 | 573 | 21,745 |
| 1960 | 732 | 3,023 | 1,839 | 3,630 | 1,024 | 5,515 | 3,371 | 1,255 | 633 | 21,022 |