**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) <br> ) <br> ) |
| *Plaintiffs*, | ) <br> ) <br> ) |
| v. | ) No. 1:21-CV-00100-EGS <br> ) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) <br> ) <br> ) |
| *Defendants*. | ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY DECLARATIONS**

Plaintiffs respectfully seek leave to file declarations in support of the concurrently filed Combined Reply Memorandum in Support of Motions for Classwide Preliminary Injunction and Class Certification. Plaintiffs' Motion was filed on February 5, 2021, more than six months ago. Since that time, this Court granted Defendants leave to file a new declaration from David Shahoulian addressing a range of topics including migration patterns and predictions, Defendants' alleged limitations on their ability to process additional families along the U.S.-Mexico border, Defendants' alleged efforts to increase processing capacity and protocols to address COVID-19, the availability of "humanitarian" exemptions from COVID-19, and DHS's predictions about the effect of an injunction if issued in this case. ECF No. 116. In addition, the CDC has issued a new Order concerning the Title 42 Process, which addresses, inter alia, a number of new circumstances concerning COVID-19 and the processing of migrant families. ECF No. 114. Plaintiffs' reply declarations seek to address all of the above points and, to that end, focus on evidence that was not available at the time they filed their Motion.

Counsel for Defendants informed Plaintiffs that their position is as follows: "The Government will not oppose a declaration(s) that is responsive to the Shahoulian Declaration or the August CDC Order but reserves its right to move for leave to respond to new evidence submitted by Plaintiffs."

Dated: August 11, 2021                                          Respectfully submitted,

                                                                /s/ Lee Gelernt_____
Stephen B. Kang (Bar ID. CA00090)                               Lee Gelernt (Bar ID. NY0408)
Cody Wofsy (Bar ID. CA00103)                                    Daniel A. Galindo (Bar ID. NY035)
Morgan Russell*                                                 Omar Jadwat*
My Khanh Ngo                                                    Ming Cheung*
American Civil Liberties Union Foundation,                      David Chen
Immigrants' Rights Project                                      American Civil Liberties Union Foundation,
39 Drumm Street                                                 Immigrants' Rights Project
San Francisco, CA 94111                                         125 Broad Street, 18th Floor
Tel: (415) 343-0770                                             New York, NY 10004

1

Tel: (212) 549-2600

Andre Segura
Kathryn Huddleston
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Robert Silverman
Irit Tamir
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Jamie Crook (D.C. Bar No. 1002504)
Karen Musalo
Neela Chakravartula
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

2