IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:21-CV-00100-EGS |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY DECLARATIONS**

Upon consideration of Plaintiffs' Motion for Leave to File Reply Declarations, and for good cause shown, the motion is GRANTED.

DATE: _____

HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

1