AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Huisha-Huisha, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00100 |
| Gaynor, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici curiae T. Alexander Aleinikoff, Deborah Anker, James C. Hathaway, and Gerald L. Neuman.

Date:  08/16/2021

s/ Daniel S. Volchok
*Attorney's signature*

Daniel S. Volchok (#497341)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
*Address*

Daniel-Volchok@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*