UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00100 (EGS) |

**NOTICE OF WITHDRAWAL OF PAUL R.Q. WOLFSON**

Pursuant to Local Rule 83.6, please take notice that Paul R.Q. Wolfson withdraws his appearance as counsel for amici curiae T. Alexander Aleinikoff, Deborah Anker, James C. Hathaway, and Gerald L. Neuman (collectively, "Scholars of Refugee and Immigration Law"). Mr. Wolfson is departing Wilmer Cutler Pickering Hale and Dorr LLP. Noah Levine and Daniel Volchok remain as counsel for amici curiae.

Dated:  August 16, 2021

Respectfully submitted,

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson
Daniel S. Volchok
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363

Noah A. Levine (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP

- 1 -

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8875
Fax: (212) 230-8888

- 2 -