IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) No. 1:21-cv-00100-EGS ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF JAMIE L. CROOK AS COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE THAT Jamie L. Crook is no longer associated with the Center for Gender & Refugee Studies and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

>Jamie L. Crook
>CENTER FOR GENDER & REFUGEE STUDIES
>200 McAllister Street
>San Francisco, CA 94102
>(415) 565-4877
>crookjamie@uchastings.edu

The remaining counsel associated with the Center for Gender & Refugee Studies and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Dated: January 25, 2022

Respectfully submitted,

/s/ Jamie L. Crook
Jamie L. Crook (D.C. Bar No. 1002504)
Karen Musalo (Bar ID. CA106882)
Neela Chakravartula (Bar ID. 254746)

Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 565-4877

Stephen B. Kang (Bar ID. CA00090)
Cody Wofsy (Bar ID. CA00103)
Morgan Russell*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette*
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman
Irit Tamir
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

*Attorneys for Plaintiffs*

*Admitted pro hac vice