AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nancy Gimena HUISHA-HUISA et. al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-100 |
| Alejandro N. MAYORKAS et. al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs (Nancy Gimena Huisha-Huisha et. al.).

Date: 2/9/2022

/s/ Melissa Crow
*Attorney's signature*

Melissa Crow (DC Bar No. 453487)
*Printed name and bar number*

Center for Gender & Refugee Studies
1121 14th Street NW
Washington, D.C. 20005
*Address*

crowmelissa@uchastings,edu
*E-mail address*

(202) 355-4471
*Telephone number*

(415) 581-8824
*FAX number*