IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*; <br><br>*Plaintiffs*, <br><br>v. <br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security, in his official capacity *et al.*; <br><br>*Defendants*. | No. 21-cv-00100-EGS |

## **[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Consent Motion for Leave to File Second Amended Complaint, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Plaintiffs' Proposed Second Amended Complaint attached to said motion as Exhibit A is deemed filed as of this Order.

**SO ORDERED.**

DATE: _____                    _____
                                                  HON. EMMET G. SULLIVAN
                                                  U.S. DISTRICT JUDGE