UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 14, 2022, Minute Order, Plaintiffs and Defendants, by and through undersigned counsel, hereby submit this joint status report.

1. On March 18, 2022, Defendants filed the Certified Index of Administrative Record (ECF No. 132) and produced the record of nearly 27,000 pages to Plaintiffs' counsel.

2. In its Minute Order, the Court directed the parties to provide a recommendation regarding further proceedings by March 25, 2022. The parties have met and conferred, but respectfully request that the Court afford them additional time to confer and to provide recommendations regarding next steps in this litigation.

3. In accordance with the Public Health Assessment and Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, dated August 2, 2022, the Centers for Disease Control and Prevention ("CDC") has conducted a reassessment at least every 60 days to determine whether the Order remains necessary to protect public health. The next reassessment will conclude on or around Wednesday, March 30, 2022, and CDC may announce the result of the reassessment shortly thereafter, including

potentially modifying or terminating the existing Title 42 order or issuing a new order. The parties agree that the results of this reassessment may influence the parties' respective recommendations for next steps in this litigation.

4. Accordingly, the parties respectfully request leave to file a joint status report setting forth their recommendations regarding further proceedings on or before Thursday, April 7, 2022.

Dated: March 25, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice