UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 29, 2022, Minute Order, Plaintiffs and Defendants, by and through undersigned counsel, hereby submit this joint status report.

1. On April 1, 2022, the Centers for Disease Control and Prevention ("CDC"), a component of the U.S. Department of Health and Human Services ("HHS"), issued a Public Health Determination and Order Regarding the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists ("April 2022 Order"). The April 2022 Order terminates the Public Health Reassessment and Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists ("August 2021 Order"), and all related prior orders, and the termination will be implemented on May 23, 2022.

2. Given the April 2022 Order, which terminates the CDC Orders challenged in this case, and the May 23, 2022 implementation date of the termination, the parties recommend that they submit another joint status report on May 27, 2022 to advise the Court whether any further proceedings in this case are necessary. Plaintiffs reserve the right to request relief from this Court should circumstances change before May 23, 2022.

1

3. Until that time, the parties have agreed to work together to seek to resolve any disputes related to the administrative record, which was produced to Plaintiffs on March 18, 2022. The parties will raise any such disputes, including any necessary motion practice, after meeting and conferring on the issue.

4. A proposed order is enclosed.

Dated:  April 7, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*/s/ Lee Gelernt*
Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## **PROPOSED ORDER**

Upon consideration of the Joint Status Report, it is hereby **ORDERED** that the parties shall file another joint status report with a recommendation for further proceedings on or before May 27, 2022.

_____         _____
Date                                                    Emmet G. Sullivan
                                                             United States District Judge

1