UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's April 13, 2022, Minute Order, Plaintiffs and Defendants, by and through undersigned counsel, hereby submit this joint status report.

1.      On April 1, 2022, the Centers for Disease Control and Prevention ("CDC"), a component of the U.S. Department of Health and Human Services ("HHS"), issued a Public Health Determination and Order Regarding the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists ("Termination Order").  The April 2022 Order terminated the Public Health Reassessment and Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists ("August 2021 Order"), and all related prior orders, and set the effective date of the termination to be May 23, 2022.

2.      The Government was prepared to implement the Termination Order on May 23, 2022, but upon a challenge to that order by 24 States, on May 20, 2022, the District Court for the Western District of Louisiana in *Louisiana v. Ctrs. For Disease Control and Prevention*, Civ. A.

No. 22-885, preliminarily enjoined defendants in that case[1] from enforcing the Termination Order. *See id.*, Prelim. Inj. Order (May 20, 2022), ECF No. 91.  That court found, among other things, that the States are likely to succeed on their claim that CDC failed to comply with the notice-and-comment requirements of the Administrative Procedure Act, 5 U.S.C. § 553(b), in issuing the Termination Order.  *See id.*, Mem. Op. at 34-41, ECF No. 90.  Defendants have appealed that decision.  *Id.*, ECF No. 92.

3.      As a consequence of the preliminary injunction, the Department of Homeland Security ("DHS") and its component agencies are continuing to enforce the August 2021 Order pursuant to 42 U.S.C. §§ 265, 268 and 42 CFR § 71.40.

4.      On May 23, 2022, the D.C. Circuit issued the mandate in this case.  Consistent with the D.C. Circuit's decision, DHS has issued guidance regarding implementation of the preliminary injunction issued by this Court, as modified by the D.C. Circuit's decision.  DHS has also shared with Plaintiffs the guidance documents issued to U.S. Customs and Border Protection personnel regarding the implementation.

5.      The parties continue to discuss, inter alia, Defendants' implementation of the preliminary injunction, as well as the completeness of the administrative record.  The parties will also discuss next steps in this litigation with the intention of making joint or separate recommendations in another joint status report to be filed, with the Court's permission, at the latest by June 17, 2022.  Depending on the parties' discussions and other developments, the parties may request relief from the Court before that date.

6.      A proposed order is enclosed.

---

[1]      Defendants in the Western District of Louisiana case include all the defendants in this matter, other than Pete Flores, CBP Executive Assistant Commissioner.

Dated:  May 27, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, on
behalf of herself and others similarly situated,

Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary of
Homeland Security, et al.,

Defendants.

Civ. A. No. 21-100 (EGS)

**PROPOSED ORDER**

Upon consideration of the Joint Status Report, it is hereby **ORDERED** that the parties

shall file another joint status report with a recommendation for further proceedings on or before

June 17, 2022.

_____                                    _____
Date                                                                           Emmet G. Sullivan
                                                                                   United States District Judge