UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 31, 2022, Minute Order, Plaintiffs and Defendants, by and through undersigned counsel, hereby submit this joint status report.

1. The parties continue to discuss the completeness of the administrative record and to what extent briefing on the merits of Plaintiffs' claims are necessary in light of the events detailed in the parties' previous Joint Status Report (*e.g.*, Centers for Disease Control and Prevention's Termination Order and the Western District of Louisiana's preliminary injunction of the enforcement of the Termination Order).[1]

2. The parties are also discussing Defendants' implementation of this Court's preliminary injunction, as modified by the D.C. Circuit's March 4, 2022, Opinion and Order.

---

[1] The Government notes that the Court of Appeals for the Fifth Circuit ordered that the Government file by July 25, 2022 its brief in support of its appeal of the order by the District Court for Western District of Louisiana preliminarily enjoining the enforcement of the Centers for Disease Control and Prevention's Public Health Determination and Order Regarding the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists ("Termination Order").

3.      Therefore, the parties seek additional time for the foregoing conversations and to provide the Court with recommendations regarding next steps in this litigation. The parties respectfully request that they file another Joint Status Report on July 8, 2022, although the parties may request relief from the Court before that date.

4.      A proposed order is enclosed.

Dated:  June 17, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
David Chen
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660

*Attorneys for Plaintiff*

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>　　　　　Defendants. | Civ. A. No. 21-100 (EGS) |

**PROPOSED ORDER**

Upon consideration of the Joint Status Report, it is hereby **ORDERED** that the parties shall file another joint status report with a recommendation for further proceedings on or before July 8, 2022.

_____    _____
Date                                                   Emmet G. Sullivan
                                                               United States District Judge