UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## JOINT MOTION FOR BRIEFING SCHEDULE

On August 10, 2022, Plaintiffs' filed a motion for a preliminary injunction. *See* ECF No. 141. The parties have met and conferred regarding a briefing schedule for Plaintiffs' motion and have agreed to the following schedule:

- **August 31**: Defendants' response to Plaintiffs' motion for a preliminary injunction.

- **September 14**: Plaintiffs' reply in support of motion for a preliminary injunction.

- **September 20** (or six days after the reply is filed, whichever is earlier): Plaintiffs file appendix of the relevant administrative record. Defendants will send record designations at least three days prior.

The parties respectfully move the Court to enter the agreed briefing schedule set forth above. The parties believe that the schedule is appropriate given the need for government counsel to coordinate with client agencies on the response at a time when many people have scheduled leave during the month of August, the complexity and significance of the issues presented by Plaintiffs' motion, and the size of the administrative record (totaling over 20,000 pages). A proposed order reflecting the proposed schedule is attached.

In light of this motion practice, the parties also respectfully request that the August 1, 2022 Minute Order directing that the parties file a Joint Status Report by August 19, 2022 be vacated.

Dated:  August 10, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Attorneys for Defendants*

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)
Daniel A. Galindo (Bar ID. NY035)
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice