UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

### [Proposed Order]

Upon consideration of the parties' Joint Motion for Briefing Schedule, the Court hereby GRANTS the parties' motion and ORDERS that the following deadlines shall govern Plaintiffs' motion for a preliminary injunction:

- **August 31**: Defendants' response to Plaintiffs' motion for a preliminary injunction.
- **September 14**: Plaintiffs' reply in support of motion for a preliminary injunction.
- **September 20** (or six days after the reply is filed, whichever is earlier): Plaintiffs file appendix of the relevant administrative record. Defendants will send record designations at least three days prior.

The Court further VACATES the August 1, 2022 Minute Order directing that the parties file a Joint Status Report by August 19, 2022.

Date: _____  _____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE