UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## NOTICE OF APPEARANCE

Please take notice that JEAN LIN, U.S. Department of Justice, Civil Division, hereby enters her appearance on behalf of the Defendants.

Dated: August 11, 2022

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | /s/ Jean Lin<br>JEAN LIN |
| SEAN M. TEPE, DC Bar #1001323<br>Assistant United States Attorney<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2533<br>Email: sean.tepe@usdoj.gov | Special Litigation Counsel, NY#4074530<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street N.W.<br>Washington, DC 20530<br>Tel (202) 514-3716<br>Email: jean.lin@usdoj.gov |

*Counsel for Defendants*