IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )  No. 1:21-cv-00100-EGS<br>) |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for summary judgment on their claim that the Title 42 policy—consisting of the regulation at 42 C.F.R. § 71.40 and all orders and decision memos issued by the Centers for Disease Control and Prevention or the U.S. Department of Health and Human Services suspending the right to introduce certain persons into the United States—is arbitrary and capricious in violation of the Administrative Procedure Act for the reasons set forth in the accompanying memorandum of points and authorities.

In support of this Motion, Plaintiffs rely upon the attached memorandum of points and authorities, the accompanying declarations, the relevant portions of the administrative record, and the filings in this case. Plaintiffs are entitled to prevail on the claims at issue in this motion, and are entitled to relief as a matter of law. A proposed order is attached.

Defendants oppose this Motion.

Dated: August 15, 2022                                        Respectfully submitted,

/s/ Lee Gelernt_____

| | |
|---|---|
| Stephen B. Kang (Bar ID. CA00090) | Lee Gelernt (Bar ID. NY0408) |
| Cody Wofsy (Bar ID. CA00103) | Daniel A. Galindo |
| Morgan Russell* | Omar Jadwat* |
| My Khanh Ngo | Ming Cheung* |
| American Civil Liberties Union Foundation, Immigrants' Rights Project | American Civil Liberties Union Foundation, Immigrants' Rights Project |
| 39 Drumm Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94111 | New York, NY 10004 |
| Tel: (415) 343-0770 | Tel: (212) 549-2660 |
| | |
| Kathryn Huddleston | Robert Silverman |
| Brantley Shaw Drake | Irit Tamir |
| American Civil Liberties Union Foundation of Texas, Inc. | Oxfam America |
| 5225 Katy Freeway, Suite 350 | Boston, MA 02115, Suite 500 |
| Houston, Texas 77007 | Tel: (617) 482-1211 |
| Tel. (713) 942-8146 | |
| | Scott Michelman (D.C. Bar No. 1006945) |
| | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Tamara F. Goodlette* | American Civil Liberties Union Foundation of the District of Columbia |
| Refugee and Immigrant Center for Legal Education and Legal Services (RAICES) | 915 15th Street NW, Second Floor |
| 802 Kentucky Avenue | Washington, D.C. 20005 |
| San Antonio, TX 78201 | Tel: (202) 457-0800 |
| Tel: (210) 960-3206 | |
| | Blaine Bookey |
| | Neela Chakravartula |
| Karla M. Vargas* | Karen Musalo |
| Texas Civil Rights Project | Center for Gender & Refugee Studies |
| 1017 W. Hackberry Ave. | 200 McAllister St. |
| Alamo, Texas 78516 | San Francisco, CA 94102 |
| Tel: (956) 787-8171 | Tel: (415) 565-4877 |
| | |
| | Melissa Crow (D.C. Bar. No. 453487) |
| | Center for Gender & Refugee Studies |
| | 1121 14th Street, N.W. |
| | Suite 200 |
| | Washington, DC  20005 |
| | Tel: (202) 355-4471 |
| | |
| | *Attorneys for Plaintiffs* |
| | **Admitted pro hac vice* |

2