IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | No. 1:21-cv-00100-EGS |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, along with all exhibits thereto and relevant portions of the administrative record, this Court finds that Plaintiffs have shown good cause for relief. Accordingly, the Court hereby GRANTS Plaintiffs' Motion for Partial Summary Judgment. This Court vacates and sets aside the Title 42 policy—consisting of the regulation at 42 C.F.R. § 71.40 and all orders and decision memos issued by the Centers for Disease Control and Prevention or the U.S. Department of Health and Human Services suspending the right to introduce certain persons into the United States; and declares the Title 42 policy to be arbitrary and capricious in violation of the Administrative Procedure Act and permanently enjoins Defendants and their agents from applying the Title 42 policy with respect to Plaintiff Class Members.

SO ORDERED.

DATE:  
                                                                                HON. EMMET G. SULLIVAN  
                                                                                U.S. DISTRICT JUDGE