UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## NOTICE OF APPEARANCE

Please take notice that Jonathan D. Kossak, U.S. Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants.

Dated:  August 31, 2022

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| BRIAN P. HUDAK<br>Chief, Civil Division | JEAN LIN<br>Special Litigation Counsel, NY Bar #4074530<br>Federal Programs Branch |
| SEAN M. TEPE, DC Bar #1001323<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2533<br>Email: sean.tepe@usdoj.gov | /s/ JONATHAN KOSSAK<br>JONATHAN KOSSAK, DC Bar #991478<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street N.W.<br>Washington, DC 20530<br>Tel (202) 305-0612<br>Email: jonathan.kossak@usdoj.gov |

*Counsel for Defendants*