UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

### [Proposed] Order

Upon consideration of Plaintiffs' motion for partial summary judgment and the opposition and reply briefs submitted in connection with the motion, it is hereby ORDERED that Plaintiffs' motion is DENIED.


DATE: _____        _____
                              HON. EMMET G. SULLIVAN