IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-00100-EGS |

**PLAINTIFFS' SECOND MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby move the Court to issue a classwide preliminary injunction enjoining the application of the Title 42 policy—consisting of the regulation at 42 C.F.R. § 71.40 and all orders and decision memos issued by the Centers for Disease Control and Prevention or the U.S. Department of Health and Human Services suspending the right to introduce certain persons into the United States—to all Class Members. *See* Dkt. 122 (order granting Plaintiffs' Motion for Class Certification).

In support of this Motion, Plaintiffs rely upon the attached memorandum of points and authorities, the accompanying declarations, and the filings in this case. A proposed order is attached.

If helpful to the Court, Plaintiffs are available for oral argument on an expedited basis once briefing is complete. As this Court is aware and as described in the accompanying memorandum, this case involves noncitizen families who are subject to swift expulsion pursuant to a novel invocation of the public health provisions of Title 42 of the U.S. Code. Despite determining that their Title 42 policy is wholly unnecessary as a public health measure, Defendants continue to expel thousands of families into danger. Plaintiffs request that this

1

Motion be granted to avert further irreparable harm.

Dated: August 10, 2022                                  Respectfully submitted,

/s/ Lee Gelernt

| | |
|---|---|
| Stephen B. Kang (Bar ID. CA00090) | Lee Gelernt (Bar ID. NY0408) |
| Cody Wofsy (Bar ID. CA00103) | Daniel A. Galindo |
| Morgan Russell* | Omar Jadwat* |
| My Khanh Ngo | Ming Cheung* |
| American Civil Liberties Union Foundation, Immigrants' Rights Project | American Civil Liberties Union Foundation, Immigrants' Rights Project |
| 39 Drumm Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94111 | New York, NY 10004 |
| Tel: (415) 343-0770 | Tel: (212) 549-2660 |
| | |
| Kathryn Huddleston | Robert Silverman |
| Brantley Shaw Drake | Irit Tamir |
| American Civil Liberties Union Foundation of Texas, Inc. | Oxfam America |
| | Boston, MA 02115, Suite 500 |
| 5225 Katy Freeway, Suite 350 | Tel: (617) 482-1211 |
| Houston, Texas 77007 | |
| Tel. (713) 942-8146 | Scott Michelman (D.C. Bar No. 1006945) |
| | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Tamara F. Goodlette* | American Civil Liberties Union Foundation of the District of Columbia |
| Refugee and Immigrant Center for Legal Education and Legal Services (RAICES) | 915 15th Street NW, Second Floor |
| | Washington, D.C. 20005 |
| 802 Kentucky Avenue | Tel: (202) 457-0800 |
| San Antonio, TX 78201 | |
| Tel: (210) 960-3206 | Blaine Bookey |
| | Neela Chakravartula |
| Karla M. Vargas* | Karen Musalo |
| Texas Civil Rights Project | Center for Gender & Refugee Studies |
| 1017 W. Hackberry Ave. | 200 McAllister St. |
| Alamo, Texas 78516 | San Francisco, CA 94102 |
| Tel: (956) 787-8171 | Tel: (415) 565-4877 |
| | |
| | Melissa Crow (D.C. Bar. No. 453487) |
| | Center for Gender & Refugee Studies |
| | 1121 14th Street, N.W. |
| | Suite 200 |
| | Washington, DC 20005 |
| | Tel: (202) 355-4471 |
| | |
| | *Attorneys for Plaintiffs* |
| | *\*Admitted pro hac vice* |