**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-CV-00100-EGS |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

<u>**APPENDIX OF RELEVANT ADMINISTRATIVE RECORD**</u>
*Volume I: Public*

| AR Pages | Document |
|---|---|
| 1 – 10 | Public Comment from University of Chicago Legal Aid Clinic |
| 23 – 34 | Public Comment from Florence Immigrant and Refugee Rights Project |
| 71 – 76 | Public Comment from Oasis Legal Services |
| 86 – 92 | Public Comment from Center for Justice and International Law |
| 237 – 241 | Public Comment from Amnesty International |
| 438 – 440 | Public Comment from Hope Border Initiative |
| 620 – 621 | Public Comment from African Human Rights Coalition |
| 704 – 706 | Public Comment from Casa Esperanza |
| 2517 – 2520 | CDC, "Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission levels and Vaccination Coverage" (July 30, 2021) |
| 2585 – 2590 | CDC, "COVID-19 Vaccination Coverage Among Adults - United States, December 14, 2020-May 22, 2021 May 2021 |

Report" (June 25, 2021)

| | |
|---|---|
| 2905 – 2932 | CDC, "Update on Emerging SARS-CoV-2 Variants and COVID-19 Vaccines" (June 29, 2021) |
| 3154 – 3158 | CDC, "COVID-19: Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments" (Apr. 5, 2021) |
| 3186 – 3188 | CDC, "COVID-19: Scientific Brief: SARS-CoV-2 Transmission" (May 7, 2021) |
| 3378 – 3379 | CDC, "Mission Statement" (as of Sept. 1, 2020) |
| 3501 – 3504 | CDC, "Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission levels and Vaccination Coverage" (July 30, 2021) |
| 3975 – 3995 | Nicholas B. Lehnertz, et al., "Transmission Dynamics of Severe Acute Respiratory Syndrome Coronavirus 2 in High-Density Settings, Minnesota, USA, March-June 2020," Emerg. Infect. Dis. (Aug. 2021) |
| 4020 – 4027 | Michael A. Johansson, et al., "SARS-CoV-2 Transmission From People Without COVID-19 Symptoms," JAMA Network Open (Jan. 7, 2021) |
| 6836 – 6849 | CDC, "COVID Daily Update" (June 26, 2021) |
| 7070 – 7082 | CDC, "COVID Daily Update" (July 21, 2021) |
| 7138 – 7150 | CDC, "COVID Daily Update" (July 28, 2021) |
| 7463 – 7468 | CDC, "COVID Data Tracker Weekly Review, Interpretive Summary for July 23, 2021" (webpage, cached July 31, 2021) |
| 16029 – 16091 | CDC, "COVID-19 Response Update Report" (July 22, 2021) |
| 22347 – 22379 | CDC, "Community Profile Report" (July 26, 2021) |
| 22459 – 22463 | CDC, Title 42 Review Memo and Extension (Aug. 17, 2020) |
| 22464 – 22465 | CDC, Title 42 Review Memo and Extension (Sept. 4, 2020) |

| | |
|---|---|
| 22466 – 22471 | CDC, Title 42 Review Memo and Extension (Sept. 17, 2020) |
| 23096 | CDC, Title 42 Review Memo and Extension (Aug. 25, 2020) |
| 23097 | CDC, Title 42 Review Memo and Extension (Aug. 26, 2020) |
| 23098 | CDC, Title 42 Review Memo and Extension (Sept. 1, 2020) |
| 23485 – 23489 | CDC, Title 42 Review Memo and Extension (Oct. 2, 2021) |
| 23490 – 23497 | CDC, Title 42 Review Memo and Extension (Nov. 29, 2021) |
| 23498 – 23508 | CDC, Title 42 Review Memo and Extension (Jan. 28, 2022) |
| 23514 – 23517 | CDC, Title 42 Review Memo and Extension (June 19, 2020) |



**THE EDWIN F. MANDEL LEGAL AID CLINIC**
OF THE UNIVERSITY OF CHICAGO LAW SCHOOL

April 23, 2020

*Lawyers*
Herschella G. Conyers
Claudia M. Flores
Nino Guruli
Craig B. Futterman
Nicole Hallett
Jeffrey E. Leslie
Judith P. Miller
Randall D. Schmidt
Alison M. Siegler
Mark Templeton
Robert Weinstock
Erica Zunkel

*Submitted via www.regulations.gov*

The Honorable Alex M. Azar II
Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Robert R. Redfield, MD
Director
Centers for Disease Control and Prevention
1600 Clifton Road NE
Atlanta, GA 30329

**Re: Docket No. CDC-2020-0033, RIN 0920-AA76; Comments on the Centers for Disease Control and Prevention Interim Final Rule: Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons Into United States From Designated Foreign Countries or Places for Public Health Purposes**

Dear Secretary Azar and Dr. Redfield:

    We are writing on behalf of the Immigrants' Rights Clinic at the University of Chicago Law School to express our strong objections to the Centers for Disease Control (CDC) Interim Final Rule, published in the Federal Register on March 24, 2020, that suspends the introduction of persons into the United States from designated places due to public health concerns relating to COVID-19.

    The Immigrants' Rights Clinic provides legal representation to immigrant communities in Chicago and across the Midwest, including individual representation of immigrants in removal proceedings, immigration-related complex federal litigation, and policy and civic education projects on behalf of community-based organizations. Based on our expertise and research, we have concluded that the Interim Final Rule poses several serious issues. These comments will explain that the Interim Final Rule violates the United States' obligations under the Refugee Act and the Trafficking Victims Protection Reauthorization Act, is arbitrary and capricious, and undermines critical policy considerations.

    For these reasons, as detailed in the comments that follow, the CDC should immediately withdraw the Interim Final Rule or, at the very least, amend it to reflect a reasoned consideration of important factors and available alternatives.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

1

T42AR-0000001

Thank you for the opportunity to submit comments on this Rule. For further information, please contact the Immigrants' Rights Clinic by email at irc@uchicago.edu or by phone at 773-702-9611.

/s/ A. Nicole Hallett
    *Supervising Attorney*
  Rebecca Ritchie
  Victor Hollenberg
  Kelly Geddes
    *Student Attorneys*

Immigrants' Rights Clinic
Edwin F. Mandel Legal Aid Clinic
The University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

2

T42AR-0000002

**DETAILED COMMENTS in opposition to Docket No. CDC-2020-0033, RIN 0920-AA76; Centers for Disease Control and Prevention Interim Final Rule: Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons Into United States From Designated Foreign Countries or Places for Public Health Purposes**

1.  **The Interim Final Rule Does Not Override the United States' Legal Obligations to "Unaccompanied Alien Children" and Asylum-Seekers**

    The statutory authority that the Interim Final Rule (hereinafter the "Rule")[1] relies upon does not override the United States' obligations under existing domestic and international law. The Interim Final Rule cites Section 362 of the Public Health Service Act of 1944, which provides, in relevant part:

    > Whenever the [Secretary of Health and Human Services] determines that by reason of the existence of any communicable disease in a foreign country there is serious danger of the introduction of such disease into the United States, and that this danger is so increased by the introduction of persons or property from such country that a suspension of the right to introduce such persons and property is required in the interest of the public health, the [Secretary], in accordance with regulations approved by the President, shall have the power to prohibit, in whole or in part, the introduction of persons and property from such countries or places as he shall designate in order to avert such danger, and for such period of time as he may deem necessary for such purpose.[2]

    The Interim Final Rule interprets the CDC Director's authority in an extraordinarily broad manner that does not comport with the authorizing statute's language or legislative history.[3] The CDC appears to understand its authority to suspend the "introduction of persons" into the country as encompassing the ability to deport individuals who have already crossed the border and are present in the territory of the United States. However, the legislative history of Section 362's predecessor statute suggests that the CDC Director's authority was not intended to regulate or restrict immigration; indeed, lawmakers specifically removed the term "immigration" from an earlier draft of the statute for fear that it might be used to discriminate against immigrants.[4] The Interim Final Rule itself appears to recognize that the Public Health Service Act does not expand the scope of the CDC's authority or that of any other federal agency assisting it in implementing CDC orders under Section 262.[5]

    As currently written and subsequently implemented in the CDC Director's March 20

---

[1] Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons Into United States From Designated Foreign Countries or Places for Public Health Purposes, 85 Fed. Reg. 16559 (Mar. 24, 2020) (to be codified at 42 CFR pt. 71) ["Interim Rule"].
[2] 42 U.S.C. § 265. The Interim Rule delegates the Secretary of Health and Human Services' authority to the Director of the Centers for Disease Control.
[3] *See generally*, Lucas Guttentag, *Coronavirus Border Expulsions: CDC's Assault on Asylum Seekers and Unaccompanied Minors*, JUST SECURITY (Apr. 13, 2020).
[4] *Id.* (citations omitted).
[5] Interim Rule, *supra* note 1, at 16564 ("the CDC Director, in coordination with the Secretary of Homeland Security or the head of the other applicable department or agency, shall explain in the order the procedures and standards by which any authorities or officers or agents are expected to aid in the enforcement of the order, *to the extent that they are permitted to do so under their existing legal authorities.*") (emphasis added).

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000003

Order (hereinafter "the Order"),[6] the Interim Final Rule requires the immediate removal of non-citizens – including "unaccompanied alien children" (UACs) – apprehended in the United States.[7] That course of action is inconsistent with the procedural protections of the 2008 Trafficking Victims Protection Reauthorization Act (TVPRA)[8] and the rights of non-citizens under the U.S. Refugee Act of 1980.[9] The TVPRA does not include any exception to its requirement that UACs be screened to ensure they are not trafficking victims or asylees nor does it permit the removal of UACs without formal Immigration Court proceedings.[10] Similarly, the Refugee Act provides that any alien "physically present in" or "who arrives in" the United States may apply for asylum.[11] By requiring the immediate removal of apprehended immigrants, including UACs, the Order[12] and the Interim Final Rule under which it was promulgated directly violate both the TVPRA and the Refugee Act.

The Interim Final Rule also fails to account for the United States' obligations under international law. The Convention Against Torture (CAT)[13] and the 1951 Refugee Convention[14] both prohibit governments from removing immigrants who may be subject to torture or severe persecution upon return to their home countries.[15] Neither the Rule nor the Order reference these obligations or indicate any exception that acknowledges them. Although a recently leaked CBP enforcement directive suggests that CBP is making exceptions to comply with CAT, the directive does not indicate any accommodation for asylum-seekers.[16]

## 2.  The Interim Final Rule is Arbitrary and Capricious

As it is written, the Interim Final Rule is arbitrary and capricious and ought to be withdrawn or, at the very least, revised to reflect a reasoned consideration of important factors and available alternatives. Arbitrary and capricious rules are invalid under § 706(2)(A) of the Administrative Procedure Act.[17] A rule is arbitrary and capricious if it does not show "consideration of the relevant factors" as well as a "rational connection between the facts found and the choice made."[18] It is also arbitrary and capricious if there is evidence that the true justification is to promote an impermissible goal such as a partisan agenda.[19]

The Interim Final Rule is arbitrary and capricious under the prevailing standard for

---

[6] *See* Notice of Order Under Sections 362 and 365 of the Public Health Service Act Suspending Introduction of Certain Persons From Countries Where a Communicable Disease Exists, 85 Fed. Reg. 17060 (Mar. 26, 2020). ["CDC Order"].

[7] *See* Interim Rule, *supra* note 1, at 16563-64; *see also* CDC Order, *supra* note 6.

[8] 8 U.S.C. § 1232.

[9] Pub. L. 96-212.

[10] *See* 8 U.S.C. § 1232(4)-(5).

[11] 8 U.S.C. § 1158.

[12] CDC Order, *supra* note 6, at 17067.

[13] Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Dec. 10, 1984, S. Treaty Doc. No. 100-20 (1988), 1465 U.N.T.S. 85, 113. ["Convention Against Torture"].

[14] Convention relating to the Status of Refugees, July 28, 1951, 189 U.N.T.S. 150. ["Refugee Convention"]. The United States assented to the Refugee Convention through ratification of the 1967 Protocol Relating to the Status of Refugees, 19 U.S.T. 6223 (Nov. 6, 1968).

[15] *See* Guttentag, *supra* note 3.

[16] U.S. Customs and Border Control, *COVID-19 CAPIO*, available at https://www.documentcloud.org/documents/6824221-COVID-19-CAPIO.html. ["CBP Directive"].

[17] 5 U.S.C. § 706.

[18] *Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983).

[19] *Department of Commerce v. New York*, 139 S.Ct. 2551 (2019).

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

4

T42AR-0000004

several reasons. First, it shows little or no consideration of domestic and international legal obligations that may directly conflict with orders issued pursuant to the Rule, and it similarly fails to consider the urgent national policies that underlie those obligations. Second, it neglects to consider alternative measures that could achieve the same purposes as restrictions on immigration without imposing the same costs on vulnerable immigrant groups. Third, the proffered justifications do not logically support the Rule as written and may be impermissibly motivated by political aims. For the legal and policy reasons provided in these comments, the Rule ought to be withdrawn in its entirety. However, if the CDC chooses to proceed with the Rule, it should at a minimum give due consideration to these issues and revise the Rule so that it acknowledges all relevant concerns, considers alternatives methods for achieving the same goal, and is reasonably tailored to achieve its expressed purpose in a manner that is logically consistent with the explanation given.

### a. Conflicting Laws and Policies

The Interim Final Rule fails to consider domestic and international legal obligations – and the urgent policies that underlie them – that conflict with blanket restrictions on persons entering the United States. As discussed above, these include the TVPRA and the Refugee Act, which provide special protections for UACs, asylum-seekers, and people fleeing torture, among other groups. On the international level, these include the 1951 Refugee Convention[20] and the 1984 Convention Against Torture.[21] The Interim Final Rule indicates that the CDC Director may "prohibit the introduction into the United States of persons from designated...places,"[22] without providing any apparent exceptions. This suggests that it permits blanket prohibitions on all persons from those places. By providing no exception for UACs, asylum-seekers, or people fleeing torture, the Rule conflicts with the statutory requirements of the TVPRA and Refugee Act, as well as with the obligations of the Refugee Convention and the Convention Against Torture; both of these treaties contain non-refoulement provisions prohibiting signatories from returning to people to countries where they face persecution or torture.[23] As discussed above, this likely renders the Rule unlawful, both because the CDC does not have the authority to override other existing legal restraints and because the agencies that would implement a CDC order would not have authority to violate those restraints.

In addition, even if the Interim Final Rule is not unlawful due to its conflict with these laws, it is arbitrary and capricious because it fails to identify a statutory basis for its authority to either override these laws or enable other agencies to do so. As written, it appears that the CDC has superseded its statutory authority by violating other statues that ought to take priority under the last-in-time rule,[24] rendering the Interim Final Rule arbitrary and capricious because it is not "within the scope of the authority delegated to the agency by the statute."[25] If it is not the intent of the Rule to authorize orders that would violate these statutes, the Rule should clarify that there must be exceptions for UACs, asylum-seekers, and people fleeing torture. On the other hand, if the CDC considers it to be within its authority to override other statutes, along with international law obligations, the Rule should explain the statutory basis for such authority. Similarly, nothing in the statutes cited by the Rule authorizes the CDC to expand the statutory authorities of other

---

[20] Refugee Convention, *supra* note 14.
[21] Convention Against Torture, *supra* note 13.
[22] Interim Rule, *supra* note 1, at 16563.
[23] Convention Against Torture, *supra* note 13, art. 3; Refugee Convention, *supra* note 14, art. 33(1).
[24] *See, e.g. Whitney v. Robertson*, 124 U.S. 190, 194-5 (1888).
[25] *State Farm*, 463 U.S. at 42.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000005

agencies – who otherwise should not be able to enforce the Rule due to its conflict with the TVPRA and other statutes – suggesting the Rule is arbitrary and capricious as beyond the CDC's authority to the extent it requires enforcement by other agencies. Accordingly, the Rule should clarify that it does not expand the authority of other agencies, or, if it insists that it can expand those authorities, at least identify the source of this asserted authority.

Further, even if the CDC does not consider itself bound by these statutes and obligations, it should acknowledge the vital policy goals embodied in laws such as the TVPRA and the Refugee Act, and it should aim to facilitate those policies to the extent possible. As it is written, the Interim Final Rule makes no reference whatsoever to how it will be applied to children, asylum-seekers, or persons fleeing torture. While the Rule asserts that the CDC would "coordinate with the Secretary of State in order to ensure compliance with the international legal obligations of the United States,"[26] there is no evidence that the CDC has done so in the Order, the one action it has already taken pursuant to this Rule.[27] Indeed, the Order appears to require summary expulsion of protected classes of people in blatant violation of international law.[28] To fully consider relevant factors and promulgate a rule that is not arbitrary and capricious, the CDC must consider domestic and international laws that do not allow for summary expulsion of all persons without documents attempting to enter the country. If the CDC decides that such expulsion may be justified in some cases, even to an extent not normally permissible under domestic and international law, it should provide the reasoning for that conclusion. Moreover, it should provide that the effect of orders on vulnerable groups such as persons fleeing trafficking, persecution, or torture must be considered before any orders are issued. The Rule should expressly state that any orders issued under it should protect those groups to the extent feasible under the circumstances.

### b. Alternative Measures

The Interim Final Rule also fails to consider alternative measures besides blanket prohibitions on persons entering the country that could achieve the same public health goals while minimizing the costs, especially in terms of harm to UACs, asylum-seekers, and persons fleeing torture. Failure to consider available alternatives to a given action is arbitrary and capricious.[29] Yet in many cases, measures other than total prohibitions on entering persons may mitigate the health risks of immigration from places with communicable diseases. For instance, in the Order the CDC has already issued under this Rule, the CDC stated that the Order was aimed at preventing people from congregating in detention centers. However, releasing those people from detention centers could also prevent congregation. Alternatively, individuals could be processed in the field to ensure they are not at risk of trafficking, persecution, or torture. The Rule ought to consider the possibility that measures such as these, which might obtain the same objective without imposing the same costs on vulnerable groups, may be available. The Rule should only allow prohibitions on entry when no other method of mitigating public health risks would better serve other key policies, such as the goal of protecting victims of child trafficking, persecution, and torture.

---

[26] *Id*. at 16562.
[27] CDC Order, *supra* note 6.
[28] *Id.*
[29] *State Farm*, 463 U.S. 29, 103 S. Ct. 2856, 77 L. Ed. 2d 443.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000006

### c.  The Policy is Not Justified by the CDC's Explanation

The policy the Interim Final Rule embraces does not follow logically from the CDC's findings. The Interim Final Rule is aimed at implementing the CDC's authority to "prohibit…the introduction of persons" from specified places to avert a "serious danger" of the "introduction" of a "communicable disease" into the United States.[30] Accordingly, it focuses entirely on the health risks posed by persons entering the country based on the places such persons are coming from. It does not distinguish on the basis of nationality. Yet the Interim Final Rule does not apply to U.S. citizens or lawful permanent residents, even though immigration status bears little, if any, relation to health risk. Similarly, the Rule defines "introduction" broadly to include situations where a communicable disease is already present in the United States.[31] This might be justified in some situations, such as if only a few people in the United States had contracted a disease that was widespread elsewhere. However, the United States has the most confirmed COVID-19 cases of any country in the world,[32] and the disease has already spread through all fifty states and the District of Columbia.[33] The United States also has one of the highest rates of COVID-19 cases per capita, a rate that is more than double that of Canada and more than thirty times that of Mexico.[34] In addition, a study from the U.S. Immigration Policy Center that evaluates monthly data from the CDC since 2000 – a period that includes the H1N1 pandemic in 2009 and the beginning of the COVID-19 pandemic – discovered that "the data show that neither the monthly total number of persons entering the U.S. through southern border ports of entry, the monthly total number of persons requesting asylum, the monthly total number of asylum-seekers who establish credible fear, nor the quarterly total number of USCIS approvals across all visa application types have any effect on the monthly percentage of patients who present at healthcare providers with influenza-like illnesses."[35] Given these facts, the Interim Final Rule must explain how prohibiting persons from entering the country across the Canadian or Mexican borders protects public health.

The Order, promulgated pursuant to the Interim Final Rule and which requires the summary expulsion of immigrants trying to enter the United States across either land border, demonstrates that the Rule is not supported by its asserted justification. The Order explains that its goal is to avoid congregating people together.[36] However, preventing people from congregating together is an entirely separate concern from preventing the introduction of persons from specified places. That goal is not supported by the text of the statute or the Rule, and the fact that the Order relies on this justification suggests that the Order cannot be supported by any risks arising from immigration. Accordingly, the Order highlights the fact that the Rule itself fails to logically connect its methods to its stated goal—preventing the "introduction" of a broad class of persons, distinguished by citizenship rather than by health risk, into a country that already has hundreds of thousands of cases spread nationwide, is not "required in the interest of the public

---

[30] 42 U.S.C § 265.

[31] Interim Rule, *supra* note 1, at 16563.

[32] World Health Organization, *Coronavirus disease 2019 (COVID-19) Situation Report – 92* (Apr. 21, 2020), https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200421-sitrep-92-covid-19.pdf?sfvrsn=38e6b06d_6.

[33] Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19): Cases in the US* (Apr. 21, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

[34] Worldometer, *COVID-19 Coronavirus Pandemic* (Apr. 22, 2020), https://www.worldometers.info/coronavirus/.

[35] Tom K. Wong, *COVID-19 and the Remaking of U.S. Immigration Policy? Empirically Evaluating the Myth of Immigration and Disease*, U.S. IMMIGRATION POLICY CENTER, Apr. 22, 2020, https://usipc.ucsd.edu/_files/usipc-myth-immigration-disease-final.pdf.

[36] CDC Order, *supra* note 6.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000007

health."[37] While a prohibition on introduction of persons may be justifiable under different circumstances, the Rule is arbitrary and capricious to the extent that it allows orders such as the one that has been issued. If the CDC insists on authorizing blanket prohibitions on persons entering the country, the Rule must specify what circumstances actually require such a prohibition in the interest of the public health. As broad as the Interim Final Rule is, it simply cannot be justified on the grounds provided, as the Order already issued clearly illustrates.

Finally, if the CDC does not better tailor the Interim Final Rule to its given justification, it is arbitrary and capricious because it appears to be pretextual. The current administration has openly advocated for restrictions on immigration – especially across the southern border – including immigration of asylum-seekers and other vulnerable groups.[38] This Rule allows the summary expulsion of such individuals, circumventing existing legal protections as discussed above. Because the justifications given in the Rule do not logically support the breadth of the Rule itself, or its total lack of limiting parameters or exceptions, there is reason to believe that the Rule is politically motivated and that the reasons offered may be mere pretext. This is especially true considering that the majority of immigrants arriving without documentation are already subject to expedited removal, such that the primary effect of the Order issued under this Rule will be to deprive asylum-seekers and UACs of procedural protections.[39] If this Rule is motivated by a political agenda rather than legitimate public health concerns, then the Rule is arbitrary and capricious and therefore unlawful.[40] As such, the CDC must either withdraw the Interim Final Rule, justify its breadth and lack of constraints, or tailor it so that it is fully justified by the public health concerns it is supposed to address.

### 3. The Interim Final Rule Fails to Consider the Critical Policies Underlying the Refugee Act and the TVPRA

The Interim Final Rule presents several critical concerns that stem from its effective targeting of asylum-seekers and UACs who arrive at the United States-Mexico border.[41] The Order issued under this Rule applies broadly to "persons traveling from Canada or Mexico (regardless of their country of origin) who would otherwise be introduced into a congregate setting in a land Port of Entry (POE) or Border Patrol station at or near the United States borders with Canada and Mexico."[42] The Order, as well as the Rule, then excepts U.S. citizens, legal permanent residents, persons with valid travel documents, and persons participating in the Visa Waiver Program from its prohibitions.[43] Notably missing from the exceptions are asylum-seekers and UACs, who most often arrive at land POEs along the U.S.-Mexico border without valid travel documents and who are, because of CBP's processing and detention practices, "introduced into a congregate setting."[44]

---

[37] 42 U.S.C. § 265.

[38] The White House, *Immigration*, https://www.whitehouse.gov/issues/immigration/ (describing the need to build a border wall, ensure "swift removal of unlawful entrants," and eliminate "chain migration" and the Visa Lottery while "moving the country to a merit-based entry system."); The White House, *Statement from the Press Secretary* (Feb. 28, 2020), https://www.whitehouse.gov/briefings-statements/statement-press-secretary-117/ (stating that over 60,000 asylum-seekers have been forced to return to Mexico while their asylum claims are pending, and describing this outcome as "hugely successful").

[39] Guttentag, *supra* note 3.

[40] *Department of Commerce v. New York*, 139 S.Ct. 2551 (2019).

[41] *See generally* Guttentag, *supra* note 3.

[42] CDC Order, *supra* note 6.

[43] *Id.*

[44] *Id.; see also* Guttentag, *supra* note 3, at 1.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000008

In addition, persons arriving from Mexico at a land POE without valid travel documents are already subject to expedited removal by the Department of Homeland Security (DHS) pursuant to its authority under Section 235(b)(1) of the Immigration and Nationality Act. However, that authority does not extend to persons without valid travel documents who indicate either fear of persecution or an intent to apply for asylum,[45] nor does it apply to UACs due to protections guaranteed under the TVPRA.[46] The effect of this Interim Final Rule, which fails to except either UACs or persons who indicate a fear of persecution or intent to apply for asylum, is to deprive them of those protections offered by existing law. The Interim Final Rule and subsequent Order appear to have been drafted in a manner that targets the very population of non-citizens who otherwise have protection against expedited removal.[47]

The fact that other travel restrictions issued recently provide exceptions for asylum-seekers draws attention to the Interim Final Rule's failure to do so. In the two months preceding this Rule, the President issued Proclamations suspending entry into the United States of persons coming from China,[48] Iran,[49] Europe's Schengen Area,[50] and the United Kingdom and Ireland.[51] Each of these Proclamations explicitly clarifies that "nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture."[52] Moreover, the leaked CBP directive implementing the Order includes only an exception for CAT claims, but it does not provide protections for TVPRA or asylum claims.[53]

It is true that the Interim Final Rule and the subsequent Order leave open the possibility of a case-by-case exception based on the "totality of the circumstances," including humanitarian interests.[54] This is insufficient protection. First, actors carrying out the Order are unlikely to be aware of urgent humanitarian interests unless they screen for them. This is precisely why statutes such as the TVPRA require screening procedures—vulnerable groups such as UACs, who may be very young or may not speak the same language as the officials who apprehend them, may be unable to affirmatively assert the rights guaranteed to them. Yet the Interim Final Rule and Order allow apprehending agents to forego screening procedures entirely.

Additionally, the text of both the Interim Final Rule and the Order instructs DHS officials to consider public safety and public health interests in addition to humanitarian concerns.[55] Given that the CDC issued the Rule and Order explicitly to "protect the public health,"[56] it seems unlikely that DHS officials would find that humanitarian interests outweigh public health and safety concerns. Moreover, because the Rule and Order circumvent the TVPRA and Refugee Act but offer no other procedural protections for asylum-seekers and UACs, the text provides no guidance for systematically making case-by-case determinations. For example, in March 2020

---

[45] 8 U.S.C. § 1225(b)(1)(A)(i).
[46] 84 Fed. Reg. 35409, 35410 (July 23, 2019).
[47] *See* Guttentag, *supra* note 3, at 5.
[48] Proclamation No. 9984, 85 Fed. Reg. 6709 (Jan. 31, 2020).
[49] Proclamation No. 9992, 85 Fed. Reg. 12855 (Feb. 29, 2020).
[50] Proclamation No. 9993, 85 Fed. Reg. 15045 (Mar. 11, 2020).
[51] Proclamation No. 9996, 85 Fed. Reg. 15341 (Mar. 14, 2020).
[52] *Id.*; *see also* Guttentag, *supra* note 3, at 6-7.
[53] CBP Directive, *supra* note 16.
[54] CDC Order, *supra* note 6, at 17061; Interim Rule, *supra* note 1, at 16567.
[55] *Id.*
[56] *See generally* CDC Order, *supra* note 6; Interim Rule, *supra* note 1.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000009

alone, CBP apprehended 2,949 UACs along the United States-Mexico border.[57] Without the procedural requirements of the TVPRA or similar guidelines, it is doubtful that DHS officials will evaluate each of the almost 3,000 minors on a case-by-case basis, especially when the Rule's primary instructions are to immediately suspend entry and return the minors to their countries of origin. Nor would a case-by-case determination comply with the requirements of the TVPRA and the Refugee Act.

The failure of the Interim Final Rule to provide for the legally required statutory protection for asylum-seekers and UACs is alarming and violates the well-understood legislative intent behind the TVPRA and the Refugee Act of 1980. The TVPRA originates with the Victims of Trafficking and Violence Protection Act (TVPA) of 2000, which considers trafficking a "contemporary manifestation of slavery whose victims are predominantly women and children."[58] The TVPA calls the United States and the international community to action to respond to the at least 700,000 persons trafficked internationally annually, including about 50,000 trafficked into the United States each year.[59] The TVPRA of 2008 is a reauthorization of the TVPA and is the result of several years of proposed legislation attempting to solidify protections for threatened UACs.[60] A report from the House Committee on Foreign Affairs that accompanied the reauthorization legislation in 2007 emphasizes the "developing horror" of human trafficking as well as a commitment to "preventing the trafficking of unaccompanied alien children found in the United States by ensuring that they are not repatriated into the hands of traffickers or abusive families, and are well cared for."[61] The Interim Final Rule undermines two decades' worth of congressional concern for victims of human trafficking. Especially considering that the TVPRA does not provide exceptions related to public health and safety, it is dismaying that the Rule deliberately ignores the TVPRA's protections.

Similarly, in the Refugee Act of 1980, Congress codified the non-refoulement principle from the Refugee Convention, amending the Immigration and Nationality Act to clarify that "the Attorney General shall not deport or return any alien (other than an alien described in section 241(a)(19)) to a country if the Attorney General determines that such alien's life or freedom would be threatened in such country on account of race, religion, nationality, membership in a particular social group, or political opinion."[62] According to the Office of the UN High Commissioner for Refugees, governments cannot implement measures that deny individuals an opportunity to seek asylum or that result in refoulement: "Denial of access to territory without safeguards to protect against refoulement cannot be justified on the grounds of any health risk."[63] In pursuing a policy that both denies individuals an opportunity to seek asylum and results in refoulement, the Interim Final Rule fails to uphold the United States' legal, international, and moral obligations.

---

[57] U.S. Customs and Border Protection, *Southwest Border Migration FY 2020*, https://www.cbp.gov/newsroom/stats/sw-border-migration (last visited Apr. 22, 2020).

[58] 22 U.S.C. § 7101(a).

[59] *Id.* at § 7101(b)(1).

[60] Karen S. Baker, *Is the United States Safely Repatriating Unaccompanied Children? Law Policy, and Return to Guatemala*, 73 U. MIAMI L. REV. 781, 793-94 n. 41 (2019).

[61] H.R. Rep. No. 110-430, at 34, available at https://www.congress.gov/congressional-report/110th-congress/house-report/430/1; cited in Baker, *supra* note 60, at 794.

[62] Pub. L. 96-212.

[63] United Nations High Commissioner for Refugees, *Key Legal Considerations on access to territory for persons in need of international protection in the context of the COVID-19 response* (Mar. 2020), https://www.unhcr.org/cz/wp-content/uploads/sites/20/2020/04/UNHCR-Legal-Considerations-on-Access-to-Territory-in-the-Covid-19-Pandemic-March-2020.pdf; cited in Guttentag, *supra* note 3, at 7-8.

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

T42AR-0000010

Regulations.gov will redirect users to beta.regulations.gov on Tuesdays and Thursdays for 24 hours starting at 8am ET. Please note that all comments submitted through Beta, both during the redirect and regular operations, are provided to agencies.



## Comment on CDC-2020-0033-0002

The is a Comment on the **Centers for Disease Control and Prevention** (CDC) Rule: <u>Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into United States from Designated Foreign Countries or Places for Public Health Purposes</u>

For related information, **Open Docket Folder** 🗗

---

### Comment

I write to express opposition to the Centers for Disease Control and Prevention ("CDC") Interim Final Rule ("Rule"), published in the Federal Register on March 24, 2020. The Rule is the basis for the CDC's Order dated March 20, 2020, "Suspending the Introduction of Certain Persons from Countries Where a Communicable Disease Exists" ("CDC Order"). Both the Rule and the CDC Order fail to address U.S. obligations to asylum seekers and unaccompanied migrant children, who are also often asylum seekers, under U.S. and international law. As a result, US Customs and Border Protection ("CBP") is now expelling unauthorized migrants, including children, without considering whether they are eligible for protection under US law. The Rule, ostensibly intended to protect human life, is instead putting asylum seekers' lives at serious risk. I urge that the rule be withdrawn in its entirety.

Under U.S. law and the 1967 Protocol Relating to the Status of Refugees, to which the U.S. is party, the United States may not return asylum seekers to face threats to their lives or freedom without affording them an opportunity to apply for asylum or for protection against facing the threat of torture, and conducting a full and fair examination of those claims.

Even in times of emergency, governments remain obliged to protect refugees from return to a threat of persecution, exposure to torture or inhuman and degrading conditions, or threats to life and physical security. Travel by refugees fleeing threats to their life and safety constitutes essential

**ID:** CDC-2020-0033-0132

**Tracking Number:** 1k4-9gai-8qxt

### Document Information

**Date Posted:**
Apr 24, 2020

**RIN:**
0920-AA76

Show More Details 🗗

### Submitter Information

**Submitter Name:**
Alexa Sendukas

T42AR-0000023

travel, as it can mean the difference between life or death.

Summary expulsions under the Rule also deprive unaccompanied children of important safeguards against human trafficking. The 2008 Trafficking Victims Protection Reauthorization Act (TVPRA), passed with strong bipartisan support and signed by President George W. Bush, requires specialized screening of unaccompanied children and their expeditious transfer to appropriate care. Without these critical protections, children run the risk of serious harm. Already thousands of expelled migrants, including hundreds of unaccompanied children, have been deprived of their rights. I know from personal experience the dangers you are exposing these children to by returning them to their home countries without any screening of the harm they may have suffered there already or fear in the future.

I understand and appreciate the seriousness of the situation that CDC is engaged in addressing, and that rational, evidence-based public health measures are warranted given the threat posed by the COVID-19 pandemic. However, returning refugees to persecution or other grave threats constitutes a serious human rights violation that is not permitted under international law even in times of emergency. I believe you can protect the health of immigrants and the public at large without overbroad new regulations that turn away asylum seekers.



April 23, 2019

**FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT**

PHOENIX OFFICE
P.O. Box 32670
Phoenix, AZ 85064
Tel: 602-307-1008
Fax: 602-340-0596

TUCSON OFFICE
P.O. Box 86299
Tucson, AZ 85754
Tel: 520-777-5600
Fax: 520-829-4154

FLORENCE OFFICE
Tel: 520-868-0191
Fax: 520-868-0192

www.firrp.org

*Submitted online via the Federal eRulemaking Portal*

Department of Homeland Security
U.S. Citizenship and Immigration Services
Office of Policy and Strategy
Chief, Regulatory Coordination Division
20 Massachusetts Avenue, NW
Washington, D.C. 20529-2140

RE: **Public Comments on the CDC Interim Final Rule, Titled "Suspension of Introduction of Persons Into the United States From Designated Foreign Countries or Places for Public Health Purposes" and the Related Notice of Order Under Sections 362 and 365 of the Public Health Service Act Suspending Introduction of Certain Persons From Countries Where a Communicable Disease Exists**
HHS Docket No. CDC-2020-0033
85 FR 16559

Dear Sir or Madam:

The Florence Immigrant & Refugee Rights Project (the "Florence Project") respectfully submits this comment on the U.S. Department of Health and Human Services Centers for Disease Control and Prevention's (the "CDC") interim final rule, titled "Suspension of Introduction of Persons Into the United States From Designated Foreign Countries or Places for Public Health Purposes," Docket No. CDC-2020-0033, in the Federal Register at 85 FR 16559, issued March 20, 2020 (the "Interim Final Rule"). In addressing the Interim Final Rule, we also address the Notice of Order Under Sections 362 and 365 of the Public Health Service Act Suspending Introduction of Certain Persons From Countries Where a Communicable Disease Exists, published on March 24, 2020 (the "Order") and extended to May 20, 2020 pursuant to the Extension of Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists (the "Extension" and, together with the Order, the "CDC Order"). Such review of the Order and Extension is necessary because they serve as compelling evidence of both the illegal and unjust way that the Interim Final Rule is being implemented, as well as how actual implementation of the sweeping Rule has failed to support the public health concerns on which it is purportedly based.[1]

We are deeply troubled that the COVID-19 pandemic is being used to justify the wholesale abdication of non-refoulement obligations pursuant to the 1967 Protocol Relating to the Status of Refugees and the 1984 Convention Against Torture, as

---

[1] While the request for comments relates to the Interim Final Rule and not to the Order specifically and while the text of the Order asserts that it is not a rule subject to notice and comment, not allowing comment on the content of the Order along with the Interim Final Rule would deprive the public of the legally required opportunity to meaningfully comment on the impact of the Rule. Such a transparent attempt to create an end-run around the mandated notice and comment procedures cannot be permitted.

enshrined in U.S. law. Citing to an untested and obscure public health provision, 42 U.S.C. §265, the Interim Final Rule purports to authorize the Director of the CDC to make sweeping exclusions of people from the United States for public health reasons, with absolutely no regard for existing provisions of immigration law or the fact that the public health provisions do not grant HHS the authority to regulate immigration. The CDC Order, issued shortly after the Interim Final Rule was announced, assumes that our collective interest in maintaining public health is at odds with maintaining just immigration policy at the border. Relying on this false premise, the Order demonstrates how the Rule is being used to eviscerate asylum protections and safeguards for unaccompanied children all while failing to further the public health justifications on which it is purportedly based. Migrants like our clients, many of whom have fear based claims from Mexico, now face increased uncertainty as they wait in Mexico while the pandemic plays out.

Migrants' lack of access to shelter, sanitation, and healthcare, while already prevalent due to the U.S. policy of metering and the Migrant Protection Protocols ("Remain in Mexico" or "MPP"), is aggravated by the COVID-19 pandemic. Rather than further exposing this already vulnerable population by closing the border, the U.S. must abide by its legal obligation to uphold migrants' access to asylum.

**Background**

The Florence Project is a 501(c)(3) nonprofit organization that provides free legal and social services to the 7,000 immigrant adults and children detained in immigration custody in Arizona on any given day. As the primary nonprofit organization in Arizona providing free legal services to people in immigration detention, our vision is to ensure that every person facing removal proceedings has access to counsel, understands their rights under the law, and is treated fairly and humanely.

The Florence Project was founded in 1989 when Immigration Judge John J. McCarrick publicly urged Arizona lawyers to step up and support detained immigrants in the remote detention center in Florence, Arizona, who by and large had no meaningful access to counsel. Judge McCarrick issued his call to action because he was deeply concerned that many of the noncitizens before him were being removed despite having viable claims for relief simply because they did not know or adequately understand the law. The Florence Project was born out of this call to action.

Initially formed to improve access to counsel in immigration detention in Arizona, recent policy changes at the border – including the creation of asylum, or "metering", lists at the border, family separation, MPP and the July 16, 2019 Interim Final Rule (also known as the "Transit Ban") – have highlighted the desperate needs of migrants constructively detained at the border. To address this need, the Florence Project partnered with the Kino Border Initiative, a bi-national humanitarian aid organization situated in Nogales, Sonora and Nogales, Arizona in 2017. Through this partnership, the Florence Project has built out a Border Action Team, specifically tasked with supporting and informing migrants in Nogales, Sonora and addressing issues that impact migrants in the borderlands.

Because of our experience working directly with migrants at the border in Nogales, Sonora, as well as our thirty-plus year history of working with asylum seekers detained in Arizona, we are uniquely aware of the challenges people face trying to navigate an increasingly complex and adversarial asylum system. It is in this context that we provide our comments to the CDC Interim Final Rule and Order below.

1. **The Interim Final Rule and CDC Order violate the U.S.'s non-refoulement obligations and its obligations under the Trafficking Victims Protection Reauthorization Act.**

The Interim Final Rule relies on an unprecedented interpretation of an obscure public health statute to enact sweeping changes to existing legal procedures, in violation of both domestic immigration law and international treaty obligations. Resting on the general fear of wide-spread disease in the wake of COVID-19, the Interim Final Rule is startlingly deficient in reasoned legal analysis for why a little known and rarely used public health provision should be allowed to trump vast segments of federal law or why the CDC is authorized to issue such sweeping changes to immigration law. Yet, through this rule, the CDC purports to grant itself and the Trump administration expansive, unprecedented power to summarily expel individuals from the United States under the guise of public health, all done in a way that attempts to evade meaningful notice and comment on the actual effect of the Interim Final Rule and the Order implementing it.[2] The end result is a transparent attempt at ultra vires, back-door regulation of immigration policy that functionally eliminates asylum and Convention Against Torture protections, as well as crucial screening procedures and protections for vulnerable unaccompanied minors.

Under the CDC Order implementing the Interim Final Rule, "covered aliens" is limited to individuals present at the Canadian and Mexican borders who, "regardless of their country of origin," would be subject to subject to screening "in a congregate setting in a land POE or Border Patrol station," and explicitly excludes "U.S. citizens, legal permanent residents, and their spouses and children; persons from foreign countries who hold valid travel documents are arrive at a POE; or persons from foreign countries in the visa waiver program who are not otherwise subject to travel restrictions and arrive at a POE."[3] Though the CDC Order grants DHS discretion to exclude certain individuals from application of the mandate, the CDC Order effectively bars all asylum seekers and unaccompanied children from entry at land borders.[4]

This failure to afford protection to asylum-seekers and unaccompanied children runs afoul of the U.S. asylum law, and non-refoulement obligations enshrined at 8 USC § 1158; 8 USC § 1231(b)(3); and 8 CFR § 208.18, , and the TVPRA's proscription

---

[2] While the request for comments relates to the Interim Final Rule and not to the CDC Order specifically and while the text of the Order asserts that it is not a rule subject to notice and comment, not allowing comment on the content of the Order along with the Interim Final Rule would deprive the public of the legally required opportunity to meaningfully comment on the impact of the Rule. Such a transparent attempt to create an end-run around the mandated notice and comment procedures cannot be permitted.
[3] 85 FR 17060, 17061.
[4] *Ibid*.

against expedited removal of unaccompanied children.[5] While the CDC Order includes an exemption for "based on the totality of the circumstances, including consideration of significant law enforcement, officer and public safety, humanitarian, and public health interests", this exception is left entirely to the discretion of DHS "with approval from a supervisor".[6]

This means that whether the protections are afforded to asylum seekers and unaccompanied minors, as required by law, is left to the whims of individual enforcement agents, and only if their supervisors sign off. While it jettisons the well-established screening procedures for both asylum seekers and unaccompanied children, the CDC Order provides no guidance on who these exceptions should be applied to or how these individuals should be screened to determine whether an exception applies.[7] The Florence Project finds this particularly troubling, since migrants we work with at the border are reporting that they are not being asked whether they have a fear based claim for relief or whether they are afraid to remain in Mexico. We have reason to believe that the U.S. is systematically expelling asylum-seekers and unaccompanied children at the border, despite its mandate to protect those individuals.

## 2. The lack of scientific basis in the CDC Order's public health justification indicates discriminatory intent.

The CDC's justifications for treating "covered aliens" differently than other people at the border are not persuasive. The CDC Order implementing the Interim Final Rule states that "the danger to the public health that results from the introduction of [covered aliens] into congregate settings at or near the borders is the touchstone of this order" and cites CBPs lack of health care infrastructure and its inability to house and process undocumented migrants in a way that permits social distancing. [8] Not only are these assertions factually inaccurate, but the CDC Order "is premised on the false assumption that asylum seekers must be detained in congregate settings" when there are reasonable alternatives.[9]

Unsurprisingly, the CDC's emphasis on the order's equal treatment of the Canada and Mexico borders does not hold true.[10] When practically applied, the CDC Order disproportionately impacts the Mexican border, since most Canadian citizens can travel in the United States without a visa.[11] The U.S. government, in a compact with Mexico, has acknowledged the importance of trade in "critical services such as food, fuel, healthcare and life-saving medicines must reach people on both sides of the border

---

[5] William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), P.L. 110-457, 122 Stat. 5044.
[6] 85 FR 17060, 17061.
[7] Id.
[8] Id.
[9] Naples-Mitchell, Joanna. "There Is No Public Health Rationale for a Categorical Ban on Asylum Seekers." Just Security, April 17, 2020. https://www.justsecurity.org/69747/there-is-no-public-health-rationale-for-a-categorical-ban-on-asylum-seekers/.
[10] 85 FR 17060, 17061.
[11] U.S. Department of State. "Visa Requirements - Citizens and Permanent Residents of Canada." Bureau of Consular Affairs. https://travel.state.gov/content/travel/en/us-visas/tourism-visit/citizens-of-canada-and-bermuda.html

every day," while banning all non-essential tourism or recreational travel.[12] Still, the U.S. has failed to acknowledge that asylum must be considered essential travel and that asylum relief is a life saving measure.[13]

The CDC's failure to address broader migration flows when considering its response to the COVID-19 pandemic is further evidence of the CDC Order's discriminatory intent to target asylum seekers. While Canada is requiring its citizens to self-isolate for 14 days after returning to the country, the U.S. imposes no parallel restrictions.[14] Its assumption that undocumented migrants pose a greater threat to public health than other migrants has no foundation in science.[15] The notion that "covered aliens" suspected of COVID-19 would need to be quarantined while test results are pending, requiring potential delays in processing, makes no sense since other travelers and migrant populations are not being similarly screened and since migrants could effectively be quarantined in the homes of their sponsors.[16]

The choice to isolate just one small subset of the migrant population is logically inconsistent with the CDC's public health goals. Because the CDC Order is so divorced from public health and epidemiological evidence, the categorical exclusion of one group of migrants, namely asylum seekers, can only be described as discriminatory.[17] The CDC's lack of interest in screening other individuals present at the border, including U.S. citizens, who may be asymptomatic, highlights how disingenuous their concern about "covered aliens" really is. Singling out asylum seekers at the border, though they "pose no greater risk than groups whose travel [the U.S. Government] considers necessary," serves no actual public health function.[18]

Though the CDC cites to U.S. actions taken to combat the spread of COVID-19 in justifying the extension of the CDC Order, the U.S.'s failure to implement standard policies domestically is further evidence of the CDC Order's discriminatory intent.[19] The contention that it would be "counterproductive and dangerous to undermine those efforts by permitting the introduction of persons from outside the United States who pose a risk of transmission of COVID-19 within DHS facilities or the U.S. interior" ignores the facts that other migrants and U.S. nationals are being permitted to enter the

---

[12]U.S. Department of Homeland Security. "Joint Statement on US-Mexico Join Initiative to Combat the COVID-19 Pandemic." DHS, March 20, 2020. https://www.dhs.gov/news/2020/03/20/joint-statement-us-mexico-joint-initiative-combat-covid-19-pandemic.

[13] *Id.*; 85 FR 17060; *see also infra* at fn. 24 (nearly 92% of asylum seers have sponsors in the U.S.).

[14] "Extension of Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists." Centers for Disease Control and Prevention (CDC), April 19, 2020, 5.

[15] Naples-Mitchell, Joanna. "There Is No Public Health Rationale," 2.

[16] 85 FR 17060, 17066.

[17] Naples-Mitchell, Joanna. "There Is No Public Health Rationale," 2.

[18] Naples-Mitchell, Joanna. "There Is No Public Health Rationale," 3.

[19] "Extension of Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists." Centers for Disease Control and Prevention (CDC), April 19, 2020, 2. ("[m]illions of Americans are now complying with local and state stay-at-home orders, engaging in social distancing, and taking other precautions calculated to slow the spread or, and protect others from, COVID-19.")

U.S. interior from abroad and ignores a growing popular movement in the U.S. to reopen the economy despite continuing concerns related to the pandemic.[20]

### 3. There are less severe alternatives that protect citizens' interest in public health while maintaining meaningful access to asylum.

The CDC Order acknowledges that the CDC can rely on conditional release as a "public health tool".[21] Under this measure, potentially infected individuals would be released from custody subject to conditions and supervision "calculated to mitigate the risk of disease transmission."[22] *Id.* The CDC's outright dismissal of this alternative as "unviable in this context because many aliens covered by this order may lack homes or other places in the United States where they can self-isolate and the CDC lacks the resources and personnel necessary to effectively monitor such a large number of persons" is speculative, and not borne out by the facts.[23]

Importantly, the vast majority of asylum-seekers have family members, friends, or community prepared to support them. Indeed, a US Immigration Policy Center report on asylum seekers, published in October 2019, indicated that 91.9% of asylum seekers had "family or close friends who live in the U.S."[24] The CDC Order assumes that "asylum seekers must be detained in congregate settings" ignoring the reality that, like the majority of individuals entering the U.S. at any given time, they could instead be tested, screened for symptoms, and released to their sponsors in the U.S. to quarantine.[25]

There are viable alternatives even those migrants who do not have sponsors in the U.S. Similar to steps taken by some municipalities and states to help individuals experiencing homelessness during the pandemic, asylum seekers could be placed in "shelters or vacant hotels" at least while in quarantine and could count on support from religious and community organizations that have long fought to support the migrant population.[26] The Florence Project has long worked with various community and faith-based organizations in the state of Arizona in support of migrants being released into our local community. We have no doubt that these groups would continue to provide that same support in the future.

Finally, refusal to process "covered aliens" at the border is definitionally not a public health based solution, because it fails to consider the health and safety of the migrants in question and further contributes to what is now a global public health crisis.  Forcing asylum seekers and unaccompanied children to remain at the border indefinitely during the pandemic  –  including those already stuck at the border because of U.S. policies like metering and MPP – will only increase the risk of community spread in particular

---

[20]*Id.;* Shear and Mervosh. "Trump Encourages Protest Against Governors Who Have Imposed Virus Restrictions." The New York Times, April 17, 2020.
https://www.nytimes.com/2020/04/17/us/politics/trump-coronavirus-governors.html.
[21] 85 FR 17060,17067.
[22] *Id.*
[23] *Id.*
[24] Wong, Tom. "Seeking Asylum: Part 2." US Immigration Policy Center, October 29, 2019, 13.
https://usipc.ucsd.edu/publications/usipc-seeking-asylum-part-2-final.pdf.
[25] Naples-Mitchell, Joanna. "There Is No Public Health Rationale," 4.
[26] *Id.* at 6.

at asylum camps and shelters along the border.[27] The U.S. has an obligation to step in and protect asylum seekers from persecution in their home country. In the context of the global pandemic, it makes no sense to relegate them to uncertain futures at the border, where they lack adequate access to healthcare, sanitation, and shelter, when the U.S. has the capacity to provide a safe and humane alternative.[28]

### 4. The CDC Order's contention that the U.S. lacks the resources to implement alternatives to its order is specious.

The CDC contends that CBP doesn't have the processing power, facilities, or medical infrastructure necessary to adequately screen covered persons at the border without risking the health and safety of government employees, American citizens, and the migrants themselves.[29] They further contend that the U.S. does not have the medical infrastructure to handles referrals from CBP, without exhausting "the local or regional healthcare resources, or at least reduce the availability of such resources to the domestic population."[30]

These resource-based arguments in the CDC Order are a striking admission of the U.S. government's general lack of pandemic preparedness and of the government's unwillingness to deploy alternate solutions, which are likely cheaper and safer for migrants, but do not align with the current administration's xenophobic immigration policy objectives. The CDC Order emphasizes that the CDC "lacks the resources, manpower, and facilities to quarantine covered aliens" and that "DHS has informed CDC that in the near term, it is not financially or logistically practicable for DHS to build additional facilities and POEs and Border Patrol stations for use in quarantines or isolation."[31] Not only does this ignore alternative solutions beyond expanded detention, it seems that the CDC is simply taking CBP's word for it when they say they cannot afford to change the way they treat migrants.

Despite this alleged dearth of resources, DHS still somehow has the capacity "where necessary" to "use repatriation flights to move covered aliens on a space-available basis, as authorized by law."[32] It is unclear how DHS has the resources to repatriate, or "move," migrants at a potentially massive scale but does not have the capacity to process them or provide adequate medical care. Furthermore, it seems that no consideration has been given to how to safely move migrants via flight, considering DHS's lack of access to N95 masks.[33] What these policies instead make clear is that, ultimately,  the CDC and DHS would rather allocate the resources that the government does have to remove asylum seekers without due process, rather than use those resources to find common sense solutions to permit asylum seekers to present at the border, exercise their legal rights in compliance with U.S. law and treaty obligations, and seek safe shelter with the help of family, friends, or community organizations.

---

[27] *Id*. at 9-10.
[28] *Id*. at 3.
[29] 85 FR 17060, 17061.
[30] *Id.*
[31] *Id*. at 17067.
[32] *Id.*
[33] *Id*. at 17066.

### 5.  U.S. policies have created a public health crisis at the border.

The U.S.'s fear of resource scarcity in light of the ongoing pandemic and resultant decision that we cannot support asylum seekers at the border is particularly tone-deaf as the impending health crisis at the border will largely be the result of U.S. policies impacting asylum seekers. Indeed, there are tens of thousands of asylum seekers in Mexico, currently awaiting continued asylum proceedings under MPP, who have already been processed and would normally be awaiting final determinations on the merits of their claims from the United States. In a similar vein, large swaths of individuals subjected to metering at the border must now wait out the pandemic. This population includes Mexican asylum seekers and other individuals with fear-based claims in Mexico who are now trapped in a country where they face persecution. These individuals now face increased uncertainty as they wait out potentially indefinitely delayed proceedings, as MPP hearings continue to be postponed.[34]

Adding insult to injury, the U.S. is currently requiring asylum seekers in MPP to present at the border on the date of their current hearing, in order to receive a tear-sheet with evidence of their continued hearing date.[35] Some asylum seekers are forced to travel hundreds of miles just to receive this form. They do so despite the risk of exposure to COVID-19 and despite stay-at-home orders in place in some Mexican states, because they rely on these tear sheets both to extend their permit to stay in Mexico and to ensure they will be able to present at the border when their hearings finally do occur.[36] Asylum seekers are being forced to choose between their physical health and safety today, in light of the COVID-19 pandemic, and their migration prospects.

The CDC Order raises concerns that "[m]edical experts believe that community transmission and spread of COVID-19 at asylum camps and shelters along the U.S. border is inevitable, once community transmission begins in Mexico," but it does not acknowledge that these camps are a direct result of U.S. immigration policies.[37] The CDC Order also raises a concern that "Mexico has fewer health care resources than the United States," highlighting Mexico's inability to adequately handle the pandemic as a justification to the decision to close the border.[38]

Despite the CDC's acknowledgement that the migrant camps will leave asylum seekers vulnerable to transmission of COVID-19, and despite the CDC's acknowledgement that Mexico has even fewer medical resources than the U.S., the CDC Order implementing the Interim Final Rule suggests that "covered aliens" must be excluded from the U.S. in the interest of public health. Apparently, the lives and health of asylum seekers and unaccompanied minors is not worth considering when discussing public health. While the U.S. has a legal obligation to protect asylum seekers generally, it also has a moral

---

[34] "Joint DHS/EOIR Statement on MPP Rescheduling." Department of Homeland Security, April 1, 2020. https://www.dhs.gov/news/2020/04/01/joint-dhseoir-statement-mpp-rescheduling.
[35] *Id.*
[36] "The Effects of Coronavirus at The Border." Kino Border Initiative, April 14, 2020. https://www.kinoborderinitiative.org/the-effects-of-coronavirus/.
[37] 85 FR 17060, 17064.
[38] *Id.*

T42AR-0000032

obligation not to relegate asylum seekers to the hazard of exposure in migrant camps it was complicit in creating.

### 6. In the CDC Order, the Government admits to numerous capacity issues that are troubling outside of the context of the COVID-19 pandemic.

Finally, the CDC Order makes numerous assertions that raise concerns related to CBP's treatment of migrants, even outside of the context of CBP. The government's general lack of adequate infrastructure and pre-existing issues related to conditions in CBP custody and access to adequate healthcare should not be used to justify the CDC's instant decision to exclude vulnerable migrants from the U.S., especially when their rights are protected by U.S. law.

In particular, the CDC Order indicates that "[o]n average, a covered alien apprehended between POEs will spend approximately 78 hours in a Border Patrol station before transfer to ICE."[39] However, migrants are supposed to spend no more than 72 hours in CBP processing before being paroled or moved into ICE custody.[40] While many of our clients have complained about poor conditions in CBP custody and about spending, at times, far more than 72 hours in custody, the CDC's admission that the average time spent in custody exceeds the maximum time is striking.

In addition, the CDC Order claims that "POEs and Border Patrol stations were not designed and are not equipped to deliver medical care to numerous persons, nor are they capable of providing the level of care that vulnerable populations with COVID-19 may require," notwithstanding the often serious medical needs of migrants who present at the border.[41] Though COVID-19 is unprecedented, historic failures to provide adequate care has meant that migrant populations at the border and in detention in recent years have faced mumps, chicken pox, and measles outbreaks, among others.[42]

Similarly, the CDC's admission that, while in custody, "there is typically no suitable space for quarantining, isolating, or engaging in social distancing with aliens" is similarly concerning, since local migrant populations have long been forced to contend with exposure to other communicable diseases.[43]

Finally, the admission that CBP does not have sufficient supplies or COVID-19 testing capacity, nor does it have the capacity to quarantine "[d]ozens, much less hundreds or thousands of aliens," also raises concerns, specifically about DHS's intent to move migrants by plane.[44] The Florence Project is concerned that adequate precautions while transporting migrants, especially by plane, cannot be taken, if CBP does not have necessary supplies. This concern is further confirmed by reports from partners in

---

[39] *Id*. at 17066.
[40] "National Standards on Transport, Escort, Detention, and Search." U.S. Customs and Border Protection, October, 2015 , 14.
[41] 85 FR 17060, 17061.
[42] Potter, Christina. "Outbreaks in Migrant Detention Facilities." Outbreak Observatory, July 11, 2019. https://www.outbreakobservatory.org/outbreakthursday-1/7/11/2019/outbreaks-in-migrant-detention-facilities.
[43] 85 FR 17060, 17066.
[44] *Id*.

Guatemala and Honduras who have confirmed that individuals repatriated from the U.S. are now a vector for the spread of COVID-19 in those countries.[45]

**Conclusion**

Because this mandate eviscerates migrant's access to asylum, a right enshrined in U.S. law, and serves no reasonable public health interest, the Florence Project strongly opposes the CDC's Interim Final Rule and the Order implementing that rule that limits "covered aliens'" ability to present at the U.S.'s land borders seeking relief. Using a little-known public health provision as an end-run to give DHS broad discretion to expel migrants to Mexico without being processed and without affording them the opportunity to assert fear of return is a violation of U.S. asylum law and its non-refoulement obligations, and additionally only serves to further expose vulnerable migrants and border communities to the global COVID-19 pandemic. As such, we urge the CDC to reconsider implementing such draconian measures.

We appreciate your consideration and thank you for the opportunity to submit these comments. Please contact us at amiller@firrp.org should you have any questions about our comments or require further information.

Alexandra Miller, Esq.
Managing Attorney – Border Action Team
Florence Immigrant and Refugee Rights Project
p. 520-269-7153
f. 520-829-4154

---

[45] Dickerson and Semple. "U.S. Deported Thousands Amid Covid-19 Outbreak. Some Proved to Be Sick." The New York Times, April 18, 2020. https://www.nytimes.com/2020/04/18/us/deportations-coronavirus-guatemala.html.

Kyle McGowan
Office of the Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road NE, MS H21-10
Atlanta, GA 30329
Telephone: 404-498-7000
cdcregulations@cdc.gov

HHS Docket No. CDC-2020-0033
85 FR 16559

April 22, 2020

To Whom It May Concern:

Oasis Legal Services respectfully submits this comment to the Department of Health and
Human Services' interim final rule, titled "Suspension of Introduction of Persons Into United
States From Designated Foreign Countries or Places for Public Health Purposes,"
DHS Docket No. CDC-2020-0033, in the Federal Register at 85 FR 16559, issued March 20,
2020.

*Interest in the Proposed Rule:*

Oasis Legal Services is a leading service provider for LGBTQ+[1] immigrants on the West Coast,
providing direct immigration representation to hundreds of asylum seekers every year. We
collaborate with dozens of organizations, and provide case management and wrap-around
services to meet the needs of our clients holistically. Our expertise is built on years of
experience and because of this we have won asylum for 100% of our clients. In addition to
direct representation, we provide training, sample documentation and briefs, and direct
mentorship to lawyers locally and nationally representing LGBTQ+ asylum seekers. We are an
independent non-profit 501(c)3 organization and are not affiliated with or funded by the US
government.

*Department of Health and Human Services Interim Final Rule:*

Oasis Legal Services is deeply concerned about the impact of this interim final rule (Rule),
which authorizes the Director of the Centers for Disease Control and Prevention (CDC) to
"prohibit the introduction into the United States of persons from designated foreign countries (or

---

[1] LGBTQ+ is an umbrella term for sexual minorities, i.e. individuals who identify as lesbian, gay,
transgender, queer or who do not conform to traditional sexual or gender roles or identities.

1

one or more political subdivisions and regions thereof), only for such period of time that the Director deems necessary for the public health," through issuance of an order.

On the same day the rule was issued, CDC issued an order (Order) invoking its authority under the rule to suspend the introduction of persons without documentation who seek to enter the United States via Mexico or Canada. The Order illustrates how the Rule is being used to eviscerate asylum protections for those who are fleeing persecution in their home countries.

The Rule fails to guarantee or even offer legal process whatsoever to individuals subject to the rule, including LGBTQ+ asylum seekers, *who are often Mexican nationals fleeing persecution*. In addition, the Rule violates the U.S. international treaty obligations of *non-refoulement* (the obligation not to send a person to a place where they may face serious harm), especially in the case of LGBTQ+ asylum seekers, who are not safe in Mexico. Lastly, while previous COVID-19 travel restrictions have included specific language to safeguard asylum seekers, this Rule does not contain any such language.

**Arguments related to asylum protections**

Through this Rule, CDC is granting the Trump administration expansive powers to expel individuals at the border and from the interior of the United States, including LGBTQ+ asylum seekers.

- **Rule as applied violates domestic legal obligations to asylum seekers:** The Rule fails to offer or guarantee any legal process whatsoever to individuals subject to the rule, including asylum seekers. But U.S. refugee and immigration laws explicitly guarantee individuals an opportunity to request protection at ports of entry or after crossing into the United States (8 U.S.C. § 1158(a)(1)).
It is vital that LGBTQ+ refugees, who are fleeing persecution on the basis of their sexual orientation and/or gender identity ("SOGI"), have access to protection in the United States. Since 01/01/2018, Oasis Legal Services has assisted 432 LGBTQ+ clients in obtaining asylum in the United States, as protected members of the particular social group of sexual minorities. We have a 100% success rate in obtaining asylum for our clients, evidencing government recognition of the need for protection of LGBTQ+ individuals who are persecuted in their home country on the basis of their sexual orientation and/or gender identity. Three hundred and sixty-four of our clients who have been granted asylum are Mexican or Central American nationals, the large majority of whom entered the United States through the southern border. The Rule as applied would have prevented all of them from applying for protection and violates our legal obligations to LGBTQ+ asylum seekers.

- **Rule as applied violates Refugee Convention/Protocol:** Expelling individuals under the rule without such legal process would contradict U.S. international treaty obligations under the Refugee Convention and Refugee Protocol (Refugee Act of 1980, Pub. L. No.

T42AR-0000072

96-212), which require the United States not to send individuals to places where they may face serious harm amounting to persecution. UNHCR, the U.N. Refugee Agency, has clarified in guidance on COVID-19 that states cannot impose "blanket measure[s] to preclude the admission of refugees or asylum-seekers" in response to the COVID-19 pandemic. Yet the CDC Order implementing the Rule is just that: a blanket measure that effectively bans all asylum seekers from protection. Guidance reportedly provided to the U.S. Border Patrol instructing agents to expel individuals under the authority provided by this Rule also makes no reference to protections for asylum seekers under the Refugee Protocol. Alarmingly, the guidance demonstrates that the administration is interpreting its authority under the Rule as superseding its *mandatory* duty of *non-refoulement* (the obligation not to send a person to a place where they may face serious harm). The guidance makes clear that in practice, this Rule will engender potential mass *refoulement* of asylum seekers.

Mass refoulement of LGBTQ+ asylum seekers to Mexico puts them in danger of continued persecution. Although Mexican law allegedly protects members of the LGBTQ+ community, reality paints a different picture. A country's laws should not be conflated with country conditions or of a states' ability or willingness to protect the asylum seeker for purposes of deciding the merits of an asylum claim.

  o *Bringas-Rodriguez v. Sessions*, 850 F.3d 1051 (9th Cir. 2017): "But it is well recognized that a country's laws are not always reflective of actual country conditions. It is not unusual that a country's 'de jure commitments to LGBTI protection do not align with the de facto reality of whether the State is able and willing to provide protection.' And we have recently recognized that Mexico has experienced 'an increase in violence against gay, lesbian, and transgender individuals during the years in which greater legal protections have been extended to these communities.'"
  o *Avendano-Hernandez v. Lynch*, 800 F.3d 1072, 1081 (9th Cir. 2015): "Avendano-Hernandez's expert explained that the passage of these laws has made the 'situation . . . paradoxically become increasingly more perilous [for the gay, lesbian, and transgender community], as the public and authorities react to their expressions of a form of sexuality that the culture does not embrace and, in fact, fears.' Indeed, the country's highest number of hate crimes in 2010 took place in Mexico City—where arguably the *most* efforts have been made to protect the rights of sexual minorities—and there is a continued failure to prosecute the perpetrators of homophobic hate crimes throughout Mexico."

According to the U.S. Department of States's 2019 Country Reports on Human Rights Practices in Mexico, discrimination against the LGBTQ+ community in Mexico remains rampant, and the government demonstrates an unwillingness or inability to protect the LGBTQ+ community.

  Discrimination based on sexual orientation and gender identity was prevalent, despite a gradual increase in public tolerance of LGBTI individuals, according to public opinion surveys. There were reports the government did not always investigate and punish those complicit in abuses, especially outside Mexico City. A CNDH poll conducted during the year found six of every 10 members of the LGBTI community reported experiencing

3

discrimination in the past year, and more than half suffered hate speech and physical aggression.

A 2018 Desastre MX report indicates that from 2013-2017, 381 hate crimes against LGBTQ+ people in Mexico have been committed. These crimes are characterized by brutality and impunity.

> According to the report *Violencia, Impunidad y Prejuicios. Asesinatos de personas LGBTTT en Mexico 2013-2017* (Violence, Impunity, and Prejudice. Killings of LGBTTT people in Mexico 2013-2017), published by the civil organization *Letra S Sida, Cultura y Vida Cotidiana* (Letter S Aids, Culture, and Everyday Life), from January 2013 to December 2017 there were registered at least 381 hate crimes against LGBT people in the country.

> 'The distinctive feature that characterizes the homicides of LGBT people is the brutality with which they are committed. The results of the monitoring bring light to the multiple [acts of] violence to which many of the victims were subject to before being killed or the cruelty to which their lifeless bodies were subjected to,' the report states.

> According to the report, 2017 was the year in which there were more murders against LGBT people, since 95 victims were counted. Also, in the first four months of this year there have been 24 homicides of people of sexual and gender diversity.

> The average age of the victims was 35 years. However, in the cases of transgender women, the average age was 31 years, lower than the general average; while the average age of gay men was 39 years. Among the victims are 8 minors.

> 14 of the total victims were defenders or promoters of LGBT rights; likewise, 8 were living with HIV; and 3 were Central American migrants.

> According to the report, patterns of violence are based on the victims' sexual orientations and gender identities: The majority of the bodies of gay men were found in their homes asphyxiated or with multiple wounds caused by sharp objects; while the bodies of the trans women were found on the street or in vacant lots with wounds caused by firearms.

> In the first four months of 2018, Letter S has registered at least 24 murders of LGBT people. Of these, 15 victims were transgender women, eight were gay men and a lesbian woman.

*LGBTQ+ asylum seekers are not safe in Mexico*. At Oasis Legal Services, 77% of our clients, all of whom are sexual minorities, are Mexican nationals fleeing persecution in Mexico. Since 01/01/2018, 331 Mexican clients of Oasis Legal Services have been granted asylum as persecuted members of the particular social group of Mexican sexual minorities. This evidences government recognition of the need for their protection in the United States. The Rule as applied violates our international legal obligations under the Refugee Convention/Protocol, because it causes all LGBTQ+ asylum seekers who seek protection at the southern border to remain in Mexico, where they may face serious harm.

T42AR-0000074

- **Rule as applied violates Convention Against Torture:** The rule violates the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT), to which the United States is a party (Foreign Affairs Reform and Restructuring Act of 1998, Pub. L. No. 105-277; see 8 C.F.R. § 208.16(c)). Article 3 of the Convention states that "No State Party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture." The UN Subcommittee on Prevention of Torture stated this protection cannot be forgone under the current pandemic. The "expulsions" DHS has undertaken under the Rule and Order contemplate return of individuals to the countries they have fled as well as to dangerous Mexican border cities without appropriate screenings in violations of the principle of non-*refoulement* under CAT.  Reports show that migrants have been tortured in these Mexican cities. While an internal guidance document reportedly circulated by DHS to U.S. Border Protection (CBP) indicates that asylum seekers might be referred to an asylum officer if the asylum seeker makes an "affirmative, spontaneous, and reasonably believable claim" they might be tortured, in practice, this quasi-screening effort will be ineffectual, as it's extremely unlikely that someone who was tortured would communicate this effectively and without any prompting to a uniformed (and likely armed) officer.

LGBTQ+ refugees face additional barriers to communicating their fear of being returned to their home country or staying in Mexico.
First, LGBTQ+ refugees have been persecuted or have a well-founded fear of persecution by legal authorities. According to the U.S. Department of States's 2019 Country Reports on Human Rights Practices in Mexico, "Civil society groups claimed police routinely subjected LGBTI persons to mistreatment while in custody." LGBTQ+ refugees are therefore unlikely to disclose their sexual orientation and/or gender identity to a uniformed individual.
In addition, a lifetime of violence, bullying and rejection for their status as sexual minorities causes most LGBTQ+ refugees to remain deeply closeted as a method of survival. A Forced Migration Review article entitled Mental health challenges of LGBT forced migrants by Ariel Shidlo and Joanne Ahola articulates the difficulties LGBT migrants have in expressing an affirmative claim they might be tortured.

> Slowing down of the coming-out process may lead to two types of difficulties: firstly, delays in seeking protection from persecution or, secondly, seeking protection from persecution but not disclosing SOGI [sexual orientation and/or gender identity] as the basis for the claim until later in the claim process. The cumulative effect of social and family anti-LGBT abuse creates potent psychological obstacles to seeking help on a SOGI basis. LGBT forced migrants experience considerable shame and fear when disclosing their sexual orientation and gender identity, especially in recounting the instances of traumatic violence directed at their sexuality. For many LGBT forced migrants, the notion that they would receive help from governmental authorities on the grounds that they have suffered persecution based on SOGI is difficult to grasp until they have been outside their country of origin for an extended period. Complex PTSD makes it

5

difficult for forced migrants to recount a history of traumatic events and it may take many years for the shame and fear to diminish sufficiently to allow a forced migrant to be able to seek help.

- **Rule's mechanism for safeguarding asylum obligations is ineffectual:** Although the text accompanying the interim final rule states that CDC will consult with the Department of State regarding U.S. international legal obligations in fashioning orders based on the rule, the Rule itself does not explicitly reference any such relevant international obligations nor does it provide an exception for individuals seeking asylum protection in the United States. Furthermore, the Order issued by the CDC on the same day and under the powers granted by this Rule fails to even reference U.S. domestic and international obligations to asylum-seekers, demonstrating that the Rule is being applied in violation of those obligations.
  By contrast, earlier COVID-19 related travel restrictions on China (Proclamation 9984), Iran (Proclamation 9992), the Schengen zone (Proclamation 9993), and the United Kingdom (Proclamation 9996) have all included explicit exceptions for those seeking protection in the United States.

It is abundantly clear that if we continue to implement this interim final rule, we will fail those who turn to us for protection. This is in clear violation of domestic law, international law, and our own best moral traditions and reputation as a country that upholds human rights. We urge you to replace this flawed Rule and replace it with a reasonable and fair policy to protect public health and ensure that LGBTQ+ and other refugees are not returned to persecution.

If you have any questions, please contact Anna Lijphart, Co-Founder and Director of Oasis Legal Services at anna.lijphart@oasislegalservices.org.

Respectfully,

Oasis Legal Services

T42AR-0000076



## I.    Introduction

The Center for Justice and International Law (CEJIL) is an organization of human rights defenders founded in 1991 to reduce inequality and violence through strengthening democracies, protecting and promoting human rights and combating impunity in the Americas. CEJIL represents more than 10,000 victims and beneficiaries of protective measures in more than 300 processes before the Inter-American Commission on Human Rights and the Inter-American Court on Human Rights. CEJIL works in coordination with more than 400 local organizations throughout the region on a range of human rights issues, including those that arise in contexts of human mobility. Through a specialized program on Human Mobility in Mesoamerica, CEJIL has been actively monitoring and analyzing the multiple human rights violations that affect migrants from Central America and Mexico, including as the result of US immigration policies.

The Center for Justice and International Law hereby submits the instant comments to the rulemaking concerning the Department of Health and Human Services' (DHHS) Centers for Disease Control and Prevention (CDC) published in the Federal Register on March 24, 2020 under docket number CDC-2020-0033 (hereinafter referred to as "the Regulation")[1].

The new regulatory text enacted by the interim final rule initially issued on March 20, 2020 establishes a mechanism permitting the CDC to suspend access of certain non-citizens to the United States for defined periods of time and under certain public health-related conditions[2]. Specifically, the Regulation adds an additional subsection to title 42 of the Code of Federal Regulations pertaining to foreign quarantine which empowers the CDC Director, as a matter of public health, to issue orders prohibiting "[i]ntroduction into the United States of persons from a foreign country (or one or more political subdivisions or regions thereof) or place, or series of foreign countries or places, in the United States so as to bring the person into contact with persons in the United States"[3].

Although the explanatory background text accompanying the Regulation attempts to distinguish the concept of "introduction" from the concept of "entry" in the immigration context, the definition offered at 42 C.F.R. § 71.40(b)(1) leaves no doubt that the effect of the Regulation is to prevent access of non-citizens to the territory of the United States[4]. Furthermore, when considered in light of the CDC's Order Suspending Introduction of Certain Persons from Countries where a Communicable Disease Exists (hereinafter referred to as "the CDC Order") issued March 20, 2020[5] pursuant to the legal authority that the

---

[1] Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into United States from Designated Foreign Country or Places for Public Health Purposes. Federal Register. Volume 85, No. 57 (March 24, 2020).
[2] *Id.*
[3] 42 C.F.R. § 71.40.
[4] *See* Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into United States from Designated Foreign Country or Places for Public Health Purposes. Federal Register. Volume 85, No. 57 (March 24, 2020).
[5] U.S. Department of Health and Human Services. Centers for Disease Control and Prevention (CDC). Order under Sections 362 & 365 of the Public Health Service Act (March 20, 2020).

1

T42AR-0000086



Regulation purports to establish, it is evident that the Regulation is a migration control, aimed at restricting the entry of non-citizens into the United States.

The authority of the United States to control entry into its territory, including for public health reasons, is not unlimited. Instead, its immigration policies must meet the international legal standards reflected in the international legal obligations by which the United States has agreed to be bound. In the following sections, we describe how the Regulation is incompatible with the United States' international obligations arising from the principle of *non-refoulement* and the right to seek and receive asylum.

**II.     The Regulation Disregards the US' *Non-Refoulement* Obligations**

**A.  The United States is Legally Obligated to Respect the Principle of *Non-Refoulement***

**1.  Sources of *Non-Refoulement Obligations***

The principle of *non-refoulement* is rooted in multiple international treaties ratified by the United States. As a party to the 1967 Protocol on the Status of Refugees[6], the US is bound to apply the substantive provisions of the 1951 Convention Relating to the Status of refugees, including article 33(1) which provides that "[n]o Contracting State shall expel or return ('*refouler*') a refugee in any manner whatsoever to the frontiers of territories where his life or freedom would be threatened on account of his race, religion, nationality, membership of a particular social group or political opinion." This treaty-based obligation extends to all persons who are refugees, a condition that arises once an individual fulfils the criteria contained in the international refugee definition, irrespective of whether or not they have been declared to be a refugee by a specific eligibility procedure[7]. Thus, *non-refoulement* under international refugee law requires the United States to abstain from expelling or returning persons who are *de facto* refugees, even when they have not had their status formally declared[8].

The *non-refoulement* responsibility of the United States is also grounded in the 1984 Convention Against Torture and other Forms of Cruel, Inhuman or Degrading Treatment or Punishment (herein after, "the Convention Against Torture"), ratified in 1998[9]. Article 3.1 of the Convention Against Torture establishes that "[n]o State Party shall expel, return ('*refouler*') or extradite a person to another State where there are substantial grounds for

---

[6] The United States acceded to the 1967 Protocol Relating to the Status of Refugees on November 1, 1968.

[7] UNHCR, Handbook on Procedures and Criteria for Determining Refugee Status, para. 28 (1992).

[8] UNHCR, "Advisory Opinion on the Extraterritorial Application of *Non-Refoulement* Obligations under the 1951 Convention relating to the Status of Refugees and its 1967 Protocol", para. 6 (January 26, 2007).

[9] Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT), Dec. 10, 1984, 1988 U.S.T. 202, 1465 U.N.T.S. 85 (enacted into U.S. Law on October 21, 1998 by Fiscal Year 1999 Omnibus Consolidated and emergency Supplemental Appropriations Act, Pub. L. No. 104-277, Div. G, Sub. B, Title XXI S2242 of the foreign Affairs Reform and Restructuring Act of 1998, Pub. L. No. 105-277, 112 Stat. 2681-822 (1998).

T42AR-0000087



believing that he would be in danger of being subjected to torture"[10]. This principle must be applied to persons subject to US jurisdiction or control that request or are in need of international protection, regardless of their immigration status[11].

### 2. Non-Refoulement *as an Absolute Obligation under International Law*

The interpretation of these international treaties is subject to the 1969 Vienna Convention on the Law of Treaties. In that sense, they "shall be interpreted in good faith in accordance with the ordinary meaning to be given to the terms of the treaty in their context and in light of its object and purpose"[12]. Any interpretation of the *non-refoulement* principle contained in the Convention Relating to the Status of Refugees should consider that, according to its preamble, the Convention was intended to expand the protections offered to refugees and contribute to ensuring refugees the widest possible exercise of fundamental rights and freedoms[13]. In that sense, n*on-refoulement* was deemed to be one of the few provisions of the Convention from which no derogation is permitted[14], reflecting its nature as a fundamental dimension of the international refugee protection regime.

Similarly, according to its preamble, the object and purpose of the Convention Against Torture (CAT) includes making "more effective the struggle against torture and other cruel, inhuman or degrading treatment or punishment throughout the world"[15]. To that end the CAT adopts an absolute prohibition on torture, and extends that absolute prohibition to *refoulement*[16].

The non-derogable nature of the *non-refoulement* provision under both instruments underscores the absolute nature of the protection. Indeed, there can be no exceptions to the protection against *refoulement*, including for public health reasons. In that regard, the United Nations High Commissioner for Refugees (UNHCR) has recently indicated that even the global pandemic that arises from the corona virus, or COVID-19, cannot justify *refoulement*[17]. As the international agency mandated to protect the rights of refugees, including from *refoulement*, UNHCR considers that even in the context of the coronavirus, "imposing a blanket measure to preclude the admission of refugees or asylum-seekers, or of those of a particular nationality or nationalities, without evidence of a health risk and without measures to protect against refoulement, would be discriminatory and would not meet international standards, in particular as linked to the principle of non-refoulement"[18]. Thus *non-refoulement* is an absolute protection and a mandatory obligation, even in the context of serious threats to public health.

---

[10] CAT, Article 3.
[11] UN Committee Against Torture, *General comment No. 4 (2017) on the implementation of article 3 of the Convention in the context of article 22*, CAT/C/GC/4, para. 10 (September 4, 2018).
[12] Vienna Convention on the Law of Treaties, Art. 31(1) (1969).
[13] Convention Relating to the Status of Refugees, Preamble (1951).
[14] *Id.,* Art. 41.
[15] CAT, preamble.
[16] CAT, Art. 9.
[17] UN High Commissioner for Refugees, Key Legal Considerations on Access to territory for persons in need of international protection in the context of the COIVD-19 Response (March 16, 2020).
[18] *Id.*, para. 6.

3

T42AR-0000088



### 3.  *Scope of* Non-Refoulement *Obligations*

The principle of *non-refoulement* does not only protect against return to a non-citizen's country of origin, but also governs transfers to other countries. Under international human rights law, the concept extends to protect against *refoulement* to any third state that could deport a person to a state where there are substantial grounds for believing that they would be in danger of being subjected to persecution or torture[19]. Thus, any time a state decides to transfer a protection-seeker outside of its territory or jurisdiction, it must ensure that it is not returning them to situations of persecution, torture or other threats to life or freedom.

## B.  The Regulation Fails to Guarantee Against *Non-Refoulement*

### 1.  *Lack of Procedures to Screen for International Protection Needs*

The Regulation completely fails to guarantee that the prohibition on the introduction of non-citizens to the United States respects the principle of *non-refoulement*. The text of the Regulation itself is silent on the matter, making no express exception for asylum-seekers or others in need of international protection. The explanatory background text offered by the DHHS to the Regulation provides only that "[i]n issuing orders pursuant to this interim final rule, CDC would coordinate with the Secretary of State in order to ensure compliance with the international legal obligations of the United States"[20]. However, nothing in the March 20 CDC Order, the first official action taken pursuant to the Regulation, suggests that the US' *non-refoulement* obligations were considered in that decision, thus demonstrating that the Regulation fails to guarantee this non-derogable protection.

To the contrary, according to Customs and Border Protection (CBP), the first weeks of implementation of the Regulation by way of the CDC Order led to more than 80% of non-citizens who arrived at the southern border being returned to Mexico within two hours of their arrival[21]. The rapid expulsion effectively prevents the implementation of standard screening procedures and thus impedes that non-citizens be adequately screened for *refoulement* concerns before being forced to return to Mexico[22]. Indeed, the CBP guidance on how to implement the CDC Order makes no mention of credible fear screenings or asylum procedures, and completely undermines the identification of individuals in need of protection under the Convention Against Torture by limiting the procedures to those persons "that make an affirmative, spontaneous and reasonably believable claim"[23]. Instead, it expressly directs immigration officers not to apply those sections of the Code of Federal

---

[19] *Id.*; Inter-American Court of Human Rights, Case of the Pacheco Tineo Family v. Bolivia. Preliminary Exceptions, Merits, Reparations and Costs. Judgement of November 25, 2013. Series C, No. 272.

[20] Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into United States from Designated Foreign Country or Places for Public Health Purposes. Federal Register. Volume 85, No. 57, at 16562 (March 24, 2020).

[21] U.S. Customs and Border Protection. CBP announces March operational update (April 9, 2020).

[22] The Guardian. 'US using coronavirus pandemic to unlawfully expel asylum seekers, says UN' (April 17, 2020). Available at: https://www.theguardian.com/world/2020/apr/17/us-asylum-seekers-coronavirus-law-un.

[23] U.S. Customs and Border Protection. COVID-19 CAPIO. Available at: https://www.documentcloud.org/documents/6824221-COVID-19-CAPIO.html.

4



Regulations that govern the *non-refoulement* procedures of asylum, withholding of removal and protection under Convention Against Torture. These instructions make clear that pursuant to the Regulation, CBP agents should simply expel all non-citizens encountered in the border region without considering whether they fear persecution before returning them to Mexico, in flagrant violation of the principle of *non-refoulement.*

### 2. *Risks of Persecution, Torture and* **Refoulement** *in Mexico*

The deficient procedures produce *refoulement* both because of the risks that many categories of vulnerable non-citizens face in Mexico, as well as because of the high likelihood that Mexico will return these individuals to their respective countries of origin.

Numerous reports and court documents demonstrate the high probability that vulnerable migrants in Mexico will face persecution and torture in that country, particularly in the volatile border areas to which they are expelled. The situation of non-citizens returned to Mexico pursuant to the Migrant Protection Protocols (MPP) is instructive. Many of these regions are controlled by dangerous cartels rendering migrants vulnerable to abductions and extortion[24]. A database published in February 2020 documented more than 1,000 publicly-reported incidents of violent attacks against migrants returned to Mexico under the MPP since the inception of that program at the beginning of 2019[25].

Mexican authorities provide no protection against these abuses and in many cases have participated in the persecution of migrants or failed to respond to their needs[26]. Many migrants in these areas have suffered violent assaults and rape[27], and due to the overwhelming needs and the limited capacity of religious and civil society organizations, they lack shelter, food and other basic needs[28]. In this context, the automatic expulsion of non-citizens to Mexico pursuant to the Regulation returns them to serious forms of harm and amounts to *refoulement* in violation of the US' international legal obligations.

The risk of harm is particularly high with respect to children, women and other groups in conditions of vulnerability due to the specific forms of violence and the lack of protection that they experience. In this sense, the Regulation ignores that the *jus cogens* principle of non-

---

[24] Civil society letter to U.S. Department of Homeland Security and U.S. Customs and Border Protection. COVID-19 and the Remain in Mexico/ 'Migrant Protection Protocols' Policy (April 14, 2020). Available at: https://www.humanrightsfirst.org/sites/default/files/LetterfromMPPServiceProvidersonCOVID19_Update.pdf

[25] Human Rights First. *Publicly Reported MPP Attacks* (February 28, 2020). Available at: https://www.humanrightsfirst.org/sites/default/files/Publicly%20Reported%20MPP%20Attacks%20-%2028%20Feb%202020.pdf.

[26] Human Rights First. *A Sordid Scheme: The Trump Administration's Illegal Return of Asylum Seekers to Mexico* (March 2019). Available at: https://www.humanrightsfirst.org/sites/default/files/A_Sordid_Scheme.pdf.

[27] Human Rights First. *Delivered to Danger: Illegal Remain in Mexico Policy Imperils Asylum Seekers' Lives and Denies Due Process* (August 2019) Available at: https://www.humanrightsfirst.org/sites/default/files/Delivered-to-Danger-August-2019%20.pdf.

[28] Human Rights First. *Orders from Above: Massive Human Rights Abuses under Trump Administration Return to Mexico Policy* (October 2019). Available at: https://www.humanrightsfirst.org/sites/default/files/hrfordersfromabove.pdf.

T42AR-0000090



discrimination requires the United States to provide specific protection measures that respond to the particular protection needs of these groups.

Additionally, non-citizens expelled to Mexico face the risk of chain *refoulement* to their countries of origin. Organizations in Mexico have documented cases of migrants expelled from the US under the Regulation and CDC Order who have been detained by Mexican authorities before being transferred to the southern border with Guatemala, where they are effectively forced to return to their home countries[29]. Insofar as the Mexican authorities return these vulnerable migrants to their countries of origin where they face risks of persecution and torture, the United States is legally responsible for putting in motion the chain of events that provokes that *refoulement* in violation of international law.

### III.    The Regulation Undermines the Right to Seek and Receive Asylum

#### A.  The United States is Legally Obligated to Guarantee the Right to Seek and Receive Asylum

The United States also has binding legal obligations by virtue of its status as a member state of the Organization of American States[30]. As such, it has international legal obligations under the American Declaration on the Rights and Duties of Man[31] (hereinafter, "American Declaration"). That instrument establishes, in Article XXVII, that "[e]very person has the right, in case of pursuit not resulting from ordinary crimes, to seek and receive asylum in foreign territory, in accordance with the laws of each country and with international agreements". This right has been interpreted to encompass certain substantive and procedural protections, including a refugee status determination hearing with the guarantees of due process[32] and protection against obstacles that seek to prevent potential asylum-seekers from seeking asylum[33].

In that regard, the United States is required to consider that policies of turning or directing asylum-seekers back to the countries from which they arrive at a State's international border have been found to be contrary to Article XXVII[34]. The Inter-American Commission on Human Rights has indicated that, "[t]o ensure that a refugee claimant's right to seek asylum under Article XXVII is preserved, before removing a refugee claimant to a third country, the

---

[29] Latin America Working Group. 'U.S. deportations during global pandemic risk spreading COIVD-19, returning migrants and asylum seekers to danger and instability' (April 8, 2020). Available at: https://www.lawg.org/wp-content/uploads/NGO-Statement_-U.S.-deportations-during-global-pandemic-risk-spreading-COVID-19-returning-migrants-and-asylum-seekers-to-danger-and-instability-3.pdf
[30] The US deposited its instrument of ratification of the Charter of the Organization of American States on June 19, 1951.
[31] Inter-American Court on Human Rights. *Interpretation of the American Declaration of the Rights and Duties of Man Within the Framework of Article 64 of the American Convention on Human Rights*, Advisory Opinion OC-10/89 of July 14, 1989, Ser. A Nº 10, paras. 37-45.
[32] Inter-American Commission on Human Rights. *Cases of Michael Edwards, Omar Hall, Brian Schroeter and Jeronimo Bowleg* (The Bahamas). Report No. 48-01 (April 4, 2001).
[33] Inter-American Commission on Human Rights. *Haitian Interdiction Case* (United States). Report No. 51-96 (March 13, 1997).
[34] Inter-American Commission on Human Rights. *Case of John Doe and Others* (Canada). Report No. 78-11. (July 21, 2011).

6



Member State must conduct an individualized assessment of a refugee claimant's case"[35]. Thus, in accordance with the Charter of the Organization of American States and the American Declaration, the United States must ensure the right to seek and receive asylum.

### B. The Regulation Prevents Migrants from Seeking and Receiving Asylum

By providing for the automatic expulsion of foreign nationals from the border region of the United States, the Regulation effectively prevents potential asylum-seekers from expressing their need for protection and from pursuing the relevant legal avenues to seek asylum. In circumventing the regulations that govern the standard asylum procedures and without any savings clause to ensure their continued application, the Regulation sidesteps the entire legal framework designed to fulfill the US' international legal obligations with regards to asylum. In order to respect this international legal obligation, asylum-seekers must be exempted from the rapid expulsion procedures and, in accordance with inter-American standards, should be guaranteed an individualized assessment of their case.

The expulsion of non-citizens to Mexico amounts to a policy of turning or directing these individuals back to the country from which they arrived, without any such individualized analysis of the circumstances of each case and the related needs for international protection. Absent any analysis of the possibility that these individuals will be able to seek and receive asylum elsewhere, the decision to automatically return them to Mexico runs afoul of the US' obligations under the American Declaration.

### IV.    Conclusions

For the reasons stated above, the Regulation adopted on March 24, 2020, as currently implemented by the CDC Order, is inconsistent with international law. It surpasses any reasonable attempt to protect public health and effectively eviscerates the asylum system that gives effect to the US' international legal obligations by expelling vulnerable people to conditions where they are unsafe and unable to access international protection, without providing an opportunity to seek asylum in the US.

In light of the above, the United States should revoke the interim final rule in its entirety and take any other action necessary to strip the rule and the CDC Order of effect. The US should ensure that all measures aimed at preventing the spread of COVID-19 are consistent with its international obligations, particularly the non-derogable principle of *non-refoulement*.

---

[35] *Id.*, para. 94.

T42AR-0000092




Kyle McGowan
Office of the Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road NE, MS H21-10
Atlanta, GA 30329
Telephone: 404-498-7000
cdcregulations@cdc.gov

HHS Docket No. CDC-2020-0033
85 FR 16559

April 23, 2020

*Via electronic submission to eRulemaking Portal*

**RE: Amnesty International USA Comments on "Suspension of Introduction of Persons into United States from Designated Foreign Countries or Places for Public Health Purposes"**

Amnesty International USA submits the following comment in response to the U.S. Department of Health and Human Services' (HHS) interim final rule providing for the suspension of persons into the United States for public health purposes, which was issued on March 20, 2020. **As implemented, this rule has empowered the Trump administration to radically rewrite the humanitarian protection system at the U.S. border in a manner that violates our legal obligations to asylum-seekers and unaccompanied children while failing to promote public health.**

Amnesty International is the world's largest grassroots human rights organization, comprising a global support base of millions of individual members, supporters, and activists in more than 150 countries and territories. A top priority for the U.S. section of Amnesty International for the past several years has been the protection of the right to seek asylum. Our opposition to the rule at hand is rooted in our expertise in the international human rights standards governing asylum law and our past engagement in research, policy, and litigation related to access to asylum in the United States and the wider region.

Amnesty International is deeply concerned about the impact of this interim final rule, which authorizes the Director of the Centers for Disease Control and Prevention (CDC) to "prohibit the introduction into the United States of persons from designated foreign countries (or one or more political subdivisions and regions thereof), only for such period of time that the Director deems necessary for the public health," through issuance of an order.

On the same day the rule was issued, CDC issued an order invoking its authority under the interim final rule to suspend the introduction of persons without documentation who seek to enter the United States via Mexico or Canada, purportedly based on concerns of transmission of COVID-19. Far from promoting public health, the rule as implemented is empowering what one expert has described as "medical gerrymandering," allowing the Trump administration to

T42AR-0000237

unilaterally excise protections for asylum-seekers and unaccompanied children.[1] It has served as the engine for mass, unlawful expulsions across the southwest border: over 10,000 individuals, including hundreds of unaccompanied children, were reportedly expelled in just the first two weeks after the rule went into effect.[2]

### The interim final rule fails to meaningfully address public health concerns

While the rule is ostensibly grounded in concerns about disease transmission, as implemented, it fails to meaningfully address these concerns.

For one, while the rule is aimed at preventing the introduction of individuals who have previously been in congregate settings or who cannot quarantine or self-isolate, it does not actually apply to such individuals universally. For example, the rule exempts U.S. citizens and permanent residents, even if these individuals lack places to self-isolate or have previously been in congregate settings, like cruise ships, where significant outbreaks of COVID-19 have already occurred.

Furthermore, in the case of COVID-19, the rule is being applied to restrict only certain travelers at land borders – even though transportation hubs, like airports and cruise terminals, are also "conducive to disease transmission," as the text accompanying the rule notes.[3] The rule is not being used to bar travel by tourists arriving by plane or ship, even though these modes of transportation are explicitly listed by HHS as congregate settings with higher risk of disease transmission than land travel. A travel restriction issued the same day as the rule limits border travel to "essential" travel only, but still provides broad exceptions for travel related to education, trade and commerce.[4] The rule is thus being used to target certain classes of noncitizens in a manner unrelated to potential public health risks.

While the order on which the rule is based assumes that noncitizens without documentation must be barred from entry because they otherwise will be introduced into congregate settings such as detention centers, this is simply not true. The U.S. Department of Homeland Security (DHS) is not required to hold asylum-seekers in congregate settings; it has legal authority to expeditiously parole asylum-seekers into the United States to await their asylum proceedings in U.S. immigration courts.[5] And the vast majority of asylum-seekers have homes in the United States where they could safely practice self-isolation, when needed. For example, an October 2019 study of 607 asylum-seekers subject to the Migrant Protection Protocols, otherwise known as the "Remain in Mexico" program, found that nearly 92 percent had family or close friends in the United States.[6]

---

[1] Lucas Guttentag, "Coronavirus Border Expulsions: CDC's Assault on Asylum Seekers and Unaccompanied Minors," Just Security, Apr. 13, 2020, https://www.justsecurity.org/69640/coronavirus-border-expulsions-cdcs-assault-on-asylum-seekers-and-unaccompanied-minors/.
[2] Nina Lakhani, "US using coronavirus pandemic to unlawfully expel asylum seekers, says UN," The Guardian, Apr. 17, 2020, https://www.theguardian.com/world/2020/apr/17/us-asylum-seekers-coronavirus-law-un.
[3] 85 Fed. Reg. 16559, 16561.
[4] 85 Fed. Reg. 16547.
[5] *See* 8 U.S.C. § 1182(d)(5)(A); 8 C.F.R. § 212.5.
[6] Tom K. Wong, "Seeking Asylum: Part 2," U.S. Immigration Policy Center at UC San Diego, Oct. 29, 2019, https://usipc.ucsd.edu/publications/usipc-seeking-asylum-part-2-final.pdf, at 13.

T42AR-0000238

**The interim final rule has empowered mass violations of the right to seek asylum**

The new rule grants the United State expansive powers to expel individuals without affording them access to an asylum procedure, as domestic and international law require.

Although the text accompanying the interim final rule states that the CDC will "coordinate with the Secretary of State in order to ensure compliance with the international legal obligations of the United States," the rule, as implemented, demonstrates no such compliance. In practice, the rule has empowered potential mass *refoulement* of people seeking safety at U.S. borders.

A core legal obligation of the United States is the duty not to return individuals to places where they may face persecution or torture (otherwise known as the principle of non-*refoulement*). To comply with non-*refoulement*, states must screen individuals for fear of possible persecution or torture prior to transferring or returning them. Failure to do so contradicts U.S. international treaty obligations under the 1951 Convention Relating to the Status of Refugees and its accompanying Protocol, as well as the  United Nations Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, which require the United States not to send individuals to places where they may face serious harm amounting to persecution or torture.[7] Those obligations are reflected in domestic law, which explicitly guarantee individuals an opportunity to request protection at ports of entry or after crossing into the United States.[8]

The United Nations High Commissioner for Refugees, which interprets states' legal obligations under the Refugee Convention and Protocol, has clarified in recent guidance that states cannot impose "blanket measure[s] to preclude the admission of refugees or asylum-seekers" in response to the COVID-19 pandemic.[9] Yet the rule, as implemented through the order, has proved to be exactly that: a blanket measure that effectively bans all asylum-seekers from protection.

Guidance reportedly provided to the U.S. Border Patrol instructing agents to expel individuals under the authority provided by this rule also fails to make reference to protections for asylum-seekers under the Refugee Protocol or domestic law.[10] Alarmingly, the guidance demonstrates that the administration is interpreting its authority under the rule as superseding its mandatory duty of non-*refoulement*.[11] Instead, asylum-seekers are referred to asylum officers only if they make an "affirmative, spontaneous, and reasonably believable claim" they might be tortured.

---

[7] UN General Assembly, Convention Relating to the Status of Refugees, July 28, 1951, United Nations, Treaty Series, vol. 189, p. 137, available at: https://www.refworld.org/docid/3be01b964.html, art. 33; UN General Assembly, Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Dec. 10 1984, United Nations Treaty Series, vol. 1465, p. 85, https://www.refworld.org/docid/3ae6b3a94.html, art. 3.

[8] 8 U.S.C. § 1158(a)(1) (asylum); 8 U.S.C. § 1231(b)(3) (withholding of removal); 8 C.F.R. § 208.16(c) (CAT).

[9] U.N. High Commissioner for Refugees, "Key Legal Considerations on access to territory for persons in need of international protection in the context of the COVID-19 response," Mar. 16, 2020, https://www.refworld.org/docid/5e7132834.html. Similarly, the UN Subcommittee on Prevention of Torture has publicly stated that the prohibition on *refoulement* contained in the Convention Against Torture cannot be ignored during the COVID-19 crisis. "Advice of the Subcommittee on Prevention of Torture to States Parties and National Preventive Mechanisms relating to the Coronavirus Pandemic," Mar. 25, 2020, https://www.ohchr.org/Documents/HRBodies/OPCAT/AdviceStatePartiesCoronavirusPandemic2020.pdf.

[10] Dara Lind, "Leaked Border Patrol Memo Tells Agents to Send Migrants Back Immediately — Ignoring Asylum Law," April 2, 2020, https://www.propublica.org/article/leaked-border-patrol-memo-tells-agents-to-send-migrants-back-immediately-ignoring-asylum-law.

[11] "COVID-19 CAPIO," available at https://www.documentcloud.org/documents/6824221-COVID-19-CAPIO.html.

T42AR-0000239

This woefully inadequate "screening" is unlikely to offer any meaningful protection in practice: a person who has faced or who fears facing torture would be unlikely to spontaneously communicate this fact, without any prompting, to a uniformed border agent.

**The interim final rule is eviscerating vital protections for unaccompanied children**

The new rule has also allowed the Trump administration to overwrite congressionally mandated protections for unaccompanied children that are vital to their safety and wellbeing.

The rule itself is alarmingly silent on safeguards for unaccompanied children. The implementation of the rule has exploited that silence, empowering DHS to bar and expel children at the U.S. border, in direct violation of the Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA), a federal law designed to protect unaccompanied children from human trafficking and other harm.[12] Neither the rule nor the CDC order issued based on powers granted by the rule provide any explanation or legal justification for failure to comply with these mandatory legal obligations.

While unaccompanied children make up fewer than 10% of people encountered at the southern border, they are among the most at-risk groups seeking protection in the United States.[13] Prior to the passage of the TVPRA, unaccompanied children were summarily turned away at the U.S.-Mexico border, leading many to end up in the hands of smugglers and traffickers seeking to exploit or otherwise harm them.[14]

Under the TVPRA, U.S. Customs and Border Protection (CBP) officials must determine whether children it encounters are unaccompanied, and if they are, to transfer them from CBP custody to the custody of the Office of Refugee Resettlement (ORR) within 72 hours.[15] Once in ORR custody, the TVPRA then requires the government to make efforts to reunify these children with family members or other sponsors while their legal claims are decided.[16] The TVPRA also requires the government to screen children to determine whether they were survivors of trafficking or at future risk of being trafficked or persecuted in the U.S. or their home countries.[17] Finally, the TVPRA provides important procedural protections for unaccompanied children's legal claims, including the right to apply for asylum in a non-adversarial process and to have their cases heard before an immigration judge.[18]

Under the new rule, however, DHS is flouting these critical requirements, summarily expelling unaccompanied children without providing them proper screening, placing them into immigration court proceedings, or referring them to ORR. Reported U.S. Border Patrol guidance fails to even reference protections for unaccompanied children under the TVPRA.[19]

---

[12] William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L. 110-457).
[13] Letter from Sen. Dianne Feinstein, Rep. Jerry Nadler, et al., to Acting DHS Secretary Chad Wolf, Mar. 20, 2020, available at https://judiciary.house.gov/uploadedfiles/3.30.2020_letter_to_dhs_re_tvpra.pdf.
[14] Women's Refugee Commission et al., "Protecting Unaccompanied Children: The Office of Refugee Resettlement and the TVPRA," Dec. 2019, https://www.womensrefugeecommission.org/research-resources/protecting-unaccompanied-children-the-office-of-refugee-resettlement-orr-and-the-trafficking-victims-protection-reauthorization-act-tvpra/.
[15] 8 U.S.C. § 1232(b)(3).
[16] *Id.* § 1232(c).
[17] *Id.* § 1232(a)(4).
[18] *See supra* note 13.
[19] *See supra* note 11.

T42AR-0000240

The failure of the Rule and accompanying CDC Order to comply with the TVPRA's legal protections places unaccompanied children in danger, placing them at risk of trafficking and forcible return to countries where their lives or safety are at risk. In the mere weeks the rule has been in effect, hundreds of unaccompanied children have been "expelled" without access to procedures meant to ensure their safety.[20]

For all these reasons, Amnesty International USA urges HHS to immediately rescind this rule and ensure that humanitarian protections at U.S. borders are not gutted under the guise of public health. Any future regulations regarding border restrictions during the COVID-19 pandemic must be informed by public health expertise and consistent with binding obligations under U.S. and international law.

Sincerely,

Charanya Krishnaswami
Americas Advocacy Director
Amnesty International USA

---

[20] Camilo Montoya-Galvez, "U.S. expels 6,300 migrants at the border, shuts off asylum under coronavirus order," CBS News, Apr. 9, 2020, https://www.cbsnews.com/news/coronavirus-us-expels-6300-migrants-border-asylum/.

T42AR-0000241

Regulations.gov will redirect users to beta.regulations.gov on Tuesdays and Thursdays for 24 hours starting at 8am ET. Please note that all comments submitted through Beta, both during the redirect and regular operations, are provided to agencies.



## Comment on CDC-2020-0033-0002

The is a Comment on the **Centers for Disease Control and Prevention** (CDC) Rule: <u>**Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into United States from Designated Foreign Countries or Places for Public Health Purposes**</u>

For related information, **Open Docket Folder** 🗀

| | |
|---|---|
| **ID:** CDC-2020-0033-0192 | |
| **Tracking Number:** 1k4-9gap-jjdr | |

### Document Information

**Date Posted:**
Apr 24, 2020

**RIN:**
0920-AA76

Show More Details 🗗

### Submitter Information

**Submitter Name:**
Hannah Hollandbyrd

**Organization Name:**
Hope Border Institute

### Comment

Kyle McGowan
Office of the Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road NE, MS H21-10
Atlanta, GA 30329
Telephone: 404-498-7000
cdcregulations@cdc.gov

HHS Docket No. CDC-2020-0033
85 FR 16559

April 23, 2020
Hope Border Institute respectfully submits this comment to the Department of Health and Human Services regarding the recent interim final rule, titled Suspension of Introduction of Persons Into United States From Designated Foreign Countries or Places for Public Health Purposes, DHS Docket No. CDC-2020-0033, in the Federal Register at 85 FR 16559, issued March 20, 2020.

Hope Border Institute is located in El Paso, Texas. We are a proudly binational organization working in both El Paso and our sister community of Ciudad Jurez, Chihuahua to advocate for the rights of migrants, asylum seekers and the poor and vulnerable in our community. Our work is rooted in human rights and the principles of Catholic social teaching.

HOPE is deeply concerned about the impact of the interim final rule and accompanying order, which allow the CDC director to prohibit the introduction of foreign nationals into

Case 1:21-cv-00100-EGS   Document 154   Filed 09/20/22   Page 45 of 318

the country for as long as is deemed necessary to protect public health during the COVID-19 pandemic. The rule and order are being used to rapidly turn away migrants and asylum seekers in denial of their due-process and human rights and in complete disregard for their safety and well-being. It is especially worrisome that extremely vulnerable populations, such as unaccompanied minors and people with serious medical conditions, are being turned away without asylum interviews or medical screenings.

This administration has made a concerted attempt over the past three years to end the asylum system and all protections for migrants and refugees, especially at the southern border. The tactics used to do this are specious, illegal and based on racial discrimination against Latin American migrants. We see the rule and order as part and parcel of an attempt to scare migrants, harm their families and the communities that depend on them and stoke nativism and hatred within the United States.

The pandemic has caused almost all aspects of daily life to change and some alterations to the immigration system are necessary to protect migrants, the public and law enforcement agents. However, there is no excuse for a blanket denial of human rights and flouting of domestic and international law under the guise of public health. If public health were truly the rationale for preventing all border-crossing, other steps to minimize risk and protect those within the immigration system--such as the release of nonviolent ICE detainees and suspension of the public charge rule--would have been implemented.

There are effective ways to facilitate orderly and safe migration at the border and minimize the risk of exposure to coronavirus for all involved. The ongoing refusal by federal law enforcement agencies to implement changes that would make the process of migrating safe and accessible are well-documented. It was not long ago that the conditions in a Border Patrol facility in Clint, Texas--where young children and babies were left dirty, unfed and unsupervised--made national headlines and stoked outrage. Just as a lack of preparation and respect for human dignity were apparent in that situation, turn-backs of vulnerable migrants reveal a profound lack of empathy and forethought within federal agencies. They also put Mexican communities at grave risk because migrants are sent back into untenable, crowded situations where they cannot social-distance from the surrounding community and are at the mercy of a wide range of bad actors. The most desperate may attempt to cross again and again, putting law-enforcement agents at risk as they repeatedly come into contact with them.

In conclusion, we call on HHS to immediately rescind the interim final rule and CDC order and allow for the safe processing and medical screening of all border crossers. Rather than detaining people at the border, we encourage Customs and Border Protection and ICE to work with local

T42AR-0000439

Case 1:21-cv-00100-EGS   Document 154   Filed 09/20/22   Page 46 of 318

NGOs and partners to allow migrants and asylum seekers to
quarantine and travel to reunite with family members in the
US, where they can social distance safely. This is the
merciful, just and safe way to continue respecting the rights
of migrants and preventing an already dangerous situation
from worsening.

Thank you.

T42AR-0000440

**AFRICAN HUMAN RIGHTS COALITION**

356 San Anselmo Ave
San Anselmo, CA 94960
www.AfricanHRC.org
nathan@AfricanHRC.org

April 22, 2020

*Submitted via regulations.gov*

Kyle McGowan
Office of the Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road NE, MS H21-10
Atlanta, GA 30329.

*Re: CDC Docket No. CDC-2020-0033, RIN: 0920-AA76, Comments in Response to Interim Final Rule
Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into the
United States from Designated Foreign Countries or Places for Public Health Purposes*

Dear Mr. McGowan,

I write to express strong opposition to the Centers for Disease Control and Prevention ("CDC") Interim
Final Rule ("Rule"), published in the Federal Register on March 24, 2020. The Rule is the basis for the
CDC's Order dated March 20, 2020, "Suspending the Introduction of Certain Persons from Countries
Where a Communicable Disease Exists" ("CDC Order").

Both the Rule and the CDC Order fail to address US obligations to asylum seekers and unaccompanied
migrant children, who are also often asylum seekers, under US and international law. As a result, US
Customs and Border Protection ("CBP") is now expelling unauthorized migrants, including children,
without considering whether they are eligible for protection under US law. The Rule, ostensibly intended
to protect human life, is instead putting asylum seekers' lives at serious risk. We urge that the rule be
withdrawn in its entirety.

The particular hardship for LGBTQI individuals can never be understated. LGBTQI individuals have risked
their lives, through extraordinary onerous journeys, to make it to our borders for protection against
extreme forms of violence, often escaping death. There are 50 African countries criminalizing sexuality
and gender identity. Some individuals are compelled to make these risky journeys in their quest for
asylum, as there are no other options available. No countries along the way provide the safety or
protections that they so urgently need. The United States is their only resort for refuge, if they were
lucky enough to land anywhere south of our borders. This group of people MUST be allowed into the
United States, immediately upon arrival, and their asylum process must be honored accordingly.

The LGBTQI individuals, from whatever country, are not safe until they gain entry into the USA. This is
not a group which can safely wait for entry or be sent back to home countries, where they will likely die
upon return.

Last year, by way of example, African HRC provided expert testimony in a granted asylum case for a 23
year old lesbian from Ethiopia. She had made her way to Brazil, where she was not safe, and then spent
7 months traveling up through South and Central America to the U.S. Southern Border. She had a 4th

T42AR-0000620

**AFRICAN HUMAN RIGHTS COALITION**

grade education and could not speak Spanish. I cannot imagine someone like her, having suffered untold physical and sexual brutality, in extreme trauma, being turned away at our border, under any circumstances. This is not the America I know or the American way of treating human beings.

Under US law and the 1967 Protocol Relating to the Status of Refugees, to which the US is party, the United States may not return asylum seekers to face threats to their lives or freedom without affording them an opportunity to apply for asylum or for protection against facing the threat of torture, and conducting a full and fair examination of those claims.

Even in times of emergency, governments remain obliged to protect refugees from return to a threat of persecution, exposure to torture or inhuman and degrading conditions, or threats to life and physical security. Travel by refugees fleeing threats to their life and safety constitutes essential travel, as it can mean the difference between life or death.

Summary expulsions under the Rule also deprive unaccompanied children of important safeguards against human trafficking. The 2008 Trafficking Victims Protection Reauthorization Act, passed with strong bipartisan support and signed by President George W. Bush, requires specialized screening of unaccompanied children and their expeditious transfer to appropriate care. Without these critical protections, children run the risk of serious harm. Already thousands of expelled migrants, including hundreds of unaccompanied children, have been deprived of their rights.

I understand and appreciate the seriousness of the situation that CDC is engaged in addressing, and that rational, evidence-based public health measures are warranted given the threat posed by the COVID-19 pandemic. However, returning refugees to persecution or other grave threats constitutes a serious human rights violation that is not permitted under international law even in times of emergency. I believe you can protect the health of immigrants and the public at large without overbroad new regulations that turn away asylum seekers.

Thank you for the opportunity to submit comments on the rule.

Kind regards,

Melanie

**Melanie Nathan** B.A. LL.B
**Executive Director**
**African Human Rights Coalition**
(nathan@africanHRC.org)

April 23, 2020

*Submitted via regulations.gov*

Kyle McGowan
Office of the Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road NE, MS H21-10
Atlanta, GA 30329.

*Re: CDC Docket No. CDC-2020-0033, RIN: 0920-AA76, Comments in Response to Interim Final Rule Control of Communicable Diseases; Foreign Quarantine: Suspension of Introduction of Persons into the United States from Designated Foreign Countries or Places for Public Health Purposes*

Dear Mr. McGowan,

I am writing on behalf of Casa de Esperanza: National Latino Network for Healthy Families and Communities to express strong opposition to the Centers for Disease Control and Prevention ("CDC") Interim Final Rule ("Rule"), published in the Federal Register on March 24, 2020. The Rule is the basis for the CDC's Order dated March 20, 2020, "Suspending the Introduction of Certain Persons from Countries Where a Communicable Disease Exists" ("CDC Order").

Casa de Esperanza was founded in 1982 in Minnesota to provide emergency shelter and support services for women and children experiencing domestic violence. Additionally, in 2009 Casa de Esperanza launched the National Latino Network for Healthy Families and Communities, which is a national resource center that provides training & technical assistance, research, and national policy advocacy focused on addressing and preventing gender based violence, primarily in Latino and immigrant communities. Our organization works directly with immigrant victims of domestic and sexual violence seeking services and safety. Additionally, our research staff has been involved in community participatory research projects that highlight the experiences and traumatic impact on immigrant women and their children who have fled gender-based violence from their countries of origin.[1] Based upon these local and national experiences, we strongly oppose the proposed rule.

Both the Rule and the CDC Order fail to address US obligations to asylum seekers and unaccompanied migrant children, who are also often asylum seekers, under US and international law. As a result, US Customs and Border Protection ("CBP") is now expelling unauthorized migrants, including children, without considering whether they are eligible for protection under US law. The Rule, ostensibly intended to protect human life, is instead putting asylum seekers' lives at serious risk. We urge that the rule be withdrawn in its entirety.

---

[1] Casa de Esperanza's research director collaborated with two other researchers to conduct a study regarding the impact of detention on immigrant women and children who were fleeing gender-based violence. *See* Heffron, Laurie Cook; Serrata, Josie V.; and Hurtado, Gabriela, "Latina Immigrant Women & Children's Well-Being & Access to Services After Detention" (2018). *Latino Public Policy.* 6. https://scholar.smu.edu/latino-policy/6

T42AR-0000704

Immigrant survivors who flee to the U.S. to seek asylum have endured horrific domestic violence, sexual assault, rape, and other gender-based forms of abuse that have threatened their and their children's lives. The journey to the U.S. is a dangerous one. Still, survivors traverse the hundreds to thousands of miles because they strongly believe that it is safer to make the journey for the possibility of finding safety and protection in the U.S. than to stay in their home countries where their governments fail to provide adequate protections for them from their abusers and perpetrators.

Many survivors of domestic violence and their children have endured years of abuse, terror, fear, and powerlessness before they finally take the steps to escape from their abusers to come to the U.S.[2] Many immigrant survivors of sexual assault and rape are subjected to multiple attacks, stalked, or at risk of being murdered by their perpetrators. They are compelled to flee to the U.S. because they recognize that they will never be able to feel safe again if they remain in their home countries.[3] Asylum is therefore for many immigrant survivors their only chance of finally obtaining safety and protection. Immigrant survivors of violence do not make the decision to seek asylum in the U.S. lightly.

Under US law and the 1967 Protocol Relating to the Status of Refugees, to which the US is party, the United States may not return asylum seekers to face threats to their lives or freedom without affording them an opportunity to apply for asylum or for protection against facing the threat of torture. Furthermore, under international law it is necessary to conduct a full and fair examination of those claims.

Even in times of emergency, governments remain obliged to protect refugees from return to a threat of persecution, exposure to torture or inhuman and degrading conditions, or threats to life and physical security. Travel by refugees fleeing threats to their life and safety constitutes essential travel, as it can mean the difference between life or death.

Summary expulsions under the Rule also deprive unaccompanied children of important safeguards against human trafficking. The 2008 Trafficking Victims Protection Reauthorization Act, passed with strong bipartisan support and signed by President George W. Bush, requires specialized screening of unaccompanied children and their expeditious transfer to appropriate care. Without these critical protections, children run the risk of serious harm. Already thousands of expelled migrants, including hundreds of unaccompanied children, have been deprived of their rights.

We understand and appreciate the seriousness of the situation that CDC is engaged in addressing, and that rational, evidence-based public health measures are warranted given the threat posed by the COVID-19 pandemic. However, returning refugees to persecution or other grave threats

---

[2] See for example, Dilawar, A. (August 10, 2018). How Anti-Immigration Policy Spurs Domestic Violence. *Pacific Standard*. Retrieved from https://psmag.com/social-justice/how-anti-immigration-policy-spurs-domestic-violence; Morrisey, K. (October 1, 2018). Refugee women struggle to confront domestic violence amid deportation fears. *San Diego Union Tribune*. Retrieved from https://www.sandiegouniontribune.com/news/immigration/sd-me-refugees-dv-20181001-story.html ; Stillman, S. (January 8, 2018). When Deportation Is a Death Sentence. The New Yorker. Retrieved from https://www.newyorker.com/magazine/2018/01/15/when-deportation-is-a-death-sentence.
[3] *Id.*

T42AR-0000705

constitutes a serious human rights violation that is not permitted under international law even in times of emergency. It is imperative that the United States implement policies that protect the health of immigrants and the public at large without overbroad new regulations that turn away asylum seekers.

For the foregoing reasons, Casa de Esperanza: National Latino Network for Healthy Families and Communities urges the Center for Disease Control to rescind the proposed rule, which violates our nation's laws and moral obligations and cruelly prevents many survivors of domestic violence, sexual assault, and human trafficking who are fleeing persecution from obtaining the asylum protections they need and deserve. We instead urge the CDC to promote policies that account for the dire reality that traumatized refugees face and seek to maximize their access to safety and protection throughout the asylum process, while also balancing public health concerns.

Thank you for the opportunity to submit comments on the proposed rule. Please contact me if you have any questions relating to these comments.

Respectfully submitted,

Rosemarie Hidalgo, J.D.
Senior Director of Public Policy
Casa de Esperanza: National Latin@ Network for Healthy Families and Communities
540 Fairview Ave. N
St. Paul, MN 55104
Tel: 651-646-5553

# Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage

Athalia Christie, MIA[1]; John T. Brooks, MD[1]; Lauri A. Hicks, DO[1]; Erin K. Sauber-Schatz, PhD[1]; Jonathan S. Yoder, MSW, MPH[1]; Margaret A. Honein, PhD[1]; CDC COVID-19 Response Team

*On July 27, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

COVID-19 vaccination remains the most effective means to achieve control of the pandemic. In the United States, COVID-19 cases and deaths have markedly declined since their peak in early January 2021, due in part to increased vaccination coverage (1). However, during June 19–July 23, 2021, COVID-19 cases increased approximately 300% nationally, followed by increases in hospitalizations and deaths, driven by the highly transmissible B.1.617.2 (Delta) variant* of SARS-CoV-2, the virus that causes COVID-19. Available data indicate that the vaccines authorized in the United States (Pfizer-BioNTech, Moderna, and Janssen [Johnson & Johnson]) offer high levels of protection against severe illness and death from infection with the Delta variant and other currently circulating variants of the virus (2). Despite widespread availability, vaccine uptake has slowed nationally with wide variation in coverage by state (range = 33.9%–67.2%) and by county (range = 8.8%–89.0%).† Unvaccinated persons, as well as persons with certain immunocompromising conditions (3), remain at substantial risk for infection, severe illness, and death, especially in areas where the level of SARS-CoV-2 community transmission is high. The Delta variant is more than two times as transmissible as the original strains circulating at the start of the pandemic and is causing large, rapid increases in infections, which could compromise the capacity of some local and regional health care systems to provide medical care for the communities they serve. Until vaccination coverage is high and community transmission is low, public health practitioners, as well as schools, businesses, and institutions (organizations) need to regularly assess the need for prevention strategies to avoid stressing health care capacity and imperiling adequate care for both COVID-19 and other non–COVID-19 conditions. CDC recommends five critical factors be considered to inform local decision-making: 1) level of SARS-CoV-2 community transmission; 2) health system capacity; 3) COVID-19 vaccination coverage; 4) capacity for early detection of increases in COVID-19 cases;

and 5) populations at increased risk for severe outcomes from COVID-19. Among strategies to prevent COVID-19, CDC recommends all unvaccinated persons wear masks in public indoor settings. Based on emerging evidence on the Delta variant (2), CDC also recommends that fully vaccinated persons wear masks in public indoor settings in areas of substantial or high transmission. Fully vaccinated persons might consider wearing a mask in public indoor settings, regardless of transmission level, if they or someone in their household is immunocompromised or is at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination).

The principal mode by which persons are infected with SARS-CoV-2 is through exposure to respiratory fluids carrying infectious virus.§ The risk for SARS-CoV-2 transmission in outdoor settings is low (4,5). CDC recommends that public health practitioners and organizations prioritize prevention strategies for indoor settings. No one strategy is sufficient to prevent transmission, and multiple interventions should be used concurrently to reduce the spread of disease (6). Proven effective strategies against SARS-CoV-2 transmission, beyond vaccination, include using masks consistently and correctly (7,8), maximizing ventilation both through dilution (9,10) and filtration (11) of air, and maintaining physical distance and avoiding crowds (12,13). Basic public health measures such as staying home when sick, handwashing, and regular cleaning of high-touch surfaces should also be encouraged.

## Level of SARS-CoV-2 Community Transmission

A person's risk for SARS-CoV-2 infection is directly related to the risk for exposure to infectious persons, which is largely determined by the extent of SARS-CoV-2 circulation in the surrounding community.¶ CDC recommends assessing the level of community transmission using, at a minimum, two metrics: new COVID-19 cases per 100,000 persons in the last 7 days and percentage of positive SARS-CoV-2 diagnostic nucleic acid amplification tests in the last 7 days. For each of these metrics, CDC classifies transmission values as low, moderate, substantial, or high (Table). If the values for each

---

* Point-in-time information is available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker/#variant-proportions
† Persons are considered fully vaccinated if ≥2 weeks have elapsed following receipt of the second dose in a 2-dose series of Moderna or Pfizer-BioNTech mRNA COVID-19 vaccine, or ≥2 weeks following receipt of 1-dose of Janssen (Johnson & Johnson) vaccine. Data are available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker

§ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/sars-cov-2-transmission.html
¶ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/transmission_k_12_schools.html

T42AR-0002517

TABLE. CDC core indicators of and thresholds for community transmission levels of SARS-CoV-2

| Indicator | Transmission level | | | |
| | Low | Moderate | Substantial | High |
| --- | --- | --- | --- | --- |
| New cases per 100,000 persons in the past 7 days* | 0–9.99 | 10.00–49.99 | 50.00–99.99 | ≥100.00 |
| Percentage of positive nucleic acid amplification tests in the past 7 days[†] | <5.00 | 5.00–7.99 | 8.00–9.99 | ≥10.00 |

* Number of new cases in the county (or other administrative level) in the past 7 days divided by the population in the county (or other administrative level) multiplied by 100,000.
[†] Number of positive tests in the county (or other administrative level) during the past 7 days divided by the total number of tests performed in the county (or other administrative level) during the past 7 days. https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html

of these two metrics differ (e.g., one indicates moderate and the other low), then the higher of the two should be used for decision-making. CDC recommends the geographic unit of analysis be county or core-based statistical area. In rural areas with low population densities, multiple counties might need to be combined to increase available data so that reliable inferences can be made. The level of SARS-CoV-2 transmission for any given area can change rapidly and should be reassessed at least weekly to ensure that the necessary layered prevention strategies are in place. In areas of substantial or high transmission, CDC recommends community leaders encourage vaccination and universal masking in indoor public spaces in addition to other layered prevention strategies to prevent further spread. Updated community transmission levels, as well as other indicators related to COVID-19, are available by county and state at the online CDC COVID Data Tracker** and are already used by many public health departments.

## Health System Capacity

Data on usage of clinical care resources to manage patients with COVID-19 reflect underlying community disease incidence and can signal when urgent implementation of layered prevention strategies might be necessary to prevent overloading the health care system. Strains on critical care capacity can increase COVID-19 mortality (14,15) while decreasing the availability and use of health care resources for non–COVID-19 related medical care (16,17). CDC recommends public health departments and health care institutions monitor the available number and fraction of staffed inpatient and intensive care unit beds and develop thresholds, based on local health care system usage and remaining capacity, that would trigger community-wide application of layered prevention strategies.

## COVID-19 Vaccination Coverage

Monitoring vaccination coverage in communities and organizations is recommended by CDC to gauge progress, focus vaccination efforts on populations whose coverage is low, and inform the need for additional prevention strategies. As of

July 23, 2021, the proportion of the total U.S. population who is fully vaccinated is 48.9%.[††] Of the 2,945 (91.4%) U.S. counties reporting, vaccination coverage is <40% in 1,856 (63.0%) and 40%–49.9% in 672 (22.8%); only 417 (14.2%) of counties reported ≥50% COVID-19 vaccination coverage. Primary vaccination efforts should be accelerated in counties with low vaccination coverage. Public health practitioners should work with clinicians and community partners to build confidence in the vaccine and ensure equitable access.[§§] Organizations should establish supportive policies, such as allowing workers to receive vaccines during work hours or to take paid leave to get vaccinated at a community site, as well as offering flexible, nonpunitive sick leave options for employees.

## Capacity for Early Detection of Increases in COVID-19 Cases

Certain populations are at high risk for exposure to, and thereby infection with, SARS-CoV-2. Such populations are especially well-suited for sentinel monitoring efforts to detect the early introduction and spread of COVID-19, particularly in areas with low vaccination coverage or where layered prevention strategies are not in use. CDC considers the capacity to monitor COVID-19 incidence in the following populations particularly useful due to their high risk of exposure or severe illness: students and staff members of kindergarten–grade 12 schools and institutions of higher education, health care workers, residents and staff members of long-term care facilities, incarcerated persons, homeless persons, and workers in high-density work sites (18–23).

Serial screening testing is an effective method to monitor for the early introduction and spread of COVID-19 (6). Low case detection rates can help demonstrate the effectiveness of current prevention strategies, thereby reducing barriers for returning to in-person learning and work. Rising case detection rates can serve as an early warning signal that prevention strategies need to be strengthened or added in the facility and the broader community. In addition, strategic serial testing can help stop transmission by rapidly identifying asymptomatic cases, which are estimated

[††] CDC's COVID Data Tracker accessed July 23, 2021. https://covid.cdc.gov/covid-data-tracker/#vaccinations
[§§] https://www.cdc.gov/vaccines/covid-19/vaccinate-with-confidence.html

** https://covid.cdc.gov/covid-data-tracker/#county-view

T42AR-0002518

to be the source for at least 50% of SARS-CoV-2 transmission (*24,25*). With rapid identification, infectious persons can be isolated and contact tracing and quarantine can be promptly initiated to control further SARS-CoV-2 transmission.

## Populations at Risk for Severe Outcomes from COVID-19

CDC recommends additional prevention strategies to safeguard populations at highest risk for severe outcomes from COVID-19, particularly in the context of the highly transmissible Delta variant. Unvaccinated persons remain at risk for infection, severe illness, and death. Advanced age, pregnancy, and an increasingly well-defined set of underlying medical conditions increase the risk for serious outcomes from COVID-19 among unvaccinated persons.** In addition, long-standing systemic health and social inequities have put members of certain racial and ethnic minority groups at increased risk for serious illness and mortality from COVID-19. Persons taking immunosuppressive medications, persons with hematologic cancers, and hemodialysis patients, among others, have shown reduced immunologic responses to COVID-19 mRNA vaccination and might remain at increased risk for severe COVID-19 following vaccination (*3*). CDC recommends all unvaccinated persons should continue following all prevention strategies, including wearing a mask, until they are fully vaccinated. Immunocompromised persons should continue to take all recommended precautions until advised otherwise by their health care provider. Although COVID-19 vaccines authorized in the United States remain effective against severe outcomes from SARS-CoV-2 infection, a small proportion of persons who are fully vaccinated may become infected. Emerging evidence suggests that fully vaccinated persons who do become infected with the Delta variant are at risk for transmitting it to others (*2*), (CDC COVID-19 Response Team, unpublished data, 2021); therefore, CDC also recommends that fully vaccinated persons wear a mask in public indoor settings in areas of substantial or high transmission, and consider wearing a mask regardless of transmission level if they or someone in their household is immunocompromised or at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination). Public health practitioners and organizations should consider the characteristics of their local or setting-specific populations when determining whether to strengthen or add layered prevention strategies not only for effective disease control, but also to protect those persons at greatest risk for severe illness or death.

** https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/underlying-evidence-table.html

## Discussion

The most important public health action to end the pandemic remains increasing vaccination coverage, which saves lives, prevents illness, and reduces the spread of COVID-19. Effective COVID-19 prevention strategies are well documented and can help reduce community transmission until high vaccination coverage is achieved (*6*). To maximize protection of the community, prevention strategies should be strengthened or added if transmission worsens. Prevention strategies should only be relaxed or lifted after several weeks of continuous sustained improvement in the level of community transmission. In areas with low or no SARS-CoV-2 transmission and with testing capacity in place to detect early introduction or increases in spread of the virus, layered prevention strategies might be removed one at a time while monitoring closely for any evidence that COVID-19 cases are increasing.

The widespread availability and administration of COVID-19 vaccines has changed the trajectory of the pandemic in the United States and significantly reduced hospitalization and mortality among vaccinated persons (*1*). Increasing the proportion of eligible persons who are vaccinated reduces the risk for substantial or high community-wide transmission, which in turn reduces the risk for the emergence of new variants that could have the potential to overcome vaccine-induced immunity. However, vaccination coverage varies across the United States, and transmission risk remains considerable in areas with low vaccination coverage. Decisions to add or remove effective prevention strategies should be based on local data and public health recommendations. The emergence of more transmissible SARS-CoV-2 variants, including Delta, increases the urgency to expand vaccination coverage and for public health agencies and other organizations to collaboratively monitor the status of the pandemic in their communities and continue to apply layered prevention strategies to minimize preventable illness and death.

## Acknowledgments

Case Data Section, Vaccine Data Section, CDC COVID-19 Data, Analytics & Visualization Task Force; Data Monitoring and Reporting Section, CDC COVID-19 Vaccine Task Force; Heidi Moline, CDC.

Corresponding author: Athalia Christie, akc9@cdc.gov.

[1] CDC COVID-19 Response Team.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

T42AR-0002519

## Summary

### What is already known about this topic?

COVID-19 vaccines authorized in the United States are effective against severe illness and death from SARS-CoV-2 infection; however, current U.S. coverage is uneven. Implementation of layered prevention strategies reduces SARS-CoV-2 transmission.

### What is added by this report?

Given the spread of the highly transmissible Delta variant, local decision-makers should assess the following factors to inform the need for layered prevention strategies across a range of settings: level of SARS-CoV-2 community transmission, health system capacity, vaccination coverage, capacity for early detection of increases in COVID-19 cases, and populations at risk for severe outcomes from COVID-19.

### What are the implications for public health practice?

Although increasing COVID-19 vaccination coverage remains the most effective means to achieve control of the pandemic, additional layered prevention strategies will be needed in the short-term to minimize preventable morbidity and mortality.

## References

1. Christie A, Henley SJ, Mattocks L, et al. Decreases in COVID-19 cases, emergency department visits, hospital admissions, and deaths among older adults following the introduction of COVID-19 vaccine—United States, September 6, 2020–May 1, 2021. MMWR Morb Mortal Wkly Rep 2021;70:858–64. PMID:34111059 https://doi.org/10.15585/mmwr.mm7023e2

2. CDC. Science brief: COVID-19 vaccines and vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html

3. CDC. Clinical considerations for COVID-19 vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/covid-19/clinical-considerations/index.html

4. Bulfone TC, Malekinejad M, Rutherford GW, Razani N. Outdoor transmission of SARS-CoV-2 and other respiratory viruses: a systematic review. J Infect Dis 2021;223:550–61. PMID:33249484 https://doi.org/10.1093/infdis/jiaa742

5. Razani N, Malekinejad M, Rutherford GW. Clarification regarding outdoor transmission of SARS-CoV-2 and other respiratory viruses, a systematic review. J Infect Dis 2021. Epub June 4, 2021. https://doi.org/10.1093/infdis/jiab298

6. Honein MA, Christie A, Rose DA, et al.; CDC COVID-19 Response Team. Summary of guidance for public health strategies to address high levels of community transmission of SARS-CoV-2 and related deaths, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1860–7. PMID:33301434 https://doi.org/10.15585/mmwr.mm6949e2

7. Brooks JT, Butler JC. Effectiveness of mask wearing to control community spread of SARS-CoV-2. JAMA 2021;325:998–9. PMID:33566056 https://doi.org/10.1001/jama.2021.1505

8. Tomshine JR, Dennis KD, Bruhnke RE, et al. Combined effects of masking and distance on aerosol exposure potential. Mayo Clin Proc 2021;96:1792–800. PMID:34218858 https://doi.org/10.1016/j.mayocp.2021.05.007

9. Blocken B, van Druenen T, Ricci A, et al. Ventilation and air cleaning to limit aerosol particle concentrations in a gym during the COVID-19 pandemic. Build Environ 2021;193:107659. PMID:33568882 https://doi.org/10.1016/j.buildenv.2021.107659

10. Vassella CC, Koch J, Henzi A, et al. From spontaneous to strategic natural window ventilation: improving indoor air quality in Swiss schools. Int J Hyg Environ Health 2021;234:113746. PMID:33819800 https://doi.org/10.1016/j.ijheh.2021.113746

11. Lindsley WG, Derk RC, Coyle JP, et al. Efficacy of portable air cleaners and masking for reducing indoor exposure to simulated exhaled SARS-CoV-2 aerosols—United States, 2021. MMWR Morb Mortal Wkly Rep 2021;70:972–6. PMID:34237047 https://doi.org/10.15585/mmwr.mm7027e1

12. Gonçalves MR, Dos Reis RCP, Tólio RP, et al. Social distancing, mask use, and transmission of severe acute respiratory syndrome coronavirus 2, Brazil, April–June 2020. Emerg Infect Dis 2021;27:2135–43. PMID:34087090

13. Kwon S, Joshi AD, Lo CH, et al. Association of social distancing and face mask use with risk of COVID-19. Nat Commun 2021;12:3737. PMID:34145289 https://doi.org/10.1038/s41467-021-24115-7

14. Bravata DM, Perkins AJ, Myers LJ, et al. Association of intensive care unit patient load and demand with mortality rates in US Department of Veterans Affairs hospitals during the COVID-19 pandemic. JAMA Netw Open 2021;4:e2034266. PMID:33464319 https://doi.org/10.1001/jamanetworkopen.2020.34266

15. Karaca-Mandic P, Sen S, Georgiou A, Zhu Y, Basu A. Association of COVID-19–related hospital use and overall COVID-19 mortality in the USA. J Gen Intern Med 2020. Epub August 19, 2020. PMID:32815058

16. Czeisler MÉ, Marynak K, Clarke KEN, et al. Delay or avoidance of medical care because of COVID-19–related concerns—United States, June 2020. MMWR Morb Mortal Wkly Rep 2020;69:1250–7. PMID:32915166 https://doi.org/10.15585/mmwr.mm6936a4

17. Whaley CM, Pera MF, Cantor J, et al. Changes in health services use among commercially insured US populations during the COVID-19 pandemic. JAMA Netw Open 2020;3:e2024984. PMID:33151319 https://doi.org/10.1001/jamanetworkopen.2020.24984

18. Paltiel AD, Zheng A, Walensky RP. Assessment of SARS-CoV-2 screening strategies to permit the safe reopening of college campuses in the United States. JAMA Netw Open 2020;3:e2016818. PMID:32735339 https://doi.org/10.1001/jamanetworkopen.2020.16818

19. Lanier WA, Babitz KD, Collingwood A, et al. COVID-19 testing to sustain in-person instruction and extracurricular activities in high schools—Utah, November 2020–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:785–91. PMID:34043614 https://doi.org/10.15585/mmwr.mm7021e2

20. Bagchi S, Mak J, Li Q, et al. Rates of COVID-19 among residents and staff members in nursing homes—United States, May 25–November 22, 2020. MMWR Morb Mortal Wkly Rep 2021;70:52–5. PMID:33444301 https://doi.org/10.15585/mmwr.mm7002e2

21. Wallace M, Hagan L, Curran KG, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:587–90. PMID:32407300 https://doi.org/10.15585/mmwr.mm6919e1

22. Mosites E, Parker EM, Clarke KEN, et al.; COVID-19 Homelessness Team. Assessment of SARS-CoV-2 infection prevalence in homeless shelters—four U.S. cities, March 27–April 15, 2020. MMWR Morb Mortal Wkly Rep 2020;69:521–2. PMID:32352957 https://doi.org/10.15585/mmwr.mm6917e1

23. Waltenburg MA, Victoroff T, Rose CE, et al.; COVID-19 Response Team. Update: COVID-19 among workers in meat and poultry processing facilities—United States, April–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:887–92. PMID:32644986 https://doi.org/10.15585/mmwr.mm6927e2

24. Moghadas SM, Fitzpatrick MC, Sah P, et al. The implications of silent transmission for the control of COVID-19 outbreaks. Proc Natl Acad Sci U S A 2020;117:17513–5. PMID:32632012 https://doi.org/10.1073/pnas.2008373117

25. Johansson MA, Quandelacy TM, Kada S, et al. SARS-CoV-2 transmission from people without COVID-19 symptoms. JAMA Netw Open 2021;4:e2035057. PMID:33410879 https://doi.org/10.1001/jamanetworkopen.2020.35057

T42AR-0002520

Morbidity and Mortality Weekly Report

# COVID-19 Vaccination Coverage Among Adults — United States, December 14, 2020–May 22, 2021

Jill Diesel, PhD[1,2]; Natalie Sterrett, MPH[1]; Sharoda Dasgupta, PhD[1]; Jennifer L. Kriss, PhD[1]; Vaughn Barry, PhD[1,3]; Kayla Vanden Esschert, MPH[1]; Ari Whiteman, PhD[1,4]; Betsy L. Cadwell, MS[1]; Daniel Weller, PhD[1]; Judith R. Qualters, PhD[1]; LaTreace Harris, MPH[1]; Achal Bhatt, PhD[1]; Charnetta Williams, MD[1]; LeAnne M. Fox, MD[1]; Dana Meaney Delman, MD[1]; Carla L. Black, PhD[1]; Kamil E. Barbour, PhD[1]

*On June 21, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The U.S. COVID-19 vaccination program launched on December 14, 2020. The Advisory Committee on Immunization Practices recommended prioritizing COVID-19 vaccination for specific groups of the U.S. population who were at highest risk for COVID-19 hospitalization and death, including adults aged ≥75 years[*]; implementation varied by state, and eligibility was gradually expanded to persons aged ≥65 years beginning in January 2021. By April 19, 2021, eligibility was expanded to all adults aged ≥18 years nationwide.[†] To assess patterns of COVID-19 vaccination coverage among U.S. adults, CDC analyzed data submitted on vaccinations administered during December 14, 2020–May 22, 2021, by age, sex, and community-level characteristics. By May 22, 2021, 57.0% of persons aged ≥18 years had received ≥1 COVID-19 vaccine dose; coverage was highest among persons aged ≥65 years (80.0%) and lowest among persons aged 18–29 years (38.3%). During the week beginning February 7, 2021, vaccination initiation among adults aged ≥65 years peaked at 8.2%, whereas weekly initiation among other age groups peaked later and at lower levels. During April 19–May 22, 2021, the period following expanded eligibility to all adults, weekly initiation remained <4.0% and decreased for all age groups, including persons aged 18–29 years (3.6% to 1.9%) and 30–49 years (3.5% to 1.7%); based on the current rate of weekly initiation (as of May 22), younger persons will not reach the same levels of coverage as older persons by the end of August. Across all age groups, coverage (≥1 dose) was lower among men compared with women, except among adults aged ≥65 years, and lower among persons living in counties that were less urban, had higher social vulnerabilities, or had higher percentages of social determinants of poor health. Continued efforts to improve vaccination confidence and alleviate barriers to vaccination initiation, especially among adults aged 18–49 years, could improve vaccination coverage.

Vaccination data were reported to CDC via state immunization information systems,[§] the Vaccine Administration Management System,[¶] or direct data submission to the CDC Data Clearinghouse.[**] Data for vaccinations administered among adults aged ≥18 during December 14, 2020–May 22, 2021, were included in the analysis.[††] Two measures of vaccination coverage were assessed: 1) persons who received ≥1 dose of any COVID-19 vaccine (≥1-dose coverage) authorized by the Food and Drug Administration (FDA) and 2) persons who received 2 doses of an FDA authorized 2-dose vaccine (Pfizer-BioNTech or Moderna) or 1 dose of the Janssen (Johnson & Johnson) vaccine (fully vaccinated); each measure of coverage was calculated using total population counts from the U.S. Census Bureau's 2019 Population Estimates Program.[§§] Weekly vaccine initiation was defined as the percentage of persons who received the first dose within the epidemiologic week[¶¶] among those in the total population. Coverage (≥1 dose) was projected through the week of August 29, 2021, by applying the rate of weekly initiation in the most recent week (May 22) for each age group to subsequent weeks beyond the study period. Second dose completion was defined as the percentage of persons who received the second dose of a 2-dose vaccine at any point, among those who had received at least 1 dose of a 2-dose vaccine.[***] Absolute differences in coverage by age were

---

[*] https://www.cdc.gov/mmwr/volumes/69/wr/mm695152e2.htm
[†] Dates of vaccine eligibility opened to persons aged ≥16 years based on data from the Kaiser Family Foundation State COVID-19 Data and Policy Actions (https://www.kff.org/report-section/state-covid-19-data-and-policy-actions-policy-actions/).

[§] Immunization information systems are confidential, computerized, population-based systems that collect and consolidate vaccination data from providers in 64 jurisdictions nationwide and can be used to track administered vaccines and measure vaccination coverage. The 64 jurisdictions comprise the 50 U.S. states, five U.S. territories (American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and U.S. Virgin Islands), three freely associated states (Federated States of Micronesia, Marshall Islands, and Palau), and six local jurisdictions (Chicago, Illinois; Houston, Texas; New York, New York; Philadelphia, Pennsylvania; San Antonio, Texas; and Washington, DC).
[¶] https://www.cdc.gov/vaccines/covid-19/reporting/vams/program-information.html
[**] https://www.cdc.gov/vaccines/covid-19/reporting/overview/IT-systems.html
[††] Vaccination providers are required to report administration records to the state immunization information system within 72 hours; 5 additional days of observation were included to account for delays in reporting and transmission of records to CDC.
[§§] https://www.census.gov/programs-surveys/popest.html
[¶¶] An epidemiologic week is based on the National Notifiable Diseases Surveillance System guidance and is assigned by the reporting local or state health department for the purposes of MMWR disease incidence reporting and publishing. The first day of any MMWR week is Sunday. https://wwwn.cdc.gov/nndss/document/MMWR_Week_overview.pdf
[***] Analysis for second dose completion was restricted to persons who had received their first dose of a 2-dose vaccine (Pfizer-BioNTech or Moderna) during December 14, 2020–March 31, 2021. All persons included in the analysis for second dose completion were ≥42 days past their first dose.

T42AR-0002585

calculated during three periods selected to represent general shifts in targeted subpopulations, supply, and policy over the course of the COVID-19 vaccination program[†††] (*1*): December 14, 2020–January 23, 2021; January 24, 2021–March 20, 2021; and March 21, 2021–May 22, 2021.

Coverage was evaluated by selected community-level characteristics matched to vaccine recipients' county of residence.[§§§] County-level rankings of social vulnerability from the 2018 CDC Social Vulnerability Index (SVI), which is used to identify community needs during emergencies, were categorized into quartiles based on distribution among all U.S. counties.[¶¶¶] County-level data on Social Determinants of Health[****] obtained from the American Community Survey[††††] were dichotomized based on the median of all U.S. counties.[§§§§] County-level urbanicity was based on the 2013 National Center for Health Statistics urban-rural classification scheme.[¶¶¶¶] Generalized estimating equation models with binomial regression and an identity link were used to

estimate absolute differences in coverage and associated 95% confidence intervals. SAS (version 9.4; SAS Institute) was used to conduct all analyses. This activity was reviewed by CDC and was conducted consistent with applicable federal law and CDC policy.[*****]

During December 14, 2020–May 22, 2021, 57.0% of U.S. adults had received ≥1 vaccine dose; coverage was highest among adults aged ≥65 years (80.0%) and lowest among adults aged 18–29 years (38.3%) (Figure 1). Vaccination coverage was lower among younger age groups in all states, regardless of timing of expanded vaccine eligibility to all adults (Supplementary Table, https://stacks.cdc.gov/view/cdc/107123). During January 24, 2021–March 20, 2021, coverage among persons aged ≥65 years increased from 14.3% to 67.0% (absolute difference: 52.7%). During March 21, 2021–May 22, 2021, absolute increases in coverage were largest among adults aged 50–64 years (31.5% to 63.5%; absolute difference: 32.0%).

Over the entire period, weekly initiation was highest among adults aged ≥65 years and peaked during the week of February 7, during which 8.2% of adults aged ≥65 years initiated vaccination (Figure 1). Weekly initiation peaked at 7.5% among adults aged 50–64 years during the week of March 21, at 5.8% among adults aged 30–49 years during the week of April 4, and at 5.3% among adults aged 18–29 years during the week of April 4. Since the week of April 18, during which eligibility was expanded to all adults, weekly COVID-19 vaccine initiation was <4.0% and decreased over time for all age groups, including younger adults aged 18–29 years (3.6% to 1.9%) and 30–49 years (3.5% to 1.7%). If weekly initiation remains at the rate as of the week of May 22 for each age group, coverage by the week of August 29, 2021 is projected to reach 57.5% for adults aged 18–29 years, 71.4% for adults aged 30–49 years, 85.9% for adults aged 50–64 years, 94.9% for adults aged ≥65 years, and 78.4% for persons aged ≥18 years.

By May 22, among adults who initiated a 2-dose vaccine series (Pfizer-BioNTech or Moderna), 89.3% had received their second dose at any point. The second dose completion was similar across age groups (Figure 2) and over time.

Men had lower coverage than women in all age groups, except those aged ≥65 years (Table). Persons living in counties that were less urban were less likely to be vaccinated, and differences were smaller for adults aged ≥65 years. Across all age groups, people living in counties with higher social vulnerabilities or higher percentages of the population who are uninsured, living in poverty, lacking access to a computer, and lacking access to a computer with Internet were less likely to be vaccinated.

---

[†††] Periods are based on eligibility and other process factors (e.g., phase of vaccine rollout, eligible population, supply, and programs and policy enacted) important in framing the specific needs and constraints at that time. Period 1 represented when most states opened eligibility to health care workers, residents in long-term care facilities, and older adults while there was a highly constrained supply, which overlapped phase 1a, and a portion of phase 1b (https://www.cdc.gov/mmwr/volumes/69/wr/mm695152e2.htm). Period 2 represented when states were expanding eligibility inconsistently, and supply was becoming more available, which overlapped with phases 1b and 1c. Period 3 represented when all states expanded eligibility to all adults while supply was steady and increased, which overlapped with phases 1c and 2.

[§§§] The following jurisdictions were excluded from all county-level analyses (National Center for Health Statistics urban-rural, SVI, and Social Determinants of Health) due to lack of county-level vaccination data: all counties in Hawaii and eight counties in California for which total population was <20,000. Among all first doses analyzed during December 14, 2020–May 22, 2021, 5.9% were missing county data and were therefore excluded from models.

[¶¶¶] Fifteen elements categorized into four themes (socioeconomic status, household composition and disability, racial/ethnic minority status and language, and housing type and transportation) are included in SVI (https://www.atsdr.cdc.gov/placeandhealth/svi/documentation/pdf/SVI2018Documentation-H.pdf). Overall SVI includes all 15 indicators as a composite measure (https://www.atsdr.cdc.gov/placeandhealth/svi/fact_sheet/fact_sheet.html). One county in New Mexico was excluded because SVI ranking could not be calculated (https://www.atsdr.cdc.gov/placeandhealth/svi/index.html).

[****] Measures of Social Determinants of Health from the American Community Survey: percentage of the total population 1) unemployed, 2) uninsured, 3) that earned an income below the federal poverty level, 4) without a computer (e.g., desktop or laptop computer [excludes mobile phones]), 5) with a computer but without Internet access, and 6) identifying as a racial/ethnic group other than non-Hispanic White (https://health.gov/healthypeople/objectives-and-data/social-determinants-health).

[††††] https://www.census.gov/programs-surveys/acs

[§§§§] In some instances, the total non-Hispanic White population exceeded the total population estimate and therefore the model did not permit vaccination initiation estimates to exceed 100%.

[¶¶¶¶] https://www.cdc.gov/nchs/data_access/urban_rural.htm#2013_Urban-Rural_Classification_Scheme_for_Counties

[*****] 45 C.F.R. part 46, 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.

T42AR-0002586

**FIGURE 1. Trends in COVID-19 vaccination cumulative coverage\* and weekly initiation among adults, by epidemiologic week† and age group — United States, December 14, 2020–May 22, 2021**



\* Coverage includes persons who received at least 1 dose of any Food and Drug Administration–authorized COVID-19 vaccine (≥1 dose; Pfizer-BioNTech, Moderna, or Janssen [Johnson & Johnson]).

† An epidemiologic week is based on the National Notifiable Diseases Surveillance System guidance and is assigned by the reporting local or state health department for the purposes of *MMWR* disease incidence reporting and publishing. The first day of any *MMWR* week is Sunday. https://wwwn.cdc.gov/nndss/document/MMWR_Week_overview.pdf

T42AR-0002587

## Summary

**What is already known about this topic?**

The U.S. COVID-19 vaccination program initially prioritized groups at highest risk for COVID-19 hospitalization and death; by April 19, 2021, eligibility expanded to all persons aged ≥16 years.

**What is added by this report?**

By May 22, 2021, 57.0% of U.S. adults aged ≥18 years had received ≥1 vaccine dose; coverage was lower and increased more slowly over time among younger adults. If the current rate of vaccination continues through August, coverage among young adults will remain substantially lower than among older adults.

**What are the implications for public health practice?**

Efforts to improve vaccination coverage are needed, especially among younger adults, to reduce COVID-19 cases, hospitalizations, and deaths.

## Discussion

As of May 22, 2021, COVID-19 vaccination coverage among U.S. adults was highest among adults aged ≥65 years and lowest among adults aged 18–29 years. Despite recently expanded eligibility for vaccination to all adults, increases in weekly initiation among younger age groups have not reached peak weekly initiation rates that occurred in January and February among adults aged ≥65 years. If the current rate of weekly vaccine initiation continues through August, coverage among young adults will not reach the coverage level of older adults. High vaccination coverage among all age groups is important for decreasing COVID-19 cases, hospitalizations, and deaths (2,3), especially among groups with lower vaccination uptake, such as young adults (4,5).

Equitable access to vaccination is critical to improve coverage for persons of all ages who live in communities that are less urban (6), have higher social vulnerabilities (1,7), and have higher percentages of social determinants of poor health (8). In a report that pooled findings from two representative surveys of U.S. adults aged 18–39 years, only one half (51.8%) reported that they had been or were planning to be vaccinated, whereas 24.9% reported that they probably or definitely would not be vaccinated, and 23.2% reported that they probably would be vaccinated or were unsure if they would be vaccinated (9). Respondents who were reluctant or unsure about vaccination reported concerns about vaccine side effects, distrust of COVID-19 vaccines, a plan to wait and see whether the vaccine was safe and to possibly get vaccinated later, thinking that others needed a vaccine more than they did, and the belief that they did not need the vaccine. Low intention to receive COVID-19 vaccination among younger adults aligns with historic vaccination coverage for influenza[††††] and lower adherence to COVID-19 public health guidelines (10). For coverage among persons in this age group to be improved, community-specific messaging could engage younger adults using trusted sources to explain the community and individual value of vaccination and to address concerns about vaccine safety. In addition, younger adults might be reached by establishing strategically located mobile and walk-in clinics with flexible hours,[§§§§] providing vaccinations at the workplace, and encouraging employers to offer paid leave for employees to receive the vaccine and for treatment of any vaccine-related side effects.[¶¶¶¶¶]

The findings in this report are subject to at least four limitations. First, general periods were used that applied broadly to eligibility periods for most states; however, states varied in their expansion of vaccine eligibility over time, thus vaccine initiation by age might differ if evaluated using precise eligibility periods. Second, the ecologic findings for vaccination coverage by community-level factors do not reflect the status of individual persons. Third, county-level characteristics might vary at a smaller geographic level; future analyses could consider using a more granular assessment of community factors that are associated with poor health. Finally, coverage might be

**FIGURE 2. COVID-19 vaccination second dose completion among adults who received ≥1 COVID-19 dose and had sufficient time to receive the second dose,\* by age group — United States,[†] December 14, 2020–May 22, 2021**



\* Analysis for second dose completion was restricted to persons who had received their first dose of a 2-dose vaccine (Pfizer-BioNTech or Moderna) during December 14, 2020–March 31, 2021. All persons included in the analysis for second dose completion were ≥42 days past their first dose.
[†] Excludes residents of Texas because Texas does not report information for age-specific dose number to CDC.

[††††] Estimates from the Behavioral Risk Factor Surveillance System and the National 2009 H1N1 Flu Survey (https://www.cdc.gov/flu/fluvaxview/trends/age-groups.htm).
[§§§§] Mobile Vaccination Resources (https://www.cdc.gov/vaccines/covid-19/planning/mobile.html); Key Operational Considerations for Jurisdictions Planning to Operate COVID-19 Vaccination Clinics (https://www.cdc.gov/vaccines/covid-19/downloads/Key-Op-Considerations-COVID-Mass-Vax.pdf).
[¶¶¶¶¶] https://www.whitehouse.gov/briefing-room/statements-releases/2021/04/21/fact-sheet-president-biden-to-call-on-all-employers-to-provide-paid-time-off-for-employees-to-get-vaccinated-after-meeting-goal-of-200-million-shots-in-the-first-100-days/

T42AR-0002588

TABLE. Coverage with ≥1 dose COVID-19 vaccine* among adults, by age group, sex[†], and county-level characteristics[§] — United States, December 14, 2020—May 22, 2021

| Characteristic | Overall ≥18 yrs (N = 255,200,373) | | 18–29 yrs (n = 53,728,222) | | 30–49 yrs (n = 84,488,200) | | 50–64 yrs (n = 62,925,688) | | ≥65 yrs (n = 54,058,263) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Estimate (%) | % Difference (95% CI) | Estimate (%) | % Difference (95% CI) | Estimate (%) | % Difference (95% CI) | Estimate (%) | % Difference (95% CI) | Estimate (%) | % Difference (95% CI) |
| Overall | 56.3 | — | 37.6 | — | 48.5 | — | 62.9 | — | 79.1 | — |
| **Sex[†]** | | | | | | | | | | |
| Female | 58.0 | Ref | 40.4 | Ref | 50.2 | Ref | 63.8 | Ref | 77.5 | Ref |
| Male | 53.4 | −4.6 (−5.5 to −3.7) | 34.0 | −6.4 (−7.8 to −5.1) | 45.5 | −4.7 (−5.7 to −3.6) | 60.3 | −3.5 (−4.4 to −2.7) | 79.9 | 2.4 (2.1 to 2.8) |
| **Urban/Rural status[¶]** | | | | | | | | | | |
| Large central metro | 56.2 | Ref | 41.0 | Ref | 50.9 | Ref | 63.2 | Ref | 74.8 | Ref |
| Large fringe metro | 58.0 | 1.7 (−7.7 to 11.2) | 40.3 | −0.7 (−9.0 to 7.5) | 49.8 | −1.2 (−10.6 to 8.2) | 64.1 | 0.9 (−9.3 to 11.1) | 79.7 | 4.9 (−3.4 to 13.2) |
| Medium metro | 53.7 | −2.6 (−12.3 to 7.2) | 33.3 | −7.7 (−15.9 to 0.5) | 44.9 | −6.1 (−16.0 to 3.9) | 60.4 | −2.8 (−13.5 to 8.0) | 79.0 | 4.2 (−4.4 to 12.9) |
| Small metro | 48.6 | −7.6 (−18.6 to 3.3) | 28.5 | −12.5 (−21.9 to −3.1) | 39.6 | −11.4 (−22.6 to −0.2) | 54.3 | −8.9 (−20.9 to 3.0) | 73.8 | −1.0 (−11.0 to 9.0) |
| Micropolitan | 45.3 | −10.9 (−22.2 to 0.3) | 23.6 | −17.4 (−27.4 to −7.3) | 34.5 | −16.4 (−28.3 to −4.5) | 50.8 | −12.4 (−24.9 to 0.0) | 71.2 | −3.6 (−13.3 to 6.1) |
| Noncore | 42.0 | −14.2 (−25.1 to −3.3) | 20.1 | −20.9 (−31.2 to −10.6) | 29.7 | −21.3 (−33.2 to −9.3) | 45.8 | −17.4 (−29.4 to −5.4) | 65.4 | −9.4 (−18.2 to −0.7) |
| **SVI quartile[**]** | | | | | | | | | | |
| Low vulnerability | | | | | | | | | | |
| <25th percentile | 59.8 | Ref | 42.1 | Ref | 51.6 | Ref | 64.5 | Ref | 80.9 | Ref |
| 25th to <50th percentile | 58.0 | −1.7 (−6.8 to 3.3) | 40.0 | −2.1 (−8.2 to 4.0) | 51.0 | −0.6 (−7.3 to 6.2) | 63.4 | −1.2 (−6.4 to 4.1) | 80.4 | −0.4 (−3.4 to 2.5) |
| 50th to <75th percentile | 52.2 | −7.5 (−13.6 to −1.5) | 33.9 | −8.1 (−13.7 to −2.6) | 44.2 | −7.4 (−13.3 to −1.5) | 58.3 | −6.2 (−12.9 to 0.4) | 74.5 | −6.4 (−13.4 to 0.6) |
| High vulnerability | | | | | | | | | | |
| ≥75th percentile | 46.0 | −13.8 (−23.8 to −3.7) | 28.5 | −13.5 (−22.6 to −4.5) | 39.2 | −12.4 (−22.2 to −2.6) | 53.9 | −10.6 (−22.3 to 1.0) | 67.4 | −13.5 (−25.9 to −1.0) |
| **Percent of total population unemployed[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 52.6 | Ref | 34.7 | Ref | 44.1 | Ref | 57.4 | Ref | 75.2 | Ref |
| At or above median (≥50th percentile) | 54.2 | 1.6 (−2.4 to 5.7) | 35.9 | 1.2 (−3.3 to 5.6) | 47.0 | 2.9 (−1.7 to 7.5) | 61.0 | 3.6 (−0.7 to 7.9) | 76.0 | 0.8 (−2.7 to 4.4) |
| **Percent of total population uninsured[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 61.7 | Ref | 42.7 | Ref | 54.7 | Ref | 67.8 | Ref | 83.0 | Ref |
| At or above median (≥50th percentile) | 44.1 | −17.6 (−33.8 to −1.5) | 27.2 | −15.5 (−26.4 to −4.6) | 36.3 | −18.4 (−32.9 to −4.0) | 50.2 | −17.6 (−35.2 to 0.0) | 66.9 | −16.1 (−36.6 to 4.3) |
| **Percent of total population below the federal poverty level[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 58.0 | Ref | 40.0 | Ref | 50.0 | Ref | 63.5 | Ref | 79.7 | Ref |
| At or above median (≥50th percentile) | 48.0 | −10.0 (−14.3 to −5.8) | 30.4 | −9.6 (−13.4 to −5.9) | 41.0 | −9.0 (−13.4 to −4.5) | 54.8 | −8.7 (−13.6 to −3.8) | 70.3 | −9.3 (−14.8 to −3.8) |
| **Percent of total population with no computer[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 55.6 | Ref | 37.7 | Ref | 48.4 | Ref | 62.1 | Ref | 77.6 | Ref |
| At or above median (≥50th percentile) | 44.0 | −11.7 (−17.1 to −6.2) | 24.0 | −13.7 (−19.3 to −8.1) | 34.2 | −14.2 (−20.8 to −7.6) | 49.5 | −12.6 (−18.4 to −6.8) | 67.7 | −9.9 (−13.9 to −5.9) |
| **Percent of total population with a computer but no Internet[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 57.4 | Ref | 39.5 | Ref | 50.0 | Ref | 63.5 | Ref | 79.0 | Ref |
| At or above median (≥50th percentile) | 42.3 | −15.1 (−21.4 to −8.9) | 23.6 | −15.9 (−20.5 to −11.3) | 33.7 | −16.3 (−21.9 to −10.7) | 48.7 | −14.7 (−21.4 to −8.0) | 65.9 | −13.1 (−21.6 to −4.6) |
| **Percent of total population of a racial/ethnic group other than non-Hispanic White[††]** | | | | | | | | | | |
| Below median (<50th percentile) | 51.0 | Ref | 29.1 | Ref | 39.9 | Ref | 55.4 | Ref | 75.9 | Ref |
| At or above median (≥50th percentile) | 54.3 | 3.4 (−8.0 to 14.7) | 36.8 | 7.7 (−1.1 to 16.6) | 47.4 | 7.4 (−3.7 to 18.6) | 61.0 | 5.6 (−6.5 to 17.7) | 75.7 | −0.1 (−12.9 to 12.6) |

**Abbreviations:** CI = confidence interval; NCHS = National Center for Health Statistics; Ref = referent group; SVI = Social Vulnerability Index.

* All models exclude persons with missing state of residence (modeled overall coverage is slightly lower than shown in descriptive results).

[†] Persons with sex reported as "unknown" (N = 1,627,296) were excluded from the table (≥18 years, n = 1,627,296; 18–29 years, n = 242,601; 30–49 years, n = 578,940; 50–64 years, n = 504,173; ≥65 years, n = 301,582).

[§] The following jurisdictions were excluded from all county-level analyses (NCHS urban-rural, SVI, and Social Determinants of Health) due to lack of county-level vaccination data: all counties in Hawaii and eight counties in California (for which total population was <20,000. Among all first doses analyzed during December 14, 2020–May 22, 2021, 5.9% were missing county data and were therefore excluded from models.

[¶] Categories of county-level urbanicity based on the 2013 NCHS urban-rural classification scheme. https://www.cdc.gov/nchs/data_access/urban_rural.htm#2013_Urban-Rural_Classification_Scheme_for_Counties

[**] Fifteen elements categorized into four themes (socioeconomic status, household composition and disability, racial/ethnic minority status and language, and housing type and transportation) are included in SVI (https://www.atsdr.cdc.gov/placeandhealth/svi/documentation/pdf/SVI2018Documentation-H.pdf). Overall SVI includes all 15 indicators as a composite measure (https://www.atsdr.cdc.gov/placeandhealth/svi/fact_sheet/fact_sheet.html). One county in New Mexico was excluded because SVI ranking could not be calculated (https://www.atsdr.cdc.gov/placeandhealth/svi/index.html).

[††] Measures of Social Determinants of Health from the American Community Survey: percentage of the total population 1) unemployed, 2) uninsured, 3) that earned an income below the federal poverty level, 4) with a computer (e.g., desktop or laptop computer [excludes mobile phones], 5) with a computer but without Internet access, and 6) identifying as a racial/ethnic group other than non-Hispanic White (https://health.gov/healthypeople/objectives-and-data/social-determinants-health).

T42AR-0002589

underestimated because persons for whom county of residence were incomplete were excluded from models.

Despite expanded eligibility to all adults in the United States by April 19, 2021, vaccine initiation among persons aged <65 years has not increased at the same rate observed in earlier periods among persons aged ≥65 years. Continued targeted efforts are needed to accelerate vaccination rates, especially among younger adults. Community-based outreach efforts to increase vaccine confidence and reduce potential barriers to access could improve COVID-19 vaccination initiation, particularly among persons aged 18–29 years, and reduce the spread and impact of COVID-19 among the general U.S. population.

## Acknowledgments

Immunization program managers, immunization information system managers, other staff members of the immunization programs in the state jurisdictions and federal entities; CDC COVID-19 Vaccine Task Force.

Corresponding author: Jill Diesel, noo2@cdc.gov.

[1]CDC COVID-19 Response Team; [2]Michigan Department of Health and Human Services; [3]Epidemic Intelligence Service, CDC; [4]Geospatial Research, Analysis, and Services Program, Agency for Toxic Substances and Disease Registry, Atlanta, Georgia.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Barry V, Dasgupta S, Weller D, et al. Patterns in COVID-19 vaccination coverage by social vulnerability and urbanicity—United States, December 14, 2020–April 20, 2021. MMWR Morb Mortal Wkly Rep 2021;70:818–24. PMID:34081685 https://doi.org/10.15585/mmwr.mm7022e1

2. Borchering RK, Viboud C, Howerton E, et al. Modeling of future COVID-19 cases, hospitalizations, and deaths, by vaccination rates and nonpharmaceutical intervention scenarios—United States, April–September 2021. MMWR Morb Mortal Wkly Rep 2021;70:719–24. PMID:33988185 https://doi.org/10.15585/mmwr.mm7019e3

3. Haas EJ, Angulo FJ, McLaughlin JM, et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data. Lancet 2021;397:1819–29. PMID:33964222 https://doi.org/10.1016/S0140-6736(21)00947-8

4. COVID-19 Stats: COVID-19 incidence, by age group—United States, March 1–November 14, 2020. MMWR Morb Mortal Wkly Rep 2021;69:1664. PMID:33382674

5. Leidman E, Duca LM, Omura JD, Proia K, Stephens JW, Sauber-Schatz EK. COVID-19 trends among persons aged 0–24 years—United States, March 1–December 12, 2020. MMWR Morb Mortal Wkly Rep 2021;70:88–94. PMID:33476314 https://doi.org/10.15585/mmwr.mm7003e1

6. Murthy BP, Sterrett N, Weller D, et al. Disparities in COVID-19 vaccination coverage between urban and rural counties—United States, December 14, 2020–April 10, 2021. MMWR Morb Mortal Wkly Rep 2021;70:759–64. PMID:34014911 https://doi.org/10.15585/mmwr.mm7020e3

7. Hughes MM, Wang A, Grossman MK, et al. County-level COVID-19 vaccination coverage and social vulnerability—United States, December 14, 2020–March 1, 2021. MMWR Morb Mortal Wkly Rep 2021;70:431–6. PMID:33764963 https://doi.org/10.15585/mmwr.mm7012e1

8. Whiteman A, Wang A, McCain K, et al. Demographic and social factors associated with COVID-19 vaccination initiation among adults aged ≥65 years—United States, December 14, 2020–April 10, 2021. MMWR Morb Mortal Wkly Rep 2021;70:725–30. PMID:33983911 https://doi.org/10.15585/mmwr.mm7019e4

9. Baack BN, Abad N, Yankey D, et al. COVID-19 vaccination coverage and intent among adults aged 18–39 years—United States, March–May 2021. MMWR Morb Mortal Wkly Rep 2021. Epub June 21, 2021. http://dx.doi.org/10.15585/mmwr.mm7025e2

10. Moran C, Campbell DJT, Campbell TS, et al. Predictors of attitudes and adherence to COVID-19 public health guidelines in Western countries: a rapid review of the emerging literature. J Public Health (Oxf) 2021;fdab070:fdab070. PMID:33704456 https://doi.org/10.1093/pubmed/fdab070

T42AR-0002590

# Update on Emerging SARS-CoV-2 Variants and COVID-19 vaccines

Heather Scobie, PhD, MPH
Meredith McMorrow, MD, MPH
HHS COVID Team Briefing
June 29, 2021





**cdc.gov/coronavirus**

T42AR-0002905

# Variants of Concern

   

| | **B.1.1.7** | **B.1.351** | **P.1** | **B.1.617.2** |
|---|---|---|---|---|
| **WHO label** | Alpha | Beta | Gamma | Delta |
| **First detected** | United Kingdom | South Africa | Japan / Brazil | India |
| **No. of spike mutations** | 10-13 | 10 | 11 | 9-10 |
| **Receptor binding domain mutations** | N501Y | K417N E484K N501Y | K417T E484K N501Y | L452R T478K |
| **Attributes** | • **50%** increased transmission<br>• **Minimal** impact on neutralization by antibody therapies, convalescent or vaccine sera | • **50%** increased transmission<br>• **Reduced** efficacy of some antibodies<br>• **Reduced** neutralization by convalescent or vaccine sera | • **Reduced** efficacy of some antibodies<br>• **Reduced** neutralization by convalescent or vaccine sera | • **Increased** transmission<br>• Potential reduced antibody efficacy<br>• Potential reduced neutralization by vaccine sera |

SARS-CoV-2 Variants Classifications & Definitions | CDC

T42AR-0002906

# Emerging SARS-CoV-2 Variants & Vaccines: What do we know now?



T42AR-0002907

# Reduced antibody neutralization activity of vaccine sera relative to wildtype/dominant strain by study (n=47)



See reference list at end

4

# Modeling study: Robust correlation between vaccine efficacy against symptomatic disease and mean neutralizing antibody level



Khoury et al. Nature Medicine (2021)

- Suggests **54** IU/ml as correlate of protection (20% of mean convalescent titer)

- Threshold of protection against **severe disease** is lower (3% of mean convalescent titer), less affected by vaccine differences

- For variants, 5-fold lower neutralizing titer predicted to reduce efficacy from 95% to 77% in high efficacy vaccine, or from 70% to 32% for lower efficacy vaccine
  - Assumes neutralization is the only major mechanism of protection

5

T42AR-0002909

# Controlled Studies: Vaccine Efficacy

| Vaccine | Outcome | Country | Lineage | Fully Vaccinated Efficacy |
|---|---|---|---|---|
| Janssen | Confirmed moderate/ severe illness | • U.S.<br>• Brazil<br>• S. Africa | • Ancestral<br>• P.2 - 69% of cases<br>• B.1.351 - 95% cases | • 74% (65%–82%)<br>• 66% (51%–77%)<br>• 52% (30%–67%) |
| Novavax | Confirmed symptomatic infection | • U.K.<br>• U.K.<br>• S. Africa | • Non-B.1.1.7<br>• B.1.1.7<br>• B.1.351 | • 96% (74%–100%)*<br>• 86% (71%–94%)*<br>• 43% (-10%–70%* |
| Astra-Zeneca | Confirmed symptomatic infection | • U.K.<br>• U.K.<br>• S. Africa | • Non-B.1.1.7<br>• B.1.1.7<br>• B.1.351 | • 82% (68%–89%)*<br>• 70% (44%–85%)*<br>• 10% (-77%–55%)*# |

Sandoff et al. https://www.nejm.org/doi/full/10.1056/NEJMoa2101544
Heath et al. medRxiv preprint (May 4 2021): https://doi.org/10.1101/2021.05.13.21256639
Shinde et al. Efficacy of NVX-CoV2373 Covid-19 Vaccine against the B.1.351 Variant | NEJM
Emary et al. Efficacy of ChAdOx1 nCoV-19 (AZD1222) vaccine against SARS-CoV-2 variant of concern 202012/01 (B.1.1.7)- The Lancet
Madhi et al.  Efficacy of the ChAdOx1 nCoV-19 Covid-19 Vaccine against the B.1.351 Variant | NEJM

* Variant-specific VE
# All observed were mild/moderate illness

T42AR-0002910

# Controlled Studies: Vaccine Efficacy

| Vaccine | Outcome | Country | Lineage | Fully Vaccinated Efficacy |
|---------|---------|---------|---------|---------------------------|
| Janssen | Confirmed moderate/ severe illness | • U.S.<br>• Brazil<br>• S. Africa | • Ancestral<br>• P.2 - 69% of cases<br>• B.1.351 - 95% cases | 73–82% for severe/ critical disease in each country |
| Novavax | Confirmed symptomatic infection | • U.K.<br>• U.K.<br>• S. Africa | • Non-B.1.1.7<br>• B.1.1.7<br>• B.1.351 | • 96% (74%–100%)*<br>• 86% (71%–94%)*<br>• 43% (-10%–70%* |
| Astra-Zeneca | Confirmed symptomatic infection | • U.K.<br>• U.K.<br>• S. Africa | • Non-B.1.1.7<br>• B.1.1.7<br>• B.1.351 | • 82% (68%–89%)*<br>• 70% (44%–85%)*<br>• 10% (-77%–55%)*# |

Sandoff et al. https://www.nejm.org/doi/full/10.1056/NEJMoa2101544
Heath et al. medRxiv preprint (May 4 2021); https://doi.org/10.1101/2021.05.13.21256639
Shinde et al. Efficacy of NVX-CoV2373 Covid-19 Vaccine against the B.1.351 Variant | NEJM
Emary et al. Efficacy of ChAdOx1 nCoV-19 (AZD1222) vaccine against SARS-CoV-2 variant of concern 202012/01 (B.1.1.7): The Lancet
Madhi et al. Efficacy of the ChAdOx1 nCoV-19 Covid-19 Vaccine against the B.1.351 Variant | NEJM

* Variant-specific VE
# All observed were mild/moderate illness

T42AR-0002911

# "Real world" mRNA vaccine effectiveness against variants

| Country | Vaccine | Outcome | Dominant strain(s) | Fully vaccinated VE |
|---|---|---|---|---|
| Israel, Europe & U.K. | Pfizer | Confirmed infection | B.1.1.7 (Alpha) | >85% |
| Qatar | Pfizer | Confirmed infection | B.1.1.7 (Alpha) | 90% (86%–92%)* |
| | | | B.1.351 (Beta) | 75% (71%–79%)* |
| Canada | mRNA | Confirmed infection | B.1.1.7, P.1 (Alpha, Gamma) | 79% (65%–88%) |
| Canada | mRNA | Symptomatic infection | P.1/B.1.351 (Gamma/Beta) | 88% (61%–96%)* |

\* Variant-specific VE

- For B.1.351 (Beta) & B.1.1.7 (Alpha), **100%** VE observed for prevention of **severe disease** in Qatar

CDC Science Brief : https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html
Abu-Radad and Butt. NEJM (2021); Andrejko et al. medRxiv preprint (Apr 10 2021); Sandoff et al. NEJM (2021); Chung et al. medRxiv preprint (May 28 2021); Yassi et al. medRxiv preprint (May 25 2021))

T42AR-0002912

# New variant of concern: Delta B.1.617.2

## Vaccine effectiveness studies from England & Scotland

| Outcome | Pfizer (2 doses) | | AstraZeneca (2 doses) | |
|---|---|---|---|---|
| | B.1.617.2 (Delta) | B.1.1.7 (Alpha) | B.1.617.2 (Delta) | B.1.1.7 (Alpha) |
| PCR-confirmed infection | 79% (75%–82%) | 92% (90%–93%) | 60% (53%–66%) | 73% (66%–78%) |
| Symptomatic infection | 88% (78%–93%) | 93% (90%–96%) | 60% (29%–77%) | 66% (54%–75%) |
| Hospitalization | 96% (86%–99%) | 95% (78%–99%) | 92% (75%–97%) | 86% (53%–96%) |

- Recent study in UK showed resurgence driven by replacement of B.1.1.7 with B.1.617.2 (higher transmission rate) and infections in unvaccinated children and young adults
- Recent news reports from Israel, i.e., 50% of cases being vaccinated — note no change in % vaccinated over time and high % expected to be vaccinated based on high vaccination coverage

Sheikh et al. Lancet (2021): https://doi.org/10.1016/S0140-6736(21)01358-1; Lopez Bernal et al. medRxiv preprint (May 26 2001); https://doi.org/10.1101/2021.05.22.21257658; Stowe et al. PHE preprint: https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266 ; Riley et al. medRxiv (June 21 2021): https://doi.org/10.1101/2021.06.17.21259103; https://dialadashboard.health.gov.il/COVID-19/general

T42AR-0002913

# Investigating COVID-19 Vaccine Breakthrough Cases

▪ Despite high vaccine efficacy, vaccine breakthrough cases* are expected
  – Some will be caused by variants, even if vaccine has similar effectiveness against variants
  – CDC monitors nationwide vaccine breakthrough resulting in hospitalization or death

▪ As of June 28, among almost 154 million fully vaccinated in U.S., 3,187 hospitalizations & 656 deaths likely COVID-related, reported to passive surveillance**
  – Among hospitalized or fatal breakthrough cases, 75% among ages ≥65 years

▪ Cumulative proportion of variants of concern among breakthrough cases similar to that observed in CDC's national genomic surveillance

* **Vaccine breakthrough case**: Person with SARS-CoV-2 RNA or antigen detected in respiratory specimen collected ≥14 days after completing primary series of an FDA-authorized COVID-19 vaccine
** COVID-19 Breakthrough Case Investigations and Reporting | CDC as of 6/28/21; another 1,240 hospitalizations and  223 fatal cases reported as asymptomatic or not related to COVID-19.
CDC COVID-19 Vaccine Breakthrough Case Investigations Team. http://dx.doi.org/10.15585/mmwr.mm7021e3    10

T42AR-0002914

# Do SARS-CoV-2 Variants Cause More Breakthrough Cases?

- Israel — VOCs in Pfizer-vaccinated cases vs. unvaccinated matched controls
  - Context: B.1.1.7 (Alpha) dominant strain; B.1.351 (Beta)  <1% of all specimens
  - Fully immunized cases — higher proportion of B.1.351 (matched **OR = 8.0**)
  - Partially immunized cases — higher proportion of B.1.1.7 (matched **OR = 2.6**)
  - Limitation: small sample sizes (especially B.1.351 = 9 cases)

- India investigation of breakthrough cases among HCW who received AstraZeneca vaccine showed higher viral loads & higher transmission for B.1.617.2 vs. B.1.1.7

Kustin et al. Nat Med (2021); McEwan et al. medRxiv preprint; Jacobson et al. medRxiv preprint ; Micochova et al. Research Square preprint 11

T42AR-0002915

# Summary of Preliminary Data: Implications of SARS-CoV-2 Variants of Concern on Vaccine Effectiveness

| B.1.1.7 (Alpha) | • High prevalence in United States<br>• Minimal impact on VE; attention needed for additional substitutions in receptor binding domain (RBD), e.g., E484K |
|---|---|
| B.1.351 (Beta) | • Low prevalence in United States<br>• Moderate impact on VE for some vaccines, but likely protect against severe disease |
| P.1 (Gamma) | • Increasing prevalence in United States; same 3 RBD substitutions as B.1.351<br>• Additional data needed on potential impact on VE |
| B.1.617.2 (Delta) | • Increasing prevalence in United States<br>• Moderate impact on VE for some vaccines, but likely protect against severe disease; more data needed (Janssen) |

T42AR-0002916

# Duration of immunity

- To date, available data demonstrate antibody persistence at least:
  - 8 months after COVID-19 infection
  - 6 months after the 2nd mRNA vaccine dose

- Two studies, 6 months after receiving Moderna vaccine
  - Lower neutralizing titers & higher proportions (~50%) with undetectable neutralizing titers against B.1.351 and P.1, compared with ancestral strain

- Modeling studies make similar predictions & highlight that vaccines with higher initial efficacy likely to have longer duration of immunity

Gaebler, C. et al. Evolution of antibody immunity to SARS-CoV-2. Nature 591, 639–644 (2021).
Dan, J. M. et al. Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection. Science 371, eabf4063 (2021)
Choe et al. Antibody Responses 8 Months after Asymptomatic or Mild SARS-CoV-2 Infection. Emerg Infect Dis. 2021;27(3):928-931.
Doria-Rose et al. Antibody Persistence through 6 Months after the Second Dose of mRNA-1273 Vaccine for Covid-19. N Engl J Med 2021; 384:2259-226
https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-confirm-high-efficacy-and-no-serious
Khoury et al. Nat Med (2021). https://doi.org/10.1038/s41591-021-01377-8 ; Pegu et al. bioRxiv preprint (May 16 2021): https://doi.org/10.1101/2021.05.13.444010
Wu et al. medRxiv preprint (2021): https://doi.org/10.1101/2021.05.05.21256716  Luo, Hu, Letterio, medRxiv preprint (4 2021): medRxiv preprint doi: https://doi.org/10.1101/2021.05.04.21256537

T42AR-0002917

# Modeling Study: Protection from severe infection predicted to persist longer than protection against mild infection



- After initial exponential decay, antibody half-lives generally stabilize to ≥10 years (linear decline)
- Depending on when transition occurs, proportion of individuals predicted to be protected against severe disease long-term, even without boosters, but may be susceptible to mild infection

Khoury *et al. Nat Med* (2021). https://doi.org/10.1038/s41591-021-01377-8

14

T42AR-0002918

# Boosters and Second-Generation Vaccines Against SARS-CoV-2 Variants

▨ Manufacturers launching booster studies of current vaccines and/or developing second-generation vaccines against B.1.351

▨ Moderna — preliminary phase 2 results of single 50 µg booster of authorized (mRNA-1273) and variant-specific vaccine (mRNA-1273.351)
   – Both vaccines — acceptable safety; boosted immunity to all types (wild-type, B.1.351, P.1)
   – mRNA-1273.351 booster more effective than mRNA-1273 at neutralizing B.1.351
   – In progress — bivalent vaccine with 1:1 mix of original & variant vaccine (mRNA-1273.211)

▨ On June 23, ACIP discussed evidence needed to inform potential future recommendations for booster doses
   – Further data needed on safety and immunogenicity of booster doses, and public health need
   – Informed by data on correlates of protection, vaccine effectiveness, vaccine breakthrough, and duration of immunity

Wu et al. medRxiv preprint (May 6, 2021): https://doi.org/10.1101/2021.05.05.21256716
https://investors.modernatx.com/news-releases/news-release-details/moderna-announces-positive-initial-booster-data-against-sars-cov/
https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-initiate-study-part-broad-development
https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-06/06-COVID-Oliver-508.pdf

15

T42AR-0002919

# Ongoing CDC Vaccine Assessments



T42AR-0002920

# COVID-19 Vaccine Effectiveness Assessments

| VE priority | Design |
| --- | --- |
| Infection and transmission | Prospective cohort among healthcare personnel & frontline workers; transmissibility evaluation in LTCF and other congregate settings; case-ascertained household cohorts for transmission |
| Non-severe disease | Test-negative design (TND) case-control among healthcare personnel; TND case-control among outpatients; Electronic health record (EHR) datasets |
| Severe disease/hospitalization | Test-negative design (for adults and children); conventional case-control using hospitalized controls; EHR datasets (CDC, CMS, FDA, VA) |
| Older adults, including residents of long-term care facilities (LTCF) | Case-control among adults ≥65 years; National Healthcare Safety Network comparison to population coverage estimated through immunization registries; Outbreaks in LTCF; EHR datasets (CDC, CMS, FDA, VA) |
| Those with key underlying conditions (e.g., immunocompromised) | Captured above |
| Disproportionately affected racial/ethnic groups | Captured above; test-negative design in American Indian/Alaska Native population |
| Vaccine impact | Ecologic analyses of disease incidence/seroprevalence and vaccine coverage; comparisons of expected vs observed impact; Estimates of burden averted |
| Duration of protection | Captured above |
| Impact of variants | Captured above |

17

T42AR-0002921

# Vaccine Effectiveness – Duration of Protection

- Several VE assessments plan to look at duration of protection including:
  - Prospective cohorts
  - Test-negative design (TND) case-control studies
  - Retrospective analyses of EHR datasets

- Challenges for assessing duration of protection:
  - Increasing coverage means unvaccinated may become a biased comparator group
  - Clustering of timing of vaccination by priority group limits some other analytic approaches
  - Declining disease incidence (a good problem)
  - Changing variant prevalence

- Anticipate early data on duration of protection in the fall
  - Precision of estimates will depend on disease incidence, impact of variant viruses, and whether there is evidence of waning

18

T42AR-0002922

# Vaccine Effectiveness – Duration of Protection

**Examples**

- **HEROES-RECOVER Cohort (prospective cohort)**
  - ~5,000 essential workers tested weekly for SARS-CoV-2 and quarterly serology
  - To date, fully vaccinated populations followed for ~130 days (~4 months) post-vaccination
  - Assess neutralizing antibodies 6-months post-vaccination

- **IVY VE Network (TND case-control)**
  - Hospital-based collaboration with 21 tertiary academic medical centers in 19 states
  - Will assess duration of protection by stratifying by time since vaccination in cases and controls

- **VISION VE Network (Retrospective EHR)**
  - Multi-state network of 8 integrated care systems and research centers including 187 hospitals and 267 emergency departments and urgent care clinics
  - COVID-19 confirmed by molecular assays and vaccination documented by EHR & registries
  - Will use TND methods described above to assess duration of protection

T42AR-0002923

# Vaccine Effectiveness Against SARS-CoV-2 Variants

- Many of the prospective platforms described incorporate sequence data
- However, our ability to derive variant-specific VE estimates will depend on disease incidence and variant prevalence over the coming months
- Outbreaks in congregate settings like LTCFs or correctional facilities may provide early assessments of variant-specific VE

Morbidity and Mortality Weekly Report (*MMWR*)

CDC

COVID-19 Outbreak Associated with a SARS-CoV-2 R.1 Lineage Variant in a Skilled Nursing Facility After Vaccination Program — Kentucky, March 2021

*Weekly / April 30, 2021 / 70(17);639-643*

*On April 21, 2021, this report was posted online as an MMWR Early Release.*

Alyson M. Cavanaugh, DPT, PhD[1,2]; Sarah Fortier, MPH[2]; Patricia Lewis[2]; Vaneet Arora, MD[2]; Matt Johnson[2]; Karim George[2]; Joshua Tobias, PhD[2]; Stephanie Lunn, MPH[2]; Taylor Miller, MPH[2]; Douglas Thoroughman, PhD[2,3]; Kevin B. Spicer, MD, PhD[2,4] (View author affiliations)

View suggested citation

20

T42AR-0002924

# Vaccine Breakthrough Evaluations

- **Emerging Infections Program (EIP) Project**
  - Compare frequency of SARS-CoV-2 variants of concern among vaccinated and unvaccinated cases enrolled at nine EIP sites*

- **Respiratory Virus Transmission Network (previously FluTes)**
  - Case-ascertained household transmission study in ~1200 households in ~6 sites
  - Enroll both vaccinated and unvaccinated cases and their household contacts
  - Assess breakthrough infections and their transmissibility within the household

- **National Healthcare Safety Network (NHSN) monitoring**
  - Mandated reporting of COVID-19 cases and their vaccination status from LTCFs
  - Due to high vaccination coverage in LTCF residents, often too few unvaccinated to estimate VE
  - Frequently outbreaks follow introduction of SARS-CoV-2 by unvaccinated staff members
  - Important to monitor for policy implications and to assess infection control practices

* https://www.cdc.gov/ncezid/dpei/eip/eip-sites.html (including 9 of 10 EIP sites, excluding NM)

T42AR-0002925

# Other Vaccine Breakthrough Evaluations

- Ongoing collaborations with State and Local Health Departments on outbreaks and other epidemiologic investigations
  - Ongoing outbreaks in congregate settings including LTCF and corrections facilities
  - May evaluate proxies of transmissibility during outbreaks in congregate settings
  - May include assessments of breakthrough infections in camps or schools

- Exploring international collaborations
  - Selected healthcare worker cohort studies
  - Monitoring breakthrough cases among US Embassy personnel with State Med
  - Possible collaboration with DoD on breakthrough infections in overseas servicemembers

\* https://www.cdc.gov/ncezid/dpei/eip/eip-sites.html (including 9 of 10 EIP sites, excluding NM)

T42AR-0002926

# Summary:

- CDC is closely monitoring real-world vaccine effectiveness and breakthrough infections using multiple methods, populations, outcomes, and locations

- CDC continues to monitor emerging variants, prevalence of VOC, and their impact on disease incidence, severity, and vaccine breakthrough

- Current FDA EUA-approved vaccines protect against known variants
  - Evident through VE studies, serologic studies of neutralizing antibodies, etc.

- Important to increase vaccine uptake in eligible populations
  - Especially in healthcare workers and families of LTCF residents and immunocompromised

- ACIP will review evidence submitted for boosters and any next-generation vaccines

T42AR-0002927

# References



T42AR-0002928

# References for variant neutralization [1]

1. Alenquer M FF, Lousa D, et al. Amino acids 484 and 494 of SARS-CoV-2 spike are hotspots of immune evasion affecting antibody but not ACE2 binding. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.04.22.441007v2.

2. **Alter et al. Immunogenicity of Ad26.COV2.S vaccine against SARS-CoV-2 variants in humans. Nature (2021). https://doi.org/10.1038/s41586-021-03681-2**

3. **Anichini, G.; Terrosi, C.; Gori Savellini, G. et al. Neutralizing Antibody Response of Vaccinees to SARS-CoV-2 Variants. Vaccines 2021,9, 517. https://doi.org/10.3390/vaccines9050517**

4. Annavajhala MK, Mohri H, Zucker JE, Sheng Z, Wang P, Gomez-Simmonds A, et al. A Novel SARS-CoV-2 Variant of Concern, B.1.526, Identified in New York. medRxiv. 2021;https://www.ncbi.nlm.nih.gov/pubmed/33655278.

5. **Arora et al. Increased lung cell entry of B.1.617.2 and evasion of antibodies induced by 1 infection and BNT162b2 vaccination. bioRxiv preprint: https://doi.org/10.1101/2021.06.23.449568**

6. Bates T LH, Lyski ZL, et al. Neutralization of SARS-CoV-2 variants by convalescent and vaccinated serum. medRxiv.2021; https://www.medrxiv.org/content/10.1101/2021.04.04.21254881v1.

7. Becker M DA, Junker D, et al. Immune response to SARS-CoV-2 variants of concern in vaccinated individuals. medRxiv. 2021;https://doi.org/10.1101/2021.03.08.21252958.

8. **Caniels et al. Emerging SARS-CoV-2 variants of concern evade humoral immune responses from infection and 1 vaccination. medRxiv preprint 2021: https://doi.org/10.1101/2021.05.26.21257441**

9. Chen RE, Zhang X, Case JB, Winkler ES, Liu Y, VanBlargan LA, et al. Resistance of SARS-CoV-2 variants to neutralization by monoclonal and serum-derived polyclonal antibodies. Nat Med. 2021.

10. **Choi et al. Serum Neutralizing Activity of mRNA-1273 against SARS-CoV-2 Variants. bioRxiv preprinti: https://doi.org/10.1101/2021.06.28.449914**

11. Collier DA, De Marco A, Ferreira I, Meng B, Datir R, Walls AC, et al. Sensitivity of SARS-CoV-2 B.1.1.7 to mRNA vaccine-elicited antibodies. Nature. 2021.

12. **Davis et al. Reduced neutralisation of the Delta (B.1.617.2) SARS-CoV-2 variant of concern following vaccination. medRxiv preprint: https://doi.org/10.1101/2021.06.23.21259327**

13. Dejnirattisai W, Zhou D, Supasa P, Liu C, Mentzer AJ, Ginn HM, et al. Antibody evasion by the P.1 strain of SARS-CoV-2. Cell. 2021.

14. Deng X, Garcia-Knight MA, Khalid MM, Servellita V, Wang C, Morris MK, et al. Transmission, infectivity, and neutralization of a spike L452R SARS-CoV-2 variant. Cell. 2021.

15. Edara VV, Hudson WH, Xie X, Ahmed R, Suthar MS. Neutralizing Antibodies Against SARS-CoV-2 Variants After Infection and Vaccination. JAMA. 2021.

16. **Edara VV, Norwood C, Floyd K, et al. Reduced binding and neutralization of infection- and vaccine-induced antibodies to the B.1.351 (South African) SARS-CoV-2 variant. bioRxiv preprint 2021; https://doi.org/10.1101/2021.02.20.432046**

17. Edara VV LL, Sahoo MK, et al. Infection and vaccine-induced neutralizing antibody responses to the SARS-CoV-2 B.1.617.1 variant. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.09.443299v1.

18. Emary KRW, Golubchik T, Aley PK, Ariani CV, Angus B, Bibi S, et al. Efficacy of ChAdOx1 nCoV-19 (AZD1222) vaccine against SARS-CoV-2 variant of concern 202012/01 (B.1.1.7): an exploratory analysis of a randomised controlled trial. Lancet. 2021;397(10282):1351-62.

19. Garcia-Beltran WF, Lam EC, St Denis K, Nitido AD, Garcia ZH, Hauser BM, et al. Multiple SARS-CoV-2 variants escape neutralization by vaccine-induced humoral immunity. Cell. 2021.

25

T42AR-0002929

# References for variant neutralization [2]

20. **Geers D, Shamier MC, Bogers S, et al. SARS-CoV-2 variants of concern partially escape humoral but not T-cell responses in COVID-19 convalescent donors and vaccinees. Science Immunology 2021: https://immunology.sciencemag.org/content/6/59/eabj1750**

21. Gonzalez C. Saade C BA, et al. Live virus neutralisation testing in convalescent patients and subjects vaccinated against 19A, 20B, 20I/501Y.V1 and 20H/501Y.V2 isolates of SARS-CoV-2. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.11.21256578v1.full.pdf.

22. Hoffmann M H-WH, Kruger N, et al. SARS-CoV-2 variant B.1.617 is resistant to Bamlanivimab and evades antibodies induced by infection and vaccination. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.04.442663v1.

23. Hoffmann M, Arora P, Gross R, Seidel A, Hornich BF, Hahn AS, et al. SARS-CoV-2 variants B.1.351 and P.1 escape from neutralizing antibodies. Cell. 2021;184(9):2384-93 e12.

24. Leier HC BT, Lyski ZL, et al. Previously infected vaccinees broadly neutralize SARS-CoV-2 variants. medRxiv. 2021; https://www.medrxiv.org/content/10.1101/2021.04.25.21256049v1.

25. Lilleri D VI, Bergami F, et al. SARS-CoV-2 mRNA vaccine BNT162b2 elicited a robust humoral and cellular response against SARS-CoV-2 variants. Research Square. 2021;https://www.researchsquare.com/article/rs-396284/v1.

26. Liu Y, Liu J, Xia H, Zhang X, Fontes-Garfias CR, Swanson KA, et al. Neutralizing Activity of BNT162b2-Elicited Serum. N Engl J Med. 2021.

27. Liu Y, Liu J, Xia H, Zhang X, Zou J, Fontes-Garfias CR, et al. BNT162b2-Elicited Neutralization against New SARS-CoV-2 Spike Variants. N Engl J Med. 2021.

28. **Liu C, Ginn HM, Dejnirattisai W, et al. Reduced neutralization of SARS-CoV-2 B.1.617 by vaccine and convalescent serum. Cell, 2021; https://doi.org/10.1016/j.cell.2021.06.020.**

29. **Liu J, et al. Correlation of vaccine-elicited antibody levels and neutralizing activities against SARS-CoV-2 and its variants. bioRxiv preprint 2021: https://doi.org/10.1101/2021.05.31.445871**

30. **Liu, J., Liu, Y., Xia, H. et al. BNT162b2-elicited neutralization of B.1.617 and other SARS-CoV-2 variants. Nature (2021). https://doi.org/10.1038/s41586-021-03693-y**

31. Madhi SA, Baillie V, Cutland CL, Voysey M, Koen AL, Fairlie L, et al. Efficacy of the ChAdOx1 nCoV-19 Covid-19 Vaccine against the B.1.351 Variant. N Engl J Med. 2021.

32. Marot S MI, Jary A, et al. Neutralization heterogeneity of United Kingdom and South-African SARS-CoV-2 variants in BNT162b2-vaccinated or convalescent COVID-19 healthcare workers. bioRxiv. 2021;https://doi.org/10.1101/2021.03.05.434089.

33. McCallum M BJ, De Marco A, et al. SARS-CoV-2 immune evasion by variant B.1.427/B.1.429. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.31.437925v1.

34. **Micochova et al. SARS-CoV-2 B.1.617.2 Delta variant emergence and vaccine breakthrough. Research Square preprint: https://www.researchsquare.com/article/rs-637724/v1**

35. **Moore et al. Neutralizing antibodies elicited by the Ad26.COV2.S COVID-19 vaccine show reduced activity against 501Y.V2 (B.1.351), despite protection against severe disease by this variant. bioRxiv preprint 2021: https://doi.org/10.1101/2021.06.09.447722**

36. Muik A, Wallisch AK, Sanger B, Swanson KA, Muhl J, Chen W, et al. Neutralization of SARS-CoV-2 lineage B.1.1.7 pseudovirus by BNT162b2 vaccine-elicited human sera. Science. 2021;371(6534):1152-3.

37. Planas D, Bruel T, Grzelak L, Guivel-Benhassine F, Staropoli I, Porrot F, et al. Sensitivity of infectious SARS-CoV-2 B.1.1.7 and B.1.351 variants to neutralizing antibodies. Nat Med. 2021;27(5):917-24.

38. **Planas D, et al. Reduced sensitivity of infectious SARS-CoV-2 variant B.1.617.2 to monoclonal antibodies and sera from convalescent and vaccinated individuals. bioRxiv preprint 2021: https://doi.org/10.1101/2021.05.26.445838**

26

T42AR-0002930

# References for variant neutralization [3]

39.    Shen X, Tang H, McDanal C, Wagh K, Fischer W, Theiler J, et al. SARS-CoV-2 variant B.1.1.7 is susceptible to neutralizing antibodies elicited by ancestral spike vaccines. Cell Host Microbe. 2021.

40.    Shen X, Tang H, Pajon R, Smith G, Glenn GM, Shi W, et al. Neutralization of SARS-CoV-2 Variants B.1.429 and B.1.351. N Engl J Med. 2021.

41.    Skelly D HA, Gilbert-Jaramillo J, et al. Vaccine-induced immunity provides more robust heterotypic immunity than natural infection to emerging SARS-CoV-2 variants of concern. Research Square. 2021;https://www.researchsquare.com/article/rs-226857/v1.

42.    Stamatatos L, Czartoski J, Wan YH, Homad LJ, Rubin V, Glantz H, et al. mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection. Science. 2021.

43.    Supasa P, Zhou D, Dejnirattisai W, Liu C, Mentzer AJ, Ginn HM, et al. Reduced neutralization of SARS-CoV-2 B.1.1.7 variant by convalescent and vaccine sera. Cell. 2021.

44.    Tada T, Dcosta BM, Samanovic-Golden M, Herati RS, Cornelius A, Mulligan MJ, et al. Neutralization of viruses with European, South African, and United States SARS-CoV-2 variant spike proteins by convalescent sera and BNT162b2 mRNA vaccine-elicited antibodies. bioRxiv. 2021;https://www.ncbi.nlm.nih.gov/pubmed/33564768.

45.    Tada T ZH, Dcosta BM, et al. The Spike Proteins of SARS-CoV-2 B.1.617 and B.1.618 Variants Identified in India Provide Partial Resistance to Vaccine-elicited and Therapeutic Monoclonal Antibodies. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.14.444076v1.

46.    Trinite B PE, Marfil S, et al. Previous SARS-CoV-2 infection increases B.1.1.7 cross-neutralization by vaccinated individuals. bioRxiv. 2021; https://doi.org/10.1101/2021.03.05.433800.

**47.    Wall EC, Wu M, Harvey R, et al. Neutralising antibody activity against SARS-CoV-2 VOCs B.1.617.2 and B.1.351 by BNT162b2 vaccination. The Lancet 397 (10292), 2021. https://doi.org/10.1016/S0140-6736(21)01290-3**

48.    West AP WJ, Wang JC, et al. Detection and characterization of the SARS-CoV-2 lineage B.1.526 in New York. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.02.14.431043v3.

49.    Wang P, Nair MS, Liu L, Iketani S, Luo Y, Guo Y, et al. Antibody Resistance of SARS-CoV-2 Variants B.1.351 and B.1.1.7. Nature. 2021.

**50.    Wang P, Casner RG, Nair MS, et al. Increased resistance of SARS-CoV-2 variant P.1 to antibody neutralization. Cell Host Microbe 2021; https://doi.org/10.1016/j.chom.2021.04.007**

51.    Wu K, Werner AP, Koch M, Choi A, Narayanan E, Stewart-Jones GBE, et al. Serum Neutralizing Activity Elicited by mRNA-1273 Vaccine. N Engl J Med. 2021.

52.    Zhou D, Dejnirattisai W, Supasa P, Liu C, Mentzer AJ, Ginn HM, et al. Evidence of escape of SARS-CoV-2 variant B.1.351 from natural and vaccine-induced sera. Cell. 2021.

53.    Zhou H DB, Samanovic M, et al. . B.1.526 SARS-CoV-2 variants identified in New York City are neutralized by vaccine-elicited and therapeutic monoclonal antibodies. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.24.436620v1.full.pdf.

References in bold are not included in the most recent update of the CDC Science Brief: https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html

T42AR-0002931



For more information, contact CDC
1-800-CDC-INFO (232-4636)
TTY:  1-888-232-6348    www.cdc.gov

The findings and conclusions in this report are those of the authors and do not necessarily represent the
official position of the Centers for Disease Control and Prevention.



T42AR-0002932

You are viewing a backup copy of the site taken at 5am on 04/06/2021

 Centers for Disease
Control and Prevention

COVID-19

# Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments

Updated Apr. 5, 2021 Print

The principal mode by which people are infected with SARS-CoV-2 (the virus that causes COVID-19) is through exposure to respiratory droplets carrying infectious virus. It is possible for people to be infected through contact with contaminated surfaces or objects (fomites), but the risk is generally considered to be low.

# Background

SARS-CoV-2, the virus that causes COVID-19, is an enveloped virus, meaning that its genetic material is packed inside an outer layer (envelope) of proteins and lipids. The envelope contains structures (spike proteins) for attaching to human cells during infection. The envelope for SARS-CoV-2, as with other enveloped respiratory viruses, is labile and can degrade quickly upon contact with surfactants contained in cleaning agents and under environmental conditions. The risk of fomite-mediated transmission is dependent on:

- The infection prevalence rate in the community
- The amount of virus infected people expel (which can be substantially reduced by wearing masks)
- The deposition of expelled virus particles onto surfaces (fomites), which is affected by air flow and ventilation
- The interaction with environmental factors (e.g., heat and evaporation) causing damage to virus particles while airborne and on fomites
- The time between when a surface becomes contaminated and when a person touches the surface
- The efficiency of transference of virus particles from fomite surfaces to hands and from hands to mucous membranes on the face (nose, mouth, eyes)
- The dose of virus needed to cause infection through the mucous membrane route

Because of the many factors affecting the efficiency of environmental transmission, the relative risk of fomite transmission of SARS-CoV-2 is considered low compared with direct contact, droplet transmission, or airborne transmission [1, 2]. However, it is not clear what proportion of SARS-CoV-2 infections are acquired through surface transmission. There have been few reports of COVID-19 cases potentially attributed to fomite transmission [1, 2]. Infections can often be attributed to multiple transmission pathways. Fomite transmission is difficult to prove definitively, in part because respiratory transmission from asymptomatic people cannot be ruled out [3, 4, 5]. Case reports indicate that SARS-CoV-2 is transmitted between people by touching surfaces an ill person has recently coughed or sneezed on, and then directly touching the mouth, nose, or eyes [3, 4, 5]. Hand hygiene is a barrier to fomite transmission and has been associated with lower risk of infection [6].

Quantitative microbial risk assessment (QMRA) studies have been conducted to understand and characterize the relative risk of SARS-CoV-2 fomite transmission and evaluate the need for and effectiveness of prevention measures to reduce risk. Findings of these studies suggest that the risk of SARS-CoV-2 infection via the fomite transmission route is low, and generally less than 1 in 10,000, which means that each contact with a contaminated surface has less than a 1 in 10,000 chance of causing an infection [7, 8, 9]. Some studies estimated exposure risks primarily using outdoor environmental SARS-CoV-2 RNA quantification data. They noted that their QMRA estimates are subject to uncertainty that can be reduced with additional data to improve the accuracy and precision of information that is entered into the models. Concentrations of infectious SARS-CoV-2 on outdoor surfaces could be expected to be lower than indoor surfaces because of air dilution and movement, as well as harsher environmental conditions, such as sunlight. One QMRA study also evaluated the effectiveness of prevention measures that reduce the risk of fomite transmission and found that hand hygiene could substantially reduce the risk of SARS-CoV-2 transmission from contaminated surfaces, while surface disinfection once- or twice-per-day had little impact on reducing estimated risks [9].

# Surface survival

Numerous researchers have studied how long SARS-CoV-2 can survive on a variety of porous and non-porous surfaces [10, 11, 12, 13, 14, 15]. On porous surfaces, studies report inability to detect viable virus within minutes to hours; on non-porous surfaces, viable virus can be detected for days to weeks. The apparent, relatively faster inactivation of SARS-CoV-2 on porous compared with non-porous surfaces might be attributable to capillary action within pores and faster aerosol droplet evaporation [16].

Data from surface survival studies indicate that a 99% reduction in infectious SARS-CoV-2 and other coronaviruses can be expected under typical indoor environmental conditions within 3 days (72 hours) on common non-porous surfaces like stainless steel, plastic, and glass [10, 11, 12, 13, 15]. However, experimental conditions on both porous and non-porous surfaces do not necessarily reflect real-world conditions, such as initial virus amount (e.g., viral load in respiratory droplets) and factors that can remove or degrade the virus, such as ventilation and changing environmental conditions [8, 9]. They also do not account for inefficiencies in transfer of the virus between surfaces to hands and from hands to mouth, nose, and eyes [8, 9]. In fact, laboratory studies try to optimize the recovery of viruses from surfaces (e.g., purposefully swabbing the surface multiple times or soaking the contaminated surface in viral transport medium before swabbing). When accounting for both surface survival data and real-world transmission factors, the risk of fomite transmission after a person with COVID-19 has been in an indoor space is minor after 3 days (72 hours), regardless of when it was last cleaned [8, 9, 10, 11, 12, 13, 15].

# Effectiveness of cleaning and disinfection

Both cleaning (use of soap or detergent) and disinfection (use of a product or process designed to inactivate SARS-CoV-2) can reduce the risk of fomite transmission. Cleaning reduces the amount of soil (e.g., dirt, microbes and other organic agents, and chemicals) on surfaces, but efficacy varies by the type of cleaner used, cleaning procedure, and how well the cleaning is performed. No reported studies have investigated the efficacy of surface cleaning (with soap or detergent not containing a registered disinfectant ☑ ) for reducing concentrations of SARS-CoV-2 on non-porous surfaces. From studies of cleaning focused on other microbes, a 90–99.9% reduction of microbe levels could be possible depending on the cleaning method and the surface being cleaned [17, 18]. In addition to physical removal of SARS-CoV-2 and other microbes, surface cleaning can be expected to degrade the virus. Surfactants in cleaners can disrupt and damage the membrane of an enveloped virus like SARS-CoV-2 [19, 20, 21].

To substantially inactivate SARS-CoV-2 on surfaces, the surface must be treated with a disinfectant product ☑ registered with the Environmental Protection Agency's (EPA's) List N ☑ or technology that has been shown to be effective against the virus [22]. Disinfectant products might also contain cleaning agents, so they are designed to clean by both removing soil and inactivating microbes. Cleaners and disinfectants should be used safely, following the manufacturer guidance. There have been increases in poisonings and injuries from unsafe use of cleaners and disinfectants since the start of the COVID-19 pandemic [23]. Some types of disinfection applications, particularly those including fogging or misting, are neither safe nor effective for inactivating the virus unless properly used [24].

Surface disinfection has been shown to be effective for preventing secondary transmission of SARS-CoV-2 between an infected person and other people within households [25]. However, there is little scientific support for routine use of disinfectants in community settings, whether indoor or outdoor, to prevent SARS-CoV-2 transmission from fomites. In public spaces and community settings, available epidemiological data and QMRA studies indicate that the risk of SARS-CoV-2 transmission from fomites is low—compared with risks from direct contact, droplet transmission or airborne transmission [8, 9]. Routine cleaning performed effectively with soap or detergent, at least once per day, can substantially reduce virus levels on surfaces. When focused on high-touch surfaces, cleaning with soap or detergent should be enough to further reduce the relatively low transmission risk from fomites in situations when there has not been a suspected or confirmed case of COVID-19 indoors. In situations when there has been a suspected or confirmed case of COVID-19 indoors within the last 24 hours, the presence of infectious virus on surfaces is more likely and therefore high-touch surfaces should be disinfected [26].

# Response to a case in an indoor environment

When a person with suspected or confirmed COVID-19 has been indoors, virus can remain suspended in the air for minutes to hours. The length of time virus remains suspended and is infectious depends on numerous factors, including viral load in respiratory droplets or in small particles, disturbance of air and surfaces, ventilation, temperature, and humidity [27, 28, 29, 30, 31]. Wearing masks consistently and correctly can substantially reduce the amount of virus indoors, including the amount of virus that lands on surfaces [32].

Based on limited epidemiologic and experimental data, the risk of infection from entering a space where a person with COVID-19 has been is low after 24 hours. During the first 24 hours, the risk can be reduced by increasing ventilation and waiting as long as possible before entering the space (at least several hours, based on documented airborne transmission cases), and using personal protective equipment (including any protection needed for the cleaning and disinfection products) to reduce risk. Certain techniques can improve the fit and filtration effectiveness of masks [32].

After a person with suspected or confirmed COVID-19 has been in an indoor space, the risk of fomite transmission from any surfaces is minor after 3 days (72 hours). Researchers have found that 99% reduction in infectious SARS-CoV-2 on non-porous surfaces can occur within 3 days [8, 9, 10, 11, 12, 13]. In indoor settings, risks can be reduced by wearing masks (which reduces droplets that can be deposited on surfaces), routine cleaning, and consistent hand hygiene.

# Conclusion

People can be infected with SARS-CoV-2 through contact with surfaces. However, based on available epidemiological data and studies of environmental transmission factors, surface transmission is not the main route by which SARS-CoV-2 spreads, and the risk is considered to be low. The principal mode by which people are infected with SARS-CoV-2 is through exposure to respiratory droplets carrying infectious virus. In most situations, cleaning surfaces using soap or detergent, and not disinfecting, is enough to reduce risk. Disinfection is recommended in indoor community settings where there has been a suspected or confirmed case of COVID-19 within the last 24 hours. The risk of fomite transmission can be reduced by wearing masks consistently and correctly, practicing hand hygiene, cleaning, and taking other measures to maintain healthy facilities.

# References

1. E. A. Meyerowitz, A. Richterman, R. T. Gandhi and P. E. Sax, "Transmission of SARS-CoV-2: a review of viral, host, and environmental factors," Annals of internal medicine, 2020.

2. G. Kampf, Y. Brüggemann, H. Kaba, J. Steinmann, S. Pfaender, S. Scheithauer and E. Steinmann, "Potential sources, modes of transmission and effectiveness of prevention measures against SARS-CoV-2," Journal of Hospital Infection, 2020.

3. S. Bae, H. Shin, H. Koo, S. Lee, J. Yang and Y. D, "Asymptomatic transmission of SARS-CoV-2 on evacuation flight," Emerg Infect Dis, vol. 26, no. 11, pp. 2705-2708, 2020.

4. J. Cai, W. Sun, J. Huang, M. Gamber, J. Wu and G. He, "Indirect virus transmission in cluster of COVID-19 cases, Wenzhou, China, 2020.," Emerging infectious diseases, vol. 26, no. 6, p. 1343, 2020.

5. C. Xie, H. Zhao, K. Li, Z. Zhang, X. Lu, H. Peng, D. Wang, J. Chen, X. Zhang, D. Wu, Y. Gu, J. Yuan, L. Zhang and J. Lu, "The evidence of indirect transmission of SARS-CoV-2 reported in Guangzhou, China," BMC Public Health, vol. 20, no. 1, p. 1202, 2020.

6. P. Doung-Ngern, R. Suphanchaimat, A. Panjangampatthana, C. Janekrongtham, D. Ruampoom, N. Daochaeng, N. Eungkanit, N. Pisitpayat, N. Srisong, O. Yasopa, P. Plernprom, P. Promduangsi, P. Kumphon, P. Suangtho, P. Watakulsin, S. Chaiya, S. Kripattanapong, T. Chantian and E. Bloss, "Case-Control Study of Use of Personal Protective Measures and Risk for SARS-CoV 2 Infection, Thailand," Emerging Infectious Diseases, vol. 26, no. 11, pp. 2607-2616, 2020.

7. A. M. Wilson, M. H. Weir, S. F. Bloomfield, E. A. Scott and K. A. Reynold, "Modeling COVID-19 infection risks for a single hand-to-fomite scenario and potential risk reductions offered by surface disinfection," American Journal of Infection Control, vol. Article In Press, pp. 1-3, 2020.

8. A. P. Harvey, E. R. Fuhrmeister, M. E. Cantrell, A. K. Pitol, S. J. M, J. E. Powers, M. L. Nadimpalli, T. R. Julian and A. J. Pickering, "Longitudinal monitoring of SARS-CoV-2 RNA on high-touch surfaces in a community setting," Environmental Science & Technology Letters, pp. 168-175, 2020.

9. A. K. Pitol and T. R. Julian, "Community transmission of SARS-CoV-2 by fomites: Risks and risk reduction strategies," Environmental Science and Technology Letters, 2020.

10. J. Biryukov, J. A. Boydston, R. A. Dunning, J. J. Yeager and e. al., "Increasing temperature and relative humidity accelerates inactivation of SARS-CoV-2 on surfaces," mSphere, vol. 5, no. 4, p. e00441-20, 2020.

11. A. Chin, J. Chu, M. Perera, K. Hui, H. L. Yen, M. Chan, M. Peiris and L. Poon, "Stability of SARS-CoV-2 in different environmental conditions.," Lancet Microbe, vol. 1, p. e10, 2020.

12. A. Kratzel, S. Steiner, D. Todt, P. V'kovski, Y. Brueggemann, J. Steinmann, E. Steinmann, V. Thiel and S. Pfaender, "Temperature-dependent surface stability of SARS-CoV-2," Journal of Infection, vol. 81, no. 3, pp. 452-482, 2020.

T42AR-0003156

13. Y. Liu, T. Li, Y. Deng, S. Liu, D. Zhang, H. Li, X. Wang, L. Jia, J. Han, Z. Bei and L. Li, "Stability of SARS-CoV-2 on environmental surfaces and in human excreta," Journal of Hospital Infection, vol. 107, pp. 105-107, 2021.

14. S. Riddell, S. Goldie, A. Hill, D. Eagles and T. W. Drew, "The effect of temperature on persistence of SARS-CoV-2 on common surfaces," Virology Journal, vol. 17, no. 1, pp. 1-7, 2020.

15. N. van Doremalen, T. Bushmaker, D. H. Morris, M. G. Holbrook, A. Gamble, B. N. Williamson, A. Tamin, J. L. Harcourt, N. J. Thornburg, S. I. Gerber and J. O. Lloyd-Smith, "Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1," New England Journal of Medicine, vol. 382, no. 16, pp. 1564-1567, 2020.

16. S. Chatterjee, J. S. Murallidharan, A. Agrawal and R. and Bhardwaj, "Why coronavirus survives longer on impermeable than porous surfaces," Physics of Fluids, vol. 33, 2021.

17. L. Delhalle, B. Taminiau, S. Fastrez, A. Fall, M. Ballesteros, S. Burteau and G. Daube, "Evaluation of Enzymatic Cleaning on Food Processing Installations and Food Products Bacterial Microflora," Frontiers in Microbiology, p. 1827, 2020.

18. H. Gibson, J. Taylor, K. Hall and J. Holah, "Effectiveness of cleaning techniques used in the food industry in terms of the removal of bacterial biofilms," Journal of Food Protection, vol. 87, pp. 41-48, 1999.

19. R. Dehbandi and M. A. Zazouli, "Stability of SARS-CoV-2 in different environmental conditions," The Lancet Microbe, vol. 1, no. 4, p. e145, 2020.

20. R. Jahromi, V. Mogharab, H. Jahromi and A. Avazpour, "Synergistic effects of anionic surfactants on coronavirus (SARS-CoV-2) virucidal efficiency of sanitizing fluids to fight COVID-19," Food and Chemical Toxicology, vol. 145, p. 111702, 2020.

21. M. Gerlach, S. Wolff, S. Ludwig, W. Schaefer, B. Keiner, N. J. Roth and E. Widmer, "Rapid SARS-CoV-2 inactivation by commonly available chemicals on inanimate surfaces," Journal of Hospital Infection, 2020.

22. Environmental Protection Agency, "List N: Disinfectants for Coronavirus (COVID-19)," [Online]. Available: https://www.epa.gov/pesticide-registration/list-n-disinfectants-coronavirus-covid-19. [Accessed 12 February 2021].

23. A. Chang, A. H. Schnall, R. Law, A. C. Bronstein, J. M. Marraffa, H. A. Spiller, H. L. Hays, A. R. Fun, M. Mercurio-Zappala, D. P. Calello, A. Aleguas, D. J. Borys, T. Boehmer and E. Svendsen, "Cleaning and Disinfectant Chemical Exposures and Temporal Associations with COVID-19 — National Poison Data System, United States, January 1, 2020–March 31, 2020," Morbidity and Mortality Weekly Report (MMWR), vol. 69, no. 16, pp. 496-498, 2020.

24. EPA, "Can I use fogging, fumigation, or electrostatic spraying or drones to help control COVID-19?," 7 January 2021. [Online]. Available: https://www.epa.gov/coronavirus/can-i-use-fogging-fumigation-or-electrostatic-spraying-or-drones-help-control-covid-19. [Accessed 17 February 2021].

25. Y. Wang, H. Tian, L. Zhang, M. Zhang and e. al., "Reduction of secondary transmission of SARS-CoV-2 in households by face mask use, disinfection and social distancing: a cohort study in Beijing, China," BMJ Global Health, vol. 5, no. 5, p. e002794, 2020.

26. J. L. Santarpia, D. N. Rivera, V. L. Herrera, M. J. Morwitzer, H. M. Creager, G. W. Santarpia, K. K. Crown, D. M. Brett-Major, E. R. Schnaubelt, M. J. Broadhurst and J. V. Lawler, "Aerosol and surface contamination of SARS-CoV-2 observed in quarantine and isolation care," Scientific Reports, vol. 10, no. 13892, 2020.

27. R. L. Corsi, J. A. Siegel and C. Chiang, "Particle resuspension during the use of vacuum cleaners on residential carpet," Journal of Occupational and Environmental Hygiene, vol. 5, no. 4, pp. 232-238, 2008.

28. R. M. Jones and L. M. Brosseau, "Aerosol transmission of infectious disease," J Occup Environ Med., vol. 57, no. 5, pp. 501-508, 2015.

29. S. Zheng, J. Zhang, J. Mou, W. Du, Y. Yu and L. Wang, "The influence of relative humidity and ground material on indoor walking-induced particle resuspension," Journal of Environmental Science and Health, vol. 54, no. 10, p. 104, 2019.

30. E. P. Vejerano and L. C. Marr, "Physico-chemical characteristics of evaporating respiratory fluid droplets.," J. R. Soc. Interface , vol. 15, p. 20170939, 2018.

31. L. M. Casanova, S. Jeon, W. A. Rutala, D. J. Weber and M. D. Sobsey, "Effects of air temperature and relative humidity on coronavirus survival on surfaces," Appl Environ Microbiol, vol. 76, no. 9, pp. 2712-2717, 2010.

32. J. T. Brooks, D. H. Beezhold, J. D. Noti, C. J. P, R. C. Derk, F. M. Blachere and W. G. Lindsley, "Morbidity and Mortality Weekly Report," Centers for Disease Control and Prevention, 10 February 2021. [Online]. Available: https://www.cdc.gov/mmwr/volumes/70/wr/mm7007e1.htm?s_cid=mm7007e1_w. [Accessed 12 February 2021].

33. K. H. Chan, J. M. Peiris, S. Y. Lam, L. L. Poon, K. Y. Yuen and W. H. Seto, "The effects of temperature and relative humidity on the viability of the SARS coronavirus," Advances in Virology, 2011.

34. S. M. Duan, X. S. Zhao, R. F. Wen, J. J. Huang, G. H. Pi, S. X. Zhang, J. Han, S. L. Bi, L. Ruan and X. P. Dong, "Stability of SARS coronavirus in human specimens and environment and its sensitivity to heating and UV irradiation," Biomed Environ Sci, vol. 16, no. 3, pp. 246-255, 2003.

35. M. Y. Lai, P. K. Cheng and W. W. Lim, "Survival of severe acute respiratory syndrome coronavirus," Clinical Infectious Diseases, vol. 41, no. 7, pp. e67-71, 2005.

36. H. F. Rabenau, J. Cinatl, B. Morgenstern, G. Bauer, W. Preiser and H. W. Doerr, "Stability and inactivation of SARS coronavirus," Med Microbiol Immunol, vol. 194, pp. 1-6, 2005.

Last Updated Apr. 5, 2021

T42AR-0003158

You are viewing a backup copy of the site taken at 5am on 05/08/2021

 Centers for Disease
Control and Prevention

COVID-19

# Scientific Brief: SARS-CoV-2 Transmission

Updated May 7, 2021 Print

## Summary of recent changes

Updates as of May 7, 2021                                                                      –

- This science brief has been updated to reflect current knowledge about SARS-CoV-2 transmission and reformatted to be more concise.
- Modes of SARS-CoV-2 transmission are now categorized as inhalation of virus, deposition of virus on exposed mucous membranes, and touching mucous membranes with soiled hands contaminated with virus.
- Although how we understand transmission occurs has shifted, the ways to prevent infection with this virus have not. All prevention measures that CDC recommends remain effective for these forms of transmission.

## SARS-CoV-2 is transmitted by exposure to infectious respiratory fluids

The principal mode by which people are infected with SARS-CoV-2 (the virus that causes COVID-19) is through exposure to respiratory fluids carrying infectious virus. Exposure occurs in three principal ways: (1) inhalation of very fine respiratory droplets and aerosol particles, (2) deposition of respiratory droplets and particles on exposed mucous membranes in the mouth, nose, or eye by direct splashes and sprays, and (3) touching mucous membranes with hands that have been soiled either directly by virus-containing respiratory fluids or indirectly by touching surfaces with virus on them.

People release respiratory fluids during exhalation (e.g., quiet breathing, speaking, singing, exercise, coughing, sneezing) in the form of droplets across a spectrum of sizes.[1-9] These droplets carry virus and transmit infection.

- The largest droplets settle out of the air rapidly, within seconds to minutes.
- The smallest very fine droplets, and aerosol particles formed when these fine droplets rapidly dry, are small enough that they can remain suspended in the air for minutes to hours.

Infectious exposures to respiratory fluids carrying SARS-CoV-2 occur in three principal ways (not mutually exclusive):

1. Inhalation of air carrying very small fine droplets and aerosol particles that contain infectious virus. Risk of transmission is greatest within three to six feet of an infectious source where the concentration of these very fine droplets and particles is greatest.
2. Deposition of virus carried in exhaled droplets and particles onto exposed mucous membranes (i.e., "splashes and sprays", such as being coughed on). Risk of transmission is likewise greatest close to an infectious source where the concentration of these exhaled droplets and particles is greatest.
3. Touching mucous membranes with hands soiled by exhaled respiratory fluids containing virus or from touching inanimate surfaces contaminated with virus.

## The risk of SARS-CoV-2 infection varies according to the amount of virus to which a person is exposed

T42AR-0003186

Once infectious droplets and particles are exhaled, they move outward from the source. The risk for infection decreases with increasing distance from the source and increasing time after exhalation. Two principal processes determine the amount of virus to which a person is exposed in the air or by touching a surface contaminated by virus:

1. Decreasing concentration of virus in the air as larger and heavier respiratory droplets containing virus fall to the ground or other surfaces under the force of gravity and the very fine droplets and aerosol particles that remain in the airstream progressively mix with, and become diluted within, the growing volume and streams of air they encounter. This mixing is not necessarily uniform and can be influenced by thermal layering and initial jetting of exhalations.

2. Progressive loss of viral viability and infectiousness over time influenced by environmental factors such as temperature, humidity, and ultraviolet radiation (e.g., sunlight).

# Transmission of SARS-CoV-2 from inhalation of virus in the air farther than six feet from an infectious source can occur

With increasing distance from the source, the role of inhalation likewise increases. Although infections through inhalation at distances greater than six feet from an infectious source are less likely than at closer distances, the phenomenon has been repeatedly documented under certain preventable circumstances.[10-21] These transmission events have involved the presence of an infectious person exhaling virus indoors for an extended time (more than 15 minutes and in some cases hours) leading to virus concentrations in the air space sufficient to transmit infections to people more than 6 feet away, and in some cases to people who have passed through that space soon after the infectious person left. Per published reports, factors that increase the risk of SARS-CoV-2 infection under these circumstances include:

- Enclosed spaces with inadequate ventilation or air handling within which the concentration of exhaled respiratory fluids, especially very fine droplets and aerosol particles, can build-up in the air space.
- Increased exhalation of respiratory fluids if the infectious person is engaged in physical exertion or raises their voice (e.g., exercising, shouting, singing).
- Prolonged exposure to these conditions, typically more than 15 minutes.

# Prevention of COVID-19 transmission

The infectious dose of SARS-CoV-2 needed to transmit infection has not been established. Current evidence strongly suggests transmission from contaminated surfaces does not contribute substantially to new infections. Although animal studies[22-24] and epidemiologic investigations[25] (in addition to those described above) indicate that inhalation of virus can cause infection, the relative contributions of inhalation of virus and deposition of virus on mucous membranes remain unquantified and will be difficult to establish. Despite these knowledge gaps, the available evidence continues to demonstrate that existing recommendations to prevent SARS-CoV-2 transmission remain effective. These include physical distancing, community use of well-fitting masks (e.g., barrier face coverings, procedure/surgical masks), adequate ventilation, and avoidance of crowded indoor spaces. These methods will reduce transmission both from inhalation of virus and deposition of virus on exposed mucous membranes. Transmission through soiled hands and surfaces can be prevented by practicing good hand hygiene and by environmental cleaning.

# References

1. Stadnytskyi V, Bax CE, Bax A, Anfinrud P. The airborne lifetime of small speech droplets and their potential importance in SARS-CoV-2 transmission. *Proc Natl Acad Sci U S A*. Jun 2 2020;117(22):11875-11877. doi:10.1073/pnas.2006874117

2. Alsved M, Matamis A, Bohlin R, et al. Exhaled respiratory particles during singing and talking. *Aerosol Science and Technology*. 2020;54(11):1245-1248. doi:10.1080/02786826.2020.1812502

3. Echternach M, Gantner S, Peters G, et al. Impulse Dispersion of Aerosols during Singing and Speaking: A Potential COVID-19 Transmission Pathway. *Am J Respir Crit Care Med*. Dec 1 2020;202(11):1584-1587. doi:10.1164/rccm.202009-3438LE

4. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. *Sci Rep*. Feb 20 2019;9(1):2348. doi:10.1038/s41598-019-38808-z

5. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Effect of voicing and articulation manner on aerosol particle emission during human speech. *PLoS One*. 2020;15(1):e0227699. doi:10.1371/journal.pone.0227699

6. Morawska L, Johnson GR, Ristovski ZD, et al. Size distribution and sites of origin of droplets expelled from the human respiratory tract during expiratory activities. *Aerosol Sci.* 2009;40(3):256-269.

7. Buonanno G, Stabile L, Morawska L. Estimation of airborne viral emission: Quanta emission rate of SARS-CoV-2 for infection risk assessment. *Environment international.* May 11 2020;141:105794. doi:https://dx.doi.org/10.1016/j.envint.2020.105794 ☑

8. Papineni RS, Rosenthal FS. The size distribution of droplets in the exhaled breath of healthy human subjects. *J Aerosol Med.* Summer 1997;10(2):105-16. doi:10.1089/jam.1997.10.105

9. Edwards DA, Ausiello D, Salzman J, et al. Exhaled aerosol increases with COVID-19 infection, age, and obesity. *Proc Natl Acad Sci U S A.* Feb 23 2021;118(8)doi:10.1073/pnas.2021830118

10. Bae S, Kim H, Jung TY, et al. Epidemiological Characteristics of COVID-19 Outbreak at Fitness Centers in Cheonan, Korea. *J Korean Med Sci.* Aug 10 2020;35(31):e288. doi:10.3346/jkms.2020.35.e288

11. Brlek A, Vidovic S, Vuzem S, Turk K, Simonovic Z. Possible indirect transmission of COVID-19 at a squash court, Slovenia, March 2020: case report. *Epidemiol Infect.* Jun 19 2020;148:e120. doi:10.1017/S0950268820001326

12. Cai J, Sun W, Huang J, Gamber M, Wu J, He G. Indirect Virus Transmission in Cluster of COVID-19 Cases, Wenzhou, China, 2020. *Emerging infectious diseases.* Mar 12 2020;26(6):12. doi:https://dx.doi.org/10.3201/eid2606.200412 ☑

13. Shen Y, Li C, Dong H, et al. Community Outbreak Investigation of SARS-CoV-2 Transmission Among Bus Riders in Eastern China. *JAMA Intern Med.* Dec 1 2020;180(12):1665-1671. doi:10.1001/jamainternmed.2020.5225

14. Groves LM, Usagawa L, Elm J, et al. Community Transmission of SARS-CoV-2 at Three Fitness Facilities — Hawaii, June–July 2020. *MMWR Morb Mortal Wkly Rep.* Feb 24 2021;70(Early Release)

15. Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice – Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep.* May 15 2020;69(19):606-610. doi:10.15585/mmwr.mm6919e6

16. Jang S, Han SH, Rhee JY. Cluster of Coronavirus Disease Associated with Fitness Dance Classes, South Korea. *Emerg Infect Dis.* Aug 2020;26(8):1917-1920. doi:10.3201/eid2608.200633

17. Lendacki FR, Teran RA, Gretsch S, Fricchione MJ, Kerins JL. COVID-19 Outbreak Among Attendees of an Exercise Facility — Chicago, Illinois, August–September 2020. *MMWR Morb Mortal Wkly Rep.* Feb 24 2021;70(Early Release)

18. Li Y, Qian H, Hang J, et al. Probable airborne transmission of SARS-CoV-2 in a poorly ventilated restaurant. *Build Environ.* Jun 2021;196:107788. doi:10.1016/j.buildenv.2021.107788

19. Lu J, Gu J, Li K, et al. COVID-19 Outbreak Associated with Air Conditioning in Restaurant, Guangzhou, China, 2020. *Emerging infectious diseases.* Apr 2 2020;26(7)doi:10.3201/eid2607.200764

20. Katelaris AL, Wells J, Clark P, et al. Epidemiologic Evidence for Airborne Transmission of SARS-CoV-2 during Church Singing, Australia, 2020. *Emerg Infect Dis.* Apr 5 2021;27(6)doi:10.3201/eid2706.210465

21. Charlotte N. High Rate of SARS-CoV-2 Transmission Due to Choir Practice in France at the Beginning of the COVID-19 Pandemic. *J Voice.* Dec 23 2020;doi:10.1016/j.jvoice.2020.11.029

22. Shi J, Wen Z, Zhong G, et al. Susceptibility of ferrets, cats, dogs, and other domesticated animals to SARS–coronavirus 2. *Science.* 2020:eabb7015. doi:10.1126/science.abb7015

23. Kim YI, Kim SG, Kim SM, et al. Infection and Rapid Transmission of SARS-CoV-2 in Ferrets. *Cell host & microbe.* Apr 5 2020;doi:10.1016/j.chom.2020.03.023

24. Kutter JS, de Meulder D, Bestebroer TM, et al. SARS-CoV and SARS-CoV-2 are transmitted through the air between ferrets over more than one meter distance. *Nat Commun.* Mar 12 2021;12(1):1653. doi:10.1038/s41467-021-21918-6

25. Klompas M, Baker MA, Rhee C, et al. A SARS-CoV-2 Cluster in an Acute Care Hospital. *Ann Intern Med.* Feb 9 2021;doi:10.7326/M20-7567

Error processing SSI file

Last Updated May 7, 2021

## CENTERS FOR DISEASE CONTROL AND PREVENTION (C)

The Centers for Disease Control and Prevention (CDC) serves as the national focus for developing and applying disease prevention and control, environmental health, and health promotion and health education activities designed to improve the health of the people of the United States.

To accomplish its mission, CDC identifies and defines preventable health problems and maintains active surveillance of diseases through epidemiologic and laboratory investigations and data collection, analysis, and distribution; serves as the PHS lead agency in developing and implementing operational programs relating to environmental health problems, and conducts operational research aimed at developing and testing effective disease prevention, control, and health promotion programs; administers a national program to develop recommended occupational safety and health standards and to conduct research, training, and technical assistance to assure safe and healthful working conditions for every working person; develops and implements a program to sustain a strong national workforce in disease prevention and control; and conducts a national program for improving the performance of clinical laboratories.

CDC is responsible for controlling the introduction and spread of infectious diseases, and provides consultation and assistance to other nations and international agencies to assist in improving their disease prevention and control, environmental health, and health promotion activities.  CDC administers the Preventive Health and Health Services Block Grant and specific preventive health categorical grant programs while providing program expertise and assistance in responding to Federal, State, local, and private organizations on matters related to disease prevention and control activities.

Office of the Director, CDC (CA)

(l) Manages and directs the activities of the Centers for Disease Control and Prevention (CDC); (2) provides leadership for the implementation of CDC's responsibilities related to disease prevention and control; (3) advises the Assistant Secretary for Health and the Surgeon General on policy matters concerning CDC activities; (4) participates in the development of CDC goals and objectives; (5) provides overall direction and coordination to the epidemiologic activities of CDC; (6) coordinates CDC response to health emergencies; (7) provides liaison with other governmental agencies, international organizations including the World Health Organization and the U.S. Agency for International Development, learning institutions, and other outside groups; (8) coordinates, in collaboration with the Public Health Service (PHS) Office of International Health, international health activities relating to disease prevention and control; (9) in cooperation with PHS Regional Offices, provides or obtains technical assistance for State and local health departments and private and official agencies as needed; (10) provides overall direction to, and coordination of, the scientific/medical programs of CDC; (11) oversees and provides leadership for laboratory science, safety, and quality management; (12) plans, promotes, and coordinates an ongoing program to assure equal employment opportunities in CDC;

(13) provides leadership, coordination, and assessment of administrative management activities; (14) coordinates with appropriate PHS staff offices on administrative and program matters; (15) coordinates the consumer affairs activities for CDC; and (16) provides leadership, policy guidance, coordination, technical expertise, and services to promote the development and implementation of the agency's Genomics Program. (Approved 8/17/2018; Effective 9/25/2018)

T42AR-0003379

# Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage

Athalia Christie, MIA[1]; John T. Brooks, MD[1]; Lauri A. Hicks, DO[1]; Erin K. Sauber-Schatz, PhD[1]; Jonathan S. Yoder, MSW, MPH[1]; Margaret A. Honein, PhD[1]; CDC COVID-19 Response Team

*On July 27, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

COVID-19 vaccination remains the most effective means to achieve control of the pandemic. In the United States, COVID-19 cases and deaths have markedly declined since their peak in early January 2021, due in part to increased vaccination coverage (*1*). However, during June 19–July 23, 2021, COVID-19 cases increased approximately 300% nationally, followed by increases in hospitalizations and deaths, driven by the highly transmissible B.1.617.2 (Delta) variant* of SARS-CoV-2, the virus that causes COVID-19. Available data indicate that the vaccines authorized in the United States (Pfizer-BioNTech, Moderna, and Janssen [Johnson & Johnson]) offer high levels of protection against severe illness and death from infection with the Delta variant and other currently circulating variants of the virus (*2*). Despite widespread availability, vaccine uptake has slowed nationally with wide variation in coverage by state (range = 33.9%–67.2%) and by county (range = 8.8%–89.0%).† Unvaccinated persons, as well as persons with certain immunocompromising conditions (*3*), remain at substantial risk for infection, severe illness, and death, especially in areas where the level of SARS-CoV-2 community transmission is high. The Delta variant is more than two times as transmissible as the original strains circulating at the start of the pandemic and is causing large, rapid increases in infections, which could compromise the capacity of some local and regional health care systems to provide medical care for the communities they serve. Until vaccination coverage is high and community transmission is low, public health practitioners, as well as schools, businesses, and institutions (organizations) need to regularly assess the need for prevention strategies to avoid stressing health care capacity and imperiling adequate care for both COVID-19 and other non–COVID-19 conditions. CDC recommends five critical factors be considered to inform local decision-making: 1) level of SARS-CoV-2 community transmission; 2) health system capacity; 3) COVID-19 vaccination coverage; 4) capacity for early detection of increases in COVID-19 cases;

and 5) populations at increased risk for severe outcomes from COVID-19. Among strategies to prevent COVID-19, CDC recommends all unvaccinated persons wear masks in public indoor settings. Based on emerging evidence on the Delta variant (*2*), CDC also recommends that fully vaccinated persons wear masks in public indoor settings in areas of substantial or high transmission. Fully vaccinated persons might consider wearing a mask in public indoor settings, regardless of transmission level, if they or someone in their household is immunocompromised or is at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination).

The principal mode by which persons are infected with SARS-CoV-2 is through exposure to respiratory fluids carrying infectious virus.§ The risk for SARS-CoV-2 transmission in outdoor settings is low (*4,5*). CDC recommends that public health practitioners and organizations prioritize prevention strategies for indoor settings. No one strategy is sufficient to prevent transmission, and multiple interventions should be used concurrently to reduce the spread of disease (*6*). Proven effective strategies against SARS-CoV-2 transmission, beyond vaccination, include using masks consistently and correctly (*7,8*), maximizing ventilation both through dilution (*9,10*) and filtration (*11*) of air, and maintaining physical distance and avoiding crowds (*12,13*). Basic public health measures such as staying home when sick, handwashing, and regular cleaning of high-touch surfaces should also be encouraged.

## Level of SARS-CoV-2 Community Transmission

A person's risk for SARS-CoV-2 infection is directly related to the risk for exposure to infectious persons, which is largely determined by the extent of SARS-CoV-2 circulation in the surrounding community.¶ CDC recommends assessing the level of community transmission using, at a minimum, two metrics: new COVID-19 cases per 100,000 persons in the last 7 days and percentage of positive SARS-CoV-2 diagnostic nucleic acid amplification tests in the last 7 days. For each of these metrics, CDC classifies transmission values as low, moderate, substantial, or high (Table). If the values for each

---

* Point-in-time information is available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker/#variant-proportions

† Persons are considered fully vaccinated if ≥2 weeks have elapsed following receipt of the second dose in a 2-dose series of Moderna or Pfizer-BioNTech mRNA COVID-19 vaccine, or ≥2 weeks following receipt of 1-dose of Janssen (Johnson & Johnson) vaccine. Data are available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker

§ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/sars-cov-2-transmission.html

¶ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/transmission_k_12_schools.html

T42AR-0003501

TABLE. CDC core indicators of and thresholds for community transmission levels of SARS-CoV-2

| Indicator | Transmission level | | | |
|---|---|---|---|---|
| | Low | Moderate | Substantial | High |
| New cases per 100,000 persons in the past 7 days* | 0–9.99 | 10.00–49.99 | 50.00–99.99 | ≥100.00 |
| Percentage of positive nucleic acid amplification tests in the past 7 days† | <5.00 | 5.00–7.99 | 8.00–9.99 | ≥10.00 |

* Number of new cases in the county (or other administrative level) in the past 7 days divided by the population in the county (or other administrative level) multiplied by 100,000.
† Number of positive tests in the county (or other administrative level) during the past 7 days divided by the total number of tests performed in the county (or other administrative level) during the past 7 days. https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html

of these two metrics differ (e.g., one indicates moderate and the other low), then the higher of the two should be used for decision-making. CDC recommends the geographic unit of analysis be county or core-based statistical area. In rural areas with low population densities, multiple counties might need to be combined to increase available data so that reliable inferences can be made. The level of SARS-CoV-2 transmission for any given area can change rapidly and should be reassessed at least weekly to ensure that the necessary layered prevention strategies are in place. In areas of substantial or high transmission, CDC recommends community leaders encourage vaccination and universal masking in indoor public spaces in addition to other layered prevention strategies to prevent further spread. Updated community transmission levels, as well as other indicators related to COVID-19, are available by county and state at the online CDC COVID Data Tracker** and are already used by many public health departments.

## Health System Capacity

Data on usage of clinical care resources to manage patients with COVID-19 reflect underlying community disease incidence and can signal when urgent implementation of layered prevention strategies might be necessary to prevent overloading the health care system. Strains on critical care capacity can increase COVID-19 mortality (14,15) while decreasing the availability and use of health care resources for non–COVID-19 related medical care (16,17). CDC recommends public health departments and health care institutions monitor the available number and fraction of staffed inpatient and intensive care unit beds and develop thresholds, based on local health care system usage and remaining capacity, that would trigger community-wide application of layered prevention strategies.

## COVID-19 Vaccination Coverage

Monitoring vaccination coverage in communities and organizations is recommended by CDC to gauge progress, focus vaccination efforts on populations whose coverage is low, and inform the need for additional prevention strategies. As of

July 23, 2021, the proportion of the total U.S. population who is fully vaccinated is 48.9%.†† Of the 2,945 (91.4%) U.S. counties reporting, vaccination coverage is <40% in 1,856 (63.0%) and 40%–49.9% in 672 (22.8%); only 417 (14.2%) of counties reported ≥50% COVID-19 vaccination coverage. Primary vaccination efforts should be accelerated in counties with low vaccination coverage. Public health practitioners should work with clinicians and community partners to build confidence in the vaccine and ensure equitable access.§§ Organizations should establish supportive policies, such as allowing workers to receive vaccines during work hours or to take paid leave to get vaccinated at a community site, as well as offering flexible, nonpunitive sick leave options for employees.

## Capacity for Early Detection of Increases in COVID-19 Cases

Certain populations are at high risk for exposure to, and thereby infection with, SARS-CoV-2. Such populations are especially well-suited for sentinel monitoring efforts to detect the early introduction and spread of COVID-19, particularly in areas with low vaccination coverage or where layered prevention strategies are not in use. CDC considers the capacity to monitor COVID-19 incidence in the following populations particularly useful due to their high risk of exposure or severe illness: students and staff members of kindergarten–grade 12 schools and institutions of higher education, health care workers, residents and staff members of long-term care facilities, incarcerated persons, homeless persons, and workers in high-density work sites (18–23).

Serial screening testing is an effective method to monitor for the early introduction and spread of COVID-19 (6). Low case detection rates can help demonstrate the effectiveness of current prevention strategies, thereby reducing barriers for returning to in-person learning and work. Rising case detection rates can serve as an early warning signal that prevention strategies need to be strengthened or added in the facility and the broader community. In addition, strategic serial testing can help stop transmission by rapidly identifying asymptomatic cases, which are estimated

** https://covid.cdc.gov/covid-data-tracker/#county-view

†† CDC's COVID Data Tracker accessed July 23, 2021. https://covid.cdc.gov/covid-data-tracker/#vaccinations
§§ https://www.cdc.gov/vaccines/covid-19/vaccinate-with-confidence.html

T42AR-0003502

to be the source for at least 50% of SARS-CoV-2 transmission (*24,25*). With rapid identification, infectious persons can be isolated and contact tracing and quarantine can be promptly initiated to control further SARS-CoV-2 transmission.

## Populations at Risk for Severe Outcomes from COVID-19

CDC recommends additional prevention strategies to safeguard populations at highest risk for severe outcomes from COVID-19, particularly in the context of the highly transmissible Delta variant. Unvaccinated persons remain at risk for infection, severe illness, and death. Advanced age, pregnancy, and an increasingly well-defined set of underlying medical conditions increase the risk for serious outcomes from COVID-19 among unvaccinated persons.¶¶ In addition, long-standing systemic health and social inequities have put members of certain racial and ethnic minority groups at increased risk for serious illness and mortality from COVID-19. Persons taking immunosuppressive medications, persons with hematologic cancers, and hemodialysis patients, among others, have shown reduced immunologic responses to COVID-19 mRNA vaccination and might remain at increased risk for severe COVID-19 following vaccination (*3*). CDC recommends all unvaccinated persons should continue following all prevention strategies, including wearing a mask, until they are fully vaccinated. Immunocompromised persons should continue to take all recommended precautions until advised otherwise by their health care provider. Although COVID-19 vaccines authorized in the United States remain effective against severe outcomes from SARS-CoV-2 infection, a small proportion of persons who are fully vaccinated may become infected. Emerging evidence suggests that fully vaccinated persons who do become infected with the Delta variant are at risk for transmitting it to others (*2*), (CDC COVID-19 Response Team, unpublished data, 2021); therefore, CDC also recommends that fully vaccinated persons wear a mask in public indoor settings in areas of substantial or high transmission, and consider wearing a mask regardless of transmission level if they or someone in their household is immunocompromised or at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination). Public health practitioners and organizations should consider the characteristics of their local or setting-specific populations when determining whether to strengthen or add layered prevention strategies not only for effective disease control, but also to protect those persons at greatest risk for severe illness or death.

¶¶ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/underlying-evidence-table.html

## Discussion

The most important public health action to end the pandemic remains increasing vaccination coverage, which saves lives, prevents illness, and reduces the spread of COVID-19. Effective COVID-19 prevention strategies are well documented and can help reduce community transmission until high vaccination coverage is achieved (*6*). To maximize protection of the community, prevention strategies should be strengthened or added if transmission worsens. Prevention strategies should only be relaxed or lifted after several weeks of continuous sustained improvement in the level of community transmission. In areas with low or no SARS-CoV-2 transmission and with testing capacity in place to detect early introduction or increases in spread of the virus, layered prevention strategies might be removed one at a time while monitoring closely for any evidence that COVID-19 cases are increasing.

The widespread availability and administration of COVID-19 vaccines has changed the trajectory of the pandemic in the United States and significantly reduced hospitalization and mortality among vaccinated persons (*1*). Increasing the proportion of eligible persons who are vaccinated reduces the risk for substantial or high community-wide transmission, which in turn reduces the risk for the emergence of new variants that could have the potential to overcome vaccine-induced immunity. However, vaccination coverage varies across the United States, and transmission risk remains considerable in areas with low vaccination coverage. Decisions to add or remove effective prevention strategies should be based on local data and public health recommendations. The emergence of more transmissible SARS-CoV-2 variants, including Delta, increases the urgency to expand vaccination coverage and for public health agencies and other organizations to collaboratively monitor the status of the pandemic in their communities and continue to apply layered prevention strategies to minimize preventable illness and death.

## Acknowledgments

Case Data Section, Vaccine Data Section, CDC COVID-19 Data, Analytics & Visualization Task Force; Data Monitoring and Reporting Section, CDC COVID-19 Vaccine Task Force; Heidi Moline, CDC.

Corresponding author: Athalia Christie, akc9@cdc.gov.

¹CDC COVID-19 Response Team.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

T42AR-0003503

## Summary

**What is already known about this topic?**

COVID-19 vaccines authorized in the United States are effective against severe illness and death from SARS-CoV-2 infection; however, current U.S. coverage is uneven. Implementation of layered prevention strategies reduces SARS-CoV-2 transmission.

**What is added by this report?**

Given the spread of the highly transmissible Delta variant, local decision-makers should assess the following factors to inform the need for layered prevention strategies across a range of settings: level of SARS-CoV-2 community transmission, health system capacity, vaccination coverage, capacity for early detection of increases in COVID-19 cases, and populations at risk for severe outcomes from COVID-19.

**What are the implications for public health practice?**

Although increasing COVID-19 vaccination coverage remains the most effective means to achieve control of the pandemic, additional layered prevention strategies will be needed in the short-term to minimize preventable morbidity and mortality.

## References

1. Christie A, Henley SJ, Mattocks L, et al. Decreases in COVID-19 cases, emergency department visits, hospital admissions, and deaths among older adults following the introduction of COVID-19 vaccine—United States, September 6, 2020–May 1, 2021. MMWR Morb Mortal Wkly Rep 2021;70:858–64. PMID:34111059 https://doi.org/10.15585/mmwr.mm7023e2
2. CDC. Science brief: COVID-19 vaccines and vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html
3. CDC. Clinical considerations for COVID-19 vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/covid-19/clinical-considerations/index.html
4. Bulfone TC, Malekinejad M, Rutherford GW, Razani N. Outdoor transmission of SARS-CoV-2 and other respiratory viruses: a systematic review. J Infect Dis 2021;223:550–61. PMID:33249484 https://doi.org/10.1093/infdis/jiaa742
5. Razani N, Malekinejad M, Rutherford GW. Clarification regarding outdoor transmission of SARS-CoV-2 and other respiratory viruses, a systematic review. J Infect Dis 2021. Epub June 4, 2021. https://doi.org/10.1093/infdis/jiab298
6. Honein MA, Christie A, Rose DA, et al.; CDC COVID-19 Response Team. Summary of guidance for public health strategies to address high levels of community transmission of SARS-CoV-2 and related deaths, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1860–7. PMID:33301434 https://doi.org/10.15585/mmwr.mm6949e2
7. Brooks JT, Butler JC. Effectiveness of mask wearing to control community spread of SARS-CoV-2. JAMA 2021;325:998–9. PMID:33566056 https://doi.org/10.1001/jama.2021.1505
8. Tomshine JR, Dennis KD, Bruhnke RE, et al. Combined effects of masking and distance on aerosol exposure potential. Mayo Clin Proc 2021;96:1792–800. PMID:34218858 https://doi.org/10.1016/j.mayocp.2021.05.007
9. Blocken B, van Druenen T, Ricci A, et al. Ventilation and air cleaning to limit aerosol particle concentrations in a gym during the COVID-19 pandemic. Build Environ 2021;193:107659. PMID:33568882 https://doi.org/10.1016/j.buildenv.2021.107659
10. Vassella CC, Koch J, Henzi A, et al. From spontaneous to strategic natural window ventilation: improving indoor air quality in Swiss schools. Int J Hyg Environ Health 2021;234:113746. PMID:33819800 https://doi.org/10.1016/j.ijheh.2021.113746
11. Lindsley WG, Derk RC, Coyle JP, et al. Efficacy of portable air cleaners and masking for reducing indoor exposure to simulated exhaled SARS-CoV-2 aerosols—United States, 2021. MMWR Morb Mortal Wkly Rep 2021;70:972–6. PMID:34237047 https://doi.org/10.15585/mmwr.mm7027e1
12. Gonçalves MR, Dos Reis RCP, Tólio RP, et al. Social distancing, mask use, and transmission of severe acute respiratory syndrome coronavirus 2, Brazil, April–June 2020. Emerg Infect Dis 2021;27:2135–43. PMID:34087090
13. Kwon S, Joshi AD, Lo CH, et al. Association of social distancing and face mask use with risk of COVID-19. Nat Commun 2021;12:3737. PMID:34145289 https://doi.org/10.1038/s41467-021-24115-7
14. Bravata DM, Perkins AJ, Myers LJ, et al. Association of intensive care unit patient load and demand with mortality rates in US Department of Veterans Affairs hospitals during the COVID-19 pandemic. JAMA Netw Open 2021;4:e2034266. PMID:33464319 https://doi.org/10.1001/jamanetworkopen.2020.34266
15. Karaca-Mandic P, Sen S, Georgiou A, Zhu Y, Basu A. Association of COVID-19–related hospital use and overall COVID-19 mortality in the USA. J Gen Intern Med 2020. Epub August 19, 2020. PMID:32815058
16. Czeisler MÉ, Marynak K, Clarke KEN, et al. Delay or avoidance of medical care because of COVID-19–related concerns—United States, June 2020. MMWR Morb Mortal Wkly Rep 2020;69:1250–7. PMID:32915166 https://doi.org/10.15585/mmwr.mm6936a4
17. Whaley CM, Pera MF, Cantor J, et al. Changes in health services use among commercially insured US populations during the COVID-19 pandemic. JAMA Netw Open 2020;3:e2024984. PMID:33151319 https://doi.org/10.1001/jamanetworkopen.2020.24984
18. Paltiel AD, Zheng A, Walensky RP. Assessment of SARS-CoV-2 screening strategies to permit the safe reopening of college campuses in the United States. JAMA Netw Open 2020;3:e2016818. PMID:32735339 https://doi.org/10.1001/jamanetworkopen.2020.16818
19. Lanier WA, Babitz KD, Collingwood A, et al. COVID-19 testing to sustain in-person instruction and extracurricular activities in high schools—Utah, November 2020–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:785–91. PMID:34043614 https://doi.org/10.15585/mmwr.mm7021e2
20. Bagchi S, Mak J, Li Q, et al. Rates of COVID-19 among residents and staff members in nursing homes—United States, May 25–November 22, 2020. MMWR Morb Mortal Wkly Rep 2021;70:52–5. PMID:33444301 https://doi.org/10.15585/mmwr.mm7002e2
21. Wallace M, Hagan L, Curran KG, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:587–90. PMID:32407300 https://doi.org/10.15585/mmwr.mm6919e1
22. Mosites E, Parker EM, Clarke KEN, et al.; COVID-19 Homelessness Team. Assessment of SARS-CoV-2 infection prevalence in homeless shelters—four U.S. cities, March 27–April 15, 2020. MMWR Morb Mortal Wkly Rep 2020;69:521–2. PMID:32352957 https://doi.org/10.15585/mmwr.mm6917e1
23. Waltenburg MA, Victoroff T, Rose CE, et al.; COVID-19 Response Team. Update: COVID-19 among workers in meat and poultry processing facilities—United States, April–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:887–92. PMID:32644986 https://doi.org/10.15585/mmwr.mm6927e2
24. Moghadas SM, Fitzpatrick MC, Sah P, et al. The implications of silent transmission for the control of COVID-19 outbreaks. Proc Natl Acad Sci U S A 2020;117:17513–5. PMID:32632012 https://doi.org/10.1073/pnas.2008371117
25. Johansson MA, Quandelacy TM, Kada S, et al. SARS-CoV-2 transmission from people without COVID-19 symptoms. JAMA Netw Open 2021;4:e2035057. PMID:33410879 https://doi.org/10.1001/jamanetworkopen.2020.35057

T42AR-0003504

## RESEARCH

# Transmission Dynamics of Severe Acute Respiratory Syndrome Coronavirus 2 in High-Density Settings, Minnesota, USA, March–June 2020

Nicholas B. Lehnertz, Xiong Wang, Jacob Garfin, Joanne Taylor, Jennifer Zipprich,
Brittany VonBank, Karen Martin, Dana Eikmeier, Carlota Medus, Brooke Wiedinmyer,
Carmen Bernu, Matthew Plumb, Kelly Pung, Margaret A. Honein, Rosalind Carter, Duncan MacCannell,
Kirk E. Smith, Kathryn Como-Sabetti, Kris Ehresmann, Richard Danila, Ruth Lynfield

Coronavirus disease has disproportionately affected persons in congregate settings and high-density workplaces. To determine more about the transmission patterns of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in these settings, we performed whole-genome sequencing and phylogenetic analysis on 319 (14.4%) samples from 2,222 SARS-CoV-2–positive persons associated with 8 outbreaks in Minnesota, USA, during March–June 2020. Sequencing indicated that virus spread in 3 long-term care facilities and 2 correctional facilities was associated with a single genetic sequence and that in a fourth long-term care facility, outbreak cases were associated with 2 distinct sequences. In contrast, cases associated with outbreaks in 2 meat-processing plants were associated with multiple SARS-CoV-2 sequences. These results suggest that a single introduction of SARS-CoV-2 into a facility can result in a widespread outbreak. Early identification and cohorting (segregating) of virus-positive persons in these settings, along with continued vigilance with infection prevention and control measures, is imperative.

In the United States, coronavirus disease (COVID-19) has disproportionately affected adults residing in long-term care facilities (LTCFs) (1–5). Outbreaks in LTCFs have caused high numbers of

Author affiliations: Minnesota Department of Health, St. Paul, Minnesota, USA (N. Lehnertz, X. Wang, J. Garfin, J. Zipprich, B. VonBank, K. Martin, D. Eikmeier, C. Medus, B. Wiedinmyer, C. Bernu, M. Plumb, K. Pung, K.E. Smith, K. Como-Sabetti, K. Ehresmann, R. Danila, R. Lynfield); Centers for Disease Control and Prevention, Atlanta, Georgia, USA (J. Taylor, M.A. Honein, R. Carter, D. MacCannell)

DOI: https://doi.org/10.3201/eid2708.204838

hospitalizations and deaths. Similar findings have been reported in correctional facilities, where severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection incidence among inmates and staff is ≈5 times greater and age-adjusted mortality rate 3 times greater than that of the general population (6–8). Workers in high-density workplaces (e.g., meat-processing plants) have similarly been heavily affected; minority populations have been disproportionately affected (9–11).

The first COVID-19 case in Minnesota was detected on March 6, 2020. Shortly thereafter, COVID-19 outbreaks occurred across the state, including in LTCFs (March 12, 2020) and meat-processing plants (March 15, 2020), followed shortly thereafter by correctional facilities (March 25, 2020). During March 6–June 30, 2020, the Minnesota Department of Health (MDH) identified and responded to 1,060 distinct outbreaks of COVID-19 in LTCFs, comprising 4,421 cases in residents and 3,002 in staff members. In addition, 4 discrete outbreaks in correctional facilities resulted in 382 cases, and 68 outbreaks in meat-processing plants resulted in ≈2,616 cases among employees (data only from persons interviewed and where workplace information was provided); outbreaks in these 3 settings accounted for 31.3% of all identified persons in Minnesota.

For outbreaks in congregate settings and high-density workplaces, confirming the temporal and relational aspects of SARS-CoV-2 transmission was difficult, and the role of intrafacility spread versus multiple introductions was difficult to disentangle on the basis of epidemiologic information alone.

T42AR-0003975

Whole-genome sequencing (WGS) of specimens from outbreak case-patients can be used to determine transmission dynamics and relatedness of viral pathogens in infectious disease outbreaks (12–15). Unprecedented efforts to sequence SARS-CoV-2 genomes have occurred at the local, regional, national, and international levels to investigate potential reinfections (16–19), nosocomial transmission (20), patterns of community spread (G.K. Moreno et al., unpub. data, https://doi.org/10.1101/2020.07.09.20149104) (21,22), and sources of SARS-CoV-2 introduction without known epidemiologic links (23).

In Minnesota, as part of the Centers for Disease Control and Prevention (CDC) SARS-CoV-2 Sequencing for Public Health Emergency Response, Epidemiology and Surveillance (SPHERES) consortium, the Minnesota Molecular Surveillance of SARS-CoV-2 initiative solicited specimens from outbreak case-patients for sequencing and genetic variation analysis to determine virus transmission patterns in congregate settings and meat-processing plants. To supplement epidemiologic information, assess whether single or multiple introductions were likely to have occurred during a facility outbreak, and evaluate molecular relatedness, we performed WGS on a convenience sample of SARS-CoV-2–positive specimens associated with outbreaks.

## Methods

We chose 3 types of outbreak settings for WGS (LTCFs, correctional facilities, and meat-processing plants) and selected specific facilities partly according to outbreak effect and severity, the need for further clarity regarding transmission patterns, and availability of samples. Selected outbreaks occurred during March 6–June 30, 2020, at 4 unique LTCFs (A–D), 2 correctional facilities (A and B), and 2 meat-processing plants (A and B); cases were identified in persons residing in the same county as meat-processing plant A (community samples A).

At LTCFs, an outbreak was defined as ≥1 confirmed COVID-19 case in a resident or staff member. At correctional facilities, an outbreak was defined as 1 of the following:

- ≥2 cases in the inmate population >7 days after intake to a new facility with an epidemiologic link (defined as residing in the same unit or ward within a 14-day period).
- ≥2 cases in correctional staff members with an epidemiologic link (defined as having the potential to have been within 6 feet for ≥15 minutes while working in the facility during the 14 days before symptom onset (e.g., worked on the same unit during the same shift). An epidemiologic link also requires that cases among correctional staff neither shared a household nor were identified as close contacts with each other outside the facility during the standard case investigation.
- ≥1 facility-acquired COVID-19 cases in an inmate (defined as a confirmed diagnosis ≥14 days after entry to the facility, without exposure during the previous 14 days to another setting where an outbreak was known or suspected).

At meat-processing facilities, an outbreak was defined as ≥3 laboratory-confirmed COVID-19 cases among facility workers who resided in separate households. On June 1, we added to the definition of an outbreak in meat-processing plants that case onset dates occurred within 14 days of each other.

We defined case-patients at all outbreak locations as persons with a positive SARS-CoV-2 result according to reverse transcription PCR (RT-PCR), determined by using the original CDC protocol (24). We collected epidemiologic data (sex, age, symptom status, symptom onset date, residence, occupation, and potential source of exposure) by interviewing persons with laboratory-confirmed SARS-CoV-2.

The MDH Public Health Laboratory (PHL) performed WGS on available specimens positive for SARS-CoV-2 by RT-PCR, collected March 6–June 30, 2020. Specimens were obtained from the nasopharynx, anterior nares, or oropharynx. SARS-CoV-2 RNA extracts were acquired either as residuals from clinical testing at the MDH PHL or from other clinical laboratories serving Minnesota residents. We created cDNA and tiled amplicons as described in the ARTIC Network nCoV-2019 sequencing protocol (25). We prepared Illumina sequencing libraries for next-generation sequencing according to the Nextera DNA Flex protocol created by the State Public Health Bioinformatics Group (StaPH-B) (26) and performed sequencing by using 2×250 bp Illumina V2 chemistry on MiSeq instruments (https://www.illumina.com). Consensus SARS-CoV-2 genome sequences for each specimen were generated with the StaPH-B Toolkit Monroe pipeline (https://staph-b.github.io/staphb_toolkit/workflow_docs/monroe). We individually reviewed assembled SARS-CoV-2 genomes in Geneious Prime 2019.2.1 (https://www.geneious.com) and discarded genomes with gaps >125 nt.

We used the Augur toolkit (27) to align SARS-CoV-2 genome consensus sequences, generate phylogenetic trees, and incorporate epidemiologic sequence metadata. We aligned genomes with MAFFT version

T42AR-0003976

7.310 with options "–keeplength–reorder–anysymbol–nomemesave–adjustdirection" (28). Variation in sequences identified in the first 54 and last 67 bases of the Wuhan-Hu-1 reference sequence (GenBank accession no. MN908947.3) was masked during tree generation because of the inability of the tiled-amplicon sequencing approach to reliably generate sequence in those regions. We used IQ-TREE version 1.6.1 to create phylogenetic trees with parameters "-ninit 2 -n 2 -me 0.05" (29). Output from Augur was visualized by using Auspice as hosted by the nextstrain team (http://auspice.us) (27). The resulting trees were visualized with the Interactive Tree of Life (30); branch lengths rounded and scaled represent mutations from the reference. Pangolin lineages for all samples were retrieved after assemblies were submitted to GISAID (https://github.com/cov-lineages/pangolin) (27,31).

We defined genetically closely related sequences (i.e., clusters) as cases that were both associated epidemiologically with a known outbreak and that formed a monophyletic clade on the statewide phylogenetic tree. Branch lengths were scaled to represent the number of single-nucleotide mutations.

In accordance with federal human subjects protection regulations at 45 CFR §46.101c and §46.102d and with the Guidelines for Defining Public Health Research and Public Health Non-Research, a human subjects protection coordinator at CDC and the MDH reviewed the project. They determined it to be a non-research, public health response exempt from institutional review board evaluation.

## Results

As of June 30, 2020, we had successfully conducted WGS and phylogenetic analysis of 468 total samples, 319 (68.2%) of which were associated with the 8 outbreaks, constituting 14.4% of the 2,222 total positive cases identified from outbreaks in Minnesota through June 2020. Specimens were obtained from staff and residents from 4 LTCFs (180 [35.6%] specimens from 505 case-patients were sequenced), staff and inmates from 2 correctional facilities (110 [20.2%] specimens from 544 case-patients were sequenced), and employees at 2 meat-processing plants, along with community case-patients (29 [2.5%] samples from 1,173 identified case-patients) (Table). Among most sequenced specimens, virus spread was associated with a single genetic sequence unique to each outbreak facility at 3 LTCFs and both correctional facilities. At a fourth LTCF, outbreak cases were associated with 2 distinct sequences. In contrast, cases associated with outbreaks in the 2 meat-processing plants were represented by multiple SARS-CoV-2 sequences. (Figure 1)

### Single Cluster in LTCFs

During the COVID-19 outbreak at LTCF A (3), April 15–June 11 (Figure 2), infection was confirmed for 51/77 residents and 38/108 healthcare workers

**Table.** Features of outbreaks and convenience samples of specimens collected and characterized by whole-genome sequencing at LTCFs, correctional facilities, and meat-processing plants in Minnesota, USA, March 6–June 30, 2020*

| Outbreak facility | Total confirmed outbreak cases at facility, no. | Total samples successfully sequenced from facility, no. (%) | Role at facility | Total outbreak cases at facility confirmed by role, no. | Total samples successfully sequenced by role, no. (%) |
|---|---|---|---|---|---|
| LTCF | | | | | |
| A | 89 | 27 (30.3) | Staff | 38 | 10 (26.3) |
| | | | Residents | 51 | 17 (33.3) |
| B | 190 | 82 (43.2) | Staff | 76 | 5 (6.6) |
| | | | Residents | 114 | 77 (67.5) |
| C | 139 | 32 (23.0) | Staff | 56 | 23 (41.0) |
| | | | Residents | 83 | 9 (10.8) |
| D | 74 | 39 (52.7) | Staff | 21 | 3 (14.2) |
| | | | Residents | 53 | 36 (67.9) |
| Correctional facility | | | | | |
| A | 128 | 49 (38.3) | Staff | 82 | 15 (18.3) |
| | | | Inmates | 46 | 34 (73.9) |
| B | 416 | 61 (14.7) | Staff | 210 | 1 (0.5) |
| | | | Inmates | 206 | 60 (29.1) |
| Meat-processing plant | | | | | |
| A | 432 | 16 (3.7) | Employees | 432 | 16 (3.7) |
| B | 724 | 5 (0.7) | Employees | 724 | 5 (0.7) |
| Community sample A | 17 | 8 (47.1) | Known contact | 9 | 2 (22.2) |
| | | | No known contact | 8 | 6 (75.0) |
| Total | 2,222 | 319 (14.4) | NA | NA | NA |

*No cases or samples sequenced after June 30, 2020, are included in study. An outbreak is defined as closed if there are no new coronavirus disease cases for 28 days after the onset date of the last case. The outbreak at correctional facility A was considered closed as of July 20; the outbreak at correctional facility B was considered closed as of August 5. The outbreaks at processing plants A and B were considered ongoing as of November 6, 2020. LTCF, long-term care facility; NA, not applicable.

T42AR-0003977



**Figure 1.** Phylogenetic tree of severe acute respiratory syndrome coronavirus 2 associated with selected outbreaks in Minnesota, USA, March 6–June 30, 2020. IQ-TREE (*29*) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations as shown in the scale key. LTCF, long-term care facility.

(HCWs) tested after identification of SARS-CoV-2–positive HCWs. Specimens from 17 residents (33.3% of case-patients) and 10 HCWs (26.3% of case-patients) were available for WGS. SARS-CoV-2 viral sequences from these 27 persons were genetically closely related (pangolin lineage B.1.2). Viral genomes from 2 HCWs (MN-MDH-1007 and MN-MDH-1016) sampled on April 30 and 1 resident (MN-MDH-1171) sampled on May 18 at LTCF A did not cluster with each other or the primary outbreak cluster, although all were a part of the broad pangolin lineage B.1.

In LTCF B (*3*) (Appendix Figure 1, https://wwwnc.cdc.gov/EID/article/27/8/20-4838-App1.pdf), during April 29–June 11, SARS-CoV-2 positivity was confirmed for 114 of 182 tested residents and 76 of 233 tested HCWs, after a SARS-CoV-2–positive resident

was identified on April 29. All 82 sequenced specimens from this facility, including those from 77 residents (67.5% of case-patients) and 5 HCWs (6.6% of case-patients), were closely related (pangolin lineage B.1.116).

The first COVID-19 case at LTCF C (Appendix Figure 2) was identified on April 24. Four positive HCWs and 3 symptomatic residents were identified by April 30. Throughout May and June, facilitywide testing was implemented; ≈941 residents and staff were tested and 80 SARS-CoV-2–positive residents and 52 SARS-CoV-2–positive staff members were identified. Phylogenetic analysis of the 32 successfully sequenced genomes, including those from 9 residents (10.8% of case-patients) and 23 staff members (41% of case-patients) showed that viruses from 29 of the 32 case-patients were closely related (pangolin lineage B.1.2). Viruses from the remaining 3

T42AR-0003978

case-patients (pangolin lineages B.1 and B.4) were not closely related to each other nor identified with further transmission.

**Two Distinct Clusters in an LTCF**

LTCF D (Figure 3) is a 100-bed facility with ≈78 residents and 100 staff, where an outbreak began on April 17, 2020, with a symptomatic HCW. The first cases in residents and staff were identified on April 20, 2020; subsequent testing identified of 53 SARS-CoV-2–positive residents and 21 positive staff members. Although this outbreak was epidemiologically similar to outbreaks at other LTCFs, an analysis of the genetic relatedness among 39 sequenced isolates demonstrated that 2 distinct genetic clusters were in the facility during approximately the same period. In contrast to the outbreaks in LTCFs A, B, and C, viruses from both clusters at LTCF D seemed to circulate simultaneously throughout the facility, each contributing to the outbreak. All sequenced isolates from LTCF D belonged to the broad pangolin lineage B.1.

**Single Cluster in Correctional Facilities**

In late March 2020, an outbreak of SARS-CoV-2 was identified in correctional facility A (Figure 4). The first identified case-patient was an inmate who became symptomatic and had a positive SARS-CoV-2 test result on March 25. By March 30, a total of 7 confirmed cases and 6 suspected cases among the inmate population

were identified. During March 30–April 7, SARS-CoV-2 test results were positive for 15 staff members. Analysis of the genetic relatedness of the virus from 34 inmates (73.9% of case-patients) and 15 staff members (18.3% of case-patients) from correctional facility A were all closely related (pangolin lineage A.1).

In early June 2020, an outbreak was identified in correctional facility B (Appendix Figure 3). The investigation revealed that an employee had symptoms consistent with COVID-19 on May 13, had a positive SARS-CoV-2 test result on May 14, and was subsequently excluded from work and isolated at home. Approximately 2 weeks later, 3 additional case-patients (1 staff member and 2 inmates from the same unit as the index patient) had positive SARS-CoV-2 test results. A point-prevalence survey on June 1 in this unit revealed 63 SARS-CoV-2–positive inmates among the 87 tested. Subsequent facilitywide testing of both staff and inmates identified cases in other units, 83 new cases in inmates and 1 new case in a staff member, identified among the ≈2,200 persons tested. Test results were ultimately positive for 210 staff members and 206 inmates during this outbreak. Phylogenetic analysis of viruses from this outbreak among the 1 staff member (0.5% of staff case-patients) and 60 inmates (29.1% of inmate case-patients) at correctional facility B shows that all viruses were closely related (pangolin lineage B.1.2) and genetically identical to, or plausibly descended from, the sequence of SARS-CoV-2 from the index case-patient.



**Figure 2.** Phylogenetic tree of severe acute respiratory syndrome coronavirus 2 genome sequences associated with long-term care facility A, Minnesota, USA, April 15–June 11, 2020. Solid circles represent sequences in samples from residents; open circles represent sequences from samples from healthcare workers. IQ-TREE (29) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations, as shown in the scale. MDH, Minnesota Department of Health.

T42AR-0003979



**Figure 3.** Phylogenetic tree of severe acute respiratory syndrome coronavirus 2 genome sequences associated with long-term care facility D, Minnesota, USA, April 17–May 15, 2020. Filled circles represent sequences taken from residents; open circles represent sequences from healthcare workers. IQ-TREE (29) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations, as shown in the scale. MDH, Minnesota Department of Health.

### Linking LTCF C with Correctional Facility B

During the epidemiologic investigation at LTCF C, we learned that an HCW at LTCF C was a household contact of a correctional facility B employee. Both persons became symptomatic at the same time, and both subsequently had positive test results in mid-May. SARS-CoV-2 genome sequences recovered from these 2 household contacts were identical to each other and to the genomic sequences recovered from 32 inmates at correctional facility B (Figure 5). In addition, this genomic sequence differs by only a single mutation (G5617T) from isolates sequenced from 13 case-patients at LTCF C.

### Multiple Clusters in Meat-Processing Plants

In early April 2020, an outbreak was detected at processing plant A (Figure 6), a large primary and secondary meat processor. This outbreak continued for several weeks until mid-May, when the number of cases among workers began to increase rapidly. During March 15–July 1, a total of 446 persons with confirmed cases who reported working at processing plant A, including 4 (1%) case-patients with positive test results in March (management and office staff), 5 (1%) in April, 211 (47%) in May, and 226 (51%) in June. Of the 16 samples (3.7% of case-patients) sequenced during March 15–June 3, at least 6 clusters or single cases were unrelated. Although most genomes sequenced from processing plant B belonged to pangolin lineages B.1, B1.2, B.1.26, one early case is genetically quite different (pangolin lineage A.1). An interview confirmed that this early case-patient had traveled out of the state during the exposure period (14 days before symptom onset).

During May 15–June 1, we sequenced samples obtained from 8 case-patients in the county where processing plant A is located (community samples A). From these 8 samples, we identified 5 clusters. Of the 8 samples, 5 were closely related with 3 clusters from processing plant A, while the remaining 3 samples formed 2 distinct clusters. Of the 5 sequences from community samples A that clustered with sequences from processing plant A, 4 had sequences that were identical to

T42AR-0003980

sequences from processing plant A, and all 4 persons had no known contact with a verified case-patient.

In mid-April 2020, an outbreak was identified among employees at processing plant B (Appendix Figure 4), another large meat-processing plant. By May 1, a total of 649 cases among workers at processing plant B were confirmed. Sequencing of the 5 available samples from processing plant B (0.7% of cases) identified 1 cluster and 2 single genomes, all belonging to pangolin lineage B.1.

## Discussion

WGS identified 3 primary patterns of genetic relatedness among cases in various outbreak settings: outbreaks in which cases were part of 1 genetically related cluster; an outbreak with 2 unique clusters of cases, each contributing to the outbreak during the same period; and outbreaks for which multiple genetically distinct sequences were present. Phylogenetic analyses of the viral sequences from available specimens (Appendix Table 1) associated with outbreaks in LTCFs A, B, and C were all consistent with ≥1 primary cluster affecting each facility, suggesting that a single introduction of SARS-CoV-2 into a facility can result in a widespread outbreak. This finding is similar to previously reported findings, in which WGS has evidenced rapid spread in high-density settings as opposed to multiple introductions



**Figure 4.** Phylogenetic tree of severe acute respiratory syndrome coronavirus 2 genome sequences associated with correctional facility A, Minnesota, USA, March 25–June 30, 2020. Filled circles represent sequences from samples from inmates, open circles represent sequences from samples from facility staff. IQ-TREE (*29*) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations, as shown in the scale. MDH, Minnesota Department of Health.

T42AR-0003981



**Figure 5.** Phylogenetic tree of severe acute respiratory syndrome coronavirus 2 genome sequences associated with long-term care facility C and correctional facility B, Minnesota, US, April–June 2020. Filled circles represent sequences from samples from inmates or residents; open circles represent sequences from facility staff or healthcare workers. Sequences from long-term care facility C are shown on a white background; sequences from correctional facility B, on a gray background. Sequences from 2 household contacts are noted with stars. IQ-TREE (29) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations, as shown in the scale. MDH, Minnesota Department of Health.

T42AR-0003982

RESEARCH



**Figure 6.** Phylogenetic tree of SARS-CoV-2 genome sequences associated with meat-processing plant A and the surrounding community, Minnesota, USA, March 15–June 30, 2020. Open circles represent sequences from samples from staff at processing plant A; squares represent sequences from samples from persons in the surrounding community. IQ-TREE (*29*) was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single-nucleotide mutations, as shown in the scale. MDH, Minnesota Department of Health.

contributing to the outbreak (*20*). Cases from LTCF D, in contrast, formed 2 distinct genetic clusters, 1 consisting of 17 related samples and the other consisting of 22 samples. This finding is consistent with a potential scenario in which there were 2 separate, independent introductions into the facility and subsequent parallel intrafacility spread of each individually distinct sequence.

Phylogenetic analysis conducted for LTCFs A and C also demonstrated outlier SARS-CoV-2 viral sequences that were not genetically closely related to the primary cluster in each facility. This finding suggests community-acquired infection and subsequent introduction of SARS-CoV-2 into the facility (*3*). Two of the 3 outlier case-patients at LTCF C had positive test results >1 month after the first identified case. Similarly, 2 of the 3 outlier case-patients identified at LTCF A were identified 10 days after the first identified case-patient, and the third had a positive test result 28 days later. It is not possible to determine whether these introductions of distinct genetic sequences resulted in additional spread, given that WGS characterization was not performed on all positive samples in each facility and not all HCWs or residents were tested. However, the timing of the identification of these outlier cases after the date of the first identified primary case suggests that mitigation strategies implemented after the initial identification of the outbreak, including cohorting strategies, infection prevention and control measures, and correct use of personal protective equipment (PPE), may have effectively prevented

intrafacility transmission of these late outlier cases, as has been reported (*3,21,22*).

WGS identified a different genetic landscape in meat-processing plants, in which several distinct sequences contributed to the facility outbreak. This finding is despite sequencing of only 2.5% of SARS-CoV-2–positive samples from the processing plants, suggesting that increased sequencing may have identified even greater genetic diversity. In addition, several genomes identified at processing plant A were either identical or closely related to genomes in the surrounding community (community samples A). Of the 8 sequenced community samples (community sample A), 6 were from persons with no known epidemiologic link to a case-patient at processing plant A, strongly suggesting an unrecognized connection. The benefit of WGS for identifying previously unrecognized transmission patterns has been established (*20,32*). Although no definitive conclusions can be made regarding the direction of transmission, WGS provided strong evidence of worker/community member spread; hypothesized factors potentially contributing to this transmission pattern are communal housing, multigenerational families, and group transportation.

WGS has contributed to improved knowledge of an outbreak after retrospective analysis (G.K. Moreno et al., unpub. data, https://doi.org/10.1101/2020.07 .09.20149104) (*3,20,21*), justification for specific public health measures (*21,22*), and added insight to transmission patterns in high-risk settings. Our work further supports use of WGS in these situations while

T42AR-0003983

identifying several additional public health implications. WGS has demonstrated that outbreaks in LTCFs and correctional facilities can result from a single introduction. Continued vigilance, including facilitywide staff screening and subsequent exclusion of symptomatic HCWs or staff and those with known or suspected contacts, is imperative. WGS has demonstrated extensive intrafacility spread; closely related sequences comprise all or most cases contributing to the outbreak. Measures such as infection prevention and control, consistent and correct use of PPE, cohorting of known positive residents, and exclusion of positive HCWs must be maintained. WGS has also illuminated the transmission patterns in processing plants, including the multiple introductions identified through the multiple genetically distinct sequences identified and the related community strains. WGS has illustrated the need for community-level mitigation to prevent introductions in high-density worksites, including accessible communitywide testing, housing and transportation strategies, and facility-level measures to prevent unintended introduction into the workplace.

The first limitation of this study is that only a subset of specimens were available for sequencing because of different laboratory specimen retention policies. For example, at LTCF B, samples from only 5 staff members were available for sequencing. Similarly, in meat-processing plant B, only 5 samples were available because of a clinical testing laboratory protocol that resulted in the discarding of samples after ≈7 days. In addition, not all available samples could be successfully sequenced, primarily because of degraded quality or low concentrations of viral RNA.

Another limitation is that not all staff and employees at the LTCFs, correctional facilities, and processing plants agreed to be tested. Because of the incomplete genomic picture at each setting, definitive conclusions about single introductions in LTCFs A and D are speculative, and these individual introductions may have resulted in some virus transmission that was not identified in the study.

Last, we were not able to present sociodemographic data such as race or ethnicity associated with these outbreaks because of limitations in the case investigation process and incomplete case data. This limitation is particularly relevant because of the disproportionate effect of COVID-19 on those who are Black, indigenous, or other persons of color. Because those populations disproportionately experience incarceration and a high proportion of meat-processing plant employees are persons from immigrant communities, these settings can serve to amplify racial and ethnic health disparities related to COVID-19.

LTCFs, correctional facilities, and high-density workplace settings have many factors that are hypothesized to contribute to rapid transmission of SARS-CoV-2. These factors include insufficient resources and training in infection prevention and control, difficulties implementing social distancing because of close habitation or work environment, and delayed case detection and access to care (8,11,33). WGS results have demonstrated that many outbreaks in Minnesota were caused by single introductions of SARS-CoV-2, highlighting the value of consistent and correct PPE use, rigorous and systematic infection prevention and control, environmental control measures, and systematic testing of residents and staff to identify asymptomatic infected persons. As this pandemic continues, community mitigation strategies and strong enforcement of policies to reduce the risk of introducing SARS-CoV-2 virus into congregate settings are more crucial than ever. Similarly, infection prevention and control and aggressive containment practices are vital for mitigating the spread of SARS-CoV-2 after its introduction into a facility. WGS can be a useful tool for supplementing epidemiologic information and examining the role of facility and community factors contributing to SARS-COV-2 outbreaks in high-risk settings.

This article was preprinted at https://www.medrxiv.org/content/10.1101/2020.12.30.20248277v1

## Acknowledgments

We gratefully acknowledge the contributions from the MDH MEDSS (Minnesota Electronic Disease Surveillance System) Team, MDH Public Health Laboratory, MDH Case Investigation Team, MDH Outbreak Investigation Team, MDH Long-Term Care Facility Team, Matthew Binnicker, Joseph Yao, Andrew C. Nelson, and Sophia Yohe.

## About the Author

Dr. Lehnertz is a medical specialist in infectious disease epidemiology, prevention, and control at the MDH. His current research involves the epidemiology of COVID-19 transmission patterns, clinical characteristics of presymptomatic COVID-19 infection in residents of LTCFs, and human belief systems surrounding COVID-19.

## References

1. Arons MM, Hatfield KM, Reddy SC, Kimball A, James A, Jacobs JR, et al.; Public Health–Seattle and King County and CDC COVID-19 Investigation Team. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med. 2020;382:2081–90. https://doi.org/10.1056/NEJMoa2008457
2. Kimball A, Hatfield KM, Arons M, James A, Taylor J, Spicer K, et al.; Public Health–Seattle and King County and

T42AR-0003984

RESEARCH

CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep. 2020;69:377–81. https://doi.org/10.15585/mmwr.mm6913e1

3. Taylor J, Carter RJ, Lehnertz N, Kazazian L, Sullivan M, Wang X, et al.; Minnesota Long-Term Care COVID-19 Response Group. Serial testing for SARS-CoV-2 and virus whole genome sequencing inform infection risk at two skilled nursing facilities with COVID-19 outbreaks—Minnesota, April–June 2020. MMWR Morb Mortal Wkly Rep. 2020;69:1288–95. https://doi.org/10.15585/mmwr.mm6937a3

4. Dora AV, Winnett A, Jatt LP, Davar K, Watanabe M, Sohn L, et al. Universal and serial laboratory testing for SARS-CoV-2 at a long-term care skilled nursing facility for veterans–Los Angeles, California, 2020. MMWR Morb Mortal Wkly Rep. 2020;69:651–5. https://doi.org/10.15585/mmwr.mm6921e1

5. Ladhani SN, Chow JY, Janarthanan R, Fok J, Crawley-Boevey E, Vusirikala A, et al.; London Care Home Investigation Team. Increased risk of SARS-CoV-2 infection in staff working across different care homes: enhanced COVID-19 outbreak investigations in London care homes. J Infect. 2020;81:621–4. https://doi.org/10.1016/j.jinf.2020.07.027

6. Wallace M, Hagan L, Curran KG, Williams SP, Handanagic S, Bjork A, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep. 2020;69:587–90. https://doi.org/10.15585/mmwr.mm6919e1

7. Montoya-Barthelemy AG, Lee CD, Cundiff DR, Smith EB. COVID-19 and the correctional environment: the American prison as a focal point for public health. Am J Prev Med. 2020; 58:888–91. https://doi.org/10.1016/j.amepre.2020.04.001

8. Watson C, Warmbrod L, Vahey R, Cicero A, Inglesby T, Beyrer C, et al. COVID-19 and the US criminal justice system: evidence for public health measures to reduce risk. Baltimore: Johns Hopkins Center for Health Security; 2020.

9. Waltenburg MA, Victoroff T, Rose CE, Butterfield M, Jervis RH, Fedak KM, et al.; COVID-19 Response Team. Update: COVID-19 among workers in meat and poultry processing facilities—United States, April–May 2020. MMWR Morb Mortal Wkly Rep. 2020;69:887–92. https://doi.org/10.15585/mmwr.mm6927e2

10. Steinberg J, Kennedy ED, Basler C, Grant MP, Jacobs JR, Ortbahn D, et al. COVID-19 outbreak among employees at a meat-processing facility—South Dakota, March–April 2020. MMWR Morb Mortal Wkly Rep. 2020;69:1015–9. https://doi.org/10.15585/mmwr.mm6931a2

11. Waltenburg MA, Rose CE, Victoroff T, Butterfield M, Dillaha JA, Heinzerling A, et al.; CDC COVID-19 Emergency Response Team. Coronavirus disease among workers in food processing, food manufacturing, and agriculture workplaces. Emerg Infect Dis. 2021;27:243–9. https://doi.org/10.3201/eid2701.203821

12. Thielen BK, Bye E, Wang X, Maroushek S, Friedlander H, Bistodeau S, et al. Summer outbreak of severe RSV-B disease, Minnesota, 2017 associated with emergence of a genetically distinct viral lineage. J Infect Dis. 2020;222:288–97. https://doi.org/10.1093/infdis/jiaa075

13. Longmire AG, Sims S, Rytsareva I, Campo DS, Skums P, Dimitrova Z, et al. GHOST: global hepatitis outbreak and surveillance technology. BMC Genomics. 2017;18(Suppl 10):916. https://doi.org/10.1186/s12864-017-4268-3

14. Quick J, Loman NJ, Duraffour S, Simpson JT, Severi E, Cowley L, et al. Real-time, portable genome sequencing for Ebola surveillance. Nature. 2016;530:228–32. https://doi.org/10.1038/nature16996

15. Rounds JM, Taylor AJ, Eikmeier D, Nichols MM, Lappi V, Wirth SE, et al. Prospective *Salmonella* Enteritidis surveillance and outbreak detection using whole genome sequencing, Minnesota 2015–2017. Epidemiol Infect. 2020;148:e254. https://doi.org/10.1017/S0950268820001272

16. To KK, Hung IF, Ip JD, Chu AW, Chan WM, Tam AR, et al. COVID-19 re-infection by a phylogenetically distinct SARS-coronavirus-2 strain confirmed by whole genome sequencing. Clin Infect Dis. 2020 Aug 25 [Epub ahead of print]. https://doi.org/10.1093/cid/ciaa1275

17. Larson D, Brodniak SL, Voegtly LJ, Cer RZ, Glang LA, Malagon FJ, et al. A case of early re-infection with SARS-CoV-2. Clin Infect Dis. 2020 Sep 19 [Epub ahead of print]. https://doi.org/10.1093/cid/ciaa1436

18. Van Elslande J, Vermeersch P, Vandervoort K, Wawina-Bokalanga T, Vanmechelen B, Wollants E, et al. Symptomatic SARS-CoV-2 reinfection by a phylogenetically distinct strain. Clin Infect Dis. 2020 Sep 5[Epub ahead of print]. https://doi.org/10.1093/cid/ciaa1330

19. Gupta V, Bhoyar RC, Jain A, Srivastava S, Upadhayay R, Imran M, et al. Asymptomatic reinfection in two healthcare workers from India with genetically distinct SARS-CoV-2. Clin Infect Dis. 2020 Sep 23 [Epub ahead of print]. https://doi.org/10.1093/cid/ciaa1451

20. Lucey M, Macori G, Mullane N, Sutton-Fitzpatrick U, Gonzalez G, Coughlan S, et al. Whole-genome sequencing to track SARS-CoV-2 transmission in nosocomial outbreaks. Clin Infect Dis. 2020 Jun 1 [Epub ahead of print]. https://doi.org/10.1093/cid/ciaa1433

21. Oude Munnink BB, Nieuwenhuijse DF, Stein M, O'Toole Á, Haverkate M, Mollers M, et al. Dutch-Covid-19 response team. Rapid SARS-CoV-2 whole-genome sequencing and analysis for informed public health decision-making in the Netherlands. Nat Med. 2020;26:1405–10. https://doi.org/10.1038/s41591-020-0997-y

22. Seemann T, Lane CR, Sherry NL, Duchene S, Gonçalves da Silva A, Caly L, et al. Tracking the COVID-19 pandemic in Australia using genomics. Nat Commun. 2020;11:4376. https://doi.org/10.1038/s41467-020-18314-x

23. Rockett RJ, Arnott A, Lam C, Sadsad R, Timms V, Gray KA, et al. Revealing COVID-19 transmission in Australia by SARS-CoV-2 genome sequencing and agent-based modeling. Nat Med. 2020;26:1398–404. https://doi.org/10.1038/s41591-020-1000-7

24. US Food and Drug Administration. CDC 2019-novel coronavirus (2019-nCoV) real-time RT-PCR diagnostic panel [cited 2020 Dec 10]. https://www.fda.gov/media/134922/download

25. Quick J. nCoV-2019 sequencing protocol V.1 [cited 2020 Dec 10]. https://doi.org/10.17504/protocols.io.bbmuik6w

26. Sevinsky J, Nassiri A, Blankenship H, Young E, Libuit K, Oakeson K, et al. SARS-CoV-2 Sequencing on Illumina MiSeq using ARTIC protocol: part 2—Illumina DNA flex protocol V.1 [cited 2020 Dec 10]. https://doi.org/10.17504/protocols.io.bffyjjpw

27. Hadfield J, Megill C, Bell SM, Huddleston J, Potter B, Callender C, et al. Nextstrain: real-time tracking of pathogen evolution. Bioinformatics. 2018;34:4121–3. https://doi.org/10.1093/bioinformatics/bty407

28. Katoh K, Standley DM. MAFFT multiple sequence alignment software version 7: improvements in performance and usability. Mol Biol Evol. 2013;30:772–80. https://doi.org/10.1093/molbev/mst010

T42AR-0003985

29. Nguyen LT, Schmidt HA, von Haeseler A, Minh BQ. IQ-TREE: a fast and effective stochastic algorithm for estimating maximum-likelihood phylogenies. Mol Biol Evol. 2015;32:268–74. https://doi.org/10.1093/molbev/msu300

30. Letunic I, Bork P. Interactive Tree Of Life (iTOL) v4: recent updates and new developments. Nucleic Acids Res. 2019;47(W1):W256–9. https://doi.org/10.1093/nar/gkz239

31. Elbe S, Buckland-Merrett G. Data, disease and diplomacy: GISAID's innovative contribution to global health. Glob Chall. 2017;1:33–46. https://doi.org/10.1002/gch2.1018

32. Gonzalez-Reiche AS, Hernandez MM, Sullivan MJ, Ciferri B, Alshammary H, Obla A, et al. Introductions and early spread of SARS-CoV-2 in the New York City area. Science.2020; 369:297–301. https://doi.org/10.1126/science.abc1917

33. Grabowski DC, Mor V. Nursing home care in crisis in the wake of COVID-19. JAMA. 2020;324:23–4. https://doi.org/10.1001/jama.2020.8524

Address for correspondence: Nicholas B. Lehnertz, Minnesota Department of Health, 625 Robert St N, St. Paul, MN 55164, USA; email: nick.lehnertz@state.mn.us



@CDC_EIDjournal

EID journal

Want to stay updated on the latest news in *Emerging Infectious Diseases*? Let us connect you to the world of global health. Discover groundbreaking research studies, pictures, podcasts, and more by following us on Twitter at @CDC_EIDjournal.

T42AR-0003986

Article DOI: https://doi.org/10.3201/eid2708.204838

# Transmission Dynamics of Severe Acute Respiratory Syndrome Coronavirus 2 in High-Density Settings, Minnesota, USA, March–June 2020

## Appendix

**Appendix Table.** GISAID accession numbers for all sequenced samples from outbreak settings*

| Outbreak | Genome | GISAID Accession |
|---|---|---|
| Community Samples A | MN-MDH-1211 | EPI_ISL_477300 |
| Community Samples A | MN-MDH-1212 | EPI_ISL_477301 |
| Community Samples A | MN-MDH-1213 | EPI_ISL_477302 |
| Community Samples A | MN-MDH-1220 | EPI_ISL_477309 |
| Community Samples A | MN-MDH-1221 | EPI_ISL_477310 |
| Community Samples A | MN-MDH-1224 | EPI_ISL_481242 |
| Community Samples A | MN-MDH-1249 | EPI_ISL_482970 |
| Community Samples A | MN-MDH-1250 | EPI_ISL_482971 |
| Correctional Facility A | MN-MDH-286 | EPI_ISL_437362 |
| Correctional Facility A | MN-MDH-315 | EPI_ISL_437363 |
| Correctional Facility A | MN-MDH-336 | EPI_ISL_437364 |
| Correctional Facility A | MN-MDH-374 | EPI_ISL_437366 |
| Correctional Facility A | MN-MDH-436 | EPI_ISL_437373 |
| Correctional Facility A | MN-MDH-278 | EPI_ISL_450752 |
| Correctional Facility A | MN-MDH-316 | EPI_ISL_450774 |
| Correctional Facility A | MN-MDH-1298 | EPI_ISL_495597 |
| Correctional Facility A | MN-MDH-1299 | EPI_ISL_495598 |
| Correctional Facility A | MN-MDH-1300 | EPI_ISL_495599 |
| Correctional Facility A | MN-MDH-1301 | EPI_ISL_495600 |
| Correctional Facility A | MN-MDH-1302 | EPI_ISL_495601 |
| Correctional Facility A | MN-MDH-1303 | EPI_ISL_495602 |
| Correctional Facility A | MN-MDH-1304 | EPI_ISL_495603 |
| Correctional Facility A | MN-MDH-1305 | EPI_ISL_495604 |
| Correctional Facility A | MN-MDH-1306 | EPI_ISL_495605 |
| Correctional Facility A | MN-MDH-1307 | EPI_ISL_495606 |
| Correctional Facility A | MN-MDH-1308 | EPI_ISL_495607 |
| Correctional Facility A | MN-MDH-1309 | EPI_ISL_495608 |
| Correctional Facility A | MN-MDH-1310 | EPI_ISL_495609 |
| Correctional Facility A | MN-MDH-1332 | EPI_ISL_496918 |
| Correctional Facility A | MN-MDH-1345 | EPI_ISL_507934 |
| Correctional Facility A | MN-MDH-1346 | EPI_ISL_507935 |
| Correctional Facility A | MN-MDH-1347 | EPI_ISL_507936 |
| Correctional Facility A | MN-MDH-1348 | EPI_ISL_507937 |
| Correctional Facility A | MN-MDH-1349 | EPI_ISL_507938 |
| Correctional Facility A | MN-MDH-1350 | EPI_ISL_507939 |
| Correctional Facility A | MN-MDH-1351 | EPI_ISL_507940 |
| Correctional Facility A | MN-MDH-1352 | EPI_ISL_507941 |
| Correctional Facility A | MN-MDH-1353 | EPI_ISL_507942 |
| Correctional Facility A | MN-MDH-1354 | EPI_ISL_507943 |
| Correctional Facility A | MN-MDH-1355 | EPI_ISL_507944 |
| Correctional Facility A | MN-MDH-1356 | EPI_ISL_507945 |
| Correctional Facility A | MN-MDH-1357 | EPI_ISL_507946 |
| Correctional Facility A | MN-MDH-1358 | EPI_ISL_507947 |
| Correctional Facility A | MN-MDH-1359 | EPI_ISL_507948 |
| Correctional Facility A | MN-MDH-1360 | EPI_ISL_507949 |
| Correctional Facility A | MN-MDH-1361 | EPI_ISL_507950 |
| Correctional Facility A | MN-MDH-1362 | EPI_ISL_507951 |
| Correctional Facility A | MN-MDH-1363 | EPI_ISL_507952 |

T42AR-0003987

| Outbreak | Genome | GISAID Accession |
|---|---|---|
| Correctional Facility A | MN-MDH-1364 | EPI_ISL_515262 |
| Correctional Facility A | MN-MDH-1365 | EPI_ISL_507953 |
| Correctional Facility A | MN-MDH-1366 | EPI_ISL_507954 |
| Correctional Facility A | MN-MDH-1367 | EPI_ISL_507955 |
| Correctional Facility A | MN-MDH-1368 | EPI_ISL_507956 |
| Correctional Facility A | MN-MDH-1397 | EPI_ISL_514616 |
| Correctional Facility A | MN-MDH-1398 | EPI_ISL_514617 |
| Correctional Facility A | MN-MDH-1399 | EPI_ISL_514618 |
| Correctional Facility A | MN-MDH-1461 | EPI_ISL_518855 |
| Correctional Facility B | MN-MDH-1070 | EPI_ISL_470750 |
| Correctional Facility B | MN-MDH-1071 | EPI_ISL_470751 |
| Correctional Facility B | MN-MDH-1072 | EPI_ISL_470752 |
| Correctional Facility B | MN-MDH-1073 | EPI_ISL_470753 |
| Correctional Facility B | MN-MDH-1074 | EPI_ISL_470754 |
| Correctional Facility B | MN-MDH-1075 | EPI_ISL_470755 |
| Correctional Facility B | MN-MDH-1076 | EPI_ISL_470756 |
| Correctional Facility B | MN-MDH-1077 | EPI_ISL_470757 |
| Correctional Facility B | MN-MDH-1078 | EPI_ISL_470758 |
| Correctional Facility B | MN-MDH-1079 | EPI_ISL_470759 |
| Correctional Facility B | MN-MDH-1080 | EPI_ISL_470760 |
| Correctional Facility B | MN-MDH-1081 | EPI_ISL_470761 |
| Correctional Facility B | MN-MDH-1082 | EPI_ISL_470762 |
| Correctional Facility B | MN-MDH-1083 | EPI_ISL_470763 |
| Correctional Facility B | MN-MDH-1084 | EPI_ISL_470764 |
| Correctional Facility B | MN-MDH-1085 | EPI_ISL_470765 |
| Correctional Facility B | MN-MDH-1086 | EPI_ISL_470766 |
| Correctional Facility B | MN-MDH-1087 | EPI_ISL_470767 |
| Correctional Facility B | MN-MDH-1088 | EPI_ISL_470768 |
| Correctional Facility B | MN-MDH-1089 | EPI_ISL_470769 |
| Correctional Facility B | MN-MDH-1090 | EPI_ISL_470770 |
| Correctional Facility B | MN-MDH-1091 | EPI_ISL_470771 |
| Correctional Facility B | MN-MDH-1092 | EPI_ISL_470772 |
| Correctional Facility B | MN-MDH-1093 | EPI_ISL_470773 |
| Correctional Facility B | MN-MDH-1094 | EPI_ISL_470774 |
| Correctional Facility B | MN-MDH-1095 | EPI_ISL_470775 |
| Correctional Facility B | MN-MDH-1096 | EPI_ISL_470776 |
| Correctional Facility B | MN-MDH-1097 | EPI_ISL_470777 |
| Correctional Facility B | MN-MDH-1098 | EPI_ISL_470778 |
| Correctional Facility B | MN-MDH-1099 | EPI_ISL_470779 |
| Correctional Facility B | MN-MDH-1100 | EPI_ISL_470780 |
| Correctional Facility B | MN-MDH-1101 | EPI_ISL_470781 |
| Correctional Facility B | MN-MDH-1102 | EPI_ISL_470782 |
| Correctional Facility B | MN-MDH-1103 | EPI_ISL_470783 |
| Correctional Facility B | MN-MDH-1104 | EPI_ISL_470784 |
| Correctional Facility B | MN-MDH-1105 | EPI_ISL_470785 |
| Correctional Facility B | MN-MDH-1106 | EPI_ISL_470786 |
| Correctional Facility B | MN-MDH-1107 | EPI_ISL_470787 |
| Correctional Facility B | MN-MDH-1108 | EPI_ISL_470788 |
| Correctional Facility B | MN-MDH-1109 | EPI_ISL_470789 |
| Correctional Facility B | MN-MDH-1169 | EPI_ISL_476754 |
| Correctional Facility B | MN-MDH-1177 | EPI_ISL_476762 |
| Correctional Facility B | MN-MDH-1178 | EPI_ISL_476763 |
| Correctional Facility B | MN-MDH-1179 | EPI_ISL_476764 |
| Correctional Facility B | MN-MDH-1180 | EPI_ISL_476765 |
| Correctional Facility B | MN-MDH-1181 | EPI_ISL_476766 |
| Correctional Facility B | MN-MDH-1252 | EPI_ISL_482973 |
| Correctional Facility B | MN-MDH-1253 | EPI_ISL_482974 |
| Correctional Facility B | MN-MDH-1254 | EPI_ISL_482975 |
| Correctional Facility B | MN-MDH-1255 | EPI_ISL_482976 |
| Correctional Facility B | MN-MDH-1256 | EPI_ISL_482977 |
| Correctional Facility B | MN-MDH-1258 | EPI_ISL_482979 |
| Correctional Facility B | MN-MDH-1259 | EPI_ISL_482980 |
| Correctional Facility B | MN-MDH-1260 | EPI_ISL_482981 |
| Correctional Facility B | MN-MDH-1261 | EPI_ISL_482982 |
| Correctional Facility B | MN-MDH-1262 | EPI_ISL_482983 |
| Correctional Facility B | MN-MDH-1263 | EPI_ISL_482984 |
| Correctional Facility B | MN-MDH-1264 | EPI_ISL_482985 |
| Correctional Facility B | MN-MDH-1265 | EPI_ISL_482986 |
| Correctional Facility B | MN-MDH-1266 | EPI_ISL_482987 |

T42AR-0003988

| Outbreak | Genome | GISAID Accession |
|---|---|---|
| Correctional Facility B | MN-MDH-1331 | EPI_ISL_496917 |
| LTCF A | MN-MDH-1000 | EPI_ISL_462845 |
| LTCF A | MN-MDH-1001 | EPI_ISL_462846 |
| LTCF A | MN-MDH-1002 | EPI_ISL_462847 |
| LTCF A | MN-MDH-1003 | EPI_ISL_462848 |
| LTCF A | MN-MDH-1004 | EPI_ISL_462849 |
| LTCF A | MN-MDH-1005 | EPI_ISL_462850 |
| LTCF A | MN-MDH-1006 | EPI_ISL_462851 |
| LTCF A | MN-MDH-1007 | EPI_ISL_462852 |
| LTCF A | MN-MDH-1008 | EPI_ISL_462853 |
| LTCF A | MN-MDH-1009 | EPI_ISL_462854 |
| LTCF A | MN-MDH-1010 | EPI_ISL_462855 |
| LTCF A | MN-MDH-1011 | EPI_ISL_462856 |
| LTCF A | MN-MDH-1012 | EPI_ISL_462857 |
| LTCF A | MN-MDH-1013 | EPI_ISL_462858 |
| LTCF A | MN-MDH-1014 | EPI_ISL_462859 |
| LTCF A | MN-MDH-1015 | EPI_ISL_462860 |
| LTCF A | MN-MDH-1016 | EPI_ISL_462861 |
| LTCF A | MN-MDH-1017 | EPI_ISL_462862 |
| LTCF A | MN-MDH-1018 | EPI_ISL_462863 |
| LTCF A | MN-MDH-1019 | EPI_ISL_462864 |
| LTCF A | MN-MDH-1042 | EPI_ISL_462887 |
| LTCF A | MN-MDH-1043 | EPI_ISL_462888 |
| LTCF A | MN-MDH-1044 | EPI_ISL_462889 |
| LTCF A | MN-MDH-1045 | EPI_ISL_462890 |
| LTCF A | MN-MDH-1168 | EPI_ISL_476753 |
| LTCF A | MN-MDH-1171 | EPI_ISL_476756 |
| LTCF A | MN-MDH-1186 | EPI_ISL_477276 |
| LTCF B | MN-MDH-1020 | EPI_ISL_462865 |
| LTCF B | MN-MDH-1021 | EPI_ISL_462866 |
| LTCF B | MN-MDH-1022 | EPI_ISL_462867 |
| LTCF B | MN-MDH-1023 | EPI_ISL_462868 |
| LTCF B | MN-MDH-1024 | EPI_ISL_462869 |
| LTCF B | MN-MDH-1025 | EPI_ISL_462870 |
| LTCF B | MN-MDH-1026 | EPI_ISL_462871 |
| LTCF B | MN-MDH-1027 | EPI_ISL_462872 |
| LTCF B | MN-MDH-1028 | EPI_ISL_462873 |
| LTCF B | MN-MDH-1029 | EPI_ISL_462874 |
| LTCF B | MN-MDH-1030 | EPI_ISL_462875 |
| LTCF B | MN-MDH-1031 | EPI_ISL_462876 |
| LTCF B | MN-MDH-1032 | EPI_ISL_462877 |
| LTCF B | MN-MDH-1033 | EPI_ISL_462878 |
| LTCF B | MN-MDH-1034 | EPI_ISL_462879 |
| LTCF B | MN-MDH-1035 | EPI_ISL_462880 |
| LTCF B | MN-MDH-1036 | EPI_ISL_462881 |
| LTCF B | MN-MDH-1037 | EPI_ISL_462882 |
| LTCF B | MN-MDH-1038 | EPI_ISL_462883 |
| LTCF B | MN-MDH-1039 | EPI_ISL_462884 |
| LTCF B | MN-MDH-1040 | EPI_ISL_462885 |
| LTCF B | MN-MDH-1041 | EPI_ISL_462886 |
| LTCF B | MN-MDH-1046 | EPI_ISL_462891 |
| LTCF B | MN-MDH-1047 | EPI_ISL_462892 |
| LTCF B | MN-MDH-1048 | EPI_ISL_462893 |
| LTCF B | MN-MDH-1049 | EPI_ISL_462894 |
| LTCF B | MN-MDH-1050 | EPI_ISL_462895 |
| LTCF B | MN-MDH-1051 | EPI_ISL_462896 |
| LTCF B | MN-MDH-1052 | EPI_ISL_462897 |
| LTCF B | MN-MDH-1053 | EPI_ISL_462898 |
| LTCF B | MN-MDH-1054 | EPI_ISL_462899 |
| LTCF B | MN-MDH-1055 | EPI_ISL_462900 |
| LTCF B | MN-MDH-1056 | EPI_ISL_462901 |
| LTCF B | MN-MDH-1057 | EPI_ISL_462902 |
| LTCF B | MN-MDH-1058 | EPI_ISL_462903 |
| LTCF B | MN-MDH-1059 | EPI_ISL_462904 |
| LTCF B | MN-MDH-1060 | EPI_ISL_462905 |
| LTCF B | MN-MDH-1061 | EPI_ISL_462906 |
| LTCF B | MN-MDH-1062 | EPI_ISL_462907 |
| LTCF B | MN-MDH-1063 | EPI_ISL_462908 |
| LTCF B | MN-MDH-1064 | EPI_ISL_462909 |

T42AR-0003989

| Outbreak | Genome | GISAID Accession |
|---|---|---|
| LTCF B | MN-MDH-1065 | EPI_ISL_462910 |
| LTCF B | MN-MDH-1066 | EPI_ISL_462911 |
| LTCF B | MN-MDH-1067 | EPI_ISL_470747 |
| LTCF B | MN-MDH-1068 | EPI_ISL_470748 |
| LTCF B | MN-MDH-1069 | EPI_ISL_470749 |
| LTCF B | MN-MDH-1110 | EPI_ISL_470790 |
| LTCF B | MN-MDH-1111 | EPI_ISL_470791 |
| LTCF B | MN-MDH-1112 | EPI_ISL_470792 |
| LTCF B | MN-MDH-1113 | EPI_ISL_470793 |
| LTCF B | MN-MDH-1114 | EPI_ISL_470794 |
| LTCF B | MN-MDH-1115 | EPI_ISL_470795 |
| LTCF B | MN-MDH-1116 | EPI_ISL_470796 |
| LTCF B | MN-MDH-1117 | EPI_ISL_470797 |
| LTCF B | MN-MDH-1118 | EPI_ISL_470798 |
| LTCF B | MN-MDH-1119 | EPI_ISL_470799 |
| LTCF B | MN-MDH-1120 | EPI_ISL_470800 |
| LTCF B | MN-MDH-1172 | EPI_ISL_476757 |
| LTCF B | MN-MDH-1173 | EPI_ISL_476758 |
| LTCF B | MN-MDH-1174 | EPI_ISL_476759 |
| LTCF B | MN-MDH-1175 | EPI_ISL_476760 |
| LTCF B | MN-MDH-1176 | EPI_ISL_476761 |
| LTCF B | MN-MDH-1182 | EPI_ISL_477272 |
| LTCF B | MN-MDH-1183 | EPI_ISL_477273 |
| LTCF B | MN-MDH-1184 | EPI_ISL_477274 |
| LTCF B | MN-MDH-1185 | EPI_ISL_477275 |
| LTCF B | MN-MDH-1187 | EPI_ISL_477277 |
| LTCF B | MN-MDH-1188 | EPI_ISL_477278 |
| LTCF B | MN-MDH-1189 | EPI_ISL_477279 |
| LTCF B | MN-MDH-1190 | EPI_ISL_477280 |
| LTCF B | MN-MDH-1191 | EPI_ISL_477281 |
| LTCF B | MN-MDH-1192 | EPI_ISL_477282 |
| LTCF B | MN-MDH-1193 | EPI_ISL_477283 |
| LTCF B | MN-MDH-1194 | EPI_ISL_477284 |
| LTCF B | MN-MDH-1195 | EPI_ISL_477285 |
| LTCF B | MN-MDH-1196 | EPI_ISL_477286 |
| LTCF B | MN-MDH-1197 | EPI_ISL_477287 |
| LTCF B | MN-MDH-1198 | EPI_ISL_477288 |
| LTCF B | MN-MDH-1199 | EPI_ISL_477289 |
| LTCF B | MN-MDH-1200 | EPI_ISL_481241 |
| LTCF B | MN-MDH-1201 | EPI_ISL_477290 |
| LTCF B | MN-MDH-1330 | EPI_ISL_496916 |
| LTCF C | MN-MDH-1147 | EPI_ISL_476732 |
| LTCF C | MN-MDH-1152 | EPI_ISL_476737 |
| LTCF C | MN-MDH-1154 | EPI_ISL_476739 |
| LTCF C | MN-MDH-1155 | EPI_ISL_476740 |
| LTCF C | MN-MDH-1164 | EPI_ISL_476749 |
| LTCF C | MN-MDH-1165 | EPI_ISL_476750 |
| LTCF C | MN-MDH-1166 | EPI_ISL_476751 |
| LTCF C | MN-MDH-1167 | EPI_ISL_476752 |
| LTCF C | MN-MDH-1170 | EPI_ISL_476755 |
| LTCF C | MN-MDH-1225 | EPI_ISL_482946 |
| LTCF C | MN-MDH-1226 | EPI_ISL_482947 |
| LTCF C | MN-MDH-1227 | EPI_ISL_482948 |
| LTCF C | MN-MDH-1228 | EPI_ISL_482949 |
| LTCF C | MN-MDH-1229 | EPI_ISL_482950 |
| LTCF C | MN-MDH-1230 | EPI_ISL_482951 |
| LTCF C | MN-MDH-1231 | EPI_ISL_482952 |
| LTCF C | MN-MDH-1232 | EPI_ISL_482953 |
| LTCF C | MN-MDH-1233 | EPI_ISL_482954 |
| LTCF C | MN-MDH-1234 | EPI_ISL_482955 |
| LTCF C | MN-MDH-1235 | EPI_ISL_482956 |
| LTCF C | MN-MDH-1236 | EPI_ISL_482957 |
| LTCF C | MN-MDH-1237 | EPI_ISL_482958 |
| LTCF C | MN-MDH-1238 | EPI_ISL_482959 |
| LTCF C | MN-MDH-1239 | EPI_ISL_482960 |
| LTCF C | MN-MDH-1240 | EPI_ISL_482961 |
| LTCF C | MN-MDH-1241 | EPI_ISL_482962 |
| LTCF C | MN-MDH-1242 | EPI_ISL_482963 |
| LTCF C | MN-MDH-1243 | EPI_ISL_482964 |

T42AR-0003990

| Outbreak | Genome | GISAID Accession |
|---|---|---|
| LTCF C | MN-MDH-1244 | EPI_ISL_482965 |
| LTCF C | MN-MDH-1245 | EPI_ISL_482966 |
| LTCF C | MN-MDH-1581 | EPI_ISL_530177 |
| LTCF C | MN-MDH-1582 | EPI_ISL_530178 |
| LTCF D | MN-MDH-1121 | EPI_ISL_476706 |
| LTCF D | MN-MDH-1122 | EPI_ISL_476707 |
| LTCF D | MN-MDH-1123 | EPI_ISL_476708 |
| LTCF D | MN-MDH-1124 | EPI_ISL_476709 |
| LTCF D | MN-MDH-1125 | EPI_ISL_476710 |
| LTCF D | MN-MDH-1126 | EPI_ISL_476711 |
| LTCF D | MN-MDH-1127 | EPI_ISL_476712 |
| LTCF D | MN-MDH-1128 | EPI_ISL_476713 |
| LTCF D | MN-MDH-1129 | EPI_ISL_476714 |
| LTCF D | MN-MDH-1130 | EPI_ISL_476715 |
| LTCF D | MN-MDH-1131 | EPI_ISL_476716 |
| LTCF D | MN-MDH-1132 | EPI_ISL_476717 |
| LTCF D | MN-MDH-1133 | EPI_ISL_476718 |
| LTCF D | MN-MDH-1134 | EPI_ISL_476719 |
| LTCF D | MN-MDH-1135 | EPI_ISL_476720 |
| LTCF D | MN-MDH-1136 | EPI_ISL_476721 |
| LTCF D | MN-MDH-1137 | EPI_ISL_476722 |
| LTCF D | MN-MDH-1138 | EPI_ISL_476723 |
| LTCF D | MN-MDH-1139 | EPI_ISL_476724 |
| LTCF D | MN-MDH-1140 | EPI_ISL_476725 |
| LTCF D | MN-MDH-1141 | EPI_ISL_476726 |
| LTCF D | MN-MDH-1142 | EPI_ISL_476727 |
| LTCF D | MN-MDH-1143 | EPI_ISL_476728 |
| LTCF D | MN-MDH-1144 | EPI_ISL_476729 |
| LTCF D | MN-MDH-1145 | EPI_ISL_476730 |
| LTCF D | MN-MDH-1146 | EPI_ISL_476731 |
| LTCF D | MN-MDH-1148 | EPI_ISL_476733 |
| LTCF D | MN-MDH-1149 | EPI_ISL_476734 |
| LTCF D | MN-MDH-1150 | EPI_ISL_476735 |
| LTCF D | MN-MDH-1151 | EPI_ISL_476736 |
| LTCF D | MN-MDH-1153 | EPI_ISL_476738 |
| LTCF D | MN-MDH-1156 | EPI_ISL_476741 |
| LTCF D | MN-MDH-1157 | EPI_ISL_476742 |
| LTCF D | MN-MDH-1158 | EPI_ISL_476743 |
| LTCF D | MN-MDH-1159 | EPI_ISL_476744 |
| LTCF D | MN-MDH-1160 | EPI_ISL_476745 |
| LTCF D | MN-MDH-1161 | EPI_ISL_476746 |
| LTCF D | MN-MDH-1162 | EPI_ISL_476747 |
| LTCF D | MN-MDH-1163 | EPI_ISL_476748 |
| Processing Plant A | MN-MDH-1202 | EPI_ISL_477291 |
| Processing Plant A | MN-MDH-1203 | EPI_ISL_477292 |
| Processing Plant A | MN-MDH-1205 | EPI_ISL_477294 |
| Processing Plant A | MN-MDH-1206 | EPI_ISL_477295 |
| Processing Plant A | MN-MDH-1208 | EPI_ISL_477297 |
| Processing Plant A | MN-MDH-1209 | EPI_ISL_477298 |
| Processing Plant A | MN-MDH-1210 | EPI_ISL_477299 |
| Processing Plant A | MN-MDH-1214 | EPI_ISL_477303 |
| Processing Plant A | MN-MDH-1215 | EPI_ISL_477304 |
| Processing Plant A | MN-MDH-1216 | EPI_ISL_477305 |
| Processing Plant A | MN-MDH-1217 | EPI_ISL_477306 |
| Processing Plant A | MN-MDH-1218 | EPI_ISL_477307 |
| Processing Plant A | MN-MDH-1219 | EPI_ISL_477308 |
| Processing Plant A | MN-MDH-1222 | EPI_ISL_477311 |
| Processing Plant A | MN-MDH-1223 | EPI_ISL_477312 |
| Processing Plant A | MN-MDH-1251 | EPI_ISL_482972 |
| Processing Plant B | MN-MDH-1204 | EPI_ISL_477293 |
| Processing Plant B | MN-MDH-1207 | EPI_ISL_477296 |
| Processing Plant B | MN-MDH-1246 | EPI_ISL_482967 |
| Processing Plant B | MN-MDH-1247 | EPI_ISL_482968 |
| Processing Plant B | MN-MDH-1248 | EPI_ISL_482969 |

*GISAID, http://www.gisaid.org.

T42AR-0003991



**Appendix Figure 1.** Phylogenetic tree of SARS-CoV-2 genome sequences associated with LTCF B from April 29 to June 11, 2020. Filled circles represent sequences taken from residents, open circles represent sequences from healthcare workers. IQ-TREE was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single nucleotide mutations as shown in the scale key.

T42AR-0003992



**Appendix Figure 2.** Phylogenetic tree of SARS-CoV-2 genome sequences associated with LTCF C from April 24 to June 30, 2020. Filled circles represent sequences taken from residents, open circles represent sequences from healthcare workers. IQ-TREE was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single nucleotide mutations as shown in the scale key.

T42AR-0003993



**Appendix Figure 3.** Phylogenetic tree of SARS-CoV-2 genome sequences associated with Correctional Facility B from May 13 to June 30, 2020. Filled circles represent sequences taken from inmates, open circles represent sequences from facility staff. IQ-TREE was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single nucleotide mutations as shown in the scale key.

T42AR-0003994



**Appendix Figure 4.** Phylogenetic tree of SARS-CoV-2 genome sequences associated with Processing Plant B from April 11 to June 30, 2020. Open circles represent sequences from staff at Processing Plant B. IQ-TREE was used with the general time reversible substitution model for tree generation. Branch lengths were scaled to represent number of single nucleotide mutations as shown in the scale key.

T42AR-0003995



JAMA Network | **Open**™

Original Investigation | Infectious Diseases

# SARS-CoV-2 Transmission From People Without COVID-19 Symptoms

Michael A. Johansson, PhD; Talia M. Quandelacy, PhD, MPH; Sarah Kada, PhD; Pragati Venkata Prasad, MPH; Molly Steele, PhD, MPH; John T. Brooks, MD;
Rachel B. Slayton, PhD, MPH; Matthew Biggerstaff, ScD, MPH; Jay C. Butler, MD

## Abstract

**IMPORTANCE**  Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the etiology of
coronavirus disease 2019 (COVID-19), is readily transmitted person to person. Optimal control of
COVID-19 depends on directing resources and health messaging to mitigation efforts that are most
likely to prevent transmission, but the relative importance of such measures has been disputed.

**OBJECTIVE**  To assess the proportion of SARS-CoV-2 transmissions in the community that likely
occur from persons without symptoms.

**DESIGN, SETTING, AND PARTICIPANTS**  This decision analytical model assessed the relative
amount of transmission from presymptomatic, never symptomatic, and symptomatic individuals
across a range of scenarios in which the proportion of transmission from people who never develop
symptoms (ie, remain asymptomatic) and the infectious period were varied according to published
best estimates. For all estimates, data from a meta-analysis was used to set the incubation period at a
median of 5 days. The infectious period duration was maintained at 10 days, and peak infectiousness
was varied between 3 and 7 days (−2 and +2 days relative to the median incubation period). The
overall proportion of SARS-CoV-2 was varied between 0% and 70% to assess a wide range of
possible proportions.

**MAIN OUTCOMES AND MEASURES**  Level of transmission of SARS-CoV-2 from presymptomatic,
never symptomatic, and symptomatic individuals.

**RESULTS**  The baseline assumptions for the model were that peak infectiousness occurred at the
median of symptom onset and that 30% of individuals with infection never develop symptoms and
are 75% as infectious as those who do develop symptoms. Combined, these baseline assumptions
imply that persons with infection who never develop symptoms may account for approximately 24%
of all transmission. In this base case, 59% of all transmission came from asymptomatic transmission,
comprising 35% from presymptomatic individuals and 24% from individuals who never develop
symptoms. Under a broad range of values for each of these assumptions, at least 50% of new SARS-
CoV-2 infections was estimated to have originated from exposure to individuals with infection but
without symptoms.

**CONCLUSIONS AND RELEVANCE**  In this decision analytical model of multiple scenarios of
proportions of asymptomatic individuals with COVID-19 and infectious periods, transmission from
asymptomatic individuals was estimated to account for more than half of all transmissions. In
addition to identification and isolation of persons with symptomatic COVID-19, effective control of
spread will require reducing the risk of transmission from people with infection who do not have
symptoms. These findings suggest that measures such as wearing masks, hand hygiene, social
distancing, and strategic testing of people who are not ill will be foundational to slowing the spread

## Key Points

**Question**  What proportion of
coronavirus disease 2019 (COVID-19)
spread is associated with transmission
of severe acute respiratory syndrome
coronavirus 2 (SARS-CoV-2) from
persons with no symptoms?

**Findings**  In this decision analytical
model assessing multiple scenarios for
the infectious period and the proportion
of transmission from individuals who
never have COVID-19 symptoms,
transmission from asymptomatic
individuals was estimated to account for
more than half of all transmission.

**Meaning**  The findings of this study
suggest that the identification and
isolation of persons with symptomatic
COVID-19 alone will not control the
ongoing spread of SARS-CoV-2.

➕ **Multimedia**

➕ **Supplemental content**

Author affiliations and article information are
listed at the end of this article.

🔓 Open Access. This is an open access article distributed under the terms of the CC-BY License.

*JAMA Network Open.* 2021;4(1):e2035057. doi:10.1001/jamanetworkopen.2020.35057

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004020

JAMA Network Open | Infectious Diseases
SARS-CoV-2 Transmission From People Without COVID-19 Symptoms

*Abstract (continued)*

of COVID-19 until safe and effective vaccines are available and widely used.

*JAMA Network Open.* 2021;4(1):e2035057.
Corrected on February 12, 2021. doi:10.1001/jamanetworkopen.2020.35057

## Introduction

As severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the novel coronavirus that causes coronavirus disease 2019 (COVID-19), began to spread globally, it became apparent that the virus, unlike the closely related SARS-CoV in the 2003 outbreak, could not be contained by symptom-based screening alone. Asymptomatic and clinically mild infections were uncommon during the 2003 SARS-CoV outbreak, and there were no reported instances of transmission from persons before the onset of symptoms.[1] SARS-CoV-2 spread faster than SARS-CoV, and accumulating evidence showed that SARS-CoV-2, unlike SARS-CoV, is transmitted from persons without symptoms. However, measures to reduce transmission from individuals who do not have COVID-19 symptoms have become controversial and politicized and have likely had negative effects on the economy and many societal activities. Optimal control of COVID-19 depends on directing resources and health messaging to mitigation efforts that are most likely to prevent transmission. The relative importance of mitigation measures that prevent transmission from persons without symptoms has been disputed. Determining the proportion of SARS-CoV-2 transmission that occurs from persons without symptoms is foundational to prioritizing control practices and policies.

Transmission by persons who are infected but do not have any symptoms can arise from 2 different infection states: presymptomatic individuals (who are infectious before developing symptoms) and individuals who never experience symptoms (asymptomatic infections, which we will refer to as never symptomatic). Early modeling studies of COVID-19 case data found that the generation interval of SARS-CoV-2 was shorter than the serial interval, indicating that the average time between 1 person being infected and that person infecting someone else was shorter than the average time between 1 person developing symptoms and the person they infected developing symptoms.[2-5] This finding meant that the epidemic was growing faster than would be expected if transmission were limited to the period of illness during which individuals were symptomatic. By the time a second generation of individuals was developing symptoms, a third generation was already being infected. Epidemiological data from early in the pandemic also suggested the possibility of presymptomatic transmission,[6,7] and laboratory studies confirmed that levels of viral RNA in respiratory secretions were already high at the time of symptom onset.[8-10]

Asymptomatic SARS-CoV-2 transmission also occurs because of individuals with infection who are never symptomatic (or who experience very mild or almost unrecognizable symptoms). The proportion of individuals with infection who never have apparent symptoms is difficult to quantify because it requires intensive prospective clinical sampling and symptom screening from a representative sample of individuals with and without infection. Nonetheless, evidence from household contact studies indicates that asymptomatic or very mild symptomatic infections occur,[11-14] and laboratory and epidemiological evidence suggests that individuals who never develop symptoms may be as likely as individuals with symptoms to transmit SARS-CoV-2 to others.[9,15,16]

## Methods

The Centers for Disease Control and Prevention determined that this decision analytical study, which involved no enrollment of human subjects, did not require institutional review board approval. We used a simple model to assess the proportion of transmission from presymptomatic (ie, infectious before symptom onset), never symptomatic, and symptomatic individuals across a range of

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004021

JAMA Network Open | Infectious Diseases   SARS-CoV-2 Transmission From People Without COVID-19 Symptoms

scenarios in which we varied the timing of the infectious period to assess different contributions of presymptomatic transmission and the proportion of transmission from individuals who never develop symptoms (ie, remain asymptomatic).

For all estimates we used data from a meta-analysis of 8 studies from China to set the incubation period at a median of 5 days with 95% of symptomatic individuals developing symptoms by day 12.[17] Therefore the daily ($t$) probability of symptom onset ($p_{so}$) for individuals who develop symptoms was:

$$p_{so}(t) = F_{Log-Normal}(t.\text{logmean} = 1.63, \text{logsd} = 0.5).$$

To approximate a distribution of the infectious period, we made a baseline assumption that peak infectiousness occurs on average at the same time as the median incubation period, such that infectiousness begins prior to symptom onset (**Table**).[9,12,14-16,18,20] We then assumed that infectiousness ($I$) over time can be approximated by a γ density function and that the average person is infectious for as long as approximately 10 days (ie, 98% of transmission happens within a 10-day period)[11]:

$$I(t) = f_\gamma(t, \text{mode} = 5, \text{interval} = 10).$$

For all estimates, we maintained the infectious period duration as 10 days, but varied the mode between 3 and 7 days (−2 and +2 days relative to the median incubation period).

Uncertainty also remains about the proportion of individuals with infection who are never symptomatic ($p_{ns}$) and the relative contribution of these infections to transmission ($r_{ns}$). Estimates of $p_{ns}$ range from single digits to more than 50%, many with potential biases related to the study population (eg, age, prevalence of comorbidities) and the extent of long-term follow-up[12-14,19,20] (Table). We made a baseline assumption that 30% of individuals with infection are never symptomatic and then assessed higher or lower assumptions. We also made a baseline assumption that individuals with asymptomatic infections are on average 75% as infectious as those with symptomatic infections.[9,15,16] Combined, these baseline assumptions imply that persons with infection who never develop symptoms may account for approximately 24% of all transmission ($T$):

$$T_{ns} = p_{ns} \times r_{ns} / (p_{ns} \times r_{ns} + [1 - p_{ns}]).$$

Table. Key Assumptions and Evidence Informing Those Assumptions

| Source | Evidence base | Estimate or assumption |
|---|---|---|
| **Assumptions for presymptomatic transmission** | | |
| **Peak infectiousness relative to onset, d** | | |
| Casey et al, 2020[18] | Range, 17 studies | −3 to 1.2 d |
| Assumed baseline | NA | 0 d |
| Assumed range | NA | −2 to 2 d |
| **Assumptions for never symptomatic transmission** | | |
| **Proportion never symptomatic** | | |
| Oran et al, 2020[12] | Inferred range, 16 studies | 30% to 45% |
| Buitrago-Garcia et al, 2020[14] | Meta-estimate, 7 studies | 26% to 37% |
| Davies et al, 2020[20] | Age-dependent estimate, 6 studies | 20% to 70% |
| Assumed baseline | NA | 30% |
| **Relative infectiousness of individuals who never have symptoms** | | |
| Lee et al, 2020[9] | 303 patients, assessment of viral shedding | Approximately 100% |
| Chaw et al, 2020[15] | 1701 secondary contacts | 40% to 140% |
| Mc Evoy et al, 2020[16] | Inferred range, 6 studies | 40% to 70% |
| Assumed baseline | NA | 75% |
| **Overall proportion of individuals who never have symptoms transmission** | | |
| Assumed range | NA | 0% to 70% |

Abbreviation: NA, not applicable.

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004022

JAMA Network Open | Infectious Diseases                    SARS-CoV-2 Transmission From People Without COVID-19 Symptoms

We varied this overall proportion, $T_{ns}$, between 0% and 70% to assess a wide range of possible proportions. The daily proportion of transmission from individuals after symptom onset ($T_s$) was therefore:

$$T_s(t) = (1 - T_{ns}) \times p_{so}(t) \times I(t),$$

and the daily proportion of transmission from presymptomatic ($T_{ps}$) individuals, ie, those who develop symptoms but become infectious prior to symptom onset, is:

$$T_{ps}(t) = 1 - T_s(t) - T_{ns}.$$

We modified baseline assumptions to consider the relative importance of different levels of never symptomatic and presymptomatic transmission. Code is available in the eAppendix in the Supplement.

### Statistical Analysis

All analyses were conducted in R version 4.0.1 (R Project for Statistical Computing). No statistical testing was conducted, so no prespecified level of significance was set.

## Results

Under baseline assumptions, approximately 59% of all transmission came from asymptomatic transmission: 35% from presymptomatic individuals and 24% from individuals who are never symptomatic (**Figure 1**). Because each component is uncertain, we assessed different timings of peak infectiousness relative to illness onset and different proportions of transmission from individuals who never have symptoms. Maintaining the 24% of transmission from individuals who never have symptoms, but shifting peak infectiousness 1 day earlier (to day 4) increased presymptomatic transmission to 43% and all asymptomatic transmission to 67% (Figure 1A). A later peak (ie, day 6) decreased presymptomatic to 27% and all asymptomatic transmission to 51% (Figure 1C).

Holding the day of peak infectiousness constant at day 5 and decreasing the proportion of transmission from individuals who are never symptomatic to 10% with a relative infectiousness of 75% (baseline assumption), the proportion of all transmission from those who are never symptomatic decreased to 8%, presymptomatic transmission increased to 42%, and combined asymptomatic transmission was 50% of all transmission (Figure 1D). In contrast, if the proportion of those who ever develop symptoms was 30% and their relative infectiousness increased to 100%, they contributed 30% of all transmission, presymptomatic transmission was 32%, and combined asymptomatic transmission was 62% of all transmission (Figure 1F).

Uncertainty remains regarding the magnitude of both presymptomatic and never symptomatic transmission. Therefore, we analyzed a wider range of each of these components, with peak infectiousness varying between 2 days before (more presymptomatic transmission) to 2 days after (less presymptomatic transmission) median symptom onset and with never symptomatic transmission ranging from 0% to 70% (**Figure 2**). Under this broader range of scenarios, most combined assumptions of peak infectiousness timing and transmission from individuals who never have symptoms indicated that at least 50% of new SARS-CoV-2 infections likely originated from individuals without symptoms at the time of transmission. If more than 30% of transmission was from individuals who never have symptoms, total asymptomatic transmission was higher than 50% with any value of peak infectiousness, up to 2 days after the median time of symptom onset. If peak infectiousness was at any point approximately 6 hours before median symptom onset time, more than 50% of transmission was from individuals without symptoms, regardless of the proportion from those who never have symptoms. Even a very conservative assumption of peak infectiousness 2 days post–median onset and 0% never symptomatic transmission still resulted in more than 25% of transmission from asymptomatic individuals.

⌂ JAMA Network Open. 2021;4(1):e2035057. doi:10.1001/jamanetworkopen.2020.35057                    January 7, 2021    4/8

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004023

## Discussion

The findings presented here complement an earlier assessment[21] and reinforce the importance of asymptomatic transmission: across a range of plausible scenarios, at least 50% of transmission was estimated to have occurred from persons without symptoms. This overall proportion of transmission from presymptomatic and never symptomatic individuals is key to identifying mitigation measures that may be able to control SARS-CoV-2. For example, if the reproduction number ($R$) in a given setting is 2.0, then at least a 50% reduction in transmission is needed to drive the reproductive number below 1.0. Given that in some settings $R$ is likely much greater than 2 and more than half of transmissions may come from individuals who are asymptomatic at the time of transmission, effective control must mitigate transmission risk from people without symptoms.

**Figure 1. The Contribution of Asymptomatic Transmission Under Different Infection Profiles**



The top curve in each panel represents the average relative hourly infectiousness, such that while the lower curves change under different assumptions, the total hourly infectiousness equals 1 in all cases. Within each curve, the colored area indicates the proportion of transmission from each class of individuals. The portion attributed to individuals with symptoms (light blue) can also be interpreted as the maximum proportion of transmission that can be controlled by immediate isolation of all symptomatic cases. Panels A, B, and C show different levels of presymptomatic transmission. We calibrated infectiousness to peak at day 4 (A), 5 (B; median incubation period), or 6 (C) days. Panels D, E, and F show different proportions of transmission from individuals who are never symptomatic: 8% (C; eg, 10% never symptomatic and 75% relative infectivity), 24% (D; baseline, 30% never symptomatic and 75% relative infectivity), and 30% (E; eg, 30% never symptomatic and 100% relative infectivity).

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004024

**Limitations**

This study has limitations. First, we used a simplistic model to represent a complex phenomenon, ie, the average infectiousness of SARS-CoV-2 infections over time. We used this model deliberately to test assumptions about the timing of peak infectiousness and transmission among asymptomatic individuals so that we could vary only these 2 critical parameters and assess their relative effects. Therefore, these results lack quantitative precision, but they demonstrate the qualitative roles of these 2 components and show that across broad ranges of possible assumptions, the finding that asymptomatic transmission is a critical component of SARS-CoV-2 transmission dynamics remains constant.

As discussed here, the exact proportions of presymptomatic and never symptomatic transmission are not known. This also applies to the incubation period estimates, which are based on individual exposure and onset windows that are difficult to observe with precision and therefore include substantial uncertainty even when leveraging estimates across multiple studies. Moreover, they likely vary substantially in different populations. For example, older individuals are more likely than younger persons to experience symptoms,[20] so in populations of older individuals, never asymptomatic transmission may be less important. However, specific age groups are rarely exclusively isolated from other age groups, so asymptomatic transmission risk is still important in those groups and even more so in younger age groups, in which transmission may be even more dominated by asymptomatic transmission.[20]

Real-world transmission dynamics are also not entirely dependent on the individual-level dynamics of infectiousness over time. Now that COVID-19 is widely recognized, individuals with COVID-19 symptoms are more likely to isolate themselves and further reduce the proportion of transmission from symptomatic individuals, shifting a greater proportion of transmission to those who do not have symptoms. In this sense, the estimates here represent the lower end of the proportion of asymptomatic transmission in the presence of interventions to reduce symptomatic transmission.

**Figure 2. Combined Transmission From Individuals Who Are Presymptomatic and Those Who Never Have Symptoms**



Colors indicate the proportion of transmission due to all individuals without symptoms at the time of transmission, including presymptomatic transmission (x-axis, the timing of peak infectiousness relative to symptom onset) and transmission from individuals who are never symptomatic (y-axis). For example, peak infectiousness at the same time as median symptom onset (0 days difference) with 10% of transmission from individuals who never have symptoms would mean that approximately 51% of transmission is from asymptomatic individuals.

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004025

## Conclusions

Under a range of assumptions of presymptomatic transmission and transmission from individuals with infection who never develop symptoms, the model presented here estimated that more than half of transmission comes from asymptomatic individuals. In the absence of effective and widespread use of therapeutics or vaccines that can shorten or eliminate infectivity, successful control of SARS-CoV-2 cannot rely solely on identifying and isolating symptomatic cases; even if implemented effectively, this strategy would be insufficient. These findings suggest that effective control also requires reducing the risk of transmission from people with infection who do not have symptoms. Measures such as mask wearing and social distancing empower individuals to protect themselves and, if infected, to reduce risk to their communities.[21] These measures can also be supplemented by strategic testing of people who are not ill, such as those who have exposures to known cases (eg, contact tracing) or are at high risk of exposing others (eg, congregate facility staff, those with frequent contact with the public). Multiple measures that effectively address transmission risk in the absence of symptoms are imperative to control SARS-CoV-2.

**ARTICLE INFORMATION**

**Accepted for Publication:** December 7, 2020.

**Published:** January 7, 2021. doi:10.1001/jamanetworkopen.2020.35057

**Correction:** This article was corrected on February 12, 2021, to fix an error in the Supplement.

**Open Access:** This is an open access article distributed under the terms of the CC-BY License. © 2021 Johansson MA et al. *JAMA Network Open*.

**Corresponding Author:** Jay C. Butler, MD, Office of the Deputy Director for Infectious Diseases, US Centers for Disease Control and Prevention, 1600 Clifton Rd, Mailstop H24-12, Atlanta, GA 30329 (jcb3@cdc.gov).

**Author Affiliations:** COVID-19 Response, US Centers for Disease Control and Prevention, Atlanta, Georgia (Johansson, Quandelacy, Kada, Prasad, Steele, Brooks, Slayton, Biggerstaff); Office of the Deputy Directory for Infectious Diseases, US Centers for Disease Control and Prevention, Atlanta, Georgia (Johansson, Slayton, Biggerstaff, Butler).

**Author Contributions:** Dr Johansson had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* Johansson, Quandelacy, Kada, Brooks, Slayton, Butler.

*Acquisition, analysis, or interpretation of data:* All authors.

*Drafting of the manuscript:* Johansson, Quandelacy, Brooks, Biggerstaff, Butler.

*Critical revision of the manuscript for important intellectual content:* Johansson, Kada, Prasad, Steele, Brooks, Slayton, Biggerstaff, Butler.

*Statistical analysis:* Johansson, Quandelacy, Kada.

*Administrative, technical, or material support:* Prasad, Steele, Brooks, Biggerstaff, Butler.

*Supervision:* Johansson, Butler.

**Conflict of Interest Disclosures:** None reported.

**Funding/Support:** This work was performed as part of the US Centers for Disease Control and Prevention's coronavirus disease 2019 response and was supported solely by federal base and response funding.

**Role of the Funder/Sponsor:** The funder had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Disclaimer:** The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the Centers for Disease Control and Prevention.

**REFERENCES**

1. Peiris JS, Yuen KY, Osterhaus AD, Stöhr K. The severe acute respiratory syndrome. *N Engl J Med*. 2003;349(25):2431-2441. doi:10.1056/NEJMra032498

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004026

**JAMA Network Open** | Infectious Diseases

SARS-CoV-2 Transmission From People Without COVID-19 Symptoms

**2**. Tindale LC, Stockdale JE, Coombe M, et al. Evidence for transmission of COVID-19 prior to symptom onset. *Elife*. 2020;9:e57149. doi:10.7554/eLife.57149

**3**. Nishiura H, Linton NM, Akhmetzhanov AR. Serial interval of novel coronavirus (COVID-19) infections. *Int J Infect Dis*. 2020;93:284-286. doi:10.1016/j.ijid.2020.02.060

**4**. Zhao S, Gao D, Zhuang Z, et al. Estimating the serial interval of the novel coronavirus disease (COVID-19): a statistical analysis using the public data in Hong Kong from January 16 to February 15, 2020. *Front Phys*. Published online September 17, 2020. doi:10.3389/fphy.2020.00347

**5**. Du Z, Xu X, Wu Y, Wang L, Cowling BJ, Meyers LA. Serial interval of COVID-19 among publicly reported confirmed cases. *Emerg Infect Dis*. 2020;26(6):1341-1343. doi:10.3201/eid2606.200357

**6**. Wei WE, Li Z, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic transmission of SARS-CoV-2—Singapore, January 23-March 16, 2020. *MMWR Morb Mortal Wkly Rep*. 2020;69(14):411-415. doi:10.15585/mmwr.mm6914e1

**7**. Tong Z-D, Tang A, Li K-F, et al. Potential presymptomatic transmission of SARS-CoV-2, Zhejiang Province, China, 2020. *Emerg Infect Dis*. 2020;26(5):1052-1054. doi:10.3201/eid2605.200198

**8**. He X, Lau EHY, Wu P, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. *Nat Med*. 2020;26(5):672-675. doi:10.1038/s41591-020-0869-5

**9**. Lee S, Kim T, Lee E, et al. Clinical course and molecular viral shedding among asymptomatic and symptomatic patients with SARS-CoV-2 infection in a community treatment center in the Republic of Korea. *JAMA Intern Med*. 2020. doi:10.1001/jamainternmed.2020.3862

**10**. Benefield AE, Skrip LA, Clement A, Althouse RA, Chang S, Althouse BM. SARS-CoV-2 viral load peaks prior to symptom onset: a systematic review and individual-pooled analysis of coronavirus viral load from 66 studies. *medRxiv*. Preprinted published online September 30, 2020. doi:10.1101/2020.09.28.20202028

**11**. Byrne AW, McEvoy D, Collins AB, et al. Inferred duration of infectious period of SARS-CoV-2: rapid scoping review and analysis of available evidence for asymptomatic and symptomatic COVID-19 cases. *BMJ Open*. 2020; 10(8):e039856. doi:10.1136/bmjopen-2020-039856

**12**. Oran DP, Topol EJ. Prevalence of asymptomatic SARS-CoV-2 infection : a narrative review. *Ann Intern Med*. 2020;173(5):362-367. doi:10.7326/M20-3012

**13**. Poletti P, Tirani M, Cereda D, et al. Probability of symptoms and critical disease after SARS-CoV-2 infection. arXiv. Preprint published online June 22, 2020. Accessed December 10, 2020. https://arxiv.org/abs/2006.08471

**14**. Buitrago-Garcia D, Egli-Gany D, Counotte MJ, et al. Occurrence and transmission potential of asymptomatic and presymptomatic SARS-CoV-2 infections: a living systematic review and meta-analysis. *PLoS Med*. 2020;17(9): e1003346. doi:10.1371/journal.pmed.1003346

**15**. Chaw L, Koh WC, Jamaludin SA, Naing L, Alikhan MF, Wong J. Analysis of SARS-CoV-2 transmission in different settings, Brunei. *Emerg Infect Dis*. 2020;26(11):2598-2606. doi:10.3201/eid2611.202263

**16**. Mc Evoy D, McAloon CG, Collins AB, et al. The relative infectiousness of asymptomatic SARS-CoV-2 infected persons compared with symptomatic individuals: a rapid scoping review. *medRxiv*. Preprint published online August 1, 2020. doi:10.1101/2020.07.30.20165084

**17**. McAloon C, Collins Á, Hunt K, et al. Incubation period of COVID-19: a rapid systematic review and meta-analysis of observational research. *BMJ Open*. 2020;10(8):e039652. doi:10.1136/bmjopen-2020-039652

**18**. Casey M, Griffin J, McAloon CG, et al. Pre-symptomatic transmission of SARS-CoV-2 infection: a secondary analysis using published data. *medRxiv*. Preprint published online June 11, 2020. doi:10.1101/2020.05.08.20094870

**19**. Byambasuren O, Dobler CC, Bell K, et al. Comparison of seroprevalence of SARS-CoV-2 infections with cumulative and imputed COVID-19 cases: systematic review. *medRxiv*. Preprint published online October 22, 2020. doi:10.1101/2020.07.13.20153163

**20**. Davies NG, Klepac P, Liu Y, Prem K, Jit M, Eggo RM; CMMID COVID-19 working group. Age-dependent effects in the transmission and control of COVID-19 epidemics. *Nat Med*. 2020;26(8):1205-1211. doi:10.1038/s41591-020-0962-9

**21**. US Centers for Disease Control and Prevention. Things to know about the COVID-19 pandemic. Updated December 4, 2020. Accessed December 10, 2020. https://www.cdc.gov/coronavirus/2019-ncov/your-health/need-to-know.html

**SUPPLEMENT.**
**eAppendix.** Code for Analysis

Downloaded From: https://jamanetwork.com/ on 02/16/2022

T42AR-0004027

# COVID-19 Daily Update

## June 26, 2021

## Data Insights

- Nationally, metrics have been decreasing generally since their peaks in January, with recent fluctuations:
  - New cases **increased 1%** week-on-week (from 11,365 to 11,513 cases/day, 7-day daily average)
  - New confirmed COVID hospital admissions **decreased 7%** week-on-week (from 1,977 to 1,832 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **increased 7%** week-on-week (from 275 to 295 deaths/day, 7-day daily average)
  - NAAT positivity **increased 0.1 percentage points** week-on-week (from 1.7% to 1.8%, 7-day daily average)
- Some parts of the country, particularly in the central US, are seeing an increase in cases:
  - In southern **Missouri**, Springfield, Joplin, Branson, and Lebanon metropolitan areas are experiencing weekly total case rates >200 cases per 100K (all >10% week-on-week case increase); vaccination rates in those are all >5 percentage points below the state average
    - As of June 22, 29.1% of patients tested in Missouri have the B.1.617.2 (Delta) variant
  - In northeastern **Oklahoma**, the city of Miami reported 257 cases per 100K in the last week (60% week-on-week increase) and had a 27% test positivity in the last week; 30% of adults are fully vaccinated, well below the state average
  - In northern **Arkansas**, the metropolitan areas of Mountain Home and Harrison have seen case rates of 243 and 157 total cases per 100K in the last week (week-on-week increases of 264% and 65%, respectively); both have vaccination rates of <40% of adults fully vaccinated, well below the state average
- Overall, **321,199,379** COVID-19 vaccine doses have been administered in the United States
  - In total, **54%** of the population (178.5 million people) has received at least one dose and **46%** of the population (151.6 million people) is fully vaccinated; this is **95%** of the way towards the goal of 160 million people fully vaccinated by July 4
  - **33% of people 12 to 17 years of age** have received at least 1 dose and **24%** are fully vaccinated
  - **66% of adults 18 years and older** have received at least 1 dose and **56%** are fully vaccinated
  - **87% of adults 65 years and older** have received at least 1 dose and **77%** are fully vaccinated
- Since November 2020, the government has **purchased and distributed nearly 1 Million** monoclonal antibody doses from both Eli Lilly and Regeneron, with over 550k high risk patients having received treatment (page 11)
- This update contains a one-time slide spotlighting **post-COVID conditions** (page 12)
  - Post-COVID conditions include a spectrum of physical, social, and psychological consequences and functional limitations present 4 or more weeks after first being diagnosed with COVID-19; understanding of post-COVID conditions is evolving

## Media Headlines

- Media reports about the case increases seen in the central US cite local health officials raising alarm, noting a rise in B.1.617.2 (Delta) variant COVID-19 cases as well as many unvaccinated COVID-19 hospitalized patients. Officials are using social media to spread awareness on the importance of vaccination and other prevention measures
- Nearly 11% of partially vaccinated people in the U.S. have missed their second dose; people who are under 30 years old were most likely to miss their second dose, and Hispanic people were more likely than average to miss their second dose. Those who received their second dose in a location different than their first dose may contribute to an overestimate of missed second doses
- Once the FDA gives full authorization to a COVID-19 vaccine, San Francisco will require all 35,000 of its municipal employees to be vaccinated
- Worldwide, the B.1.617.2 (Delta) variant is spreading quickly and causing some governments to reimplement lockdown and mitigation measures, including Australia, Israel, Portugal, and Sweden. In Israel, health officials are attributing between 70% and 90% of new infections to the Delta variant; in Lisbon, Portugal, health officials are attributing more than half of the cases to the Delta variant
- On June 25, ASPR placed an immediate pause on the national distribution of bamlanivimab and etesevimab together and etesevimab alone (to pair with existing bamlanivimab supply) due to discovering that, when they are administered together, are not effective against the P.1 (Gamma) and B.1.351 (Beta) SARS-CoV-2 variants. The FDA recommends using REGEN-COV and sotrovimab instead
- According to two observational studies, the B.1.1.7 (Alpha) variant has been tied to more severe outcomes, including 65% higher odds of death and 42% higher risk of hospitalization, and are likely to add to healthcare systems' stress

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 33,425,231 | 14,168 | 11,513 | +1.3% |
| **Conf. COVID hosp. admits** | 2,272,334 | 1,930 | 1,832 | -7.3% |
| **Deaths** | 600,859 | 409 | 295 | +7.2% |
| **NAATs reported**\*\* | 462,850,228 | *omitted due to reporting lag* | 631,183\*\* | -9.7%\*\* |
| **Test positivity**\*\* | 7.7% | *omitted due to reporting lag* | 1.8% | +7.8% |
| **Vaccine doses administered** | 321,199,379 | +512,174 | +735,800 | -46.0% |
| **Persons fully vaccinated** | 151,615,554 | +363,520 | +450,936 | -50.4% |
| **Persons 12-17 w/ 1+ doses** | 8,389,557 | +53,264 | +66,677 | -34.6% |
| **Persons 18+ w/ 1+ doses** | 169,898,463 | +103,461 | +245,200 | -38.6% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. *Most recent day: 6/25/2021 (vaccine doses reported), 6/24/2021 (cases/deaths), 6/23/2021 (hospitalized), 6/18/2021 (test volume), 6/22/2021 (test positivity). ** Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-on-week changes. **7-day daily average:** 6/19-6/25 (vaccines), 6/18-6/24 (cases/deaths), 6/17-6/23 (hospitalized), 6/12-6/18 (test volume)/6/16-6/22 (test positivity). Most recent day may have incomplete reporting. **Week-on-week change:** The 7-day daily average compared to the previous seven days. **Cases/Deaths:** CDC State-Reported Data, CDC Aggregate County Data. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Total is value since 8/1/2020 due to limited reporting before this date. **Tests:** Viral number, and amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and reported. The week-on-week change increased 0.1 percentage points from 1.7% to 1.8% which equals a +7.8% relative change. **Vaccines:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details

T42AR-0006836

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 6/24/2021.



Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# Regional Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 6/24/2021.



U.S. Department of
Health & Human Services

Regions



| | Cases | Confirmed COVID-19 Hospital Admissions | Deaths | NAAT Positivity |
|---|---|---|---|---|
| REGION 1 | 142 (-13%) | 30 (-12%) | 7 (-6%) | 0% (-0%) |
| REGION 2 | 590 (-16%) | 97 (-14%) | 15 (-29%) | 1% (-0%) |
| REGION 3 | 463 (-29%) | 105 (-26%) | 23 (-24%) | 1% (-0%) |
| REGION 4 | 2,060 (+2%) | 561 (-5%) | 70 (-8%) | 5% (+0%) |
| REGION 5 | 1,065 (-19%) | 203 (-22%) | 55 (-1%) | 1% (-0%) |
| REGION 6 | 1,858 (+7%) | 309 (-5%) | 36 (+2%) | 3% (+0%) |
| REGION 7 | 950 (-12%) | 121 (+9%) | 8 (-28%) | 5% (+0%) |
| REGION 8 | 868 (-9%) | 95 (-7%) | 12 (+12%) | 4% (+0%) |
| REGION 9 | 1,845 (+42%) | 238 (+7%) | 50 (+126%) | 2% (+1%) |
| REGION 10 | 823 (-0%) | 72 (-7%) | 18 (+247%) | 3% (+1%) |

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

T42AR-0006838

# National Summary



## Case Rate by County through 6/24/2021

**11,513** average daily cases in last 7 days, **1.3% higher** than previous 7 days



## Death Rate by County through 6/24/2021

**295** average daily deaths in last 7 days, **7.2% higher** than previous 7 days



## NAAT Positivity by County through 6/22/2021

**1.8%** average test positivity in last 7 days, **up 0.1%** from previous 7 days

Maps and figures reflect **7-day average** of data from 6/18-6/24 (cases/deaths), 6/16-6/22 (tests). Most recent days may have incomplete reporting.
**Cases/Deaths:** CDC Aggregate County Data. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

T42AR-0006839

# National Hospital Summary



## Confirmed COVID Admissions by Hospital Service Area through 6/23/2021

**1,832** average daily COVID admissions in last 7 days, **7.3% lower** than previous 7 days



## Inpatient Occupancy through 6/23/2021

**71.9%** of inpatient beds are occupied by COVID and non-COVID patients, **no change** from previous 7 days



## Adult ICU Occupancy through 6/23/2021

**67.5%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **down 0.6%** from previous 7 days

Maps and figures reflect **7-day average** of data from 6/17-6/23 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. **HSA** indicates *Hospital Service Area*. **Admissions per 100 Beds:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Denominator is based on average daily staffed inpatient beds reported in the HSA. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. See *Data Sources and Methods page for details*.

T42AR-0006840

# State Summary

## Week-on-Week Changes†

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ▨ Stable

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▲ | ▼ | ▨ | ▲ |
| AL | ▲ | ▼ | ▲ | ▨ |
| AR | ▲ | ▨ | ▼ | ▨ |
| AS | ▨ | ▨ | ▨ | ▨ |
| AZ | ▲ | ▲ | ▨ | ▲ |
| CA | ▲ | ▨ | ▨ | ▲ |
| CO | ▼ | ▼ | ▲ | ▨ |
| CT | ▲ | ▨ | ▨ | ▨ |
| DC | ▼ | ▼ | ▨ | ▲ |
| DE | ▼ | ▨ | ▨ | ▨ |
| FL | ▨ | ▨ | ▨ | ▨ |
| GA | ▨ | ▨ | ▼ | ▨ |
| GU | ▲ | ▨ | ▨ | ▲ |
| HI | ▼ | ▲ | ▲ | ▲ |
| IA | ▨ | ▨ | ▨ | ▨ |
| ID | ▨ | ▨ | ▲ | ▨ |
| IL | ▼ | ▼ | ▼ | ▨ |
| IN | ▼ | ▼ | ▲ | ▼ |
| KS | ▲ | ▨ | ▨ | ▨ |
| KY | ▼ | ▨ | ▼ | ▨ |
| LA | ▨ | ▨ | ▨ | ▨ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| MA | ▲ | ▨ | ▨ | ▨ |
| MD | ▼ | ▼ | ▨ | ▨ |
| ME | ▼ | ▼ | ▨ | ▨ |
| MI | ▼ | ▼ | ▲ | ▨ |
| MN | ▼ | ▼ | ▼ | ▨ |
| MO | ▲ | ▲ | ▼ | ▲ |
| MS | ▨ | ▼ | ▨ | ▨ |
| MT | ▨ | ▨ | ▨ | ▨ |
| NC | ▨ | ▨ | ▲ | ▨ |
| ND | ▲ | ▨ | ▼ | ▨ |
| NE | ▲ | ▨ | ▨ | ▨ |
| NH | ▼ | ▨ | ▨ | ▨ |
| NJ | ▼ | ▼ | ▲ | ▨ |
| NM | ▨ | ▼ | ▼ | ▨ |
| NV | ▲ | ▨ | ▨ | ▲ |
| NY | ▼ | ▼ | ▼ | ▨ |
| OH | ▼ | ▼ | ▼ | ▨ |
| OK | ▲ | ▨ | ▲ | ▨ |
| OR | ▼ | ▨ | ▨ | ▨ |
| PA | ▼ | ▼ | ▨ | ▨ |
| PR | ▼ | ▨ | ▨ | ▨ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| RI | ▼ | ▨ | ▲ | ▨ |
| SC | ▲ | ▼ | ▼ | ▨ |
| SD | ▲ | ▲ | ▲ | ▨ |
| TN | ▲ | ▲ | ▲ | ▲ |
| TX | ▲ | ▨ | ▨ | ▨ |
| UT | ▲ | ▨ | ▨ | ▨ |
| VA | ▼ | ▨ | ▲ | ▨ |
| VI | ▼ | ▼ | ▲ | ▨ |
| VT | ▼ | ▲ | ▨ | ▨ |
| WA | ▨ | ▨ | ▲ | ▨ |
| WI | ▨ | ▨ | ▲ | ▨ |
| WV | ▼ | ▼ | ▼ | ▲ |
| WY | ▲ | ▼ | ▼ | ▼ |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

▨ -10% - 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

## Areas of Concern



The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

**AOC Category**
- Low or Moderate Burden
- Emerging Hotspot
- Hotspot
- Sustained Hotspot
- High or Moderate Burden - Resolving



Counties by AOC Category over time

† **Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 6/18-6/24 (cases/deaths), 6/17-6/23 (hospital data), 6/16-6/22 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Demographic Trends

## Outcomes by Age



**Cases, hospitalizations, and deaths by age group in the week 6/12 - 6/18**

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 8 | 9 | 15 | 27 | 22 | 17 | 12 | 13 |
| Known Hosp. per 100k* | 0.2 | 0.1 | 0.1 | 0.2 | 0.4 | 0.7 | 1.0 | 1.9 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 |
| Case Fatality Rate* | 0.06% | 0.00% | 0.00% | 0.01% | 0.07% | 0.18% | 0.54% | 2.18% |

## Outcomes by Race/Ethnicity*



**Cases, hospitalizations, and deaths by race/ethnicity in the week 6/12 - 6/18**

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 18 | 4 | 12 | 12 | 24 | 21 | 10 |
| Known Hosp. per 100k* | 1.1 | 0.1 | 0.5 | 0.4 | 0.7 | 0.5 | 0.4 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Case Fatality Rate* | 0.22% | 0.24% | 0.31% | 0.06% | 0.11% | 0.00% | 0.28% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted**

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which capture approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include age and approximately 46% did not include race/ethnicity. Known Hospitalized indicates line level data with hospitalization indicators, as reported in the line level data, not COVID-NET data based on hospitalizations. Known Deaths indicates line level data with death datatypes, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. **Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. ***Potential two-week delay in case reporting to CDC, denoted by gray box. See Data Sources and Methods slide for additional details.

T42AR-0006842

# Vaccination Program

## Vaccine Program Summary as of 6/25/2021

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 380,222,670 | +973,970 | +326,754 | -49.4% |
| **Doses administered** | 321,199,379 | +512,174 | +735,800 | -46.0% |
| **Persons fully vaccinated** | 151,615,554 45.7% of pop. | +363,520 | +450,936 | -50.4% |
| **Persons 18+ fully vaccinated** | 145,498,715 56.3% of 18+ pop. | +262,193 | +347,459 | -49.0% |
| **Persons 65+ fully vaccinated** | 42,351,030 77.2% of 65+ pop. | +29,184 | +34,470 | -58.7% |



Allocated — 572.0M doses
Available — 526.7M doses
Delivered — 380.2M doses
Administered and reported — 321.2M doses

Total to date (millions)



## Population Fully Vaccinated through 6/25/2021

In total, **45.7%** of the population** (151.6M) has been fully vaccinated

Progress toward 160M goal: **95%**

Percent of population fully vaccinated
0% - 34.9%
35% - 39.9%
40% - 44.9%
45% - 49.9%
50% or More



## Daily Population Initiating Vaccination through 6/25/2021

**314,414** persons initiated vaccination per day in last 7 days, **37.7% lower** than previous 7 days

Vaccination data as of 6/25/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

T42AR-0006843

# Vaccination Program Trends



## Progress Toward 70% of 18+ with at Least 1 Dose Goal

On average, **245,200** persons 18+ years initiated vaccination each day in last 7 days (7-day daily average), **38.6% lower** than previous 7 days

On average, 1,208,893 persons 18+ years will need to initiate vaccination each day to reach the 70% goal by July 4

## Population 18+ with at Least 1 Dose through 6/25/2021



## Population 18+ initiating vaccination in last week



**0.7%** of adults received their first dose in last 7 days, down from 1.1% in the previous 7 days

Of previously unvaccinated adults, **1.9%** received their first dose

Vaccination data as of 6/25/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

T42AR-0006844

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100 inpatient beds are 11 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| State | Total to date | | 7-day daily average | | | | Vaccinations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
| Alabama | 549,931 | 11,334 | 158 | 23 | 4 | 4.4% | 3,308,961 | 39.3% | 32.1% |
| Alaska | 68,179 | 367 | 31 | 2 | 0 | 1.5% | 644,782 | 48.1% | 42.1% |
| American Samoa | 0 | 0 | 0 | 0 | 0 | - | 46,045 | 45.7% | 37.6% |
| Arizona | 891,649 | 17,875 | 473 | 63 | 9 | 4.6% | 6,410,375 | 49.1% | 39.5% |
| Arkansas | 346,952 | 5,890 | 287 | 44 | 3 | 5.5% | 2,206,228 | 41.5% | 33.7% |
| California | 3,706,846 | 62,822 | 990 | 132 | 37 | 1.1% | 41,985,070 | 60.6% | 48.8% |
| Colorado | 555,569 | 6,765 | 406 | 42 | 7 | 2.2% | 6,103,788 | 57.4% | 50.8% |
| Connecticut | 348,993 | 8,274 | 57 | 9 | 1 | 0.4% | 4,349,056 | 66.5% | 59.5% |
| Delaware | 109,620 | 1,693 | 21 | 2 | 1 | 1.1% | 1,018,252 | 57.6% | 48.4% |
| District of Columbia | 49,297 | 1,141 | 9 | 4 | 0 | 0.4% | 851,990 | 60.6% | 51.4% |
| Florida | 2,321,929 | 37,772 | 1,578 | 246 | 31 | 4.0% | 20,697,309 | 53.0% | 44.7% |
| Georgia | 1,132,329 | 21,367 | 321 | 90 | 16 | 1.7% | 8,222,264 | 42.5% | 35.4% |
| Guam | 8,328 | 139 | 9 | 0 | 0 | 6.6% | 186,276 | 60.9% | 53.4% |
| Hawaii | 36,157 | 510 | 42 | 4 | 1 | 1.8% | 1,671,068 | 69.3% | 51.4% |
| Idaho | 194,609 | 2,143 | 86 | 11 | 3 | 4.3% | 1,308,467 | 39.3% | 35.5% |
| Illinois | 1,390,140 | 25,630 | 222 | 47 | 11 | 0.7% | 12,713,403 | 58.7% | 44.8% |
| Indiana | 752,395 | 13,819 | 236 | 29 | 8 | 2.4% | 5,527,133 | 44.2% | 39.4% |
| Iowa | 373,428 | 6,124 | 76 | 12 | 2 | 2.6% | 3,009,183 | 51.1% | 47.4% |
| Kansas | 317,017 | 5,139 | 82 | 20 | 2 | 4.0% | 2,456,518 | 48.8% | 41.3% |
| Kentucky | 464,199 | 7,200 | 130 | 94 | 1 | 2.2% | 3,941,892 | 49.1% | 42.6% |
| Louisiana | 479,311 | 10,717 | 312 | 39 | 6 | 3.1% | 3,308,560 | 37.8% | 34.2% |
| Maine | 68,924 | 858 | 24 | 4 | 1 | 1.1% | 1,596,920 | 66.0% | 60.6% |
| Marshall Islands | 4 | 0 | 0 | - | 0 | - | 32,470 | 30.5% | 26.2% |
| Maryland | 462,017 | 9,730 | 55 | 19 | 4 | 0.8% | 6,738,086 | 61.0% | 54.6% |
| Massachusetts | 709,622 | 17,986 | 62 | 14 | 4 | 0.4% | 8,738,448 | 69.9% | 60.5% |
| Michigan | 999,052 | 20,945 | 151 | 34 | 12 | 1.1% | 9,332,321 | 51.1% | 46.4% |
| Micronesia | 1 | 0 | 0 | - | 0 | - | 49,710 | 28.5% | 23.8% |
| Minnesota | 604,879 | 7,654 | 99 | 14 | 5 | 1.3% | 5,787,557 | 56.6% | 50.7% |
| Mississippi | 320,837 | 7,395 | 127 | 32 | 2 | 3.3% | 1,887,194 | 35.9% | 29.3% |
| Missouri | 614,650 | 9,254 | 755 | 85 | 4 | 6.8% | 5,044,416 | 44.4% | 38.4% |
| Montana | 113,471 | 1,661 | 54 | 13 | 1 | 4.1% | 926,031 | 47.4% | 41.9% |
| Nebraska | 224,226 | 2,259 | 36 | 5 | 0 | 3.9% | 1,847,972 | 51.4% | 47.1% |
| Nevada | 330,810 | 5,664 | 331 | 38 | 3 | 6.5% | 2,707,225 | 48.5% | 40.9% |
| New Hampshire | 99,392 | 1,369 | 24 | 1 | 0 | 0.8% | 1,508,085 | 61.8% | 55.2% |
| New Jersey | 1,022,094 | 26,416 | 219 | 33 | 7 | 1.0% | 9,667,905 | 62.1% | 53.8% |
| New Mexico | 205,215 | 4,334 | 91 | 11 | 1 | 2.1% | 2,325,467 | 61.4% | 53.2% |
| New York | 2,111,403 | 53,306 | 318 | 61 | 7 | 0.5% | 21,463,780 | 59.4% | 52.8% |
| North Carolina | 1,011,955 | 13,408 | 295 | 44 | 13 | 2.2% | 8,582,184 | 45.0% | 39.0% |
| North Dakota | 110,627 | 1,527 | 12 | 2 | 1 | 1.3% | 638,426 | 43.6% | 38.5% |
| Northern Mariana Islands | 183 | 2 | 0 | 0 | 0 | - | 54,560 | 51.0% | 45.7% |
| Ohio | 1,110,000 | 20,213 | 265 | 59 | 13 | 0.7% | 10,580,678 | 48.0% | 44.1% |
| Oklahoma | 456,910 | 7,385 | 196 | 22 | 3 | 4.5% | 3,230,556 | 44.5% | 37.8% |
| Oregon | 207,558 | 2,760 | 224 | 21 | 2 | 2.9% | 4,474,809 | 58.1% | 52.1% |
| Palau | 2 | 0 | 0 | - | 0 | - | 24,813 | 79.1% | 71.4% |
| Pennsylvania | 1,211,041 | 27,612 | 188 | 43 | 9 | 1.2% | 13,759,384 | 62.3% | 49.0% |
| Puerto Rico | 139,871 | 2,545 | 41 | 2 | 1 | 1.6% | 3,116,304 | 56.9% | 44.5% |
| Rhode Island | 152,501 | 2,727 | 20 | 2 | 0 | 0.5% | 1,260,755 | 64.1% | 57.9% |
| South Carolina | 596,493 | 9,808 | 147 | 13 | 1 | 1.8% | 4,113,435 | 43.7% | 37.6% |
| South Dakota | 124,478 | 2,029 | 12 | 3 | 0 | 4.6% | 813,103 | 50.2% | 44.9% |
| Tennessee | 866,670 | 12,543 | 104 | 20 | 4 | 2.5% | 5,201,921 | 41.2% | 34.8% |
| Texas | 2,980,499 | 51,130 | 972 | 193 | 24 | 3.3% | 25,289,039 | 47.7% | 40.3% |
| Utah | 413,008 | 2,337 | 323 | 30 | 2 | 6.3% | 2,808,466 | 48.1% | 36.7% |
| Vermont | 24,385 | 256 | 4 | 1 | 0 | 0.4% | 843,447 | 73.4% | 64.7% |
| Virgin Islands | 3,835 | 30 | 12 | 1 | 0 | 3.0% | 77,213 | 38.9% | 33.1% |
| Virginia | 679,472 | 11,389 | 138 | 25 | 7 | 1.5% | 9,110,842 | 58.5% | 50.8% |
| Washington | 449,491 | 5,898 | 481 | 39 | 13 | 2.1% | 8,431,761 | 60.6% | 53.5% |
| West Virginia | 163,744 | 2,876 | 52 | 10 | 2 | 2.3% | 1,400,778 | 43.0% | 36.8% |
| Wisconsin | 677,186 | 8,092 | 91 | 19 | 7 | 0.8% | 5,819,695 | 53.3% | 48.3% |
| Wyoming | 61,847 | 740 | 60 | 5 | 1 | 4.1% | 649,095 | 39.8% | 34.4% |
| **United States** | **33,425,231** | **600,859** | **11,513** | **1,832** | **295** | **1.8%** | **321,199,379** | **53.8%** | **45.7%** |

Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week to week changes. **Totals to date:** Data through 6/26 (cases/deaths). **7-day daily average:** 6/20 - 6/26 (cases/deaths), 6/17-6/23 (hospital billed), 6/18-6/24 (test positivity). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 5% of the total new case or deaths reported -- the US that day are counted. **COVID hospital admissions:** Total of confirmed adult and pediatric admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs) from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and reported. **Vaccines:** Unified COVID-19 Vaccine Dataset as of 6/25. Doses administered reflect the total number reported by states, territories, and organizations that received doses. Values reflect total by report date, not administered date. Persons who received at least one dose are attributed to the jurisdiction in which they reside. See Data Sources and Methodology for details.

# COVID-19 Therapeutics

- Monoclonal antibodies (mAbs[1]) against the SARS-COV2 virus, are laboratory developed antibodies that aid the body's immune response in fighting the infection, and reduce the risk of hospitalization by ~70%
- An estimated 1 hospitalization is avoided for every 21 patients treated and 1 death is avoided for every 52 patients treated[2]
- Since November 2020, the government has purchased and distributed nearly 1 million monoclonal antibody (mAb) doses from both Eli Lilly and Regeneron, with over 500k high risk patients having received treatment.
- This effort is estimated to have reduced hospitalizations by ~26,000, saved ~10,000 patients lives[3], while reducing the treatment cost and illness duration in the remaining treated population.

**Cumulative mAbs usage (reported)**



## Monoclonal antibody doses shipped and used

~551K doses have been reported as used[4] from 12/9-6/23
~993K doses have been reported as shipped[5] from 11/10-6/23



## Monoclonal antibody usage rates indexed against high-risk[6] cases

Based on cumulative usage & reported cases[7] since 12/23

mAb Usage/Total Cases
0.90% — 43.91%

1. **mAbs:** bamlanivimab (Eli Lilly), casirivimab/imdevimab (Regeneron), bamlanivimab/etesevimab (Eli Lilly)
2. **Source:** https://www.fda.gov/media/145802/download
3. **Reported usage:** cumulative doses reported used since 12/9 by sites from HHSProtect
4. **NNT:** 21 for hospitalizations and 52 for deaths based on EUA population
5. **Total shipped to date:** based on ABC shipping reports
6. **High-risk cases:** Assumes share of high-risk patients (30%)
7. **Reported cases:** based on data from the CDC
Note: Usage data displayed is reported as is from HHSProtect inputs -- data is entered manually by sites and may contain errors

T42AR-0006846

# Post-COVID Conditions

*This is a one-time featured slide spotlighting post-COVID conditions*

## Summary

- Post-COVID conditions include a **spectrum of physical, social, and psychological consequences and functional limitations** that are present 4 or more weeks after first being diagnosed with the virus that causes COVID-19. Understanding of post-COVID conditions is evolving
- Post-COVID conditions can occur even with mild or asymptomatic infection
- Symptoms may vary and may include **fatigue, brain fog, headache, loss of smell or taste, dizziness on standing, fast-beating or pounding heart (heart palpitations), chest pain, difficulty breathing, cough, joint or muscle pain, depression or anxiety, fever, and symptoms that get worse after physical or mental activities**
- **2 out of 3** non-hospitalized adult patients had at least one outpatient visit 1-6 months after COVID-19 diagnosis, and of these adults, about 2 out of 3 received a diagnosis for something new. New diagnoses included those associated with common post-COVID symptoms, suggesting that those infected with COVID-19 likely have continued health care needs months after diagnosis
    - Outpatient visits were more common among groups disproportionately impacted by COVID-19, including non-Hispanic Black adults and adults with underlying health conditions
- Among adults who think they may have had COVID-19, 7% report long-term effects and 67% report being concerned about post-COVID conditions. Among those not yet vaccinated, **about half are more likely to get vaccinated because of these concerns**

## Post-COVID Conditions 101

### Common Symptoms

Symptoms vary and may include:
- Joint or muscle pain, fatigue, dizziness on standing
- Headache, fever, loss of smell or taste
- Brain fog, depression or anxiety
- Heart palpitations, chest pain, difficulty breathing, cough
- Symptoms that get worse after physical or mental activities

Estimates of frequency of post-COVID conditions vary widely, ranging from 5% to 80%. Understanding of post-COVID conditions, including symptoms and their frequency, is evolving

### Timing and Duration [1]

In a study of 3,171 non-hospitalized adult COVID-19 patients:

- 69% had at least one outpatient visit 1-6 months after COVID-19 diagnosis; of these, 68% had a visit for a new primary diagnosis and COVID-19 related symptoms were common.
- Visits decreased after 60 days but some continued for 120+ days.

[1]CDC (April 2021), MMWR

## Impact on Patient Groups

### Patient Groups with Special Considerations

- As a result of higher infection rates, patient groups that experienced a higher burden of COVID-19, including racial and ethnic minorities and employees of certain occupations, may be at higher risk for post-COVID conditions.
- Persons with disabilities may require close follow-up concerning functional limitations.
- Some patient groups, including those experiencing homelessness, those incarcerated, and those who lack health insurance, may face challenges accessing health care.

### Differences by Sex, Age, Race/Ethnicity, and Underlying Health Conditions[1]

- Outpatient visits were more common among women, adults aged 65 years or older, non-Hispanic Black adults, and adults with 3 or more underlying health conditions

| Proportion with 1+ Outpatient Visit 120-180 Days After COVID-19 Diagnosis | | | |
|---|---|---|---|
| Women | 76% | Men | 59% |
| Aged 65+ years | 88% | Aged 18-49 years | 66% |
| Non-Hispanic Black adults | 71% | All other races and ethnicities | 68% |
| Adults with 3+ health conditions | 83% | Adults with 2 or fewer health conditions | 65% |

## PUBLIC PERCEPTION

Are you concerned about possibly developing long-term health effects of COVID-19?
*Among those who think they may have had COVID-19*



- I already have long-term health effects
- Very concerned
- Somewhat concerned
- Not very concerned
- Not at all concerned

7%
34%
33%
16%
10%

How much more likely are you to get vaccinated because of concern for long-term effects of COVID-19?
*Among those not yet vaccinated*



- Much more likely
- Somewhat more likely
- Somewhat less likely
- Much less likely

20%
35%
22%
23%

Data Source: Harris Poll COVID19 Tracker Wave 63 (April 23-25, 2021).

T42AR-0006847

# Data Sources & Methods

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| Tuesday | Community Transmission Levels |
| Wednesday | Modeling/Prediction |
| Thursday | Variants |
| | Global Update |
| Friday | Demographic Trends |
| Saturday | Therapeutics |

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

**Hospital Data:** Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.

- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.

- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect totals by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 16 and older, use of the Moderna vaccine among persons aged 18 and older, and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited among those under age 18, which represents approximately 22% of the US population.

Vaccine supply chain and administration counts indicate the following.

- **Allocated** dose count is a combination of the first dose supply that is ready to order and the projected number of doses that will automatically be made available for ordering; this currently assumes a 1:1 ratio with the first dose release totals (projected supply that will be made available to support second doses that may be needed).

- **Available** dose count is a combination of doses not ordered from previous weeks, new first doses, and doses previously allocated based on the 1:1 ratio projections from the previous 2 to 3 weeks.

- **Delivered** dose count is the number of doses delivered to provider sites, where provider site is defined as the first delivery point that received the vaccine shipment in a jurisdiction.

- **Administered** dose count is the number of doses administered and reported to CDC (currently, about 90% of doses administered are reported to CDC within 5 days of the dose being administered, but this value may change over time).

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.

- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.

- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.

- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

T42AR-0006848

# Data Sources & Methods
## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model that leverages the following features, trained based on prior data:
*Cases*
- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days

*Testing*
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >10% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >10% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

---

***Number of Days in Downward Case Trajectory:** This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

T42AR-0006849

# COVID-19 Daily Update

## July 21, 2021

## Data Insights

- Nationally, metrics have been increasing:
  - New cases **increased 60%** week-on-week (from 22,222 to 35,547 cases/day, 7-day daily average)
  - New confirmed COVID-19 hospital admissions **increased 32%** week-on-week (from 2,550 to 3,370 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **increased 44%** week-on-week (from 171 to 246 deaths/day, 7-day daily average)
  - NAAT positivity **increased 1.7 percentage points** week-on-week (from 3.85% to 5.55%, 7-day daily average); 9 states (NV, MO, FL, AL, OK, MS, LA, TX, and AR) have ≥10% (high) positivity
- The national ensemble forecast (page 11) predicts that the number of newly reported COVID-19 deaths will **likely increase over the next 4 weeks**, with between **200 and 800** deaths (7-day daily average) reported in the week ending August 14, 2021 and **615,000 to 625,000** total COVID-19 deaths reported by this date
  - Newly reported deaths are likely to *increase* in **3** jurisdictions, and trends are uncertain or predicted to be stable in the other jurisdictions
- Overall, **338,491,374** COVID-19 vaccine doses have been administered in the United States
  - In total, **56%** of the population (186.5 million people) has received at least one dose and **49%** of the population (161.6 million people) is fully vaccinated
  - **39% of people 12 to 17 years of age** have received at least 1 dose and **30%** are fully vaccinated
  - **68% of adults 18 years and older** have received at least 1 dose and **60%** are fully vaccinated
  - **89% of adults 65 years and older** have received at least 1 dose and **79%** are fully vaccinated

## Media Headlines

- CDC Director Dr. Rochelle Walensky stated that the Delta variant now accounts for an estimated 83% of all new sequenced COVID-19 cases in the US, up from 50% the week of July 3
- Health officials in **Arizona** are warning the public of a third wave of COVID-19 as a new school year begins in mid-July; earlier this year, the state legislature implemented a bill banning local school districts from implementing certain mitigation measures, such as universal mask mandates
- In **Tennessee**, hospitals around Memphis are expanding their COVID-19 units due to a sharp increase in the number of patients hospitalized with COVID-19
- Hospitals across **Florida** are seeing surges in hospitalized COVID-19 patients; some central Florida ICUs are near capacity, and a large hospital in Jacksonville saw a >40% increase in COVID-19 hospitalized patients in just one day
- Several counties in **California** (Napa, Santa Cruz, San Benito, and Monterey) have joined Sacramento and Yolo Counties in issuing indoor mask recommendations for everyone regardless of vaccination status; an indoor mask mandate is currently in effect in Los Angeles County
  - The state reported a test positivity rate of 4.1% on July 19, the highest rate since February 17, and more 14,000 new cases were reported over the weekend
- Canada will begin to ease pandemic restrictions at the US-Canada border starting August 9, allowing US citizens and permanent residents who are fully vaccinated and present a negative COVID test to enter the country for nonessential travel without quarantining
- The State Department and CDC issued a Level 4 travel advisory warning against any nonessential travel to the UK amid rapidly rising COVID-19 cases; the US has had an entry ban in place on non-US citizens from the EU, UK, and other countries, though several European countries have recently started to allow international visitors

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 33,983,867 | 34,830 | 35,547 | +60.0% |
| **Conf. COVID hosp. admits** | 2,335,058 | 3,410 | 3,370 | +32.2% |
| **Deaths** | 606,991 | 212 | 246 | +43.8% |
| **NAATs reported**** | 477,120,180 | *omitted due to reporting lag* | 569,877** | +16.0%** |
| **Test positivity**** | 7.5% | | 5.5% | +1.7 pct. pts. |
| **Vaccine doses administered** | 338,491,374 | +243,940 | +507,020 | -4.8% |
| **Persons fully vaccinated** | 161,631,676 | +157,961 | +279,502 | -4.0% |
| **Persons 12-17 w/ 1+ doses** | 9,807,598 | +40,311 | +56,573 | +18.0% |
| **Persons 18+ w/ 1+ doses** | 176,445,130 | +119,184 | +219,500 | +2.9% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. *Most recent day: 7/20/2021 (vaccine doses reported), 7/19/2021 (cases/deaths), 7/18/2021 (hospitalized), 7/13/2021 (test volume), 7/17/2021 (test positivity). ** Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. 7-day daily average: 7/14-7/20 (vaccines), 7/13-7/19 (cases/deaths), 7/12-7/18 (hospitalized), 7/7-7/13 (test volume)7/11-7/17 (test positivity). Most recent data may be incomplete reporting. Week-on-week change: The 7-day daily average compared to the previous seven days. Cases/Deaths: CDC State-Reported Data. CDC Aggregate County Data. COVID hospital admissions: Total of confirmed adult and pediatric hospital admissions from Unified Hospital Dataset. Total is value since 8/1/2020 due to limited reporting before this date. Tests: Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Test positivity: Positive tests divided by number of tests performed and resulted. The week-on-week change increased 1.7 percentage points from 3.85% to 5.55% which equals a +44.0% relative change. Vaccines: Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details

T42AR-0007070

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 7/19/2021.



Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# Regional Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 7/19/2021.



U.S. Department of Health & Human Services

Regions



| | Cases | Confirmed COVID-19 Hospital Admissions | Deaths | NAAT Positivity |
|---|---|---|---|---|
| REGION 1 | 882 (+118%) | 58 (+82%) | 6 (+165%) | 1% (+0%) |
| REGION 2 | 1,590 (+55%) | 107 (+17%) | 12 (+24%) | 2% (+1%) |
| REGION 3 | 1,101 (+68%) | 101 (+8%) | 16 (+17%) | 2% (+1%) |
| REGION 4 | 12,669 (+67%) | 1,205 (+37%) | 83 (+43%) | 10% (+3%) |
| REGION 5 | 2,407 (+63%) | 256 (+22%) | 29 (-4%) | 3% (+1%) |
| REGION 6 | 6,595 (+68%) | 732 (+37%) | 43 (+205%) | 10% (+2%) |
| REGION 7 | 2,773 (+39%) | 227 (+27%) | 16 (-14%) | 11% (+1%) |
| REGION 8 | 1,160 (+26%) | 120 (+8%) | 12 (+17%) | 5% (+1%) |
| REGION 9 | 5,388 (+52%) | 487 (+37%) | 37 (+109%) | 8% (+4%) |
| REGION 10 | 1,312 (+58%) | 79 (+21%) | 12 (+14%) | 4% (+1%) |

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

T42AR-0007072

# National Summary



## Case Rate by County through 7/19/2021

**35,547** average daily cases in last 7 days, **60.0% higher** than previous 7 days



## Death Rate by County through 7/19/2021

**246** average daily deaths in last 7 days, **43.8% higher** than previous 7 days



## NAAT Positivity by County through 7/17/2021

**5.5%** average test positivity in last 7 days, **up 1.7%** from previous 7 days

Maps and figures reflect **7-day average** of data from 7/13-7/19 (cases/deaths), 7/11-7/17 (tests). Most recent days may have incomplete reporting.
**Cases/Deaths:** CDC Aggregate County Data. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

**COVID-19 Daily Update**                4                **July 21, 2021**

T42AR-0007073

# National Hospital Summary



## Confirmed COVID Admissions by Hospital Service Area through 7/18/2021

**3,370** average daily COVID admissions in last 7 days, **32.2% higher** than previous 7 days



## Inpatient Occupancy through 7/18/2021

**73.2%** of inpatient beds are occupied by COVID and non-COVID patients, **up 2.0%** from previous 7 days



## Adult ICU Occupancy through 7/18/2021

**69.4%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **up 2.2%** from previous 7 days

Maps and figures reflect **7-day average** of data from 7/12-7/18 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. **HSA** indicates *Hospital Service Area*. **Admissions per 100 Beds:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Denominator is based on average daily staffed inpatient beds reported in the HSA. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. *See Data Sources and Methods page for details.*

T42AR-0007074

# State Summary

## Week-on-Week Changes[†]

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ▦ Stable   Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| AK | ▲ | ▲ | ▦ | ▲ |
| AL | ▲ | ▲ | ▲ | ▲ |
| AR | ▲ | ▲ | ▲ | ▦ |
| AS | ▦ | ▦ | ▦ | ▦ |
| AZ | ▲ | ▲ | ▲ | ▲ |
| CA | ▲ | ▲ | ▲ | ▲ |
| CO | ▲ | ▼ | ▦ | ▲ |
| CT | ▲ | ▦ | ▦ | ▦ |
| DC | ▲ | ▲ | ▼ | ▲ |
| DE | ▲ | ▼ | ▦ | ▲ |
| FL | ▲ | ▲ | ▦ | ▲ |
| GA | ▲ | ▲ | ▦ | ▲ |
| GU | ▼ | ▲ | ▼ | ▼ |
| HI | ▲ | ▼ | ▲ | ▲ |
| IA | ▲ | ▲ | ▲ | ▲ |
| ID | ▲ | ▲ | ▲ | ▲ |
| IL | ▲ | ▲ | ▦ | ▲ |
| IN | ▲ | ▲ | ▲ | ▲ |
| KS | ▲ | ▲ | ▲ | ▲ |
| KY | ▲ | ▼ | ▲ | ▲ |
| LA | ▲ | ▲ | ▲ | ▲ |

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| MA | ▲ | ▼ | ▦ | ▦ |
| MD | ▲ | ▦ | ▲ | ▦ |
| ME | ▲ | ▲ | ▲ | ▲ |
| MI | ▲ | ▲ | ▼ | ▲ |
| MN | ▲ | ▲ | ▲ | ▲ |
| MO | ▲ | ▲ | ▼ | ▲ |
| MS | ▲ | ▦ | ▲ | ▲ |
| MT | ▦ | ▲ | ▲ | ▲ |
| NC | ▲ | ▲ | ▲ | ▲ |
| ND | ▲ | ▲ | ▦ | ▲ |
| NE | ▲ | ▲ | ▲ | ▲ |
| NH | ▲ | ▲ | ▦ | ▲ |
| NJ | ▲ | ▦ | ▦ | ▲ |
| NM | ▲ | ▦ | ▲ | ▲ |
| NV | ▲ | ▲ | ▲ | ▲ |
| NY | ▲ | ▲ | ▲ | ▲ |
| OH | ▲ | ▲ | ▦ | ▲ |
| OK | ▲ | ▲ | ▦ | ▼ |
| OR | ▲ | ▲ | ▦ | ▲ |
| PA | ▲ | ▦ | ▦ | ▲ |
| PR | ▲ | ▲ | ▲ | ▲ |

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| RI | ▲ | ▼ | ▲ | ▲ |
| SC | ▲ | ▲ | ▲ | ▲ |
| SD | ▼ | ▲ | ▦ | ▲ |
| TN | ▲ | ▲ | ▲ | ▲ |
| TX | ▲ | ▲ | ▲ | ▲ |
| UT | ▲ | ▲ | ▦ | ▲ |
| VA | ▲ | ▲ | ▲ | ▲ |
| VI | ▲ | ▲ | ▼ | ▲ |
| VT | ▲ | ▼ | ▦ | ▲ |
| WA | ▲ | ▲ | ▲ | ▲ |
| WI | ▲ | ▲ | ▼ | ▲ |
| WV | ▲ | ▦ | ▼ | ▲ |
| WY | ▦ | ▲ | ▲ | ▼ |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

▦ -10% - 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

## Areas of Concern



The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

AOC Category
- Low or Moderate Burden
- Emerging Hotspot
- Hotspot
- Sustained Hotspot
- High or Moderate Burden - Resolving



Counties by AOC Category over time

[†]**Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 7/13-7/19 (cases/deaths), 7/12-7/18 (hospital data), 7/11-7/17 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details*

# Demographic Trends

## Outcomes by Age



Legend:
- 0 - 4 Years
- 5 - 11 Years
- 12 - 17 Years
- 18 - 24 Years
- 25 - 44 Years
- 45 - 64 Years
- 65 - 79 Years
- 80+ Years

**Cases per 100k by Age Group** (7-day total)

**Known hospitalized\* per 100k by Age Group** (7-day total)

**Known deaths per 100k by Age Group** (7-day total)

### Cases, hospitalizations, and deaths by age group in the week 7/7 - 7/13

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 16 | 22 | 30 | 47 | 45 | 28 | 16 | 16 |
| Known Hosp. per 100k\* | 0.2 | 0.1 | 0.1 | 0.4 | 0.7 | 0.9 | 1.5 | 2.6 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 |
| Case Fatality Rate\* | 0.00% | 0.00% | 0.00% | 0.01% | 0.03% | 0.08% | 0.47% | 1.26% |

## Outcomes by Race/Ethnicity*



Legend:
- Asian, NH
- Black, NH
- White, NH
- Hispanic/Latino
- Multiple/Other, NH
- Native Hawaiian/Other Pacific Islander, NH
- American Indian/Alaska Native, NH

**Cases per 100k by Race/Ethnicity** (7-day total)

**Known hospitalized\* per 100k by Race/Ethnicity** (7-day total)

**Known deaths per 100k by Race/Ethnicity** (7-day total)

### Cases, hospitalizations, and deaths by race/ethnicity in the week 7/7 - 7/13

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 38 | 12 | 26 | 25 | 60 | 46 | 18 |
| Known Hosp. per 100k\* | 2.3 | 0.3 | 0.8 | 0.7 | 1.5 | 3.0 | 0.6 |
| Known Deaths per 100k | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.0 |
| Case Fatality Rate\* | 0.22% | 0.09% | 0.08% | 0.07% | 0.14% | 0.36% | 0.10% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line list where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted\*\**

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which captures approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include an age and approximately 45% did not include race/ethnicity. Known Hospitalized indicates line level data with hospitalization indicators, as reported in the line level data, not COVID-NET data based on hospitalizations. Known Deaths indicates line level data with death indicators, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. \*\*Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. \*\*\*Potential two-week delay in case reporting to CDC, denoted by gray box. See Data Sources and Methods slide for additional details.

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccination Program

## Vaccine Program Summary as of 7/20/2021

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 390,735,975 | +561,220 | +499,206 | -16.3% |
| **Doses administered** | 338,491,374 | +243,940 | +507,020 | -4.8% |
| **Persons fully vaccinated** | 161,631,676<br>48.7% of pop. | +157,961 | +279,502 | -4.0% |
| **Persons 18+ fully vaccinated** | 153,816,147<br>59.6% of 18+ pop. | +122,449 | +228,322 | -3.2% |
| **Persons 65+ fully vaccinated** | 43,476,539<br>79.3% of 65+ pop. | +14,942 | +35,438 | +18.3% |



**Allocated** 603.6M doses
**Available** 526.7M doses
**Delivered** 390.7M doses
**Administered and reported** 338.5M doses

Total to date (millions)



## Population Fully Vaccinated through 7/20/2021

In total, **48.7%** of the population** (161.6M) is fully vaccinated



## Daily Population Initiating Vaccination through 7/20/2021

**275,859** persons initiated vaccination per day in last 7 days, **5.5% higher** than previous 7 days

Vaccination data as of 7/20/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

T42AR-0007077

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccination Program Trends



## Progress Toward 70% of 18+ with at Least 1 Dose Goal

On average, **219,500** persons 18+ years initiated vaccination each day in last 7 days (7-day daily average), **2.9% higher** than previous 7 days

## Population 18+ with at Least 1 Dose through 7/20/2021





## Population 18+ initiating vaccination in last week

**0.6%** of adults received their first dose in last 7 days, this is the same as in the previous 7 days

Of previously unvaccinated adults, **1.9%** received their first dose

Vaccination data as of 7/20/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

**COVID-19 Daily Update**                    9                    **July 21, 2021**

T42AR-0007078

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100 inpatient beds are 11 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| State | Total to date | | 7-day daily average | | | | Vaccinations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
| Alabama | 562,308 | 11,458 | 694 | 79 | 3 | 12.5% | 3,471,361 | 41.3% | 33.7% |
| Alaska | 69,891 | 374 | 134 | 6 | 0 | 5.6% | 687,880 | 50.7% | 45.0% |
| American Samoa | 0 | 0 | 0 | 0 | 0 | | 49,581 | 49.5% | 40.7% |
| Arizona | 909,282 | 18,117 | 1,103 | 93 | 12 | 9.8% | 6,966,636 | 51.9% | 44.6% |
| Arkansas | 365,132 | 6,007 | 1,094 | 102 | 7 | 10.0% | 2,336,637 | 44.2% | 35.4% |
| California | 3,762,463 | 63,649 | 3,400 | 288 | 20 | 5.0% | 44,213,927 | 63.4% | 51.8% |
| Colorado | 566,670 | 6,886 | 424 | 44 | 5 | 3.3% | 6,366,639 | 59.3% | 53.6% |
| Connecticut | 351,084 | 8,282 | 149 | 10 | 0 | 1.3% | 4,521,207 | 68.6% | 62.4% |
| Delaware | 110,423 | 1,697 | 47 | 2 | 0 | 2.4% | 1,070,875 | 59.6% | 51.9% |
| District of Columbia | 49,793 | 1,146 | 38 | 3 | 0 | 2.0% | 889,244 | 63.0% | 54.0% |
| Florida | 2,430,826 | 38,422 | 7,740 | 694 | 30 | 12.9% | 21,911,789 | 55.7% | 47.9% |
| Georgia | 1,149,266 | 21,564 | 1,158 | 130 | 9 | 5.9% | 8,720,175 | 44.9% | 37.9% |
| Guam | 8,486 | 143 | 3 | 0 | 0 | 2.4% | 197,509 | 63.9% | 57.7% |
| Hawaii | 37,839 | 520 | 108 | 5 | 0 | 3.6% | 1,701,517 | 70.7% | 53.0% |
| Idaho | 197,211 | 2,176 | 155 | 12 | 2 | 7.0% | 1,353,834 | 40.4% | 36.9% |
| Illinois | 1,402,763 | 25,841 | 811 | 67 | 9 | 2.6% | 13,387,855 | 61.1% | 47.8% |
| Indiana | 761,472 | 13,952 | 510 | 48 | 4 | 5.9% | 5,963,281 | 46.3% | 43.6% |
| Iowa | 376,198 | 6,158 | 179 | 15 | 1 | 6.6% | 3,099,615 | 52.4% | 49.1% |
| Kansas | 324,187 | 5,198 | 440 | 43 | 1 | 9.4% | 2,553,587 | 50.4% | 43.1% |
| Kentucky | 470,680 | 7,301 | 438 | 92 | 5 | 5.6% | 4,106,066 | 50.8% | 44.8% |
| Louisiana | 499,932 | 10,841 | 1,426 | 109 | 7 | 10.2% | 3,502,545 | 40.0% | 36.2% |
| Maine | 69,627 | 882 | 49 | 29 | 3 | 1.7% | 1,646,872 | 67.5% | 62.9% |
| Marshall Islands | 4 | 0 | 0 | - | 0 | | 35,432 | 33.4% | 29.1% |
| Maryland | 464,491 | 9,788 | 158 | 19 | 3 | 1.7% | 7,080,730 | 63.5% | 57.9% |
| Massachusetts | 713,037 | 18,024 | 268 | 13 | 2 | 1.0% | 9,032,607 | 71.7% | 63.2% |
| Michigan | 1,004,192 | 21,113 | 246 | 37 | 2 | 2.3% | 9,672,048 | 52.4% | 48.3% |
| Micronesia | 6 | 0 | 0 | - | 0 | | 54,107 | 31.3% | 27.2% |
| Minnesota | 607,784 | 7,731 | 186 | 17 | 2 | 2.3% | 5,999,646 | 58.0% | 53.2% |
| Mississippi | 329,703 | 7,473 | 662 | 47 | 3 | 11.3% | 2,080,127 | 38.0% | 33.9% |
| Missouri | 649,395 | 9,518 | 2,037 | 157 | 11 | 13.2% | 5,297,518 | 46.8% | 40.3% |
| Montana | 114,742 | 1,692 | 60 | 13 | 3 | 5.4% | 959,809 | 48.6% | 43.9% |
| Nebraska | 226,307 | 2,281 | 119 | 13 | 2 | 9.7% | 1,907,569 | 52.8% | 48.9% |
| Nevada | 345,163 | 5,761 | 774 | 100 | 4 | 15.1% | 2,889,123 | 52.0% | 43.5% |
| New Hampshire | 99,966 | 1,382 | 28 | 2 | 1 | 1.5% | 1,575,424 | 64.0% | 57.8% |
| New Jersey | 1,029,243 | 26,545 | 422 | 38 | 5 | 2.3% | 10,159,349 | 64.6% | 57.2% |
| New Mexico | 207,566 | 4,383 | 145 | 14 | 4 | 3.7% | 2,443,512 | 64.3% | 56.3% |
| New York | 2,126,493 | 53,452 | 979 | 64 | 6 | 1.5% | 22,520,652 | 61.8% | 56.1% |
| North Carolina | 1,025,826 | 13,535 | 798 | 71 | 3 | 5.4% | 9,535,141 | 50.0% | 43.1% |
| North Dakota | 111,067 | 1,537 | 24 | 2 | 1 | 1.8% | 653,169 | 44.6% | 39.6% |
| Northern Mariana Islands | 183 | 2 | 0 | 0 | 0 | | 59,369 | 54.8% | 50.5% |
| Ohio | 1,117,769 | 20,437 | 468 | 61 | 8 | 2.3% | 10,927,982 | 49.1% | 45.9% |
| Oklahoma | 467,198 | 7,457 | 733 | 73 | 6 | 12.4% | 3,370,735 | 46.3% | 39.6% |
| Oregon | 212,755 | 2,826 | 289 | 18 | 4 | 3.3% | 4,686,818 | 59.9% | 55.3% |
| Palau | 2 | 0 | 0 | - | 0 | | 25,587 | 81.0% | 75.2% |
| Pennsylvania | 1,216,763 | 27,795 | 349 | 35 | 6 | 2.1% | 14,298,602 | 64.4% | 51.4% |
| Puerto Rico | 142,093 | 2,562 | 164 | 3 | 1 | 4.4% | 3,903,554 | 67.7% | 58.7% |
| Rhode Island | 153,103 | 2,737 | 45 | 1 | 0 | 1.0% | 1,309,194 | 66.0% | 60.6% |
| South Carolina | 604,202 | 9,895 | 514 | 37 | 5 | 6.1% | 4,315,958 | 45.5% | 40.0% |
| South Dakota | 124,750 | 2,040 | 5 | 6 | 0 | 6.4% | 836,340 | 51.6% | 46.3% |
| Tennessee | 875,628 | 12,639 | 665 | 54 | 4 | 8.0% | 5,620,170 | 43.5% | 38.5% |
| Texas | 3,030,342 | 51,652 | 3,197 | 435 | 19 | 10.2% | 26,674,874 | 49.9% | 43.0% |
| Utah | 424,171 | 2,416 | 565 | 44 | 2 | 9.7% | 2,939,283 | 50.9% | 44.0% |
| Vermont | 22,985 | 251 | 14 | 0 | 0 | 1.0% | 866,483 | 75.0% | 67.0% |
| Virgin Islands | 4,215 | 32 | 25 | 1 | 0 | 13.7% | 81,413 | 41.1% | 35.0% |
| Virginia | 686,206 | 11,487 | 429 | 33 | 4 | 4.3% | 9,511,470 | 60.6% | 53.7% |
| Washington | 461,847 | 6,043 | 734 | 42 | 6 | 3.3% | 8,863,389 | 63.0% | 56.7% |
| West Virginia | 165,177 | 2,919 | 79 | 9 | 1 | 2.8% | 1,481,788 | 45.8% | 38.8% |
| Wisconsin | 680,252 | 8,212 | 187 | 26 | 4 | 2.4% | 6,069,069 | 54.8% | 51.2% |
| Wyoming | 63,709 | 760 | 82 | 11 | 1 | 4.8% | 438,253 | 40.7% | 36.0% |
| **United States** | **33,983,867** | **606,601** | **35,547** | **3,370** | **246** | **5.5%** | **338,491,374** | **56.2%** | **48.7%** |

*Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week to week changes. **Totals to date:** Data through 7/19 (cases/deaths). **7-day daily average:** 7/13–7/19 (cases/deaths), 7/12–7/18 (hosp billed), 7/11–7/17 (test). Most recent 3 days may have incomplete reporting. **Cases/Deaths:** CDC State Reported Data. Historical cases and deaths exceeding 5% of the total new case or deaths reported in the US that day are excluded. COVID hospital admissions: Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. **Tests:** total nucleic acid amplification tests (NAATs) from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and reported. **Vaccines:** Unified COVID-19 Vaccine Dataset as of 7/20. Doses administered reflect the total number reported by states, territories, and organizations that received doses. Values reflect total by count of date, not administered date. Persons who received at least one dose are attributed to the jurisdiction in which they reside. See Data Sources and Methods table for details.

T42AR-0007079

# CDC Ensemble Forecast*



## Deaths through 8/14/2021

National ensemble forecast predicts **1,200–5,300** new reported deaths during the week ending August 14

Deaths are likely to increase in **3** states/territories

**615,000–625,000** total reported COVID-19 deaths forecasted by that date

## Confirmed COVID Hospital Admissions through 8/16/2021

National ensemble forecast predicts **3,800–14,000** new confirmed hospital admissions on August 16

Daily confirmed admissions are likely to increase in **20** states/territories

## Cases through 8/14/2021

National ensemble forecast predicts **92,000–803,000** new cases reported during the week ending August 14

Cases are likely to increase in **1** state/territory

*Forecasted and reported as of July 19, 2021
Weekly forecasts available at https://www.cdc.gov/coronavirus/2019-ncov/science/forecasting/forecasting.html

# Data Sources & Methods

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| Tuesday | Community Transmission Levels |
| Wednesday | Modeling/Prediction |
| Thursday | Variants |
|  | Global Update |
| Friday | Demographic Trends |
| Saturday | Therapeutics |

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

**Hospital Data:** Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.

- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.

- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect total by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 16 and older, use of the Moderna vaccine among persons aged 18 and older, and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited among those under age 18, which represents approximately 22% of the US population.

Vaccine supply chain and administration counts indicate the following.

- **Allocated** dose count is a combination of the first dose supply that is ready to order and the projected number of doses that will automatically be made available for ordering; this currently assumes a 1:1 ratio with the first dose release totals (projected supply that will be made available to support second doses that may be needed).

- **Available** dose count is a combination of doses not ordered from previous weeks, new first doses, and doses previously allocated based on the 1:1 ratio projections from the previous 2 to 3 weeks.

- **Delivered** dose count is the number of doses delivered to provider sites, where provider site is defined as the first delivery point that received the vaccine shipment in a jurisdiction.

- **Administered** dose count is the number of doses administered and reported to CDC (currently, about 90% of doses administered are reported to CDC within 5 days of the dose being administered, but this value may change over time).

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.

- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.

- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.

- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

T42AR-0007081

# Data Sources & Methods
## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model that leverages the following features, trained based on prior data:
*Cases*
- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days

*Testing*
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

**\*Number of Days in Downward Case Trajectory:** This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

T42AR-0007082

# COVID-19 Daily Update

## July 28, 2021

## Data Insights

- Nationally, metrics have been increasing:
  - New cases **increased 57%** week-on-week (from 36,105 to 56,817 cases/day, 7-day daily average)
  - New confirmed COVID-19 hospital admissions **increased 48%** week-on-week (from 3,376 to 4,981 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **increased 31%** week-on-week (from 216 to 282 deaths/day, 7-day daily average)
  - NAAT positivity **increased 2.1 percentage points** week-on-week (from 5.54% to 7.61%, 7-day daily average)

- The national ensemble forecast (page 11) predicts that the number of newly reported COVID-19 deaths **will likely increase over the next 4 weeks**, with between 300 and 1,000 deaths (7-day daily average) reported in the week ending August 21, 2021 and **619,000 to 633,000** total COVID-19 deaths reported by this date
  - Newly reported deaths are **likely to increase in 11 jurisdictions**, and trends are uncertain or predicted to be stable in the other jurisdictions

- Overall, **342,607,540** COVID-19 vaccine doses have been administered in the United States
  - In total, **57%** of the population (189.0 million people) has received at least one dose and **49%** of the population (163.3 million people) is fully vaccinated
  - **41% of people 12 to 17 years of age** have received at least 1 dose and **32%** are fully vaccinated
  - **69% of adults 18 years and older** have received at least 1 dose and **60%** are fully vaccinated
  - **89% of adults 65 years and older** have received at least 1 dose and **80%** are fully vaccinated

## Media Headlines

- In response to rising prevalence of the Delta variant and preliminary evidence that fully vaccinated people can transmit the variant, CDC has adjusted masking guidance to recommend that:
  - Fully vaccinated people resume wearing masks indoors in communities with high or substantial COVID-19 transmission
  - All students, teachers, staff and visitors in K-12 schools in all communities wear a mask regardless of vaccination status

- According to CDC data, every county in Arkansas, Florida, and Louisiana has high community transmission, defined as 100 or more cases per 100,000 residents or a test positivity rate of 10% or higher in the past 7 days
  - Central Florida's largest hospital chain, AdventHealth, is rescheduling non-urgent surgeries as it nears an all-time high of COVID-19 inpatients; 94% of the COVID-19 patients in the hospital system are unvaccinated

- Media outlets are reporting a growing number of people seeking an mRNA COVID-19 vaccine after receiving the Johnson & Johnson vaccine amid concern over the recent surge attributed to the Delta variant

- Mayo Clinic will require all staff by September 17 to either be fully vaccinated or complete a declination process including education modules, mask wearing, and social distancing

- At the urging of the FDA, Pfizer-BioNTech and Moderna will expand the size of their studies to include 3,000 more children ages 5 to 11 to have more power to detect rare side effects including heart inflammation

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 34,548,847 | 53,772 | 56,817 | +57.4% |
| **Conf. COVID hosp. admits** | 2,369,943 | 5,476 | 4,981 | +47.5% |
| **Deaths** | 609,012 | 286 | 282 | +30.7% |
| **NAATs reported\*\*** | 481,825,907 | omitted due to reporting lag | 623,406** | +2.9%** |
| **Test positivity\*\*** | 7.5% | | 7.6% | +2.1 pct. pts. |
| **Vaccine doses administered** | 342,607,540 | +395,489 | +588,024 | +16.0% |
| **Persons fully vaccinated** | 163,312,474 | +139,108 | +240,114 | -14.1% |
| **Persons 12-17 w/ 1+ doses** | 10,294,901 | +45,521 | +69,615 | +23.1% |
| **Persons 18+ w/ 1+ doses** | 178,478,720 | +221,626 | +290,513 | +32.4% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. **\*Most recent day:** 7/27/2021 (vaccine doses reported), 7/26/2021 (cases/deaths), 7/25/2021 (hospitalized), 7/20/2021 (test positivity). \*\* Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **7-day daily average:** 7/21-7/27 (vaccines), 7/20-7/26 (cases/deaths), 7/19-7/25 (hospitalized), 7/14-7/20 (test volume)/7/18-7/24 (test positivity). Most recent days may have incomplete reporting. **Week-on-week change:** The 7-day daily average compared to the previous seven days. **Cases/Deaths:** CDC State-Reported Data, CDC Aggregate County Data. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Total at value since 8/1/2020 due to limited reporting before this date. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and reported. The week-on-week change increased 2.1 percentage points from 5.54% to 7.61% which equals a +37.5% relative change. **Vaccines:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. **Red highlights:** indicate a week-on-week change of +10% or greater (cases, admissions, deaths) or NAAT positivity of 5.0% or greater. See Data Sources and Methods slide for details

T42AR-0007138

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 7/26/2021.



Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

**COVID-19 Daily Update**                    2                    **July 28, 2021**

T42AR-0007139

# Regional Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 7/26/2021.



U.S. Department of Health & Human Services
**Regions**



| | Cases | Confirmed COVID-19 Hospital Admissions | Deaths | NAAT Positivity |
|---|---|---|---|---|
| REGION 1 | 927 (+68%) | 51 (+80%) | 8 (+20%) | 2% (+0%) |
| REGION 2 | 2,663 (+67%) | 150 (+38%) | 12 (-7%) | 3% (+1%) |
| REGION 3 | 1,783 (+62%) | 146 (+43%) | 14 (-7%) | 4% (+1%) |
| REGION 4 | 22,030 (+72%) | 2,022 (+68%) | 88 (+12%) | 14% (+4%) |
| REGION 5 | 3,878 (+63%) | 331 (+29%) | 23 (-16%) | 4% (+1%) |
| REGION 6 | 10,925 (+66%) | 1,103 (+49%) | 55 (+40%) | 13% (+3%) |
| REGION 7 | 3,436 (+24%) | 291 (+25%) | 23 (-45%) | 12% (+0%) |
| REGION 8 | 1,422 (+20%) | 141 (+15%) | 10 (-19%) | 6% (+1%) |
| REGION 9 | 7,762 (+33%) | 644 (+32%) | 40 (+89%) | 10% (+5%) |
| REGION 10 | 1,940 (+48%) | 103 (+30%) | 10 (-12%) | 5% (+1%) |

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# National Summary



## Case Rate by County through 7/26/2021

**56,817** average daily cases in last 7 days, **57.4% higher** than previous 7 days



## Death Rate by County through 7/26/2021

**282** average daily deaths in last 7 days, **30.7% higher** than previous 7 days



## NAAT Positivity by County through 7/24/2021

**7.6%** average test positivity in last 7 days, **up 2.1%** from previous 7 days

Maps and figures reflect **7-day average** of data from 7/20-7/26 (cases/deaths), 7/18-7/24 (tests). Most recent days may have incomplete reporting.
**Cases/Deaths:** CDC Aggregate County Data. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

T42AR-0007141

# National Hospital Summary



## Confirmed COVID Admissions by Hospital Service Area through 7/25/2021

**4,981** average daily COVID admissions in last 7 days, **47.5% higher** than previous 7 days



## Inpatient Occupancy through 7/25/2021

**73.5%** of inpatient beds are occupied by COVID and non-COVID patients, **up 0.3%** from previous 7 days



## Adult ICU Occupancy through 7/25/2021

**70.2%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **up 0.8%** from previous 7 days

Maps and figures reflect **7-day average** of data from 7/19-7/25 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. **HSA** indicates *Hospital Service Area*. **Admissions per 100 Beds:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Denominator is based on average daily staffed inpatient beds reported in the HSA. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. *See Data Sources and Methods page for details.*

T42AR-0007142

# State Summary

## Week-on-Week Changes†

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ▦ Stable    Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| AK | ▲ | ▲ | ▲ | ▦ |
| AL | ▲ | ▲ | ▲ | ▲ |
| AR | ▲ | ▲ | ▲ | ▲ |
| AS | ▦ | ▦ | ▦ | ▦ |
| AZ | ▲ | ▦ | ▼ | ▲ |
| CA | ▲ | ▲ | ▲ | ▲ |
| CO | ▲ | ▲ | ▲ | ▦ |
| CT | ▲ | ▲ | ▲ | ▲ |
| DC | ▲ | ▦ | ▼ | ▦ |
| DE | ▲ | ▲ | ▲ | ▲ |
| FL | ▲ | ▲ | ▲ | ▲ |
| GA | ▲ | ▲ | ▦ | ▲ |
| GU | ▲ | ▼ | ▼ | ▦ |
| HI | ▲ | ▲ | ▲ | ▲ |
| IA | ▲ | ▲ | ▲ | ▲ |
| ID | ▲ | ▲ | ▦ | ▲ |
| IL | ▲ | ▲ | ▼ | ▲ |
| IN | ▲ | ▲ | ▲ | ▲ |
| KS | ▲ | ▲ | ▲ | ▲ |
| KY | ▲ | ▲ | ▲ | ▲ |
| LA | ▲ | ▲ | ▲ | ▲ |

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| MA | ▲ | ▲ | ▲ | ▦ |
| MD | ▲ | ▲ | ▦ | ▦ |
| ME | ▲ | ▲ | ▼ | ▦ |
| MI | ▲ | ▲ | ▲ | ▲ |
| MN | ▲ | ▲ | ▦ | ▦ |
| MO | ▲ | ▲ | ▲ | ▦ |
| MS | ▲ | ▲ | ▲ | ▲ |
| MT | ▲ | ▦ | ▼ | ▲ |
| NC | ▲ | ▲ | ▲ | ▲ |
| ND | ▲ | ▲ | ▦ | ▲ |
| NE | ▼ | ▲ | ▼ | ▲ |
| NH | ▲ | ▲ | ▼ | ▲ |
| NJ | ▲ | ▲ | ▦ | ▲ |
| NM | ▲ | ▲ | ▲ | ▲ |
| NV | ▲ | ▲ | ▲ | ▲ |
| NY | ▲ | ▲ | ▼ | ▲ |
| OH | ▲ | ▲ | ▲ | ▲ |
| OK | ▲ | ▲ | ▲ | ▼ |
| OR | ▲ | ▲ | ▼ | ▲ |
| PA | ▲ | ▲ | ▼ | ▲ |
| PR | ▲ | ▲ | ▲ | ▲ |

| State | Cases | Admits | Deaths | % Pos |
|-------|-------|--------|--------|-------|
| RI | ▲ | ▲ | ▼ | ▲ |
| SC | ▲ | ▲ | ▲ | ▲ |
| SD | ▼ | ▼ | ▦ | ▲ |
| TN | ▲ | ▲ | ▲ | ▲ |
| TX | ▲ | ▲ | ▲ | ▲ |
| UT | ▲ | ▦ | ▦ | ▲ |
| VA | ▲ | ▲ | ▲ | ▲ |
| VI | ▲ | ▼ | ▦ | ▲ |
| VT | ▲ | ▲ | ▼ | ▲ |
| WA | ▲ | ▲ | ▲ | ▲ |
| WI | ▲ | ▲ | ▲ | ▲ |
| WV | ▲ | ▲ | ▼ | ▲ |
| WY | ▲ | ▲ | ▼ | ▦ |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

▦ -10% - 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

## Areas of Concern



The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

AOC Category
- Low or Moderate Burden
- Emerging Hotspot
- Hotspot
- Sustained Hotspot
- High or Moderate Burden - Resolving



Counties by AOC Category over time

†**Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 7/20-7/26 (cases/deaths), 7/19-7/25 (hospital data), 7/18-7/24 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details*

# Demographic Trends

## Outcomes by Age



**Cases, hospitalizations, and deaths by age group in the week 7/14 - 7/20**

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 24 | 33 | 46 | 69 | 67 | 40 | 24 | 21 |
| Known Hosp. per 100k* | 0.4 | 0.1 | 0.2 | 0.5 | 0.7 | 1.1 | 1.9 | 3.0 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 |
| Case Fatality Rate* | 0.00% | 0.00% | 0.00% | 0.01% | 0.02% | 0.07% | 0.28% | 1.21% |

## Outcomes by Race/Ethnicity*



**Cases, hospitalizations, and deaths by race/ethnicity in the week 7/14 - 7/20**

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 52 | 21 | 36 | 36 | 99 | 73 | 28 |
| Known Hosp. per 100k* | 2.4 | 0.3 | 1.1 | 0.7 | 2.0 | 1.2 | 0.7 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 |
| Case Fatality Rate* | 0.00% | 0.00% | 0.07% | 0.05% | 0.07% | 0.00% | 0.08% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line list where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted**

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which captures approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include an age and approximately 45% did not include race/ethnicity. Known Hospitalized indicates line level data with hospitalization indicators, as reported in the line level data, not COVID-NET data based on hospitalizations. Known Deaths indicates line level data with death indicators, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. **Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. ***Potential two-week delay in case reporting to CDC, denoted by gray box. See Data Sources and Methods slide for additional details.

T42AR-0007144

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccination Program

## Vaccine Program Summary as of 7/27/2021

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 395,460,845 | +511,270 | +674,981 | +35.2% |
| **Doses administered** | 342,607,540 | +395,489 | +588,024 | +16.0% |
| **Persons fully vaccinated** | 163,312,474<br>49.2% of pop. | +139,108 | +240,114 | -14.1% |
| **Persons 18+ fully vaccinated** | 155,178,182<br>60.1% of 18+ pop. | +114,064 | +194,576 | -14.8% |
| **Persons 65+ fully vaccinated** | 43,644,066<br>79.6% of 65+ pop. | +13,351 | +23,932 | -32.5% |



Allocated — 402.4M doses
Available — 522.2M doses
Delivered — 395.5M doses
Administered and reported — 342.6M doses

Total to date (millions)



## Population Fully Vaccinated through 7/27/2021

In total, **49.2%** of the population** (163.3M) is fully vaccinated



## Daily Population Initiating Vaccination through 7/27/2021

**360,234** persons initiated vaccination per day in last 7 days, **30.6% higher** than previous 7 days

Vaccination data as of 7/27/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

T42AR-0007145

# Vaccination Program Trends



## Progress Toward 70% of 18+ with at Least 1 Dose Goal

On average, **290,513** persons 18+ years initiated vaccination each day in last 7 days (7-day daily average), **32.4% higher** than previous 7 days

## Population 18+ with at Least 1 Dose through 7/27/2021



% of population 18+ initiating vaccination in last 14 days
% of population 18+ initiating vaccination earlier

Goal: 70% of 18+ population with at least one dose



## Population 18+ initiating vaccination in last week

**0.8%** of adults received their first dose in last 7 days, up from 0.6% in the previous 7 days

Of previously unvaccinated adults, **2.5%** received their first dose

Vaccination data as of 7/27/2021 1pm ET. **Currently, persons under age 12 years are not authorized to receive COVID-19 vaccine; this group represents ~15% of the US population. Persons who are fully vaccinated are attributed to the jurisdiction in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. See Data Sources and Methods slide for details.

T42AR-0007146

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100 inpatient beds are 11 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| State | Total to date | | 7-day daily average | | | | Vaccinations | | |
| | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | 574,734 | 11,490 | 1,775 | 169 | 5 | 18.1% | 3,534,356 | 42.3% | 34.1% |
| Alaska | 71,286 | 377 | 199 | 12 | 0 | 6.1% | 693,657 | 51.2% | 45.3% |
| American Samoa | 0 | 0 | 0 | 0 | 0 | - | 51,247 | 51.2% | 42.0% |
| Arizona | 918,609 | 18,171 | 1,332 | 99 | 8 | 11.4% | 7,046,449 | 52.6% | 45.0% |
| Arkansas | 375,971 | 6,077 | 1,548 | 129 | 10 | 10.4% | 2,400,798 | 45.7% | 36.0% |
| California | 3,963,756 | 63,806 | 5,341 | 423 | 20 | 6.4% | 44,761,604 | 64.2% | 52.4% |
| Colorado | 571,087 | 6,924 | 531 | 58 | 5 | 4.0% | 6,429,260 | 59.9% | 54.1% |
| Connecticut | 352,626 | 8,288 | 220 | 17 | 1 | 2.5% | 4,564,902 | 69.4% | 63.0% |
| Delaware | 110,862 | 1,698 | 63 | 4 | 0 | 3.0% | 1,082,568 | 60.2% | 52.4% |
| District of Columbia | 50,160 | 1,147 | 52 | 3 | 0 | 2.5% | 896,919 | 63.6% | 54.5% |
| Florida | 2,518,296 | 38,748 | 12,496 | 1,137 | 47 | 16.6% | 22,293,219 | 56.9% | 48.5% |
| Georgia | 1,163,818 | 21,628 | 2,079 | 212 | 9 | 9.8% | 8,749,747 | 45.1% | 38.0% |
| Guam | 8,514 | 143 | 4 | 0 | 0 | 1.9% | 200,055 | 64.6% | 58.6% |
| Hawaii | 39,156 | 526 | 188 | 7 | 1 | 5.1% | 1,711,825 | 71.1% | 53.3% |
| Idaho | 198,840 | 2,188 | 233 | 16 | 2 | 9.4% | 1,365,184 | 40.8% | 37.2% |
| Illinois | 1,411,821 | 25,881 | 1,294 | 94 | 6 | 3.7% | 13,521,219 | 61.8% | 48.2% |
| Indiana | 766,351 | 13,965 | 697 | 66 | 0 | 7.8% | 6,030,412 | 46.8% | 44.0% |
| Iowa | 377,886 | 6,170 | 241 | 23 | 2 | 8.1% | 3,125,265 | 52.9% | 49.4% |
| Kansas | 328,755 | 5,243 | 653 | 50 | 6 | 11.0% | 2,679,340 | 52.7% | 45.0% |
| Kentucky | 476,650 | 7,319 | 732 | 185 | 2 | 9.3% | 4,159,121 | 51.5% | 45.3% |
| Louisiana | 520,435 | 10,914 | 2,929 | 187 | 10 | 14.2% | 3,579,572 | 41.3% | 36.6% |
| Maine | 70,076 | 898 | 64 | 7 | 2 | 1.7% | 1,658,796 | 68.1% | 63.3% |
| Marshall Islands | 4 | 0 | 0 | - | 0 | - | 35,847 | 34.0% | 29.3% |
| Maryland | 466,514 | 9,810 | 289 | 25 | 3 | 2.4% | 7,158,412 | 64.2% | 58.5% |
| Massachusetts | 716,452 | 18,053 | 488 | 19 | 4 | 1.5% | 9,095,143 | 72.3% | 63.6% |
| Michigan | 1,007,710 | 21,154 | 503 | 39 | 5 | 3.8% | 9,753,706 | 52.8% | 48.7% |
| Micronesia | 7 | 0 | 0 | - | 0 | - | 55,467 | 32.2% | 28.1% |
| Minnesota | 609,810 | 7,746 | 289 | 26 | 2 | 3.2% | 6,045,637 | 58.5% | 53.5% |
| Mississippi | 338,079 | 7,523 | 1,197 | 73 | 6 | 16.0% | 2,107,734 | 38.6% | 34.2% |
| Missouri | 666,656 | 9,622 | 2,466 | 202 | 15 | 14.0% | 5,401,841 | 48.0% | 40.9% |
| Montana | 115,406 | 1,695 | 95 | 15 | 0 | 6.9% | 966,977 | 49.0% | 44.1% |
| Nebraska | 226,839 | 2,284 | 76 | 16 | 0 | 12.8% | 1,928,182 | 53.4% | 49.3% |
| Nevada | 351,443 | 5,837 | 897 | 116 | 11 | 16.6% | 2,935,705 | 53.0% | 44.0% |
| New Hampshire | 100,286 | 1,385 | 46 | 5 | 0 | 1.8% | 1,583,777 | 64.3% | 58.0% |
| New Jersey | 1,034,233 | 26,579 | 713 | 52 | 5 | 3.4% | 10,280,170 | 65.4% | 57.8% |
| New Mexico | 209,118 | 4,400 | 222 | 18 | 2 | 4.0% | 2,465,779 | 64.9% | 56.7% |
| New York | 2,137,731 | 53,489 | 1,605 | 89 | 5 | 2.2% | 22,775,948 | 62.6% | 56.7% |
| North Carolina | 1,037,373 | 13,580 | 1,650 | 108 | 6 | 8.0% | 9,640,814 | 50.7% | 43.5% |
| North Dakota | 111,331 | 1,538 | 38 | 3 | 0 | 2.6% | 658,753 | 45.1% | 39.9% |
| Northern Mariana Islands | 183 | 2 | 0 | 0 | 0 | 0.0% | 60,598 | 56.3% | 51.2% |
| Ohio | 1,122,647 | 20,467 | 697 | 69 | 4 | 3.6% | 11,015,115 | 49.5% | 46.2% |
| Oklahoma | 475,578 | 7,488 | 1,197 | 100 | 4 | 16.2% | 3,422,699 | 47.2% | 40.0% |
| Oregon | 215,853 | 2,838 | 443 | 23 | 2 | 4.8% | 4,718,870 | 60.3% | 55.7% |
| Palau | 2 | 0 | 0 | - | 0 | - | 25,850 | 82.4% | 75.2% |
| Pennsylvania | 1,220,671 | 27,827 | 558 | 54 | 5 | 3.0% | 14,448,982 | 65.0% | 51.9% |
| Puerto Rico | 144,321 | 2,569 | 318 | 8 | 1 | 6.6% | 3,955,709 | 68.5% | 59.5% |
| Rhode Island | 153,697 | 2,739 | 87 | 2 | 0 | 1.8% | 1,321,618 | 66.7% | 61.1% |
| South Carolina | 611,015 | 9,923 | 1,011 | 52 | 8 | 9.9% | 4,372,836 | 46.2% | 40.4% |
| South Dakota | 124,948 | 2,041 | 8 | 4 | 0 | 8.0% | 845,474 | 52.3% | 46.7% |
| Tennessee | 884,417 | 12,690 | 1,141 | 87 | 4 | 11.6% | 5,699,976 | 44.2% | 38.9% |
| Texas | 3,066,674 | 51,853 | 5,028 | 668 | 29 | 13.9% | 27,113,209 | 50.9% | 43.5% |
| Utah | 428,687 | 2,434 | 645 | 46 | 3 | 11.2% | 2,972,212 | 51.5% | 44.4% |
| Vermont | 23,144 | 251 | 23 | 1 | 0 | 1.8% | 870,658 | 75.3% | 67.4% |
| Virgin Islands | 4,403 | 35 | 27 | 1 | 0 | 11.2% | 83,061 | 42.3% | 35.4% |
| Virginia | 691,018 | 11,515 | 687 | 48 | 4 | 6.8% | 9,615,043 | 61.2% | 54.2% |
| Washington | 469,308 | 6,089 | 1,066 | 52 | 7 | 4.4% | 8,947,816 | 63.6% | 57.3% |
| West Virginia | 166,108 | 2,936 | 133 | 12 | 2 | 4.1% | 1,484,938 | 45.9% | 39.0% |
| Wisconsin | 683,041 | 8,253 | 398 | 36 | 6 | 4.4% | 6,130,168 | 55.3% | 51.6% |
| Wyoming | 64,451 | 766 | 106 | 16 | 1 | 4.9% | 442,779 | 41.2% | 36.4% |
| **United States** | **34,548,847** | **609,012** | **56,817** | **4,981** | **282** | **7.6%** | **342,607,540** | **56.9%** | **49.2%** |

Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week to week changes. *Totals to date:* Data through 7/26 (cases/deaths). *7-day daily average:* 7/20-7/26 (cases/deaths), 7/19-7/25 (hosp. billed), 7/18-7/24 (test). *Most recent days may have incomplete reporting.* *Cases/Deaths:* CDC State-Reported Data. *Historical cases and deaths reported for the US that day are excluded.* *COVID hospital admissions:* Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. *Tests:* Viral nucleic acid amplification tests (NAATs) from Unified Testing Dataset. *Test positivity:* Positive tests divided by number of tests, performed and reported. *Vaccines:* Unified COVID-19 Vaccine Dataset as of 7/27. Doses administered is the total number reported by states, territories, and organizations that received doses. Values reflect total by count date, not administered date. Persons who received at least one dose are attributed to the jurisdiction in which they reside. *See Data Sources and Methods tables for details.*

# CDC Ensemble Forecast*



## Deaths through 8/21/2021

National ensemble forecast predicts **1,800–6,900** new reported deaths during the week ending August 21

Deaths are likely to increase in **11** states/territories

**619,000–633,000** total reported COVID-19 deaths forecasted by that date

## Confirmed COVID Hospital Admissions through 8/23/2021

National ensemble forecast predicts **4,800–20,000** new confirmed hospital admissions on August 23

Daily confirmed admissions are likely to increase in **34** states/territories

## Cases through 8/21/2021

National ensemble forecast predicts **200,000–1,200,000** new cases reported during the week ending August 21

Cases are likely to increase in **5** states/territories

*Forecasted and reported as of July 26, 2021
Weekly forecasts available at https://www.cdc.gov/coronavirus/2019-ncov/science/forecasting/forecasting.html

T42AR-0007148

# Data Sources & Methods

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| Tuesday | Community Transmission Levels |
| Wednesday | Modeling/Prediction |
| Thursday | Variants |
|  | Global Update |
| Friday | Demographic Trends |
| Saturday | Therapeutics |

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

**Hospital Data:** Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.

- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.

- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect total by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 16 and older, use of the Moderna vaccine among persons aged 18 and older, and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited among those under age 18, which represents approximately 22% of the US population.

Vaccine supply chain and administration counts indicate the following.

- **Allocated** dose count is a combination of the first dose supply that is ready to order and the projected number of doses that will automatically be made available for ordering; this currently assumes a 1:1 ratio with the first dose release totals (projected supply that will be made available to support second doses that may be needed).

- **Available** dose count is a combination of doses not ordered from previous weeks, new first doses, and doses previously allocated based on the 1:1 ratio projections from the previous 2 to 3 weeks.

- **Delivered** dose count is the number of doses delivered to provider sites, where provider site is defined as the first delivery point that received the vaccine shipment in a jurisdiction.

- **Administered** dose count is the number of doses administered and reported to CDC (currently, about 90% of doses administered are reported to CDC within 5 days of the dose being administered, but this value may change over time).

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.

- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.

- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.

- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

T42AR-0007149

# Data Sources & Methods
## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model that leverages the following features, trained based on prior data:
#### Cases
- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days
#### Testing
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

**Number of Days in Downward Case Trajectory:** This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

T42AR-0007150

You are viewing a backup copy of the site taken at 5am on 07/31/2021


Centers for Disease
Control and Prevention

## COVID-19

— COVID DATA TRACKER WEEKLY REVIEW —

Print

Subscribe to the Weekly Review

Interpretive Summary for **July 30, 2021**

# Don't Run Down the Shot Clock

**COVID-19** cases, hospitalizations, and deaths **are once again increasing in nearly all states, fueled by the B.1.617.2 (Delta) variant, which is much more contagious than past versions of the virus. The highest spread of cases and severe outcomes is happening in places with low vaccination rates. Although COVID-19 vaccination is the most effective prevention measure, vaccination** rates **across the United States have varied.**

COVID-19 vaccines are very effective, but no vaccine is perfect. In some instances, fully vaccinated people will get COVID-19 and may be contagious. These are called "vaccine breakthrough cases." A new CDC study finds that B.1.617.2 (Delta) can lead to breakthrough infections. This means that while vaccinated people are much less likely to get sick, it will still happen in some cases. As the number of people who are vaccinated goes up, the number of breakthrough cases is also expected to increase, even as the vaccines remain highly effective.

**United States Levels of Community Transmission by County as of July 27, 2021**



⤢ View Larger

Vaccines help protect people from getting COVID-19 or from getting severely ill from it. Unvaccinated people should get vaccinated and continue masking. CDC also recommends that fully vaccinated people wear masks in public indoor settings in areas of substantial or high transmission. With the B.1.617.2 (Delta) variant rapidly spreading throughout the country, this is more urgent than ever. To find a vaccine provider near you, visit Vaccines.gov or your state or local public health department website. If you or someone you know is hesitant about COVID-19 vaccination, CDC has information and answers to frequently asked questions to help them inform their decision.

> ***Note to readers:*** On July 27, 2021, CDC announced updated Guidance for COVID-19 Prevention Strategies. Among strategies to prevent COVID-19, CDC recommends all unvaccinated people wear masks in public indoor settings. Based on emerging evidence of the B.1.617.2 (Delta) variant, CDC also recommends that fully vaccinated people wear masks in public indoor settings in areas of substantial or high transmission. To see the level of community transmission in your county, visit COVID Data Tracker.

## Reported Cases

The current 7-day moving average of daily new cases (66,606) increased 64.1% compared with the previous 7-day moving average (40,597). The current 7-day moving average is 73.8% lower than the peak observed on January 10, 2021 (254,063) and is 480.1% higher than the lowest value observed on June 19, 2021 (11,483). A total of 34,722,631 COVID-19 cases have been reported as of July 28.

**Daily Trends in COVID-19 Cases in the United States Reported to CDC**

▬▬▬7-Day moving average

| 34,722,631 Total Cases Reported | 66,606 Current 7-Day Average* |
|---|---|
| 40,597 Prior 7-Day Average | +64.1% Change in 7-Day Average since Prior Week |



*Historical cases are excluded from daily new cases and 7-day average calculations until they are incorporated into the dataset for the applicable date. Of 77,785 historical cases reported retroactively, 2,086 were reported in the current week and 1,469 were reported in the prior week.

⤢ View Larger

More Case Data

## SARS-CoV-2 Variants

Multiple variants of the virus that causes COVID-19 are circulating globally, including within the United States. Currently, four variants are classified as a variant of concern (VOC). Nowcast estimates* of SARS-CoV-2 cases caused by these VOCs for the two weeks ending July 17 are summarized here. Nationally, the proportion of cases attributed to B.1.617.2 (Delta) is predicted to increase to 82.2%; B.1.1.7 (Alpha) proportion is predicted to decrease to 9.0%; P.1 (Gamma) proportion is predicted to decrease to 3.8%; and B.1.351 (Beta) is predicted to remain steady at 0.1%. Nowcast estimates predict that B.1.617.2 (Delta) will continue to be the predominant lineage circulating in all HHS regions and be more than 70% in nine HHS regions. B.1.1.7 (Alpha) is predicted to be less than or equal to 21% in all HHS regions. P.1 (Gamma) is predicted to be less than 9% in all HHS regions; and B.1.351 (Beta) is predicted to be less than or equal to 0.2% in all HHS regions.

*The median time from specimen collection to sequence data reporting is about 3 weeks. As a result, weighted estimates for the most recent few weeks may be unstable or unavailable. CDC's Nowcast is a data projection tool that helps fill this gap by generating timely estimates of variant proportions for variants that are circulating in the United States. View Nowcast estimates on CDC's COVID Data Tracker website on the Variant Proportions page.

### SARS-CoV-2 Variants Circulating in the United States



⤢ View Larger



⤢ View Larger

More Variants Data

## Testing

### COVID-19 NAAT Laboratory Test 7-day Percent Positivity by State/Territory

The percentage of COVID-19 NAATs (nucleic acid amplification tests) that are positive (percent positivity) has increased from the previous week. The 7-day average of percent positivity from tests is now 7.8%. The 7-day average number of tests reported for July 16 – Jul 22 was 698,611 up 14.5% from 610,004 for the prior 7 days.



View Larger

More Testing Data

**486,000,511**
**Total Tests Reported**

| **698,611** **7-Day Average Tests Reported** | **7.8%** **7-Day Average % Positivity** |
|---|---|
| **6.0%** **Previous 7-Day Average % Positivity** | **+31.0%** **Change in 7-Day Average % Positivity since Prior Week** |

## Vaccinations

The U.S. COVID-19 Vaccination Program began December 14, 2020. As of July 29, 344.1 million vaccine doses have been administered. Overall, about 189.9 million people, or 57.2% of the total U.S. population, have received at least one dose of vaccine. About 163.9 million people, or 49.4% of the total U.S. population, have been fully vaccinated.* As of July 29, the 7-day average number of administered vaccine doses reported (by date of CDC report) to CDC per day was 615,404, a 16.15% increase from the previous week.

CDC's COVID Data Tracker Vaccination Demographic Trends tab shows vaccination trends by age group. As of July 29, 89.7% of people ages 65 or older have received at least one dose of vaccine and 79.9% are fully vaccinated. Over two-thirds (69.4%) of people ages 18 or older have received at least one dose of vaccine and 60.3% are fully vaccinated. For people ages 12 or older, 66.9% have received at least one dose of vaccine and 57.7% are fully vaccinated.

**Daily Change in the Total Number of Administered Doses Reported to CDC by the date of CDC Report, United States**

7-Day moving average



View Larger

More Vaccination Data

**344,071,595**
**Vaccines Administered**

| **189,945,907** **People who received at least one dose** | **163,868,916** **People who are fully vaccinated*** |
|---|---|

T42AR-0007465

**57.2%**
Percentage of the US population that has received at least one dose

**49.4%**
Percentage of the US population that has been fully vaccinated*

**+0.8**
Percentage point increase from last week

**+0.6**
Percentage point increase from last week

*People are considered fully vaccinated 2 weeks after their second dose in a 2-dose series (such as the Pfizer or Moderna vaccines), or 2 weeks after a single-dose vaccine (such as Johnson & Johnson's Janssen vaccine).

## Hospitalizations

### New Hospital Admissions

The current 7-day average for July 21–July 27 was 5,475. This is a 46.3% increase from the prior 7-day average (3,742) from July 14–July 20. The 7-day moving average for new admissions has consistently increased since June 25, 2021.

| | |
|---|---|
| **2,381,644**<br>Total New Admissions | **5,475**<br>Current 7-Day Average |
| **3,742**<br>Prior 7-Day Average | **+46.3%**<br>Change in 7-Day Average |

The start of consistent reporting of hospital admissions data was August 1, 2020.

**Daily Trends in Number of New COVID-19 Hospital Admissions in the United States**



⤢ View Larger

New admissions are pulled from a 10 am EST snapshot of the HHS Unified Hospital Timeseries Dataset. Due to potential reporting delays, data from the most recent 7 days, as noted in the figure above with the grey bar, should be interpreted with caution. Small shifts in historic data may also occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

More Hospital Data

## COVID-NET: Trends in Hospitalizations in Adults Ages 18–49 Years

**Trends in Rates of COVID-19-Associated Hospitalizations in Adults Ages 18–49 Years**

T42AR-0007466

CDC's Coronavirus Disease 2019-Associated Hospitalization Surveillance Network (COVID-NET) shows that hospitalization rates are increasing in younger adults. While adults ages 65 years and older are most at-risk, younger adults are also at risk for COVID-19-associated hospitalizations. Rates of hospitalization remain low when compared to previous months of the pandemic, but preliminary data show that weekly rates of COVID-19-associated hospitalizations have increased significantly for adults ages 18 to 49 years. Compared to June 26, 2021, weekly rates in adults ages 18–49 years for the week ending July 10, 2021 have increased by nearly 40%. These are the first increases in rates of COVID-19-associated hospitalizations seen in this age group since April 2021.



⤢ View Larger

The Coronavirus Disease 2019 (COVID-19)-Associate¬¬d Hospitalization Surveillance Network (COVID-NET) is an additional source for hospitalization data collected through a network of more than 250 acute-care hospitals in 14 states (representing ~10% of the U.S. population). Detailed data on patient demographics, including race/ethnicity, underlying medical conditions, medical interventions, and clinical outcomes, are standardized case reporting form.

More COVID-NET Data

## Deaths

The current 7-day moving average of new deaths (296) has increased 33.3% compared with the previous 7-day moving average (222). The current 7-day moving average is 91.8% lower than the peak observed on January 13, 2021 (3,625) and is 77.1% higher than the lowest value observed on July 10, 2021 (167). As of July 28, a total of 609,853 COVID-19 deaths have been reported.

**Daily Trends in Number of COVID-19 Deaths in the United States Reported to CDC**

▬▬ 7-Day moving average



| 609,853 | 296 |
|---|---|
| Total Deaths Reported | Current 7-Day Average* |
| 222 | +33.3% |
| Prior 7-Day Average | Change in 7-Day Average Since Prior Week |

*Historical deaths are excluded from the daily new deaths and 7-day average calculations until they are incorporated into the dataset by their applicable date. Of 6,143 historical deaths reported retroactively, 26 were reported in the current week and 8 were reported in the prior week.

⤢ View Larger

More Death Data

## Recent CDC COVID-19 Publications

1. Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage

2. SARS-CoV-2 Infection in Public School District Employees Following a District-Wide Vaccination Program — Philadelphia County, Pennsylvania, March 21–April 23, 2021

3. Disparities in COVID-19 Vaccination Coverage Among Health Care Personnel Working in Long-Term Care Facilities, by Job Category, National Healthcare Safety Network — United States, March 2021

4. Outbreak of SARS-CoV-2 Infections, including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021

## Recent COVID Data Tracker Updates

- The Vaccination Trends tab now displays trends by state and jurisdiction
- The Vaccination Among Pregnant People tab displays the percent of pregnant people ages 18-49 years receiving at least one dose of a COVID-19 vaccine during pregnancy overall and by race/ethnicity
- The Vaccine Confidence tab allows users to explore trends in vaccine confidence in the United States by visualizing trends in vaccination status and intent by week and by demographics

T42AR-0007468

# CDC COVID-19 Response Update Report
# Thursday, July 22, 2021
INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Table of Contents

**Summary Report**.......................................................................................................................................**4**
  Cases and Deaths by Jurisdiction ..............................................................................................................4
    Compilation of US Case Counts ...........................................................................................................5
  Trends and Vaccination..............................................................................................................................6
    Daily change in COVID-19 Cases, United States......................................................................................6
    New Admissions of Patients with Confirmed COVID-19, United States ................................................6
    Daily Change in COVID-19 Deaths, United States...................................................................................7
    Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States.................................7
    SARS-CoV-2 Variants Circulating in the United States ...........................................................................8
    Regional Trends in COVID-19 Cases, Hospitalization, Deaths, and SARS-CoV-2 Percent Test Positivity, United States 8
    COVID-19 Vaccine Distribution and Administration Reported to the CDC by State/Territory and Selected Federal Entities ...........................................................................................................................9
    Map: Percentage of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States.........11
    Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States ...............11
    Percent of People Receiving COVID-19 Vaccine Sex and Date Administered, United State Vaccine...........................12
    Percent of People Receiving COVID-19 Vaccine by Age Group and Date Administered, United States .....................12
**Domestic Overview**....................................................................................................................................**13**
  COVID-19 Cases.......................................................................................................................................13
    Daily Change in COVID-19 Cases, United States ..................................................................................13
    COVID-19 Cases by HHS Region, United States ...................................................................................13
    New Cases per 100,000 Population in the Past 7 Days and 7-Day Percent Change..............................14
    Geofacet: COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change) ...................14
    Map: COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County.....................15
    Demographic Distribution of COVID-19 Cases.....................................................................................15
    COVID-19 Weekly Cases per 100,000 Population by Sex, United States ...............................................16
    COVID-19 Weekly Cases per 100,000 Population by Age Group, United States ...................................16
    COVID-19 Weekly Cases per 100,000 Population by Age Group and HHS Region, United States ...............17
    COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States............................17
    COVID-19 Weekly Cases per 100,000 by Race/Ethnicity and HHS Regions, United States .................18
    Proportion of COVID-19 Weekly Cases by Age Group and Race/Ethnicity, United States ...................18
    Proportion of COVID-19 Weekly Cases in 18-24 Age Group by Race/Ethnicity and HHS Region, United States .........19
    COVID-19 Weekly Cases per 100,000 Population by Urbanicity, United States....................................19
    COVID-19 Weekly Cases per 100,000 Population by Urbanicity and HHS Regions, United States ..............20
    COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity and Urbanicity, United States ...........20
    COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, Urbanicity, and HHS Regions, United States ....21
    Map: Cumulative COVID-19 Cases per 100,000 Population by County ................................................21
  COVID-19 Hospital Data ..........................................................................................................................22
    New Admissions of Patients with Confirmed COVID-19, United States ..............................................22
    Prevalent Hospitalization of Patients with Confirmed COVID-19, United States.................................22
    Rates of New Admissions of Patients with Confirmed COVID-19 by State..........................................23

T42AR-0016029

Geofacet: Cumulative 7-Day Admission of Patients with Confirmed COVID-19 per 100 Beds and Percent Change ... 23

Geofacet: Average 7-Day Admission of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change ............................................................................................................................................................................ 24

Map: New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change from Previous Week ........................................................................................................................................................................................ 24

Map: COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ...................................................................................................................................................................... 25

Map: COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ........................................................................................................................................................ 25

New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States ......... 26

New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States................................................................................................................................................................... 26

COVID-NET: Laboratory Confirmed COVID-19-Associated Hospitalizations by Race/Ethnicity................................... 27

Map: Inpatient Bed Occupancy by State .................................................................................................................... 27

Map: ICU Bed Occupancy by State.............................................................................................................................. 28

Outpatient/Emergency Department Visits ..................................................................................................................... 28

Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19 ............................ 28

COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Room Visits .......................................... 29

National COVID-19 Activity Indicators ....................................................................................................................... 29

Geofacet: Emergency Department Visits for COVID-19 Discharge Diagnosis by State ............................................... 30

COVID-19 Deaths................................................................................................................................................................ 30

Daily Change in COVID-19 Deaths, United States ....................................................................................................... 30

COVID-19 Deaths by HHS Region, United States ........................................................................................................ 31

Map: COVID-19 Mortality Rate in the Last 7 Days and Comparison to the Previous 7 Days by County ..................... 31

Demographic Distribution of COVID-19 Deaths .......................................................................................................... 32

COVID-19 Weekly Deaths per 100,000 Population by Sex, United States.................................................................... 32

COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States ........................................................ 33

COVID-19 Weekly Deaths per 100,000 Population by Age Group and HHS Regions, United States............................ 33

COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States ................................................. 34

COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and HHS Region, United States ...................... 34

COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity by Age Group, United States........................... 35

COVID-19 Weekly Proportion of Deaths by Age Group and Race/Ethnicity, United States........................................ 35

COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States ........................................................ 36

COVID-19 Weekly Deaths per 100,000 Population by Urbanicity and HHS Region, United States.............................. 36

COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and Urbanicity, United States ........................ 37

COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per Urbanicity and HHS Region, United States 37

Map: Cumulative COVID-19 Deaths per 100,000 Population by County...................................................................... 38

COVID-19 Testing .............................................................................................................................................................. 38

Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States....................................................... 38

Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Results Reported by HHS Region, United States ............... 39

SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction ........................................................................................................................................................... 39

Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days and 7-Day Difference .................................................. 40

Geofacet: 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages................................ 40

Map: Viral (RT-PCR) Lab Test Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County ......... 41

SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing.................. 41

Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume ......................... 42

Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region ...................................................................... 42

COVID-19 Cases, Deaths, and Laboratory Testing Overview by Jurisdiction, United States ....................................... 43

Cases and Deaths in Skilled Nursing Facilities (SNFs)........................................................................................................ 43

COVID-19 Cases Among Staff in SNFs ........................................................................................................................ 43

T42AR-0016030

COVID-19 Cases Among Residents in SNFs ................................................................................................ 44
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in SNFs .................. 45
COVID-19 Deaths Among Staff in SNFs .................................................................................................... 45
COVID-19 Deaths Among Residents in SNFs ............................................................................................ 46
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in SNFs ............... 46
Map: COVID-19 Cases Among Residents in SNFs, Percent of SNFs with ≥1 Confirmed Cases, Last 4 Weeks ... 47
Excess Deaths .............................................................................................................................................. 48
Pneumonia, Influenza, and COVID-19 (PIC) Mortality ............................................................................ 48
Weekly Number of Deaths – Comparing Excess Deaths Including and Excluding COVID-19 ..................... 49
Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States ......................... 49
COVID-19 National Forecasts ...................................................................................................................... 50
New COVID-19 Cases per 100,000 Population ......................................................................................... 50
Estimated New COVID-19 Cases ............................................................................................................. 50
New COVID-19 Hospitalizations per 100,000 Population ......................................................................... 51
New and Cumulative COVID-19 Deaths per 100,000 Population .............................................................. 51
Estimated New COVID-19 Deaths ........................................................................................................... 52
**Special Populations** ................................................................................................................................ **52**
COVID-19 Cases and Deaths in US Healthcare Workers .......................................................................... 52
COVID-19 Among Pregnant Women in the US ........................................................................................ 53
Cases and Deaths in US Correctional and Detention Facilities ................................................................. 53
**International Summary** ............................................................................................................................ **54**
WHO COVID-19 Global Cases and Deaths .............................................................................................. 54
Weekly COVID-19 International Situation Update .................................................................................... 54
Global Vaccinations Summary ................................................................................................................ 58
COVID-19 Variants of Concern ............................................................................................................... 59
**CDC Response by the Numbers and Deployment Summary** ................................................................... **60**
COVID-19 Response by the Numbers ...................................................................................................... 60
Current CDC COVID-19 Domestic Deployments by State ........................................................................ 60
Health Department and High-Risk Settings Deployments ........................................................................ 61
**CDC Website Updates – COVID-19 Response** ......................................................................................... **61**
**Appendix: Reporting Frequencies by Jurisdiction** ................................................................................. **62**

*Restricted Use/Recipients Only*                                                                      Page **3** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016031



*COVID-19 Response Update Thursday, Jul 22, 2021*  *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Summary Report

### Cases and Deaths by Jurisdiction

*Note: Aggregate case and death data will be updated Monday through Saturday.*
*The CDC numbers have been reviewed and approved by states and are suitable for use in all official communications.[1]*
*Data Through: July 21, 2021     Last Updated: July 22, 2021, 10:30*
*Number of jurisdictions reporting (not including Navajo Nation): 58 of 60*

| Area[3] | Cases | | | | | | Deaths | | | | | | | |
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Latest 30-Day CFR[6] | Deaths per Pop |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 70,328 | 219 | 163 | 9,614 | 30 | 22 | 375 | 1 | 0 | 51 | 0.1 | 0.0 | 0.4% | 1 in 1,951 |
| AL | 565,507 | 1,567 | 954 | 11,533 | 32 | 19 | 11,466 | 6 | 4 | 234 | 0.1 | 0.1 | 0.6% | 1 in 428 |
| AR | 368,466 | 1,459 | 1,173 | 12,210 | 48 | 39 | 6,020 | 13 | 6 | 199 | 0.4 | 0.2 | 0.6% | 1 in 501 |
| AZ | 911,479 | 1,043 | 1,090 | 12,523 | 14 | 15 | 18,127 | 10 | 7 | 249 | 0.1 | 0.1 | 1.3% | 1 in 402 |
| CA[7] | 3,928,255 | 493 | 3,201 | 9,942 | 1 | 8 | 63,664 | - | 2 | 161 | - | 0.0 | 0.3% | 1 in 621 |
| CO[8] | 567,838 | 510 | 437 | 9,860 | 9 | 8 | 6,895 | 7 | 4 | 120 | 0.1 | 0.1 | 1.5% | 1 in 835 |
| CT | 351,530 | 228 | 163 | 9,860 | 6 | 5 | 8,282 | - | 0 | 232 | - | 0.0 | 1.5% | 1 in 430 |
| DE | 110,502 | 45 | 46 | 11,348 | 5 | 5 | 1,697 | - | 0 | 174 | - | 0.0 | 1.5% | 1 in 574 |
| FL | 2,452,461 | 12,647 | 8,912 | 11,419 | 59 | 41 | 38,566 | 86 | 34 | 180 | 0.4 | 0.2 | 0.7% | 1 in 557 |
| GA | 1,153,064 | 2,229 | 1,362 | 10,860 | 21 | 13 | 21,593 | 22 | 9 | 203 | 0.2 | 0.1 | 1.3% | 1 in 492 |
| HI | 38,066 | 130 | 127 | 2,689 | 9 | 9 | 521 | 1 | 0 | 37 | 0.1 | 0.0 | 0.5% | 1 in 2,718 |
| IA | 376,726 | 265 | 201 | 11,940 | 8 | 6 | 6,170 | 12 | 2 | 196 | 0.4 | 0.1 | 1.6% | 1 in 511 |
| ID | 197,781 | 325 | 185 | 11,067 | 18 | 10 | 2,179 | 2 | 2 | 122 | 0.1 | 0.1 | 1.2% | 1 in 820 |
| IL | 1,404,466 | 958 | 865 | 11,083 | 8 | 7 | 25,854 | 9 | 7 | 204 | 0.1 | 0.1 | 1.7% | 1 in 490 |
| IN[7] | 762,837 | 710 | 539 | 11,331 | 11 | 8 | 13,964 | - | 1 | 207 | - | 0.0 | 1.0% | 1 in 482 |
| KS | 325,728 | 771 | 495 | 11,181 | 26 | 17 | 5,218 | 20 | 3 | 179 | 0.7 | 0.1 | 1.0% | 1 in 558 |
| KY[7] | 472,605 | 936 | 508 | 10,578 | 21 | 11 | 7,306 | 2 | 1 | 164 | 0.0 | 0.0 | 0.5% | 1 in 612 |
| LA | 506,882 | 5,388 | 2,006 | 10,904 | 116 | 43 | 10,874 | 13 | 9 | 234 | 0.3 | 0.2 | 0.6% | 1 in 428 |
| MA | 714,014 | 525 | 334 | 10,359 | 8 | 5 | 18,035 | 2 | 3 | 262 | 0.0 | 0.0 | 1.3% | 1 in 382 |
| MD | 465,038 | 303 | 196 | 7,692 | 5 | 3 | 9,798 | 6 | 4 | 162 | 0.1 | 0.1 | 2.6% | 1 in 617 |
| ME | 69,780 | 106 | 58 | 5,191 | 8 | 4 | 891 | 4 | 2 | 66 | 0.3 | 0.1 | 4.0% | 1 in 1,509 |
| MI[9] | 1,005,084 | 454 | 328 | 10,064 | 5 | 3 | 21,128 | 4 | 4 | 212 | 0.0 | 0.0 | 2.2% | 1 in 473 |
| MN | 608,678 | 273 | 230 | 10,793 | 5 | 4 | 7,737 | 5 | 2 | 137 | 0.1 | 0.0 | 2.3% | 1 in 729 |
| MO | 655,736 | 3,346 | 2,211 | 10,684 | 55 | 36 | 9,534 | 8 | 10 | 155 | 0.1 | 0.2 | 0.6% | 1 in 644 |
| MS[10] | 331,863 | 1,199 | 799 | 11,151 | 40 | 27 | 7,494 | 9 | 4 | 252 | 0.3 | 0.1 | 0.5% | 1 in 397 |
| MT | 115,002 | 103 | 71 | 10,760 | 10 | 7 | 1,694 | 1 | 2 | 158 | 0.1 | 0.1 | 2.4% | 1 in 631 |
| NC | 1,028,131 | 1,434 | 1,043 | 9,803 | 14 | 10 | 13,550 | 9 | 5 | 129 | 0.1 | 0.0 | 1.0% | 1 in 774 |
| ND | 111,127 | 34 | 24 | 14,582 | 4 | 3 | 1,538 | - | 0 | 202 | - | 0.0 | 2.3% | 1 in 495 |
| NE[11] | 226,606 | 164 | 128 | 11,714 | 8 | 7 | 2,284 | (1) | 2 | 118 | NA | 0.1 | 1.1% | 1 in 847 |
| NH | 100,072 | 47 | 33 | 7,360 | 3 | 2 | 1,384 | - | 0 | 102 | - | 0.0 | 2.3% | 1 in 982 |
| NJ | 1,030,600 | 699 | 512 | 11,603 | 8 | 6 | 26,562 | 5 | 5 | 299 | 0.1 | 0.1 | 2.0% | 1 in 334 |
| NM[7] | 207,972 | 271 | 161 | 9,918 | 13 | 8 | 4,392 | 5 | 1 | 209 | 0.2 | 0.0 | 1.0% | 1 in 477 |
| NV | 347,098 | 931 | 829 | 11,269 | 30 | 27 | 5,789 | 28 | 7 | 188 | 0.9 | 0.2 | 1.0% | 1 in 532 |
| NYC | 965,450 | 894 | 686 | 11,495 | 11 | 8 | 33,500 | 4 | 4 | 399 | 0.0 | 0.0 | 1.0% | 1 in 251 |
| NY | 1,163,634 | 582 | 442 | 10,526 | 5 | 4 | 19,963 | 3 | 1 | 181 | 0.0 | 0.0 | 0.8% | 1 in 554 |

[1] Aggregated cases and deaths may include probable cases and/or deaths based on reporting practices that differ by jurisdiction. Jurisdictions may submit data directly to CDC which may differ from data reported on their official websites. See About CDC COVID-19 Data on the CDC Webpage. Totals for new cases and new deaths reported in the last 24 hours and the 7-day averages do not include historical cases or deaths reported retroactively. Historical cases and deaths are still reflected in the cumulative totals, nationally and by jurisdiction. See the footnotes for historical cases and deaths reported in the past week per jurisdiction, if any.
[2] Darker shading in columns corresponds to higher values.
[3] AS = American Samoa; CNMI = Commonwealth of Northern Mariana Islands; DC = District of Columbia; FSM = Federated States of Micronesia; GU = Guam; NN = Navajo Nation; PR = Puerto Rico; PW = Palau; RMI = Republic of the Marshall Islands; USVI = US Virgin Islands.
[4] These data represent new cases and deaths reported since the last update. Counts may have decreased from the previous report due to reclassification of cases to other case classifications (e.g., probable to confirmed) by jurisdictions.
[5] Population denominators based on 2019 US Census data except for where 2018 Census data was the most recent source available (NYC and territories except PR).
[6] Percent change in cases, deaths, and case fatality rates (CFR) were not calculated when the denominator was less than five.
[7] Updated time series data - assigned retroactively reported historical cases/deaths to the appropriate date.
[8] Colorado reported historical cases on Jul 15, 2021 (151); Jul 16, 2021 (137); Jul 19, 2021 (35); Jul 20, 2021 (173); and Jul 21, 2021 (117).
[9] Michigan reported historical deaths on Jul 16, 2021 (7).
[10] Mississippi reported historical deaths on Jul 15, 2021 (3); Jul 19, 2021 (4); and Jul 20, 2021 (1).
[11] Nebraska reported one fewer death than yesterday.

*Restricted Use/Recipients Only*  Page **4** of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016032

*COVID-19 Response Update Thursday, Jul 22, 2021*     INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Cases and Deaths by Jurisdiction[2]

| Area[3] | Cases | | | | | | Deaths | | | | | | Latest 30-Day CFR[6] | Deaths per Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | | |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
| OH[12] | 1,119,298 | 785 | 545 | 9,576 | 7 | 5 | 20,449 | - | 5 | 175 | - | 0.0 | 2.8% | 1 in 572 |
| OK | 469,982 | 1,581 | 875 | 11,877 | 40 | 22 | 7,462 | 4 | 6 | 189 | 0.1 | 0.1 | 0.6% | 1 in 530 |
| OR | 213,730 | 391 | 345 | 5,067 | 9 | 8 | 2,833 | 1 | 4 | 67 | 0.0 | 0.1 | 1.1% | 1 in 1,489 |
| PA | 1,217,857 | 525 | 419 | 9,513 | 4 | 3 | 27,813 | 8 | 6 | 217 | 0.1 | 0.0 | 3.3% | 1 in 460 |
| RI | 153,269 | 101 | 56 | 14,465 | 10 | 5 | 2,738 | - | 0 | 258 | - | 0.0 | 1.1% | 1 in 387 |
| SC[7] | 605,240 | 590 | 567 | 11,755 | 11 | 11 | 9,908 | 38 | 6 | 192 | 0.7 | 0.1 | 1.0% | 1 in 520 |
| SD | 124,948 | 30 | 25 | 14,124 | 3 | 3 | 2,041 | 1 | 0 | 231 | 0.1 | 0.0 | 2.6% | 1 in 433 |
| TN | 877,850 | 1,307 | 784 | 12,854 | 19 | 11 | 12,651 | 4 | 4 | 185 | 0.1 | 0.1 | 0.8% | 1 in 540 |
| TX[13] | 3,039,980 | 5,017 | 3,575 | 10,484 | 17 | 12 | 51,709 | 33 | 23 | 178 | 0.1 | 0.1 | 0.6% | 1 in 561 |
| UT | 425,603 | 873 | 621 | 13,275 | 27 | 19 | 2,424 | 4 | 3 | 76 | 0.1 | 0.1 | 0.6% | 1 in 1,323 |
| VA | 687,550 | 666 | 499 | 8,055 | 8 | 6 | 11,493 | 2 | 3 | 135 | 0.0 | 0.0 | 1.5% | 1 in 743 |
| VT | 23,052 | 51 | 18 | 3,694 | 8 | 3 | 251 | - | 0 | 40 | - | 0.0 | 0.8% | 1 in 2,486 |
| WA | 463,537 | 960 | 717 | 6,087 | 13 | 9 | 6,063 | 7 | 5 | 80 | 0.1 | 0.1 | 1.4% | 1 in 1,256 |
| WI | 681,168 | 425 | 254 | 11,699 | 7 | 4 | 8,229 | 6 | 5 | 141 | 0.1 | 0.1 | 2.8% | 1 in 708 |
| WV | 165,398 | 139 | 91 | 9,229 | 8 | 5 | 2,920 | 1 | 1 | 163 | 0.1 | 0.0 | 3.1% | 1 in 614 |
| WY | 63,988 | 148 | 94 | 11,056 | 26 | 16 | 766 | - | 1 | 132 | - | 0.0 | 1.4% | 1 in 756 |
| AS | - | - | - | - | - | - | - | - | - | - | - | - | - | N/A |
| CNMI[14] | 183 | 0 | 0 | 322 | 0 | 0 | 2 | 0 | 0 | 4 | 0.0 | 0.0 | - | 1 in 28,441 |
| DC | 49,858 | 31 | 41 | 7,065 | 4 | 6 | 1,146 | - | 0 | 162 | - | 0.0 | 0.8% | 1 in 616 |
| FSM[15] | 6 | - | 0 | 6 | - | 0 | - | - | - | - | - | - | - | N/A |
| GU | 8,500 | 7 | 4 | 5,128 | 4 | 2 | 143 | - | 0 | 86 | - | 0.1 | 2.0% | 1 in 1,159 |
| PR | 142,359 | 180 | 180 | 4,458 | 6 | 6 | 2,566 | 1 | 1 | 80 | 0.0 | 0.0 | 0.9% | 1 in 1,245 |
| PW[15] | 2 | - | 0 | 11 | - | 0 | - | - | - | - | - | - | - | N/A |
| RMI[14] | 4 | 0 | 0 | 7 | 0 | 0 | - | - | - | - | - | - | - | N/A |
| USVI | 4,286 | 37 | 26 | 4,094 | 35 | 25 | 33 | - | 0 | 32 | - | 0.1 | 0.6% | 1 in 3,172 |
| Total | 34,248,054 | 55,132 | 40,246 | 10,316 | 17 | 12 | 607,684 | 406 | 223 | 183 | 0.1 | 0.1 | 0.9% | 1 in 546 |
| NN[16] | 31,239 | 21 | 15 | 8,753 | 6 | 4 | 1,366 | - | 1 | 383 | - | 0.2 | 7.4% | 1 in 261 |

*See appendix for additional notes on jurisdictions' reporting frequencies.*

## Compilation of US Case Counts

| Reporting Source[17] | Data as of (EST) | Cases | New Cases | Deaths | New Deaths |
|---|---|---|---|---|---|
| Official Sources (see table above) | Jul 22, 10:30 | 34,248,054 | 55,132 | 607,684 | 406 |
| 1Point3Acres | Jul 22, 12:01 | 34,555,197 | 50,329 | 618,168 | 372 |
| Johns Hopkins University | Jul 22, 12:21 | 34,236,626 | 52,924 | 609,906 | 321 |
| USAFacts | Jul 20, NA | 33,537,092 | 35,323 | 603,069 | 260 |
| New York Times | Jul 22, NA | 34,221,526 | 61,803 | 609,508 | 791 |
| WorldoMeter | Jul 22, 12:57 | 35,147,918 | 65,583 | 625,852 | 449 |

---

[12] Ohio reported historical cases on Jul 19, 2021 (242).

[13] Texas reported historical cases on Jul 15, 2021 (112); Jul 16, 2021 (42); Jul 17, 2021 (71); Jul 18, 2021 (45); Jul 19, 2021 (24); Jul 20, 2021 (136); and Jul 21, 2021 (184).

[14] Jurisdiction reported zero new cases and zero new deaths.

[15] Jurisdiction did not provide an update.

[16] Cases in the Navajo Nation were likely also reported by Arizona, New Mexico, and Utah.

[17] Data from other organizations were not reviewed or validated by CDC and may include data derived from open media sources not represented on official state public health department websites.



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Trends and Vaccination**



## Daily Change in COVID-19 Cases, United States
### January 22, 2020* – July 21, 2021

**34,248,054**
Total Cases Reported

**55,132**
New Cases Reported**

**40,246**
Current 7-Day Average**
Jul 15, 2021 - Jul 21, 2021

**27,443**
Prior 7-Day Average**
Jul 08, 2021 - Jul 14, 2021

**46.7%**
Change in 7-Day Average



Peaks in Single Day and 7-Day Average of New Cases**

| | Highest Single Day | | Highest 7-Day Average | | |
| | Date | Cases | Date | Average | % Change vs Current Average |
| Latest | Jan 08, 2021 | 313,484 | Jan 10, 2021 | 254,052 | -84.2% |
| 2nd Peak | Jul 17, 2020 | 79,331 | Jul 20, 2020 | 68,709 | -41.4% |
| 1st Peak | Apr 09, 2020 | 35,088 | Apr 12, 2020 | 31,386 | 28.4% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.
** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Historical rates are still reflected in the cumulative national total. Of 75,698 historical cases reported retroactively, 301 were reported on the most recent submission date, 1,469 in the current week, and 1,874 in the prior week.

Last Updated: Jul 22, 2021, 17:06                    Data Source: CDC Case Surveillance, state-level aggregated (SARD-19 Cases, Lens Product, Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

## New Admissions of Patients with Confirmed COVID-19, United States
### August 01, 2020 – July 20, 2021



**2,343,432**
Total New Admissions
Aug 01, 2020 - Jul 20, 2021

**4,476**
New Admissions
Jul 20, 2021

**3,701**
Current 7-Day Average
Jul 14, 2021 - Jul 20, 2021

**2,805**
Prior 7-Day Average
Jul 07, 2021 - Jul 13, 2021

**+31.9%**
Change in 7-Day Average

**-77.6%**
Change Since Peak 7-Day Average



Peak in New Admissions and Highest 7-Day Moving Average*

| Highest Daily Number of New Admissions | | Highest 7-Day Moving Average | |
| Date | New Admissions | Date | Average |
| Jan 5, 2021 | 17,963 | Jan 9, 2021 | 16,492 |

Based on reporting from all hospitals (NHS,255). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 1, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Jul 21, 2021                    Data Source: Unified Hospital Timeseries Dataset, Dept. Disease; White House COVID-19 Team, Data Strategy, and Execution Workgroup, Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

T42AR-0016034



## Daily Change in COVID-19 Deaths, United States
### January 22, 2020* – July 21, 2021
#### Peaks in Single Day and 7-Day Average of New Deaths**



**607,684**
Total Deaths Reported

**406**
New Deaths Reported**

**223**
Current 7-Day Average**
Jul 15, 2021 - Jul 21, 2021

**204**
Prior 7-Day Average**
Jul 08, 2021 - Jul 14, 2021

**9.3%**
Change in 7-Day Average



|  |  | Highest Single Day |  | Highest 7-Day Average |  |  |
|---|---|---|---|---|---|---|
|  |  | Date | Deaths | Date | Average | % Change vs Current Average |
| Latest | | Jan 19, 2021 | 4,582 | Jan 13, 2021 | 3,635 | -93.8% |
| 2nd Peak | | Jul 30, 2020 | 1,378 | Aug 1, 2020 | 1,164 | -80.8% |
| 1st Peak | | Apr 15, 2020 | 2,706 | Apr 21, 2020 | 2,304 | -90.3% |

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020.

** The histograms, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 6,135 historical deaths reported retroactively, more were reported on the most recent submission date; 15 in the current week, and 9 in the prior week.

Last updated: Jul 22, 2021, 17:06

Data Source: CDC Case Surveillance, state level aggregated COVID-19 Cases. HHS Protect. Visualization: CDC CPR DEO Situational Awareness Public Health Science Team



## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States
### March 01, 2020 – July 19, 2021

**480,535,511**
Total Test Volume

**599,054**
Current 7-Day Avg. Daily Test Volume
Jul 09, 2021 - Jul 15, 2021

**516,701**
Prior 7-Day Avg. Daily Test Volume
Jul 02, 2021 - Jul 08, 2021

**15.9%**
Percent Change in 7-Day Avg.

**5.8%**
Current 7-Day Avg. % Positivity
Jul 13, 2021 - Jul 19, 2021

**4.2%**
Prior 7-Day Avg. % Positivity
Jul 06, 2021 - Jul 12, 2021

**+36.0%**
Percent Change in 7-Day Avg.

**+1.53**
Percentage Point Difference in 7-Day Averages



| Peaks in Single Day and 7-Day Average Percent Positivity | | | | | | Peaks in Single Day and 7-Day Average Test Volume | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Highest Single Day | | Highest 7-Day Average | | % Change vs. Current | | Highest Single Day | | Highest 7-Day Average | | % Change vs. Current |
| | Date | Percent Positivity | Date | Percent Positivity | 7-Day Average | | Date | Test Volume | Date | Test Volume | 7-Day Average |
| Latest | Jan 9, 2021 | 15.8% | Jan 8, 2021 | 14.9% | 61.3% | Latest | Jan 4, 2021 | 2,339,313 | Nov 25, 2020 | 1,909,096 | -68.6% |
| 1st Peak | Jul 5, 2020 | 11.2% | Jul 8, 2020 | 10.5% | -45.0% | 1st Peak | Jul 22, 2020 | 1,169,544 | Jul 24, 2020 | 977,483 | -38.7% |

* Daily Test Volume  - - - 7-Day Avg. Daily Test Volume  —— 7-Day Avg. Percent Positivity

Data (shaded) for the most recent four days may be incomplete. 7-day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-CoV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR).

Last Updated: Jul 22, 2021, 13:06

HHS Protect Unified Laboratory. Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

T42AR-0016035




## SARS-CoV-2 Variants Circulating in the United States

January 17, 2021 – July 3, 2021



| Lineage | Type | %Total | 95%CI |
|---|---|---|---|
| B.1.617.2 | Delta | VOC | 61.7% | 55.6–67.4% |
| B.1.1.7 | Alpha | VOC | 25.0% | 16.1–24.7% |
| P.1 | Gamma | VOC | 6.3% | 4.8–6.4% |
| B.1.621 | | | 3.6% | 2.1–4.2% |
| B.1.526 | Iota | VOI | 2.5% | 1.6–3.5% |
| B.1.427 | Epsilon | VOI | 0.1% | 0.0–0.2% |
| B.1.351 | Beta | † VOC | 0.0% | 0.0–0.1% |
| B.1.429 | Epsilon | † VOI | 0.0% | 0.0–0.1% |
| B.1.525 | Eta | † VOI | 0.0% | 0.0–0.1% |
| B.1.617.3 | | † VOI | 0.0% | 0.0–0.0% |
| B.1.617.1 | Kappa | † VOI | 0.0% | NA |
| Other | | | 5.8% | 3.7–7.0% |

Data shown: estimated biweekly prevalence of the most common SARS-CoV-2 lineages circulating in the United States based on ~40,000 sequences collected since Dec 20, 2020. Data are subject to change over time and will be updated as more data become available. Variant proportions in Figure 1 are adjusted using statistical weighting to correct for the non-random sampling of sequencing data over time and across states and to provide more representative national estimates. Estimated weights come from laboratory data providing the number of reverse transcription polymerase chain reaction (RT-PCR) tests and number of positive RT-PCR test results stratified by state, specimen collection date, and by genomic surveillance data source, using a survey-design-based approach. COVID-19 laboratory data sources include commercial and reference laboratories, public health laboratories, hospital laboratories, and other testing locations.

Last Updated: July 20, 2021

Source: CDC National Genomic Surveillance Program

## Regional Trends in COVID-19 Cases, Hospitalizations, Deaths, and SARS-CoV-2 Percent Test Positivity, United States

March 1, 2020 – July 19, 2021



T42AR-0016036



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

| State/Territory, Federal Entity, or Pharmacy[19] | Doses Allocated Total[20,21] | Doses Delivered Total[21] | Doses Delivered Rate/100K Population | Doses Administered Total[21] | Doses Administered Rate/100K Population | People Receiving ≥1 Dose Total | People Receiving ≥1 Dose % of Pop. | People Fully Vaccinated Total | People Fully Vaccinated % of Pop. |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | 3,956,605 | 4,945,380 | 100,861 | 3,494,632 | 71,273 | 1,981,353 | 40.4% | 1,662,812 | 33.9% |
| Alaska | 1,172,165 | 847,575 | 115,861 | 689,556 | 94,260 | 375,940 | 51.4% | 329,981 | 45.1% |
| Arizona | 5,747,530 | 8,355,310 | 114,791 | 6,988,716 | 96,016 | 3,863,674 | 53.1% | 3,254,456 | 44.7% |
| Arkansas | 2,045,870 | 2,918,210 | 96,700 | 2,354,411 | 78,017 | 1,344,006 | 44.5% | 1,074,872 | 35.6% |
| California | 32,390,050 | 50,181,135 | 127,002 | 44,375,374 | 112,308 | 25,142,790 | 63.6% | 20,553,610 | 52.0% |
| Colorado | 5,009,690 | 7,161,845 | 124,365 | 6,388,375 | 110,934 | 3,438,136 | 59.7% | 3,096,731 | 53.8% |
| Connecticut | 3,844,810 | 4,840,555 | 135,769 | 4,534,381 | 127,181 | 2,453,992 | 68.8% | 2,231,811 | 62.6% |
| Delaware | 988,810 | 1,312,855 | 134,823 | 1,073,943 | 110,288 | 595,270 | 61.1% | 506,457 | 52.0% |
| Florida | 23,542,005 | 25,531,465 | 118,874 | 22,012,651 | 102,491 | 12,206,228 | 56.8% | 10,320,953 | 48.1% |
| Georgia | 11,249,325 | 11,448,245 | 107,825 | 8,748,307 | 82,396 | 4,777,103 | 45.0% | 4,037,519 | 38.0% |
| Hawaii | 1,309,130 | 1,968,370 | 139,022 | 1,706,014 | 120,492 | 995,705 | 70.3% | 752,060 | 53.1% |
| Idaho | 1,430,095 | 1,725,470 | 96,553 | 1,357,254 | 75,949 | 721,214 | 40.4% | 661,753 | 37.0% |
| Illinois | 10,271,675 | 15,020,815 | 118,537 | 13,433,726 | 106,013 | 7,700,338 | 60.8% | 6,073,610 | 47.9% |
| Indiana | 5,290,200 | 6,868,820 | 102,029 | 5,984,853 | 88,899 | 3,146,645 | 46.7% | 2,943,569 | 43.7% |
| Iowa | 2,731,300 | 3,535,795 | 112,067 | 3,106,922 | 98,474 | 1,660,343 | 52.6% | 1,552,448 | 49.2% |
| Kansas | 3,248,110 | 3,156,915 | 108,362 | 2,564,414 | 88,024 | 1,421,616 | 48.8% | 1,259,549 | 43.2% |
| Kentucky | 3,847,335 | 4,588,615 | 102,707 | 4,122,754 | 92,280 | 2,261,321 | 50.6% | 2,010,070 | 45.0% |
| Louisiana | 5,150,510 | 4,176,400 | 89,838 | 3,521,380 | 75,748 | 1,913,795 | 41.2% | 1,690,044 | 36.4% |
| Maine | 1,467,230 | 1,891,290 | 140,699 | 1,650,508 | 122,786 | 904,238 | 67.3% | 847,199 | 63.0% |
| Maryland | 6,610,680 | 8,664,140 | 143,311 | 7,109,034 | 117,589 | 3,831,482 | 63.4% | 3,514,298 | 58.1% |
| Massachusetts | 5,867,570 | 9,914,320 | 143,842 | 9,051,266 | 131,320 | 4,952,680 | 71.9% | 4,366,341 | 63.3% |
| Michigan | 7,803,505 | 11,828,350 | 118,439 | 9,699,731 | 97,125 | 5,129,957 | 51.4% | 4,837,915 | 48.4% |
| Minnesota | 5,024,935 | 6,643,040 | 117,792 | 6,014,134 | 106,641 | 3,262,195 | 57.8% | 3,004,997 | 53.3% |
| Mississippi | 2,972,135 | 2,734,955 | 91,896 | 2,092,384 | 70,305 | 1,137,662 | 38.2% | 1,012,480 | 34.0% |
| Missouri | 4,478,705 | 6,357,585 | 103,587 | 5,331,280 | 86,865 | 2,944,735 | 48.0% | 2,484,985 | 40.5% |
| Montana | 835,795 | 1,126,695 | 105,419 | 961,962 | 90,006 | 522,141 | 48.9% | 469,711 | 43.9% |
| Nebraska | 1,660,915 | 2,130,920 | 110,159 | 1,911,245 | 98,803 | 1,016,044 | 52.5% | 946,549 | 48.9% |
| Nevada | 2,274,085 | 3,204,650 | 104,042 | 2,900,886 | 94,180 | 1,628,864 | 52.9% | 1,344,053 | 43.6% |
| New Hampshire | 1,300,850 | 1,881,950 | 138,408 | 1,577,904 | 116,047 | 853,179 | 62.7% | 786,808 | 57.9% |
| New Jersey | 7,555,590 | 11,875,465 | 133,700 | 10,197,628 | 114,810 | 5,586,930 | 62.9% | 5,096,321 | 57.4% |
| New Mexico | 1,977,325 | 2,414,705 | 115,160 | 2,451,920 | 116,935 | 1,336,648 | 63.7% | 1,183,675 | 56.5% |
| New York | 16,885,860 | 24,619,465 | 126,555 | 22,600,802 | 116,178 | 12,096,703 | 62.2% | 10,954,046 | 56.3% |
| North Carolina | 10,350,175 | 11,931,930 | 113,767 | 9,567,516 | 91,223 | 5,315,181 | 50.7% | 4,533,215 | 43.2% |
| North Dakota | 685,690 | 727,660 | 95,486 | 655,153 | 85,971 | 358,127 | 47.0% | 302,806 | 39.7% |
| Ohio | 11,921,385 | 12,656,685 | 108,278 | 10,952,659 | 93,700 | 5,822,894 | 49.8% | 5,378,842 | 46.0% |
| Oklahoma | 2,655,860 | 4,086,540 | 103,274 | 3,385,533 | 85,559 | 1,874,242 | 47.4% | 1,571,398 | 39.7% |
| Oregon | 3,725,015 | 5,736,195 | 136,002 | 4,686,979 | 111,125 | 2,515,947 | 59.7% | 2,334,660 | 55.4% |
| Pennsylvania | 11,937,660 | 16,043,285 | 125,319 | 14,350,596 | 112,097 | 8,257,767 | 64.5% | 6,601,178 | 51.6% |
| Rhode Island | 971,615 | 1,542,615 | 145,617 | 1,313,042 | 123,947 | 707,663 | 66.8% | 643,774 | 60.8% |
| South Carolina | 4,570,150 | 5,430,915 | 105,481 | 4,331,825 | 84,134 | 2,369,500 | 46.0% | 2,064,053 | 40.1% |
| South Dakota | 761,835 | 981,155 | 110,908 | 839,940 | 94,945 | 456,816 | 51.6% | 411,392 | 46.5% |
| Tennessee | 6,789,670 | 6,535,190 | 95,695 | 5,644,363 | 82,651 | 3,050,293 | 44.7% | 2,637,211 | 38.6% |
| Texas | 21,315,975 | 32,594,555 | 112,411 | 26,817,055 | 92,486 | 14,950,891 | 51.6% | 12,503,152 | 43.1% |
| Utah | 2,857,310 | 3,307,660 | 103,172 | 2,958,795 | 92,291 | 1,657,543 | 51.7% | 1,417,434 | 44.2% |
| Vermont | 638,620 | 940,630 | 150,745 | 867,441 | 139,015 | 479,135 | 76.8% | 418,829 | 67.1% |
| Virginia | 7,219,925 | 10,624,275 | 124,471 | 9,540,790 | 111,778 | 5,172,514 | 60.6% | 4,594,024 | 53.8% |
| Washington | 7,949,820 | 9,612,075 | 126,227 | 8,888,521 | 116,725 | 4,808,639 | 63.1% | 4,333,260 | 56.9% |
| West Virginia | 1,289,760 | 1,935,555 | 108,002 | 1,482,772 | 82,737 | 823,718 | 46.0% | 696,799 | 38.9% |
| Wisconsin | 6,219,045 | 6,274,045 | 107,756 | 6,083,537 | 104,484 | 3,220,717 | 55.3% | 2,986,410 | 51.3% |
| Wyoming | 688,325 | 522,275 | 90,240 | 440,898 | 76,180 | 242,436 | 41.9% | 209,600 | 36.2% |
| American Samoa | 54,530 | 54,930 | 98,637 | 50,065 | 89,901 | 27,688 | 49.7% | 22,868 | 41.1% |
| CNMI | 66,800 | 76,830 | 135,069 | 59,878 | 105,267 | 31,603 | 55.6% | 28,780 | 50.6% |
| District of Columbia | 714,830 | 1,082,085 | 153,324 | 891,351 | 126,299 | 492,427 | 69.8% | 382,126 | 54.1% |

[18] Green shading indicates higher rates of vaccine delivery or administration relative to other jurisdictions. Rates were calculated based on 2019 US Census data for US States, DC, and Puerto Rico, and based on 2018 US Census data for all other US territories. Population data was not available for federal entities or pharmacies.

[19] CNMI = Commonwealth of the Northern Mariana Islands, FEMA = Federal Emergency Management Agency, FSM = Federated States of Micronesia, HRSA = Health Resources and Services Administration, RMI = Republic of Marshall Islands, and USVI = US Virgin Islands

[20] The total doses allocated were through July 24, 2021 and include second dose allocations that are not yet available to order.

[21] Doses delivered to and administered in each jurisdiction include doses that were delivered to and administered by federal entities and retail pharmacies.

*Restricted Use/Recipients Only*                                                         Page **9** of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* *eocsaanalyst@cdc.gov*

T42AR-0016037

*COVID-19 Response Update Thursday, Jul 22, 2021*                                        INTERNAL – NOT FOR FURTHER DISTRIBUTION

| State/Territory, Federal Entity, or Pharmacy[19] | Doses Allocated | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
|---|---|---|---|---|---|---|---|---|---|
| | Total[20,21] | Total[21] | Rate/100K Population | Total[21] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| FSM | 85,800 | 78,800 | 76,030 | 54,593 | 52,674 | 32,519 | 31.4% | 28,510 | 27.5% |
| Guam | 215,770 | 215,770 | 130,164 | 198,645 | 119,833 | 106,213 | 64.1% | 96,279 | 58.1% |
| Marshall Islands | 51,300 | 51,300 | 87,823 | 35,587 | 60,923 | 19,616 | 33.6% | 17,024 | 29.1% |
| Palau | 24,600 | 28,650 | 159,993 | 25,587 | 142,888 | 14,370 | 80.2% | 13,458 | 75.2% |
| Puerto Rico | 3,483,390 | 4,250,710 | 133,097 | 3,933,973 | 123,179 | 2,160,383 | 67.6% | 1,890,009 | 59.2% |
| US Virgin Islands | 79,780 | 83,880 | 80,130 | 81,952 | 78,288 | 45,179 | 43.2% | 36,841 | 35.2% |
| Unspecified[22] | N/A | 721,125 | N/A | 1,616,372 | N/A | 999,220 | N/A | 1,158,550 | N/A |
| USA[23] | 603,593,645 | 391,998,625 | 118,073 | 339,763,765 | 102,340 | 187,216,168 | 56.4% | 162,174,165 | 48.8% |
| Bureau of Prisons | 188,040 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Department of Defense | 1,970,580 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Department of State | 229,420 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Federal Pool[24] | (32,161,640) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| FEMA | 8,369,275 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| HHS | 143,260 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| HRSA | 7,285,210 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Indian Health Service | 2,207,805 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Veterans Health | 6,347,440 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Federal Agencies | (5,420,610) | - | - | - | - | - | - | - | - |
| Ahold Delhaize | 647,990 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Albertsons | 4,992,940 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Costco | 751,800 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| CPESN | 1,886,100 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| CVS | 28,132,660 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| DaVita | 65,460 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Fresenius | 75,990 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| GeriMed | 173,610 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Good Neighbor | 1,590,940 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Health Mart | 576,760 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| H-E-B | 1,051,650 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Hy-Vee | 1,250,660 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kroger | 5,049,245 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Med Shopper/LeaderNet | 2,251,400 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Meijer | 1,296,425 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| MHA | 983,095 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Premier/Innovatix | 62,210 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Publix | 1,464,660 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Rite Aid | 7,070,260 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Southeastern Groc | 324,440 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Topco | 1,501,230 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Walgreens | 23,654,900 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Walmart | 11,949,700 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Pharmacies | 96,804,125 | | | | | | | | |

N/A = Not available (no data)

Data as of Jul 22, 2021, 06:00 ET; Sources: Data Monitoring and Reporting Section, Vaccine Task Force; COVID Tracker; US Census

---

[22] Unspecified entities include doses delivered or administered by federal agencies outside the US or in unspecified jurisdictions.
[23] The total doses allocated includes data from federal agencies and pharmacies. The total doses delivered or administered by jurisdiction include doses delivered or administered by federal agencies. The US total also includes doses delivered to or administered by federal agencies where the jurisdiction was not specified.
[24] Adjustment for doses allocated to unspecified federal entities or redistributed from federal to other types of entities.

T42AR-0016038






### Percent of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States

July 22, 2021

**Percent of Population Fully Vaccinated**
- 0.0% - 34.9%
- 35.0% - 39.9%
- 40.0% - 44.9%
- 45.0% - 49.9%
- 50.0% & Above

In total, 48.8% of the US population (162.2M) has been fully vaccinated.



### Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Reported to CDC, United States

December 14, 2020 – July 22, 2021

|  | AI/AN, NH | Asian, NH | Black, NH | Hispanic/Latino | NHOPI, NH | White, NH |
|---|---|---|---|---|---|---|
| At Least One Dose | 46.8% | 37.7% | 26.9% | 33.5% | 37.4% | 34.4% |
| Fully Vaccinated | 40.4% | 36.3% | 24.3% | 30.1% | 32.8% | 33.0% |

Race/Ethnicity data were available for 63.0% receiving at least one dose and 66.0% of people fully vaccinated.

At Least One Dose                                                        Fully Vaccinated



***Restricted Use/Recipients Only***                                                        Page **11** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016039




*COVID-19 Response Update Thursday, Jul 22, 2021*                                                      *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Percent of People Receiving COVID-19 Vaccine by Sex and Date Reported to CDC, United States

### December 14, 2020 – July 22, 2021

|  | Female | Male |
|---|---|---|
| At Least One Dose | 58.6% | 54.1% |
| Fully Vaccinated | 51.0% | 46.9% |

Sex data were available for 93.0% receiving at least one dose and 99.1% of people fully vaccinated.



## Percent of People Receiving COVID-19 Vaccine by Age Group and Date Reported to CDC, United States

### December 14, 2020 – July 22, 2021



|  | <12 yrs | 12-15 yrs | 16-17 yrs | 18-24 yrs | 25-39 yrs | 40-49 yrs | 50-64 yrs | 65-74 yrs | 75+ yrs |
|---|---|---|---|---|---|---|---|---|---|
| At Least One Dose | 0.5% | 36.0% | 47.4% | 51.8% | 55.1% | 65.6% | 75.3% | 91.1% | 86.9% |
| Fully Vaccinated | 0.3% | 27.0% | 38.8% | 42.7% | 47.9% | 57.0% | 66.6% | 81.3% | 77.4% |

Age data were available for 99.6% of vaccinations.



T42AR-0016040



*COVID-19 Response Update Thursday, Jul 22, 2021*                      *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Domestic Overview**

**COVID-19 Cases**



**Daily Change in COVID-19 Cases, United States**
January 22, 2020* – July 21, 2021

**34,248,054**
Total Cases Reported

**55,132**
New Cases Reported**

**40,246**
Current 7-Day Average**
Jul 15, 2021 - Jul 21, 2021

**27,443**
Prior 7-Day Average**
Jul 08, 2021 - Jul 14, 2021

**46.7%**
Change in 7-Day Average

Peaks in Single Day and 7-Day Average of New Cases**

|  | Highest Single Day | | Highest 7-Day Average | | |
|---|---|---|---|---|---|
|  | Date | Cases | Date | Average | % Change vs Current Average |
| Latest | Jan 08, 2021 | 313,484 | Jan 10, 2021 | 254,052 | -84.2% |
| 2nd Peak | Jul 17, 2020 | 79,331 | Jul 20, 2020 | 68,709 | -41.4% |
| 1st Peak | Apr 09, 2020 | 35,058 | Apr 12, 2020 | 31,336 | 28.4% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Historical cases are still reflected in the cumulative national total. Of 75,699 historical cases reported retroactively, 301 were reported on the most recent submission date; 1,969 in the current week; and 1,274 in the prior week.

Last Updated: Jul 21, 2021, 12:06

Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team



**COVID-19 Cases by HHS Region, United States**
**New Cases and 7-Day Moving Average**
March 01, 2020 – July 21, 2021

*HHS Region Number; 7-Day Moving Average (Percent Change Since Prior 7-Day Moving Average)*



| Region 10: 1,410 (32.5%) | Region 8: 1,272 (22.5%) | Region 7: 3,034 (27.1%) | Region 5: 2,761 (54.5%) | Region 2: 1,846 (58.6%) | Region 1: 663 (89.0%) |

| Region 9: 5,251 (12.2%) | Region 6: 7,790 (54.3%) | Region 4: 14,928 (63.3%) | Region 3: 1,291 (68.3%) |

Submission Date

US Department of Health & Human Services Regions

Histogram and 7-day averages exclude historical cases reported retroactively.

Last Updated: Jul 21, 2021, 12:06

Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

*Restricted Use/Recipients Only*                                         Page **13** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* *eocsaanalyst@cdc.gov*

T42AR-0016041

## New Cases per 100,000 Population in the Past 7 Days & 7-Day Percent Change

### Jul 08 - Jul 14, 2021 to Jul 15 - Jul 21, 2021






## COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change)

### June 21, 2021 – July 20, 2021





| Legend | | Distribution of Jurisdictions | |
|---|---|---|---|
| **Incidence rate in the last 7 days per 100,000 (Color of histogram)** | | No. | % |
| Low: <10 cases per 100,000 | | 3 | 5.4 |
| Moderate: 10–49 cases per 100,000 | | 25 | 44.6 |
| Substantial: 50–99 cases per 100,000 | | 15 | 26.8 |
| High: >=100 cases per 100,000 | | 13 | 23.2 |
| **Percent change in cases from last 7 days compared to previous 7 days** | | | |
| High decrease: ≤ -20% change | | 2 | 3.6 |
| Moderate decrease: > -20% change and < -10% change | | 0 | 0.0 |
| Stable: ≥ -10% change and < 10% change | | 4 | 7.1 |
| Moderate increase: ≥ 10% change and < 20% change | | 4 | 7.1 |
| High increase: ≥ 20% change | | 46 | 82.1 |

Trend lines represent the last 30 days.

Last Updated: July 21, 2021                                    *Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect*

T42AR-0016042




## COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County



**Incidence Rate in the Last 7 Days:** 54.8 per 100,000     **Percent Change from Previous 7 Days:** +24.8%




## Demographic Distribution of COVID-19 Cases
### January 21, 2020 – July 21, 2021

27,673,023
Total Cases Reported

17,548,959 (63.4%)
Cases With Race/Ethnicity Reported

27,366,282 (98.9%)
Cases With Sex Reported

27,477,313 (99.3%)
Cases With Age Reported









T42AR-0016043

*INTERNAL – NOT FOR FURTHER DISTRIBUTION*





*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016044




## COVID-19 Weekly Cases per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - July 17, 2021






## COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - July 17, 2021



*Restricted Use/Recipients Only*                                          Page **17** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016045



# COVID-19 Weekly Cases per 100,000 Population
## by Race/Ethnicity per HHS Region, United States
### March 01, 2020 - July 17, 2021





# Proportion of COVID-19 Weekly Cases
## by Race/Ethnicity per Age Group, United States
### March 01, 2020 - July 17, 2021



T42AR-0016046

*INTERNAL – NOT FOR FURTHER DISTRIBUTION*



## Proportion of COVID-19 Weekly Cases in 18-29 Age Group by Race/Ethnicity per HHS Region, United States

### March 01, 2020 - July 17, 2021



US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of cases reporting race and age by date - 59.34%.

US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC denoted by grey bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.

Last Updated: Jul 20, 2021

Source: CDC COVID-19 Case Line Level Data, 2019 US Census, HHS Protect, Visualization, Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Cases per 100,000 Population by Urbanicity, United States

### March 01, 2020 - July 17, 2021



US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of cases reporting urbanicity by date - 97.64%.

US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC denoted by grey bars.

*Case Earliest Date is the context of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.

Last Updated: Jul 20, 2021

Source: CDC COVID-19 Case Line Level Data, 2019 US Census, HHS Protect, Visualization, Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

T42AR-0016047



## COVID-19 Weekly Cases per 100,000 Population by Urbanicity per HHS Region, United States

March 01, 2020 - July 17, 2021



## COVID-19 Weekly Cases per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - July 17, 2021



T42AR-0016048



## COVID-19 Weekly Cases per 100,000 Population
## by Race/Ethincity per Urbanicity & HHS Region, United States

March 01, 2020 - July 17, 2021







### Cumulative Number of COVID-19 Cases per 100,000 Population by County
January 22, 2020 – July 19, 2021



T42AR-0016049



*COVID-19 Response Update Thursday, Jul 22, 2021*                                              *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**COVID-19 Hospital Data**

## New Admissions of Patients with Confirmed COVID-19, United States
### August 01, 2020 – July 20, 2021





**2,343,432**
Total New Admissions
Aug 01, 2020 – Jul 20, 2021

**4,476**
New Admissions
Jul 20, 2021

**3,701**
Current 7-Day Average
Jul 14, 2021 – Jul 20, 2021

**2,805**
Prior 7-Day Average
Jul 07, 2021 – Jul 13, 2021

**+31.9%**
Change in 7-Day Average

**-77.6%**
Change Since Peak 7-Day Average



| Peak in New Admissions and Highest 7-Day Moving Average* | | | |
|---|---|---|---|
| Highest Daily Number of New Admissions | | Highest 7-Day Moving Average | |
| Date | New Admissions | Date | Average |
| Jan 5, 2021 | 17,963 | Jan 9, 2021 | 16,492 |

⊕ Daily Admissions of Patients with Confirmed COVID-19 ━━ 7-Day Moving Average

Based on reporting from all hospitals (N=5,255). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 1, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.
Last Updated: Jul 22, 2021

## Prevalent Hospitalizations of Patients with Confirmed COVID-19, United States
### August 01, 2020 – July 20, 2021

 

**23,782**
Hospitalized Patients
Jul 20, 2021

**21,153**
Current 7-Day Average
Jul 14, 2021 – Jul 20, 2021

**15,712**
Prior 7-Day Average
Jul 07, 2021 – Jul 13, 2021

**+34.6%**
Change in 7-Day Average

**-82.9%**
Change Since Peak 7-Day Average



| Peak in Hospitalized Patients and Highest 7-Day Moving Average* | | | |
|---|---|---|---|
| Highest Number of Hospitalized Patients | | Highest 7-Day Moving Average | |
| Date | Hospitalized Patients | Date | Average |
| Jan 6, 2021 | 125,115 | Jan 11, 2021 | 123,865 |

⊕ Prevalent Hospitalizations of Patients with Confirmed COVID-19 ━━ 7-Day Moving Average

Based on reporting from all hospitals (N=5,255). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 1, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.
Last Updated: Jul 22, 2021

T42AR-0016050



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Rates of New Admissions of Patients with Confirmed COVID-19 by State**

July 06, 2021 – July 12, 2021, and July 13, 2021 – July 19, 2021





^The data reported by Maine are being investigated and are likely over-inflated due to a data entry error;
Maine reported 176 new pediatric COVID admissions on Jul 16, and the prior 7-day average in Maine was less than 1 daily pediatric admission.

Based on reporting from all hospitals (N=5,264).
Last Updated: Jul 21, 2021

Data Source: Unified Hospital Timeseries Dataset, HHS Protect
White House COVID-19 Team, Data Strategy and Execution Workgroup

**Cumulative 7-Day Admissions of Patients with Confirmed COVID-19
per 100 Beds and Percent Change**

July 06, 2021 – July 19, 2021





| Legend | | Distribution | |
|---|---|---|---|
| 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | No. | % |
| Low: <5 | | 44 | 80 % |
| Moderate: ≥5 and <10 | | 10 | 18.2 % |
| Substantial: ≥10 and <15 | | 1 | 1.8 % |
| High: ≥15 | | 0 | 0 % |
| Percent change in 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | | |
| Decreasing by 10% or more | | 6 | 10.9 % |
| Moderately decreasing: >10% and ≤5% | | 2 | 3.6 % |
| Stable: > 5% and <5% | | 4 | 7.3 % |
| Moderately increasing: ≥5% and <10% | | 3 | 5.5 % |
| Increasing by 10% or more | | 39 | 70.9 % |

**HHS Regions**



^The data reported by Maine are being investigated and are likely over-inflated due to a data entry error;
Maine reported 176 new pediatric COVID admissions on Jul 16, and the prior 7-day average in Maine was less than 1 daily pediatric admission.

Based on reporting from all hospitals (N=5,264).
*14 days of data are included in this analysis.
Last Updated: Jul 21, 2021

Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup

---

T42AR-0016051





## Average 7-Day Admissions of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change

July 06, 2021 – July 19, 2021



| Legend | Distribution | |
|---|---|---|
| | No. | % |
| 7-day average confirmed COVID-19 admissions (per 100,000 population) | | |
| Low: <2 | 49 | 89.1 % |
| Moderate: ≥2 and <4 | 6 | 10.9 % |
| Substantial: ≥4 and <6 | 0 | 0 % |
| High: ≥6 | 0 | 0 % |
| Percent change in 7-day average confirmed COVID-19 admissions (per 100,000 population) | | |
| Decreasing by 10% or more | 6 | 10.9 % |
| Moderately decreasing: >-10% and ≤-5% | 3 | 5.5 % |
| Stable: >-5% and <5% | 3 | 5.5 % |
| Moderately increasing: ≥5% and <10% | 3 | 5.5 % |
| Increasing by 10% or more | 39 | 70.9 % |

### HHS Regions





*The data reported by Maine are being investigated and are likely over-inflated due to a data entry error;
Maine reported 174 new pediatric COVID admissions on Jul 15, and the prior 7-day average in Maine was less than 1 daily pediatric admission.
Based on reporting from all hospitals (N=5,254).
*14 days of data are included in this analysis.
Last Updated: Jul 21, 2021

Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup

## New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change Compared to the Previous 7 Days



July 07, 2021 - July 20, 2021

**Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds**
Jul 14, 2021 – Jul 20, 2021

**Percent Change in Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds**
Jul 07, 2021 – Jul 13, 2021 vs. Jul 14, 2021 – Jul 20, 2021



Total Admissions per 100 Beds
- <1
- 1 to <3
- 3 to <5
- 5 to <7
- 7+



Percent Change
- 20%+ decrease
- 0 to <20% decrease
- 0 to <20% increase
- 20 to <40% increase
- 40 to <60% increase
- 60 to <80% increase
- 80 to <100% increase
- 100%+ increase

Based on reporting from all hospitals (N=3,255).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Jul 21, 2021          Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team

T42AR-0016052



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)



**Total Confirmed COVID-19 Hospital Admissions in Last 7 Days:**
21,139

**Percent Change from Previous 7 Days: +24.5%**







Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. Denominator of per 100 beds calculation is the sum of average staffed inpatient bed count reported by hospitals within the geographic region and time period. HSA indicates Hospital Service Area. Hospitals are assigned to HSA based on zip code where known. In some areas, values are aggregates of multiple facilities that cross HSA boundaries; in these cases, values are assigned based on the zip code for the aggregate.

*Data for MS hospital admissions should be interpreted with caution, as it likely contains a reporting error in the most recent reporting window. This is currently under investigation.*

Last Updated: July 19, 2021

Source(s): Unified Hospital Dataset
White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report

## COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)




**Average Daily COVID-19 Hospital Inpatients over Last 7 Days:**
18,445

**Percent Change from Previous 7 Days: +30.0%**





Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. HSA indicates Hospital Service Area. Hospitals are assigned to HSA based on zip code where known. In some areas, reports are aggregates of multiple facilities that cross HSA boundaries; in these cases, values are assigned based on the zip code for the aggregate. See Data Sources/Methods slides for additional details.

Last Updated: July 19, 2021

Source(s): Unified Hospital Dataset
White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report

---

*Restricted Use/Recipients Only*                                    Page **25** of **63**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016053





## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States
### August 01, 2020 – July 20, 2021



Based on reporting from all hospitals (N=5,235). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 1, 2020 are unavailable.

Last Updated: Jul 22, 2021                Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup, Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team



## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States
### August 01, 2020 – July 20, 2021



Based on reporting from all hospitals (N=5,255). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 1, 2020 are unavailable.

Last Updated: Jul 22, 2021                Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup, Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team

T42AR-0016054



## COVID-19-Associated Hospitalization Surveillance Network (COVID-NET)

Laboratory-Confirmed COVID-19 Associated Hospitalizations by Race/Ethnicity
March 01, 2020 – July 10, 2021





COVID-NET conducts population-based surveillance for laboratory-confirmed COVID-19-associated hospitalizations in children (less than 18 years of age) and adults. COVID-NET covers nearly 100 counties in the 10 Emerging Infections Program (EIP) states (CA, CO, CT, GA, MD, MN, NM, NY, OR, TN) and four Influenza Hospitalization Surveillance Project (IHSP) states (IA, MI, OH, and UT). Incidence rates (per 100,000 population) are calculated using the National Center for Health Statistics' (NCHS) vintage 2018 bridged-race postcensal population estimates for the counties included in the surveillance catchment area. The rates provided are likely to be underestimated as COVID-19 hospitalizations might be missed due to test availability and provider or facility testing practices.

Last Updated: Jul 19, 2021                                                                 Source: CDC COVID-NET

## Inpatient Bed Occupancy by State

July 07, 2021 - July 20, 2021




**Percentage of hospitals with ≥80% of inpatient beds in use by all patients**



Jul 07, 2021 – Jul 13, 2021                                                  Jul 14, 2021 – Jul 20, 2021

| National 7-Day Average | | ◇ 0% |
|---|---|---|
| Dates | 7-Day Average | ◈ >0 to <10% |
| Jul 07, 2021 – Jul 13, 2021 | 26.03% | ◉ 10 to <20% |
| Jul 14, 2021 – Jul 20, 2021 | 26.76% | ● 20 to <30% |
| Change in 7-Day Average: +2.81% | | ● 30 or more |

**Percentage of hospitals with ≥30% of inpatient beds in use by COVID-19 patients**



Jul 07, 2021 – Jul 13, 2021                                                  Jul 14, 2021 – Jul 20, 2021

| National 7-Day Average | | ◇ 0% |
|---|---|---|
| Dates | 7-Day Average | ◈ >0 to <5% |
| Jul 07, 2021 – Jul 13, 2021 | 0.21% | ◉ 5 to <10% |
| Jul 14, 2021 – Jul 20, 2021 | 0.34% | ● 10 to <15% |
| Change in 7-Day Average: +64.47% | | ● 15% or more |

Based on reporting from all hospitals (RHS,265).

Due to potential reporting delays, data reported in the most recent 3 days should be interpreted with caution.

Last Updated: Jul 17, 2021                     Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup. Visualization: CDC CPR DEO Situational Awareness Funds Health Scientist Team

T42AR-0016055




## ICU Bed Occupancy by State
July 07, 2021 - July 20, 2021



### Percentage of hospitals with ≥80% of ICU beds in use by all patients

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Jul 07, 2021 – Jul 13, 2021 | 21.99% |
| Jul 14, 2021 – Jul 20, 2021 | 23.34% |

Change in 7-Day Average: +6.17%

- 0%
- >0 to <10%
- 10 to <20%
- 20 to <30%
- 30% or more



### Percentage of hospitals with ≥15% of ICU beds in use by COVID-19 patients

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Jul 07, 2021 – Jul 13, 2021 | 8.05% |
| Jul 14, 2021 – Jul 20, 2021 | 11.47% |

Change in 7-Day Average: +42.52%

- 0%
- >0 to <10%
- 10 to <20%
- 20 to <30%
- 30 to <40%
- 40% or more

Based on reporting from all hospitals (NHSN, 2021)

Due to potential reporting delays, data reported to the most recent 7 days should be interpreted with caution.

Last Updated: Jul 22, 2021

*Data Source: Unified Hospital Timeseries Dataset. White House COVID-19 Team, Data Strategy and Execution Workgroup. Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*



## Outpatient/Emergency Department Visits



## Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19
June 06, 2020 – July 17, 2021



Percent of ED Visits of Patients Diagnosed with COVID-19

Week of ED Visit**

**Indicates end date for each weekly data point
Gray bar represents most recent MMWR week where recent data are still filling in.

Last Updated: July 22, 2021

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

T42AR-0016056




**COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Department Visits**

January 03, 2021 – July 17, 2021



Data in shaded area may be incomplete due to reporting delays

Last Updated: Jul 21, 2021

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

**National COVID-19 Activity Indicators**

March 01, 2020 – July, 17, 2021





Grey bar indicates two-week lag. CLI = COVID-like illness, ED = emergency department, PIC = pneumonia, influenza, or COVID-19
* NSSP measures includes ED visits of patients diagnosed with COVID-19 or with CLI.

Last Update: Jul 21, 2021

Sources: COVID-Net, HHS Protect, NSSP, ILINet, Visualization CDC CPR DEO Situational Awareness Public Health Science Team

T42AR-0016057



### Trajectory in Percent of Emergency Department (ED) Visits with COVID-19-Specific Discharge Diagnoses

June 19, 2021 – July 18, 2021



Last Updated: July 22, 2021

Data Source: National Syndromic Surveillance Program (NSSP), Visualization: CDC COVID-19 Data, Analytics, & Visualization Task Force

## COVID-19 Deaths

### Daily Change in COVID-19 Deaths, United States

January 22, 2020* – July 21, 2021

Peaks in Single Day and 7-Day Average of New Deaths**



**607,684**
Total Deaths Reported

**406**
New Deaths Reported**

**223**
Current 7-Day Average**
Jul 15, 2021 - Jul 21, 2021

**204**
Prior 7-Day Average**
Jul 08, 2021 - Jul 14, 2021

**9.3%**
Change in 7-Day Average

|  | Highest Single Day | | Highest 7-Day Average | | |
|---|---|---|---|---|---|
|  | Date | Deaths | Date | Average | % Change vs Current Average |
| Latest | Jan 13, 2021 | 4,582 | Jan 13, 2021 | 3,625 | -93.8% |
| 2nd Peak | Jul 30, 2020 | 1,378 | Aug 1, 2020 | 1,164 | -80.8% |
| 1st Peak | Apr 15, 2020 | 2,706 | Apr 21, 2020 | 2,304 | -90.3% |

● New Deaths ······· 7-Day Moving Average: New Deaths**

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020.

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 6,325 historical deaths reported retroactively, none were reported on the most recent submission date; 15 in the current week; and 9 in the prior week.

Last Updated: 22-22, 2021, 12:06

Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO SA Unified Awareness Public Health Science Team

T42AR-0016058



# COVID-19 Deaths by HHS Region, United States
## New Deaths and 7-Day Moving Average
### March 01, 2020 - July 21, 2021





# COVID-19 Mortality Rate in the Last 7 Days and Comparison
## to the Previous 7 Days by County



**Mortality Rate in the Last 7 Days:** 0.5 deaths per 100,000          **Percent Change from Previous 7 Days:** +37.1%



T42AR-0016059



## Demographic Distribution of COVID-19 Deaths





## COVID-19 Weekly Deaths per 100,000 Population
## by Sex, United States



March 01, 2020 - July 17, 2021



*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016060



### COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States

March 01, 2020 - July 17, 2021



US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of deaths among reported cases - 1.80%. Percentage of deaths reporting age by date - 99.39%
US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Jul 20, 2021                          Source: CDC COVID-19 Case Line Level Data, 2019 US Census, HHS Protect, Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO SPublic Health Science Team

### COVID-19 Weekly Deaths per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - July 17, 2021



US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of deaths among reported cases - 1.80%. Percentage of deaths reporting age by date - 99.39%
US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC denoted by gray bars. Regions 1 & 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Jul 20, 2021                          Source: CDC COVID-19 Case Line Level Data, 2019 US Census, HHS Protect, Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO SPublic Health Science Team

T42AR-0016061



*COVID-19 Response Update Thursday, Jul 22, 2021*  —  *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - July 17, 2021







US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of deaths among reported cases – 1.80%. Percentage of deaths reporting race by date – 79.71%
US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC caused by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes deaths with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Jul 22, 2021
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect, Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - July 17, 2021





US: The most recent line level case record was reported during the week ending on Jul 17, 2021. Percentage of deaths among reported cases – 1.80%. Percentage of deaths reporting race by date – 79.71%
US territories are included in case and death counts but not in population counts. Potential two-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Regions 1 & 2 are shown on an increased scale. Excludes deaths with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Jul 22, 2021
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect, Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

---

T42AR-0016062

*COVID-19 Response Update Thursday, Jul 22, 2021*                      *INTERNAL – NOT FOR FURTHER DISTRIBUTION*



## COVID-19 Weekly Deaths per 100,000 Population
## by Age Group and Race/Ethnicity, United States

March 01, 2020 – July 17, 2021



## COVID-19 Weekly Proportion of Deaths
## by Age Group and Race/Ethnicity, United States

March 01, 2020 – July 17, 2021





T42AR-0016063





## COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States

March 01, 2020 - July 17, 2021



## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - July 17, 2021





T42AR-0016064



*COVID-19 Response Update Thursday, Jul 22, 2021*                                      *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Deaths per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - July 17, 2021









## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethincity per Urbanicity & HHS Region, United States

March 01, 2020 - July 17, 2021



T42AR-0016065



## Cumulative Number of COVID-19 Deaths per 100,000 Population by County
### January 22, 2020 – July 19, 2021

Cumulative Deaths
per 100k Population

No deaths reported
1
50
100
150
200
250

Updated Jul 21, 2021, 08:00     Data sources: HHS Protect; US Census Bureau 2019 Population Estimates     CDC/CPR/DEO Situational Awareness Branch

**COVID-19 Testing**



### Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States
### March 01, 2020 – July 19, 2021



**480,535,511**
Total Test Volume

**599,054**
Current 7-Day Avg. Daily Test Volume
Jul 09, 2021 – Jul 15, 2021

**516,701**
Prior 7-Day Avg. Daily Test Volume
Jul 02, 2021 – Jul 08, 2021

**15.9%**
Percent Change in 7-Day Avg.

**5.8%**
Current 7-Day Avg. % Positivity
Jul 13, 2021 – Jul 19, 2021

**4.2%**
Prior 7-Day Avg. % Positivity
Jul 06, 2021 – Jul 12, 2021

**+36.0%**
Percent Change in 7-Day Avg.

**+1.53**
Percentage Point Difference in 7-Day Averages

T42AR-0016066

*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*



## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume by HHS Region, United States
### March 01, 2020 – July 19, 2021







## SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction, United States
### June 20, 2021 – July 19, 2021



*Restricted Use/Recipients Only*                                                        Page **39** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016067

*COVID-19 Response Update Thursday, Jul 22, 2021*                     *INTERNAL – NOT FOR FURTHER DISTRIBUTION*



## Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days & 7-Day Difference




Jul 06 - Jul 12, 2021 to Jul 13 - Jul 19, 2021





Thresholds for community transmission levels of SARS-CoV-2 measured by percentage of positive SARS-CoV-2 tests in the past 7 days: low (<5.0%), moderate (5.0%-7.9%), substantial (8.0%-10.0%), high (>10.0%)
* Includes data for Puerto Rico (HHS Region 2) and Guam (HHS Region 9). Data for PR not shown due to lack of recent reporting.

Last Updated: Jul 22, 2021, 19:06                                    Data Source: HHS Protect Unified Laboratory Testing Dataset; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

## 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages



June 20, 2021 – July 19, 2021



| Legend | Distribution of Jurisdictions | |
|---|---|---|
| SARS-CoV-2 average percent positivity for last 7 days (Color of histogram) | No. (53) | % |
| Very low: < 3% | 19 | 35.8% |
| Low: 3% – 4.9% | 7 | 13.2% |
| Moderate: 5% – 7.9% | 11 | 20.8% |
| Substantial: 8% – 9.9% | 5 | 9.4% |
| High: >= 10% | 11 | 20.8% |
| Percent change in average 7-day percent positivity compared to previous 7 days | No. (27) | % |
| High decrease: <= -20% change | 0 | 0.0% |
| Moderate decrease: > -20% change and < -10% change | 0 | 4.0% |
| Stable: >= -10% change and < 10% change | 6 | 22.2% |
| Moderate increase: >= 10% change and < 20% change | 3 | 11.1% |
| High increase: >= 20% change | 18 | 66.7% |

Data from the unified dataset (a combination of CELR line-level, CELR aggregate, and federal direct report data feeds). Jurisdictions with out-of-date data are featured in gray. Percent change in average 7-day percent positivity compared to previous 7 days is only shown for jurisdictions with moderate, substantial, or high percent positivity (>= 5%). Trend was assessed using percent change. For example, a jurisdiction which decreased 1 percentage point from 10% positivity last week to 9% positivity this week has a -30% change in 7-day percent positivity.

Last Updated: July 22, 2021                                    Data Source: HHS Protect Unified Laboratory Testing Dataset - Data, Analytics, & Visualization Task Force

---

T42AR-0016068




### Viral (RT-PCR) Lab Test Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County

**Viral (RT-PCR) Lab Test Positivity in Last 7 Days: 5.2%**     **Absolute Change from Previous 7 Days: +1.6%**



EA testing data has at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

Last Updated: July 19, 2021                    Sources): Unified Testing Dataset; White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report

### SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing
June 01, 2020 – Jul 18, 2021






Due to reporting lags, data for the most recent four days may be underrepresented.
Data from 8 jurisdictions are currently under validation and have been excluded: ME, MO, OK, OH, PR, USVI, WA, and WY.

Last Updated Jul 19, 2021                    Data Source: HHS Protect Unified Laboratory Testing Dataset
                                             Data, Analytics, & Visualization Task Force

T42AR-0016069

*COVID-19 Response Update Thursday, Jul 22, 2021*     *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

### Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume
March 01, 2020 – July 19, 2021





Test positivity data from September 30, 2020, has been excluded due to invalid data submission from one jurisdiction. The test volume graph (bottom) contains data through four days before the maximum date listed in the title; this larger time lag is to allow more time for tests to be backfilled.

*Data Source: HHS Protect Unified Laboratory Testing Dataset*
*Data, Analytics, & Visualization Task Force*

Last Updated: July 22, 2021

### Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region
May 21, 2021 – July 16, 2021

Figure depicts the 14-day average percent test positivity for each region and age group over the 8-week period of 5/21-7/16. Average includes records with known age only.

Last Updated: July 19, 2021

*Source(s): COVID-19 Electronic Lab Reporting (CELR) and Federal Direct Report Testing Data*
*Where shown: COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*
Page **42** of 63

T42AR-0016070

*COVID-19 Response Update Thursday, Jul 22, 2021*   *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Case, Death, and Laboratory Testing Overview By Jurisdiction, United States

DATA AS OF
Jul 19, 2021

CDC/CPR/DEO Situational Awareness Branch    Data: HHS Protect

*Laboratory testing data for previous days may be updated retrospectively by states as it becomes available. Lab data unavailable for American Samoa, Commonwealth of Northern Mariana Islands, Guam, Palau, and Federated States of Micronesia. ^Value for 7-day moving average. ~Calculations for omitted where the number of total new tests was less than five.*



*This table also summarizes official CDC lab counts for COVID-19, reviewed and validated by states and territories, posted daily on the CDC COVID-19 webpage (https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html)*

## Cases and Deaths in Skilled Nursing Facilities (SNFs)

### COVID-19 Cases Among Staff^ in Skilled Nursing Facilities (SNF)

June 06, 2020 – July 11, 2021

Number of facilities* = 15,377

4-week change in incidence: Increase

Last Updated: July 12, 2021

*Restricted Use/Recipients Only*                                    Page **43** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016071

**COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF)**

June 06, 2020 – July 11, 2021

**4-Wk Change Definition** (apply to the last 4 weeks after excluding the most recent week to account for lag in facilities reporting)
**Increase**: meet both: (1) rate for week 4 was greater than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant increase.
**Decrease**: meet both: (1) rate for week 4 was lower than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant decrease.
Note: Mid-p (1-tailed) method was used to test a statistical significance

**Inferred Data**: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded.

*Number of facilities reporting may vary from week to week.
**Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

**CONFIRMED CASES Definition** (As of Nov 23rd)
Total Confirmed COVID-19 cases (computed variable) = (Total positive tests – Ag positive test and PCR negative confirmatory test)

**Dashed line and red number** indicate the projected trajectory and are being shown to address any lag in facilities updating data

Last Updated: July 13, 2021

*CDC COVID-19 Healthcare Systems and Worker Safety Task Force*



### COVID-19 Deaths Among Staff in Skilled Nursing Facilities (SNF)
June 06, 2020 – July 11, 2021



Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: July 12, 2021                                 CDC COVID-19 Healthcare Systems and Worker Safety Task Force

### Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in Skilled Nursing Facilities
June 14, 2021 – July 11, 2021*



* Excluding the most recent week due to reporting lag

The methodology used to statistically identify 4-week rate trends differ from the methodology used for case surveillance trend analyses. States that have been labeled as "stable" do not denote "stable increasing" and "stable decreasing".

Last Updated: July 12, 2021                                 CDC COVID-19 Healthcare Systems and Worker Safety Task Force

T42AR-0016073



**COVID-19 Deaths Among Residents in Skilled Nursing Facilities (SNF)**

June 06, 2020 – July 11, 2021






Number of facilities* = 15,379

4-week change in Incidence: Stable

**Inferred Data:** For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: July 12, 2021                                     CDC COVID-19 Healthcare Systems and Worker Safety Task Force

**Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in Skilled Nursing Facilities**

June 14, 2021 – July 11, 2021*






**Change in incidence over 4 weeks**
- Decrease
- Increase
- Stable

* Excluding the most recent week due to reporting lag

The methodology used to statistically identify 4-week rate trends differ from the methodology used for case surveillance trend analyses. States that have been labeled as "stable" do not denote "stable increasing" and "stable decreasing".

Last Updated: July 12, 2021                                     CDC COVID-19 Healthcare Systems and Worker Safety Task Force

*Restricted Use/Recipients Only*                                                        Page **46** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016074




## COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF)
## Percent of SNFs with ≥ 1 Confirmed Cases, Last 4 Weeks

June 14, 2021 – July 11, 2021



Last Updated July 12, 2021

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

T42AR-0016075



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Excess Deaths**





**Pneumonia, Influenza, and COVID-19 (PIC) Mortality**

October 10, 2016 – July 15, 2021



Last Updated: July 16, 2021                              Data Source: National Center for Health Statistics Mortality Surveillance System

CDC National Center for Health Statistics (NCHS) Mortality Surveillance[25],[26]

Based on NCHS mortality surveillance data available on July 15, 2021, 6.5% of the deaths that occurred during the week ending July 10, 2021 (week 27), were due to pneumonia, influenza, and/or COVID-19 (PIC). This percentage is above the epidemic threshold of 5.7% for week 27. Among the 1,158 PIC deaths reported for this week (week 27), 433 had COVID-19 listed as an underlying or contributing cause of death on the death certificate, and none listed influenza, indicating that current PIC mortality is due primarily to COVID-19 and not influenza. The data presented are preliminary and may change as more data are received and processed.

---

[25] Data during recent weeks are incomplete because of the lag in time between when death occurred and when the death certificate is completed, submitted to NCHS, and processed for reporting purposes. Additional NCHS mortality information: Surveillance Methods and Provisional Death Count Totals for COVID-19.
[26] MMWR Week is the week of the epidemiologic year for which the National Notifiable Diseases Surveillance System (NNDSS) disease report is assigned by the reporting local or state health department for the purposes of MMWR disease incidence reporting and publishing.

*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016076



*COVID-19 Response Update Thursday, Jul 22, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Weekly Number of Deaths**
**Comparing Excess Deaths Including and Excluding COVID-19**
January 14, 2017 – July 10, 2021





Number of deaths above threshold are indicated by red plus sign. Certain weeks have more than one red plus sign when the predicted number of deaths including COVID-19 (blue bars) and the predicted number of deaths excluding COVID-19 (green bars) both exceed the threshold.

Last Updated: July 21, 2021

Data Source: National Center for Health Statistics (NCHS)

## Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States 

March 1, 2020 – July 10, 2021

| Month | Observed Number | Upper Bound Threshold | Average Expected Count | Excess Lower Estimate | Excess Higher Estimate |
|---|---|---|---|---|---|
| Mar 2020 | 240,658 | 241,616 | 234,339 | 3,291 | 6,537 |
| Apr 2020 | 302,131 | 232,702 | 225,857 | 69,429 | 76,274 |
| May 2020 | 321,951 | 277,209 | 268,899 | 44,742 | 53,052 |
| Jun 2020 | 233,463 | 217,764 | 211,161 | 15,699 | 22,302 |
| Jul 2020 | 249,213 | 215,072 | 208,298 | 34,141 | 40,915 |
| Aug 2020 | 315,323 | 265,123 | 256,356 | 50,200 | 58,967 |
| Sep 2020 | 240,278 | 213,397 | 206,415 | 26,881 | 33,863 |
| Oct 2020 | 307,860 | 273,606 | 264,517 | 34,254 | 43,343 |
| Nov 2020 | 281,417 | 225,348 | 218,036 | 56,069 | 63,381 |
| Dec 2020 | 326,804 | 234,654 | 227,430 | 92,150 | 99,374 |
| Jan 2021 | 423,975 | 308,685 | 299,332 | 115,290 | 124,643 |
| Feb 2021 | 279,514 | 246,399 | 238,999 | 33,115 | 40,515 |
| Mar 2021 | 241,726 | 239,622 | 232,448 | 2,660 | 9,278 |
| Apr 2021 | 233,816 | 231,661 | 224,765 | 3,400 | 9,051 |
| May 2021 | 285,806 | 278,911 | 270,851 | 6,895 | 14,955 |
| Jun 2021 | 218,817 | 219,754 | 213,025 | 917 | 5,792 |
| Jul 2021 | 94,488 | 109,261 | 106,028 | 0 | 0 |
| **Total** | **4,597,240** | **4,030,784** | **3,906,756** | **589,133** | **702,242** |

Last Updated: Jul 22, 2021

Source: National Center for Health Statistics (NCHS), Excess Deaths Associated with COVID-19; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

*Restricted Use/Recipients Only*                                              Page **49** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016077



*COVID-19 Response Update Thursday, Jul 22, 2021*                                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**COVID-19 National Forecasts**

### Forecasts of New COVID-19 Cases per 100,000 Population
Data: May 15, 2021 – Jul 17, 2021
Forecasts Through Aug 14, 2021

This week, CDC received forecasts of new reported COVID-19 cases over the next 4 weeks from 26 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that COVID-19 cases will remain stable or have an uncertain trend over the next 4 weeks, with **92,000 to 803,000 new cases likely reported in the week ending Aug 14, 2021.**

# National Forecast



Source: CDC Forecasts

### Estimated New COVID-19 Cases
Weekly Reported COVID-19 Cases, as of Jul 19, 2021

**Observed and forecasted weekly COVID-19 cases in the United States**



Source: https://viz.covid19forecasthub.org/

---

*Restricted Use/Recipients Only*                                                                 Page **50** of **63**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016078



**Forecasts of New COVID-19 Hospitalizations per 100,000 Population**

Data: May 11, 2021 – Jul 12, 2021

Forecasts Through Aug 16, 2021

This week, CDC received forecasts of new reported COVID-19 cases over the next 4 weeks from 10 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that new daily confirmed COVID-19 hospital admissions will likely increase over the next 4 weeks, with **3,800 to 14,000 new confirmed COVID-19 hospital admissions likely reported on Aug 16, 2021.**

# National Forecast



Source: <u>CDC Forecasts</u>

**Forecasts of New and Cumulative COVID-19 Deaths per 100,000 Population**

Data: May 15, 2021 – Jul 17, 2021

Forecasts Through Aug 14, 2021

**National Forecast**

This week, CDC received forecasts of new reported COVID-19 deaths over the next 4 weeks from 32 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that the number of newly reported COVID-19 deaths will likely increase over the next 4 weeks, with **1,200 to 5,300 new deaths likely reported in the week ending Aug 14, 2021.**



Source: <u>CDC Forecasts</u>

T42AR-0016079


### Estimated New COVID-19 Deaths

Weekly Reported COVID-19 Deaths, as of Jul 12, 2021

**Observed and forecasted weekly COVID-19 deaths in the United States**



Source: https://viz.covid19forecasthub.org/

## Special Populations

## COVID-19 Cases and Deaths in US Healthcare Workers

*Data as of Jul 21, 2021*

- Cases: 512,556 (+811)
- Deaths: 1,657 (+1)
  - 480 in CA
  - 216 in IL
  - 167 in NJ
  - 131 in OH
  - 88 in NV
  - 68 in PA
  - 64 in MI
  - 63 in NC
  - 58 in TN
  - 55 in AR
  - 40 in MN
  - 33 in NY
  - 32 in PR
  - 30 in KS
  - 30 in WA
  - 27 in MA
  - 15 in IA
  - 13 in UT
  - 12 in ID
  - 11 in LA
  - 10 in NH
  - 5 in CO
  - 5 in DC
  - 2 in GU
  - 1 in AK
  - 1 in VI

*Restricted Use/Recipients Only*                                                    Page 52 of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016080



**COVID-19 Among Pregnant Women in the US**

## Weekly COVID-19 Pregnancy Data Summary
### January 22, 2020 – July 19, 2021





101710 (100.0%)
Cases with Known Age

88169 (86.7%)
Cases with Known Race/Ethnicity

| Cases | Deaths | Hospitalizations | Admitted to ICU | Required Mechanical Ventilation |
|---|---|---|---|---|
| | | | **Hospitalizations** | |
| 101,710 | 114 | 17,380 | 448 | 99 |



**Cases and Deaths in US Correctional and Detention Facilities**

### Cumulative Confirmed COVID-19 Cases and Deaths in US Correctional and Detention Facilities By State

| Named Facilities With Reported Cases | Total Cases | Total Resident Cases | Total Staff Cases | Total Deaths | Total Resident Deaths | Total Staff Deaths |
|---|---|---|---|---|---|---|
| 1,509 | 533,315 | 423,066 | 110,249 | 6,181 | 5,937 | 244 |

*Restricted Use/Recipients Only*                                           Page **53** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016081



*COVID-19 Response Update Tuesday, Jul 20, 2021*  ·  *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## International Summary

## WHO COVID-19 Global Cases and Deaths

*Jan 02, 2020 – Jul 22, 2021*

| Cases | | Deaths | |
|---|---|---|---|
| Cumulative | Last 24 Hours | Cumulative | Last 24 Hours |
| 191,148,056 | 449,764 | 4,109,303 | 10,679 |

Source: WHO COVID-19 Dashboard

## Weekly COVID-19 International Situation Update

*CDC International Task Force*

*Data as of Jul 18, 2021   Last Updated: Jul 21, 2021*

*Summary*

- Epidemiology:
    - Cases continue to increase in the Eastern Mediterranean, Europe, and the Western Pacific and have started to increase in Southeast Asia. Cases started to plateau in Africa and are continuing to plateau in the Americas.
- Global deaths increased by 1.1% from last week to this week.
- Countries reporting the highest case counts in the last week are Indonesia and The United Kingdom.
- Greatest percent increase in cases in the last week were in Chad, Australia, and Vietnam.
- Vaccination:
    - Vaccination is reported in at least 214 countries or territories.
    - Vaccination coverage is highest in Europe, North America, and South America, and lowest in Africa, Southeast Asia, and the Western Pacific.
- Variants of Concern (as of Jul 20, 2021):
    - Alpha (B.1.1.7) has been identified in 180 countries, 2 more since last week.
    - Beta (B.1.351) has been identified in 130 countries, 7 more since last week.
    - Gamma (P.1) has been identified in 78 countries, 3 more since last week.
    - Delta (B.1.617.2) has been identified in 124 countries, 13 more since last week.

T42AR-0016082



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Epidemic Curve of Confirmed COVID-19 Cases by Week of Report and WHO Region*



*Map: Average Daily Incidence Over the Last 7 Days per 100,000 Population, International*

Jul 18, 2021          Data Source: COVID-19 Data Repository CSSE (JHU)



Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Note: For the purpose of this report the Island of Taiwan is presented separately from mainland China, both using data from the
COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)

T42AR-0016083

*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Map: Percent Change in Cases, Most Recent 7-Day Period Compared to Previous 7-Day Period, International*

Jul 18, 2021          Data Source: COVID-19 Data Repository CSSE (JHU)



Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Note: For the purpose of this report the island of Taiwan is presented separately from mainland China, both using data from the
COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)

*Countries with Most New Cases and Highest Growth in New Cases*

### 10 Countries/ Areas with Most New Cases

| Country/ Area | New Cases This Week | % Change Last Week[1] |
|---|---|---|
| Indonesia | 350,273 | 44.1 |
| The United Kingdom | 296,447 | 41.3 |
| Brazil | 287,610 | –13.6 |
| India | 268,843 | –7.9 |
| United States of America | 215,433 | 65.5 |
| Russian Federation | 174,800 | 1.4 |
| Iran (Islamic Republic of) | 145,293 | 26.6 |
| Colombia | 129,741 | –25.6 |
| South Africa | 104,583 | –21.4 |
| Argentina | 104,335 | –13.4 |

[1] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of July 18, 2021

### 10 Countries/ Areas with Highest Incidence

| Country/ Area | Incidence per 100,000[1] | % Change Last Week[2] |
|---|---|---|
| British Virgin Islands | 330.6 | 16.2 |
| Jersey | 193.3 | 102.8 |
| Fiji | 98.0 | 48.9 |
| Seychelles | 79.4 | –28.5 |
| Cyprus | 77.1 | 15.7 |
| Gibraltar | 73.6 | 230.4 |
| Botswana | 65.3 | 172.4 |
| The United Kingdom | 63.1 | 41.0 |
| Tunisia | 60.2 | –4.4 |
| Netherlands | 57.5 | 123.6 |

[1] Average daily incidence per 100,000 in past 7 days
[2] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of July 18, 2021

### 10 Countries/ Areas with Highest Percent Change Last Week

| Country/ Area | % Change Last Week[1] | % Change 4 Weeks[2] |
|---|---|---|
| Chad | 233.3 | 233.3 |
| Australia | 156.4 | 654.4 |
| Viet Nam | 140.0 | 1,182.4 |
| Yemen | 140.0 | –53.2 |
| Senegal | 134.2 | 1,372.9 |
| Netherlands | 123.6 | 566.2 |
| Burkina Faso | 114.7 | 271.4 |
| Mali | 100.7 | –9.4 |
| Italy | 99.5 | 8.4 |
| Malawi | 92.7 | 3,956.4 |

[1] Percent change in cases of most recent 7 days to 7 days prior
[2] Percent change in cases of most recent 7 days to 4 weeks prior
Note: Countries with population size less than 10 million were excluded
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of July 18, 2021



*Restricted Use/Recipients Only*                                        Page **56** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocssaanalyst@cdc.gov*

T42AR-0016084



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Risk Matrix: Average Daily Incidence per 100,000 Population in the Past 7 Days and 7-Day Percent Change*

*Data Source: COVID-19 Data Repository CSSE (JHU)*



**Burden and Recent Trends**

Average daily incidence per 100,000 population and 7-day percent change, by new cases in past 7 days
July 05, 2021 - July 11, 2021 to July 12, 2021 - July 18, 2021

Notes:
- Includes countries with a population greater than 10 million people and more than 100 cases in the last week
- Countries with a population over 10 million are labeled if they are among the top ten highest countries for cases, incidence, or weekly percent change in cases.

**Highest risk is in countries with both a positive percent change in weekly cases and high daily incidence**

*Data Source: WHO Coronavirus Disease (COVID-19) Dashboard*

*Note: For the purpose of this report the Island of Taiwan is presented separately from mainland China, both using data from the COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)*

T42AR-0016085



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Global Vaccinations Summary

Vaccination is reported in at least 214 countries.

*Total Number of Vaccine Doses Administered per 100 People[27]*

*Data as of Jul 18, 2021          Data Source: Our World in Data*

Number of people out of 100 who received at least one vaccine dose; does not represent percent of population fully vaccinated



Note:
-Countries in white do not have data reported for total people vaccinated
-Vaccine data are incomplete and data may be out of date

*People Vaccinated per 100 People by WHO Region*



Notes:
-People Vaccinated per 100: number of people who received at least one vaccine dose; does not represent percent of population fully vaccinated
-Total vaccine doses administered: total doses given, does not represent number of people vaccinated
-Countries are labeled such that within each WHO Region, labeled countries are those that are the top 3 ranking countries for people vaccinated per 100 and the top 3 ranking countries for total vaccine doses administered
-Vaccine data are incomplete and data may be out of date

---

[27] Total number of vaccine doses administered are counted as single doses and may not equal the total number of people vaccinated, as some vaccines require multiple doses.

T42AR-0016086



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Variants of Concern

These maps show which countries have reported notable variants of SARS-CoV-2, as defined by the World Health Organization (WHO). Country specific designations of notable variants may differ. Because of differences in detection and reporting, variants could be present in some countries that have not yet reported them. The lack of reporting does not indicate the absence of the variant in a country. Variant names are according to the dynamic nomenclature guidelines implemented in Pango. Names assigned by WHO are presented in parentheses. Data are from the World Health Organization (WHO) Variant Tracker.

Countries reporting Alpha (B.1.1.7) variant



**Alpha (B.1.1.7)**
First detection: United Kingdom
Number of countries reporting: 180
Change since previous week: 2

Countries reporting Gamma (P.1) variant



**Gamma (P.1)**
First detection: Japan/Brazil
Number of countries reporting: 78
Change since previous week: 3

Countries reporting Beta (B.1.351) variant



**Beta (B.1.351)**
First detection: South Africa
Number of countries reporting: 130
Change since previous week: 7

Countries reporting Delta (B.1.617.2) variant



**Delta (B.1.617.2)**
First detection: India
Number of countries reporting: 124
Change since previous week: 13

T42AR-0016087



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## CDC Response by the Numbers and Deployment Summary

## COVID-19 Response by the Numbers



# COVID-19 RESPONSE BY THE NUMBERS
## As of July 19, 2021



Accessible: www.cdc.gov/coronavirus/2019-ncov/cdcresponse/by-the-numbers.html

| | | |
|---|---|---|
| 9,349 | CDC personnel supporting the outbreak response | |
| 1,712 | CDC deployers who have conducted 3,696 deployments to 323 cities across the United States and abroad | |
| 308 | COVID-19 studies published in CDC's Morbidity and Mortality Weekly Report (MMWR) | |
| 7,513 | Documents providing information and guidance for government agencies, businesses, and the public | |
| 477+ million | COVID-19 tests conducted by public and private laboratories in the United States | |
| 186+ million | People who have received at least one dose of a COVID-19 vaccine | |

| | |
|---|---|
| 45.9+ million | Times people have used CDC's online Coronavirus Self-Checker |
| 1.2+ million | Calls and emails to CDC-INFO |
| 3.0+ billion | Times people have looked for information on CDC websites |
| 3.7+ billion | Social media impressions on 14,562 CDC response-related posts |
| 77,121+ | Inquiries from doctors, nurses, or other clinical staff and health departments received by CDC |
| 161+ million | People who have been fully vaccinated with a COVID-19 vaccine |



**cdc.gov/coronavirus**

## Current CDC COVID-19 Domestic Deployments by State

| Current #<br>States/Territories | Total Current<br>Deployments | Total Completed<br>Deployments | Cumulative<br>Deployments | Pending<br>Deployments |
|---|---|---|---|---|
| 11 | 44 | 3,593 | 3,637 | 55 |

### Current CDC COVID-19 Deployments by State



Thursday, July 22, 2021
Data as of*

*Restricted Use/Recipients Only*                    Page **60** of **63**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016088



*COVID-19 Response Update Tuesday, Jul 20, 2021*    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Health Department and High-Risk Settings Deployments

*As of July 19, 2021*

| Summary of Health Department Support Teams[28, 29] | | |
|---|---|---|
| Description | Teams | Staff |
| **Currently Deployed**[30] | **17** | **46** |
| Field | 16 | 41 |
| Remote | 1 | 5 |
| **Returned**[31] | **552** | **2,734** |
| **Field** | **494** | **2,423** |
| Remote | 166 | 426 |
| **Cumulative**[32] | **569** | **2,780** |
| Field | 510 | 2,464 |
| Remote | 170 | 431 |

| Teams and Staff by Support Category | | |
|---|---|---|
| Status | Teams | Staff |
| **Currently Deployed** | **17** | **46** |
| State Support | 15 | 42 |
| Territory support | 1 | 1 |
| Tribal Support | 1 | 3 |

| Subset of Deployment Teams in High-Risk and Congregate Settings | | | |
|---|---|---|---|
| | Number of Teams[33] | | |
| | Deployed | Returned | Total |
| Corrections/prisons/detention centers | 0 | 20 | **20** |
| Cruise ships | 1 | 5 | **6** |
| Early childhood education | 0 | 2 | **2** |
| Entertainment venues (Inside and outside) | 1 | 0 | **1** |
| Faith-based institutions | 4 | 0 | **4** |
| Food processing | 1 | 27 | **28** |
| Food service | 0 | 3 | **3** |
| Healthcare settings (other than LTCF) | 2 | 17 | **19** |
| Institutes of higher education | 0 | 20 | **20** |
| K-12 schools | 4 | 34 | **38** |
| Long-term care facilities (LTCF) | 2 | 101 | **103** |
| Migrant holding facilities | 5 | 11 | **16** |
| None | 5 | 343 | **348** |
| Other | 1 | 1 | **2** |
| Recreational facilities and camps | 2 | 1 | **3** |
| Shelters, Homeless | 0 | 14 | **14** |
| Sports venue (Inside and outside) | 0 | 2 | **2** |
| **Total**[34] | **17** | **552** | **569** |

## CDC Website Updates – COVID-19 Response

*Jul 12, 2021 – Jul 18, 2021*[35]

### MMWR Publications

- COVID-19 Vaccination Coverage Among Insured Persons Aged ≥16 Years, by Race/Ethnicity and Other Selected Characteristics — Eight Integrated Health Care Organizations, United States, December 14, 2020–May 15, 2021
- COVID-19 Vaccine Administration, by Race and Ethnicity — North Carolina, December 14, 2020–April 6, 2021
- Acceptability of Adolescent COVID-19 Vaccination Among Adolescents and Parents of Adolescents — U.S., April 15–23, 2021
- SARS-CoV-2 B.1.617.2 (Delta) Variant COVID-19 Outbreak Associated with a Gymnastics Facility — Oklahoma, April–May 2021

### Data and Visualizations

- COVID Data Tracker[35]
- COVID Data Tracker Weekly Review
- COVID-19 Science Update

- COVID-19 Forecasts: Cases
- COVID-19 Forecasts: Deaths
- COVID-19 Forecasts: Hospitalizations

- Health Equity Data
- COVID-19 Vaccinations in U.S.

---

[28] Field Staff and Remote Staff counts are current number of deployed staff of each type.
[29] These data represent deployed CDC field teams focusing on supporting health departments in state, tribal, local, and territorial jurisdictions. These health department deployments are a subset of the deployments represented in the graphic above. Each team aligns to a specific mission. The number of deployed staff per team may fluctuate throughout each mission. These data come from CDC Health Department Task Force records of teams deployed since Apr 03, 2020.
[30] Includes 3 teams with both field and remote staff.
[31] Includes 108 teams with both field and remote staff.
[32] Includes 111 teams with both field and remote staff.
[33] Systematic collection of information began on Apr 03, 2020.
[34] Total may differ from the sum of high-risk settings due to some teams working in multiple high-risk settings.
[35] Updated each Monday. See additional resources at CDC COVID-19 What's New and CDC MMWR Novel Coronavirus Reports.
[36] COVID Data Tracker is CDC's home for COVID-19 data. Data are updated daily, and new features are added every week.

*Restricted Use/Recipients Only*    Page **61** of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016089



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Appendix: Reporting Frequencies by Jurisdiction

| Jurisdiction | Reporting Frequency – Aggregate Case/Death Data[38] | Hospital Data | Laboratory Testing Data | CELR[37] Onboarding Status | Notes |
|---|---|---|---|---|---|
| AK | Sporadic | Daily | Daily | Y | Updated historical aggregate case/death data on Apr 27, 2021. |
| AL | Mon – Sat | Daily | Daily | Y | Updates historical aggregate case/death data weekly on Mon. |
| AR | Mon – Fri | Daily | Daily | Y | |
| AZ | Daily | Daily | Daily | Y | Updated historical aggregate case data on May 19, 2021. |
| CA | Mon – Fri | Daily | Mon/Thurs; Thurs - antigen | Y | Updates historical aggregate case/death data each Thurs. |
| CO | Daily | Daily | Daily | Y | |
| CT | Mon – Fri | Daily | About 3x/week | Y | |
| DE | Daily | Daily | Daily | Y | Updated historical aggregate case data on Jun 02, 2021. |
| FL | Mon – Fri | Daily | Daily | Y | |
| GA | Mon – Fri | Daily | Daily | Y | |
| HI | Daily | Daily | Daily | Y | Opted to exclude probable cases from total. |
| IA | Mon/Wed/Fri | Daily | Daily | Y | Switched to a new process using vital records data to count deaths on Dec 7, 2020. At this time, all deaths are assumed to be at least probable. |
| ID | Mon – Fri | Mon – Fri | Mon – Fri | Y | |
| IL | Mon – Fri | Daily | Daily | Y | |
| IN | Mon – Fri | Daily | Daily | Y | Updates historical aggregate death biweekly on Thurs. |
| KS | Mon/Wed/Fri | Daily | Daily | Y | |
| KY | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Wed. |
| LA | Mon – Fri | Daily | Daily | Y | |
| MA | Mon – Fri | Daily | 5-6x/week | Y | Updated historical aggregate case data on May 10, 2021. Updated historical aggregate death data on May 12, 2021. Deaths are reported by date of death, not date of report. |
| MD | Mon – Sat | Daily | Daily | Y | Updated historical aggregate death data on Jun 01, 2021. |
| ME | Sun – Fri | Daily | Daily | N | |
| MI | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death biweekly on Wed. |
| MN | Mon – Fri | Daily | Daily | Y | |
| MO | Daily | Daily | About 3-4x/week; weekdays | Y | Updated historical aggregate case data on Apr 19, 2021. Updated historical aggregate death data on May 19, 2021. |
| MS | Mon – Thurs | Daily | Daily | Y | Updated historical aggregate case data on Jul 08, 2021. |
| MT | Mon - Fri | Daily | Daily | Y | |
| NC | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Thurs. |
| ND | Daily | Daily | Daily | Y | Opted to exclude probable deaths from total. |
| NE | Mon – Thurs | Daily | Daily | Y | Updated historical aggregate case data on May 18, 2021. |
| NH | Mon - Fri | Daily | Daily | Y | |
| NJ | Daily | Daily | Daily | Y | |
| NM | Mon – Fri | Daily | Daily | Y | Updates historical aggregate death data on biweekly on Tues. |
| NV | Mon – Fri | Daily | Daily | Y | |
| NYC | Sun – Thurs | Daily | N/A | N/A | Updated historical aggregate case data on Jun 07, 2021. |
| NY | Daily | Daily | Daily | Y | Does not include data from NYC for cases and deaths. |
| OH | Daily | Daily | Daily | N | |
| OK | Mon – Fri | Daily | Daily (one data feed); about 3x/week (other data feed) | Y | Updated historical aggregate case/death data on May 26, 2021. |
| OR | Mon – Fri | Daily | Daily | Y | |
| PA | Daily | Daily | Daily | Y | Updated historical aggregate case data on May 19, 2021. |
| RI | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Tues. |
| SC | Mon - Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Wed. |
| SD | Sporadic | Daily | Daily | Y | |
| TN | Mon - Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Mon. |
| TX | Daily | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Wed. |
| UT | Mon - Fri | Daily | Daily | Y | |
| VA | Mon - Fri | Daily | Daily | Y | |

[37] CELR = COVID-19 Electronic Laboratory Reporting. Data for each state is sourced from either data submitted directly by the state health department via COVID-19 electronic laboratory reporting (CELR), or a combination of commercial labs, public health labs, and in-house hospital labs. Data is taken from CELR for states that either submit line level data or submit aggregate counts which do not include serology tests.

[38] This schedule is updated every Tues. Updates collected from jurisdictions' department of health websites are available in this report the following day (e.g., data released Mon is published in this report on Tues). Jurisdictions may also report aggregate case and death data directly to CDC. As of Jun 22, 2021, CDC updates aggregate case data Mon – Sat.

*Restricted Use/Recipients Only*                                                      Page **62** of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

T42AR-0016090



*COVID-19 Response Update Tuesday, Jul 20, 2021*                    *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

| Jurisdiction | Reporting Frequency | | | CELR[37] Onboarding Status | Notes |
|---|---|---|---|---|---|
| | Aggregate Case/Death Data[36] | Hospital Data | Laboratory Testing Data | | |
| VT | Sun - Fri | Daily | Daily | Y | Updated historical aggregate case/death data on Jun 30, 2021. |
| WA | Mon - Fri | Daily | Daily | Y | Updated historical aggregate case data on Jun 01, 2021. |
| WI | Mon – Fri | Daily | Daily | Y | |
| WV | Mon – Fri | Daily | Daily | Y | |
| WY | Mon – Fri | Daily | Daily | Y | |
| AS | Sporadic | N/A | N/A | N/A | |
| CNMI | Daily | Daily | Thurs | Y | |
| DC | Mon - Fri | Daily | Daily | Y | |
| FSM | Sporadic | N/A | N/A | N/A | |
| GU | Mon – Fri | Daily | Daily | Y | |
| PR | Daily | Daily | Daily | N | |
| PW | Mon/Wed/Fri | N/A | N/A | N/A | |
| RMI | Sporadic | N/A | Sporadic | N | |
| USVI | Sporadic | Daily | Daily | N | |
| NN | Mon – Fri | Daily | N/A | N/A | |

*Restricted Use/Recipients Only*                                                                    Page **63** of 63
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

T42AR-0016091

 

# Community Profile Report
## July 26 2021

The Community Profile Report (CPR) is generated by the Data Strategy and Execution Workgroup, under the White House COVID-19 Team. It is managed by an interagency team with representatives from multiple agencies and offices (including the United States Department of Health and Human Services, the Centers for Disease Control and Prevention, the Assistant Secretary for Preparedness and Response, and the Indian Health Service). The CPR provides easily interpretable information on key indicators for all regions, states, core-based statistical areas (CBSAs), and counties across the United States. It is a daily snapshot in time that:

- Focuses on recent COVID-19 outcomes in the last seven days and changes relative to the week prior
- Provides additional contextual information at the county, CBSA, state and regional levels
- Supports rapid visual interpretation of results with color thresholds

Data in this report may differ from data on state and local websites. This may be due to differences in how data were reported (e.g., date specimen obtained, or date reported for cases) or how the metrics are calculated. Historical data may be updated over time due to delayed reporting. Data presented here use standard metrics across all geographic levels in the United States. It facilitates the understanding of COVID-19 pandemic trends across the United States by using standardized data. The footnotes describe each data source and the methods used for calculating the metrics. For additional data for any particular locality, visit the relevant health department website. Additional data and features are forthcoming.

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

**INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE**



# COMMUNITY PROFILE REPORT

# Table of Contents

| | |
|---|---|
| **National Time Series** | 3. **National time series** (national case, death, percent test positivity, and hospital admission curves)<br>4. **Time series by Census Region** (regional case, death, percent test positivity, and hospital admission curves) |
| **National Maps** | 5. **Number of new cases and deaths in the last 7 days**<br>6-8. **Case incidence/Mortality rate/Viral (RT-PCR) lab test positivity in the last 7 days and comparison to the previous 7 days**<br>9. **Hospital admissions in the last 7 days and comparison to the previous 7 days**<br>10-11. **Hospital inpatient/ICU COVID-19 utilization in the last 7 days and comparison to the previous 7 days**<br>12. **Vaccination rates by county** (% of total population and % of 65+ population fully-vaccinated)<br>13. **Community transmission level** (describes community transmission level derived from cases and test positivity)<br>14. **Area of Concern Continuum** (describes communities as they progress through stages of the epidemic)<br>15. **Area of Concern Continuum - Rapid Riser Counties** (highlights counties with recent acceleration in cases) |
| **National and State Profiles** | 16. **National and regional metrics** (key indicators at the regional and national levels)<br>17-18. **State profiles and weekly categories** (states grouped into categories based on transmission level at the beginning of the week) |
| **National Trends** | 19. **Trends in case incidence during the last 8 weeks** (state, regional, and national case incidence curves)<br>20. **Trends in mortality rate during the last 4 weeks and 4 week forecast** (state and national mortality curves, with 4-week CDC ensemble forecast)<br>21. **Trends in viral (RT-PCR) lab test positivity during the last 8 weeks** (state, regional and national, percent test positivity curves)<br>22. **Trends in emergency department discharge diagnoses during the last 8 weeks** (state, regional, and national ED visit curves)<br>23. **Trends in hospital admissions per 100 beds during the last 8 weeks** (state, regional, and national hospital admission curves)<br>24-25. **Trends in hospital inpatient/ICU COVID utilization during the last 8 weeks** (state, regional, and national hospital utilization curves)<br>26. **Trends in percent of population aged 18+ initiating vaccination during the last 8 weeks** (state, regional, and national vaccine doses administered curves)<br>27. **National trends in viral (RT-PCR) lab test positivity by age group** (national trends showing test volume, number of tests, and percent test positivity by age group)<br>28. **Trends in viral (RT-PCR) lab test positivity by age group and FEMA Region**<br>29. **Trends in hospital admissions per 100k by age group** (national and regional trends) |
| **CBSA Profiles** | 30. **Select high burden core-based statistical areas (CBSAs)** (CBSAs with the highest disease burden for each population size)<br>31. **Select core-based statistical areas (CBSAs) with increasing burden** (CBSAs with the largest recent increases in disease burden for each population size)<br>32. **Select core-based statistical areas (CBSAs) with high mortality** (CBSAs with the highest mortality rates for each population size)<br>33-34. **Select core-based statistical areas (CBSAs) with high admissions/high staffed adult ICU bed use** (CBSAs with the highest hospitalization rates for each population size) |
| **Data Sources and Methods** | 35. **Data sources and methods** (data sources and notes for cases and deaths, testing data, and hospital data)<br>36. **Data sources and methods – color thresholds** (definitions for color coding used throughout slides)<br>37. **Data sources and methods – dynamic data notes** (data notes that are updated each day or as needed)<br>38. **Data sources and methods – AOC Continuum** (detailed description of 7 stages of the epidemic described within the AOC continuum) |

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

**INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE**

# NATIONAL TIME SERIES



**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022349



**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.
See https://www.census.gov/geographies/reference-maps/2010/geo/2010-census-regions-and-divisions-of-the-united-states.html for census regions.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE



T42AR-0022350

# NUMBER OF NEW CASES AND DEATHS IN THE LAST 7 DAYS

**Total Cumulative Cases:** 34,413,532
**New Cases in Last 7 Days:** 295,587
**Percent Change from Previous 7 Days:** +22.5%

**Total Cumulative Deaths:** 608,528
**New Deaths in Last 7 Days:** 1,678
**Percent Change from Previous 7 Days:** +12.0%



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

**Cases by County
in the Week 19JUL2021-25JUL2021**

Cases
- 0
- 1 - 9
- 10 - 99
- 100 - 999
- 1,000 - 4,999
- 5,000 - 9,999
- 10,000+
- No Data



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

**Deaths by County
in the Week 19JUL2021-25JUL2021**

Deaths
- 0
- 1 to 4
- 5 to 24
- 25 to 99
- 100 or More
- No Data

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022351

# CASE INCIDENCE IN LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Incidence Rate in the Last 7 Days:** 89.0 per 100,000

**Percent Change from Previous 7 Days:** +22.5%



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

Cases per 100K by County
in the Week 19JUL2021-25JUL2021

Cases per 100K
- ≤ 20 Cases in Last 14 Days
- 0 to 4
- 5 to 9
- 10 to 49
- 50 to 99
- 100 to 199
- 200 to 499
- 500 to 749
- 750 or More
- No Data



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

Percent Change in Cases per 100K by County
in the Week 19JUL2021-25JUL2021

Percent Change in Cases per 100K
- ≤ 20 Cases in Last 14 Days
- -26% or Less
- -25% to -11%
- -10% to 0%
- 1% to 10%
- 11% to 99%
- 100% to 999%
- 1,000% or More
- No Data

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022352

# MORTALITY RATE IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Mortality Rate in the Last 7 Days:** 0.5 deaths per 100,000

**Percent Change from Previous 7 Days:** +12.0%



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

**Deaths per 100K by County in the Week 19JUL2021-25JUL2021**

Deaths per 100K
- 0.0
- 0.1 to 0.9
- 1.0 to 1.9
- 2.0 to 4.9
- 5.0 to 9.9
- 10.0 to 14.9
- 15.0 or More
- No Data



Date: 7/26/2021
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

**Percent Change in Deaths per 100K by County in the Week 19JUL2021-25JUL2021**

Percent Change in Deaths per 100K
- 0 Deaths in Last 14 Days
- 26%+ Less
- 11% to 25% Less
- Little Change
- 11% to 25% More
- 26%+ More
- No Data

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022353

# VIRAL (RT-PCR) LAB TEST POSITIVITY IN THE LAST 7 DAYS AND COMPARISON TO PREVIOUS 7 DAYS



**Viral (RT-PCR) Lab Test Positivity in Last 7 Days:** 7.2%

**Absolute Change from Previous 7 Days:** +1.9%

Date: 7/26/2021
Source: Unified Testing Dataset

**Viral (RT-PCR) Lab Test Positivity by County in the Week 17JUL2021-23JUL2021**

**Test Positivity**
- ≤ 20 Cases in Last 14 Days
- 0.0% to 2.9%
- 3.0% to 4.9%
- 5.0% to 7.9%
- 8.0% to 9.9%
- 10.0% to 14.9%
- 15.0% to 19.9%
- 20.0% to 24.9%
- 25.0% or More
- No Data

Date: 7/26/2021
Source: Unified Testing Dataset

**Absolute Change in Viral (RT-PCR) Lab Test Positivity by County in the Week 17JUL2021-23JUL2021**

**Absolute Change in Test Positivity**
- ≤ 20 Cases in Last 14 Days
- -2.1% or Less
- -2.0% to -0.6%
- -0.5% to 0.0%
- 0.1% to 0.5%
- 0.6% to 2.0%
- 2.1% or More
- No Data

CA testing data has at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022354

## Total Confirmed COVID-19 Hospital Admissions in Last 7 Days:
30,481

## Percent Change from Previous 7 Days: +33.0%



Date: 7/26/2021
Source: Unified Hospital Dataset

**Confirmed COVID-19 Hospital Admissions per 100 Beds by HSA in the Week 18JUL2021-24JUL2021**

**COVID Admissions per 100 Beds**
- 0.0 to 1.0
- 1.1 to 3.0
- 3.1 to 5.0
- 5.1 to 10.0
- 10.1 to 15.0
- 15.1 to 20.0
- 20.1 or More
- No Data



Date: 7/26/2021
Source: Unified Hospital Dataset

**Percent Change in Confirmed COVID-19 Admissions per 100 Beds by HSA from 11JUL-17JUL2021 to 18JUL-24JUL2021**

**Percent Change in COVID Admissions per 100 Beds**
- 26%+ Less
- 11% to 25% Less
- Little Change
- 11% to 25% More
- 26%+ More
- No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. Denominator of per 100 beds calculation is the sum of average staffed inpatient bed count reported by hospitals within the geographic region and time period. HSA indicates Hospital Service Area. Hospitals are assigned to HSA based on zip code where known. In some areas, reports are aggregates of multiple facilities that cross HSA boundaries; in these cases, values are assigned based on the zip code for the aggregate.

Data for ME weekly change in hospital admissions should be interpreted with caution, as it likely contains a reporting error in the previous week's reporting window. This is currently under investigation.

**Average Daily COVID-19 Hospital Inpatients over Last 7 Days:**
26,145

**Percent Change from Previous 7 Days: +39.9%**



Date: 7/26/2021
Source: Unified Hospital Dataset

**Hospital Inpatient COVID-19 Utilization by HSA in the Week 18JUL2021-24JUL2021**

Inpatient COVID Utilization
- 0% to 3%
- 4% to 7%
- 8% to 12%
- 13% to 15%
- 16% to 20%
- 21% to 25%
- 26% to 30%
- 31%+
- No Data



Date: 7/26/2021
Source: Unified Hospital Dataset

**Absolute Change in Hospital Inpatient COVID-19 Utilization by HSA from 11JUL-17JUL2021 to 18JUL-24JUL2021**

Absolute Change in Inpatient COVID Utilization
- -2% or Less
- -1%
- 0%
- +1%
- +2%
- +3% or More
- No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. HSA indicates Hospital Service Area. Hospitals are assigned to HSA based on zip code where known. In some areas, reports are aggregates of multiple facilities that cross HSA boundaries; in these cases, values are assigned based on the zip code for the aggregate. See Data Sources/Methods slides for additional details.

## INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022356

**Average Daily Adult ICU COVID-19 Patients over Last 7 Days:**
7,194

**Percent Change from Previous 7 Days: +37.3%**



**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Staffed adult ICU COVID-19 utilization indicates average percentage of staffed adult ICU beds occupied by confirmed COVID-19 patients within the given time period. HSA indicates Hospital Service Area. Hospitals are assigned to HSA based on zip code where known. In some areas, reports are aggregates of multiple facilities that cross HSA boundaries; in these cases, values are assigned based on the zip code for the aggregate. See Data Sources/Methods slides for additional details.

# VACCINATION RATES BY COUNTY

| | |
|---|---|
| **Percent of Population Fully Vaccinated:** 49.1% | **Percent of 65+ Population Fully Vaccinated:** 79.6% |
| **Percent of Population with at Least 1 Dose:** 56.8% | **Percent of 65+ Population with at Least 1 Dose:** 89.3% |





**Source:** Unified COVID-19 Vaccine Dataset. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The following states have ≤80% completeness reporting vaccinations by county, which may result in underestimates of vaccination data for counties and CBSAs: CO (76%), VT (74%), WV (58%), GA (54%), VA (51%), AS (0%), FM (0%), TX (0%), PW (0%), HI (0%), MH (0%), MP (0%)

**INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE**

Case: 3:22-cv-01213-TAD-KDM Document 184-3 Filed 01/03/23 Page 254 of 318



**Date: 7/26/2021**
**Source: CDC Aggregate County Data, Unified Testing Dataset**

## Community Transmission Level by County
### 25JUL2021

**Transmission Level**
- High
- Substantial
- Moderate
- Low

## Counties by Community Transmission Indicator

| Cases per 100k | 0 to 9 | 10 to 49 | 50 to 99 | 100 + |
|---|---|---|---|---|
| # of counties (change) | 394 (↓267) | 1005 (↓316) | 750 (↑88) | 1071 (↑495) |
| % of counties (change) | 12.2% (↓8.3%) | 31.2% (↓9.8%) | 23.3% (↑2.7%) | 33.3% (↑15.4%) |
| Test Positivity | 0.0% to 4.9% | 5.0% to 7.9% | 8.0% to 9.9% | 10.0% + |
| # of counties (change) | 1270 (↓394) | 483 (↑2) | 255 (↓23) | 1212 (↑415) |
| % of counties (change) | 39.4% (↓12.2%) | 15.0% (↑0.1%) | 7.9% (↓0.7%) | 37.6% (↑12.9%) |

## Counties by Combined Transmission Level

| Category | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange | High Transmission Red |
|---|---|---|---|---|
| # of counties (change) | 275 (↓235) | 875 (↓288) | 539 (↓11) | 1531 (↑534) |
| % of counties (change) | 8.5% (↓7.3%) | 27.2% (↓8.9%) | 16.7% (↓0.3%) | 47.5% (↑16.6%) |



Combined Transmission Levels Over Time
(% of counties)

**Source**: CDC Aggregate County Dataset (cases), Unified Testing Dataset (tests)
**Notes**: Combined Transmission Level is the higher threshold among cases and testing thresholds.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022359



**Date: 7/26/2021**

**Area of Concern Continuum by County
25JUL2021**

**AOC Category**

- Low or Moderate Burden
- Emerging Hotspot
- Hotspot
- Sustained Hotspot
- High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** – communities with minimal activity

(2) **Moderate Burden** – communities with moderate disease activity

(3) **Emerging Hotspot** – communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** – communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** – communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden – Resolving** – communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden – Resolving** – communities that have a moderate level of burden, but are demonstrating improvement

See Data Sources/Methods slides for more information.



Counties by AOC Category over time

# AREA OF CONCERN CONTINUUM - RAPID RISER COUNTIES



This map shows counties that have seen a rapid rise in cases within the last 14 days by meeting the following **Rapid Riser County** criteria:
- >100 new cases in last 7 days
- >0% change in 7-day incidence
- >~60% change in 3-day incidence
- 7-day incidence / 30-day incidence ratio >0.31
- one or both of the following triggering criteria:
    (a) >60% change in 3-day incidence,
    (b) >60% change in 7-day incidence

The color indicates *current* acceleration in cases (ratio of 7-day to 30-day cases). Counties in light red and red are continuing to see accelerating cases in the most recent week, while those in dark green and green may have seen declines in the most recent week.

The bar charts below show the history of rapid riser counties by FEMA region and week, indicating when different geographic areas have seen the greatest acceleration in cases.



INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022361

# NATIONAL AND REGIONAL METRICS

## National Metrics

| | Last 7 days | | | | | Change from previous week | | | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | ICU COVID-19 utilization | Deaths (per 100k) | Pct change in cases | Absolute change in test pos. | Pct change in conf. adm. per 100 beds | Absolute change in ICU COVID-19 util. | Pct change in deaths | |
| U.S Total - Last 7 Days | 295,587 (89) | 7.2% | 30,481 (4.3) | 9% | 1,678 (0.5) | +23% | +1.9% | +33% | 2% | +12% | |
| U.S. Total - 1 Week Ago | 241,260 (73) | 5.3% | 22,913 (3.2) | 6% | 1,498 (0.5) | +60% | +1.6% | +34% | 1% | +30% | |
| U.S. Total - Jul 2021 Peak | 333,785 (101) | 7.2% | 30,481 (4.3) | 9% | 1,764 (0.5) | | | | | | |
| U.S. Total - Jun 2021 Peak | 112,856 (34) | 2.3% | 17,970 (2.5) | 7% | 2,821 (0.8) | | | | | | |
| U.S. Total - May 2021 Peak | 347,406 (105) | 4.2% | 33,632 (4.7) | 11% | 4,316 (1.3) | | | | | | |
| U.S. Total - Apr 2021 Peak | 483,878 (146) | 5.5% | 39,404 (5.5) | 11% | 5,002 (1.5) | | | | | | |
| U.S. Total - Mar 2021 Peak | 449,129 (135) | 5.2% | 39,522 (5.5) | 14% | 10,661 (3.2) | | | | | | |
| U.S. Total - Feb 2021 Peak | 983,222 (296) | 8.3% | 78,094 (10.8) | 26% | 20,136 (6.1) | | | | | | |
| U.S. Total - Jan 2021 Peak | 1,778,354 (536) | 14.9% | 115,443 (15.8) | 31% | 25,374 (7.6) | | | | | | |
| U.S. Total - Dec 2020 Peak | 1,540,864 (464) | 14.5% | 105,810 (14.6) | 30% | 21,945 (6.6) | | | | | | |
| U.S. Total - Nov 2020 Peak | 1,269,643 (382) | 11.0% | 86,382 (11.9) | 24% | 12,981 (3.9) | | | | | | |

Last 7 days indicates cases/deaths data from 7/19-7/25, admissions data from 7/18-7/24, and testing data from 7/17-7/23.

## Regional Metrics

| FEMA Region (Population) | Last 7 days | | | | | Change from previous week | | | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | ICU COVID-19 utilization | Deaths (per 100k) | Pct change in cases | Absolute change in test pos. | Pct change in conf. adm. per 100 beds | Absolute change in ICU COVID-19 util. | Pct change in deaths | |
| Region 4 (66,908,139) | 104,248 (156) | 13.5% | 12,528 (8.1) | 12% | 503 (0.8) | +24% | +3.7% | +54% | 4% | +40% | |
| Region 6 (42,716,279) | 66,926 (157) | 12.7% | 6,103 (6.7) | 16% | 344 (0.8) | +50% | +2.6% | +23% | 4% | +28% | |
| Region 9 (51,555,755) | 33,008 (64) | 8.3% | 4,205 (4.9) | 9% | 197 (0.4) | -16% | +3.5% | +27% | 2% | +25% | |
| Region 7 (14,140,220) | 22,094 (156) | 12.1% | 1,835 (5.2) | 17% | 144 (1.0) | +13% | +0.3% | +16% | 3% | +14% | |
| Region 5 (52,542,063) | 20,355 (39) | 3.9% | 2,126 (1.8) | 3% | 139 (0.3) | +30% | +1.2% | +23% | 1% | -28% | |
| Region 2 (31,635,850) | 18,141 (57) | 2.6% | 993 (1.3) | 2% | 85 (0.3) | +75% | +0.8% | +37% | 0% | +9% | |
| Region 10 (14,351,240) | 9,856 (69) | 4.9% | 648 (2.7) | 8% | 62 (0.4) | +14% | +1.3% | +18% | 1% | -24% | |
| Region 3 (30,854,848) | 9,854 (32) | 3.6% | 880 (1.3) | 3% | 102 (0.3) | +30% | +1.1% | +26% | 1% | -9% | |
| Region 8 (12,258,952) | 6,600 (54) | 6.2% | 866 (3.5) | 10% | 52 (0.4) | -17% | +0.8% | +1% | 1% | -33% | |
| Region 1 (14,845,063) | 4,504 (30) | 1.7% | 297 (0.9) | 2% | 50 (0.3) | +27% | +0.5% | -2% | 0% | +19% | |



## INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

Weekly Categorization of States, DC, and Territories: color categories based on last week's CDC combined transmission level data (baseline dates: July 18-24)
Case Data from July 19-25, Admissions Data from July 18-24, Test Positivity Data from July 17-23

## High Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | Pct. change in cases | Abs. change in test pos. | Pct. change in conf. adm. per 100 beds | |
| AL | 11,150 (227) | 18.1% | 1,080 (7.7) | +167% | +5.5% | +114% | |
| AK | 1,006 (138) | 6.2% | 70 (4.8) | +19% | +1.1% | +50% | |
| AZ | 8,920 (123) | 11.3% | 676 (4.7) | +31% | +2.1% | +7% | |
| AR | 11,070 (367) | 10.4% | 808 (10.6) | +48% | +0.8% | +20% | |
| FL | 57,161 (266) | 16.4% | 7,072 (13.4) | +11% | +4.0% | +54% | |
| GA | 9,537 (90) | 9.4% | 1,452 (7.5) | +26% | +3.7% | +62% | |
| KS | 3,350 (115) | 10.7% | 300 (3.6) | +10% | +1.4% | +2% | |
| LA | 14,242 (306) | 14.1% | 1,255 (9.9) | +51% | +4.4% | +82% | |
| MS | 4,204 (141) | 15.4% | 422 (6.8) | +1% | +4.5% | +55% | |
| MO | 16,839 (274) | 14.0% | 1,271 (8.5) | +16% | +0.4% | +16% | |
| NE | 645 (33) | 12.7% | 110 (2.6) | -19% | +1.7% | +20% | |
| NV | 4,569 (148) | 16.1% | 753 (9.9) | -14% | +1.7% | +5% | |
| OK | 5,900 (149) | 16.4% | 622 (6.6) | +23% | -0.6% | +19% | |
| TX | 34,666 (120) | 13.2% | 3,287 (5.7) | +58% | +3.0% | +11% | |
| UT | 2,765 (86) | 11.2% | 272 (5.0) | -28% | +1.9% | -10% | |
| WY | 606 (105) | 4.8% | 108 (7.3) | +7% | -0.3% | +38% | |

## Substantial Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | Pct. change in cases | Abs. change in test pos. | Pct. change in conf. adm. per 100 beds | |
| CA* | 18,208 (46) | N/A | 2,734 (4.5) | -31% | N/A | +42% | |
| HI | 1,283 (91) | 5.0% | 42 (1.7) | +85% | +1.5% | +27% | |
| ID | 1,204 (67) | 9.8% | 103 (3.1) | +13% | +2.3% | +17% | |
| IL | 6,105 (48) | 3.5% | 616 (2.2) | +16% | +1.0% | +31% | |
| IN | 3,413 (51) | 7.9% | 423 (2.5) | +0% | +2.3% | +29% | |
| KY | 3,659 (82) | 8.8% | 895 (7.2) | +10% | +3.3% | +5% | |
| MT | 540 (51) | 6.8% | 99 (3.4) | +29% | +1.7% | +1% | |
| NM | 1,048 (50) | 4.1% | 131 (3.4) | +6% | +0.3% | +48% | |
| NC | 7,087 (68) | 7.7% | 718 (3.3) | +39% | +2.3% | +59% | |
| OR | 2,367 (56) | 4.7% | 154 (2.2) | +22% | -1.6% | +26% | |
| PR | 2,295 (72) | 6.2% | 50 (0.6) | +117% | +2.3% | +85% | |
| SC | 3,769 (73) | 9.6% | 332 (3.3) | +6% | +3.5% | +29% | |
| TN | 7,681 (112) | 10.8% | 557 (3.0) | +59% | +3.1% | +58% | |
| WA | 5,279 (69) | 4.0% | 321 (2.6) | +10% | +0.8% | +10% | |

*CA testing data has at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

The Weekly Categories slides indicate which states and territories fell in the high, substantial, moderate, and low transmission level categories at the beginning of the week (as of Sunday data). The indicators shown here are fixed throughout the week and provide a common reference point for states from week to week.

## INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

# STATE PROFILES AND WEEKLY CATEGORIES

**Weekly Categorization of States, DC, and Territories: color categories based on last week's CDC combined transmission level data (baseline dates: July 18-24)**
**Case Data from July 19-25, Admissions Data from July 18-24, Test Positivity Data from July 17-23**

## Moderate Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | Pct. change in cases | Abs. change in test pos. | Pct. change in conf. adm. per 100 beds | |
| CO | 2,392 (42) | 3.9% | 339 (3.3) | -14% | +0.2% | +5% | |
| CT | 1,092 (31) | 2.3% | 83 (1.1) | +17% | +0.9% | +24% | |
| DE | 410 (42) | 3.1% | 24 (0.9) | +31% | +0.8% | +33% | |
| DC | 227 (32) | 2.4% | 21 (0.7) | -7% | +0.4% | -16% | |
| IA | 1,260 (40) | 7.8% | 154 (2.0) | +6% | +0.1% | +57% | |
| ME* | 354 (26) | 1.7% | 41 (1.4) | +18% | +0.0% | -61% | |
| MD | 1,752 (29) | 2.4% | 139 (1.4) | +73% | +0.6% | +13% | |
| MA | 2,398 (35) | 1.5% | 124 (0.7) | +38% | +0.4% | +25% | |
| MI | 2,424 (24) | 3.6% | 275 (1.3) | +50% | +1.3% | +17% | |
| MN | 1,691 (30) | 3.1% | 128 (1.3) | +33% | +0.8% | +10% | |
| NH | 207 (15) | 1.8% | 31 (1.1) | +5% | +0.1% | +63% | |
| NJ | 4,781 (54) | 3.4% | 346 (1.7) | +67% | +1.0% | +36% | |
| NY | 10,890 (56) | 2.1% | 590 (1.2) | +74% | +0.7% | +36% | |
| ND | 219 (29) | 2.7% | 20 (1.0) | +45% | +1.0% | +54% | |
| OH | 4,753 (41) | 3.5% | 435 (1.5) | +67% | +1.2% | +4% | |
| PA | 3,564 (28) | 2.9% | 332 (1.2) | +51% | +0.9% | +35% | |
| RI | 370 (35) | 1.6% | 14 (0.6) | +21% | +0.7% | +54% | |
| SD | 78 (9) | 7.6% | 28 (1.1) | -54% | +1.2% | -32% | |
| VT | 83 (13) | 1.8% | 4 (0.3) | -6% | +0.8% | +99% | |
| VA | 3,292 (39) | 6.9% | 299 (1.8) | +6% | +2.3% | +33% | |
| WV | 609 (34) | 3.9% | 65 (1.2) | +16% | +1.1% | +10% | |
| WI | 1,969 (34) | 4.1% | 249 (2.1) | +54% | +1.7% | +60% | |

## Low Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | Viral (RT-PCR) lab test positivity | Confirmed admissions (per 100 beds) | Pct. change in cases | Abs. change in test pos. | Pct. change in conf. adm. per 100 beds | |

*Data for ME weekly change in hospital admissions should be interpreted with caution, as it likely contains a reporting error in the previous week's reporting window. This is currently under investigation.

The Weekly Categories slides indicate which states and territories fell in the high, substantial, moderate, and low transmission level categories at the beginning of the week (as of Sunday data). The indicators shown here are fixed throughout the week and provide a common reference point for states from week to week.

**INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE**

# TRENDS IN CASE INCIDENCE DURING THE LAST 8 WEEKS



## Case incidence categories

(based on cases per 100,000 population in the last 7 days)

| 4 or less |
| 5 - 9 |
| 10 - 49 |
| 50 - 99 |
| 100 - 199 |
| 200 or more |

## Weekly % change categories

(arrow based on % change in weekly cases)

| -26% or less | ↓ |
| -25% - -11% | ↘ |
| -10% - 0% | → |
| +1% - +10% | → |
| +11% - +25% | ↗ |
| +26% or more | ↑ |

**Source:** CDC state-reported data. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022365

# TRENDS IN MORTALITY RATE DURING THE LAST 4 WEEKS AND 4 WEEK FORECAST



Pre-Decisional/Deliberative Document – Not for Distribution – For Internal HHS/ASPR Use Only (v.2021-02-01-v1.0)

## Mortality rate categories

(based on deaths per 100,000 population in the last 7 days)



| | |
|---|---|
| 0.0 | |
| 0.1 – 0.9 | |
| 1.0 – 1.9 | |
| 2.0 – 4.9 | |
| 5.0 or more | |

- Projected Deaths
- 50% Prediction Interval
- 95% Prediction Interval

**Source:** CDC state-reported data. See Data Sources/Methods slides for additional details.

**Forecast:** The forecast displays projected weekly death totals using an ensemble of predictive models generated by academic, private industry, and governmental groups. Models make various assumptions about the levels of social distancing and other interventions, which may not reflect recent changes in behavior. FEMA regions are not included in the forecast. More information is available at the COVID-19 Forecast Hub. The forecast date is as of 7/19.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022366

# TRENDS IN VIRAL (RT-PCR) LAB TEST POSITIVITY DURING THE LAST 8 WEEKS



**Viral (RT-PCR) lab test positivity categories**
(based on proportion of positive tests over the last 7 days)

| |
|---|
| 2.9% or less |
| 3.0% - 4.9% |
| 5.0% - 7.9% |
| 8.0% - 9.9% |
| 10.0% - 14.9% |
| 15.0% or more |

**Weekly absolute change categories**
(arrow based on absolute change in weekly test positivity)

| | |
|---|---|
| -2.1% or less | ↓ |
| -2.0% - -0.6% | ↘ |
| -0.5% - 0.0% | → |
| +0.1% - +0.5% | ↗ |
| +0.6% - +2.0% | ↗ |
| +2.1% or more | ↑ |

Most recent dates may be less reliable due to delayed reporting. States in gray have limited or no reporting in most recent week.

**Source:** Unified Testing Dataset. See Data Sources/Methods slides for additional details.

CA testing data has at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022367

# TRENDS IN EMERGENCY DEPARTMENT DISCHARGE DIAGNOSES DURING THE LAST 8 WEEKS







**Average percent of ED visits with COVID-19 discharge diagnosis**

(based on proportion of discharge diagnoses including COVID-19 over the last 7 days)

| | |
|---|---|
| 0.9% or less | |
| 1.0% - 2.9% | |
| 3.0% - 4.9% | |
| 5.0% - 7.9% | |
| 8.0% or more | |

**Weekly absolute change**

(based on change in COVID-19 diagnosis percentage, or COVID-19 ED visit percentage where diagnosis data is incomplete)

| | |
|---|---|
| -2% or less | ↓ |
| -1% | ↘ |
| 0% | → |
| +1% | ↗ |
| +2% | ↗ |
| +3% or more | ↑ |

**Primary Source:** National Syndromic Surveillance Program (NSSP). <15% of ED facilities in CA, HI, IA, MN, and OK participate in NSSP. OH data stream is currently down due to a recent system upgrade. MO discharge diagnosis data is incomplete

**Secondary Source:** Unified Hospital Dataset ED visits. This includes all visits related to COVID-19, which includes patients that *"meet suspected or confirmed definition or presents for COVID diagnostic testing".*

*See Data Sources/Methods slides for additional details.*

*\*Some states have low participation rates in NSSP (<15% of facilities) or unavailable ED diagnosis data. Therefore, the Unified Hospital Dataset was used to generate the trend arrow for comparison.*

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022368



**Confirmed admission rate categories**
(based on confirmed COVID-19 admissions per 100 beds over the last 7 days)

| |
|---|
| 1.0 or less |
| 1.1 - 3.0 |
| 3.1 - 5.0 |
| 5.1 - 10.0 |
| 10.1 - 15.0 |
| 15.1 or more |

**Weekly % change categories**
(arrow based on % change in weekly confirmed COVID-19 admissions)

| | |
|---|---|
| -26% or less | ↓ |
| -25% - -11% | ↘ |
| -10% - 0% | → |
| +1% - +10% | ↗ |
| +11% - +25% | ↗ |
| +26% or more | ↑ |

Figure depicts confirmed hospital admissions per 100 inpatient beds.

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

Data for ME weekly change in hospital admissions should be interpreted with caution, as it likely contains a reporting error in the previous week's reporting window. This is currently under investigation.

# TRENDS IN HOSPITAL INPATIENT COVID UTILIZATION DURING THE LAST 8 WEEKS







**Inpatient bed utilization categories**
(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

| |
|---|
| 3% or less |
| 4% - 7% |
| 8% - 12% |
| 13% - 15% |
| 16% - 20% |
| 21% or more |

**Weekly absolute change categories**
(arrow based on absolute change in weekly % of beds occupied by confirmed COVID-19 patients)

| | |
|---|---|
| -2% or less | ↓ |
| -1% | ↘ |
| 0% | → |
| +1% | ↗ |
| +2% | ↗ |
| +3% or more | ↑ |

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022370

# TRENDS IN STAFFED ADULT ICU BED CAPACITY DURING THE LAST 8 WEEKS

Staffed Adult ICU Bed Capacity // Document 4ee3 // Page 266 of 318



**Staffed Adult ICU COVID Utilization categories**
(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

| |
|---|
| 3% or less |
| 4% - 7% |
| 8% - 12% |
| 13% - 15% |
| 16% - 20% |
| 21% or more |

**Weekly absolute change categories**
(arrow based on absolute change in weekly % of ICU beds occupied by confirmed COVID-19 patients)

| | |
|---|---|
| -2% or less | ↘ |
| -1% | ↘ |
| 0% | → |
| +1% | → |
| +2% | ↗ |
| +3% or more | ↑ |

Color based on ICU confirmed COVID-19 utilization only. Light gray based on overall ICU utilization. Most recent dates may be less reliable due to delayed reporting.

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.



INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022371

# TRENDS IN PERCENT OF POPULATION AGED 12+ INITIATING VACCINATION DURING THE LAST 8 WEEKS



**Percent of population 12+ initiating vaccination**

(based on percent of population in last 7 days)

| |
|---|
| +0.5% or less |
| +0.6% - +1.0% |
| +1.1% - +1.5% |
| +1.6% - +2.0% |
| +2.1% - +2.5% |
| +2.6% - +3.0% |
| +3.1% or more |

**Weekly absolute change categories**

(arrow based on absolute change in percent of population)

| | |
|---|---|
| -0.26% or less | ↓ |
| -0.25% - -0.11% | ↘ |
| -0.10% - +0.01% | → |
| +0.02% - +0.10% | → |
| +0.11% - +0.25% | ↗ |
| +0.26% or more | ↑ |

**Source:** Unified COVID-19 Vaccine Dataset. See Data Sources/Methods slides for additional details.



INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022372

# TRENDS IN COVID-19 TEST POSITIVITY BY AGE GROUP AND REGION

## National



| Age group | Test positivity (last 7 days) | abs. change from previous week |
|---|---|---|
| <5 | 4.9% | +1.1% ↗ |
| 5-11 | 7.7% | +2.7% ↑ |
| 12-17 | 9.3% | +3.0% ↑ |
| 18-24 | 9.0% | +2.2% ↑ |
| 25-44 | 8.4% | +2.4% ↑ |
| 45-64 | 6.6% | +2.0% ↗ |
| 65+ | 4.7% | +1.4% ↗ |

## Regional



| Age group | Region 1 abs. change | Region 2 abs. change | Region 3 abs. change | Region 4 abs. change | Region 5 abs. change | Region 6 abs. change | Region 7 abs. change | Region 8 abs. change | Region 9 abs. change | Region 10 abs. change |
|---|---|---|---|---|---|---|---|---|---|---|
| <5 | +0.3% → | +0.3% → | +0.5% → | +2.2% ↑ | +0.6% ↗ | +2.4% ↑ | +0.4% → | +0.2% → | +2.3% ↑ | +0.8% ↗ |
| 5-11 | +0.7% ↗ | +0.8% ↗ | +1.0% ↗ | +4.2% ↑ | +1.1% ↗ | +4.3% ↑ | +0.2% → | +0.6% ↗ | +3.9% ↑ | +1.0% ↗ |
| 12-17 | +0.4% → | +0.9% ↗ | +1.3% ↗ | +5.5% ↑ | +1.9% ↗ | +4.2% ↑ | +0.3% → | +0.7% ↗ | +5.1% ↑ | +1.2% ↗ |
| 18-24 | +0.3% → | +1.0% ↗ | +1.2% ↗ | +4.4% ↑ | +1.7% ↗ | +2.7% ↑ | +0.1% → | +0.3% → | +3.5% ↑ | +1.6% ↗ |
| 25-44 | +0.6% ↗ | +0.9% ↗ | +1.4% ↗ | +4.6% ↑ | +1.5% ↗ | +2.9% ↑ | +0.4% → | +1.0% ↗ | +3.2% ↑ | +1.7% ↗ |
| 45-64 | +0.6% ↗ | +0.7% ↗ | +1.1% ↗ | +3.8% ↑ | +1.1% ↗ | +2.9% ↑ | +0.4% → | +0.8% ↗ | +3.1% ↑ | +1.3% ↗ |
| 65+ | +0.3% → | +0.5% → | +0.8% ↗ | +2.9% ↑ | +0.8% ↗ | +1.7% ↗ | +0.2% → | +0.6% ↗ | +2.0% ↗ | +0.4% → |

**Source:** Unified Testing Dataset. Figures show 7-day average over the last 8 weeks. See Data Sources/Methods slides for additional details. Absolute change is shown as light red if +0.6% to +2.0%, and dark red if +2.1% or higher.

# TRENDS IN COVID-19 TEST VOLUME BY AGE GROUP AND REGION

## National



| Age group | Test volume per 100k (last 7 days) | % change from previous week |
|---|---|---|
| <5 | 944 | +19% ↗ |
| 5-11 | 923 | +10% → |
| 12-17 | 987 | +13% ↗ |
| 18-24 | 1,472 | +15% ↗ |
| 25-44 | 1,652 | +18% ↗ |
| 45-64 | 1,343 | +16% ↗ |
| 65+ | 1,239 | +17% ↗ |

## Regional



| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| <5 | +12% ↗ | +10% → | +7% → | +83% ↑ | +12% ↗ | +15% ↗ | +16% ↗ | +3% → | +5% → | +15% ↗ |
| 5-11 | +5% → | +6% → | +7% → | +115% ↑ | +9% → | +9% → | +14% ↗ | +5% → | -12% ↘ | +6% → |
| 12-17 | +7% → | +3% → | +4% → | +109% ↑ | +6% → | +3% → | +20% ↗ | +7% → | -6% → | +4% → |
| 18-24 | +1% → | +6% → | +6% → | +102% ↑ | +3% → | +18% ↗ | +23% ↗ | +4% → | +1% → | +11% ↗ |
| 25-44 | +9% → | +6% → | +9% → | +116% ↑ | +7% → | +19% ↗ | +21% ↗ | +2% → | +1% → | +16% ↗ |
| 45-64 | +7% → | +2% → | +7% → | +112% ↑ | +5% → | +14% ↗ | +21% ↗ | +1% → | -3% → | +20% ↗ |
| 65+ | +7% → | -1% → | +4% → | +113% ↑ | +5% → | +13% ↗ | +18% ↗ | +1% → | -3% → | +45% ↑ |

**Source:** Unified Testing Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

T42AR-0022374

# TRENDS IN CONFIRMED COVID-19 ADMISSIONS BY AGE GROUP AND REGION

## National



| Age group | Conf. admits per 100k (last 7 days) | % change from previous week |
|---|---|---|
| <18 | 1.0 | +12% ↗ |
| 18-29 | 4.4 | +33% ↑ |
| 30-39 | 7.8 | +31% ↑ |
| 40-49 | 10.4 | +37% ↑ |
| 50-59 | 12.6 | +31% ↑ |
| 60-69 | 14.1 | +30% ↑ |
| 70+ | 20.2 | +37% ↑ |

## Regional



| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| <18 | -89% ↓ | +71% ↑ | +48% ↑ | +40% ↑ | -1% → | +11% ↗ | +18% ↗ | -3% → | +40% ↑ | +60% ↑ |
| 18-29 | +36% ↑ | +11% ↗ | -7% → | +49% ↑ | +28% ↑ | +48% ↑ | +13% ↗ | -20% ↘ | +29% ↑ | -5% → |
| 30-39 | +8% → | +14% ↗ | +20% ↗ | +46% ↑ | +32% ↑ | +21% ↗ | -6% → | +4% → | +46% ↑ | -3% → |
| 40-49 | +4% → | +59% ↑ | +36% ↑ | +52% ↑ | +43% ↑ | +30% ↑ | +16% ↗ | +37% ↑ | +23% ↗ | +16% ↗ |
| 50-59 | +23% ↗ | +32% ↑ | +8% → | +57% ↑ | -1% → | +21% ↗ | -5% → | +2% → | +39% ↑ | +18% ↗ |
| 60-69 | +67% ↑ | +32% ↑ | +39% ↑ | +49% ↑ | +18% ↗ | +16% ↗ | +34% ↑ | +5% → | +16% ↗ | +30% ↑ |
| 70+ | +27% ↑ | +49% ↑ | +41% ↑ | +62% ↑ | +33% ↑ | +26% ↑ | +26% ↑ | -10% → | +19% ↗ | +15% ↗ |

**Source:** Unified Hospital Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details. Percent change is shown as light red if +11% to +25%, and dark red if +26% or higher.

## DATA NOTES

- Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.
- **Population/Demographics:** Population and demographic data is from US Census Vintage 2019 Demographic Estimates.

- **Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

- **Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. Viral (RT-PCR) lab test positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

- **Hospital Data**: Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.
  - Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
  - Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
  - Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

## Color Thresholds for Indicators

The green-to-red color thresholds convey information on levels of transmission severity. There are not specific labels associated with each color threshold.

Colors are determined by first rounding a raw number to the nearest integer or tenth, and then selecting the associated color. If there is no data or a metric cannot be computed, a cell is colored gray.

Color thresholds were set based on a variety of factors and analyses, including assessing historical correlations in test positivity and case counts.

Additional shades of red are used for certain visualizations to provide greater context.

NOTE: Colors are applied after rounding to the displayed digits of precision

### CASES/DEATHS

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed cases - 7-day total | | | *colored by per capita thresholds* | | | |
| Cases per 100k - 7-day total | 4 or less | 5 – 9 | 10 – 49 | 50 – 99 | 100 – 199 | 200 or more |
| Confirmed deaths - 7-day total | | | *colored by per capita thresholds* | | | |
| Confirmed deaths per 100k - 7-day total | not used | 0.0 | 0.1 – 0.9 | 1.0 – 1.9 | 2.0 – 4.9 | 5.0 or more |
| Confirmed cases - % change | | | | | | |
| Confirmed deaths - % change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |

### VIRAL (RT-PCR) LAB TESTING

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Viral (RT-PCR) lab test positivity rate - 7 day average | 2.9% or less | 3.0% – 4.9% | 5.0% – 7.9% | 8.0% – 9.9% | 10.0% – 14.9% | 15.0% or more |
| Total RT-PCR diagnostic tests - 7-day total | | | *colored by per capita thresholds* | | | |
| RT-PCR tests per 100k - 7-day total | 5,000 or more | 3,000 – 4,999 | 2,000 – 2,999 | 1,000 – 1,999 | 500 – 999 | 499 or less |
| Viral (RT-PCR) lab test positivity rate - absolute change | -2.1% or less | -2.0% – -0.6% | -0.5% – +0.0% | +0.1% – +0.5% | +0.6% – +2.0% | +2.1% or more |
| Total RT-PCR diagnostic tests - percent change | +26% or more | +25% – +11% | +10% – +1% | +0% – -10% | -11% – -25% | -26% or less |

### HOSPITAL UTILIZATION

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed COVID-19 admissions - 7-day total | | | *colored by per 100 bed thresholds* | | | |
| Suspected COVID-19 admissions - 7-day total | | | | | | |
| Total COVID-19 admissions - 7-day total | | | | | | |
| Confirmed COVID-19 admissions per 100 inpatient beds - 7-day total | 1.0 or less | 1.1 – 3.0 | 3.1 – 5.0 | 5.1 – 10.0 | 10.1 – 15.0 | 15.1 or more |
| Suspected COVID-19 admissions per 100 inpatient beds - 7-day total | | | | | | |
| Total COVID-19 admissions per 100 inpatient beds - 7-day total | 2.0 or less | 2.1 – 5.0 | 5.1 – 10.0 | 10.1 – 15.0 | 15.1 – 20.0 | 20.1 or more |
| % inpatient beds occupied | GRAY 0% – 80% | | | | 81% – 90% | 91% or more |
| % ICU beds occupied | | | | | | |
| % ventilators in use | | | | | | |
| % inpatient beds occupied by COVID-19 patient | 3% or less | 4% – 7% | 8% – 12% | 13% – 15% | 16% – 20% | 21% or more |
| % ICU beds occupied by COVID-19 patient | | | | | | |
| % ventilators in use by COVID-19 patient | | | | | | |
| Confirmed COVID-19 admissions per 100 inpatient beds - percent change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |
| Suspected COVID-19 admissions per 100 inpatient beds - percent change | | | | | | |
| % inpatient beds occupied - absolute change | -2% or less | -1% | 0% | +1% | +2% | +3% or more |
| % inpatient beds occupied by COVID-19 patient - absolute change | | | | | | |
| % ICU beds occupied - absolute change | | | | | | |
| % ICU beds occupied by COVID-19 patient - absolute change | | | | | | |
| % ventilators in use - absolute change | | | | | | |
| % ventilators in use by COVID-19 patient - absolute change | | | | | | |
| Monoclonal antibody courses administered by hospitals - percent change | 100% or more | 99% – 20% | 19% – 0% | -1% – -19% | -20% – -99% | -100% or less |

T42AR-0022377

**States that have provided no county testing data for the most recent days of reporting:**

- MH provided no testing data after 05/27: MH's testing numbers may therefore be a significant underestimate of the true value.
- MP provided no testing data after 07/18: MP's testing numbers may therefore be a significant underestimate of the true value.
- CA provided no testing data after 07/19: CA's testing numbers may therefore be a significant underestimate of the true value.
- CT provided no testing data after 07/21: CT's testing numbers may therefore be a significant underestimate of the true value.
- MO provided no testing data after 07/22: MO's testing numbers may therefore be a significant underestimate of the true value.
- WA provided no testing data after 07/22: WA's testing numbers may therefore be a significant underestimate of the true value.

**States that have provided no state testing data for the most recent days of reporting**

- MH provided no testing data after 05/27: MH's testing numbers may therefore be a significant underestimate of the true value.
- MP provided no testing data after 07/18: MP's testing numbers may therefore be a significant underestimate of the true value.
- CA provided no testing data after 07/19: CA's testing numbers may therefore be a significant underestimate of the true value.
- CT provided no testing data after 07/21: CT's testing numbers may therefore be a significant underestimate of the true value.
- MO provided no testing data after 07/22: MO's testing numbers may therefore be a significant underestimate of the true value.
- WA provided no testing data after 07/22: WA's testing numbers may therefore be a significant underestimate of the true value.

**Cases and Deaths**

- County-level case and death data are inclusive of all updates as of 01PM 7/26/2021.
- State-level case and death data are inclusive of all updates as of 01PM 7/26/2021.

**County Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

**State Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY



The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

## Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

## Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

## Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:**
Decision tree model that leverages the following features, trained based on prior data:

*Cases*
- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days

*Testing*
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

## Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
  AND
- Number of days in downward case trajectory* ≤ 7 days
  AND
- >50 cases during past week
  AND
- Conditions must hold for at least 3 of the previous 5 days

## Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
  AND
- >200 new cases per 100k population OR >1,000 new cases in the past two weeks
  AND
- Daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
  AND
- >100 cases during the last two weeks
  AND
- Conditions must hold for at least 3 of the previous 5 days

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

## High Burden - Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
  AND
- Not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
  AND
- >100 new cases per 100k population OR >500 new cases in last week
  AND
- Number of days in downward trajectory* ≥ 7
  AND
- >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

## Moderate Burden - Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

*Number of Days in Downward Case Trajectory: This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

**INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE**



T42AR-0022379



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

August 18, 2020

## DECISION REQUESTED

**Recommendation**:

- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be continued in its current form until Tuesday, August 25, 2020 pending a review of additional information requested by the Director regarding the implementation of the Order.

**Pros**:

- In general, the federal government's overall experience under the Order, together with the factual developments since May 20, 2020, strengthen the policy rationales for continuing the Order for 30 days.  The factual bases and policy rationales for continuation are robust.
- The Order has reduced the risk of COVID-19 transmission in ports of entry (POEs) and Border Patrol stations, and thereby reduced risks to DHS personnel and the U.S. health care system.
  - DHS data shows that the Order has significantly reduced the population of covered aliens held in congregate settings in POEs and Border Patrol stations, thereby reducing the risk of COVID-19 transmission for DHS personnel and others within these facilities.
    - The average daily population of covered aliens in CBP custody is currently 895, compared to an average daily population of 3,292 in the 75 days prior to the Order.
      - However, this is 173% increase in the daily population since the July review (327).  July has had the highest number of enforcement encounters since the Order was implemented with 40,764.
      - Prior to July, average daily population has dropped despite rises in CBP enforcement encounters from April (16,084) to May (21,649) to June (32,935).
      - Importantly, the number of enforcement encounters with confirmed cases of COVID-19 is also rising.  CBP encountered one confirmed case in April, seven in May, 24 in June, 61 July, and 9 in August (as of August 6)).
    - While the Order has reduced the risk of COVID-19 infection in POEs and Border Patrol stations, the COVID-19 pandemic has still impacted CBP's workforce and operations. As of August 7, 2020, CBP has had 1,806 employees contract COVID-19, a 56% increase compared to the 1,158 on July 7, 2020, **_with ten employee and one contractor deaths related to the virus_**.[1]
      - CBP has experienced a gradual decrease in the number of employees currently quarantined due to potential exposure to COVID-19 with 552 CBP employees, representing 2.1% of the workforce assigned to the Southwest border currently quarantined.
      - However COVID-19 has strained CBP operations at times.  For example, Laredo Port of Entry (LPE) is experiencing high levels of cases.  This is

---

[1] By comparison, 447 CBP employees had tested positive for COVID-19 as of June 8, 2020.

Restricted Use/All CDC Staff

significant given the POE's size and role in facilitating high volumes of commercial traffic to and from Mexico.  Despite COVID-19 staff reductions, LPE was able to recover from an initial drop in commercial travel processing due in part shift officers from passenger operations to the trade environments. If officer exposure rates increased, in combination with increased passenger and migrant processing and care duties, it has the potential to force lane closures and extensive commercial vehicle wait times.
  - The public health risks to the DHS workforce—and the erosion of DHS operational capacity—would have been greater absent the Order.
  o In the 50 days preceding the Order, CBP officers made over 1,600 trips to community hospitals to facilitate advanced medical care for detainees. For the first 80 days after the Order's implementation, CBP has made only 400 trips for detainees to receive medical care from community hospitals. This represents a 75% decrease in utilization.  The risks of COVID-19 transmission and overcapacity in community hospitals serving domestic populations would have been greater absent the Order.
- The public health situation in Mexico continues deteriorate and to pose a serious risk to U.S. public health.  As of August 17, Mexico reports 522,162 confirmed cases and 56,757 deaths.
  o As of July 31, 16 of Mexico's 32 are under the most restrictive public health designation with the remaining 16 states under the second most restrictive public health designation.
  o Mexico's COVID-19 positivity rate is approximately 42%.  This is an improvement from a positivity rate of approximately 50% on July 17.[2]
  o The Mexican government projects pandemic peak, this time from late July to late August.
  o The public health situation in Mexico remains highly variable across the country:
    - As of August 6, Nuevo Leon recorded 35,975 cases, with a 66% hospital occupancy rate.
    - Tijuana, Baja California, spiked to near record levels (148 active cases) on August 1. Doctors and nurses at Tijuana's Hospital General pleaded for help in an open letter published on Facebook, saying they lack medication, including sedatives used for intubation, and equipment to treat patients.
    - Baja California Sur state (BCS) is experiencing increased case count, reaching 4,705 confirmed COVID cases, including 2,435 active cases, 2,057 recovered, and 213 deaths. BCS's public hospital occupancy rate reached 52% with a decreased ICU occupancy of 29%.  Despite the ban on non-essential travel, more than 27,600 U.S. citizens flew into BCS between July 15 to August 3, suggesting uneven enforcement of the non-essential travel ban by Mexican authorities.
    - Matamoros state reported 17,986 total cases (4,559 active cases) and 1,119 deaths as of August 5. Hospitals reported 746 patients requiring hospitalization statewide, with 78 on ventilators. While 60% of all COVID-designated beds in Tamaulipas are occupied, the two primary public hospitals in Matamoros treating COVID-19 patients report 85% occupancy.

---

[2] [2] Mexico's official statistics for COVID infections and number of deaths provide insights to general trends, but have serious deficiencies and greatly understate actual totals. COVID infections and deaths are multiples of what is reported.  Mexico has the lowest diagnostic testing per capita of OECD countries.

Restricted Use/All CDC Staff

- The current stress on Mexico's healthcare system is continuing to have a spillover effect in the United States.  Along the U.S.-Mexico border, hospitals in southern California continue to report transferring patients to less impacted areas further north due to influx of U.S. citizens and green card holders from Mexico seeking care.

- COVID-19 pandemic is accelerating in South and Central America.  The migration of South and Central Americans to the United States through Mexico and Canada heightens the serious danger of introduction of COVID-19 into the United States.
  - Guatemala reports 62,944 confirmed cases, El Salvador 23,193, Honduras 50,502.
  - Brazil has 3,340,197 confirmed cases.
  - Other countries in the Americas experiencing an acceleration in community transmission of COVID-19 include: Peru (535,946 confirmed cases), Chile (387,502), and Colombia (468,332), Argentina (294,569), Dominican Republic (86,309) and Ecuador (101,751).

- The number of confirmed COVID-19 cases continues to increase in the United States as well.  Continuation of the Order would mitigate the risk of further introduction of COVID-19 into the United States from Canada and Mexico—and related burdens on the U.S. health care system—at a time when U.S. states are seeing more COVID-19 cases and imposing public health measures designed to slow the spread of COVID-19.
  - Examples of public health measures imposed by U.S. states include:
    - As of August 17, public events, faith-based services, and gatherings of more than 100 people or more than 25% of space capacity, convention centers, recreational sports, bars, theme parks, and indoor playgrounds remained closed statewide in California.  Restaurants, movie theaters, wineries/tasting rooms, and museums are barred are restricted to outdoor operations only.
    - As of August 17, Texas requires a mask or facial covering in public anywhere a person cannot socially distance, subject to limited exceptions.  Similarly, many establishments, facilities, and events continue to be limited to 50% occupancy.  Outdoor gatherings in excess of 100 people, not covered by an exemption, must be approved in advance by local officials.
    - On August 6, Arizona announced county-level benchmarks for returning to school in-person that include (1) a two-week decline in weekly averages cases or two weeks below 100 cases per 100,000 population; (2) two positivity testing rate below 7%; and (3) two weeks with less than 10% of hospital visits due to COVID-19.
      - As of August 17, Arizona reported a positivity rate of 13.5% and a rate of cases per 100,000 population of 2,698.
      - Business re-opening guidelines are tied to similar county-level benchmarks.
  - ICU bed occupancy remains above national average in California (69.49%), Arizona (83.03%), and Texas (75.4%), among other states.  The risk of local health care systems being overwhelmed remains a concern.
  - CDC staff believes travel restrictions remain an effective intervention, particularly while no vaccine or approved therapeutic for COVID-19 is widely available.

- Restrictions on non-essential travel across the U.S.-Canadian and U.S.-Mexico borders have been extended by joint agreements until, at least, July 21, 2020.  So continuing the Order would align with the existing international agreements.

Restricted Use/All CDC Staff

**Cons:**

- Some members of Congress, immigrant advocacy groups, media outlets, and academics have criticized the Order.  One of the primary criticisms is that aliens who CDC expels under the Order do not have an opportunity to make claims for relief under the asylum and other federal immigration laws, and return to allegedly dangerous conditions in their home countries. This criticism will likely continue if CDC renews the Order.
- The potential for unintended consequences (inherent in any administrative action) that are presently unforeseen.

**Next Steps:**

- If this recommendation is approved, the Order will remain in place until Tuesday, August 25, 2020, as current conditions warrant continued implementation.  While the Order remains in place CDC, HHS, and DHS will evaluate whether, based on the additional information requested by CDC on its implementation, the Order should be extended in current form, modified, or terminated.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved __X___          Not Approved _____          Would like briefing _____


_____          _ August 18, 2020 _____
Robert R.Redfield, MD          Date


Attachments:

- U.S. Customs and Border Patrol, 42 U.S.C. § 265 Perodic Review Memorandum (August 10, 2020);
- CDC COVID View Weekly Summaries: https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/covid-view-past-summaries.html?Sort=Article%20Date%3A%3Adesc
  - COVID View Summary ending on August 8, 2020 (last updated August 14, 2020)
  - COVID View Summary ending on July 25, 2020 (last updated July 31, 2020)
  - COVID View Summary ending on July 18, 2020 (last updated July 24, 2020);
  - COVID View Summary ending on July 11, 2020 (last updated July 17, 2020);
  - COVID View Summary ending on July 4, 2020 (last updated July 10, 2020);
- HHS, HHS Protects (last updated August 17, 2020), public data hub available at https://www.cdc.gov/nhsn/covid19/report-overview.html;

Restricted Use/All CDC Staff

- CDC, Hospitalization Forecasts, (last updated Aug. 12, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/hospitalizations-forecasts.html
- U.S. Department of State, Canada Sitreps (June 17 – July 16, 2020) (enclosed):
  - Canada Coronavirus/COVID-19 Weekly Update – July 29, 2020;
  - Canada Coronavirus/COVID-19 Weekly Update – July 22, 2020;
  - Canada Coronavirus/COVID-19 Weekly Update – July 15, 2020;
- U.S. Department of State, Mexico Sitreps (June 18 – July 16, 2020) (enclosed):
  - Mission Mexico COVID-19 Sitrep – July 14, 2020 (Tuesday AM);
  - Mission Mexico COVID-19 Sitrep – July 15, 2020 (Wednesday AM);
  - Mission Mexico COVID-19 Sitrep – July 16, 2020 (Thursday AM);
  - Mission Mexico COVID-19 Sitrep – July 17, 2020 (Friday) AM);
  - Mission Mexico COVID-19 Sitrep – July 20
  - Mission Mexico COVID-19 Sitrep – July 21
  - Mission Mexico COVID-19 Sitrep – July 22
  - Mission Mexico COVID-19 Sitrep – July 23
  - Mission Mexico COVID-19 Sitrep – July 24
  - Mission Mexico COVID-19 Sitrep – July 28
  - Mission Mexico Weekly COVID-19 Cables – July 31 – August 1, 2020;
  - Mission Mexico Weekly COVID-19 Cables – August 7-8, 2020;
  - Mission Mexico Weekly COVID-19 Cables – August 14-15, 2020;

- HHS-OGA Materials (enclosed):
  - Gobierno de Mexico, Secretaria de Salud, COVID-19 MÉXICO Comunicado Técnico Diario, Phase 3, August 16, 2020;
  - Gobierno de Mexico, Secretaria de Salud, Informe Técnico Diario COVID-19 Mexico, August 16, 2020;
  - HHS-OGA, Mexico Situation Report: Estminated Cases, August 17, 2020;
  - HHS-OGA, Weekly COVID-19 Cumulative Cases United States-Mexico Border States, July 6, 2020.

- State Government Material (enclosed):
  - News Release, Arizona: Open For Learning, Office of the Governor of Arizona (July 23, 2020);
  - Executive Order No. GA-28: Relating to the Targeted Response to the COVID-19 Disaster as Part of the Reopening of Texas, Office of the Governor of Texas (Jun. 26, 2020);
  - Executive Order No. GA-29: Relating to the Use of Face Coverings During the COVID-19 Disaster, Office of the Governor of Texas (Jun. 26, 2020); and
  - Stay Home Q&A, California Dep't. of Public Health and Office of the Governor of California (last visited August 17, 2020).

Restricted Use/All CDC Staff

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

September 4, 2020

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

## DECISION REQUESTED

**Recommendation**:

- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be modified and continued until Thursday, September 17, 2020. The potential modification of the Order relates to aliens from four home countries that accept the return of their citizens expelled under the Order only if their citizens test negative for coronavirus disease 2019 (COVID-19). Under the modification, the Centers for Disease Control & Prevention (CDC) would exempt from the Order any alien adult or minor who must test negative for COVID-19 before U.S. Immigration and Customs Enforcement (ICE) of the U.S. Department of Homeland Security (DHS) expels them directly to one of the four home countries. ICE would refer such single alien minors to the custody of the Office of Refugee Resettlement (ORR) of the Administration for Children and Families (ACF) of the U.S. Department of Health and Human Services (HHS).

- This modification would take effect immediately, and memorialize an operational change that ICE made on Wednesday, August 26, 2020.

**Pros**:

- This memorandum incorporates by reference the "pros" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Cons**

- This memorandum incorporates by reference the "cons" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Rationale for Proposed Modification**

- CDC previously reviewed the U.S. Customs and Border Protection (CBP) plan for implementation of the Order. The CBP plan contemplated the expulsion of covered aliens, subject to case-by-case exemptions made at the discretion of CBP officers and with the approval of CBP supervisors. CDC determined that the CBP plan was reasonable because it was not workable to implement the Order through widespread testing, quarantine, isolation, and conditional release of tens of thousands of covered aliens.

- Under the Order and the CBP plan, CBP expels certain aliens, while referring others to ICE for expulsion directly to the alien's home country. CBP does not test aliens for COVID-19 before expelling them from the United States under the Order. ICE, however, reports that four countries currently accept the return of their citizens expelled under the Order only if their citizens have tested negative for COVID-19. Covered aliens from those four countries comprise a small percentage of expulsions by ICE under the Order.

- The CBP plan remains the best solution for implementing the Order overall. Nevertheless, at this time, the better approach for those covered aliens who must test negative for COVID-19

before ICE expels them directly to one of the four home countries is to exempt such aliens from the Order and allow ICE to process them under Title 8 of the U.S. Code.

- o At this time, based on the experience of CDC and DHS under the Order, as well as current ICE and ORR operating conditions and public health protocols, the public health risks presented by the introduction of such aliens into ICE facilities and ORR shelters are not prohibitive. ICE and ORR appear capable of maintaining appropriate public health protocols in their facilities and shelters, respectively, for incremental numbers of additional aliens who ICE would otherwise expel after COVID-19 testing.
- o Variables such as the numbers of new aliens and the capacities and appropriate public health protocols for the ICE facilities and ORR shelters are material to the public health analysis. A material change in one of those variables (e.g., a dramatic increase in the number of covered aliens who must test negative for COVID-19 before ICE expels them directly to one of the four home countries) would trigger reconsideration of the public health analysis.
- CDC can continue to monitor the public health risks presented by the introduction into ICE facilities and ORR shelters of these covered aliens. CDC can then make any appropriate modifications to the Order should the public health risks change.

**Next Steps:**

- If this recommendation is approved then the Order as modified will remain in place until Thursday, September 17, 2020, which is 30 days from end of the last recurrent 30-day review of the Order on August 18, 2020. While the Order remains in place, CDC will evaluate whether the Order should be continued in its current form, further modified, or terminated.
- The CDC Director should inform the HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved __X_____      Not Approved _____      Would like briefing _____


_____       September 4, 2020
Robert R. Redfield, MD                 Date



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

September 17, 2020

**DECISION REQUESTED**

**Recommendation**:

- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be continued, as modified by September 4, 2020 Decision Memorandum, until Thursday, October 16, 2020.

**Pros**:

- In general, the federal government's overall experience under the Order, together with the factual developments since May 20, 2020, strengthen the policy rationales for continuing the Order for 30 days.  The factual bases and policy rationales for continuation are robust.
  - The Decision Memorandum issued on September 4, 2020, modified the implementation of the order by exempting any covered alien, adult or minor, who must test negative for COVID-19 before being expelled to their home country.  This modification went into effect immediately and memorialized an operational change that ICE made on August 26, 2020.
  - Based the experiences of CDC and DHS since the modification, as well as current ICE and ORR operating conditions and public health protocols, the public health risks presented by the introduction of such aliens into ICE facilities and ORR shelters are not prohibitive.
- The Order has reduced the risk of COVID-19 transmission in ports of entry (POEs) and Border Patrol stations, and thereby reduced risks to DHS personnel and the U.S. health care system. The public health risks to the DHS workforce – and the erosion of DHS operational capacity – would have been greater absent the Order.
  - DHS data shows that the Order has significantly reduced the population of covered aliens held in congregate settings in POEs and Border Patrol stations, thereby reducing the risk of COVID-19 transmission for DHS personnel and others within these facilities.
    - In the time since March 21, the daily average is 1,060 detainees. This is a 68% reduction of daily in custody numbers since March 21, and a 71% reduction from the same period in 2019.
    - However, even with the Order in effect the daily average population has increased 224% since June (327).
    - August has had the highest number of enforcement encounters since the Order was implemented with 49,594.
    - August was also the month with the largest number of enforcement encounters with confirmed cases of COVID-19 with 53 as compared to 45 in July.
  - While the Order has reduced the risk of COVID-19 infection in POEs and Border Patrol stations, the COVID-19 pandemic continues to impact CBP's workforce and operations. As of September 10, 2020, CBP has had 2,027 employees contract COVID-19 with 11

employees and one contractor dying from COVID-19.  The majority of CBP cumulative COVID-19 cases are along the U.S.-Mexico border: Texas (854), California (304), and Arizona (216).

- Active cases among CBP employees nationwide are 532, a 56.5% reduction compared to the 1,223 on August 6, 2020.  Active cases are also concentrated along the U.S.-Mexico border with the exception of Florida (111): Texas (186), California (84), Arizona (28).
- As of September 9, 2020, 580 CBP employees assigned to the Southwest Border are in voluntary COVID-related self-quarantine, or 2.2% of the Southwest Border personnel.  In addition, 79 CBP employees assigned to the Northern Border are in voluntary COVID-related self-quarantine, or 0.9% of the Northern Border personnel.
- CBP personnel stationed at the Laredo Port of Entry and surrounding border patrol stations in the Laredo Sector the continues to experience high levels of cases.

- The COVID-19 pandemic in Mexico continues to pose a serious risk to U.S. public health.  As of September 17, 2020, Mexico reports 680,931 confirmed cases and 71,978 deaths.[1]
  - Mexico's positivity rate is estimated to be around 44% based on confirmed positive cases, confirmed negative tests, and suspected cases.  This is an improvement from a positivity rate of approximately 50% on July 17.
    - SALUD reported September 4 excess mortality totals of 122,765 deaths through August 28 versus 2019 totals. This figure includes confirmed cases of COVID-19 and deaths confirmed from other causes, but the excess suggests the true number of deaths from COVID in Mexico is much higher than official counts.
    - The national occupancy rate in COVID-19-designated hospitals is 33%, but rates are significantly higher in Colima (58%), Nuevo Leon (57%), Nayarit (51%), Mexico City (47%), Baja California Sur (45%), Hidalgo (41%), and the State of Mexico (39%).
    - ICU bed occupancy (beds with ventilator) is at 27% nationwide of a total of 10,628 ICU beds.  Aguascalientes (46%), Nuevo Leon, Mexico City (42%), and Colima (37%) have the highest rate of ICU occupancy.  The State of Mexico is at 30% occupancy.
  - As of September 17, 2020, 24 of Mexico's 32 states are categorized under the Government of Mexico's "Traffic Light" system as orange (non-essential workers allowed to return to the office at 30% capacity, some public spaces opened with reduced capacity) and 8 are yellow (normal economic activity may resume and small/indoor public spaces opened with reduced capacity, outdoor public spaces allowed to operate regularly).
    - Mexican authorities continue to urge the public to limit social gatherings, with the President of Mexico recently urging citizens not to celebrate Independence in large groups.
    - As of September 10, 2020, Nuevo Leon lifted restrictions to allow gyms, cinemas, theaters, casinos, spas, event spaces, and sports leagues to operate at 30% capacity and extended opening hours for restaurants and retail centers.  Daycare, bars, clubs, stadiums, and public pools remain closed.

---

[1] Mexico's official statistics for COVID infections and number of deaths provide insights to general trends, but have serious deficiencies and greatly understate actual totals. COVID infections and deaths are multiples of what is reported.  Mexico has the lowest diagnostic testing per capita of OECD countries.

- In Baja California, state health officials continues strict enforcement of preventative measures at ports of entry (POEs) to limit entry into Tamaulipas by non-residents from the United States.  However, Northbound cross-border traffic increased again after the long U.S. holiday weekend September 7 with 117,000 people returning to the United States during the week ending September 12.
- Between September 2–8, Tamaulipas state health officials turned away 447 southbound vehicles driven by U.S. citizens at Nuevo Laredo's Bridge 2 for violating state rules against non-essential travel, limiting travelers to two per vehicle, prohibiting travelers under age 12 and over age 65, and requiring face masks at all times.  State health officials continue health screenings at POEs in northern Coahuila. In addition, Nuevo Laredo municipal authorities continue to issue fines for not wearing face masks in public and violating travel restrictions.
  - Mutually agreed to limitations on non-essential travel between the United States and Mexico remain in effect given the on-going risk of transmission and spread of the virus associated with COVID-19 that places the populace of both nations at increased risk of contracting the virus associated with COVID-19.
- The COVID-19 pandemic continues to accelerate in South and Central America.  The migration of South and Central Americans to the United States through Mexico and Canada heightens the serious danger of introduction of COVID-19 into the United States.
  - Guatemala reports 82,924 confirmed cases (31% increase since August 18); El Salvador 27,193 (17% increase); Honduras 69,660 (37% increase).
  - Brazil has the third highest number of confirmed cases in the world with 4,419,083.
  - Other countries in the Americas experiencing high levels of community transmission include: Peru (744,400), Colombia (736,377), Argentina (589,012), Dominican Republic (105,521), Bolivia (128,872), and Ecuador (121,525).
- The number of confirmed cases continue to increase in the United States, although the rate of increase has slowed since the last review.  Continuing the Order would mitigate the risk of further introduction of COVID-19 into the United States from Canada and Mexico – and related burdens on the U.S. health care system.
  - As of September 16, 2020, the U.S. has had 6,571,867 cumulative confirmed cases and 195,053 deaths.  The 7-day average of new cases is 37,314 per day.  Nationally, the positivity rate for the past 7 days is 4.4%.
    - This represents a 44% decrease in 7-day averages of new cases since the July 24 national peak.  Since the April 20 national peak of 15,659 reported COVID-19 deaths in one week, the U.S. has seen a 67.5% decrease in weekly deaths, as of data dated September 13.
    - Since July 21, the U.S. has seen a 44.5% decrease in 7-day average daily current COVID-19 hospitalizations, from 67,316 to 37,371.  59% of jurisdictions are in a downward trajectory with respect to COVID-19 hospitalizations. However, CT, PR, RI, CO, ME, SC are worsening.
  - Hospitalization and Capacity:
    - Nationally, COVID-19 hospitalizations are decreasing from a peak of around ~24% to around 8%.  Nevertheless, around 19% of facilities have more than 80% of their ICU beds occupied.

- ▪ However, this decrease in hospital utilization is not uniform across the country.  The risk of local health care systems being overwhelmed remains a concern, particularly if transmission increases in the fall.
  - Texas: 67.42% of inpatient beds and 73.25% of ICU beds are occupied.
  - California: 67.69% of inpatient beds and 63.99% of ICU beds are occupied.
  - Arizona: 61.46% of inpatient beds and 50.30% of ICU beds are occupied
  - Other states with high (70%) rates of inpatient or ICU bed occupancy include: PA, NJ, CT, GA, NC, SC, MI, MD, MT, MS, WV, KY, RI, and FL.
  - In addition, a majority of states report elevated (60-69.9%) rates of inpatient or ICU bed occupancy including: NM, NV, LA, NY, VA, and WA, among others.
  - ▪ The Order continues to reduce CBP's hospital utilization. In last 60 days, as of September 16, a significantly lower 746 trips have been made for detainees to receive medical care from community hospitals.  By comparison, in the 50-day time period before the Order was implemented CBP made over 1,600 trips to (predominately rural) community hospitals.
- o Many public health measures imposed by U.S. states to slow the transmission of the virus remain in place.  Common restrictions include occupancy limitations or numbers caps at events, restaurants, faith-based services, and other public places.  Several states have tied lifting public health restrictions to COVID-19 related bench marks such as test positivity rate or number of active COVID-19 cases in a given jurisdiction.

### Cons

- Some members of Congress, immigrant advocacy groups, media outlets, and academics have criticized the Order.  One of the primary criticisms is that aliens who CDC expels under the Order do not have an opportunity to make claims for relief under the asylum and other federal immigration laws, and return to allegedly dangerous conditions in their home countries. This criticism will likely continue if CDC renews the Order.
- The potential for unintended consequences (inherent in any administrative action) that are presently unforeseen.
- Litigation risk remains high as there is a class-action lawsuit against the IFR and Orders implementing the CDC authority to suspend the introduction of persons.  Among other allegations, class action plaintiffs allege that DHS is conducting COVID-19 testing of some covered aliens prior to their expulsion to comply with home country's public health requirements for entry.

### Next Steps:

- If this recommendation is approved, the Order will remain in place.  CDC shall continue to reassess the factual basis for the Order every 30 days to determine whether current conditions warrant continued implementation, modification, or termination of the Order.   Such reassessment shall include continued review and oversight of CBP, ICE, and ORR implementation of the Order by the Director to ensure their operations are consistent with the public health interests identified in the Order for duration of this Decision Memorandum's effect.

- The Director retains the authority to extend, modify, or terminate the Order, or implementation of this Order, at any time as needed to protect the public health.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved ___X___          Not Approved _____          Would like briefing _____


_____          __September 17, 2020_____
Robert R.Redfield, MD                      Date

Attachments:

- U.S. Customs and Border Patrol, 42 U.S.C. § 265 Perodic Review Memorandum (September 15, 2020) (enclosed);
- U.S. Customs and Border Patrol, 42 U.S.C. § 265 Perodic Review Memorandum (September 4, 2020) (enclosed);
- Office of Refugee Resettlement Materials (enclosed):
  - Memorandum to ORR Director: Potential Shift of Title 42 Authorities: Medical Staging of New UAC Arrivals;
  - Southwest Border Bedspace Capacity and Time to Expand
  - CBP-SBO UAC Single Minor Enforcement Encounters March 20 – August 27, 2020;
  - Regional Quarantine Discharge Model
- CDC COVID View Weekly Summaries: https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/covid-view-past-summaries.html?Sort=Article%20Date%3A%3Adesc;
- HHS, HHS Protects (last updated September 17, 2020), public data hub available at https://www.cdc.gov/nhsn/covid19/report-overview.html;
- CDC, Hospitalization Forecasts, (last updated September. 17, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/hospitalizations-forecasts.html;
- HHS: COVID-19 Joint Information Center, Daily Communications Report – September 17, 2020 (enclosed);
- Centers for Disease Control and Prevention, Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID–19, 85 FR 55292, September 4, 2020 (enclosed);
- U.S. Department of State, Canada Sitreps (August 20 – September 16, 2020) (enclosed);
- U.S. Department of State, Mexico Sitreps (August 7 – September 11, 2020) (enclosed);

- Government of Mexico, Health Secretiat, COVID-19: https://coronavirus.gob.mx/;
- Government of Canada, Coronavirus disease (COVID-19): https://www.canada.ca/en/public-health/services/diseases/coronavirus-disease-covid-19.html
- *Flores v. Bar* Court Filings (enclosed):
  - o Emergency Motion Under Circuit Rule 27-3 for Administrative stay and Stay Pending Appeal;
  - o Interim Report on the Use of Temporary Housing for Minors and Families Under Title 42 by Independent Monitor and Dr. Paul Wise;
  - o Interim Report on the Use of Temporary Housing for Minors and Families under Title 42 by Independent Monitor;
- State Government Material (enclosed):
  - o Executive Order No. GA-28: Relating to the Targeted Response to the COVID-19 Disaster as Part of the Reopening of Texas, Office of the Governor of Texas (Jun. 26, 2020);
  - o Executive Order No. GA-29: Relating to the Use of Face Coverings During the COVID-19 Disaster, Office of the Governor of Texas (Jun. 26, 2020); and
  - o Stay Home Q&A, California Dep't. of Public Health and Office of the Governor of California (last visited September 14, 2020).

T42AR-0022471



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

August 25, 2020

## DECISION REQUESTED

**Recommendation:**
- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be continued until Wednesday, August 26, 2020, pending further consideration of information regarding the implementation and potential modification of the Order.

**Pros:**
- This memorandum incorporates by reference the "pros" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Cons:**
- This memorandum incorporates by reference the "cons" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Next Steps:**
- If this recommendation is approved, the Order will remain in place until Wednesday, August 26, 2020.  While the Order remains in place, CDC will evaluate whether the Order should be extended in its current form, modified, or terminated.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved __X__          Not Approved _____          Would like briefing _____


_____          ____August, 25, 2020_____
Robert R. Redfield, MD                  Date

T42AR-0023096



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

August 26, 2020

## DECISION REQUESTED

**Recommendation**:
- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be continued until Tuesday, September 1, 2020, pending further consideration of information regarding the implementation and potential modification of the Order.

**Pros**:
- This memorandum incorporates by reference the "pros" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Cons**:
- This memorandum incorporates by reference the "cons" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Next Steps**:
- If this recommendation is approved, the Order will remain in place until Tuesday, September 1, 2020.  While the Order remains in place, CDC will evaluate whether the Order should be extended in its current form, modified, or terminated.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved  _X_____          Not Approved _____          Would like briefing _____

_____          ___August 26, 2020_____
Robert R. Redfield, MD                              Date

T42AR-0023097



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

September 1, 2020

<h2 style="text-align:center">DECISION REQUESTED</h2>

**Recommendation**:
- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and amended and renewed on May 20, 2020 (the "Order"), should be continued until Friday, September 4, 2020, pending further consideration of information regarding the implementation and potential modification of the Order.

**Pros**:
- This memorandum incorporates by reference the "pros" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Cons**:
- This memorandum incorporates by reference the "cons" previously listed in the August 18, 2020 Decision Memorandum signed by the Director.

**Next Steps**:
- If this recommendation is approved, the Order will remain in place until Friday, September 4, 2020.  While the Order remains in place, CDC will evaluate whether the Order should be extended in its current form, modified, or terminated.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved ___X___          Not Approved _____          Would like briefing _____

_____                    ___September 1, 2020___
Robert R. Redfield, MD                              Date

T42AR-0023098



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

**DATE:** October 2, 2021

**TO:** Rochelle P. Walensky, MD, MPH
Director, Centers for Disease Control and Prevention

**FROM:** Martin S. Cetron, MD
Director, Division of Global Migration and Quarantine, CDC

**SUBJECT:** DECISION – Reassessment of Public Health Need for the "Order Suspending the Right
to Introduce Certain Persons from Countries Where a Quarantinable Communicable
Disease Exists"

## ACTION REQUESTED

The purpose of this memo is to request your decision on whether the Order Suspending the Right to
Introduce Certain Persons from Countries where a Quarantinable Communicable Disease Exists (Order)
you issued on August 2, 2021, pursuant to CDC's authorities under Sections 362 and 365 of the Public
Health Service Act (42 U.S.C. 265, 268) and 42 CFR 71.40, remains necessary.

## RECOMMENDATION

It is my recommendation, upon reassessment of the current situation with respect to the pandemic and
the situation at the U.S. borders, that you find that the Order issued August 2, 2021 remains necessary at
this time.

## EXECUTIVE SUMMARY

CDC committed to reassessing the public health circumstances necessitating the Order every 60 days, by
reviewing the latest information regarding the status of the COVID-19 public health emergency and
associated public health risks, including migration patterns, sanitation concerns, and any improvement
or deterioration of conditions at the U.S. borders. This Memorandum details that reassessment and
requests your decision about whether the Order continues to be necessary to protect U.S. citizens, U.S.
nationals, lawful permanent residents, personnel and noncitizens at the ports of entry (POE) and U.S.
Border Patrol stations, and destination communities in the United States during the COVID-19 public
health emergency.

## NOTABLE TIMING FACTORS

CDC committed to reassessing the necessity of the Order every 60 days. The first reassessment must be
completed on October 2, 2021.

**NOTEWORTHY ELEMENTS ABOUT EQUITY**

The differing care available for unaccompanied noncitizen children (UC) through the U.S. Department of Health and Human Services' Office of Refugee Resettlement (ORR) continues to warrant the exclusion of UC from the Order.[1]

**OPTIONS AND DISCUSSION**

**Option 1:** Find that the Order continues to be necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the ports of entry (POE) and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency.

**Discussion:**

*Current COVID-19 Situation*

After experiencing a brief decline in COVID-19 cases, the United States is once again seeing an increase in cases in most of the country.[2] This recent increase follows a previous summer surge fueled by the highly contagious Delta (B.1.617.2) variant and low vaccination coverage in many communities. As of September 27, 2021, the overall community transmission rate of COVID-19 in the United States is "high."[3] Although the 7-day moving average of daily new cases reported in the United States has fluctuated over the past 60 days, the current surge in new cases remains ongoing. When the Order was issued on August 2, 2021, a 7-day moving average of 91,505 cases was reported. On September 1, 2021 a 7-day moving average high of 161,421 cases was reported and as of September 26, the United States reported a 7-day moving average of 95,228 cases.[4]

The highly transmissible Delta variant of SARS-CoV-2 remains the predominant strain circulating in the United States.[5] COVID-19 cases attributed to the Delta variant represented 82% of identified cases at the time the Order was issued[6] and CDC estimates that the Delta variant will continue to be the predominant variant circulating in the United States. COVID-19 is anticipated to continue to stress the U.S. healthcare system, particularly as the autumn and winter seasons approach.

---

[1] We note the recent findings regarding increased COVID-19 hospitalization rates among children and adolescents during late June–mid-August 2021, coinciding with increased circulation of the Delta variant, and will continue to monitor reports of illness among children and adolescents. *See* Delahoy MJ, Ujamaa D, Whitaker M, et al. Hospitalizations Associated with COVID-19 Among Children and Adolescents — COVID-NET, 14 States, March 1, 2020–August 14, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1255–1260. DOI: http://dx.doi.org/10.15585/mmwr.mm7036e2.

[2] Vaccinations > Variants, COVID Data Tracker Weekly Review: Interpretive Summary for September 17, 2021, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/09172021.html (last visited Sept. 27, 2021).

[3] *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#cases_community (last visited Sept. 28, 2021). Only two states, California and Connecticut, reported levels other than "high."

[4] *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory (Data Table for Daily Case Trends - The United States)*; Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#cases_community (last visited Sept. 28, 2021).

[5] Herlihy R, Bamberg W, Burakoff A, et al. Rapid Increase in Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — Mesa County, Colorado, April–June 2021. MMWR Morb Mortal Wkly Rep 2021;70:1084-1087. DOI: http://dx.doi.org/10.15585/mmwr.mm7032e2.

[6] *See supra* note 1 (citing *Variant Proportions* (data for the two-week interval ending July 17, 2021), Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#variant-proportions).

As noted in the Order, vaccination is critical for preventing infection, serious illness, and death associated with SARS-CoV-2 infection (including the Delta variant). While the percentage of vaccinated persons in the United States has risen since the Order was issued in August, almost one-quarter of the U.S. population aged 12 years and older has yet to receive a first dose of the COVID-19 vaccine.[7]

*Information Specific to DHS*

As reported in the Order, during the period of July 3 to July 24, 2021, CBP encountered an average of 3,573 single adults and 2,479 individuals in family units per day. From September 8 to September 29, 2021, CBP encountered an average of 3,763 single adults and 2,225 individuals in family units per day. This data does not account for the large number of Haitian migrants who were encountered at the Del Rio, Texas POE in mid-September 2021. Even without accounting for this surge, the data demonstrate a sustained number of encounters along the border. The findings of the Order with respect to covered noncitizen groups—Single Adults (SA) and individuals in Family Units (FMU)— and the facilities available at POEs and U.S. Border Patrol stations remain largely unchanged. Although DHS continues to implement mitigation measures and take steps towards increased vaccination of personnel and noncitizens in the facilities, crowding and capacity concerns have only increased since the issuance of the Order in August. The congregate nature of these facilities and the sustained community transmission of COVID-19 in both the United States and migrants' countries of origin and transit result in a continued high risk of COVID-19 outbreaks in these facilities following the introduction of an infected person.

Upon reassessment of the current situation with respect to the pandemic and the situation at the U.S. borders, CDC finds the Order under 42 U.S.C. § 265 for Single Adults (SA) and Family Units (FMU)[8] remains necessary at this time for the reasons outlined above. As highlighted in the August Order, CDC understands that DHS is working to restore border operations and facilitate arrivals to the United States in a manner that comports with CDC's recommended COVID-19 mitigation protocols. CDC will continue to engage with DHS about safely and swiftly resuming normal border operations with proper COVID-19 mitigation measures.

**Key Pros:**

- Public health data, as outlined above, supports that retaining the Order remains necessary at this time.
- Any other finding will be difficult to justify and may prompt additional litigation.

**Key Cons:**

- Continued use of CDC's authority to suspend entry and authorize expulsion of individuals is the subject of ongoing litigation. If you agree with the recommendation, the litigation will continue.
- Keeping the Order in place will likely generate at least some negative reaction in the media and public health community.

---

[7] As reported in the August Order, 66.8% of the U.S. population 12 years and older had received one dose of the COVID-19 vaccine and 57.6% of this group were considered fully vaccinated; as of September 28, 2021, 75.3% of the U.S. population 12 years and older have received one dose and 64.9% were considered fully vaccinated. https://covid.cdc.gov/covid-data-tracker/#vaccinationschart.

[8] Although CDC's reassessment has determined the circumstances necessitating the Order have not changed, CDC notes that the application of the Order to FMUs is the subject of ongoing litigation.

**Option 2:** Find that the Order is no longer necessary and begin the process of rescinding the Order.

**Discussion:**

At this time, there are no new data or situational circumstances to justify rescinding the Order.

**Key Pros:**

- Rescinding the Order could result in dismissal of some litigation (other litigation may continue).

**Key Cons:**

- CDC will need to justify this decision with a new reassessment and relevant findings. At this time, however, data and situational circumstances do not warrant such findings.
- CDC would need to alert interagency partners so they could prepare for additional intake at facilities while maintaining necessary COVID-19 mitigation measures.
- Rescission of the Order could result in the further introduction and spread of COVID-19 into the United States.

## ANTICIPATED REACTION

Previously, CDC has received criticism for use of its authority in this space. Should you find that the Order is still considered necessary, there will most likely be at least some negative reaction in the media and public health community.

## ROLLOUT

DGMQ has prepared a reactive media statement for use, if needed.

Martin S. Cetron, MD
Division of Global Migration and Quarantine
National Center for Emerging Zoonotic and Infectious Diseases
Centers for Disease Control and Prevention

## DECISION

Approval to retain the Order Suspending the Right to Introduce Certain Persons from Countries where a Quarantinable Communicable Disease Exists you issued on August 2, 2021, pursuant to CDC's authorities under Sections 362 and 365 of the Public Health Service Act (42 U.S.C. 265, 268) and 42 CFR 71.40, remains necessary.

Approved [   X   ]
Disapproved [        ]
Briefing Needed [     ]
Additional Comments:


_____                    October 2, 2021
Rochelle P. Walensky, MD, MPH                        Date

T42AR-0023489



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                     Public Health Service

---

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

DATE:        November 29, 2021

TO:          Rochelle P. Walensky, MD, MPH
             Director, Centers for Disease Control and Prevention

FROM:        Martin S. Cetron, MD
             Director, Division of Global Migration and Quarantine, CDC

SUBJECT:     DECISION – Reassessment of Public Health Need for the "Order Suspending the Right
             to Introduce Certain Persons From Countries Where a Quarantinable Communicable
             Disease Exists"

## ACTION REQUESTED

This Memo requests a decision on whether the Order Suspending the Right to Introduce Certain Persons
from Countries where Quarantinable Communicable Disease Exists (August Order) CDC issued on
August 2, 2021, pursuant to CDC's authorities under Sections 362 and 365 of the Public Health Service
Act (42 U.S.C. §§ 265, 268) and 42 C.F.R. § 71.40, remains necessary.

## RECOMMENDATION

Having reassessed the current situation with respect to the serious danger of the introduction of COVID-
19 into the United States, including the pandemic's effect at the U.S. borders, I recommend that CDC
find that the Order issued August 2, 2021, under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 (August
Order) remains necessary at this time. I also recommend, however, that CDC formally communicate to
Department of Homeland Security (DHS) that, barring dramatic shifts in the trajectory of the pandemic
in the United States and other countries, CDC intends to amend the August Order to except individuals
in family units (FMU) by January 14, 2022 and to terminate the Order in its entirety by February 28,
2022.

## EXECUTIVE SUMMARY

In the August 2, 2021, Order, CDC committed to reassessing the public health circumstances
necessitating the Order every 60 days, by reviewing the latest information regarding the status of the
COVID-19 public health emergency and associated public health risks, including migration patterns,
sanitation concerns, and any improvement or deterioration of conditions at the U.S. border. This
Memorandum details that reassessment and requests a decision about whether the August Order
continues to be necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel
and noncitizens at the ports of entry (POE) and U.S. Border Patrol stations, and destination communities
in the United States during the COVID-19 public health emergency.

1

T42AR-0023490

NOTABLE TIMING FACTORS

CDC committed to reassessing the necessity of the Order every 60 days. The first reassessment was completed on October 2, 2021; this reassessment is due November 30, 2021; the next reassessment will be due January 29, 2022. Per its terms, the Order will expire upon either of two events, whichever occurs first: the expiration of the Secretary of Health and Human Services' declaration that COVID-19 constitutes a public health emergency or the CDC Director's determination that the danger of the further introduction of COVID-19 into the United States has declined such that continuation of the Order is no longer necessary to protect public health.

NOTEWORTHY ELEMENTS ABOUT EQUITY

The differing care available and needed for unaccompanied noncitizen children (UC) through the U.S. Department of Health and Human Services' Office of Refugee Resettlement (ORR) continues to warrant the exception of UC from the Order.[1]

DISCUSSION AND OPTIONS

*COVID-19 Situation*

Since the last public health reassessment submitted on October 2, 2021, the seven-day COVID-19 case rate per 100,000 persons has decreased by 16.5%.[2] Moreover, even though the United States is currently experiencing an increase in the 7-day moving average of daily new cases,[3] the numbers of deaths[4] and new COVID-19 hospital admissions[5] (i.e., the number of COVID-19 cases with severe outcomes) have decreased, indicating that vaccinations are working.[6] In September 2021, the risk of testing positive for COVID-19 was 5.8 times greater for unvaccinated persons, compared to fully vaccinated persons, and

---

[1] *See* July Exception, confirmed in August Order, available at: https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/NoticeUnaccompaniedChildren.pdf. Although CDC's reassessment has determined the circumstances necessitating the July Exception have not changed, CDC notes that the exception of UC from the Order is the subject of ongoing litigation, including a potential preliminary injunction requiring the resumption of application of the Order to UC currently under review (*Texas v. Biden*).

[2] 186.56 seven-day case rate per 100,000 persons (reporting data as of November 18, 2021), compared to 222.5 seven-day case rate per 100,000 persons on October 2, the date of the most recent public health assessment. https://covid.cdc.gov/covid-data-tracker/#trends_dailycases_7daycasesper100k&territory-select=00&leftAxis=New_case&rightAxis=seven_day_cum_new_cases_per_100k.

[3] COVID Data Tracker Weekly Review, Interpretive Summary for November 19, 2021, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html (noting the current 7-day moving average of daily new cases (88,482) increased 16.1% compared with the previous 7-day moving average (76,223)).

[4] The seven-day death rate per 100,000 persons has also decreased dramatically, from 3.65 per 100,000 persons on October 2, 2021 to 2.18 per 100,000 persons as of November 18, 2021. https://covid.cdc.gov/covid-data-tracker/#trends_dailydeaths_7daydeathsper100k&territory-select=00&leftAxis=new_death&rightAxis=seven_day_cum_new_deaths_per_100k.

[5] The number of new COVID-19 hospital admissions has fallen from 7,702 (reported on October 2, 2021) to 5,456 on November 16, https://covid.cdc.gov/covid-data-tracker/#trends_dailydeaths_newhospitaladmissions&territory-select=00&leftAxis=new_death&rightAxis=sum_previous_day_pediatric_and_adult_7DayAvg.

[6] *COVID-19 Vaccines Work*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html (last updated Nov. 9, 2021).

2

T42AR-0023491

unvaccinated persons were 14 times more likely to die from COVID-19.[7] Vaccines remain the best way to not only mitigate infection and severe cases, but also death.[8]

COVID-19 vaccines continue to be widely available and the percentage of vaccinated persons in the United States has increased since the issuance of the August Order, with 69% of the U.S. population aged 12 years and older being fully vaccinated and over 80% having received at least one dose of a COVID-19 vaccine.[9] Although vaccination remains effective in preventing severe disease, recent data suggest COVID-19 vaccination may be less effective at preventing infection or milder illness with symptoms over time.[10] To address concerns with potential waning immunity, on November 19, 2021, CDC endorsed the CDC Advisory Committee on Immunization Practices' expanded recommendations for booster shots to include all adults ages 18 years and older who received a Pfizer-BioNTech or Moderna vaccine, at least six months after their second dose.[11] As of November 20, 2021, 18.3% of fully vaccinated individuals 18 years and older in the United States have also received a booster dose.[12]

Vaccination among adolescents and children is also increasing. In addition to the expansion of vaccination to adolescents in May 2021,[13] children aged 5 to 11 years became eligible for the Pfizer-BioNTech COVID-19 vaccine on November 2, 2021.[14] Only two weeks after expanding eligibility to this group, 10% of children in this age range have already received their first dose. Improving COVID-19 vaccination coverage among children and adolescents is crucial to reducing COVID-19–associated morbidity and mortality among these groups, slowing the spread of COVID-19 within the wider community, and facilitating a safe and expedited return to normal for everyone.[15]

---

[7] Rates of COVID-19 Cases and Deaths by Vaccination Status, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#rates-by-vaccine-status (last visited Nov. 24, 2021).

[8] *COVID-19 Vaccines Work*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html (last updated Nov. 9, 2021).

[9] As reported in the August Order, 57.6% of the U.S. population 12 years and older were considered fully vaccinated and 66.8% of this group had received one dose of the COVID-19 vaccine. https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-people-onedose-pop-5yr (updated Nov. 21, 2021). CDC notes that counties along the U.S. southern border, in particular, have relatively high rates of vaccination uptake compared to the interior of their respective states. *See* https://covid.cdc.gov/covid-data-tracker/#county-view|Vaccinations|Administered_Dose1_Pop_Pct|all (updated Nov. 24, 2021).

[10] *COVID-19 Vaccine Booster Shots*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/booster-shot.html (updated Nov. 19, 2021) (explaining that data from small clinical trials show that vaccine effectiveness against COVID-19 infection is waning after the primary series, but protection remains high against severe disease and hospitalization).

[11] *CDC Expands Eligibility for COVID-19 Booster Shots to All Adults*, https://www.cdc.gov/media/releases/2021/s1119-booster-shots.html (updated Nov. 19, 2021).

[12] *COVID-19 Vaccinations in the United States*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-total-admin-rate-total (citing data as of Nov. 19, 2021).

[13] Wallace M, Woodworth KR, Gargano JW, et al. The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Adolescents Aged 12–15 Years — United States, May 2021. MMWR Morb Mortal Wkly Rep 2021;70:749–752. DOI: http://dx.doi.org/10.15585/mmwr.mm7020e1.

[14] Woodworth KR, Moulia D, Collins JP, et al. The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Children Aged 5–11 Years — United States, November 2021. MMWR Morb Mortal Wkly Rep 2021;70:1579–1583. DOI: http://dx.doi.org/10.15585/mmwr.mm7045e1.

[15] *See generally* Murthy BP, Zell E, Saelee R, et al. COVID-19 Vaccination Coverage Among Adolescents Aged 12–17 Years — United States, December 14, 2020–July 31, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1206–1213. DOI: http://dx.doi.org/10.15585/mmwr.mm7035e1.

T42AR-0023492

At this time, the highly transmissible Delta variant of SARS-CoV-2 remains the predominant strain circulating in the U.S.[16] As of November 21, 2021, the overall community transmission rate of COVID-19 in the United States is "high," although the number of states classified as "high" community transmission rates has decreased from 48 in September to 42.[17] As noted, COVID-19 vaccines offer the best protection against severe disease and hospitalization, even from the Delta variant.[18] With community transmission rates still high in much of the country, the United States must continue to focus on increasing the number of vaccinated individuals. Once widely adopted, the recent availability of boosters for most vaccinated individuals aged 18 years and older and vaccines for children aged 5 to 11 years will further increase community protection.

*Information Specific to DHS*

The number of migrants encountered by U.S. Customs and Border Protection (CBP) has remained largely static since the August Order was issued. As reported in the August Order, during the period of July 3 to July 24, 2021, CBP encountered an average of 3,573 single adults (SA) and 2,479 individuals in family units (FMU) per day. Between August 1 and November 1, 2021, CBP encountered an average of 3,649 SA and 2,102 individuals in FMU per day. CDC Orders under Title 42 have been in place since March 2020 and, as a result, the majority of SA and FMU encountered have been subject to expulsion. However, CBP has exercised its discretion to apply an exception in the Order based on the totality of the circumstances to except an increasing percentage of FMU; these individuals, as well as some SA, have been processed under Title 8. Those individuals processed under Title 8 are likely to be held in congregate settings, including facilities operated by CBP and DHS/Immigration and Customs Enforcement (ICE).

Neither DHS, nor its community partners (e.g., non-governmental organizations assisting with migrants who are processed under Title 8), provide COVID-19 testing for migrants who are processed under Title 42.[19] However, ICE does test individuals processed under Title 8 upon intake and then separates them by test result. SA processed under Title 8 are also tested upon release, transfer, or removal from ICE facilities. Between August 1 and November 1, 2021, ICE reported a 5.57% case positivity rate of COVID-19 among migrants admitted to ICE custody under Title 8. This case positivity rate largely aligns with the current national 7-day average of percent COVID-19 positivity from nucleic acid amplification tests— 6.0%.[20]

The August Order found that the "implementation of previous Orders had mitigated the potential erosion of DHS operational capacity due to COVID-19 outbreaks" and that, therefore, the reduction in the number of SA and individuals in FMU held in these congregate settings continued to be a necessary

---

[16] *Variant Proportions* (data for the two-week interval ending Nov. 13, 2021), Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#variant-proportions (highlighting that CDC estimates that the Delta variant is responsible for more than 99.9% of current cases in the United States).

[17] *United States COVID-19 Cases, Deaths, and Laboratory Testing (NAATs) by State, Territory, and Jurisdiction*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#cases_community (last visited Nov. 21, 2021) (recording eight states reporting levels other than "high").

[18] *Supra* 6.

[19] It is understood that a small number of individuals who are ultimately expelled under Title 42 may undergo COVID-19 testing in rare circumstances (e.g., an individual needing urgent medical care at a hospital and is tested for COVID-19 upon hospital admission).

[20] *See* https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html (citing the 7-day period between November 14 and 21, 2021; updated Nov. 21, 2021).

T42AR-0023493

mitigation measure as DHS moved toward the resumption of normal border operations. While the overall need to address COVID-19 concerns in congregate settings remains, it appears that DHS has made little progress in efforts to resume normal border operations. During a recent conversation with CBP and DHS leadership in mid-November, DHS indicated that it has not yet developed a plan for the resumption of normal border operations in the event of termination of the August Order. DHS did confirm that it is in the early stages of developing contingency plans in the event that the Court of Appeals for the D.C. Circuit renders an unfavorable ruling in *Huisha-Huisha* in January 2022, which would require the exception of FMU but continue the Order's application to SA.

While DHS has indicated verbally that there is support at the highest departmental levels for vaccination of all migrants, CDC is not aware of any current plan to implement vaccination efforts. Consensus on which Department (i.e., DHS, HHS, Department of State) would vaccinate individuals enrolled in the Migrant Protection Protocol restart required several weeks of debate on cost and execution. The likelihood of achieving agreement in the near future regarding responsibility for the vaccination of several thousand migrants encountered per day under Title 8 or Title 42 appears similarly challenging.

Over the past year, CDC has worked diligently with DHS to institute better COVID-19 mitigation measures and thereby decrease DHS's reliance on CDC authorities. For example, CDC has worked closely with intergovernmental partners in mitigating COVID-19 in similar settings to great success, including UC and Afghan evacuees. While UC and Afghan evacuees are different populations with different legal standings and entities overseeing their care, both provide models for how DHS can approach COVID-19 mitigation concerns in transient populations with certain public health risk factors. The U.S. government's experience with these groups demonstrate that COVID-19 can be mitigated by instituting less restrictive means than expulsion under Title 42. In spite of these success stories, DHS continues to delay implementing necessary public health interventions for SA and FMU.

Moreover, on October 25, 2021, the White House announced an overarching shift in strategy regarding COVID-19 mitigation in the international travel sphere. As a result, a suite of policies and legal orders was introduced government-wide, including a rule-change by DHS to permit lifting of certain restrictions on non-essential travel across land borders with proof of vaccination.[21] Beginning in January 2022, DHS will extend the same requirement to essential travelers. In parallel with this, CDC issued an Order permitting the safe resumption of international air travel to the United States, relying primarily on vaccination.[22] This pivot constitutes a move away from the country-by-country restrictions previously applied during the COVID-19 pandemic toward a travel policy that emphasizes the importance of vaccination in the resumption of safe travel.[23]

As reflected by myriad federal policies including employee vaccination mandates and required proof of vaccination for incoming noncitizens, the U.S. government has widely promoted vaccinations as the most critical component of the nation's unified COVID-19 mitigation strategy. The development of the COVID-19 vaccination stands as one of public health's greatest achievements. It only follows that this emphasis on the primacy of vaccination should be extended to the migration arena as well.

## Option 1:

---

[21] *Temporary Travel Restrictions to Land Borders and Ferry Service between the United States, Canada and Mexico*, U.S. Customs and Border Protection, https://help.cbp.gov/s/article/Article-1694?language=en_US (Nov. 4, 2021).
[22] CDC Order Implementing Proclamation on Safe Resumption of Global Travel During the COVID-19 Pandemic
[23] *A Proclamation on Advancing the Safe Resumption of Global Travel During the COVID-19 Pandemic*, The White House, https://www.whitehouse.gov/briefing-room/presidential-actions/2021/10/25/a-proclamation-on-advancing-the-safe-resumption-of-global-travel-during-the-covid-19-pandemic/ (Oct. 25, 2021).

T42AR-0023494

Find that the August Order continues to be necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the ports of entry (POE) and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency. (*Status quo* approach; no communicating any intent to amend Order).

Discussion:

The findings of the August Order with respect to covered noncitizen groups—SA and FMU— and the facilities available at POE and U.S. Border Patrol stations remain unchanged at this time due to the lack of progress by DHS to mitigate the threat of COVID-19 in congregate settings.

Key Pros:
- Public health data, as outlined above, indicates there is some support for the Order to remain in place at this time, given the static number of CBP encounters with covered noncitizen groups, the conditions at the borders, and the uncertain trajectory of the pandemic while boosters and vaccinations for children aged 5 to 11 years are adopted.

Key Cons:
- Continued use of CDC's authority in this space is the subject of litigation in multiple courts. Option 1 will result in the continuation of this litigation. Furthermore, CDC's legal vulnerabilities in the litigation sphere will continue to increase, threatening the availability of CDC's authorities for public health threats in the future.
- Continuing the Order fails to align with the U.S. government-wide pivot with respect to travel policies.
- Failing to communicate any change in CDC's posture regarding this Order is likely to result in continued inaction by DHS.

**Option 2:**

Find that the August Order continues to be necessary at this time to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the POE and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency; but also formally communicate to DHS that CDC intends to amend the August Order to except FMU by January 14, 2022, and to terminate the Order in its entirety by February 28, 2022, barring dramatic shifts in the trajectory of the COVID-19 pandemic in the United States and other countries. (Step-down approach)

Discussion:

The findings of the August Order with respect to covered noncitizen groups—SA and FMU— and the facilities available at POE and U.S. Border Patrol stations remain unchanged at this time due to the lack of progress by DHS to mitigate the threat of COVID-19 in congregate settings.

If this Option is chosen and amendment is subsequently quickly issued, then DHS would be further pressed to institute the COVID-19 mitigation measures long-recommended by CDC, including vaccination for all encountered migrants. By indicating that FMU will be excepted first, DHS will

6

have the opportunity to institute these mitigation measures in a stepwise manner and initially for a much smaller population.[24]

Key Pros:
- See Key Pros for Option 1
- This step-down approach recognizes the difficulties that DHS will inevitably face with the end of the August Order.
- Assuming DHS were to include vaccination of encountered migrants in the implementation of this step-down, it would align with larger U.S. government pandemic efforts and safe travel policies.

Key Cons:
- See Key Cons for Option 1
- Finding the August Order to be necessary may be unpalatable to some advocacy groups, despite communicating to DHS that CDC ultimately intend to terminate it.
- A step-down approach would not result in immediate termination of litigation and may leave open the possibility of increased pressure to retain the August Order for FMU and/or SA over the coming months.

## Option 3:

Find that the August Order is no longer necessary at this time to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the POE and U.S. Border Patrol stations, and destination communities in the United States; immediately terminate the August Order in its entirety.

### Discussion:

DHS has indicated it expects a substantial increase in the volume of migrants once the Order is terminated. After almost two years of pent-up demand, there could be a surge similar to the one experienced in Del Rio, Texas in September 2021. DHS is concerned such a surge could take place as soon as January 2022 and is considering options to manage this projected surge, including engaging the U.S. Department of Defense and transferring DHS employees to the U.S. southern border. Such an increase in migrant flow could have negative implications for immigration policy overall and, notably, for COVID-19 mitigation efforts at the border. CDC is unable, however, to gauge whether this concern on the part of DHS is largely speculative.

Key Pros:
- Terminating the Order could result in the dismissal of multiple litigation actions against CDC related to its use of Title 42 authorities, thereby preserving those authorities for future public health actions.

Key Cons:

---

[24] Between August 1 and November 1, 2021, DHS encountered a daily average of 2,102 FMU individuals. However, due to various policies, DHS expelled only 24.6% of these individuals under Title 42; the remaining 75.4% were processed under Title 8. Thus, assuming the number of current daily encounters remains steady, DHS would admit only an additional roughly 517 FMU individuals. Conversely, DHS expelled almost 73% of SA under Title 42 in the same 90-day period; 27% were processed under Title 8.

7

T42AR-0023496

- Because DHS has not taken steps in anticipation of the termination of the Order there are concerns that its capacity at the border and its ability to mitigate COVID-19 would be quickly overwhelmed.
- There may be contraindications to complete termination of the Order at this point because the current trajectory of the pandemic is still in question. Should the pandemic worsen dramatically, it could become necessary to reinstate the Order and the rationale for taking such apparently contradictory actions would be difficult to articulate and defend.

ANTICIPATED REACTION

Should CDC find that the Order is still considered necessary, there will most likely be negative reaction in the public health community generally and in some parts of the media. Should the Order be terminated, whether immediately or via a step-down approach, some parts of the media and DHS may react negatively.

ROLLOUT

DGMQ has prepared a reactive media statement for use, if needed.

Martin S. Cetron, M.D.
Division of Global Migration and Quarantine
National Center for Emerging Zoonotic and Infectious
Diseases
Centers for Disease Control and Prevention

DECISION

Approval of whether the Order remains necessary with communication to DHS regarding an imminent amendment with step-down approach (Option 2).

Approved [     ]
Disapproved [     ]
Briefing Needed [     ]
Additional Comments:

*[handwritten] I would agree that option 2 is the best choice. Given recent news of omicron variant this week, we need to pursue immediate plans to revisit imminently.*

Rochelle P. Walensky, MD, MPH     Date

*[handwritten signature]*     *[handwritten] Nov 27, 2021*

8

**CONFIDENTIAL – DELIBERATIVE PROCESS**



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

DATE:        January 28, 2022

TO:          Rochelle P. Walensky, MD, MPH
             Director, Centers for Disease Control and Prevention (CDC)

FROM:        Martin S. Cetron, MD
             Director, Division of Global Migration and Quarantine, CDC

SUBJECT:     DECISION – Reassessment of Public Health Need for the "Order Suspending the Right
             to Introduce Certain Persons from Countries Where a Quarantinable Communicable
             Disease Exists"

## ACTION REQUESTED

This Memorandum requests a decision on whether the "Order Suspending the Right to Introduce Certain
Persons from Countries where Quarantinable Communicable Disease Exists" (August Order) CDC
issued on August 2, 2021, pursuant to CDC's authorities under Sections 362 and 365 of the Public
Health Service Act (42 U.S.C. §§ 265, 268) and 42 C.F.R. § 71.40, remains necessary.

## RECOMMENDATION

Having reassessed the current situation with respect to the serious danger of the introduction,
transmission, and spread of COVID-19 into the United States, including the pandemic's effect at the
U.S. borders, I recommend that CDC find that the August Order remains necessary at this time;
however, as in prior recommendations, I stress the continued need for additional tools for COVID-19
mitigation at the border beyond denial of entry and expulsion of noncitizens. These tools must include
COVID-19 vaccination and expanded testing with appropriate consequence management, including
appropriate space and personnel, per CDC guidance. To this end, I recommend CDC pursue Option 1, as
described below.

Additionally, I recommend that CDC continue to engage with interagency partners to support through
technical assistance a program to offer vaccines to noncitizens, regardless of immigration
path/disposition (i.e., Title 42 or Title 8). Of note, the Domestic Policy Council met on January 14 and
24, 2022 to discuss the situation at the border, including vaccines and expanded testing; CDC
recommended that vaccines be offered to encountered noncitizens.

Per the terms of the August Order, should the HHS Secretary terminate or choose not to renew the
Public Health Emergency declaration regarding COVID-19, then the Order will automatically expire. In
the absence of such action, the Order remains until the CDC Director determines it is no longer

1

T42AR-0023498

CONFIDENTIAL – DELIBERATIVE PROCESS

necessary. At this time, I recommend that CDC keep the August Order in place, with the addition of a vaccination program for all encountered noncitizens. Additionally, CDC should continue to urge DHS to make use of the humanitarian exception set forth in the August Order, particularly for noncitizens determined to be vulnerable or medically fragile. The recommendation for continued use of the Order at this time is due in large part to the current surge of COVID-19 cases, hospitalizations, and deaths related to the emergence of the Omicron variant. As this surge swiftly ebbs, I recommend CDC promptly reconsider the breadth and scope of the use of this authority and move forward with narrowing and, ultimately, terminating the Order.

## EXECUTIVE SUMMARY

In the August Order, CDC committed to reassessing the public health circumstances necessitating the Order every 60 days by reviewing the latest information regarding the status of the COVID-19 public health emergency and associated public health risks, including migration patterns, sanitation concerns, and any improvement or deterioration of conditions at the U.S. border. This Memorandum details that reassessment and requests a decision about whether the August Order continues to be necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the ports of entry (POE) and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency.

### Notable Timing Factors and Other Administration Priorities

CDC committed to reassessing the necessity of the Order every 60 days. The first reassessment was completed on October 2, 2021, and the second reassessment on November 29, 2021. This reassessment is due January 29, 2022; the next reassessment will be due March 30, 2022. Per its terms, the Order will expire upon either of two events, whichever occurs first: the expiration of the Secretary of Health and Human Services' declaration that COVID-19 constitutes a public health emergency[1] or the CDC Director's determination that the danger of the further introduction of COVID-19 into the United States has declined such that continuation of the Order is no longer necessary to protect public health.

### Noteworthy Elements About Equity

The differing care available and needed for unaccompanied noncitizen children (UC) through the U.S. Department of Health and Human Services' Office of Refugee Resettlement (ORR) continues to warrant the exception of UC from the Order.[2]

---

[1] The most recent renewal of the Secretary's declaration that the COVID-19 pandemic constitutes a public health emergency became effective on January 16, 2022; such declarations must be renewed every 90 days (thus the next renewal would be due no later than April 16, 2022). *See* https://aspr.hhs.gov/legal/PHE/Pages/COVID19-14Jan2022.aspx.

[2] *See* July Exception, confirmed in August Order, available at: https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/NoticeUnaccompaniedChildren.pdf. Although CDC's reassessment has determined that the circumstances necessitating the July Exception have not changed, CDC notes that the exception of UC from the Order is the subject of ongoing litigation, including a potential preliminary injunction requiring the resumption of application of the Order to UC currently under review (*Texas v. Biden*).

2

T42AR-0023499

CONFIDENTIAL – DELIBERATIVE PROCESS

## DISCUSSION AND OPTIONS

*Current Status of the COVID-19 Pandemic, including Omicron Variant*

On January 13, 2022, 803,185 new COVID-19 cases were reported in the United States,[3] a new high and more than doubling the previous peak for new cases in January 2021.[4] Since the last public health reassessment submitted on November 29, 2021, the seven-day COVID-19 case rate per 100,000 persons has increased by 87.9%.[5] In addition to this dramatic rise in case numbers, the entire country is now experiencing high levels of community COVID-19 transmission.[6] Moreover, the numbers of deaths[7] and new COVID-19 hospital admissions[8] (i.e., the number of COVID-19 cases with severe outcomes) have increased.

The highly infectious SARS-CoV-2 variant B.1.1.529 (Omicron) is responsible for this extraordinary and unparalleled increase in COVID-19 cases around the world. Omicron was first reported to the World Health Organization (WHO) by South Africa on November 24, 2021,[9] and on November 26, 2021, WHO designated it a Variant of Concern (VOC).[10] On November 30, 2021, the U.S. also decided to classify Omicron as a VOC.[11] This decision was based on a number of factors, including detection of cases attributed to Omicron in multiple countries, even among persons without travel history, transmission and replacement of Delta as the predominant variant in South Africa, changes in the spike protein of the virus, and concerns about potential decreased effectiveness of vaccination and treatments.[12]

---

[3] *United States COVID-19 Cases, Deaths, and Laboratory Testing (NAATs) by State, Territory, and Jurisdiction*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#cases_last7-count (updated as of Jan. 26, 2022).

[4] *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#trends_dailycases (as of Jan. 22, 2022) (citing the highest number of new cases reported in January 2021 as 294,000).

[5] *Id.* As of January 23, 2022, the seven-day case rate per 100,000 persons was reported to be 1,399.82, compared to a seven-day case rate per 100,000 persons of 168.97 reported on November 29, 2021.

[6] *COVID Data Tracker Weekly Review: Interpretive Summary for January 7, 2022*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/01072021.html (Jan. 7, 2022).

[7] *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#trends_dailydeaths (data as of Jan. 26, 2022), showing the seven-day moving average number of new COVID-19 deaths has increased from 828 on November 29, 2021, to 2,166 on January 24, 2022.

[8] *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#trends_dailycases_newhospitaladmissions (data as of Jan. 26, 2022), showing the number of new daily COVID-19 hospital admissions has increased from 6,344 on November 29, 2021, to 19,656 on January 24, 2022.

[9] *Science Brief: Omicron (B.1.1.529) Variant*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/scientific-brief-omicron-variant.html (updated Dec. 2, 2021).

[10] *Classification of Omicron (B.1.1.529): SARS-CoV-2 Variant of Concern*, World Health Organization, https://www.who.int/news/item/26-11-2021-classification-of-omicron-(b.1.1.529)-sars-cov-2-variant-of-concern (Nov. 26, 2021).

[11] *Supra* at note 9.

[12] *Id.* Omicron has many concerning spike protein substitutions, some of which are known from other variants to be associated with reduced susceptibility to available monoclonal antibody therapeutics or reduced neutralization by convalescent and vaccinee sera.

T42AR-0023500

CONFIDENTIAL – DELIBERATIVE PROCESS

The overall community transmission rate of COVID-19 in the United States remains "high,"[13] and CDC's Nowcast model projects Omicron cases may account for approximately 99.5% of cases.[14] Although the emergence of the Omicron variant has resulted in the highest reported numbers of COVID-19 cases and hospitalizations during the pandemic, disease severity indicators, including hospital length of stay, ICU admission, and death, are lower than during previous pandemic peaks.[15] Nevertheless, the high volume of hospitalizations due to Omicron have exacerbated strains on local healthcare systems. While there are promising signs that Omicron cases may have peaked in some areas of the country, many regions continue to experience unusually high case counts, and the average daily number of deaths remains substantial.[16]

*Ongoing Federal Response to the COVID-19 Pandemic, including Omicron Variant*

The U.S. government response to the COVID-19 pandemic continues: on January 14, 2022, the HHS Secretary renewed the determination that a public health emergency exists.[17] As reported in the previous reassessment, the White House announced an overarching shift in international travel strategy regarding COVID-19 mitigation, accompanied by a corresponding suite of government-wide policies and legal orders in October.[18] As part of this strategic realignment, CDC issued an Order permitting the safe resumption of international air travel to the United States, relying primarily on proof of vaccination.[19] In January 2022, the Department of Homeland Security (DHS) initiated a parallel requirement that all inbound non-citizen, non-lawful permanent residents traveling to the United States via land POEs— whether for essential or non-essential reasons—must provide proof of full COVID-19 vaccination status upon request.[20] These measures constitute a move away from the country-by-country restrictions previously applied during the COVID-19 pandemic and toward a travel policy that emphasizes the importance of vaccination in the resumption of safe travel.[21]

---

[13] *COVID-19 Integrated County View*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#county-view?list_select_state=all_states&list_select_county=all_counties&data-type=Risk (updated Jan. 23, 2022). As of January 23, 2022, all 50 states (99.8% of U.S. counties) were classified as "high."

[14] *Variant Proportions*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#variant-proportions (week ending Jan. 22, 2022).

[15] Iuliano AD, Brunkard JM, Boehmer TK, et al. *Trends in Disease Severity and Health Care Utilization During the Early Omicron Variant Period Compared with Previous SARS-CoV-2 High Transmission Periods — United States, December 2020–January 2022*. MMWR Morb Mortal Wkly Rep. ePub: 25 January 2022. DOI: http://dx.doi.org/10.15585/mmwr.mm7104e4.

[16] *Id.*

[17] *Supra* at note 1.

[18] *A Proclamation on Advancing the Safe Resumption of Global Travel During the COVID-19 Pandemic*, The White House, https://www.whitehouse.gov/briefing-room/presidential-actions/2021/10/25/a-proclamation-on-advancing-the-safe-resumption-of-global-travel-during-the-covid-19-pandemic/ (Oct. 25, 2021).

[19] *CDC Order Implementing Proclamation on Safe Resumption of Global Travel During the COVID-19 Pandemic*, available at https://www.cdc.gov/quarantine/cruise/pdf/Vax-Order-10-30-21-p.pdf.

[20] *See* 87 FR 3429 (Jan. 24, 2022) (applying restrictions to the U.S.-Canada border) and 87 FR 3425 (applying restrictions to the U.S.-Mexico border).

[21] Despite this general pivot, the emergence of Omicron, similar to other COVID-19 VOC (e.g., Delta), prompted the United States to rapidly modify travel restrictions to suspend entry into the United States of immigrants or nonimmigrants who were physically present within eight southern African countries during the 14-day period preceding their entry or attempted entry into the U.S. *See* Proc. 10315 (Nov. 26, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/11/26/a-proclamation-on-suspension-of-entry-as-immigrants-and-nonimmigrants-of-certain-additional-persons-who-pose-a-risk-of-transmitting-coronavirus-disease-2019/. Such measures allowed the United States to implement appropriate mitigation measures and learn additional information about Omicron. The temporary restrictions were lifted by the President on December 28, 2021, following the recommendation of CDC. *See* Proc. 10329 (Dec. 28, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/12/28/a-proclamation-on-revoking-proclamation-10315/.

T42AR-0023501

**CONFIDENTIAL – DELIBERATIVE PROCESS**

As part of the public health realignment and based on the emerging science on the infectiousness of Omicron and effectiveness of vaccines, CDC shortened the timeframe for its COVID-19 testing requirements for air passengers boarding flights to the United States.[22] While CDC also shortened the length of recommended quarantine and isolation guidance for most members of the general public in community settings,[23] CDC clarified that certain congregate settings, such as detention facilities, carry a high risk of secondary transmission. Due to these concerns, CDC continues to recommend a 10-day period for both isolation and quarantine of residents in such congregate settings, regardless of vaccination and booster status.[24]

### COVID-19 Vaccinations and Boosters

Vaccines continue to be the single most important public health tool for fighting COVID-19. A recent study found that adults who were unvaccinated against COVID-19 were five times more likely to be infected with SARS-CoV-2 as compared with adults who were fully vaccinated with a booster.[25] Furthermore, unvaccinated adults aged 18 years and older are 16 times more likely to be hospitalized for COVID-19, compared to fully vaccinated persons.[26] Vaccines remain the best way to not only mitigate infection and severe disease, but also death.[27] Based on this increasing body of evidence, CDC now recommends that everyone remain up to date with vaccines; a person is considered up to date after receiving all recommended COVID-19 vaccines, including any booster dose(s) when eligible.[28]

Vaccines continue to be widely available and, since the issuance of the August Order, eligibility has expanded to include children as young as five years of age. The percentage of vaccinated persons in the United States has increased throughout the fall and winter; now, 67% of the U.S. population aged 5

---

[22] *Requirement for Proof of Negative COVID-19 Test or Recovery from COVID-19 for All Air Passengers Arriving in the United States,* updating COVID-19 testing requirements (available at https://www.cdc.gov/quarantine/pdf/Amended-Global-Testing-Order_12-02-2021-p.pdf). All air passengers two years or older with a flight departing to the United States from a foreign country starting on December 6, 2021, are required show a negative COVID-19 viral test result taken no more than one day before travel, or documentation of having recovered from COVID-19 in the past 90 days, before they board their flight. This requirement remains in place.

[23] *CDC Updates and Shortens Recommended Isolation and Quarantine Period for General Population*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2021/s1227-isolation-quarantine-guidance.html (Dec. 27, 2021). Specifically, the length of isolation period for the general public was shortened to five days, followed by five days of wearing a well-fitting mask. *See also What We Know About Quarantine and Isolation*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine-isolation-background.html (updated Jan. 4, 2022).

[24] *Id.* at *What We Know About Quarantine and Isolation.*

[25] Johnson AG, Amin AB, Ali AR, et al. *COVID-19 Incidence and Death Rates Among Unvaccinated and Fully Vaccinated Adults with and Without Booster Doses During Periods of Delta and Omicron Variant Emergence — 25 U.S. Jurisdictions, April 4–December 25, 2021*. MMWR Morb Mortal Wkly Rep. ePub: 21 January 2022. DOI: http://dx.doi.org/10.15585/mmwr.mm7104e2).

[26] Rates of laboratory-confirmed COVID-19 hospitalizations by vaccination status, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalizations-vaccination (as of Jan. 20, 2022).

[27] *COVID-19 Vaccines Work*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html (updated Dec. 23, 2021). *See also* Thompson MG, Natarajan K, Irving SA, et al. *Effectiveness of a Third Dose of mRNA Vaccines Against COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance — VISION Network, 10 States, August 2021–January 2022*. MMWR Morb Mortal Wkly Rep. ePub: 21 January 2022. DOI: http://dx.doi.org/10.15585/mmwr.mm7104e3 (attributing decline of vaccine effectiveness to waning vaccine induced immunity over time, possible increased immune evasion by SARS-CoV-2 variants, or a combination of these and other factors and finding that receiving a booster shot was highly effective at preventing COVID-19-associated emergency department and urgent care encounters and preventing COVID-19-associated hospitalizations).

[28] *Stay Up to Date with Your Vaccines*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/stay-up-to-date.html (updated Jan. 16, 2022).

T42AR-0023502

CONFIDENTIAL – DELIBERATIVE PROCESS

years and older[29] are fully vaccinated, with over 80% having received at least one dose of a COVID-19 vaccine.[30] However, among those persons aged 18 years and older who are eligible for boosters, less than half have received their booster dose.[31] Although CDC expects some number of breakthrough infections in persons who are up to date with vaccines, particularly with the highly infectious Omicron variant, current vaccines nevertheless protect against severe illness, hospitalizations, and deaths due to COVID-19.[32]

*Information Specific to DHS*

DHS reports continued concern with the ongoing high volume of noncitizens encountered at land POEs.[33] The number of single adults (SA) encountered by U.S. Customs and Border Protection (CBP) has remained largely static since the August Order was issued.[34] The number of individuals in family units (FMU) has decreased; however, it is unclear whether this decrease is due to seasonal migration trends.[35]

Per the August Order, CBP officers determine whether noncitizens who are encountered should be expelled under Title 42 or are subject to an exception based on the totality of the circumstances and thus processed under Title 8. CBP has increasingly exercised its discretion to except noncitizens from the Order, as a result, more encountered noncitizens are being processed under Title 8 as opposed to Title 42. Specifically, the percentages of SA and FMU processed under Title 42 have decreased since the last reassessment.[36] Those noncitizens processed under Title 8 are likely to be held in densely packed congregate settings operated by CBP. CBP reports an average time in custody of 84 hours for SA and 64 hours for FMU. Following release from CBP facilities, noncitizens may be issued a Notice to Appear and released to the community or transferred to a facility operated by DHS/Immigration and Customs Enforcement (ICE) for ongoing detention.

Noncitizens transferred to ICE and processed under Title 8 are tested for COVID-19 upon intake and separated based on test result. SA processed under Title 8 are tested again upon release, transfer, or

---

[29] On November 2, 2021, the CDC Director endorsed the CDC Advisory Committee on Immunization Practices' (ACIP) recommendation that children ages 5 through 11 years old be vaccinated against COVID-19 with the Pfizer-BioNTech pediatric vaccine. *CDC Recommends Pediatric COVID-19 Vaccine for Children 5 to 11 Years*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2021/s1102-PediatricCOVID-19Vaccine.html (Nov. 2, 2021).

[30] As reported in the August Order, 57.6% of the U.S. population 12 years and older were considered fully vaccinated and 66.8% of this group had received one dose of the COVID-19 vaccine. *COVID-19 Vaccinations in the United States*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-people-onedose-pop-5yr (updated Jan. 26, 2022).

[31] *COVID Data Tracker Weekly Review: Interpretive Summary for January 21, 2022*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html (Jan. 21, 2022) (noting that as of January 20, 2022, 53.2% of booster-eligible people in the United States have not received their booster dose).

[32] Omicron Variant: What You Need to Know. Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html (updated Dec. 20, 2021).

[33] Per DHS periodic reporting to HHS; DHS has not provided all requested information at time of writing.

[34] During the period of July 3 to July 24, 2021, CBP encountered an average of 3,573 single adults (SA) per day; between November 1 and December 31, 2021, CBP encountered an average of 3,782 SA per day.

[35] During the period of July 3 to July 24, 2021, CBP encountered an average of 2,479 FMU per day; between November 1 and December 31, 2021, CBP encountered an average of 1,586 FMU per day.

[36] As reported by DHS:

| | **Title 42**: Average Daily Encounters | | **Title 8**: Average Daily Encounters | |
| | *Aug. 1 - Nov. 1, 2021* | *Nov. 1 - Dec. 31, 2021* | *Aug. 1 - Nov. 1, 2021* | *Nov. 1 - Dec. 31, 2021* |
| **SA** | 2,663 (73%) | 2,410 (63.7%) | 986 (27%) | 1,369 (36.2%) |
| **FMU** | 517 (24.6%) | 361 (22.7%) | 1,585 (75.4%) | 1,224 (77.2%) |

T42AR-0023503

CONFIDENTIAL – DELIBERATIVE PROCESS

removal from ICE facilities.[37] In addition, DHS partners with non-governmental organizations to assist with testing for noncitizens who are processed under Title 8 (these non-governmental organizations do not assist with noncitizens expelled pursuant to Title 42). For those noncitizens processed pursuant to Title 42, DHS is unable to provide testing because, as discussed in the Order,[38] doing so would require follow-on consequence management.[39]

COVID-19 transmission in congregate settings remains a significant concern. As found in the August Order, reducing the number of covered noncitizens held in congregate settings through implementation of the Order is necessary to mitigate COVID-19 outbreaks and subsequent losses in DHS operational capacity. Despite the reductions in the number of noncitizens held in CBP facilities due to implementation of the August Order, the facilities remain overcrowded. As of January 14, 2022, CBP reported a COVID-19 reduced capacity of 4,956 beds,[40] but a current census of 6,868 noncitizens being detained.[41] Although the August Order recognized these ongoing operational and capacity concerns exacerbated by the pandemic, it also stressed the importance of implementing mitigation measures to permit the resumption of normal DHS border operations. While resumption of normal border operations remains the paramount objective, it appears that DHS has made little progress in these efforts since the August Order.

_Conclusion_

CDC remains committed to narrowing and, ultimately, terminating the CDC Order as soon as the public health threat permits. Prior to the unanticipated Omicron surge, which coincided with the last reassessment, CDC stressed that DHS should plan for the eventual rollback of the August Order. Although this memorandum recommends continuation of the CDC Order at the current time, I must reemphasize the need for DHS to immediately initiate planning for immigration in the absence or reduction of the Order. As noted above, the August Order will automatically terminate upon the expiration of the Secretary's Public Health Emergency declaration—a determination distinct from the public health reassessment for the August Order and, therefore, the timing of the two decisions may not align.[42]

While I recognize that continued use of the CDC Order to reduce the numbers of noncitizens held in congregate settings is an important COVID-19 mitigation measure, as discussed above, vaccination is

---

[37] Between November 1 and December 31, 2021, ICE reported a 4%case positivity rate of COVID-19 among noncitizens admitted to ICE custody under Title 8. This case positivity rate is considerably lower than the current national 7-day average of percent COVID-19 positivity from nucleic acid amplification tests— 24.6%. *See* Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory, https://covid.cdc.gov/covid-data-tracker/#trends_dailycases_7daytestingpositive (citing the 7-day period between January 20 and 27, 2022; updated Jan. 27, 2022).

[38] *See* August Order, page 16 ("While downstream ICE facilities may have greater ability to provide these measures, CBP cannot appropriately execute consequence management measures to minimize spread or transmission of COVID-19 within its facilities. Space constraints, for example, preclude implementation of cohorting and consequence management such as quarantine and isolation").

[39] It is understood that a small number of individuals who are ultimately expelled under Title 42 may undergo COVID-19 testing in rare circumstances (e.g., an individual needing urgent medical care at a hospital and is tested for COVID-19 upon hospital admission).

[40] The regular operational capacity of CBP sectors is 15,053 beds. The current capacity represents a 67% reduction in capacity, in part due to COVID-19 mitigation measures but further constrained by requirements that CBP separate noncitizens within its holding facilities according to specific permutations.

[41] ICE was not able to provide data on capacity rates by the time of deadline.

[42] The next public health reassessment of the August Order is due on March 30, 2022. The current Public Health Emergency declaration must be renewed on or before April 16, 2022.

T42AR-0023504

CONFIDENTIAL – DELIBERATIVE PROCESS

the best available public health tool to protect noncitizens, Americans, and the DHS workforce from COVID-19 introduction, transmission, and spread. Although vaccination among the American public and the DHS workforce is ongoing and largely successful,[43] the path for offering vaccines to encountered noncitizens remains unclear. CDC has been engaged in conversations with interagency partners, including DHS, regarding offering vaccines to encountered noncitizens; however, the plans reviewed by CDC would provide vaccines to noncitizens processed under Title 8 but *not* for those expelled under Title 42. As a public health matter, CDC strongly recommends that all noncitizens encountered by DHS be offered a COVID-19 vaccine, regardless of the authority under which they are processed.

Critically, DHS should continue to apply the humanitarian exception set forth in the August Order to eligible noncitizens. It is essential to CDC that DHS make broad use of this exception for noncitizens who may suffer undue medical harms associated with expulsion (e.g., females in their late third trimester of pregnancy, children under the age of 12 months, and other vulnerable and medically fragile persons). CDC developed a set of criteria for such populations for the Afghanistan Resettlement Program (Operation Allies Welcome) and is keenly interested in working with DHS to develop similar criteria for use in applying the humanitarian exception to the August Order.

At this stage of the pandemic, CDC must continue to expand its global efforts to support widespread, equitable administration of available vaccines, diagnostics, therapeutics, and other public health measures, including surveillance testing and infection prevention and control, to reduce the global burden of COVID-19. These measures must take priority over maintaining reliance on the August Order. Experience with the HHS/Office of Refugee Resettlement unaccompanied minors program (Operation Artemis) and interagency partners on the Operation Allies Welcome have demonstrated that alternative public health pathways are possible.

**Option 1:**

Find that the August Order continues to be necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the POE and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency. Continue to support a program to offer vaccines to noncitizens, both those expelled under Title 42 and those processed under Title 8. Provide informal communication to interagency partners regarding the path forward and timing concerns (*Status quo* approach).

Discussion:

The findings of the August Order with respect to covered noncitizen groups—SA and FMU— and the facilities available at POE and U.S. Border Patrol stations are unchanged at this time and the threat of COVID-19 in congregate settings remains, particularly as the Omicron surge has not yet receded across the country.

The development of the COVID-19 vaccination stands as one of public health's greatest achievements. The public health emphasis on the primacy of vaccination should be extended to the migration arena for all noncitizens encountered by DHS. As expressed in various interagency conversations, CDC believes that even if full vaccination cannot be assured, vaccination of all

---

[43] CBP most recently reported vaccination rates between 75% and 91% among its U.S. Border Patrol and Office of Field Operations personnel.

8

CONFIDENTIAL – DELIBERATIVE PROCESS

encountered noncitizens provides protection against severe illness and hospitalization, thereby protecting the U.S. healthcare system. Vaccination is especially helpful in light of the recidivism observed among those noncitizens expelled under Title 42.

Key Pros:
- Public health data, as outlined above, indicates there is support for the Order to remain in place at this time, given the continued high rates of cases and hospitalizations. Although several areas of the country may be past the peak of Omicron cases, other areas remain in an acceleration mode.

Key Cons:
- Continued use of CDC's authority in this space is the subject of litigation in multiple courts. Option 1 will result in the continuation of this litigation. Furthermore, CDC's legal vulnerabilities will continue to increase, threatening the availability of CDC's authorities for public health threats in the future.
- Failing to publicly communicate any change in CDC's posture regarding this Order may not result in immediate action by DHS to plan for the resumption of normal border operations. Moreover, leaving the August Order in place may further DHS's dependency on it as an instrument to control the immigration flow.
- Finding the August Order to be necessary may be unpalatable to some advocacy groups.

**Option 2:**

Find that the August Order continues to be necessary at this time to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the POE and U.S. Border Patrol stations, and destination communities in the United States during the COVID-19 public health emergency; but also formally communicate to DHS that CDC intends to amend the August Order to except FMU by the time of the March reassessment, and to terminate the Order in its entirety thereafter, barring dramatic shifts in the trajectory of the COVID-19 pandemic. Continue to support a program to offer vaccines to noncitizens, both those expelled under Title 42 and those processed under Title 8. (Step-down approach with formal interagency communication)

Discussion:

The findings of the August Order with respect to covered noncitizen groups—SA and FMU— and the facilities available at POE and U.S. Border Patrol stations are unchanged at this time and the threat of COVID-19 in congregate settings remains, particularly as the Omicron surge has not yet receded across the country.

If an amendment to the Order to exclude FMU from covered noncitizens is issued, then DHS would be further pressed to institute the COVID-19 mitigation measures long-recommended by CDC, including vaccination for all encountered noncitizens. By first indicating that FMU will be excepted, DHS will have the opportunity to institute these mitigation measures in a stepwise manner, initially for a smaller population, while also readying plans for resumption of regular border operations with COVID-19 mitigation in place.[44]

---

[44] *See supra* at note 35; the percentage of FMU processed under Title 42 continues to decrease.

T42AR-0023506

CONFIDENTIAL – DELIBERATIVE PROCESS

A robust vaccination program will also help address COVID-19 mitigation concerns in the congregate settings of the POE and Border Patrol stations where physical distancing remains difficult. As demonstrated by the U.S. government's experience with Operation Artemis and Operation Allies Welcome, a COVID-19 vaccination program helps ensure protection for noncitizens, as well as personnel serving these populations and American communities.

Key Pros:
- See Key Pros for Option 1
- This step-down approach recognizes the operational difficulties that DHS will inevitably encounter with the end of the August Order.
- Assuming DHS were to include vaccination of encountered noncitizens in the implementation of this step-down, it would align with larger U.S. government pandemic efforts and safe travel policies.

Key Cons:
- See Key Cons for Option 1
- Finding the August Order to be necessary may be unpalatable to some advocacy groups, despite communicating to DHS that CDC ultimately intends to terminate it.
- A step-down approach would not result in immediate termination of litigation and may leave open the possibility of increased pressure to retain the August Order for FMU and/or SA over the coming months.
- Messaging for an amendment to the Order to exclude FMU, while maintaining the Order for SA may be difficult.

**Option 3:**

Find that the August Order is no longer necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the POE and U.S. Border Patrol stations, and destination communities in the United States; immediately terminate the August Order in its entirety. Continue to support a program to offer vaccines to all noncitizens encountered.

Discussion:

DHS has indicated it expects a substantial increase in the volume of migrants once the August Order is terminated. Irrespective of whether the August Order remains in place, DHS is concerned about the ongoing surge of noncitizens attempting to enter the United States. DHS is readying options to manage this influx, including engaging the U.S. Department of Defense and transferring DHS employees to the U.S. southern border. Should the August Order be terminated, however, these plans may require further adjustment since the removal of Title 42 expulsions may result in additional overcrowding in DHS facilities. Any increase in migrant flow could have negative implications for immigration policy overall and, notably, for COVID-19 mitigation efforts at the border.

Key Pros:
- Terminating the Order could result in the dismissal of multiple litigation actions against CDC related to its use of Title 42 authorities, thereby preserving those authorities for future public health actions.
- Terminating the Order will force DHS to implement feasible COVID-19 mitigation strategies that balance operational concerns with less restrictive but potentially more effective public health measures (e.g., vaccination).

T42AR-0023507

CONFIDENTIAL – DELIBERATIVE PROCESS

Key Cons:
- Because DHS has not taken steps in anticipation of the termination of the Order there are concerns that its capacity at the border and its ability to mitigate COVID-19 would be quickly overwhelmed, particularly given the highly transmissible Omicron variant.
- There may be contraindications to complete termination of the Order at this point because of the continued unprecedented high numbers of reported cases due to the Omicron variant. Should the pandemic further worsen, it could become necessary to reinstate the Order and the rationale for taking such apparently contradictory actions would be difficult to articulate and defend.

## ANTICIPATED STAKEHOLDER REACTION

Should CDC find that the Order is still considered necessary, there will most likely be negative reaction in the public health and medical communities, as well as human rights organizations; similarly, one might expect pushback in some parts of the media. Should the Order be terminated, some parts of the media and DHS may react negatively.

## ROLLOUT

DGMQ has prepared a reactive media statement for use, if needed.

> Martin S. Cetron, M.D.
> Division of Global Migration and Quarantine
> National Center for Emerging Zoonotic and Infectious Diseases
> Centers for Disease Control and Prevention

## DECISION

Approval of whether the Order remains necessary (Option 1).

Approved [   X   ]
Disapproved [       ]
Briefing Needed [       ]
Additional Comments: []

_____              January 28, 2022
Rochelle P. Walensky, MD, MPH                          Date

11

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

June 19, 2020

## DECISION REQUESTED

**Recommendation:**

- The Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020, renewed on April 20, 2020, and, amended and renewed, on May 20, 2020 (the "Order") should be continued in its current form for another 30 days (until July 19, 2020).

**Pros:**

- In general, the federal government's overall experience under the Order, together with the factual developments since May 20, 2020, strengthen the policy rationales for continuing the Order for 30 days. The factual bases and policy rationales for further continuing are robust.
- The Order has mitigated the risk of COVID-19 transmission in POEs and Border Patrol stations, and thereby mitigated risks to DHS personnel and the U.S. healthcare system.
  - o DHS data indicates the Order has significantly reduced the population of covered aliens held in congregate settings in POEs and Border Patrol stations, thereby mitigating the risk of COVID-19 infection among DHS personnel and others within these facilities.
    - The Order has reduced the number of aliens in CBP custody by 98% compared to the same period in 2019 and by 91% compared to the 75 days prior to the Order.
    - CBP has been able to maintain an appropriate level of staffing to meet mission requirements. As of June 8, 2020, 447 CBP employees contracted COVID-19, ***with five employee deaths related to the virus***. The risks to the DHS workforce would have been greater absent the Order.
  - o In the 50 days preceding the Order, CBP officers made over 1,600 trips to community hospitals to provide detainees advanced medical care. In the over 80 days after the Order's implementation, CBP has made only 400 trips for detainees to receive medical care from community hospitals. This represents a 75% decrease in utilization. The risks of COVID-19 transmission and overcapacity in community hospitals serving domestic populations would have been greater absent the Order.
- The number of confirmed COVID-19 cases continue to increase rapidly in Canada, Mexico, and the United States. Continuing the Order would mitigate the risk of further introduction of COVID-19 into the United States from Canada and Mexico—and related burdens on the U.S. healthcare system—at a time when the United States is attempting to implement a phased reopening of its economy.

| Country | Confirmed Cases (6/17/20) | Confirmed Cases (5/20/20) | Deaths (6/17/20) |
|---|---|---|---|
| Canada | 99,147 | 79,112 | 8,175 |
| Mexico[1] | 146,837 (52,636 suspected) | 56,594 (31,866 suspected) | 17,141 |
| United States | 2,085,769 | 1,477,459 | 115,644 |

[1] Mexico's official statistics for COVID infections and number of deaths provide insights to general trends, but have serious deficiencies and greatly understate actual totals. COVID infections and deaths are multiples of what is reported. Mexico has the lowest diagnostic testing per capita of OECD countries.

- The COVID-19 pandemic is already placing severe stress on Mexico's healthcare system, particularly in high-density urban areas and along the U.S.-Mexico border and in Mexico City.  The stress on Mexico's healthcare system may worsen; the Mexican government has shifted its projected pandemic peak from early May to late July.
- The current stress on Mexico's healthcare system is already having a spillover effect in the United States.  Along the U.S.-Mexico border, hospitals in southern California report transferring patients to less impacted areas further north due to influx of U.S. citizens and green card holders from Mexico seeking care.
- Limiting the further introduction and spread of COVID-19 in the U.S. remains critical as U.S. states ease public health restrictions as part of phased re-openings.
  - ICU bed occupancy remains above national average in California (62.9%), Arizona (72.1%), and Texas (62.4%), among other states.  The risk of local healthcare systems being overwhelmed remains a concern during phased re-openings.
  - CDC staff believes travel restrictions remain an effective intervention, particularly while no vaccine or approved therapeutic for COVID-19 is widely available.
  - Continuing the Order would help mitigate the risk of localized healthcare resource exhaustion, and preserve bed capacity for domestic population, in the coming months.
- Restrictions on non-essential travel across the U.S.-Canadian and U.S.-Mexico borders have been extended by joint agreements until, at least, July 21, 2020.  So continuing the Order would align with the existing international agreements.

- COVID-19 pandemic is accelerating in South and Central America.  This acceleration, combined with the migration of South and Central Americans to the U.S. through Mexico and Canada, heightens the risks that continuing the Order would mitigate.

**Cons:**
- Some members of Congress, immigrant advocacy groups, media outlets, and academics have criticized the Order.  One of the primary criticisms is that aliens who CDC expels under the Order do not have an opportunity to make claims for relief under the asylum and other federal immigration laws, and return to allegedly dangerous conditions in their home countries. This criticism will likely continue if CDC renews the Order.
- The potential for unintended consequences (inherent in any administrative action) that are presently unforeseen.

**Next Steps:**
- If this recommendation is approved, the Order will remain in place.  CDC shall continue to reassess the factual basis for the Order every 30 days to determine whether current conditions warrant continued implementation, modification, or termination of the Order.
- The CDC Director should inform HHS Secretary, DHS Secretary (Acting), and other relevant executive branch stakeholders of his decision.

Approved ✓              Not Approved _____              Would like briefing _____


_Robert R. Redfield MD_                                    _12 June 2020_
Robert R.Redfield, MD                                      Date

Attachments:

- U.S. Customs and Border Patrol, 42 U.S.C. § 265 Perodic Review Memorandum (June 15, 2020);
- CDC COVID View Weekly Summaries:
  - COVID View Summary ending on June 6, 2020 (last updated June 12, 2020), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html;
  - COVID View Summary ending on May 30, 2020 (last updated June 5, 2020), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/06112020.html;
  - COVID View Summary ending on May 23, 2020 (last updated May 29, 2020), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/06012020.html;
  - COVID View Summary ending on May 16, 2020 (last updated May 22, 2020), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/05292020.html;
- CDC, National Healthcare Safety Network (NHSN), COVID-19 Module Data Dashboard – Patient Impact and Hospital Capacity Pathway (last updated June 17, 2020), https://www.cdc.gov/nhsn/covid19/report-overview.html;
- U.S. Department of State, Canada Sitreps (May 20 – June 17, 2020):
  - Canada Coronavirus/COVID-19 Update – May 19, 2020 (Tuesday AM);
  - Canada Coronavirus/COVID-19 Update – May 20, 2020 (Wednesday AM);
  - Canada Coronavirus/COVID-19 Update – May 21, 2020 (Thursday AM);
  - Canada Coronavirus/COVID-19 Update – May 22, 2020 (Friday AM);
  - Canada Coronavirus/COVID-19 Update – May 26, 2020 (Tuesday AM);
  - Canada Coronavirus/COVID-19 Update – May 27, 2020 (Wednesday AM);
  - Canada Coronavirus/COVID-19 Update – May 28, 2020 (Thursday AM);
  - Canada Coronavirus/COVID-19 Update – May 29, 2020 (Friday AM);
  - Canada Coronavirus/COVID-19 Update – June 1, 2020 (Monday AM);
  - Canada Coronavirus/COVID-19 Update – June 3, 2020 (Wednesday AM);
  - Canada Coronavirus/COVID-19 Update – June 5, 2020 (Friday AM);
  - Canada Coronavirus/COVID-19 Update – June 8, 2020 (Monday AM);
  - Canada Coronavirus/COVID-19 Update – June 10, 2020 (Wednesday AM);
  - Canada Coronavirus/COVID-19 Update – June 12, 2020 (Friday AM);
  - Canada Coronavirus/COVID-19 Update – June 15, 2020 (Monday AM);
  - Canada Coronavirus/COVID-19 Update – June 17, 2020 (Wednesday AM);

T42AR-0023516

- U.S. Department of State, Mexico Sitreps (May 20 – June 17, 2020):
  - Mission Mexico COVID-19 Sitrep – May 21, 2020 (Thursday AM)
  - Mission Mexico COVID-19 Sitrep – May 22, 2020 (Friday AM);
  - Mission Mexico COVID-19 Sitrep – May 26, 2020 (Tuesday AM);
  - Mission Mexico COVID-19 Sitrep – May 27, 2020 (Wednesday AM);
  - Mission Mexico COVID-19 Sitrep – May 28, 2020 (Thursday AM);
  - Mission Mexico COVID-19 Sitrep – May 29, 2020 (Friday AM);
  - Mission Mexico COVID-19 Sitrep – June 1, 2020 (Monday AM);
  - Mission Mexico COVID-19 Sitrep – June 2, 2020 (Tuesday AM);
  - Mission Mexico COVID-19 Sitrep – June 3, 2020 (Wednesday AM);
  - Mission Mexico COVID-19 Sitrep – June 4, 2020 (Thursday AM):
  - Mission Mexico COVID-19 Sitrep – June 5, 2020 (Friday AM);
  - Mission Mexico COVID-19 Sitrep – June 8, 2020 (Monday AM);
  - Mission Mexico COVID-19 Sitrep – June 9, 2020 (Tuesday AM);
  - Mission Mexico COVID-19 Sitrep – June 10, 2020 (Wednesday AM);
  - Mission Mexico COVID-19 Sitrep – June 11, 2020 (Thursday AM);
  - Mission Mexico COVID-19 Sitrep – June 12, 2020 (Friday AM);
  - Mission Mexico COVID-19 Sitrep – June 15, 2020 (Monday AM);
  - Mission Mexico COVID-19 Sitrep – June 16, 2020 (Tuesday AM);
- HHS-OGA Materials:
  - Gobierno de Mexico, Secretaria de Salud, COVID-19 MÉXICO Comunicado Técnico Diario, Phase 3, June 7, 2020l;
  - Gobierno de Mexico, Secretaria de Salud, COVID-19 MÉXICO Comunicado Técnico Diario, Phase 3, June 14, 2020; and
  - Weekly COVID-19 Cumulative Cases United States-Mexico Border States, June 6, 2020.