UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY**

Defendants respectfully request leave to file a brief surreply to address Plaintiffs' statement in their reply brief that Defendants "do not contest that vacatur is appropriate if the Title 42 policy is arbitrary and capricious." Pls.' Reply 24.  As explained in the attached surreply, Defendants do not concede that vacatur of the Title 42 policy would be an appropriate remedy.  *See* Ex. A, Proposed Surreply.  Undersigned counsel conferred with Plaintiffs' counsel on September 22, 2022, who stated that Plaintiffs take no position on Defendants' motion but reserve the right to seek leave to file a short response brief if necessary depending on the contents of the proposed surreply.

There is good cause to grant this motion.  As explained in the proposed surreply, Defendants did not address the appropriateness of vacatur in their opposition brief because Plaintiffs did not analyze the issue in their opening brief and the issue in any event is premature at this stage, where Plaintiffs are moving only for partial summary judgment on a single claim.  Pursuant to Federal Rule of Civil Procedure 54(b), any order adjudicating Plaintiffs' partial summary judgment motion would be interlocutory and ineffective until the Court enters final judgment.  The same is true with any relief granted based on the interlocutory order.  Defendants' proposed surreply clarifies Defendants' position in this regard and will assist the Court in evaluating the parties' briefing, including the appropriate timing to consider the issue of remedies.

Accordingly, Defendants respectfully request that the Court grant Defendants' motion for leave to file a surreply. A proposed order is attached as Exhibit B.

Dated: September 22, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN P. HUDAK
Chief, Civil Division

JEAN LIN
Special Litigation Counsel, NY Bar #4074530
Federal Programs Branch

SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

/s/ John Robinson
JOHN ROBINSON, DC Bar #1044072
JONATHAN KOSSAK, DC Bar #991478
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20530
Tel (202) 514-3716
Email: jonathan.kossak@usdoj.gov
          john.robinson@usdoj.gov

*Counsel for Defendants*