UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**[Proposed] Order**

Upon consideration of Defendants' motion for leave to file surreply, it is hereby ORDERED that Defendants' motion is GRANTED.

DATE: _____

HON. EMMET G. SULLIVAN