IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, et al.,

              Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,

              Defendants.

No. 1:21-cv-00100-EGS

**NOTICE OF WITHDRAWAL OF KATHRYN S. AUSTIN**

Pursuant to Local Rule 83.6(b), please take notice that Kathryn S. Austin is withdrawing her appearance as counsel for *amicus curiae* the International Refugee Assistance Project ("IRAP"). Ms. Austin is departing IRAP. Geroline Castillo remains as counsel for IRAP.

Dated: September 23, 2022
      New York, New York

Respectfully submitted,

/s/ Kathryn Austin
Kathryn Austin (D.D.C. Bar No. NY0331)
Geroline Castillo (D.D.C. Bar No. NY0336)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, N.Y. 10004
Tel: (516) 296-0688

*Counsel for Amicus Curiae*

Rebecca Heller
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, N.Y. 10004

*Executive Director of Amicus Curiae*