UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

### [Proposed] Order

Upon consideration of Defendants' unopposed emergency motion for a temporary stay of the Court's November 15, 2022 order, it is hereby ORDERED that Defendants' motion is GRANTED. This Court's November 15, 2022 order is stayed for five weeks, from November 15, 2022 to December 20, 2022. The order will take effect at midnight on December 21, 2022.

DATE: _____

HON. EMMET G. SULLIVAN