UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>  Defendants. | Civ. A. No. 21-100 (EGS) |

**DECLARATION OF ATTORNEY JOSEPH ST. JOHN**

I serve as a Deputy Solicitor General in the Louisiana Department of Justice. I am counsel for the State of Louisiana in *Louisiana v. Centers for Disease Control*, No. 6:22-cv-885 (W.D. La.). I make this declaration in support of Louisiana's Motion to Intervene in the above-captioned litigation. This declaration is based on my personal knowledge, and I could competently testify to its contents if called to do so.

1. Exhibit 1 is a true and accurate copy of preliminary injunction briefing filed in *Texas v. Biden*, No. 4:21-cv-579 (N.D. Tex.), as obtained from Westlaw.

2. Exhibit 2 is a true and accurate copy of an Appendix to Texas's Renewed Motion for Preliminary Injunction filed in *Texas v. Biden*, No. 4:21-cv-579 (N.D. Tex.), as obtained from Westlaw.

3. Exhibit 3 is a true and accurate copy of Plaintiff States' Motion for Preliminary Injunction and to Expedite, a supporting brief, and supporting evidence filed in *Louisiana v.*

1

*Centers for Disease Control*, No. 6:22-cv-885 (W.D. La.), as obtained from Westlaw. Bates numbering has been added to the lower right corner for ease of reference.

4. Exhibit 4 is a true and accurate copy of a Preliminary Injunction entered in *Louisiana v. Centers for Disease Control*, No. 6:22-cv-885 (W.D. La.), as obtained from Westlaw.

5. Exhibit 5 is a true and accurate copy of an Order by the U.S. Court of Appeals for the Fifth Circuit filed to the docket in *Louisiana v. Centers for Disease Control*, No. 6:22-cv-885 (W.D. La.), as obtained from Westlaw.

6. Exhibit 6 is a true and accurate copy of Defendants' Notice of Decision Vacating Title 42 Orders filed in *Louisiana v. Centers for Disease Control*, No. 6:22-cv-885 (W.D. La.), as obtained from Westlaw.

7. Exhibit 7 is a true and accurate copy of a letter filed in *Louisiana v. CDC et al*, No. 22-30303 (5th Cir.), as obtained from Westlaw.

8. Exhibit 8 is a true and accurate copy of a transcript of the videotaped deposition of Raul L. Ortiz, as obtained from the State of Florida.

9. Exhibit 9 is a true and accurate copy of a document obtained from the State of Florida. I am informed and believe Exhibit 9 was produced to Florida by the United States.

10. Exhibit 10 is a true and accurate copy of a Supplemental Declaration of Stephen W. Manning filed in *East Bay Sanctuary Covenant v. Barr*, No. 4:19-cv-4073 (N.D. Cal.), as obtained from Westlaw.

11. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 21st day of November 2022.

/s/ Joseph Scott St. John