The most immediate challenge facing U.S. agents along the border is the soaring number of adult migrants they are taking into custody, particularly from Mexico. Over the past week, U.S. agents have made more than 7,000 arrests per day on average, and Homeland Security officials are making contingency plans for that number to increase sharply when Title 42 is lifted.

Their immediate concern is a repeat of the chaotic scenes witnessed last September in Del Rio, Tex., when thousands of mostly Haitian migrants waded across the Rio Grande, overwhelming U.S. capacity. Authorities responded to that incident by using the Title 42 order to carry out mass deportations to Haiti, measures denounced by leading Democrats.

Thousands more Haitian migrants are believed to be waiting in Mexico in anticipation of the end of Title 42, according to DHS officials familiar with the government's planning and preparations.

Republicans demanded Wednesday that the Biden administration keep Title 42 in place for public health reasons, noting that travelers are still wearing masks on airplanes and buses and that an even higher influx would overwhelm the Border Patrol and distract them from stopping drug and human smugglers. Admitting migrants into the United States will only add them to the massive backlogs in federal immigration courts, leaving cases unresolved, they said.

Sen. James Lankford (R-Okla.), a member of the Senate Committee on Homeland Security and Government Affairs, said he has been asking the Biden administration for months about its plan for a post-Title 42 scenario. He said he was disappointed by the administration's contingency work.

"Their plan is to move people into the country faster," Lankford said at the news conference. "That's their whole plan. What they have worked on, apparently for a year, is the way to expedite people crossing the border and moving into the interior at a faster rate."

DHS officials say they will deport migrants who do not qualify for protection under U.S. law. But during previous peaks of unauthorized border crossings, they have conducted mass releases, directing migrants to voluntarily report to authorities later on.

Biden officials said they are girding for the influx by expanding CBP holding capacity with temporary tent facilities, while scaling up their transportation networks and adding personnel who can support emergency operations at the border.

In an article in the New England Journal of Medicine last week, physicians and health advocates from medical schools and nonprofits argued that the rationale for the order is "unsupported by evidence" and in some cases, "blatantly false."

The authors said the policy has inflicted harm on migrants pushed back to dangerous homelands or crime-ridden border cities in Mexico, where some have been attacked.

"There is no evidence that noncitizens who lack documentation are more likely to transmit covid than are residents, citizens, or tourists entering the country," they wrote. "Asylum seekers represent a small fraction of the travelers who cross the border; in the same period in which 1 million asylum seekers were expelled, nearly 100 million other travelers were admitted at U.S. land borders."

Democratic leaders such as Senate Majority Leader Charles E. Schumer (N.Y.) and Sen. Robert Menendez (N.J.) have been urging the Biden administration to end the program, citing the dangers migrants face. Rep. Raul Ruiz (D-Calif.), a medical doctor and chair of the congressional Hispanic Caucus, said low transmission rates, quarantine programs and vaccines make the end an imperative. "Enough is enough," he said this week.

WDLA-PI-0101

But others have been raising alarms, mainly Republicans but also some prominent Democrats, such as Sen. Joe Manchin III (W.Va.) and Sens. Kyrsten Sinema and Mark Kelly of the border state of Arizona who fear the administration is unprepared for an even larger influx at the southwest border.

Manchin wrote to CDC Director Rochelle Walensky on Tuesday urging her to keep the order in place, warning of rising border crossings and increasing covid-19 cases in parts of Europe and Asia. "Now is not the time to throw caution to the wind," he wrote.

The Biden administration has also been facing legal pressure to end Title 42.

After a federal judge in Texas ruled this month the government could no longer exempt unaccompanied minors from being expelled, the CDC officially terminated the policy for that group on March 11.

In that order, Walensky said CBP could mitigate covid transmission for children and teens traveling without a parent because they had a robust testing program and access to Health and Human Services shelters where the minors could recover.

But she said CBP told the CDC it could not offer the same to single adults and families.

"Due to operational and facility constraints, CBP reports that it is not able to replicate this robust coronavirus testing and isolation program for (single adults) and (family members) in its custody," Walensky wrote.

Further pressure to alter Title 42 came from an appeals court ruling this month that said the government could expel families, but not to nations where they might face persecution or torture. The court found the administration's claim that the policy slowed covid transmission "questionable." The ruling is expected to take effect in late April, according to the American Civil Liberties Union, which filed the lawsuit on behalf of migrant families.

"We are not cavalier about the risks of COVID-19," the D.C. appeals court wrote. "And we would be sensitive to declarations in the record by CDC officials testifying to the efficacy of (the restrictions). But there are none."

# EXHIBIT 10

Rogers Declaration

WDLA-PI-0103



# Georgia Sen. Warnock, other vulnerable Democrats oppose ending Title 42 border policy

By Kyle Morris

Published April 07, 2022

Fox News

Several Democrats, many who are up for reelection in their states, are pushing back against the Biden administration's decision to terminate the use of Title 42 to expel migrants at the border.

Georgia Democrat Sen. Raphael Warnock, who won a 2021 special election and is now seeking a full term, is part of a growing list of Democrats who are speaking out against the decision to end the policy which gave the administration the ability to bar people from entering the country during a health crisis such as the COVID-19 pandemic.



Sen. Raphael Warnock, D-Ga., at the U.S. Capitol in Washington, June 15, 2021. (REUTERS/Evelyn Hockstein)

**OBAMA HOMELAND SEC. SAYS END OF TITLE 42 BORDER POLICY 'BIG NEWS' IN CENTRAL AMERICA, 'AMPLIFIED BY SMUGGLERS'**

Doubling down on prior remarks he made in opposition to ending Title 42, a spokesperson for Warnock said in a statement Thursday morning that he "does not support lifting Title 42 at this time" and recommended that the Biden administration release an outline for how it plans to deal with the crisis at the southern border once the policy is lifted.

"Senator Warnock believes in protecting the humanity of migrants at the border, but before this policy is rescinded, the Administration should present a plan for how it will ensure our border security has the manpower, infrastructure, humanitarian and legal resources they need to prevent this policy change from making an already dire humanitarian situation worse," the spokesperson said.

WDLA-PI-0104

Sen. Jon Tester, D-Mont., has also spoken out against the move, saying the decision to end the policy "will only add to the strain on our broken immigration system."

"Ending Title 42 is expected to cause a significant increase of migration to the United States and put more pressure on an already broken system. Ending this policy will not only negatively impact our country's capability to respond to the humanitarian situation at the southern border, but put more strain on those working to secure the northern border as well."

Sen. Joe Manchin, D-W.Va., has <u>described the move</u> as a "frightening decision" and said last week that Title 42 has been "essential" in combating COVID-19 and controlling the migrant flows.



Sen. Joe Manchin, D-W.Va., speaks during a Senate Armed Services Committee hearing, Tuesday, Sept. 28, 2021, on Capitol Hill in Washington. (Stefani Reynolds/The New York Times via AP, Pool)

"We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy," Manchin said. "We are nowhere near prepared to deal with that influx."

Arizona Democrat Sens. Kyrsten Sinema and Mark Kelly have both written to and spoke with Mayorkas to express their concerns about the policy being lifted without proper planning. Sen. Maggie Hassan, D-N.H., meanwhile, said that ending the order "will likely lead to a migrant surge that the administration does not appear to be ready for."

Despite her willingness to sign onto letters calling for a reversal to the policy when it was used under former President Trump's administration, Sen. Catherine Cortez Masto, D-Nev., has now changed her tune.

"This is the wrong way to do this and it will leave the administration unprepared for a surge at the border," Cortez Masto said in a statement this week.

"We should be working to fix our immigration system by investing in border security and treating immigrant families with dignity," she added. "Instead, the administration is acting without a detailed plan."

Cortez Masto's comments come after a 2020 letter she – along with several other congressional Democrats – signed which referred to the policy as the "CDC asylum ban." The letter also said the policy was "designed to further an ongoing agenda to exclude asylum seekers."

WDLA-PI-0105



Sen. Catherine Cortez Masto, D-Nev. (Bill Clark/CQ-Roll Call, Inc via Getty Images)

Cortez Masto's office said the senator signed the letter "condemning the Trump Administration for its harmful policies that have dismantled the United States' asylum system."

**CLICK HERE TO GET THE FOX NEWS APP**

The Centers for Disease Control (CDC) <u>announced on Friday</u> that it will be ending Title 42, which has been used by both the Biden and Trump administrations to quickly expel migrants at the border due to the pandemic, on May 23.

"After considering current public health conditions and an increased availability of tools to fight COVID-19 (such as highly effective vaccines and therapeutics), the CDC Director has determined that an Order suspending the right to introduce migrants into the United States is no longer necessary," the Centers for Disease Control said in a statement.

*Fox News' Adam Shaw contributed to this article.*

Kyle Morris covers politics for Fox News. On Twitter: @RealKyleMorris.

  Print    Close

**URL**
https://www.foxnews.com/politics/georgia-sen-warnock-vulnerable-democrats-oppose-ending-title-42-border

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper. Do Not Sell my Personal Information - New Terms of Use - FAQ

WDLA-PI-0106

# EXHIBIT 11

Rogers Declaration

WDLA-PI-0107

# GOP, Dem senators back bill to postpone ending Title 42 at border: report

A bipartisan group of senators introduced a bill Thursday meant to force the Biden administration to delay ditching the Title 42 health policy next month, warning that suspending the order will unleash a humanitarian crisis as thousands of illegal immigrants flock to the southern border, according to a report.

The proposal, backed by five Democrats and six Republicans, would postpone the scheduled May 23 rescission of Title 42 by the Centers for Disease Control and Prevention until the administration comes up with a plan to counter the expected influx. The bill was first reported by Axios.

"Arizona communities bear the brunt of the federal government's failure at our border, so we're stepping in and protecting border communities by ensuring the Administration works hand-in-hand with local leaders, law enforcement, and nonprofits to put a comprehensive, workable plan in place before lifting Title 42," Sen. Kyrsten Sinema (D-Ariz.), who drafted the bill with Sen. James Lankford (R-Okla.), said in a statement. "I'll continue pushing for transparency and accountability from the Administration to help secure the border, keep Arizona communities safe, and ensure migrants are treated fairly and humanely."



Migrants expelled from the US and sent back to Mexico under Title 42, April 1, 2022.



Sen. James Lankford is the top Republican on the Senate Border Management Subcommittee.

WDLA-PI-0109



An asylum seeker from Mexico waits outside the San Ysidro Port of Entry, which he hopes to cross to plead for asylum in the US, on March 22, 2022, in Tijuana, Mexico.

