UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 6:22-CV-00885** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**PRELIMINARY INJUNCTION**

Presently before the Court is the Plaintiff States' Motion for Preliminary Injunction [ECF No. 13]. An opposition was filed by the Centers for Disease Control & Prevention, Rochelle Walensky, U.S. Department of Health & Human Services, Xavier Becerra, U.S. Department of Homeland Security, Alejandro Mayorkas, U.S. Customs & Border Protection, Christopher Magnus, U.S. Immigration & Customs Enforcement, Tae Johnson, U.S. Citizenship & Immigration Services, Ur Jaddou, U.S. Border Patrol, Raul Ortiz, U.S. Department of Justice, Merrick Garland, Executive Office of Immigration, David Neal, Joseph R. Biden, Jr., and the United States of America (collectively "Defendants"). A hearing on the Motion was held on May 13, 2022. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Plaintiff States' Motion for Preliminary Injunction [ECF No. 13] is GRANTED;

IT IS FURTHER ORDERED THAT Defendants, in their official capacities; their servants, agents, and employees; and all persons in active concert or participation with them, who receive actual notice of this Preliminary Injunction, and until a full trial on the merits is had, are hereby

enjoined from enforcing the April 1, 2022 Order Under Sections 362 & 365 of the Public Health Service Act[1] anywhere within the United States;

IT IS FURTHER ORDERED THAT while this order is in effect, DHS shall file monthly reports providing (i) the number of single adults processed under Title 42 and Title 8 by country, (ii) the number of recidivist border crossers for whom DHS has applied expedited removal, (iii) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (iv) any material changes to policy regarding DHS's application of the Title 42 process.

IT IS FURTHER ORDERED THAT no bond is required.

THUS DONE in Chambers on this 20th day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] 87 Fed. Reg. 19,941 (Apr. 6, 2022).