# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-30303    State of LA v. Centers for Disease
                    USDC No. 6:22-CV-885

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary C. Stewart, Deputy Clerk
                            504-310-7694

Mr. Ahilan T. Arulanantham
Mr. Joshua Dos Santos
Mr. Drew C. Ensign
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Ms. Monika Y. Langarica
Mr. Joseph Meyers
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Ms. Victoria Neilson
Mr. John Robinson
Mr. Dean John Sauer
Mr. Joseph Scott St. John
Ms. Sharon Swingle
Mr. Michael Everett Talent
Mr. Matthew Vogel

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-30303
_____

State of Louisiana; State of Arizona; State of Missouri; State of West Virginia; State of South Carolina, *et al*,

                                                                  *Plaintiffs—Appellees*,

*versus*

Centers for Disease Control and Prevention; Rochelle Walensky; United States Department of Health and Human Services; Xavier Becerra; United States Department of Homeland Security, *et al*,

                                                                   *Defendants—Appellants*,

Innovation Law Lab,

                                                                      *Movant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-885
_____

Before Jones, Clement, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the opposed motion of Innovation Law Lab for stay of nationwide scope of preliminary injunction pending appeal is DENIED.