IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

_____
                                    )
STATE OF LOUISIANA, *et al.*,       )
                                    )
            Plaintiffs,             )
                                    )
       v.                           )   Civil Action No. 6:22-CV-00885-RRS-CBW
                                    )
CENTERS FOR DISEASE CONTROL         )
& PREVENTION, *et al.*,             )
                                    )
            Defendants.             )
_____)

**NOTICE OF DECISION VACATING TITLE 42 ORDERS**

Defendants respectfully provide notice to the Court of the order of the U.S. District Court for the District of Columbia in *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100, ECF Nos. 164, 165 (D.D.C. Nov. 15, 2022), a case brought on behalf of a class of families. That order "vacat[ed] and set[] aside the Title 42 policy," defined to include, "all orders and decision memos issued by the Centers for Disease Control and Prevention (CDC) suspending the right to introduce certain persons into the United States." The order also "permanently enjoined Defendants and their agents from applying the Title 42 policy with respect to Plaintiff Class Members." Copies of the order and accompanying memorandum opinion are attached.

On November 16, 2022, the court in *Huisha-Huisha* granted the government's emergency motion to stay the order for five weeks until December 20, 2022 to allow the Department of Homeland Security ("DHS") time to prepare to transition to immigration processing under Title 8 of the U.S. Code. Defendants understand that they remain subject to this Court's preliminary injunction, which enjoins the government from "enforcing [CDC's] April 1, 2022 [Termination] Order." ECF No. 91. Accordingly, during the time in which the *Huisha-Huisha* order is stayed and until December 20, 2022, the government will continue to enforce the August 2021 Title 42 Order.

Once the five-week stay expires and the *Huisha-Huisha* order becomes effective at midnight on December 21, 2022, CDC's Title 42 orders will be vacated, and there will thus be no legal authority for the government to continue to enforce the Title 42 policy. Accordingly, as of 12 A.M. EST on December 21, DHS will begin processing all noncitizens entering the United States pursuant to Title 8.

Dated: November 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Program Branch
(202) 616-8489
jean.lin@usdoj.gov
john.j.robinson@usdoj.gov

*Attorneys for Defendants*