1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

- - - - - - - - - - - - - - - - - x

STATE OF FLORIDA,                  :

        Plaintiff,         :

    vs.                    : Case No.

THE UNITED STATES OF AMERICA,      : 3:21-cv-1066

et al.,                            :

        Defendants.        :

- - - - - - - - - - - - - - - - - x

                Arlington, Virginia

                Thursday, July 28, 2022

    Videotaped Deposition of RAUL L. ORTIZ, a witness herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, taken at the offices of Henderson Legal Services, 2300 Wilson Boulevard, Seventh Floor, Arlington, Virginia, at 9:32 a.m. on Thursday, July 28, 2022, and the proceedings being taken down by stenotype by and transcribed by KAREN YOUNG.

**Page 2**

APPEARANCES:

On Behalf of the Plaintiff:
  JOHN GUARD, ESQ.
  JAMES H. PERCIVAL, ESQ.
  ANITA J. PATEL, ESQ.
  NATALIE CHRISTMAS, ESQ.
  Office of the Attorney General
  State of Florida
  PL-01 The Capitol
  Tallahassee, Florida 32399-1050
  John.Guard@myfloridalegal.com
  James.Percival@myfloridalegal.com
  Anita.Patel@myfloridalegal.com
  Natalie.Christmas@myfloridalegal.com
  (850) 245-0147

On Behalf of the Defendants:
  JOSEPH A. DARROW, ESQ.
  ERIN RYAN, ESQ.
  U.S. Department of Justice
  P.O. Box 868, Ben Franklin Station
  Washington, D.C. 20044
  joseph.a.darrow@usdoj.gov
  (202) 598-7537

ALSO PRESENT:
  Michelle Tonelli, Esq., DHS
  Stephanie Muffett, Esq., CBP
  Krishna Sharma, Videographer

**Page 3**

C O N T E N T S

THE WITNESS:
RAUL L. ORTIZ
  By Mr. Guard.............................. 8
  By Mr. Darrow............................. 238
  By Mr. Guard.............................. 248

Portion of Transcript Marked by Mr. Guard.. 154

**Page 4**

E X H I B I T S

ORTIZ EXHIBIT NO.                    PAGE NO.
Exhibit 1   Organizational Chart, Department of Homeland Security...................... 33
Exhibit 2   Organizational Chart, U.S. Customs and Border Protection............. 35
Exhibit 3   Ortiz Memo to All Chief Patrol Agents and Directorate Chiefs, 5/19/22.... 43
Exhibit 4   CBP Enforcement Statistics FY2018.. 47
Exhibit 5   CBP Enforcement Statistics Fiscal Year 2022................................ 49
Exhibit 6   U.S. Customs and Border Protection Overview of the Southwest Border.................................... 54
Exhibit 7   Secretary Mayorkas Delivers Remarks in Del Rio, TX.................... 60
Exhibit 8   The Biden Plan for Securing Our Values as a Nation of Immigrants.......... 69
Exhibit 9   Title 8, Section 1225.............. 76
Exhibit 10  Title 8, Section 1182............. 96
Exhibit 11  USBP Processing Pathways........... 101
Exhibit 12  Department of Homeland Security FY 2021 Budget in Brief................... 123
Exhibit 13  Department of Homeland Security U.S. Immigration and Customs Enforcement Budget Overview, Fiscal Year 2021......... 128
Exhibit 14  Department of Homeland Security FY 2022 Budget in Brief................... 133

**Page 5**

Exhibit 15  Department of Homeland Security, FY 2023 Budget in Brief................... 137
Exhibit 16  ERO LESA Strategy and Operational Analysis Unit............................ 143
Exhibit 17  E-mail to Rodney Scott, 2/16/21.... 151
Exhibit 18  Barker e-mail, 5/21/21............. 159
Exhibit 19  Barker e-mail, 5/15/22............. 169
Exhibit 20  March 5, 2021 CE Juvenile Coordinator Report....................... 177
Exhibit 21  Custody and Transfer Statistics FY 2020.................................. 181
Exhibit 22  Custody and Transfer Statistics FY 2021 ................................. 182
Exhibit 23  Memorandum, 12/16/14............... 190
Exhibit 24  Memorandum, 5/12/15................ 192
Exhibit 25  Muster............................. 193
Exhibit 26  Certified Administrative Record.... 194
Exhibit 27  Administrative Record.............. 225

- - -

## Page 6

                    P R O C E E D I N G S

    THE VIDEOGRAPHER: Good morning everyone. This begins Media Number 1 in the videotaped deposition of Mr. Raul Ortiz, taken in the matter of the State of Florida versus the United States of America et al. This case is filed at the U.S. District Court, Northern District of Florida, Pensacola Division, Case Number 3:21-cv-1066. This deposition is being held at 2300 Wilson Boulevard, Arlington, Virginia on July 28, 2022, and the time on the video monitor is 9:32 a.m.

    At this time attorneys please identify yourselves for the record, and after that, our court reporter from Henderson Legal Services will swear in the witness and we can begin.

    MR. GUARD: Good morning. John Guard, Chief Deputy Attorney General for the State of Florida.

