# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al*,<br><br>*Defendants.* | Civil Action No. 21-100 (EGS) |

### EMERGENCY MOTION OF THE STATES OF ARIZONA, LOUISIANA, ALABAMA, ALASKA, KANSAS, KENTUCKY, MISSISSIPPI, NEBRASKA, OHIO, OKLAHOMA, SOUTH CAROLINA, TEXAS, VIRGINIA, WEST VIRGINIA, AND WYOMING FOR EXPEDITED BRIEFING AND CONSIDERATION OF THEIR MOTION TO INTERVENE AND FOR A STAY PENDING APPEAL

Pursuant to 28 U.S.C. § 1657(a), the States of Arizona, Louisiana, Alabama, Alaska, Kansas, Kentucky, Mississippi, Nebraska, Ohio, Oklahoma, South Carolina, Texas, Virginia, West Virginia, and Wyoming ("States") hereby respectfully move for expedited briefing and consideration of their concurrently filed Motion to Intervene. The States propose, and Plaintiffs and Federal Defendants have agreed to, the following schedule:

| | |
|---|---|
| States' Motion to Intervene and for Stay: | November 21, 2022 |
| Plaintiffs' and Defendants' Response Due: | November 29, 2022, 8 p.m. EST |
| States' Reply in Support of Intervention: | December 2, 2022, noon EST |

The States have conferred with Plaintiffs and Defendants, who each oppose intervention, although they have each agreed to this schedule.

Expedited briefing is appropriate here because, as set forth in the States' motion to intervene, they will suffer irreparable harm from the impending Termination of Title 42—which is currently set to take effect on December 21. Expedition is necessary to ensure that the States' motion to intervene is decided in advance of that date, and with sufficient time for the States to seek an emergency stay pending appeal from the D.C. Circuit and, if necessary, an emergency stay pending certiorari from the Supreme Court.

The States, Plaintiffs, and Federal Defendants have all agreed upon the schedule set forth above, and good cause supports entry of it. The States therefore respectfully request that this Court grant this motion to expedite and enter the agreed-upon schedule.

Dated:  November 21, 2022                    Respectfully submitted,

| | |
|---|---|
| **JEFF LANDRY** <br> Attorney General of Louisiana | **MARK BRNOVICH** <br> Attorney General of Arizona |
| /s/ Elizabeth B. Murrill <br> ELIZABETH B. MURRILL (La #20685) <br> Solicitor General <br> J. SCOTT ST. JOHN (La #36682) <br> Deputy Solicitor General <br> LOUISIANA DEPARTMENT OF JUSTICE <br> 1885 N. Third Street <br> Baton Rouge, Louisiana 70804 <br> Tel: (225) 326-6766 <br> murrille@ag.louisiana.gov <br> stjohnj@ag.louisiana.gov <br><br> *Attorneys for the State of Louisiana* | /s/ Drew C. Ensign <br> DREW C. ENSIGN <br> Deputy Solicitor General <br> Arizona Attorney General's Office <br> 2005 N. Central Avenue <br> Phoenix, Arizona 85004 <br> Telephone: (602) 542-5200 <br> Drew.Ensign@azag.gov <br><br> *Attorneys for the State of Arizona* |

**STEVE MARSHALL**
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
EDMUND G. LACOUR JR.
Solicitor General
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Attorneys for the State of Alabama*

**TREG R. TAYLOR**
Attorney General of Alaska
CORI M. MILLS
Deputy Attorney General of Alaska

/s/ Christopher A. Robinson
CHRISTOPHER A. ROBINSON
Alaska Bar No. 2111126
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Attorneys for the State of Alaska*

**DEREK SCHMIDT**
Attorney General of Kansas

/s/ Brant M. Laue
BRANT M. LAUE*
Solicitor General
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435 Phone
Brant.Laue@ag.ks.gov

*Attorneys for the State of Kansas*

**DANIEL CAMERON**
Attorney General of Kentucky

/s/ Marc Manley
MARC MANLEY*
Associate Attorney General
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Attorneys for the Commonwealth of Kentucky*

**LYNN FITCH**
Attorney General of Mississippi

/s/ Justin L. Matheny
JUSTIN L. MATHENY
Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Attorneys for the State of Mississippi*

**DOUGLAS J. PETERSON**
Attorney General of Nebraska

/s/ James A. Campbell
JAMES A. CAMPBELL*
Solicitor General
OFFICE OF THE NEBRASKA
ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Attorneys for the State of Nebraska*

**DAVE YOST**
Attorney General of Ohio

/s/ Ben Flowers
BEN FLOWERS
 Solicitor General
Office of Ohio Attorney General Dave Yost
Office number: (614) 728-7511
Cell phone:     (614) 736-4938
benjamin.flowers@ohioattorneygeneral.gov

*Attorneys for the State of Ohio*

**JOHN M. O'CONNOR**
Attorney General of Oklahoma

/s/ Bryan Cleveland
BRYAN CLEVELAND*
Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S
OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Attorneys for the State of Oklahoma*

**ALAN WILSON**
Attorney General of South Carolina

/s/ James Emory Smith, Jr.
JAMES EMORY SMITH, JR.
Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-3642
esmith@scag.gov

*Attorneys for the State of South Carolina*

**KEN PAXTON**
Attorney General of Texas

/s/ Aaron F. Reitz
AARON F. REITZ*
Deputy Attorney General for Legal Strategy
LEIF A. OLSON*
Special Counsel
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov

*Attorneys for the State of Texas*

4

| | |
|---|---|
| **JASON S. MIYARES**<br>Attorney General of Virginia<br><br>/s/ Andrew N. Ferguson<br>ANDREW N. FERGUSON<br>Solicitor General<br>LUCAS W.E. CROSLOW<br>Deputy Solicitor General<br>OFFICE OF THE VIRGINIA ATTORNEY GENERAL<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-7704<br>AFerguson@oag.state.va.us<br><br>*Attorneys for the Commonwealth of Virginia* | **BRIDGET HILL**<br>Attorney General of Wyoming<br><br>/s/ Ryan Schelhaas<br>RYAN SCHELHAAS*<br>Chief Deputy Attorney General<br>OFFICE OF THE WYOMING ATTORNEY GENERAL<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Attorneys for the State of Wyoming* |

**PATRICK MORRISEY**
Attorney General of West Virginia

LINDSAY SEE*
Solicitor General
MICHAEL R. WILLIAMS
Deputy Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Attorneys for the State of West Virginia*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al*,<br><br>*Defendants.* | NO: Civil Action No. 21-100 (EGS)<br><br>Hon. Emmet G. Sullivan<br><br>Oral Argument Requested |

**PROPOSED ORDER**

The Matter came before the Court on November 21, 2022 on the Intervenor States' Emergency Motion for Expedited Briefing and Consideration of their Motion to Intervene and for a Stay Pending Appeal. The Court being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Response and Reply briefing on Intervenor States' Motion to Intervene and for a Stay Pending Appeal shall be according to the following schedule:

    Plaintiffs' and Defendants' Response Due:    November 29, 2022, 8p.m. EST

    States' Reply in Support of Intervention:    December 2, 2022, noon EST

IT IS SO ORDERED.

    ENTERED:

    By the Court:

Date:_____    _____

    Hon. Emmet G. Sullivan
    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing. Notice of this filing is sent by email to all parties by operation of the Court's electronic filing system.

s/ Drew C. Ensign
Attorney for the State of Arizona
