AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-100 (EGS) |
| ANDRO MAYORKAS, Secretary of Homeland Security ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah                                                           .

Date:   11/25/2022                               /s/ Melissa Holyoak
                                                                   *Attorney's signature*

                                                   Melissa Holyoak (DC# 487759)
                                                   *Printed name and bar number*
                                                   Office of the Utah Attorney General
                                                   160 E. 300 S., 5th Floor
                                                   Salt Lake City, Utah 84114

                                                   *Address*

                                                   melissaholyoak@agutah.gov
                                                   *E-mail address*

                                                   (801) 366-0260
                                                   *Telephone number*

                                                   *FAX number*