UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, *et al.*,

   Plaintiffs,

      *v.*

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,

   Defendants.

Civ. A. No. 21-100 (EGS)

## JOINDER OF MOTION TO INTERVENE (DKT. 168) BY THE STATES OF UTAH, MISSOURI, AND TENNESSEE

The States of Utah, Missouri, and Tennessee join in the Motion to Intervene by the States of Arizona et al. (Dkt. 168), and respectfully move to intervene both as of right and permissively. Utah, Missouri, and Tennessee adopt the reasons, briefing, and evidence submitted by Arizona et al., and will consolidate all future filings with Arizona et al. *See* Dkt. 168 at ECF p.11 n.1 ("Additional States contemplate joining this motion via a follow-on filing.").

Respectfully submitted,

DATED: November 25, 2022

**SEAN D. REYES**
Attorney General of Utah

/s/ Melissa A. Holyoak
MELISSA A. HOLYOAK
Utah Solicitor General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0260
melissaholyoak@agutah.gov

*Counsel for State of Utah*

**ERIC S. SCHMITT**
Attorney General of Missouri

/s/ D. John Sauer
D. JOHN SAUER
Solicitor General
JEFF P. JOHNSON
Deputy Solicitor General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8870
(573) 751-0774 fax
John.Sauer@ago.mo.gov

*Counsel for State of Missouri*


**JONATHAN SKRMETTI**
Attorney General and Reporter of Tennessee

/s/ Clark Hildrabrand
ANDRÉE S. BLUMSTEIN
  Solicitor General
BRANDON J. SMITH
  Chief of Staff
CLARK L. HILDABRAND*
  Assistant Solicitor General
Office of the Tennessee Attorney General
and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for State of Tennessee*
**pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ Melissa A. Holyoak
MELISSA A. HOLYOAK