UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

### [Proposed] Order

Upon consideration of Proposed Intervenors' motion to intervene, ECF No. 168, and the opposition and reply briefs submitted in connection with the motion, it is hereby ORDERED that Proposed Intervenors' motion is DENIED.

DATE: _____

HON. EMMET G. SULLIVAN