UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>   Defendants. | Civ. A. No. 21-100 (EGS) |

**UNOPPOSED RENEWED MOTION FOR JOINDER
BY THE STATES OF UTAH, MISSOURI, AND TENNESSEE**

On November 25, 2022, the States of Utah, Missouri, and Tennessee filed a joinder (Dkt. 173) of the Motion to Intervene by the States of Arizona et al. (Dkt. 168). On November 29, 2022, the Court denied the motion for failure to comply with the duty to confer, LCvR 7(m), and failure to attach a proposed order, LCvR 7(c). The States of Utah, Missouri, and Tennessee respectfully renew that motion to join.

Plaintiffs, defendants, and proposed intervenors do not oppose this Motion.

In support of this Motion, the States of Utah, Missouri, Tennessee submit the accompanying Memorandum of Law and [Proposed] Order.

**MEMORANDUM**

Pursuant to Federal Rule of Civil Procedure 20, the States of Utah, Missouri, and Tennessee respectfully request that this Court join Utah, Missouri, and Tennessee to the Motion to Intervene in this matter filed by the States of Arizona, Louisiana, Alabama, Alaska, Kansas, Kentucky, Mississippi, Nebraska, Ohio, Oklahoma, South Carolina, Texas, Virginia, and West Virginia, and Wyoming (hereinafter "Intervenor States"). *See* Dkt. 168.

Rule 20 sets forth guidelines for permissive joinder, providing that parties may join an action if (1) their claims "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences" and (2) "any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20. Permissive Joinder is "ordinarily allowed … so long as both prongs of the test under Rule 20 are met." *Council on Am.-Islamic Rels. Action Network, Inc. v. Gaubatz*, 793 F. Supp. 2d 311, 323 (D.D.C. 2011). "Attempts to join a party who satisfies the test for permissive joinder should generally not be denied in the absence of undue prejudice, expense, or delay." *Id*.

The States of Utah, Missouri, and Tennessee meet both requirements for Rule 20 permissive joinder. Their claims and interests in this matter are identical to those of the Intervenor States. The Intervenor States seek to intervene to offer a defense of Title 42 policy so that its validity can be resolved on the merits. Dkt. 168 at 12. As laid out in the Motion to Intervene, the Intervenor States obtained injunctive relief against recission of and exceptions to Title 42. *See* Dkt. 168 at 4–6. Utah, Missouri, and Tennessee are co-plaintiffs with many of the Intervenor States in *Louisiana v. Centers for Disease Control & Prevention*, 2022 WL 1604901 (W.D. La. 2022). Utah, Missouri, and Tennessee's interests in this litigation are thus identical to those identified in the Intervenor States' Motion to Intervene. *See* Dkt. 168 at 10–16. Their claims arise out of the exact

same transaction, occurrence, or series of transactions or occurrences as the Motion to Intervene filed on November 21, 2022, and involve identical questions of law and fact. Joinder will also not cause any undue prejudice, expense, or delay because Utah, Missouri, and Tennessee will simply join the briefing of the Intervenor States at set forth by this Court's November 22, 2022, order.

For these reasons, the Court should grant Utah, Missouri, and Tennessee's motion for joinder.

Respectfully submitted,

DATED: November 29, 2022

**SEAN D. REYES**
Attorney General of Utah

/s/ Melissa A. Holyoak
MELISSA A. HOLYOAK
Utah Solicitor General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0260
melissaholyoak@agutah.gov

*Counsel for State of Utah*

**ERIC S. SCHMITT**
Attorney General of Missouri

/s/ D. John Sauer
D. JOHN SAUER
Solicitor General
JEFF P. JOHNSON
Deputy Solicitor General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8870
(573) 751-0774 fax
John.Sauer@ago.mo.gov

*Counsel for State of Missouri*

**JONATHAN SKRMETTI**
Attorney General and Reporter of Tennessee

/s/ Clark Hildrabrand
ANDRÉE S. BLUMSTEIN
  Solicitor General
BRANDON J. SMITH
  Chief of Staff
CLARK L. HILDABRAND*
  Assistant Solicitor General
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for State of Tennessee*
*\*pro hac vice application forthcoming*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civ. A. No. 21-100 (EGS) |

## ORDER

The Matter came before the Court on _____, 2022 on the unopposed renewed motion of the States of Utah, Missouri, and Tennessee for joinder to the Motion to Intervene (Dkt. 158) under Federal Rule of Procedure 20. The Court being fully advised in the premises, IT IS HEREBY ORDERED that the States of Utah, Missouri, and Tennessee's Motion for Joinder is GRANTED.

IT IS SO ORDERED.

ENTERED:

By the Court:

Date:_____          _____
                                            Hon. Emmet G. Sullivan
                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

<u>/s/ Melissa A. Holyoak</u>
MELISSA A. HOLYOAK