UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**NOTICE REGARDING TIMING OF DECISION WHETHER TO APPEAL THE COURT'S NOVEMBER 15, 2022 ORDER OR NOVEMBER 22, 2022 FINAL JUDGMENT**

In Defendants' opposition to the States' motion for intervention, Defendants stated that the government is still in the process of considering whether to appeal this Court's November 15, 2022 memorandum opinion and order, ECF Nos. 164 & 165, or November 22, 2022, final judgment, ECF No. 170.  *See* ECF No. 174 at 2, 6, 17; *see also* 28 C.F.R. § 0.20(b) (requiring the Solicitor General to authorize appeals by the government).  Defendants now respectfully notify the Court that the government expects to conclude that process by Wednesday, December 7.  Defendants will promptly notify the Court of the Solicitor General's decision if Plaintiffs' intervention motion is still pending in this Court.

Dated: December 2, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN P. HUDAK
Chief, Civil Division

JEAN LIN
Special Litigation Counsel, NY Bar #4074530
Federal Programs Branch

SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

/s/ John Robinson
JOHN ROBINSON, DC Bar #1044072
Trial Attorney

Phone: (202) 252-2533  
Email: sean.tepe@usdoj.gov

U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street N.W.  
Washington, DC 20530  
Tel (202) 616-8489  
Email:  john.robinson@usdoj.gov

*Counsel for Defendants*