UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,

Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,

Defendants.

Civ. A. No. 21-100 (EGS)

### [Proposed] Final Judgment Under Rule 54(b) and Stay of Proceedings

Upon consideration of Defendants' Unopposed Motion for Entry of Partial Final Judgment ("Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, it is

ORDERED that, for the reasons identified in the Motion and the Court's November 15, 2022 memorandum opinion and order, ECF Nos. 164, 165, the Court "expressly determines that there is no just reason for delay" to enter partial final judgment. Fed. R. Civ. P. 54(b). It is further

ORDERED that final judgment as to Count Six of Plaintiffs' Second Amended Complaint, ECF No. 131 ¶¶ 107–11, is ENTERED in favor of Plaintiffs and against Defendants pursuant to Federal Rule of Civil Procedure 54(b) on the grounds set forth in the Court's memorandum opinion and order, ECF Nos. 165, 165.

Proceedings before this Court on Plaintiffs' remaining claims are STAYED pending further order of this Court. The parties shall submit a joint status report informing the Court how they wish to proceed 60 days from today.


2022.11.22
10:17:40 -05'00'

HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

Date: 11/22/2022