IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) No. 1:21-cv-00100-EGS |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

**PLAINTIFFS' SUPPLEMENTAL RESPONSE CONCERNING INTERVENTION**

Pursuant to the Court's minute order issued December 8, 2022, Plaintiffs respectfully submit this response to the States' supplemental brief concerning intervention.

Plaintiffs agree with Defendants that regardless of whether Defendants' notice of appeal would otherwise deprive this Court of jurisdiction to decide the States' motion, the Court can and should deny the motion on the merits under Federal Rule of Civil Procedure 62.1(a)(2).  Defs. Suppl. Mem., Dkt. 185, at 3; *see also Campaign Legal Ctr. v. Fed. Election Comm'n*, No. CV 21-406 (TJK), 2022 WL 1978727, at *1 n.1 (D.D.C. June 6, 2022); *Voyageur Outward Bound Sch. v. United States*, No. 1:18-CV-01463 (TNM), 2021 WL 1929123, at *2 (D.D.C. May 13, 2021).  Plaintiffs likewise agree with the federal government that a decision from this Court by December 15 addressing the States' motion may facilitate appellate review of the issue, given that the States have asked the Circuit to rule on their intervention motion by December 16, once the appellate briefing concludes at 11:59 p.m. on December 15.

Dated: December 14, 2022                    Respectfully submitted,

                                                                              /s/ Lee Gelernt_____

Stephen B. Kang (Bar ID. CA00090)        Lee Gelernt (Bar ID. NY0408)
Cody Wofsy (Bar ID. CA00103)             Daniel A. Galindo

| | |
|---|---|
| Morgan Russell* <br> My Khanh Ngo <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Tel: (415) 343-0770 | Omar Jadwat* <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Tel: (212) 549-2660 |
| Bernardo Rafael Cruz <br> Adriana Cecilia Pinon <br> American Civil Liberties Union <br> Foundation of Texas, Inc. <br> 5225 Katy Freeway, Suite 350 <br> Houston, Texas 77007 <br> Tel: (713) 942-8146 | Robert Silverman <br> Irit Tamir <br> Oxfam America <br> Boston, MA 02115, Suite 500 <br> Tel: (617) 482-1211 |
| Tamara F. Goodlette* <br> Refugee and Immigrant Center for <br> Legal Education and Legal Services <br> (RAICES) <br> 5121 Crestway Drive, Suite 105 <br> San Antonio, TX 78239 <br> Tel: (210) 960-3206 | Scott Michelman (D.C. Bar No. 1006945) <br> Arthur B. Spitzer (D.C. Bar No. 235960) <br> American Civil Liberties Union Foundation of <br> the District of Columbia <br> 915 15th Street NW, Second Floor <br> Washington, D.C. 20005 <br> Tel: (202) 457-0800 |
| Karla M. Vargas <br> Texas Civil Rights Project <br> 1017 W. Hackberry Ave. <br> Alamo, Texas 78516 <br> Tel: (956) 787-8171 | Blaine Bookey <br> Neela Chakravartula <br> Karen Musalo <br> Center for Gender & Refugee Studies <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> Tel: (415) 565-4877 |
| | Melissa Crow (D.C. Bar. No. 453487) <br> Center for Gender & Refugee Studies <br> 1121 14th Street, N.W. <br> Suite 200 <br> Washington, DC 20005 <br> Tel: (202) 355-4471 |
| | *Attorneys for Plaintiffs* <br> *\*Admitted pro hac vice* |