UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

## [Proposed] Order

Upon consideration of the parties' joint status report, it is hereby ORDERED that Plaintiffs' remaining claims remain STAYED pending the resolution of appellate proceedings in this case. The parties shall submit a joint status report within 30 days of the Supreme Court's decision on the intervention question.

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

Date: _____