IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, *et al.*, <br><br>*Defendants*. | ) ) ) ) ) ) ) ) No. 1:21-cv-00100-EGS ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF MING YU CHEUNG AS COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE THAT Ming Yu Cheung is no longer associated with the Immigrants' Rights Project of the American Civil Liberties Union and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

>Ming Yu Cheung
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,
>IMMIGRANTS' RIGHTS PROJECT
>125 Broad Street
>New York, NY
>mcheung@aclu.org

The remaining counsel associated with the American Civil Liberties Union and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

>Dated: April 6, 2023
>
>Respectfully submitted,
>
>/s/ Ming Yu Cheung
>Ming Yu Cheung

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,
VOTING RIGHTS PROJECT
125 Broad Street
New York, NY 10004
(212) 549-2671
mcheung@aclu.org

| | |
|---|---|
| Karla M. Vargas** <br> Texas Civil Rights Project <br> 1017 W. Hackberry Ave. <br> Alamo, Texas 78516 <br> Tel: (956) 787-8171 | Lee Gelernt** <br> Daniel A. Galindo** <br> Omar Jadwat** <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Tel: (212) 549-2600 |
| Robert Silverman* <br> Irit Tamir* <br> Oxfam America <br> Boston, MA 02115, Suite 500 <br> Tel: (617) 482-1211 | Stephen B. Kang** <br> Cody Wofsy** <br> Morgan Russell** <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Tel: (415) 343-0770 |
| Scott Michelman (D.C. Bar No. 1006945) <br> Arthur B. Spitzer (D.C. Bar No. 235960) <br> American Civil Liberties Union Foundation <br> of the District of Columbia <br> 915 15th Street, NW, Second Floor <br> Washington, D.C. 20005 <br> Tel: (202) 457-0800 | Tamara F. Goodlette** <br> Refugee and Immigrant Center for Legal <br> Education and Legal Services (RAICES) <br> 802 Kentucky Avenue <br> San Antonio, TX 78201 <br> Tel: (210) 960-3206 |
| Melissa E. Crow <br> Center for Gender & Refugee Studies <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> Tel: (202) 355-4471565-4877 | *Attorneys for Plaintiffs* <br> *Pro hac vice application* <br> **Admitted pro hac vice* |