# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:21-cv-00100-EGS |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF MARIA R. OSORNIO AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Maria R. Osornio, of the Refugee and Immigrant Center for Education and Legal Services (RAICES) as additional counsel for Plaintiffs in this case. A declaration from Ms. Osornio is submitted in support of this motion.

Dated: April 27, 2023

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad St, 18th Fl.
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on April 27, 2023, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

/s/ Lee Gelernt
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad St, 18th Fl.
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | No. 1:21-cv-00100-EGS |

## [PROPOSED] ORDER

Upon consideration of the motion to admit Maria R. Osornio to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.


Date:_____                    _____
                                         Hon. Emmet G. Sullivan