# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER T. GAYNOR, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:21-cv-00100-EGS |

## NOTICE OF WITHDRAWAL OF TAMARA F. GOODLETTE AS COUNSEL FOR PLAINTIFFS

Please take notice that Tamara F. Goodlette, due to her departure from the Refugee and Immigrant Center for Education and Legal Services (RAICES), is withdrawing as counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Tamara Goodlette
> REFUGEE AND IMMIGRANT CENTER
> EDUCATION AND LEGAL SERVICES
> 5121 Crestway Drive, Ste. 105
> San Antonio, TX 78239
> tami.goodlette@raicestexas.org

The remaining counsel appearing in this matter on behalf of Plaintiffs remain as counsel for Plaintiffs.

Dated: April 27, 2023

Respectfully Submitted,

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)
Omar Jadwat*

Stephen B. Kang (Bar ID. CA00090)
Cody Wofsy (Bar ID. CA00103)
Morgan Russell*
My Khanh Ngo
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Bernardo Rafael Cruz
Adriana Cecilia Pinon
American Civil Liberties Union
Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
(713) 942-8146
brcruz@aclutx.org
apinon@aclutx.org

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
(956) 787-8171

Blaine Bookey
Karen Musalo
Neela Chakravartula
Melissa Crow
Center for Gender &
Refugee Studies
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Daniel A. Galindo
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
ojadwat@aclu.org
dgalindo@aclu.org

Yvette Changuin**
Maria Osornio**
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78201
Tel: (210) 960-3206
Fax: (210) 634-1279
tami.goodlette@raicestexas.org
yvette.changuin@raicestexas.org
maria.osornio@raicestexas.org

Robert Silverman
Irit Tamir
Oxfam America
226 Causeway Street, Suite 500
Boston, MA 02115
(617) 482-1211

Scott Michelman
Arthur B. Spitzer
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*
*Admitted pro hac vice*
**Pro hac vice pending*