UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civ. A. No. 21-100 (EGS) |

**[Proposed] Order**

Upon consideration of the parties' joint status report, it is hereby ORDERED that Plaintiffs' remaining claims remain STAYED pending resolution of the appellate proceedings in this case. The parties shall submit a joint status report within 30 days of the D.C. Circuit's decision on the government's motion to vacate and remand with instructions to dismiss this case as moot.

_____
HON. EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

Date: _____