AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY GIMENA HUISHA-HUISHA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-100 (EGS) |
| ANDRO MAYORKAS, Secretary of Homeland Security ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Montana.

Date:  06/19/2023

/s/ Christian B. Corrigan
*Attorney's signature*

Christian B. Corrigan, #67387109
*Printed name and bar number*

Montana Attorney General's Office
P.O. Box 201401
Helena, MT 59620-1401

*Address*

christian.corrigan@mt.gov
*E-mail address*

(406) 444-2026
*Telephone number*

(406) 444-3549
*FAX number*