# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5325**  **September Term, 2023**

**1:21-cv-00100-EGS**

**Filed On: October 31, 2023** [2024653]

Nancy Gimena Huisha-Huisha, and her
minor child, et al.,

      Appellees

    v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity,
et al.,

      Appellants

## M A N D A T E

In accordance with the order of September 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

    BY:   /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the order filed September 7, 2023