"The Biden Administration is declaring the pandemic over on our southern border but still active on our healthcare workers, military, and travelers," added Lankford, the top Republican on the Senate Border Management Subcommittee, which Sinema chairs. "Department of Homeland Security intel projections show that potentially a million people will illegally cross the moment Title 42 is lifted. But instead of a workable replacement plan, the only plan the Biden Administration seems to have is moving people faster into the interior of the country.

"They cannot have it both ways. If they think it's safe enough to lift Title 42 at the border, then it must be safe enough to lift the COVID-19 state of emergency on the whole country," Lankford added. "But when we drop Title 42 at the border, DHS must also implement a workable solution to expel migrants."

WDLA-PI-0110



Sen. Joe Manchin has called the CDC's decision to rescind the policy "frightening."



Sen. Kyrsten Sinema drafted the bill with Sen. James Lankford.

WDLA-PI-0111



Sen. Mark Kelly is one of the Democratic co-sponsors of the bill.

The CDC instituted Title 42 in March 2020, at the onset of the COVID-19 pandemic in the US. The public health order has allowed border officials to expel nearly 2 million migrants attempting to enter the US without hearing asylum claims.

Democratic co-sponsors of the bill include Sens. Mark Kelly of Arizona and Maggie Hassan of New Hampshire, both of whom face tough re-election fights this November. Fellow Democratic Sens. Joe Manchin of West Virginia and Jon Tester of Montana have also signed on.

Republicans on board with the bill include Sens. John Thune of South Dakota, John Cornyn of Texas, Thom Tillis of North Carolina, Shelley Moore Capito of West Virginia and Rob Portman of Ohio.



Asylum seekers from Central America pass their time at a migrant camp and now hope to be allowed into the US when Title 42 is lifted, in Reynosa, Mexico, April 1, 2022.



A Cuban woman and her daughter wait in line to be escorted to a Border Patrol van for processing in Yuma, Ariz., Feb. 6, 2022, hoping to remain in the United States to seek asylum.

Manchin, who represents a state that former President Donald Trump won by nearly 40 percentage points in 2020, has called the CDC's decision to rescind the policy "frightening."

"Title 42 has been an essential tool in combating the spread of COVID-19 and controlling the influx of migrants at our southern

WDLA-PI-0113

border. We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy," Manchin said last week. "We are nowhere near prepared to deal with that influx."

Hassan, reacting after the CDC's April 1 announcement that Title 42 would be scrapped, warned of the consequences of canceling the policy.

"Ending Title 42 prematurely will likely lead to a migrant surge that the administration does not appear to be ready for. I'll keep pushing the administration to strengthen border security & look forward to hearing directly from border agents during my upcoming trip to the border," she said on Twitter.

The White House responded to Axios that lawmakers should approve the administration's request for $10 billion in new coronavirus-related funding.



The vast majority of people staying at Good Samaritan shelter are women and their children from Mexico and Central America who have been expelled under Title 42 authority or were still waiting to try for asylum.



Sen. John Cornyn speaks about the US-Mexico border during a press conference, March 30, 2022.

"On the president's first day in office, he sent an immigration bill to Congress that invests in smart solutions, effectively manages the border and addresses the root causes of migration. Those that are concerned about [the US] immigration system that [are] holding up COVID funding should pass it," the White House said in a statement.

Senate Republicans voted against the spending bill on Wednesday, demanding that it include an amendment keeping Title 42 in place.

At Wednesday's White House briefing, press secretary Jen Psaki said Title 42 is not an immigration policy, "it's a public health measure," and insisted the administration has a plan in place.

WDLA-PI-0115



A woman embraces a child at the Good Samaritan shelter in Juarez, Mexico, Wednesday, March 30, 2022.



The bill is meant to force the Biden administration to delay ditching the Title 42 health policy next month.

"But as we're implementing this over the course of the next five weeks, if I'm doing my math correctly, we've also surged resources from the Department of Homeland Security. And we will continue to take additional steps to implement and make clear that this is not the time to come, that there are — there will still be significant measures put in place for anyone who tries to irregularly migrate to the United States," she said.

WDLA-PI-0116

Federal officials estimate that as many as 170,000 migrants will head to the border once the Title 42 policy ends.

The number of illegal immigrants encountered at the southern border shot up 6.6% in February from January, Customs and Border Protection said.

WDLA-PI-0117

# EXHIBIT 12

Rogers Declaration

WDLA-PI-0118

117TH CONGRESS
2D SESSION

# S. _____

To establish a procedure for terminating a determination by Surgeon General to suspend certain entries and imports from designated places.

_____

## IN THE SENATE OF THE UNITED STATES

_____

Mr. LANKFORD (for himself, Ms. SINEMA, Mr. CORNYN, Mr. KELLY, Mr. THUNE, Mr. MANCHIN, Mrs. CAPITO, Mr. TESTER, Mr. PORTMAN, Ms. HASSAN, and Mr. TILLIS) introduced the following bill; which was read twice and referred to the Committee on _____

_____

# A BILL

To establish a procedure for terminating a determination by Surgeon General to suspend certain entries and imports from designated places.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4        This Act may be cited as the ''Public Health and Bor-

5    der Security Act of 2022''.

WDLA-PI-0119

2

1  SEC. 2. TERMINATION OF SUSPENSION OF ENTRIES AND

2          IMPORTS FROM DESIGNATED PLACES RE-

3          LATED TO THE COVID–19 PANDEMIC.

4      (a) IN GENERAL.—An order of suspension issued

5  under section 362 of the Public Health Service Act (42

6  U.S.C. 265) as a result of the public health emergency

7  relating to the Coronavirus Disease 2019 (COVID-19)

8  pandemic declared under section 319 of such Act (42

9  U.S.C. 247d) on January 31, 2020, and any continuation

10 of such declaration (including the continuation described

11 in Proclamation 9994 on February 24, 2021), shall be lift-

12 ed not earlier than 60 days after the date on which the

13 Surgeon General provides written notification to the ap-

14 propriate authorizing and appropriating committees of

15 Congress that such public health emergency declaration

16 (including the continuation described in Proclamation

17 9994 on February 24, 2021) have been terminated.

18     (b) PROCEDURES DURING 60-DAY TERMINATION

19 WINDOW.—

20         (1) PLAN.—Not later than 30 days after the

21     date on which a written notification is provided

22     under subsection (a) with respect to an order of sus-

23     pension, the Surgeon General, in consultation with

24     the Secretary of Homeland Security, and the head of

25     any other Federal agency, State, local or Tribal gov-

26     ernment, or nongovernmental organization that has

Case 6:22-cv-01035-RJS-CBS Document 1368-5 Filed 04/14/22 Page 21 of 100 PageID #: 1074
BAI22187 072                                                                                    S.L.C.

3

1       a role in managing outcomes associated with the

2       suspension, as determined by the Surgeon General

3       (or the designee of the Surgeon General), shall de-

4       velop and submit to the appropriate committees of

5       Congress, a plan to address any possible influx of

6       entries or imports, as defined in such order of sus-

7       pension, related to the termination of such order.

8       (2) FAILURE TO SUBMIT.—If a plan under

9       paragraph (1) is not submitted to the appropriate

10      committees of Congress within the 30-day period de-

11      scribed in such paragraph, not later than 7 days

12      after the expiration of such 30-day period, the Sec-

13      retary shall notify the appropriate committees of

14      Congress, in writing, of the status of preparing such

15      a plan and the timing for submission as required

16      under paragraph (1). The termination of order re-

17      lated to such plan shall be delayed until that date

18      that is 30 days after the date on which such plan

19      is submitted to such committees.

WDLA-PI-0121

# EXHIBIT 13

Rogers Declaration

WDLA-PI-0122

## Sens. Kelly and Sinema on the Biden Administration's Decision to End Title 42 » Senator Mark Kelly

- April 1, 2022

Today, Arizona Senators Mark Kelly and Kyrsten Sinema issued the following statements regarding the Biden Administration's decision to announce an end to the Title 42 public health authority without first implementing a comprehensive response plan. Last week, Kelly and Sinema underscored to the Administration how Arizona communities, migrants, and public health could be harmed if a Title 42 end is not accompanied by proper planning, coordination, and resources.

"This is the wrong decision. It's unacceptable to end Title 42 without a plan and coordination in place to ensure a secure, orderly, and humane process at the border. From my numerous visits to the southern border and conversations with Arizona's law enforcement, community leaders, mayors, and non-profits, it's clear that this administration's lack of a plan to deal with this crisis will further strain our border communities. Despite this decision, I'm going to continue pushing for Arizona to get every additional resource that we can to assist at the border," **said Senator Kelly.**

"Prematurely ending Title 42 without a comprehensive, workable plan would put at risk the health and safety of Arizona communities and migrants. Today's decision to announce an end to Title 42 despite not yet having a comprehensive plan ready shows a lack of understanding about the crisis at our border. I'll continue pushing for transparency and accountability from the Administration to help secure the border, keep Arizona communities safe, and ensure migrants are treated fairly and humanely," **said Sinema, Chair of the Border Management Subcommittee.**

This week Kelly and Sinema spoke with U.S. Homeland Security Secretary Alejandro Mayorkas to discuss the Administration's Title 42

WDLA-PI-0123

contingency plans. Both senators underscored how Arizona communities and migrants could be harmed if a Title 42 end is not accompanied by proper planning, coordination, and resources. Sinema also raised concerns she heard from her recent [virtual border roundtable with federal and non-governmental partners in Arizona](#), and other conversations she has had with Arizona DHS officials. Sinema called for DHS to launch an intergovernmental coordination effort to ensure communication between federal, state, local, and non-governmental partners to strengthen cooperation. Secretary Mayorkas agreed to move forward with that strategy across the country. Kelly emphasized the need for proactive engagement and clear communications between the Department of Homeland Security, Congressional offices, local officials, sheriffs, and local governments. He also asked Secretary Mayorkas for details on how the increased funding Kelly and Sinema secured in the omnibus for border management and security will be used, especially as Title 42 is lifted.

Recently, Kelly and Sinema sent a letter to President Biden expressing [concerns](#) that an abrupt end to Title 42 enforcement without a comprehensive response plan in place could harm Arizona communities and migrants and greatly increase the strain on Department of Homeland Security, and local nonprofits that are already near or at capacity due to the current border crisis. Kelly and Sinema's letter states that Title 42 authority should not be used indefinitely, but points out that migrants and Arizona communities could be harmed if an ending to Title 42 is not accompanied by proper planning, coordination, and resources.

Last June, Kelly and Sinema [asked](#) Department of Homeland Security Secretary Alejandro Mayorkas to proactively create a comprehensive plan in advance of an end to Title 42 and requested to be briefed on this plan. In their most recent letter, the Senators say they have not seen evidence that DHS has developed and implemented a sufficient plan. Recently, Kelly and Sinema [secured](#) critical federal funding to help Arizona manage the current migrant crisis, improve border security, and keep Arizona communities safe.