    MR. PERCIVAL: James Percival for the State of Florida.

    MS. CHRISTMAS: Natalie Christmas for the State of Florida.

## Page 7

    MS. PATEL: Anita Patel for the State of Florida.

    MR. DARROW: Joseph Darrow on behalf of the United States.

    MS. RYAN: Erin Ryan on behalf of the United States.

    MS. TONELLI: Michelle Tonelli on behalf of the United States.

    MS. MUFFETT: Stephanie Muffett on behalf of the United States.

    MR. GUARD: Good morning, Chief Ortiz.

Whereupon,
        RAUL ORTIZ,
    business address at U.S. Department of
    Homeland Security, 1300 Pennsylvania
    Avenue, Northwest, Washington, D.C., called
    for examination by counsel for
    Plaintiff and having been duly
    sworn by the Notary Public, was examined
    and testified as follows:
        - - -
    EXAMINATION BY COUNSEL FOR PLAINTIFF

## Page 8

BY MR. GUARD:

    Q. Let me try that again. Good morning, Chief Ortiz. Can you state and spell your name for the record?

    A. Yeah, Raul Ortiz, R-A-U-L, Ortiz, O-R-T-I-Z.

    Q. Thank you. Chief Ortiz, some ground rules for this deposition. While if you and I were at a restaurant talking, we would not always give audible responses. We have a court reporter sitting next to my right, your left, who's taking everything down, and she cannot take down shakes of the head and other, you know, things that -- winks, nods, all those kind of things. So if you could please just make sure that you -- you, when asked a question, you give an audible response so she can take that down, is that fair?

    A. Yes.

    Q. If you don't understand a question I ask, I would ask you to ask me to rephrase it, and I will try to make it so that you can understand the question. If you answer the question, I'm going to

## Page 9

assume that you understood it. Is that fair?

    A. That's fair.

    Q. All right. And from time to time, Mr. Darrow may object to the questions. Obviously we don't have a judge here, so unless he instructs you not to answer a question, if he objects, you go ahead and answer the question, and we then take care of that later in court. Is that fair?

    A. Okay.

    Q. And this is not the Bataan death march or anything like that, so if you need a break, if you'll just answer the question pending, I'll give you any breaks or all breaks you want. Is that fair?