WDLA-PI-0124

No related posts.

# EXHIBIT 14

Rogers Declaration

WDLA-PI-0125



Sen. Maggie Hassan ✓
@SenatorHassan

Ending Title 42 prematurely will likely lead to a migrant surge that the administration does not appear to be ready for. I'll keep pushing the administration to strengthen border security & look forward to hearing directly from border agents during my upcoming trip to the border.

9:53 AM · Apr 1, 2022 · Twitter for iPhone

43 Retweets   144 Quote Tweets   184 Likes

WDLA-PI-0126

# EXHIBIT 15

## Rogers Declaration

WDLA-PI-0127



American Rescue Plan: Learn More About Direct Funding For Recovery And Infrastructure In West Virginia
(/arp)

APRIL 01, 2022

# MANCHIN: TITLE 42 MUST STAY IN PLACE UNTIL WE HAVE MAJOR IMMIGRATION REFORMS

Washington, DC – Today, U.S. Senator Joe Manchin (D-WV) released the following statement on the Biden Administration's decision to end the Title 42 policy on May 23, 2022.

"Today's announcement by the CDC and the Biden Administration is a frightening decision," **said Senator Manchin.** "Title 42 has been an essential tool in combatting the spread of COVID-19 and controlling the influx of migrants at our southern border. We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy. We are nowhere near prepared to deal with that influx. Until we have comprehensive, bipartisan immigration reform that commits to securing our borders and providing a pathway to citizenship for qualified immigrants, Title 42 must stay in place."

In Fiscal Year (FY) 2021, encounters with migrants reached an all-time high of 1.7 million people, which is four times higher than the 400,000 encounters reported the previous year, and the United States is on pace to set a new record again this year. Through the first five months of FY22, the Department of Homeland Security (DHS) reports that Customs and Border Patrol (CBP) has experienced more than 838,000 migrant encounters.

Earlier this week, Senator Manchin called on the Centers for Disease Control and Prevention (CDC) Director Rochelle Walensky to extend the Title 42 policy due to rising COVID-19 cases across the globe and surging migrant encounters.

WDLA-PI-0128

# EXHIBIT 16

## Rogers Declaration

WDLA-PI-0129

# Vulnerable Democrats brace for border surge

by Alexander Bolton - 04/05/22 6:00 AM ET

Senate Democrats are bracing for a surge of migrants at the southern border in the wake of President Biden's decision to rescind a key restriction, creating yet another political headwind for Democratic candidates ahead of the midterm elections.

Vulnerable and centrist Democrats are scrambling to distance themselves from Biden's decision, which came under intense pressure from progressives and immigration advocates, to limit their own political liability.

Biden's decision to reverse the rule, known as Title 42, which the Trump administration implemented in 2020 and has been used to carry out 1.7 million deportations, is expected to spur huge new inflows of migrants.

Sen. Raphael Warnock (Ga.) on Monday became the latest vulnerable Senate Democrat to criticize Biden's decision.

"I think this is not the right time and we have not seen a detailed plan from the administration. We need assurances that we have security at the border and that we protect communities on this side of the border," he said. "I think this is the wrong time and I haven't seen a plan that gives me comfort."

He faces a tough race in a state that Biden narrowly won by 12,000 votes.

Democratic strategists say the Biden administration needs to be prepared to send federal resources to Arizona and other border areas to prevent local communities from being overwhelmed.

"When voters think that our party cares more about something else other than we care about the issues that matter in their everyday lives, we lose. And management of the border provides a really good

WDLA-PI-0130

example of that fact," said John LaBombard, a former aide to Sen.
Case 6:23-cv-00007-CBQS-BCDSJCBQS Document 1368-5 Filed 04/14/2122 Page 231 of 9213PageID #:
Kyrsten Sinema (D-Ariz.), who last week criticized Biden's decision.

"It would be a mistake to underestimate the impact on these communities, these small towns whenever there's a surge in migrants attempting to cross the border. It's a really big deal," he added. "These communities have always felt, and Sen. Sinema often points this out, that they're not getting the support they need from the federal government and instead they're having to carry the water for decades, for multiple administrations' failures, as it relates to effectively managing the border."

Sinema says that "prematurely ending Title 42 without a comprehensive, workable plan" will put at risk the health and safety of Arizona communities.

It's a looming problem for Sen. Mark Kelly (D-Ariz.), who is running for reelection in a state where Biden's approval rating has dropped precipitously in recent months. One of Biden's biggest vulnerabilities in the state is his handling of immigration-related issues, according to a recent poll.

Kelly on Friday blasted the administration's order as "the wrong decision" and said "it's unacceptable to end Title 42 without a plan and coordination in place to ensure a secure, orderly and humane process at the border."

It's also a political headache in other Senate battlegrounds, where Republicans plan to use the southern border as a cudgel against Democratic candidates.

"If they're going to withdraw Title 42, they got to have something in its place and right now they have nothing, and it's going to be a human tsunami across the border and we're going to lose control, that's what the Border Patrol tells me," said Sen. John Cornyn (Texas), the senior Republican on the Senate Judiciary Committee's immigration subcommittee.

Sen. Maggie Hassan (D), who has a tough race in New Hampshire, warned that "ending Title 42 prematurely will likely lead to a migrant

surge that the administration does not appear to be ready for."

Senate Minority Leader Mitch McConnell (R-Ky.) on Monday panned the administration's move as "an unbelievably bad decision."

"They're going to further cave to the far left that wants open borders. They're going to cancel Title 42 this spring with no real border security plan to replace it," he said on the floor. "This is such an absurd decision, such an unforced gaffe that even some of our Democratic colleagues have come out swinging."

Democratic strategists say it's smart for Warnock, Kelly and Hassan to ready their defenses in case Biden's decision invites new waves of migrants, negative media attention and Republican political attacks.

"I think it's probably inevitable that we're going to be facing down another big surge in migrants here at some point," LaBombard said.

"We know there's going to be challenges at the border, so the best case scenario is that there's a plan in place and the resources in place to support. … That should be shaped and guided by direct input from mayors, law enforcement, nonprofits," he added.

Steve Jarding, a Democratic strategist and former advisor to the Democratic Senatorial Campaign Committee, said vulnerable Democrats were going "to pay a price" for what's happening at the U.S.-Mexico border regardless of Biden's decision on Title 42. But he said the president's action likely makes the political problem worse.

"If you look at some of the polling that's come out … those issues are working" for Republicans, he said.

WDLA-PI-0132

middle-of-the-road Democrats in an awkward position, and all of that begs the question as to why you would do that," he added.

Lanae Erickson, senior vice president for social policy at Third Way, a centrist Democratic think tank, said the administration was under pressure to act because courts were likely to soon rule against the continued use of Title 42 to deny asylum claims.

"The courts were moving in direction of forcing the administration to act here. To the extent that the administration is now getting in front of that and setting up a plan to do this in an orderly fashion, I think that's great news," she said.

"It's also better that it's happening further away from the midterms because obviously immigration is a tricky subject for Democrats and one that divides swing voters from our base in a lot of circumstances," she explained. "We could not rely on this public safety measure indefinitely to keep people out of the country."

Morgan Jackson, a leading Democratic strategist based in North Carolina, a swing state, said he expects Republicans to come at Democratic candidates hard on border- and immigration-related issues.

"Obviously Republicans are going to try to make immigration a top issue. They have tried to do that for the last 10 years, almost every election," he said.

He said voters are more concerned about "pocketbook issues" such as the strength of the economy, inflation, rising gas prices and the cost of health care.

"I think what you'll see Democrats try to do is talk about issues that actually affect families in 2022. Based on where we are with the economy, based on the uncertainty where we are with Ukraine, I think people are looking for solutions and not just pointing at problems," he said.

WDLA-PI-0133

At the same time, he says its smart for Democrats such as Warnock, Kelly and Hassan to distance themselves from Biden's Title 42

decision.

"You've got Democrats who are making smart decisions in tough races — Mark Kelly, Maggie Hassan — who say, 'Hey, I'm not going to let Republicans use this as a talking point on me,'" he said. "By issuing a criticism [of Biden's decision], they take this issue off the table for their races."

WDLA-PI-0134

# EXHIBIT 17

Rogers Declaration

WDLA-PI-0135

*The New York Times* | https://www.nytimes.com/2022/04/01/us/politics/cdc-immigration-title-42.html

# C.D.C. Confirms It Will Lift Public Health Order Restricting Immigration

The agency cited "current public health conditions and an increased availability of tools to fight Covid-19" as grounds for returning in late May to prepandemic policies for admitting migrants.

 **By Eileen Sullivan**

April 1, 2022

WASHINGTON — The Centers for Disease Control and Prevention announced on Friday that it would lift an emergency public health order that had restricted immigration at U.S. land borders since the beginning of the pandemic, citing "current public health conditions and an increased availability of tools to fight Covid-19."

Federal officials expect the policy change, which will go into effect on May 23, to draw thousands more migrants to the southwestern border every day, in addition to the already high number of people who have been arriving over the past year from Latin America and across the globe. Republicans, who have described the border situation as out of control under President Biden, immediately condemned the C.D.C.'s decision. The order has been used to expel migrants about 1.7 million times over the past two years.

"I hereby determine that the danger of further introduction, transmission or spread of Covid-19 into the United States from covered noncitizens, as defined in the August order, has ceased to be a serious danger to the public health," Dr. Rochelle P. Walensky, the C.D.C. director, wrote in her justification for ending the policy. She also said that she could issue a new order in the future "based on new findings, as dictated by public health needs."

The order, known as Title 42, gives officials the authority to turn away migrants at the border, including those seeking asylum. The process takes about 15 minutes, a factor that has helped the Border Patrol manage the sometimes overwhelming number of undocumented migrants gathering at the border.

Without the order in place, stations will be more overcrowded and backed up while officials go through the typical screening process, which can take more than an hour per person. Under the normal process, migrants who cannot provide a legal reason for any

they are in the United States are detained until they are deported. Those who request asylum are typically released, often with monitoring devices, while they away court dates.

The continuation of the public health order over the past two years thrust the typically apolitical C.D.C. into the heated immigration debate, even as the Biden administration has argued the order is not being used to manage illegal migration.

The agency had been under growing pressure from Democratic lawmakers, including Senator Chuck Schumer of New York, the majority leader, to not only end the rule but also provide justification for why it was necessary.

Public health experts have questioned the order's value in containing the coronavirus, especially at this point in the pandemic. The Biden administration began offering vaccinations to undocumented migrants at the border this week — about 2,000 a day along 11 areas of the border, the department said. In the next few weeks, that number will go up to 6,000 vaccinations a day at 27 locations.