    A. That's fair.

    Q. And the last thing is more my problem probably than your problem. If we were in a restaurant and we were talking, we'd probably interrupt each other and maybe at times talk over each other because that's how human beings behave, but again, we have a court reporter, and if we're both talking at the same time, she can't possibly take that down, so let's both try to avoid that. Is

```
                                                    38
 1     Q.   What are -- what is the Office of Field
 2   Operations?
 3     A.   So Office of Field Operations are the
 4   customs and agricultural inspectors that work at our
 5   ports of entry, our airports and our seaports to
 6   facilitate legal trade and travel, and certainly
 7   those folks that are traveling and presenting
 8   themselves for inspection.
 9     Q.   Okay, and how does Office of Field
10   Operations and the responsibilities they have differ
11   from the Border Patrol?
12     A.   So at ports of entry, it is a certainly
13   designated entry point.  They work closely with our
14   Canadian, our Mexican partners to the south of us,
15   and then even to some degree in foreign countries.
16   We have preclearance facilities throughout the world.
17   Our Office of Field Operations officers roughly have
18   about 25,000 employees, and they are responsible for
19   both goods, cargo that are traveling through our
20   ports of entry, but they're also responsible for the
21   inspection of individuals that are presenting
22   themselves for inspection.
```

```
                                                    39
 1     Q.   Okay.  If you'll flip back to Exhibit 1 and
 2   look at Exhibit 1, does it -- Exhibit 1 contain a
 3   component named United States Immigration and Customs
 4   Enforcement?  It's on the bottom row to the right?
 5     A.   Yes.
 6     Q.   Okay, and is it all right if I refer to
 7   them as ICE?
 8     A.   Yes.
 9     Q.   Okay, and ICE is a separate entity from
10   CBP, right?
11     A.   That's correct.
12     Q.   All right, and it's definitely a separate
13   entity from Border Patrol.
14     A.   Yes.
15     Q.   All right.  Would it be fair to say that
16   ICE and Border Patrol have an ongoing relationship?
17     A.   Yes.
18     Q.   Okay.  And would it be fair to say that
19   Border Patrol has multiple memorandums of
20   understanding with ICE?
21     A.   Yes.
22     Q.   All right.  Among those memorandums of
```

```
                                                    40
 1   understanding is there one that -- where ICE agrees
 2   to provide transportation from the border?
 3     A.   Yes.
 4     Q.   All right.  Does ICE also agree to
 5   transport aliens back to their country of origin as
 6   part of the memorandum?
 7     A.   Yes.
 8     Q.   Okay.  And another I guess relationship
 9   that ICE and Border Patrol has is that ICE agrees to
10   accept transfer aliens that need to be detained; is
11   that correct?
12     A.   That's correct.
13     Q.   All right.  And for -- strike that.  Would
14   it be fair to say that Border Patrol often detains
15   aliens that it encountered at the southern border
16   until they can be processed and turned over to ICE?
17     A.   Yes.
18     Q.   Would you agree, Chief Ortiz, that the
19   southern border is currently in crisis?
20          MR. DARROW:  Objection.
21     A.   Yes.
22     Q.   Would you agree, Chief Ortiz, that historic
```

```
                                                    41
 1   numbers of aliens are illegally entering the United
 2   States through the southern border?
 3          MR. DARROW:  Objection.
 4     A.   Yes.
 5     Q.   Would you agree, Chief Ortiz, that
 6   unprecedented numbers of aliens are illegally
 7   entering the United States right now?
 8          MR. DARROW:  Objection.
 9     A.   Yes.
10     Q.   Would you agree, Chief Ortiz, that more
11   aliens are going through the southern border than we
12   have seen in the last 20 years?
13     A.   Yes.
14     Q.   Would you agree -- would you agree, Chief
15   Ortiz, the Border Patrol has never had as many
16   encounters with aliens in a physical year as it has
17   had in the last two years?
18          MR. DARROW:  Objection.
19     A.   Yes.
20     Q.   Chief Ortiz, do you expect the historic
21   number of aliens illegally entering the United States
22   to increase in the near term?
```

```
                                               62
 1     A.   Yes.
 2     Q.   Okay.  And you had to respond to that
 3  situation, right?
 4          MR. DARROW:  Objection.
 5     A.   Yes.
 6     Q.   Okay.  And what -- the comments that were
 7  being made by the three of you were kind of detailing
 8  that -- the Border Patrol's response to the situation
 9  of the 16 to 19 thousand migrants that had entered
10  the United States illegally, right?
11          MR. DARROW:  Objection.
12     A.   Yes.
13     Q.   Okay.  I want to kind of focus on your
14  comments, and if you look at the third page of
15  Exhibit 7, and I'm not sure if it's -- since there's
16  no indents, I can't tell if it's a continuation of
17  the previous paragraph or it's a new paragraph, but
18  the paragraph that says, "I talked yesterday"?  Do
19  you see where I am at the top of the page?
20     A.   Yes, okay.
21     Q.   You said, "I talked yesterday about how so
22  much of this migration is driven through social media
```

```
                                               63
 1  and word of mouth, and smugglers are significant
 2  drivers of the misinformation that people that" --
 3  "that gets to people to undertake these dangerous
 4  journeys."  What are you describing with that
 5  sentence?
 6     A.   So prior to this event, we had scheduled
 7  some repatriation flights back to Haiti.  Those
 8  flights were cancelled, and when those flights were
 9  cancelled, those migrants were unable to be
10  repatriated, and so what happens quite often is the
11  migrant population will use the social media
12  platforms to inform folks that were already making
13  the trek from South America and from some of the
14  other countries, most -- or quite a few of the
15  Haitian migrants that we encountered underneath the
16  bridge had already been domiciled in other countries
17  in South America.  So they had begun to make the
18  trek, and when they found out that the flights had
19  been turned off in Del Rio, we found that criminal
20  organizations, smuggling organizations were
21  chartering buses and driving them to Ciudad Acuna,
22  which is just south of Del Rio.
```

```
                                               64
 1     Q.   Okay, and the migrants were being told that
 2  if you go to the Del Rio sector, you will not be
 3  repatriated, correct?
 4          MR. DARROW:  Objection.
 5     A.   They were told a couple of things.  They
 6  were told that it's safe in Acuna and in Del Rio.
 7  They were told that they would be processed
 8  relatively quickly, and then I'm sure they were told
 9  that there was a chance that they may be released.
10     Q.   Okay.  Were -- from those flights that were
11  cancelled, were any of those Haitians actually
12  released into the interior of the United States?
13     A.   Yes.
14     Q.   Do you know approximately how many Haitians
15  were released into the interior of the United States?
16     A.   No.
17     Q.   Are we talking tens, hundreds or thousands
18  --
19          MR. DARROW:  Objection.
20          BY MR. GUARD:
21     Q.   -- being released?
22     A.   I would assume it was in the hundreds
```

```
                                               65
 1  initially.
 2     Q.   Okay.  Now, after the crowd of aliens under
 3  the bridge had gathered, how were they dispersed?
 4     A.   So we focused on the vulnerable populations
 5  first.  When I arrived, we had a rough estimate of
 6  about 16,000 migrants underneath the bridge, and so
 7  just in doing my initial assessment, I was able to
 8  ascertain that many of them were family units and
 9  quite a few of them were pregnant females, and so we
10  worked with our partners to try and focus on those
11  individuals first.
12     Q.   Okay.  As to the family units and to the
13  pregnant females, when they would go through
14  processing, would -- would they have likely been
15  released into the interior of the United States or
16  would they have been removed?
17          MR. DARROW:  Objection.
18     A.   So most of those family units and -- were
19  taken to our Office of Field Operations.  We had to
20  shut down the port of entry in Del Rio, and we began
21  processing them in a different facility, and then we
22  also bused some of those populations to some of the
```