"These measures, along with the current public health landscape where 97.1 percent of the U.S. population lives in a county identified as having 'low' Covid-19 community level, will sufficiently mitigate the Covid-19 risk for U.S. communities," the C.D.C. said in a statement.

News of the decision broke on Wednesday; it is expected to face legal challenges.

When the C.D.C. explained in August why it was extending the order, Covid-19 cases were averaging more than 60,000 a day, the highly transmissible Delta variant was causing more hospitalizations, and the number of deaths caused by the virus was increasing.

Now, case numbers have fallen sharply in most of the United States, and the C.D.C. has loosened many restrictions. The average number of cases on Thursday was less than 28,000 a day. An Omicron subvariant, BA.2, could cause another surge in the United States in the coming months, though it does not appear to be causing widespread severe illness in Europe, where caseloads are higher.

The White House and Department of Homeland Security have deflected questions about the policy in recent months to the C.D.C., which said little about its rationale for extending the order.

But unlike with other public health measures put in place during the pandemic, the C.D.C. never publicly disclosed scientific data that showed that undocumented migrants crossing the border were a major vector for the coronavirus.

"It's far from clear that the C.D.C.'s order serves any purpose," a panel of judges on the

U.S. Court of Appeals for the District of Columbia Circuit wrote in a ruling in March on a case about the public health rule.

Dr. Anthony S. Fauci, the nation's top infectious disease expert, has said immigrants were not a driving force in the spread of the coronavirus in the United States.

"Focusing on immigrants, expelling them or what have you, is not the solution to an outbreak," he said on CNN in October.

The order — which advocates say has put many people who were expelled under it in grave danger because of violence, poverty and instability in their home countries — has faced several lawsuits. Immigration advocates were under the impression that the Biden administration was working to lift the rule last summer for some migrants, but that never happened.

Some advocates said this week that waiting until late May to lift the order would further endanger the lives of vulnerable migrants seeking asylum.

"Given how long the administration has had to plan for the end of Title 42, the number of lives at stake daily and the court decisions finding Title 42 illegal, it is essential the administration immediately begins winding down Title 42 and not wait to do so until the end of May," said Lee Gelernt, a lawyer with the American Civil Liberties Union who has been one of the lead voices arguing that the rule should be lifted for migrant families.

Border officials enforce the order inconsistently, using it a little more than half the time they encounter migrants. This has led to great confusion for migrants about whether they should make the attempt.

Alejandro N. Mayorkas, the homeland security secretary, warned in a statement that smugglers offering transportation to areas just south of  the U.S. border "will spread misinformation to take advantage of vulnerable migrants."

He said, "Let me be clear: Those unable to establish a legal basis to remain in the United States will be removed."

Because border officials did not have to ask migrants whether they feared returning to their country under the public health order, officials expect the summer surge to include a significant number of asylum seekers. Those found eligible to apply for asylum typically spend years — sometimes a decade — waiting for their case to be heard, because the immigration court system is so backlogged.

Some critics have also said that the rule has fueled racist notions that immigrants carry infection into the United States and has been used more as a way to control immigration.

WDL-A-PI-0138

Even before the pandemic, the Trump administration tried to get the C.D.C. to use its authority to issue such an order to address an outbreak of mumps in immigration detention centers in six states, and separately when Border Patrol stations were hit with the flu. Those attempts were not successful, in part because other administration officials argued that there was no legal basis.

On Friday, Ronna McDaniel, the chairwoman of the Republican National Committee, criticized the administration for lifting the rule, repeating the Republican talking point that illegal immigration has spun out of control since Mr. Biden succeeded former President Donald J. Trump. Illegal immigration had spiked under Mr. Trump, as well, in 2019. But it declined in 2020 because of restrictions his administration put in place and the pandemic.

"By removing Title 42, Biden's doubling down on his commitment to actively worsening the crisis he created," Ms. McDaniel said in a statement.

WDLA-PI-0139

# EXHIBIT 18

Rogers Declaration

WDLA-PI-0140

# CDC extends transportation mask rule for two weeks

Agency cites the uncertain impact of BA.2 variant, as airlines seek relief



Travelers are lining up at O'Hare airport in Chicago, Friday, July 2, 2021. The federal requirement to wear face masks on airplanes and public transportation is scheduled to expire next week, and airline executives and Republican lawmakers are urging the ... more >

By Tom Howell Jr. - The Washington Times - **Updated:** 1:14 p.m. on Wednesday, April 13, 2022

The Biden administration will extend the federal mask mandate on public transportation for another two weeks because it wants time to evaluate the BA.2 variant and whether it will cause major problems.

The mask rule had been set to expire on April 18 but it will last until at least May 3.

The Centers for Disease Control and Prevention said the fast-moving variant, which now accounts for over 85% of cases in the U.S., is causing a noticeable uptick in infections.

"Since early April, there have been increases in the seven-day moving average of cases in the U.S. to assess the potential impact the rise of cases has on severe disease, including hospitalizations and deaths,

WDLA-PI-0141

and health care system capacity, the CDC order will remain in place at this time," the CDC said in a written statement.

The Transportation Security Administration decided to accept the CDC recommendation and extend the mask rule, which requires face coverings on planes, trains and buses. It is one of the few remaining mandates in place as much of the country tries to let individuals manage their own risk from the coronavirus.



Top Articles



Republicans swiftly lambasted the extension.

Sen. Rand Paul, Kentucky Republican, said people should vote out the "petty tyrants" imposing mask rules.

Others said the extension was inconsistent with the CDC's move to lift Title 42, a pandemic order that allowed the U.S. to swiftly turn back migrants at the border.

"I bet masks aren't enforced for the illegal immigrants streaming across our southern border – just for Americans who simply want to go on vacation," tweeted Morgan Ortagus, a former State Department spokeswoman and GOP candidate for Congress in Tennessee.

While some passengers might feel safer because of the mandate, major airlines have lobbied President Biden to let the rule expire, citing the burden of enforcement and the fact the CDC does not recommend universal mask-wearing in much of the country.

WDLA-PI-0142

Flight attendants have made similar arguments in lawsuits against the mandate and say it is difficult to wear masks for hours on end.

Daily case counts remain close to pandemic lows across the country but are slowly increasing and top 30,000 per day.

Hospitalizations have continued to decline and the daily average of patients sits below 15,000 as scientists point to a possible decoupling of cases and bad outcomes because of vaccines, boosters and available treatments.

White House COVID-19 Coordinator Ashish Jha told NBC's "Today" earlier in the week that CDC scientists will be taking the lead on the decision and are developing a scientific framework that guides the mandate.

"We'll make a decision collectively based on that," he said.

WDLA-PI-0143

# EXHIBIT 19

Rogers Declaration

WDLA-PI-0144

# CDC extends travel mask requirement to May 3 as COVID rises

By ZEKE MILLER and DAVID KOENIG

31 minutes ago



WASHINGTON (AP) — The Biden administration announced Wednesday that it is extending the nationwide mask requirement for airplanes and public transit for 15 days as it monitors an uptick in COVID-19 cases.

The Centers for Disease Control and Prevention said it was extending the order, which was set to expire on April 18, until May 3 to allow more time to study the BA.2 omicron subvariant that is now responsible for the vast majority of cases in the U.S.

"In order to assess the potential impact the rise of cases has on severe disease, including hospitalizations and deaths, and health care system capacity, the CDC order will remain in place at this time," the agency said in a statement.

When the Transportation Security Administration, which enforces the rule for planes, buses, trains and transit hubs, extended the requirement last month, it said the CDC had been hoping to roll out a

WDLA-PI-0145

more flexible masking strategy that would have replaced the nationwide requirement.

ADVERTISEMENT

- 
- 

**Alabama health officer tests positive for COVID-19**

The [mask mandate](#) is the most visible vestige of government restrictions to control the pandemic, and possibly the most controversial. A surge of abusive and sometimes violent incidents on airplanes has been attributed mostly to disputes over mask-wearing.

Airlines have lobbied for months to kill the requirement, arguing that effective air filters on modern planes make transmission of the virus during a flight highly unlikely. Republicans in Congress also fought to kill the mandate.

Critics have seized on the fact that states have rolled back rules requiring masks in restaurants, stores and other indoor settings, and yet COVID-19 cases have fallen sharply since the omicron variant peaked in mid-January.

"It is very difficult to understand why masks are still required on airplanes, but not needed in crowded bars and restaurants; in packed sports arenas; in schools full of children; or at large indoor political gatherings," Nicholas Calio, the CEO of industry trade group Airlines for America, said Wednesday in a letter to the heads of the CDC and the Health and Human Services Department. "Simply put, an extension of the mask mandate does not make sense."

There has been a slight increase in cases in recent weeks, with daily confirmed cases nationwide rising from about 25,000 per day to more than 30,000. More than 85% of those cases are the [highly contagious BA.2 strain](#). Those figures could be an undercount since many people now test positive on at-home tests that are not reported to public health agencies.

ADVERTISEMENT

WDLA-PI-0146

Severe illnesses and deaths tend to lag infections by several weeks. The CDC is awaiting indications on whether the increase in cases correlates to a rise in adverse outcomes before announcing a less restrictive mask policy for travel.

A poll in mid-March by the Kaiser Family Foundation found that Americans are evenly divided over keeping the mask rule for transportation.

The poll found that 51% wanted the mandate to expire and 48% said it should remain in place – in effect, a tie, given the poll's margin of error. Democrats overwhelmingly supported the rule, and Republicans were even more united in opposing it. Vaccinated people and those with chronic health conditions favored keeping the rule, but by smaller margins.

Airlines imposed their own mask mandates in 2020, when the Trump administration declined to take action. Unions representing flight attendants, which once backed mask rules, now decline to take a position because their members are divided over the issue.

It is unclear whether eliminating the rule would make people more or less likely to travel on planes or subways.

Ed Bastian, the CEO of Delta Air Lines, said that some people might start flying if they don't have to wear a mask, and others might stop flying if other passengers are unmasked. He called both groups "fringe," and he predicted that many people will continue to wear masks even if the rule is dropped.

___

David Koenig reported from Dallas. AP Health Writer Mike Stobbe in New York contributed to this report.

# EXHIBIT 20

## Rogers Declaration

WDLA-PI-0148

🇺🇸 Official website of the Department of Homeland Security



U.S. Customs and
Border Protection
(/)

# Statement of U.S. Customs and Border Protection Commissioner Chris Magnus Concerning Title 42

**Release Date:** April 4, 2022

**WASHINGTON**—U.S. Customs and Border Protection Commissioner Chris Magnus issued the following statement following Friday's announcement that Centers for Disease Control and Prevention's (CDC) will, effective May 23, 2022, terminate its Title 42 public health Order:

"The Centers for Disease Control and Prevention announced Friday that it will terminate its Title 42 public health order effective May 23, 2022. Pursuant to its Title 42 authority, the CDC has, since March 2020, required the expulsion of unauthorized single adults and family units arriving at the land borders in order to protect against the spread of COVID-19. The CDC's Title 42 order, implemented at the height of the pandemic, is not a border management authority.

"Throughout our agency's history we have capably managed immigration at the border utilizing the authorities under Title 8 of the US Code (traditional immigration management authorities). These authorities allow non-citizens appropriate access to make asylum claims and include a range of enforcement options to hold individuals accountable for entering the U.S. illegally. This means most individuals who cross the border without legal authorization will be promptly placed in removal proceedings.

"As a result of the CDC's termination of its Title 42 public health order, we will likely face an increase in encounters above the current high levels. There are a significant number of individuals who were unable to access the asylum system for the past two years, and who may decide that now is the time to come.

"We are doing everything we can to prepare for this increase, ensure we continue to process people humanely, and impose consequences on those who break the law. At the same time, we will continue to use all available resources to secure our borders. This includes the increased use of technology, on-ground monitoring, use of drones, and additional support personnel to supplement BP agents and free them up from processing duties whenever possible.

"I'd like to note that we are not in this alone. Specific actions being taken to address ongoing and potential future developments at the border include:

WDLA-PI-0149

- Increasing our work with other governmental agencies, including Immigration and Customs Enforcement, the Federal Emergency Management Agency, the Department of Health and Human Services, U.S. Citizenship and Immigration Services, the Department of Justice, the U.S. Marshals Service, the Department of State and other federal entities to address potential increases in the number of migrants coming across the border.
  - Expanding coordination with various non-governmental agencies, including a range of non-profit organizations, faith-based entities, and others (both at and away from the border area) to help facilitate short-term-care and transportation for migrant asylum-seekers.
  - Shifting Border Patrol agents and CBP officers from other locations to assist at the border.
  - Increasing the number of ICE personnel working alongside CBP personnel to assist in processing migrants and enforcement actions along the border.
  - Activating other DHS personnel who have volunteered to temporarily work on the border assisting with data entry and the care and custody of migrants.
  - Increasing the number of (non-sworn) Border Patrol Processing Coordinators and contractors to assist with processing migrants.
  - Maximizing the use of air and ground transportation to move migrants from sectors that are over capacity to other CBP locations.
  - Shifting our processing of migrants to utilize the full range of options under Title 8 (traditional immigration authorities).
  - Increasing the investigation and prosecution of human smuggling networks responsible for illegal border crossings.
  - Increasing access to and efficiency of the asylum system by restarting normal asylum-seeker processing at ports of entry and working with other DHS partners to decrease the length of these processes *(this is being done, in part, by adopting a new rule to expedite processing by asylum officers)*.
  - Adding new short-term facilities at key border locations to reduce over-crowding.
  - More effectively tracking the movements of various migrant groups who may be headed towards the U.S. border.
  - Working closely with foreign governments to conduct joint enforcement operations.
  - Increasing repatriations under Title 8 *(returning migrants to their counties of origin)*.
  - Continuing work with foreign governments to increase economic opportunities and stem migration out of those countries.
  - Developing and utilizing new approaches in the use of social media to educate and warn migrants about the dangers of human smugglers (often associated with cartels) who facilitate travel to the U.S.

"Our nation has asked for much of the CBP team over the past several years. This challenging work is not done; we face demanding days ahead. I am continually impressed by the dedication of CBP personnel every day and honored to serve as CBP's Commissioner."

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's*

WDLA-PI-0150

borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.

Last modified: April 4, 2022

Tags:   **Border Security,   COVID-19,   Office of Field Operations,   U.S. Border Patrol**

  Share This Page.

**(mailto:?subject=Statement of U.S. Customs and Border Protection Commissioner Chris Magnus Concerning Title 42&body=UNIURL)**

WDLA-PI-0151

# Exhibit B

WDLA-PI-0152

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THE STATE OF ARIZONA,
By and through its Attorney General, Mark
Brnovich, et al.,

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY,

THE STATE OF MISSOURI,                        CIVIL ACTION NO. _____
By and through its Attorney General, ERIC S.
SCHMITT;

                                     PLAINTIFFS,

v.

CENTERS FOR DISEASE CONTROL &
PREVENTION; et al.,

                                     DEFENDANTS.

## DECLARATION OF ANTHONY R. NAPOLITANO

I, Anthony R. Napolitano, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration. I am an Assistant Attorney General in the Solicitor General's Office at the Arizona Attorney General's Office, and I am admitted to practice law in the State of Arizona. My pro hac vice application in the above-captioned is forthcoming. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Mark D. Napier, who at the time the declaration was executed was the Chief of Staff for the Cochise County Sheriff's Office in Cochise County, Arizona. He has also previously served as the Sheriff of Pima County, Arizona and began his career in law enforcement in 1981. Among other things, the declaration states that:

1

- "For the period from July 2020 to January 2021" "only 27.6%" of "undocumented persons" crossing the southern border were apprehended by DHS personnel.

- From "January through September 2020 there were 181 sets of human remains recovered in the border region of Arizona's desert. Each of these recoveries results in the tremendous expenditure of law enforcement resources."

- "Migrants abandoned by transnational criminal organizations trafficking in humans on the north side of the border frequently call local law enforcement in distress….. These often led to significant expenditures of county and Border Patrol resources to affect rescue in the hope of preventing additional migrant deaths."

- U.S. policies that incentivize increased illegal immigration "will likely increase the number of those who perish in the desert" and that "[t]he recovery of human remains will continue to place additional strains on law enforcement."

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Mark Lamb, who is the Sheriff of Pinal County, Arizona, and has over 14 years of law enforcement experience. Among other things, the declaration states that:

- The Pinal County Sherrif's Office "has recorded a surge in the number of pursuits of suspected unauthorized aliens" since the beginning of 2021.

- The cost of such pursuits "represents a roughly 71% increase in [personnel] costs over … the same time period last year."

- When "pursuits result in arrests, the Pinal County Sheriff's Office incurs the cost of incarcerating the individual….an additional cost of $1,750 per booking on average."

- "[T]he increase in incidents, and therefore increase in costs, … is at least in part directly related to announced changes in federal border enforcement and alien removal policies."

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Mark Dannels, who is the Sheriff of Cochise County, Arizona, and has over 37 years of law enforcement experience. The declaration includes a PowerPoint presentation created by the Cochise County Sheriff's Office detailing several key statistics regarding illegal immigration and drug smuggling through the portion of the U.S.-Mexico border on which Cochise County sits. Among other things, the declaration states that:

- "Individuals illegally crossing through [the border] cut trails, trample plant life, and leave behind litter and potentially hazardous waste including soiled clothing and excrement."

- Since October 2021, Cochise County has experienced "an increase in costs related to pursuits and apprehensions of illegal immigrants and the costs of property damage and other crimes in our community."

WDLA-PI-0154

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Robert J. Trenschel, DO, MPH, FACHE, who is the President and Chief Executive Officer of Yuma Regional Medical Center (YRMC), which "is a 406-bed, not-for-profit hospital serving Yuma, Arizona, and the surrounding area. Among other things, the declaration states that:

- "From January through June 2019, … an estimated 1,293 adult [alien] patients were brought to YRMC while in ICE custody" and that "[t]he estimated cost of [their] care in that six-month period was $810,433," but that only $264,383 was reimbursed, "leaving a $546,050 unreimbursed gap for that six-month period alone…. These cost estimates also do not include the substantial care expenses for the multiple mothers who delivered babies at YRMC while under ICE custody during that timeframe."

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Jennifer Abbotts, who is an Administrative Services Officer III at the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR). Among other things, the declaration names specific individuals subject to immigration detainers, indicating that they are illegally present in the United States, but who are or were released on community supervision within Arizona. The declaration also includes a report showing ADCRR's records of the large number of inmates subject to ICE Detainers as of April 29, 2021:

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Shaka Okougbo, DC Operations Manager at ADCRR. Among other things, the declaration states:

- "The cost to ADCRR and the State of Arizona from persons being placed in community supervision per person is $4,163.60 per year. (2019)"

8. Exhibits 1 through 6 contain declarations and reaffirmations of declarations that were originally filed in *Arizona v. DHS*, No. CV-21-00186-PHX-SRB, 2021 WL 2787930 (D. Ariz. June 30, 2021) or *Arizona v. Mayorkas*, No. CV-21-00617-PHX-DWL, 2022 WL 357348 (D. Ariz. Feb. 7, 2022), as indicated, and contain facts the court found relevant to determining that Arizona had standing in those cases. of

9. Attached as Exhibit 7 is a true and correct copy of a Memorandum of Understanding between the U.S. Department of Homeland Security and the Arizona Attorney General's Office ["AGO"] that was executed on January 8, 2021 in which DHS states the following:

   DHS recognizes that [the AGO], like other state agencies and municipalities, is directly and concretely affected by changes to DHS rules and policies that have the effect of easing, relaxing, or limiting immigration enforcement. Such changes can negatively impact [the AGO's] law enforcement needs and budgets, as well as its other important health, safety, and pecuniary interests of the State of Arizona. The harm to [the AGO] is particularly acute where [the AGO's] budget has been set months or years in advance and it has no time to adjust its budget to respond to DHS policy changes. Specifically, DHS recognizes that the following actions result in direct and concrete injuries to [the AGO], including increasing the rate of crime, consumption of public benefits and services, strain upon the healthcare system, and harm to the environment, as well as increased economic competition with the State of Arizona's current residents for, among other things, employment, housing, goods and services:

3

WDLA-PI-0155

(1) a decrease of any immigration enforcement priorities;

(2) a voluntary reduction in the number of DHS agents performing immigration enforcement functions;

(3) a decrease or pause on returns or removals of removable or inadmissible aliens;

( 4) a decrease or pause on apprehensions or administrative arrests;

(5) relaxation of the standards for granting relief from return or removal, such as asylum;

(6) an increase in releases from detention;

(7) a relaxation of the standards for granting release from detention;

(8) changes to immigration benefits or eligibility, including work authorization, discretionary actions, or discretionary decisions; and

(9) rules, policies, procedures, and decisions that could result in significant increases to the number of people residing in a community.

10. Attached as Exhibit 8 are true and correct copies of posts from the official Twitter account for the CBP Chief Patrol Agent for the Yuma Sector that list the following notable border apprehensions of 10 criminal aliens during the month of December 2021:

- Rosario Lugo-Parra who had "multiple felony convictions for drug possession, assault and robbery." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 21, 2021, 7:56 PM), https://twitter.com/USBPChiefYUM/status/1473487668168192000.
- Joel Campos-Velis, "a suspected MS-13 gang member with an assault conviction." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 15, 2021, 7:09 PM), https://twitter.com/USBPChiefYUM/status/1471120221268185090.
- Gabriel Hernandez-Perez who previously had been "convicted of attempted aggravated sexual battery." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 15, 2021, 7:09 PM), https://twitter.com/USBPChiefYUM/status/1471120221268185090.
- Jose Jesus Villanueva-Canchola who previously had been "convicted of conspiracy to distribute a controlled substance." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 7, 2021, 8:01 PM), https://twitter.com/USBPChiefYUM/status/1468596679356006406.
- Armando Veliz-Samayoa who previously had been convicted of "a drive-by shooting, theft, transporting and selling narcotics, and bank robbery." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 3, 2021, 12:17 PM), https://twitter.com/USBPChiefYUM/status/1466849092185690113.
- Isaac Humberto Cuen-Logo who previously had been convicted of "a drive-by shooting, theft, transporting and selling narcotics, and bank robbery." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 3, 2021, 12:17 PM), https://twitter.com/USBPChiefYUM/status/1466849092185690113.
- Jose Reynaldo Argueta-Ventura who previously had been "convicted of voluntary manslaughter." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem

WDLA-PI-0156

- (@USBPChiefYUM), TWITTER, (Dec. 3, 2021, 12:14 PM), https://twitter.com/USBPChiefYUM/status/1466848448833994754.
- Elvis Guzman-Rodriguez who "two [prior] felony convictions for robbery and assault on a fellow inmate." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 2, 2021, 2:34 PM), https://twitter.com/USBPChiefYUM/status/1466521070920298497.
- Guadalupe Salamanca-Sedano who had been "convicted ... in 2000 and 2010 for possession of narcotics." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 2, 2021, 2:33 PM), https://twitter.com/USBPChiefYUM/status/1466520814623199235.
- Border Patrol "attempted a vehicle stop ..., but the driver fled and a pursuit involving multiple agencies ensued. The driver was stopped in San Luis, AZ, and had meth, fentanyl, cocaine, heroin and $10K." Yuma, Arizona Border Patrol Sector Chief Patrol Agent Chris T. Clem (@USBPChiefYUM), TWITTER, (Dec. 2, 2021, 7:46 PM), https://twitter.com/USBPChiefYUM/status/1466418419595624459.

11. Attached as Exhibit 9 are true and correct copies of posts from the official Twitter account for the CBP Chief Patrol Agent for the Tucson Sector that list the following notable border apprehensions/encounters of 15 criminal aliens during the month of December 2021:

- Border Patrol agents "seized over 50 pounds of meth from a pickup truck" being driven by a Mexican citizen who "will be prosecuted." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), TWITTER, (Dec. 31, 2021, 11:39 AM), https://twitter.com/USBPChiefTCA/status/1476986269175533570.
- A "previously removed Mexican citizen, [who] was carrying a loaded firearm" was apprehended smuggling three illegal aliens, including a minor. The driver "faces prosecution." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), TWITTER, (Dec. 27, 2021, 10:20 AM), https://twitter.com/USBPChiefTCA/status/1475516835810398218.
- Jose Toxqui-Milhultecalt, "a previously removed Mexican citizen, felon, and registered sex offender. In 2011, he plead guilty to 2nd Degree Rape with a person under 15 years old in Kings County, #NYC." He will be prosecuted." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), TWITTER, (Dec. 24, 2021, 11:25 AM), https://twitter.com/USBPChiefTCA/status/1474446026555731972.
- Orlando Alvarado-Avila, a "Guatemalan citizen was convicted of felony Kidnapping in #NewJersey, and received an 11 year prison sentence." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), TWITTER, (Dec. 18, 2021, 2:59 PM), https://twitter.com/USBPChiefTCA/status/1472325554896519183.
- Vincente Lopez-Jacinto a "Mexican citizen ... felon, convicted of unlawful sexual intercourse with a minor under 16 in #FresnoCounty, CA." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), TWITTER, (Dec. 14, 2021, 6:28 AM), https://twitter.com/USBPChiefTCA/status/1470747405591138305.
- "Eduardo Zaldaña-Calderon, a citizen of El Salvador and registered sex offender. In 2015, he was convicted of Sexual Assault of a Child in #Houston, TX. Tucson Sector agents continue to encounter migrants convicted of dangerous crimes." Tucson, Arizona Border

WDLA-PI-0157

Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 12, 2021, 4:52 PM), https://twitter.com/USBPChiefTCA/status/1470179664786333706.

- Victor Renteria, a Mexican citizen ... convicted of felony Endangering the Welfare of a Child, Sexual Conduct, in #NewJersey." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 11, 2021, 2:58 PM), https://twitter.com/USBPChiefTCA/status/1469788587851976712.

- Lazaro Lopez-Gomez a "Mexican citizen ... felon, convicted of Taking Indecent Liberties With a Child Under 15 in #Virginia." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 9, 2021, 4:33 PM), https://twitter.com/USBPChiefTCA/status/1469087719708143624.

- "Juan Montes, a Mexican citizen, ... convicted of Participating in a Criminal Street Gang, Assault w/ a Deadly Weapon, Conspiracy Assault w/ a Firearm, and Attempted Murder in #OrangeCounty, CA." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 8, 2021, 1:58 PM), https://twitter.com/USBPChiefTCA/status/1468686325071200259.

- Border Patrol observed two aliens hiding a car tire containing "[o]ver 55 pounds of cocaine, methamphetamine, and fentanyl." The aliens "abscond[ed] to Mexico." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 6, 2021, 5:30 PM), https://twitter.com/USBPChiefTCA/status/1468014915944386569.

- "Miguel Vasquez-Hernandez, a Guatemalan citizen, ... convicted of lewd or lascivious acts with a child, a felony, in #LosAngeles, CA." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 5, 2021, 4:52 PM), https://twitter.com/USBPChiefTCA/status/1467642950092001282.

- "Erick Elias-Ramirez, a Guatemalan citizen and registered sex offender ... [with a] felony conviction of attempted 1st Degree Rape with a child under 13 in #SuffolkCounty, NY." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 4, 2021, 3:12 PM), https://twitter.com/USBPChiefTCA/status/1467255395857149959.

- Two aliens were arrested "carrying large packs containing methamphetamine. The combined weight exceeded 93 pounds." Tucson, Arizona Border Patrol Sector Chief Patrol Agent John R. Modlin (@USBPChiefTCA), Twitter, (Dec. 2, 2021, 9:30 AM), https://twitter.com/USBPChiefTCA/status/1466444577879986181.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was issued on April 13, 2022 in Phoenix, Arizona.

Anthony R. Napolitano
Assistant Attorney General
Arizona Attorney General's Office

WDLA-PI-0158

# Exhibit 1

Napolitano Declaration

WDLA-PI-0159

Case 2:21-cv-00186-SRB Document 16-5 Filed 01/28/22 Page 60 of 100

1

## UNITED STATES DISTRICT COURT

2

## DISTRICT OF ARIZONA

3

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona, Plaintiffs, | Case No: 2:21-cv-00186-SRB |
| v. | **DECLARATION OF MARK D. NAPIER** |
| United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S Citizenship and Immigration Services, Defendants. | |

I, Mark D. Napier, declare as follows:

     1.    I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge, law enforcement expertise, and the information available to me in my positions in public service.

     2.    I currently serve as the Chief of Staff for the Cochise County Sheriff's Office in Cochise County, Arizona. I previously served as the Sheriff of Pima County, Arizona, from January 2017 to December 2020. I began my enforcement career in 1981.

     3.    I am also the current Chair of the Executive Committee of the Arizona High Intensity Drug Trafficking Area (AZ HIDTA), a program established in 1990 to facilitate, support, and enhance collaborative drug control efforts among federal and local law enforcement agencies and community-based organizations with the goal of

WDLA-PI-0160

1 significantly reducing the impact of illegal trafficking and use of drugs throughout
2 Arizona.

3      4.     Cochise County operates a sophisticated camera system that views remote
4 areas of the border region across a large section of southern Arizona. For the period from
5 July 2020 to January 2021, this system viewed 13,528 suspected undocumented persons
6 crossing the border. Only 3,740 were known to be apprehended by Border Patrol. This
7 represents a probable capture rate of only 27.6%.

8      5.     From January through September 2020 there were 181 sets of human
9 remains recovered in the border region of Arizona's desert. Each of these recoveries
10 results in the tremendous expenditure of law enforcement resources. Generally, each
11 must be treated as a potential homicide, requiring the commitment of personnel and
12 financial resources to investigate and otherwise attempt to resolve the matter.
13 Additionally, each requires the expenditure of resources at the Office of the Medical
14 Examiner. Moreover, many of the remains will never be identified. This leaves some
15 family in some part of the world left to only wonder what befell a loved one. As a person
16 who has dedicated his life to the service of others and is a staunch humanitarian, I am
17 troubled by the undeniable fact that these crossings are also potentially deadly to these
18 migrants.

19      6.     Migrants abandoned by transnational criminal organizations trafficking in
20 humans on the north side of the border frequently call local law enforcement in distress.
21 The harsh environment and significant distances to be traveled lead to urgent requests for
22 assistance. When I was Pima County Sheriff approximately 80% of the time my
23 department contacted Border Patrol it was due to a call for assistance by a migrant in
24 serious distress lost in the remote areas of the county. These often led to significant
25 expenditures of county and Border Patrol resources to affect rescue in the hope of
26 preventing additional migrant deaths.

27      7.     Undocumented migration will likely require the migrant(s) to engage
28 transnational criminal organizations who control the ingress points into the United States.

WDLA-PI-0161

1     All indications are that this leads to financial, criminal, and even sexual victimization of

2     migrants. No matter how well-intended or seemingly compassionate the posture toward

3     undocumented immigration on the north side of the border we cannot ameliorate the

4     perils and victimization faced by migrants on the south side of the border.

5         8.     In my professional opinion, a pause or significant decrease in ICE removals

6     will incentivize undocumented immigration. This will most certainly encourage an

7     increase in the number of migrants who attempt to illegally cross the border into Arizona.

8     We are seeing this presently with record numbers of crossers. This will likely increase

9     the number of those who perish in the desert, as they seek to enter undetected through

10     less traditional means. Further, it is reasonable to assume that this current posture may

11     allow transnational criminal organizations to engage in increased profiteering from the

12     trafficking of humans to the border and increase the victimization of migrants. The

13     recovery of human remains will continue to place additional strains on law enforcement

14     and leave more families in Mexico and Central America grieving. As a life-long public

15     servant, humanitarian, father and grandfather it pains me to see that the current policies

16     toward undocumented immigration will likely lead to increased, although perhaps

17     unintended, humanitarian suffering and exploitation of those persons arguably only

18     coming here for a better life.

19         I declare under penalty of perjury that the foregoing is true and correct to the best

20     of my knowledge, and that this declaration was issued on March 8, 2021, in Benson,

21     Arizona.

22

23

24                           _____

25                           Mark D. Napier

                             Chief of Staff

26                           Cochise County Sheriff's Office

27

28

WDLA-PI-0162

3

# Exhibit 2

Napolitano Declaration

WDLA-PI-0163

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

State of Arizona; State of Montana; and
Mark Brnovich, in his official capacity
as Attorney General of Arizona,

　　　Plaintiffs,

v.

United States Department of Homeland
Security; United States of America;
Alejandro Mayorkas, in his official
capacity as Secretary of Homeland
Security; Troy Miller, in his official
capacity as Acting Commissioner of
United States Customs and Border
Protection; Tae Johnson, in his official
capacity as Acting Director of United
States Immigration and Customs
Enforcement; and Tracy Renaud, in her
official capacity as Acting Director of
U.S. Citizenship and Immigration
Services,

　　　Defendants.

Case No: 2:21-cv-00186-SRB

**DECLARATION OF MARK LAMB**

I, Mark Lamb, declare as follows:

1.　　I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge, law enforcement expertise, and the information available to me in my positions in public service.

2.　　I currently serve as Sheriff of Pinal County, Arizona, and have been a law enforcement officer for over 14 years.

3.　　Pinal County, Arizona, includes a large section of desert through which unauthorized aliens often attempt to travel. Pinal County Sheriff's Office

WDLA-PI-0164

routinely works with the U.S. Border Patrol and other federal authorities in the pursuit and capture of such individuals.

4.      My office has recorded a surge in the number of pursuits of suspected unauthorized aliens it has been involved in since the beginning of the year compared to the same months in previous years.  We have been involved in 24 such pursuits in January and February 2021.  We only had 10 in 2019 and 14 in 2020.

5.      The 24 pursuits this year required an estimated 377 man-hours at an average personnel cost of $30 per hour, totaling a cost of $11,310 to my office, not including other expenses such as vehicle and aviation wear and tear, vehicle and aviation fuel costs, administrative costs, and investigative costs from specialty units.

6.      This represents a roughly 71% increase in costs over the estimated $6,597.50 in personnel costs experienced during the same time period last year.

7.      Additionally, where these pursuits result in arrests, the Pinal County Sheriff's Office incurs the cost of incarcerating the individual.  Our records indicate an average jail stay of 25-29 days at an average cost of $70 per day.  This represents an additional cost of $1,750 per booking on average.

8.      In my professional opinion, the increase in incidents, and therefore increase in costs, my office is experiencing is at least in part directly related to announced changes in federal border enforcement and alien removal policies.  A pause or significant decrease in ICE removals will serve to incentivize individuals to illegally cross the border into Arizona because, among other things, it removes one of the chief consequences that deters such actions.  This will, in turn, increase the number of unauthorized crossings and further exacerbate the current increase in law enforcement costs we are experiencing.

WDLA-PI-0165

1

2

3          I declare under penalty of perjury that the foregoing is true and correct to the best

4   of my knowledge, and that this declaration was issued on March 7th,  2021, in San Tan

5   Valley, Arizona.

6

7                                                        Mark Lamb
                                                          Sheriff
8                                                        Pinal County Sheriff's Office

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WDLA-PI-0166

3

# Exhibit 3

Napolitano Declaration

WDLA-PI-0167

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF ARIZONA,
By and through its Attorney General, Mark
Brnovich, et al.,

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY,

THE STATE OF MISSOURI,                        CIVIL ACTION No. _____
By and through its Attorney General, ERIC S.
SCHMITT;

                                    PLAINTIFFS,

v.

CENTERS FOR DISEASE CONTROL &
PREVENTION; et al.,

                                    DEFENDANTS.

## DECLARATION OF MARK DANNELS

I, Mark Dannels, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration.

2. Attached hereto as Exhibit MD-1 is a true and correct copy of the Declaration of Mark Dannels ("Declaration") I previously prepared and signed, which was submitted to the District of Arizona.

3. I reaffirm the statements made in that Declaration.

4. Since the time of that Declaration, the costs and impacts of illegal immigration on my Department have either remained roughly the same or increased. This includes an increase in costs related to pursuits and apprehensions of illegal immigrants and the costs of property damage and other crimes in our community.

_____
Mark Dannels
Sheriff
Cochise County, Arizona

1

WDLA-PI-0168

# Exhibit MD-1

WDLA-PI-0169

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense,<br>    Defendants. | Case No: 2:21-cv-00617-DWL<br><br>**DECLARATION OF MARK DANNELS** |

I, Mark Dannels, declare as follows:

1.      I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge, law enforcement expertise, and the information available to me in my positions in public service.

2.      I currently serve as Sheriff of Cochise County, Arizona, and have been a law enforcement officer for over 37 years.

3.      Cochise County includes over 80 miles of the international border between the United States and Mexico, east of Nogales, AZ.

4.      Construction of the border wall was ongoing in Cochise County until it ceased on or about January 20, 2021, roughly four weeks shy of the anticipated completion time the construction contractors communicated to my office

5.     The border wall construction site left behind by the crews is incomplete and in its current state is worse in many respects than it was before construction started.

6.     Significant gaps exist in the wall through which illegal human traffic funnels into the United States, and ground sensors that were installed as part of the wall project have not been made fully operational

7.     Individuals illegally crossing through these gaps cut trails, trample plant life, and leave behind litter and potentially hazardous waste including soiled clothing and excrement.

8.     Much of the border area of Cochise County, representing the southeastern corner of Arizona, contains natural barriers such as mountains and large desert.

9.     The border wall construction site added now-unprotected infrastructure to some of these places, making the passage easier to those entering the country illegally.

10.    Other areas contain construction roads where the natural land surface was turned into a dirt road but not finished into an all-weather road. These construction roads can flood or otherwise become impassable during and after rains, making law enforcement patrol of certain border areas impossible at times.

11.    Drug cartels and other smuggling operations take advantage of the opportunity where these road conditions restrict law enforcement movement along the border (due to the condition of the roads running parallel to the wall) to increase their traffic, across the border in areas law enforcement cannot reach when it storms.

12.    The border wall construction project also left floodgates unfinished and/or open, creating gaps in the wall through which illegal crossing activity frequently occurs and preventing the originally planned management of water flows.

13.    These open or unfinished floodgate gaps turn waterways into popular points of human traffic, increasing the amount of waste, contaminants, and debris left behind by illegal border crossers, which may then be further disbursed into the environment when carried by water flows.

WDLA-PI-0171

14.      Cochise County, Arizona, includes a large section of desert through which unauthorized aliens often attempt to travel. Cochise County Sheriff's Office routinely works with the U.S. Border Patrol and other federal authorities in the pursuit and capture of such individuals.

15.      That the Nogales section of the border wall, which neighbors Cochise County, is unfinished is also of particular significance to the flow of illegal traffic across the U.S.-Mexico border.

16.      Much illegal border crossing activity originates from and converges back onto main highways, such as I-19 through Nogales on the U.S. side and the highways it connects to in Mexico, with individuals often crossing on a parallel path to the highway just a few miles east or west of it. My office observes similar highway-focused trafficking behavior in connection with Highway 92 in Cochise County, a portion of which runs parallel to the border roughly three miles north of it.

17.      In addition to the natural barriers described above, no interstate highway connects to the international border in Cochise County as I-19 does in Nogales.

18.      This makes the Nogales area a more popular illegal crossing point than Cochise County due to Nogales's ease of transit, especially before the changes to the Cochise landscape initiated by the incomplete border wall construction project, so completion of the border wall in Nogales is highly likely to reduce the volume and ease of illegal traffic across the border.

19.      Overall, the unfinished state of the border wall project has contributed to increased illegal traffic across the United States-Mexico border and the negative environmental impacts that come with it.

20.      Attached as Exhibit 1 is a true and correct copy of a PowerPoint presentation covering Southeastern Arizona Border Region Enforcement Team (SABRE) statistics regarding border enforcement activities collected in the normal course of business.

WDLA-PI-0172

3

1    I declare under penalty of perjury that the foregoing is true and correct to the best

2  of my knowledge, and that this declaration was issued on October __, 2021, in Cochise

3  County, Arizona.

4

5                                    _____

6                                    Mark Dannels
                                     Sheriff
7                                    Cochise County Sheriff's Office

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WDLA-PI-0173

4

Declaration of Mark Dannels

# Exhibit 1

WDLA-PI-0174



1

WDLA-PI-0175

**SABRE activities (2017 to Present)**

SABRE

- Monitoring Established Buckeye systems.
- Undocumented Aliens – 48,026
- Drug Smuggling Mules – 429
- Marijuana Seized – 12,005.77 LBS
- Meth Seized – 15.6504 LBS
- Cocaine – 1.0 Gram

2

WDLA-PI-0176

## September Unit Statistics

- Undocumented Aliens – 3557
- Apprehended - 1260
- Drug Smuggling Mules - 0
- Apprehended - 0

3

WDLA-PI-0177



4

WDLA-PI-0178



5

WDLA-PI-0179



6

WDLA-PI-0180



WDLA-PI-0181

# 2021 Total SABRE Statistics

- LBS OF Marijuana -807.60
- Undocumented Aliens – 27,695
- Drug Smuggling Mules - 47

8

# Total SABRE Statistics
# January 2017 to Present

Felony Arrest - 89

Years of Incarceration – 114

LBS of Marijuana -  12,005.77 LBS

Undocumented Aliens  – 48,026

Drug Smuggling Mules  – 429

Undocumented Aliens Apprehended – 17,645/48,026 (37% Apprehension Rate)

9

WDLA-PI-0183

# Exhibit 4

Napolitano Declaration

WDLA-PI-0184

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF ARIZONA,
By and through its Attorney General, Mark
Brnovich, et al.,

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY,

THE STATE OF MISSOURI,                         CIVIL ACTION NO. _____
By and through its Attorney General, ERIC S.
SCHMITT;

                                PLAINTIFFS,

v.

CENTERS FOR DISEASE CONTROL &
PREVENTION; et al.,

                                DEFENDANTS.

## DECLARATION OF ROBERT J. TRENSCHEL, DO, MPH, FACHE

I, Dr. Robert J. Trenschel, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration.

2. Attached hereto as Exhibits RT-1 and RT-2 are true and correct copies of the Declarations of Robert Trenschel, DO, MPH, FACHE, ("Declarations") I previously prepared and signed, which were submitted to the District of Arizona.

3. I reaffirm the statements made in that Declarations.

4. Similar costs and other impacts as set out in those Declarations are ongoing and continue today. The exact amounts of these costs and other impacts may fluctuate with time and changes in circumstances from those listed, but the Declarations provide a reasonable representation of the ongoing costs and impacts currently experienced by Yuma Regional Medical Center.

Robert Trenschel (Apr 8, 2022 16:35 PDT)

Robert J. Trenschel
President and Chief Executive Officer
Yuma Regional Medical Center

1

WDLA-PI-0185

# Exhibit RT-1

WDLA-PI-0186

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br>         Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S Citizenship and Immigration Services,<br>         Defendants. | Case No: 2:21-cv-00186-SRB<br><br><br>**DECLARATION OF ROBERT J. TRENSCHEL, DO, MPH, FACHE** |

I, Dr. Robert J. Trenschel, declare as follows:

1.      I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge and the information available to me in the course of business.

2.      I currently serve as the President and Chief Executive Officer of Yuma Regional Medical Center (YRMC).

3.      YRMC is a 406-bed, not-for-profit hospital serving Yuma, Arizona, and the surrounding area.

4.      YRMC regularly provides emergency medical services to undocumented migrants, including such migrants brought to YRMC under the custody of U.S. Immigrant and Customs Enforcement (ICE).

5.     From January through June 2019, YRMC records show that an estimated 1,293 adult patients were brought to YRMC while in ICE custody.  This number does not include children brought to YRMC by ICE or non-custodial visits by undocumented migrants who obtained care at YRMC.

6.     The estimated cost of care in that six-month period for the 1,293 individuals mentioned above was $810,433 according to our business records.

7.     YRMC has only received $264,383 in reimbursement for the care it provided, leaving a $546,050 unreimbursed gap for that six-month period alone.

8.     These cost estimates also do not include the substantial care expenses for the multiple mothers who delivered babies at YRMC while under ICE custody during that timeframe.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was issued on March 5, 2021, in Yuma, Arizona.


Robert Trenschel (Mar 5, 2021 18:46 PST)
Robert J. Trenschel
President and Chief Executive Officer
Yuma Regional Medical Center

WDLA-PI-0188

2

# Exhibit RT-2

WDLA-PI-0189

1
2
3
4

5      **UNITED STATES DISTRICT COURT**

6      **DISTRICT OF ARIZONA**

7      State of Arizona; State of Montana; and          No. 2:21-cv-00186-SRB
8      Mark Brnovich, in his official capacity as
       Attorney General of Arizona,
9
            Plaintiffs,
10                                                       **DECLARATION OF ROBERT**
       v.                                                **TRENSCHEL, DO, MPH, FACHE**
11
       United States Department of Homeland
12     Security; United States of America;
       Alejandro Mayorkas, in his official
13     capacity as Secretary of Homeland
       Security; Troy Miller, in his official
14     capacity as Acting Commissioner of
       United States Customs and Border
15     Protection; Tae Johnson, in his official
       capacity as Acting Director of United
16     States Immigration and Customs
17     Enforcement; and Tracy Renaud, in her
       official capacity as Acting Director of U.S.
18     Citizenship and Immigration Services,
19
            Defendants.
20

21     I, Dr. Robert J. Trenschel, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury

22     as follows:

23          1.      I currently serve as the President and Chief Executive Office of Yuma

24     Regional Medical Center ("YRMC").

25          2.      Attached as Exhibit A is a true and correct copy of a report generated based

26     on YRMC business records collected in the normal course of business. It is a table showing

27     the number of patients, charges incurred, cost of care, and payments received for all

28     patients brought to YRMC under the custody of U.S. Immigration and Customs

                                                                              WDLA-PI-0190

                                                                              AZMT008124

1   Enforcement.

2       3.      Exhibit A shows an average cost of care per patient of $1,659 and an average

3   payment received per patient of $798.

4       4.      The April 2021 data for Exhibit A is incomplete due to the schedule of our

5   billing process and only represents those custodial patients who have received a final bill

6   in our system.

7

8   Executed this 3rd day of May, 2021, in Yuma, AZ.

9

10

11  Robert J. Trenschel
12  President and Chief Executive Officer
13  Yuma Regional Medical Center

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WDLA-PI-0191

AZMT008125

2

# Exhibit A

[to Trenschel Declaration]

WDLA-PI-0192

AZMT008126

| Discharge Month & Year | All ICE Custody Patients (Mexican & Non-Mexican) | Current Charges Incurred | Estimated Cost of Care | Current Payments Received |
|---|---|---|---|---|
| MAY-2020 | 12 | $43,604 | $6,570 | $4,306 |
| JUN-2020 | 34 | $297,891 | $44,884 | $35,933 |
| JUL-2020 | 22 | $143,240 | $21,582 | $36,677 |
| AUG-2020 | 29 | $439,596 | $66,234 | $108,163 |
| SEP-2020 | 61 | $330,952 | $195,481 | $35,942 |
| OCT-2020 | 67 | $407,282 | $165,410 | $64,713 |
| NOV-2020 | 29 | $123,979 | $18,680 | $8,890 |
| DEC-2020 | 16 | $68,276 | $10,287 | $5,986 |
| JAN-2021 | 47 | $229,599 | $34,594 | $6,145 |
| FEB-2021 | 61 | $591,610 | $89,139 | $30,471 |
| MAR-2021 | 37 | $354,269 | $53,378 | $4,336 |
| APR-2021 | 13 | $24,746 | $3,728 | $0 |
| Totals | 428 | $3,055,045 | $709,968 | $341,559 |

WDLA-PI-0193

AZMT008127

# Exhibit 5

Napolitano Declaration

WDLA-PI-0194

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

THE STATE OF ARIZONA,
By and through its Attorney General, MARK
BRNOVICH,

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY,

CIVIL ACTION NO. _____

THE STATE OF MISSOURI,
By and through its Attorney General, ERIC S.
SCHMITT, et al.;

PLAINTIFFS,

v.

CENTERS FOR DISEASE CONTROL &
PREVENTION; et al.,

DEFENDANTS.

**DECLARATION OF JENNIFER ABBOTTS**

I, Jennifer Abbotts, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration.

2. Attached hereto as Exhibit JA-1 is a true and correct copy of the Declaration of Jennifer Abbots ("Declaration") I previously prepared and signed, which was submitted to the District of Arizona.

3. I reaffirm the statements made in that Declaration.

4. Since the time of that Declaration, the Department of Homeland Security has similarly failed to take into custody other individuals on whom detainers were previously placed.

Jennifer Abbotts
Administrative Services Officer III
Arizona Department of Corrections,

1

# Exhibit JA-1

WDLA-PI-0196

1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF ARIZONA**

7  State of Arizona; State of Montana; and    No. 2:21-cv-00186-SRB
   Mark Brnovich, in his official capacity as
8  Attorney General of Arizona,

9          Plaintiffs,

10         v.

11 United States Department of Homeland
   Security; United States of America;
12 Alejandro Mayorkas, in his official
   capacity as Secretary of Homeland
13 Security; Troy Miller, in his official
   capacity as Acting Commissioner of
14 United States Customs and Border
15 Protection; Tae Johnson, in his official
   capacity as Acting Director of United
16 States Immigration and Customs
17 Enforcement; and Tracy Renaud, in her
   official capacity as Acting Director of
18 U.S. Citizenship and Immigration
19 Services,

20         Defendants.

21

22

23 **DECLARATION OF** _Records_

24 I, _Jennifer Abbotts_, pursuant to 28 U.S.C. § 1746, declare under penalty of

25 perjury as follows:

26      1.    I am employed at the Arizona Department of Corrections, Rehabilitation,

27 and Reentry ("ADCRR") as a _Administrative Services officer III_

28      2.    Attached as Exhibit A is a true and correct copy of an email exchange on or

1 about Feb. 5, 2021 between ADCRR and U.S. Immigrations and Custom Enforcement
2 ("ICE") regarding Luis Salas-Blanco (#265721).

3   3.   Attached as Exhibit B is a true and correct copy of a printout showing the
4 status of Luis Salas-Blanco (#265721).  The information contained in this report is a
5 public record, made by ADCRR at or near the time of its occurrence and kept in the
6 ordinary course of ADCRR's activities.  This report shows that Mr. Salas-Blanco is
7 currently in community supervision by ADCRR.
8
9   4.   Attached as Exhibit C is a true and correct copy of an email exchange on or
10 about April 14, 2021 between ADCRR and ICE regarding Bevan Constable (#265721).

11   5.   Attached as Exhibit D is a true and correct copy of a printout showing the
12 status of Bevan Constable (#265721).  The information contained in this report is a public
13 record, made by ADCRR at or near the time of its occurrence and kept in the ordinary
14 course of ADCRR's activities.  This report shows that Mr. Constable is currently in
15 community supervision by ADCRR.

16   6.   Attached as Exhibit E is a true and correct copy of a report produced from
17 ADCRR records collected in the regular course of ADCRR activities that lists individuals
18 released from custody or scheduled to be released from custody between January 26,
19 2021, and May 6, 2021, whose ICE detainers have been lifted prior to release.  This
20 report indicates that another two individuals, Eliezer Diaz-Santos (#338841) and
21 Pascu[al] Garcia (#339301), had their detainers lifted on or after February 18, 2021, and
22 notes for each: "PER ICE SUBJECT DOES NOT MEET CURRENT ICE REMOVAL
23 PRIORITIES."

24   7.   Attached as Exhibit F is a true and correct copy of a printout showing the
25 status of Eliezer Diaz-Santos (#338841).  The information contained in this report is a
26 public record, made by ADCRR at or near the time of its occurrence and kept in the
27 ordinary course of ADCRR's activities.  This report shows that Mr. Diaz-Santos is
28 currently in community supervision by ADCRR.

WDLA-PI-0198
AZMT007440

2

8.    Attached as Exhibit G is a true and correct copy of a printout showing the status of Pascual Garcia (#339301).  The information contained in this report is a public record, made by ADCRR at or near the time of its occurrence and kept in the ordinary course of ADCRR's activities.   This report shows that Mr. Garcia is currently in community supervision by ADCRR.

9.    Attached as Exhibit H is a true and correct copy of a report run by ADCRR showing the inmate population with ICE Detainers as of April 29, 2021.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of April, 2021, in _Phœnix, Az_.

_Jennifer abbotts_

WDLA-PI-0199

AZMT007441

# Exhibit A

[to Abbotts Declaration]

WDLA-PI-0200

AZMT007442